IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-285-KAJ |
| | ) |
| ASTRAZENECA PHARMACEUTICALS, LP, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

I, Sheldon N. Sandler, Esquire, hereby certify that on March 1, 2005, two copies of **Defendant's First Request for Admissions Directed to Plaintiff**, **Defendant's Second Set of Interrogatories to Plaintiff**, and **Defendant's Second Request for Production** were served by hand delivery upon the following counsel of record:

Thomas S. Neuberger, Esquire
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: ssandler@ycst.com
Attorneys for Defendant

Dated: March 1, 2005

WP3:1084952.1                                                                             057159.1004

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2005, I electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Thomas S. Neuberger, Esquire<br>The Neuberger Firm<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801-3707 | John M. LaRosa, Esquire<br>Law Office of John M. LaRosa<br>Two East 7th Street, Suite 302<br>Wilmington, DE 19801-3707 |

I further certify that on March 1, 2005, I caused a copy of the foregoing Notice of Service to be served by hand-delivery on the following counsel of record:

| | |
|---|---|
| Thomas S. Neuberger, Esquire<br>The Neuberger Firm<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801-3707 | John M. LaRosa, Esquire<br>Law Office of John M. LaRosa<br>Two East 7th Street, Suite 302<br>Wilmington, DE 19801-3707 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: ssandler@ycst.com
Attorneys for Defendant

Dated: March 1, 2005