IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MARYBETH FARRELL,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CIVIL ACTION NO. 04-285 KAJ |
| : | |
| **ASTRAZENECA PHARMACEUTICALS LP,** : | |
| a Delaware corporation, : | |
| : | |
| : | |
| **Defendant.** : | |

**PLAINTIFF'S SECOND NOTICE OF DEPOSITIONS ON ORAL EXAMINATION**

TO:   Sheldon N. Sandler, Esquire
      Young Conaway Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, Delaware 19899-0391
      ssandler@ycst.com

PLEASE TAKE NOTICE that counsel for Plaintiff Marybeth Farrell will take the depositions of the below named individuals at Two East Seventh Street, Suite 302, Wilmington, Delaware 19801-3707, at the dates and times indicated:

| DEPONENT | DATE | TIME |
|---|---|---|
| Susan Broadway | March 23, 2005 | 9:30 a.m. |
| Deborah Brangman | March 24, 2005 | 9:30 a.m. |
| Rachel Bevis | March 24, 2005 | 1:30 p.m. |
| Amy Renk | March 31, 2005 | 9:30 a.m. |

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.** | **LAW OFFICE OF JOHN M. LaROSA** |
| **THOMAS S. NEUBERGER, ESQ. (# 243)** | |
| Two East Seventh Street, Suite 302 | **/s/ John M. LaRosa** |
| Wilmington, Delaware 19801 | **JOHN M. LaROSA, ESQ. (# 4275)** |
| (302) 655-0582 | Two East 7th Street, Suite 302 |
| TSN@NeubergerLaw.com | Wilmington, Delaware 19801-3707 |
| | (302) 888-1290 |
| | JLR@LaRosaLaw.com |
| Dated: March 9, 2005 | Attorneys for Plaintiff Marybeth Farrell |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MARYBETH FARRELL,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 04-285 KAJ |
| | : | |
| **ASTRAZENECA PHARMACEUTICALS LP,** | : | |
| a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on March 9, 2005, I caused two (2) copies of **PLAINTIFF'S SECOND NOTICE OF DEPOSITIONS ON ORAL EXAMINATION** to be sent via electronic and U.S. mail, postage prepaid to the following:

> Sheldon N. Sandler, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> ssandler@ycst.com

> **/s/ John M. LaRosa**
> **JOHN M. LaROSA, ESQUIRE (#4275)**
> Two East 7th Street, Suite 302
> Wilmington, Delaware 19801-3707
> (302) 888-1290

cc:   Thomas S. Neuberger, Esquire
      Ms. Marybeth Farrell

Attorney Files/John/Client/JLR Clients/Farrell/Pleadings/Discovery/Testimonial/Plaintiff's Second Notice of Depositions