IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MARYBETH FARRELL,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **ASTRAZENECA PHARMACEUTICALS LP,** : <br> a Delaware corporation, : <br> : <br> : <br> **Defendant.** : | CIVIL ACTION NO. 04-285 KAJ |

**PLAINTIFF'S THIRD NOTICE OF DEPOSITIONS ON ORAL EXAMINATION**

TO:   Sheldon N. Sandler, Esquire
      Young Conaway Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, Delaware 19899-0391
      ssandler@ycst.com

   PLEASE TAKE NOTICE that counsel for Plaintiff Marybeth Farrell will take the

deposition of the below named individual at Two East Seventh Street, Suite 302, Wilmington,

Delaware 19801-3707, at the dates and times indicated:

| DEPONENT | DATE | TIME |
|---|---|---|
| Susan Broadway | March 24, 2005 | 1:30 p.m. |

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.**<br>**THOMAS S. NEUBERGER, ESQ. (# 243)**<br>Two East Seventh Street, Suite 302<br>Wilmington, Delaware 19801<br>(302) 655-0582<br>TSN@NeubergerLaw.com | **LAW OFFICE OF JOHN M. LaROSA**<br><br>**/s/ John M. LaRosa**<br>**JOHN M. LaROSA, ESQ. (# 4275)**<br>Two East 7th Street, Suite 302<br>Wilmington, Delaware 19801-3707<br>(302) 888-1290<br>JLR@LaRosaLaw.com |
| Dated: March 17, 2005 | Attorneys for Plaintiff Marybeth Farrell |

**CERTIFICATE OF SERVICE**

I, John M. LaRosa, being a member of the bar of this Court do hereby certify that on March 17, 2005, I electronically filed this **PLAINTIFF'S THIRD NOTICE OF DEPOSITIONS ON ORAL EXAMINATION** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Sheldon N. Sandler, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> ssandler@ycst.com

> **/s/ John M. LaRosa**
> **JOHN M. LaROSA, ESQ. (#4275)**

cc:   Thomas S. Neuberger, Esquire (via hand delivery)
      Ms. Marybeth Farrell (via U.S. mail)

Attorney Files/John/Client/JLR Clients/Farrell/Pleadings/Discovery/Testimonial/Plaintiff's Third Notice of Depositions