## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MARYBETH FARRELL,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 04-285 KAJ |
| | : | |
| **ASTRAZENECA PHARMACEUTICALS LP,** | : | |
| a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on March 31, 2005, I served two (2) copies of **PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS DIRECTED TO PLAINTIFF**, **PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**, **PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**, and **PLAINTIFF'S LOG OF PRIVILEGED DOCUMENTS** by fax and U.S. mail and electronically filed this **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Sheldon N. Sandler, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 576-3330 (fax)

**LAW OFFICE OF JOHN M. LaROSA**

**/s/ John M. LaRosa**
**JOHN M. LaROSA, ESQ. (#4275)**
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Attorney for Plaintiff Marybeth Farrell

cc:   Thomas S. Neuberger, Esquire (via hand delivery)
      Ms. Marybeth Farrell (via U.S. mail)