IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-285-KAJ |
| ASTRAZENECA PHARMACEUTICALS, LP, | : |
| Defendant. | : |

## ORDER

At Wilmington this **5th** day of **April, 2005**,

IT IS ORDERED that the mediation conference scheduled for Monday, April 11, 2005 at 10:00 a.m. is canceled. Counsel are to keep the Magistrate Judge informed of the results of any case dispositive motions.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE