IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARYBETH FARRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.04-285-KAJ |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS, LP, | ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in its accompanying Opening Brief, Defendant hereby moves for summary judgment on all Counts of Plaintiff's Complaint.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Attorneys for Defendant

Dated: May 2, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2005, I electronically filed a true and correct copy of the foregoing **Motion For Summary Judgment** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Thomas S. Neuberger, Esquire | John M. LaRosa, Esquire |
| The Neuberger Firm | Law Office of John M. LaRosa |
| Two East Seventh Street, Suite 302 | Two East 7th Street, Suite 302 |
| Wilmington, DE 19801-3707 | Wilmington, DE 19801-3707 |

I further certify that on May 3, 2005, I caused a copy of the foregoing **Motion For Summary Judgment** to be served by hand-delivery on the following counsel of record:

| | |
|---|---|
| Thomas S. Neuberger, Esquire | John M. LaRosa, Esquire |
| The Neuberger Firm | Law Office of John M. LaRosa |
| Two East Seventh Street, Suite 302 | Two East 7th Street, Suite 302 |
| Wilmington, DE 19801-3707 | Wilmington, DE 19801-3707 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: ssandler@ycst.com
Attorneys for Defendant

Dated: May 2, 2005