IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARYBETH FARRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.04-285-KAJ |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS, | ) | |
| LP, | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX TO DEFENDANT'S OPENING BRIEF
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sheldon N. Sandler, Esquire (No. 245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Attorneys for Defendant

Dated: May 2, 2005

# TABLE OF CONTENTS

Page

Zeneca offer letter to Farrell dated January 7, 1994 ................................................................. A1

AstraZeneca offer letter to Farrell dated November 1, 1999 ...................................................... A3

Farrell 2000 Performance Evaluation ......................................................................................... A5

Emails re: Farrell Performance Feedback (January 2002) .......................................................... A9

Farrell 2001 Performance Evaluation ......................................................................................... A20

Farrell email re: request for promotion dated November 25, 2002 ............................................ A24

Martin 12/3/02 email to Farrell re: 2003 Advisory Board Template .......................................... A25

Cardiology – Invitation List ........................................................................................................ A26

Hellen 2002 Year-End Performance Feedback on Farrell .......................................................... A31

Clark 2002 Year-End Performance Feedback on Farrell ............................................................ A33

Katona 2002 Year-End Performance Feedback on Farrell .......................................................... A35

Martin 2002 Year-End Performance Feedback on Farrell .......................................................... A36

Farrell 2002 Performance Evaluation ......................................................................................... A38

Emails re: Exanta Ad Board Dates ............................................................................................. A45

Hellen/Brangman emails re: Farrell promotion ......................................................................... A46

Emails re: AZ Courses Request .................................................................................................. A48

Emails re: Farrell work deficiencies (March 2003) .................................................................... A50

Farrell email re: Action Items from 3/14 Faculty Meeting ........................................................ A57

Emails re: Meeting to Discuss Farrell Performance (March 2003) ............................................ A58

Kauffman email re: ER issues dated April 4, 2003 .................................................................... A59

Professional Education and Relations Manager Job Description ................................................ A60

Emails re: 3/14 Action Items ...................................................................................................... A62

WP3:1108577.1                                                                                        057159.1004

Emails re: Weekly Status Reports.................................................................................A64

Farrell email to Broadway re: 2003 Objectives dated April 11, 2003 ..........................A66

Emails re: Weekly Status Reports.................................................................................A67

Farrell April 16, 2003 email re: Schedule.....................................................................A69

O'Neill memo to Farrell re: STD dated April 26, 2003 ................................................A70

Kauffman handwritten notes dated April 28, 2003........................................................A71

Broadway Manager Notes dated May 1, 2003...............................................................A74

Emails re: Broadway discussion with Farrell ...............................................................A77

Email re: Farrell Short Term Disability Approval dated May 1, 2003 ..........................A79

Farrell/Kauffman emails re: Telephone Discussion ......................................................A80

O'Neill memo to Farrell re: Approval for Short-Term Disability Benefits
dated May 5, 2003..........................................................................................................A81

Emails re: Action Items ................................................................................................A82

Kauffman handwritten notes dated May 8, 2003...........................................................A87

Farrell email to Hellen dated May 19, 2003 .................................................................A90

Emails re: Farrell Return Day........................................................................................A91

Farrell Return to Work Statement dated May 29, 2003 .................................................A93

Milhorn June 2, 2003 email re: Farrell return to work ..................................................A94

Notes re: Review with Farrell dated June 12, 2003 .......................................................A95

Emails re:  Farrell approval of title upgrade .................................................................A96

Farrell voicemail re: approval of banding increase (July 2003) ....................................A98

Broadway email to Bevis re: Farrell Action Plan dated July 29, 2003...........................A99

Broadway August 2003 Manager Notes ........................................................................A100

Farrell Action Plan Memorandum dated August 18, 2003 ............................................A101

ii

Emails re: Farrell Action Plan................................................................A104

Kauffman handwritten notes dated August 21, 2003................................A107

Farrell August 21, 2003 memo to Broadway re: Action Plan.....................A111

Emails re: Farrell Action Plan................................................................A113

Broadway Manager Notes (September 2003)............................................A114

Performance Update dated September 12, 2003.........................................A119

Farrell September 16, 2003 memorandum to Broadway re: Action Plan.................A122

Farrell September 22, 2003 fax to Kauffman/Austin-Jones re: September 17, 2003 meeting.A124

Farrell September 30, 2003 memo re: Band V requirements of Action Plan.............A125

Broadway notes re: Farrell Unsatisfactory Completion of Action Plan .................A128

Farrell October 1, 2003 memo to Broadway/Austin-Jones re: September 22
Performance Update Meeting ....................................................................A132

Emails re: Farrell requests for vacation ..................................................A134

Broadway October Manager Notes............................................................A138

Black email to Farrell dated October 21, 2003 ........................................A139

Emails re: Farrell vacation requests.........................................................A140

Farrell Performance Improvement Plan dated October 21, 2003 ...................A141

Broadway notes re: October 22, 2003 discussion with Farrell ......................A146

Broadway October 22, 2003 email to Farrell re: discussion.........................A150

Farrell October 26, 2003 memo to Broadway re: Action Plan Update....................A151

Emails re: Farrell medical appointments/comp time ....................................A156

Farrell October 27, 2003 email and attachment re: October 22, 2003 meeting.........A158

Emails re: Farrell job search dated November 12, 2003................................A164

Farrell November 14, 2003 memo to Broadway/Austin-Jones re: PIP meeting.............A166

WP3:1108577.1

057159.1004

Emails re: PIP discussion.................................................................................A168

Broadway November 2003 Manager Notes.......................................................A170

Notes regarding Farrell's Mid-PIP Feedback...................................................A172

Broadway December 2003 Manager Notes........................................................A178

Farrell Feedback forms..................................................................................A181

Emails re: Farrell schedule.............................................................................A193

Broadway December 2, 2003 email to Farrell re: Today's Meeting......................A196

Austin-Jones December 3, 2003 memo to Farrell File........................................A197

Emails re: December 2, 2003 meeting..............................................................A198

Farrell December 15, 2003 memo re: Program Management Updates...................A199

Farrell 2003 Year-End Performance Feedback Forms.........................................A202

Farrell December 16, 2003 memo to Broadway re: 2003 Absence Tracker............A206

Farrell December 17, 2003 memo to Broadway re: 2003 Absence Tracker............A208

Farrell December 19, 2003 email to Broadway re: bring audio recorder to meeting...............A210

Emails re: Full Cooperation for Update Meetings..............................................A211

Farrell January 5, 2004 request for 2 days leave................................................A213

Emails re: Farrell use of recorder during meetings.............................................A214

Broadway memo to Farrell re: PIP Feedback Discussion.....................................A215

Farrell January 12, 2004 email re: attorney present final review meeting................A220

Burson-Marsteller offer letter to Farrell dated February 4, 2004..........................A221

AstraZeneca letter to Farrell re: Savings/Security Plan dated April 24, 2004.........A226

Amtrak ticket to New York dated May 7, 2004..................................................A227

Benefit Concepts envelope to Farrell postmarked May 13, 2004..........................A228

iv

Farrell letter to Austin-Jones dated May 26, 2004 re: group health care plan...........................A229

Farrell letter to Lewis dated August 18, 2004...........................................................................A233

Excerpts from the deposition transcript of MaryBeth Farrell
dated December 9, 2004 and January 25, 2005 ........................................................................A234

Excerpts from the deposition transcript of Georgina Austin-Jones
dated February 14, 2005 ............................................................................................................A269

Excerpts from the deposition transcript of Jane Hellen
dated February 15, 2005 ............................................................................................................A276

Excerpts from the deposition transcript of Deborah Brangman
dated March 24, 2005 ................................................................................................................A318

Excerpts from the deposition transcript of Susan Broadway
dated March 24, 2005 ................................................................................................................A344

Excerpts from the deposition transcript of Rachel Bevis
dated April 7, 2005 ....................................................................................................................A361

Affidavit of Amy Renk Haines dated April 30, 2005 ...............................................................A363

Affidavit of Brian Martin dated May 2, 2005...........................................................................A366

Affidavit of Deborah Kauffman dated May 2, 2005..................................................................A369

Affidavit of Diana Andrade dated May 2, 2005 .......................................................................A383

057159 1004

WP3:1108577 1

bcc:   Steve Lampert
       Pat Shinn
       Medical



**Pharmaceuticals Group**
ZENECA Pharmaceuticals  Stuart Pharmaceuticals
Business Units of ZENECA Inc

1800 Concord Pike
Wilmington
Delaware 19897  USA

January 7, 1994


Ms. Marybeth Farrell
4501 Arlington Blvd.
#426
Arlington, VA  22203

Dear Marybeth:

This letter will confirm our verbal offer of employment on January 6,
1994, for the position of Writer/Editor in the Professional Relations
Department, reporting to Steven B. Lampert.  We feel certain you will
make a valuable contribution to the ZENECA Pharmaceuticals Group.

The starting salary for the position is $4,666.66 per month, which
amounts to $56,000.00 annually.  In addition, if you elect to
participate in the Company's Deferred Compensation Plan, with its unique
tax advantages and wide range of investment options, your annual
earnings could increase to $57,400.  Please note the attached form
giving a breakdown of the DCP figures based on your salary.  Also, you
will be immediately eligible for various other Company benefits which
are summarized in the enclosed pamphlet, entitled OVERVIEW.


Zeneca Inc. will reimburse you for normal and reasonable moving
expenses from Arlington, Virginia to the Wilmington, Delaware area.
Our new-hire relocation policy is explained in detail in the
enclosed booklet.  If you have any questions regarding relocation,
please call Pat Shinn, our relocation coordinator (800/822-8215,
ext. 7852).


This offer is contingent upon the following:

1.  Satisfactory reference checks.

2.  Documentation demonstrating that you are legally eligible for
    employment in the United States.  Please read the attached notice on
    the Immigration Reform and Control Act, complete it, and return it
    to ZENECA immediately.


**D10**

Marybeth Farrell
Page 2
January 7, 1994


3.  Successful completion of our standard pre-employment physical
    examination, including testing for drug abuse.  These examinations
    are handled through Dickerson Occupational Health Systems.  Upon
    acceptance of this offer, please call Fran Farrell at 800/488-3647
    to arrange a convenient time and location for your physical.  You
    will be required to arrive 30/40 minutes before your scheduled
    appointment to complete the Pre-employment Health Questionnaire.
    Your cooperation will certainly expedite matters.

As a precautionary measure, we advise our prospective employees not to
give notice to their present employers until they have heard that the
physical exam results are satisfactory.

Unless otherwise instructed, please report directly to the lobby in the
Fairfax Office Center at 8:30 a.m. on your first day of work for
sign-up.

PLEASE BE SURE TO BRING THE DOCUMENTATION REQUIRED BY THE IMMIGRATION
REFORM AND CONTROL ACT WITH YOU FOR SIGN-UP.  APPLICANTS WHO DO NOT
PRESENT PROPER DOCUMENTATION CANNOT BE SIGNED UP FOR EMPLOYMENT.

Because ZENECA Inc. is a technically sophisticated Company, it is
essential that our secret processes, products, inventions, and equipment
be protected.  Accordingly, each professional salaried employee is
required to sign a secrecy agreement upon commencing employment.  A copy
of this agreement is enclosed for your review.

I sincerely hope you will give this offer serious consideration.  We
anticipate your affirmative reply on or before January 10, 1994.

If you have any questions, please contact me at 800/456-3669, ext. 7947.

Sincerely,

Melanie M. Lewis
Staffing and Development Specialist

MML/dgw
Enclosures

**D11**

**A2**

 AstraZeneca

November 1, 1999

Ms. Marybeth Farrell
2209 Fenton Drive
Wilmington, DE 19808

Dear Marybeth:

The journey toward a unified AstraZeneca is underway. We are excited about the bright future that lies ahead for AstraZeneca -- first for innovation and value for customers, employees, shareholders, partners and communities. The combination of Astra and Zeneca offers the opportunity for us to create the world's leading pharmaceutical company. You can be an important part of making AstraZeneca successful, and we ask that you join us in the AstraZeneca journey. This is to confirm the offer of employment to you for the position of PREP Manager in the GI Therapeutic Area with AstraZeneca, A Business Unit of Zeneca Inc., reporting to me, effective November 1, 1999

You will continue to be employed at the same base salary, and will continue to participate in the same incentive compensation plans in which you currently participate through at least the end of 1999. Your compensation, benefits and other terms and conditions of employment may be subject to adjustment as part of the Company's re-examination of its total rewards strategy and philosophy.

As was the case at both Astra and Zeneca, your employment with AstraZeneca has no fixed term, and either you or the Company may terminate your employment at any time

We hope that you will accept this offer. Please sign and date this letter in the "Accept" or "Decline" space provided below to indicate your accepting or declining this offer, and return it to my attention by Friday, November 5, 1999. You also should keep a copy of this letter for your file.

If you accept this offer by signing below, we also request that you sign and date the enclosed confidentiality agreement and return the signed agreement with this letter. The confidentiality agreement is a standard form Company agreement that must be signed without alteration by all employees to ensure the confidentiality of the Company's proprietary information and trade secrets.

**AstraZeneca**  A Business Unit of Zeneca Inc
1800 Concord Pike  PO Box 15437  Wilmington DE 19850 5437

**Tel**    302 886 3000
www.astrazeneca-us.com

AZPH1001

D127

A3

Ms  Marybeth Farrell Joe
Page 2
November 1, 1999

If you have any questions about this offer, please contact me.

Sincerely,

Judy Yun
Central Promotions Leader

JY:pms
Enclosure

ACCEPT:                                           DECLINE:

_____                          _____
(Employee's Name)                                (Employee's Name)

_____                          _____
(Date)                                           (Date)

**D128**

**A4**

# Performance Evaluation

## DEMOGRAPHICS

| | |
|---|---|
| Employee`s Name: | Farrell Joe,Marybeth |
| Salary Roll #: | 34406 |
| Position/Job Title: | Sr Field PREP Partner |
| Department/ Business Area: | MPIC Central Promotions |
| Performance Year Ending: | 2000 |
| Functional Manager: | Renk,Amy |

## GOALS

| Goal Type: Key Business Results | Rating: Met Expectations |
|---|---|
| **Objective:** Enhance PREP Resources in Support of GI Sales & Marketing Goals | |

| Goal Type: Key Business Results | Rating: Met Expectations |
|---|---|
| **Objective:** Increase awareness of symptoms and treatments for GERD, including Prilosec, among managed care physicians and formulary decision-makers in support of GI TA's effort to increase Prilosec scripts in managed care market. | |

| Goal Type: Key Business Results | Rating: Met Expectations |
|---|---|
| **Objective:** As PREP GI's champion for multi-therapeutic conferences, enhance AstraZeneca's GI reach and effectiveness at multi-therapeutic conferences. | |

| Goal Type: Key Business Results | Rating: Met Expectations |
|---|---|
| **Objective:** Work with other functional areas to establish common processes and tools across Central Promotions and work within these new processes. | |

| Goal Type: Personal Development | Rating: Met Expectations |
|---|---|
| **Objective:** Enhance effectiveness in encouraging cooperation and collaboration through "win-win" approaches to projects, problem-solving | |

D137

A5

| Goal Type: Personal Development | Rating: Met Expectations |
|---|---|

**Objective:** Enhance skills development of spreadsheets, charts online.

| Goal Type: Personal Development | Rating: Met Expectations |
|---|---|

**Objective:** Enrich understanding of ACCME, FDA and AMA guidelines for pharmaceutical companies' activities relative to physicians, CME, scientific/educational materials distribution, educational versus promotional activities, and other matters concerning professional relations and medical education.

| Goal Type: Personal Development | Rating: Met Expectations |
|---|---|

**Objective:** Develop comprehensive understanding of roles and responsibilities of all GI team members and the new business model.

## CULTURAL ATTRIBUTES

| Cultural Attribute: Take Lead/Make A Difference | Rating: Met Expectations |
|---|---|

**Objective:** (1) Develop new national PREP programs (2) Initiate new booth activities booth activities (eg , A Prilosec "Product Theater" to align with other AstraZeneca therapeutic activities in booth) (3) Initiate approaches for sponsorships of activities at national association meetings

| Cultural Attribute: Help Others Succeed | Rating: Exceeded Expectations |
|---|---|

**Objective:** (1) Structural and process approaches that facilitate independent action and management while also fostering creative collaboration in PREP GI (2) Ideas-sharing, best practices and continual improvement in PREP GI programs (3) Assessing customers' needs and developing approaches that facilitate creative approaches to problem solving and solutions management

| Cultural Attribute: Set Ambitious Goals | Rating: Met Expectations |
|---|---|

**Objective:** (1) Monitor competitor products' CME, educational and other activities (2) Bring creative programs-based sound analysis to activities development

| Cultural Attribute: Focus on Customer Excellence | Rating: Met Expectations |
|---|---|

**Objective:** Overall alignment of GI TA focus on exceeding customer expectations through information exchange, team partnerships

D138

A6

## OVERALL EVALUATION

**Performance Summary** Giving substantial weight to performance against both goals (key business results and personal development goals) and cultural attributes, describe overall performance by providing examples of outcomes and demonstrated abilities indicative of the overall rating

Marybeth has done an very good job this year assimilating the responsibilities of a new role as PREP Manager with the GI team. Her energy and determination have aided her in learning many PREP skills in a role that was challenging and demanding in a time of high stress and activity in the GI area. Marybeth's strengths are her ability to manage multiple products and projects in a fast paced environment, planning, and her excellent communication skills, especially in capturing data and thoughts. She was recognized for her efforts in preparation for the NEXIUM launch by receipt of a special achievement award given to her by the NEXIUM team. Marybeth has a passion to want others to succeed and has clearly taken ownership of this ownership and works this into her daily life. This attribute will greatly contribute to her success in her new role and in the future. In her new role, Marybeth should continue to learn and understand the entire organization, the company model, and the inter-connectivity of the various areas, especially field sales. She will be expected to be a content expert in the Marketing and Sales policies guidelines and will need to become thoroughly versed in these and their interpretation. She may also benefit from courses offered through the AZ Academy, especially those focusing on basic marketing and sales and promotional effectiveness. It will be a pleasure to work with Marybeth in 2001 and witness her ability to share her strengths, energy, and ideas in her new role.

**Overall Rating:** Good

❑ **Distinguished:** Performance consistently exceeded expectations.

❑ **Excellent:** Performance met expectations and in some areas exceeded expectations.

❑ **Good:** Overall performance met expectations

❑ **Acceptable:** Performance met some expectations and did not meet others

❑ **Unacceptable:** Overall performance did not meet expectations.

**Signed By:**        Renk,Amy                **Date:**21-JAN-2001

**Reviewed By Employee:**              **Comment Date:**

*(Signature indicates document has been reviewed: it does not necessarily indicate concurrence)*

**Employee's Comments (Optional):**

**D139**

**A7**



D140

| From: | Lamb, Robert [Robert Lamb@astrazeneca.com] |
|---|---|
| Sent: | Thursday, January 10, 2002 8:49 AM |
| To: | Haines, Amy |
| Subject: | RE: Performance Feedback for Marybeth Farrell |

Sensitivity:        Confidential


Good Morning, Amy:
Maybe this is something we should talk about over a cup of coffee?  How is
the kayak holding up under constant use?  I put my responses below.  My
interactions with Marybeth were limited, but when we did work together, she
was very helpful.  Hope we can talk soon.
Bob

>  -----Original Message-----
> From:     Renk, Amy
> Sent:     Wednesday, January 09, 2002 6:06 PM
> To: Lamb, Robert
> Subject:  Performance Feedback for Marybeth Farrell
> Sensitivity:    Confidential
>
> Bob -
> You have been identified as someone that Marybeth Farrell has worked with
> in 2001 outside of our department that could provide feedback regarding
> her performance.  To assist with the Field PREP Performance Management
> process, I would appreciate your comments regarding your interactions with
> Marybeth in 2001.  I feel that with your input, as an internal customer, I
> will more appropriately be able to complete the review process and provide
> Marybeth with direction for 2002 to better support you and our customers.
>
>
> Thank you for your participation and I look forward to receiving your
> response.
>
>
> *   Briefly describe contributions that facilitated the achievement of
> your business objectives:
            Marybeth supported my success within the organization by
providing me with information in a timely manner.

> *   In what areas is Marybeth most effective?
            Responsiveness to requests

> *   Describe areas in which she could be more effective (please provide
> specific examples):
            Listen to what is being discussed and not being redundant
with questions that have already been answered or solutions that have
already been identified.

> *   Describe ways in which she has demonstrated AZ cultural attributes:
            Likes having fun.
            By being responsive to my needs, Marybeth was helping others
succeed.


> *   Please offer suggestions for professional or personal development:
>
> *   Additional Comments:
>
>
>
> Please return by e-mail to me on or before January 16, 2002..  Your

D2630

```
> feedback will be completely confidential.  Thank you!
>
>
> Amy Renk
> Professional Education Leader, Field Programs
> AstraZeneca LP
> phone:  302-886-8734
> amy.renk@astrazeneca.com
>
```

**D2631**

**A10**

**From:** Bruck, Lawrence
**Sent:** Thursday, January 10, 2002 11:55 AM
**To:** Renk, Amy
**Subject:** RE: Performance Feedback for Marybeth Farrell

**Sensitivity:** Confidential

-----Original Message-----
**From:** Renk, Amy
**Sent:** Wednesday, January 09, 2002 6:10 PM
**To:** Bruck, Lawrence
**Subject:** Performance Feedback for Marybeth Farrell
**Sensitivity:** Confidential

Larry -
You have been identified as someone that Marybeth Farrell has worked with
in 2001 outside of our department that could provide feedback regarding her
performance. To assist with the Field PREP Performance Management
process, I would appreciate your comments regarding your interactions with
Marybeth in 2001. I feel that with your input, as an internal customer, I will
more appropriately be able to complete the review process and provide
Marybeth with direction for 2002 to better support you and our customers.

Thank you for your participation and I look forward to receiving your
response.

- Briefly describe contributions that facilitated the achievement of your
  business objectives:
  - Marybeth provided a helpful project outline with key Field PREP initiatives that was
    very helpful when I joined the Cresor Team.
  - Organized a visit to the Lecture Bureau to better understand their capabilities and
    role in the Crestor Launch.

- In what areas is Marybeth most effective?
  - Identifying the key people and resources that should be included in projects.

- Describe areas in which she could be more effective (please provide
  specific examples):
  - This is a difficult area to provide accurate feedback in since I have not worked
    closely with Marybeth yet or for any period of time. I know Marybeth is new to the
    position so as she gains tenure she may be more inclined to make decisions more
    rapidly or provide information in a more timely manner

- Describe ways in which she has demonstrated AZ cultural attributes:
  - Help others succeed- she seems to respect the experience and skills of others.

- Please offer suggestions for professional or personal development:

**D2628**

**A11**

- Additional Comments:


Please return by e-mail to me on or before January 16, 2002. **_Your feedback will be completely confidential._**  Thank you!

*Amy Renk*
*Professional Education Leader, Field Programs*
*AstraZeneca LP*
*phone:  302-886-8734*
*amy.renk@astrazeneca.com*

**D2629**

**A12**

**From:**      O'Laughlin, Michael [Michael.O'Laughlin@astrazeneca.com]
**Sent:**      Monday, January 14, 2002 9:07 AM
**To:**        Haines, Amy
**Subject:**   RE: Performance Feedback for Marybeth Farrell

**Sensitivity:**      Confidential


Amy,

I am pleased to provide you some feedback on Marybeth.  While Marybeth does
a competent job, I have this feeling that we are not realizing the full
potential of her position.  This is not meant as a knock against Marybeth,
however, I feel that other teams are more involved with Field PREP than we
are on the TOPROL-XL team.  I would welcome more involvement from Field
PREP.  I do not feel we are leveraging your group's potential.  Yet, I do
not have enough knowledge (or time) to figure how this could be improved.


> -----Original Message-----
> From:    Renk, Amy
> Sent:    Wednesday, January 09, 2002 6:09 PM
> To: O'Laughlin, Michael
> Subject:  Performance Feedback for Marybeth Farrell
> Sensitivity:    Confidential
>
> Michael -
> You have been identified as someone that Marybeth Farrell has worked with
> in 2001 outside of our department that could provide feedback regarding
> her performance.  To assist with the Field PREP Performance Management
> process, I would appreciate your comments regarding your interactions with
> Marybeth in 2001.  I feel that with your input, as an internal customer, I
> will more appropriately be able to complete the review process and provide
> Marybeth with direction for 2002 to better support you and our customers.
>
>
> Thank you for your participation and I look forward to receiving your
> response.
>
>
> *   Briefly describe contributions that facilitated the achievement of
> your business objectives:
>
>            She help distribute the recently released TOPROL-XL CD-ROM
Slide Library to the Speaker's Bureau.

> *   In what areas is Marybeth most effective?
>
>            She has acted as a liaison to the Speaker's Bureau.

> *   Describe areas in which she could be more effective (please provide
> specific examples):
>
>            -- Being more  involved in the promotional and CME programs
we execute.
>            -- Meeting with our vendors during status update meetings.
>            -- Being proactive by sharing "best practice" form other
teams
>            -- Suggesting new approaches or vendors that can advance the
delivery and utilization of Field PREP programs.

> *   Describe ways in which she has demonstrated AZ cultural attributes:
>

1

**D2632**

**A13**

Scale:

1 = Not at All
2 = To a Small Extent
3 = To a Moderate Extent
4 = To a Large Extent
5 = To a Very Great Extent
6 = Does not Apply/Not in a Position to Evaluate

Provides Clarity About Strategic Direction
*       Understands the AstraZeneca vision.
*       Focuses own efforts on achieving strategic priorities.
*       Takes risks based on organization capabilities and strategic
priorities.
        2 = To a Small Extent

Sets Ambitious Goals and Exceeds Them
*       Sets clear objectives and priorities for own work.
*       Meets deadlines.
*       Accepts accountability for results
*       Takes on new or needed tasks without being asked.
*       Conveys clear expectations when involving others in projects.
        2 = To a Small Extent

Focuses on Delivery
*       Accurately estimates resources and time needed to accomplish goals.
*       Uses outcome data and customer feedback to analyze own work.
*       Redirects own efforts when objectives are not achieved.
*       Makes sound decisions in ambiguous situations.
*       Effectively manages several tasks at the same time.
        6 = Does not Apply/Not in a Position to Evaluate

Focuses Relentlessly on Customer Excellence
*       Provides solutions that address customers' needs in the desire time
frame.
*       Offers a variety of ways for customers to provide feedback.
*       Understands the value of the products and services he/she offers
from the customer's perspective.
*       Clearly articulates the value to his/her customer of using the
service or product he/she provides.
        2 = To a Small Extent

Takes the Lead and Make a Difference
*       Generates creative ideas that capitalize on opportunities and/or
address issues.
*       Shares innovative ideas and best practices to promote their broader
use.
*       Persuades others to accept his/her ideas.
*       Initiates changes to improve business performance.
        2 = To a Small Extent

Professionalism/Understanding the Business Dynamics
*       Understands the implications of current industry trends for the
organization and his/her customers.
*       Applies useful ideas from outside the pharmaceutical industry.
*       Others seek his/her knowledge and expertise.
*       Performs core job tasks effectively
*       Keeps up-to-date in own profession.
        6 = Does not Apply/Not in a Position to Evaluate

Self Awareness
*       Seeks feedback.
*       Learns from mistakes.
*       Strives to continually improve own performance.
*       Accepts responsibility for own growth and development.
*       Accepts criticism without becoming defensive.
*       Is aware of how own actions and behaviors affect others.

2

**D2633**

**A14**

```
*    Makes realistic commitments (i.e., does not overcommit).

     6 = Does not Apply/Not in a Position to Evaluate
```

Ensures Commitment
```
*    Shares credit for successes with all involved.
*    Builds support for change with influential individuals and teams.
*    Helps others understand the need for change.
     6 = Does not Apply/Not in a Position to Evaluate
```

Helps Others Succeed
```
*    Cooperates with others to get work done
*    Responds to other's request for advice or help.
*    Works to benefit the entire organization, not just self.
*    Keeps others informed of what is happening in his/her work.
*    Works collaboratively with others to revolve conflicts.
     6 = Does not Apply/Not in a Position to Evaluate
```

Builds Relationships
```
*    In conflicts, leaves others feeling positive about them self.
*    Encourages people to express their views, even when different.
*    Works effectively with those whose background and experiences are
different from own.
*    Develops useful contacts outside the company.
*    Effectively partners with people in other areas of AstraZeneca.
*    Others in AstraZeneca enjoy working with him/her.

     6 = Does not Apply/Not in a Position to Evaluate
```

Develops People
```
*    Contributes to other's growth and development.
*    Conveys that he/she trusts people to meet their commitments.
*    Gives specific and constructive feedback.

     6 = Does not Apply/Not in a Position to Evaluate
```

Demonstrates Personal Conviction
```
*    .Perseveres to overcome obstacles and achieve objectives.
*    Manages stress and pressure with grace.
*    Projects self-confidence.
*    Acts in a manner consistent with AstraZeneca's values.
*    Actively supports organizational decisions.

     2 = To a Small Extent
```

Communication
```
*    Explains clearly and simply issues in own area of expertise to those
in other disciplines.
*    Periodically asks questions, and makes comments to ensure that
he/she understands what others are saying.
*    Expresses him/herself clearly and effectively in writing.
*    Adapts style, medium, and message to the audience.
*    Protects information shared confidentially with him/her.
     2 = To a Small Extent
```

```
> Please return by e-mail to me on or before January 16, 2002..  Your
> feedback will be completely confidential.  Thank you!
>
>
> Amy Renk
> Professional Education Leader, Field Programs
> AstraZeneca LP
> phone:  302-886-8734
> amy.renk@astrazeneca.com
>
```

3

**D2634**

**A15**

| | |
|---|---|
| **From:** | Charles, Gin L |
| **Sent:** | Thursday, January 17, 2002 2:33 PM |
| **To:** | Renk, Amy |
| **Subject:** | Feedback: Marybeth Farrell |

Hi Amy,

Sorry I missed your deadline of yesterday. I am just drowning and want to give this the thought and consideration Marybeth deserves. Here is my best shot at providing, what I hope will be, valuable feedback.

CONTRIBUTIONS: are numerous!
- Audios: Marybeth is on the core audio team, which means creative development, content, reviews, etc. She has and is working on two of these, in differing stages of development.
- Job Aids have been developed and will be disseminated from HQ. These have been developed with a cross-functional perspective and again, MB was instrumental from beginning to end.
- Workshop on Independent Programs: Marybeth was responsible for the development of this including scenarios, facilitator guides, job aids. She was the leader and sought out other opinions and perspectives, arranged the meetings for reviewing, etc.
- Reviewer of all other initiatives that go out from POTACT to ensure that PREP has been taken into account.

MOST EFFECTIVE AREAS: MB is most effective in her thoroughness and knowledgeable of PREP--the policies, the procedures, the processes. She is also effective in terms of always meeting deadlines and always volunteering for additional work, which greatly aids the progress of POTACT's initiatives.

COULD BE MORE EFFECTIVE: Amy, this is honestly a very difficult question for me to answer simply because MB is always seeking to learn new things. She has approached me and we are meeting one on one to discuss my role and career development options for her. Therefore, I would say she could be more effective with a broader understanding of the sales organization in terms of sales ops, the field, policies, etc. BUT she has taken every opportunity, created her own opportunities and is doing all she can to broaden her knowledge and experience level.

AZ CULTURAL ATTRIBUTES: This is not an easy way out answer, but from all the things described above, PLUS MB's behavior, attitude and demeanor, MB successfully demonstrates all of the AZ cultural attributes, e.g.
- Helping others succeed: from my successes with POTACT, to the field's successes in better understanding policy, procedures, she gets 100% from me.
- Take the lead and make a difference: On every initiative, whether she is the leader or part of the team, MB is always offering ideas, suggestions, process improvements, many of which are adopted, such as passing on information and documents to POTACT that touch on policy and that otherwise would not have found their way to our group for review.
- Sets ambitious goals and exceeds them: based on MB's output with POTACT, she could not be viewed as anything other than ambitious in her quest for knowledge, experience and in being a team player. She is the top producer on POTACT--a group of 16 members. Quite frankly; I do not know how she gets it all done, still smiles, still has that "can do" attitude AND produces quality work. She gets 100% from me.
- Focus relentlessly on customer excellence: again, never a question that whether internal or external customers, MB gives 100% and never loses site of who the customer is. She is always open to feedback on her initiatives, hears others' perspectives, and after discussion/questions/consideration, adopts the recommended changes if they are valid. In the few instances when they may not be, she eloquently expresses why she feels it should be done differently--and is convincing. Again 100% rating from me.

**D2636**

SUGGESTIONS FOR PROFESSIONAL OR PERSONAL DEVELOPMENT: another tricky question for me because (1) professionally, she is doing everything to increase her exposure, knowledge and broaden her experience. (2) personal development is too vague for me to comment on without some examples other than to say she is prompt, professional, courteous, cheerful, flexible, dependable. The only thing I can offer is that as her knowledge grows, her confidence will. This is not to say she lacks confidence, but rather she is realistically cautious when subjects are broached that she has little or no knowledge about. This comes across at times because she states her perspective, her opinion and then feels the need to justify or defend it, which is not necessary. She has proven to be an invaluable member of the team; her opinions and insights are valid and respected. Therefore, she could minimize somewhat her explanations.

ADDITIONAL COMMENTS: Amy, I am not sure I have addressed your questions in exactly the way you wish, but will say that (1) because of MB I have a better understanding for and appreciate of PREP (2) I enjoy working with her and especially her constant, cheerful, professional demeanor (3) she is a tremendous producer (4) her output is thorough and professional (5) she is eager to learn and to contribute. You are extremely fortunate to have such an ambassador for PREP in our cross-functional setting. I am even more fortunate to have her on the team.

Let me know if you wish to further discuss any of this, or if I may be of further assistance.

Thank you for the opportunity to contribute feedback on her performance.

Virginia "GIN" Charles
Integration Manager
‾Sales Operations
Fairfax, FOP 3rd Floor, #317
Tel: 302-886-4971
Fax: 302-886-4693

**D2637**

**A17**

From:        Wolf, Jeffrey A [jeffrey.wolf@astrazeneca.com]
Sent:        Tuesday, January 22, 2002 8:31 AM
To:          Haines, Amy
Subject:     RE: Performance Feedback for Marybeth Farrell - by 1/16/02

Sensitivity:    Confidential


Amy:

Sorry I'm a little delinquent in getting back to you.  We've been swamped
preparing for the Sales Leadership Meetings this week.

I've provided some brief comments to each of your questions below.

Please let me know if you have any questions or need additional information.

Thanks,

Jeff

> -----Original Message-----
> From:     Renk, Amy
> Sent:     Wednesday, January 09, 2002 6:09 PM
> To: Wolf, Jeffrey A
> Subject:  Performance Feedback for Marybeth Farrell - by 1/16/02
> Sensitivity:     Confidential
>
> Jeff ~
> You have been identified as someone that Marybeth Farrell has worked with
> in 2001 outside of our department that could provide feedback regarding
> her performance.  To assist with the Field PREP Performance Management
> process, I would appreciate your comments regarding your interactions with
> Marybeth in 2001.  I feel that with your input, as an internal customer, I
> will more appropriately be able to complete the review process and provide
> Marybeth with direction for 2002 to better support you and our customers.
>
>
> Thank you for your participation and I look forward to receiving your
> response.
>
>
> *   Briefly describe contributions that facilitated the achievement of
> your business objectives:
>      Marybeth offered and helped provide the PREP Refresher program to
the entire CV RSD team.  This helped us do a better job of entering our PREP
information into Compass, streamlining the process, and hopefully ensuring
more rapid payment to our customers.

     Marybeth's PREP summary reports helped provide a general utilization
overview to the RSDs early in the year.  Because of the size and volume of
these reports, however, I found they weren't used as much as we would have
hoped.  I found that most RSDs tended to rely on their DSM shadow systems to
track levels of PREP activity and program types that were taking place
throughout the region.

     Marybeth's quarterly PREP calendar also helped keep the field
informed as to the upcoming conventions and Central PREP programs that were
being completed by the marketing teams.

     Finally, the (approximately) monthly meetings with Bob were always
helpful in keeping us up to date.

1

**D2638**

**A18**

\*      In what areas is Marybeth most effective?
        Marybeth has shown a strong focus on the field and a sincere
interest in meeting their needs.  This was exhibited by her "tour" of the
Philadelphia region and attending several different types of PREP programs,
live -- as they actually occur out in the real world.  I believe this
experience helped her gain greater perspective as to what the end needs of
her customers (the DSMs and PSSs) really are.


> \*    Describe areas in which she could be more effective (please provide
> specific examples):
        Communication - timeliness and accuracy.  There were a few occasions
(PREP Calendar and PREP Summary Reports) where communications were sent and
then re-sent because of errors in the documents.  As a result, I started to
wait a few days to forward on her communications to the RSD team, so that I
could be sure I was sending the final version.  So, I'd like to see more
quality control up front and fewer re-sends of the same info. this year if
possible.

> \*    Describe ways in which she has demonstrated AZ cultural attributes:
        As mentioned above, Marybeth showed strong Customer Focus (Focus
Relentlessly on Customer Excellence) by spending a solid week or two out in
the field.  I believe this demonstrated a strong focus on trying to
understand her customer's needs, so she could be even more effective at
meeting them in the future.


> \*    Please offer suggestions for professional or personal development:
        I haven't worked closely enough with Marybeth to truly understand
her developmental needs.  From my limited perspective, I'd like to see
enhanced growth in hr verbal and written communications, to be more clear
and precise in both.  Just a couple thoughts.

> \*    Additional Comments:
>
>
>
> Please return by e-mail to me on or before January 16, 2002..  Your
> feedback will be completely confidential.  Thank you!
>
>
> Amy Renk
> Professional Education Leader, Field Programs
> AstraZeneca LP
> phone:  302-886-8734
> amy.renk@astrazeneca.com
>

2

**D2639**

**A19**

## AstraZeneca Performance Evaluation

### DEMOGRAPHICS

| Employee's Name: | Marybeth Farrell | Performance Year Ending: | December 2001 |
|---|---|---|---|
| Functional Manager: | Amy Renk | Deployed Manager: (If applicable) | |
| Position/Job Title: | Sr. Field PREP Partner | Current Date: | January 2002 |

### GOALS

**Key Business Results**                                  **Rating Versus Expectations**

| Objective | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| <u>Objective:</u>    Support the key 2001 objectives for GI and CV TAs through Field PREP support of NEXIUM, ENTOCORT and CRESTOR product launches and TOPROL-XL (and other) line extension(s). | ☐ | ☒ | ☐ |
| <u>Objective:</u>    Serve as knowledge resource specialist for GI & CV Sales and Marketing Teams as well as external customers (e.g., institutions and physicians) on AstraZeneca policies, all applicable federal regulations, and industry standards (AMA, ACCME, ACPE, etc.) for conducting Field PREP programs. Ensure compliance by providing counsel on the appropriate application of these regulations, guidelines and policies to AstraZeneca Field Professional Relations programs and initiatives. | ☒ | ☐ | ☐ |
| <u>Objective:</u> Ensure Field PREP programs and resources align with needs of and support Speakers and Field Sales personnel | ☐ | ☒ | ☐ |
| <u>Objective:</u> Manage outsource partners, facilitate information gathering and develop reports on Field PREP Program activities for the GI & CV Teams. | ☐ | ☒ | ☐ |
| <u>Objective:</u> | ☐ | ☐ | ☐ |

**Personal Development Goal(s)**                           **Rating Versus Expectations**

| Objective | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| <u>Objective:</u> Continuous improvement in education in CME and federal and AstraZeneca policies on Field PREP and other medical education programs, policies and activities | ☒ | ☐ | ☐ |
| <u>Objective:</u> Develop knowledge in market research and marketing promotional planning strategy and management | ☐ | ☒ | ☐ |

### COMPETENCIES

**Cultural Attributes**                                   **Rating Versus Expectations**

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| <u>Take the Lead and Make a Difference</u><br>*List agreed upon behavioral expectations.* | ☐ | ☒ | ☐ |
| Comments: Forgive mistakes; Think innovatively, create opportunities and seize them. | | | |

*Rev 11/15/2001*

**AstraZeneca Performance Evaluation**

Page 2

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Help Others Succeed<br>*List agreed upon behavioral expectations.* | ☐ | ☒ | ☐ |
| Comments: | | | |
| Set Ambitious Goals and Exceed Them<br>*List agreed upon behavioral expectations.* | ☒ | ☐ | ☐ |
| Comments: | | | |
| Focus Relentlessly on Customer Excellence<br>*List agreed upon behavioral expectations.* | ☐ | ☒ | ☐ |
| Comments: | | | |

*Rev 11/15/2001*

D147

## AstraZeneca Performance Evaluation

## OVERALL EVALUATION

**Performance Summary**  Giving substantial weight to performance against both goals (key business results and personal development goals) and cultural attributes, describe overall performance by providing examples of outcomes and demonstrated abilities indicative of the overall rating.

Marybeth has greatly developed her knowledge of the Field PREP area and how her role is crucial as a liaison between marketing in sales. She has become a greatly valued member of the POTACT team, participating actively in meetings, creating job aids and presentations, and assisting with the development and editing of audiotapes. She has had obstacles trying to support the Nexium and CV teams (outside of Crestor) due to non-responsiveness of PREP Managers or not being included in crucial meetings or discussions. She has persevered regardless and continued to work with these teams to ensure that they are supported.  She has developed a good working relationship with the Crestor team and has been able to successfully direct Field PREP planning in a timely manner. She works well with her peers and has done an excellent job of sharing her knowledge and other important information with them. She particularly works well with the Field PREP Operations Manager and has collaborated positively on training teleconferences and department activities.

Marybeth was able to ride along with several PSSs and attend various programs in 2001. This was positive for Marybeth and the field. In 2002 she should developing an even broader understanding of the field sales organization, especially the front line customer interactions. She can do this by spending additional time with PSSs and DSMs and auditing additional programs. She has also expressed an interest in pursuing a compliance related position. She may want to consider "preceptorships" with PRA and Legal, along with courses that focus on regulatory knowledge.

Marybeth should also focus on listening more intently to ensure that she thoroughly understands what is being said or discussed. At times she hears what is said, but is not actively listening to understand. She should also focus on ensuring that communications are accurate before they are sent, such as calendars, training presentations, documents, etc. She should look to her peers to assist with this as additional fresh eyes or develop timelines for distribution anticipating that changes may come in after her initial deadline (ex. CV calendar) so that she does not need to re-send these.

Marybeth has very high expectations, sometimes higher than others can realistically meet, based on her individual desires. She should temper these with the understanding that there are reasons why things are the way they are and try to understand those reasons when possible. (Ex. Why she cannot have her own assistant)

Marybeth is extremely diligent and conscientious. She works very hard and is a valued member of the team. I look forward to working with her in 2002 and watching her succeed in her 2nd year in her position!

## AstraZeneca Performance Evaluation

---

**Overall Rating**

☐ **Distinguished:** Performance significantly exceeded overall expectations, resulting in exceptional achievements.
- Achieved exceptional overall results and consistently acted as a position role model
- Significantly exceeded goals, and/or took on significant additional projects and delivered on those
- Significantly exceeded expectations related to Cultural Attributes and/or Leadership Capabilities behaviors
- Made an exceptional contribution to the success of the organization/unit; significantly exceeded job responsibilities and performance plan expectations

☒ **Excellent:** Performance exceeded overall expectations.
- Exceeded most or some overall results while maintaining effective relationships during the past year
- Exceeded most or some goals
- Exceeded most or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors
- Contributed substantially to the success of the organization/unit

☐ **Good:** Performance met overall expectations.
- Achieved all, most, or some expected overall results during the past year
- Met all, most, or some goals
- Met all, most, or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors
- Made a contribution to the success of the organization/unit

☐ **Unacceptable:** Performance was below minimum expectations.
- Did not achieve overall results during the past year
- Missed a significant number of goals, or met goals in a way that compromised other responsibilities
- Demonstrated behaviors related to Cultural Attributes and/or Leadership Capabilities below those required to be effective in position
- Had difficulty throughout the performance cycle in meeting the objectives and needs of the organization

---

**Reviewer's Comments (Optional):**

**Employee's Comments (Optional):**

*Revised 10/16/01*

*Rev 11/15/2001*

**From:**      Farrell, Marybeth
**Sent:**      Monday, November 25, 2002 6:50 PM
**To:**        Hellen, Jane; Martin, Brian
**Subject:**   FYI and Request for Input on PREP position

Jane and Brian:

In internal mail you will receive a copy of 2 additions to earlier year-end performance reviews as FYI. One is simply a special achievement award from the Nexium team which had gotten lost in office moves. When I recently found it, I realized I should submit it to HR. This also prompted me to provide a brief commentary on 2001 that the functional leader at the time recommended I offer.

With the year-end 2002 performance reviews coming under way, I talked briefy with Brian Martin about my effort to achieve, with the support of Debbie Brangman, the upgrading of my prep position to "senior" prep manager. When I was initially offered this (present) position, I was a senior prep manager for field prep programs, having already been a 'prep manager' for GI. Renee Valles strongly supported, and was in lengthy discussions with HR, that the position should be offered as a 'senior' prep manager. HR however would offer the position only at the "4" banding, as a prep manager. At the time, Renee said she would ensure the position was upgraded in 6 months. Renee, however, has since moved on to another position.

Debbie Brangman is now trying to assist me in this effort. In an initial phone discussion with HR (Pat Foster I believe), Debbie said Pat indicated the position could not be upgraded until my one-year anniversary (May). Debbie, however, is now seeking to build a case/imperative sufficient that HR will upgrade my position now.

I would ask if you might be willing to help Debbie and I try to achieve movement on this issue at present, hopefully prior to the team's transition into the new building in February '03. I believe it will be very difficult for me to conduct my job effectively if I am not able to operate in an enclosed office -- e.g., conducting conference calls, program planning and management, calls with and management of vendors, conducting reviews of slides at my computer with various Exanta team commercial and medical staff, and other activities central to this position.

If you think you could support the upgrading of my present position, I hope you do not mind if I request that we might call upon you to provide assistance to Debbie Brangman in her upcoming discussions with HR, as input from the brand team is often substantially influential.

Many thanks for your consideration.

Best Wishes,

Marybeth

**D152**

From:           Martin, Brian
Sent:           Tuesday, December 03, 2002 2:48 PM
To:             Farrell, Marybeth
Subject:        2003 Advisory Board Template (Standard Operating Procedure)

As per our conversation, in my office on November 25th we have now finalized the area of focus and number of advisory board for 2003. As we all know we need to standardize our processes for operating these types of meetings to ensure that all are of the highest in quality. At this time in our 2003 planning it is very important Marybeth that you deliver this template prior to dealing with any other advisory board issues. This template needs to be complete or near completion before 2003 as a priority. Much of the work involving this template can be completed by your vendor of choice (Discovery or Simpson Healthcare) both have stated they have similar projects completed or on the way for other teams. Among other things, this template will facilitate a better line of communication with internal and external teams. I have attended a couple advisory boards this year and many questions come from these meetings regarding the teams preparation for them, strategy, objectives, agenda etc. These processes you are creating will answer most of the questions.

As with the rest of the PREP and Promo team you will be paired with a product strategist for each meeting i.e.: ( Tom for Ortho, Jane for Cardio, Faye for VTE etc). Each product strategist will be responsible to provide you with the overall strategy for each meeting, the objectives and assist with the formulation of the agenda. As mentioned above,a lot of the unanswered questions can be thought out and answered in your template. For example, are the biographies of moderators and chairperson enclosed in the participants binder? Have we identified the members of the commercial team who will represent the EXANTA team at the PRA review for advisory boards? At what point should we schedule a PRA review of an Ad board (three weeks, four weeks,five weeks prior to date of program) and what is to be reviewed at this meeting i.e. amenities, agenda, PRA advisory board template ? What commercial and or medical teams are needed to select chairpersons for the various Ad boards? Are debrief's scheduled on site or immediately following the meeting back in Wilmington and whom should be present? Should all presenters and moderators receive an on-site copy of both their presentations and the moderators guides in their welcome packets?

Some of the information you will need will come from other team members such as medical or publications and I would like to be the conduit for these communications. If I can help you in this process, please feel free to contact me !

Brian C. Martin
AstraZeneca LP
Brand Promotions Leader
CV TA Hemostasis Marketing
*EXANTA*
302-886-2148
302-886-7586 fax

A25                                                      D1863

7

## CARDIOLOGY – HOLD FOR FUTURE DISCUSSION

Ambrose, John – Card – St. Vincent's Medical Center
Armstrong, Paul – Card – University of Alberta (FDA Advisory Board Panel Member)
Benjamin, Emilia – Card/Gen – Framingham Heart Study
Cannom, David – Card/EP – Good Samaritan Hospital
Dalen, James – Card/Gen – Arizona Health Services Center
Ezekowitz, Michael – Card/EP- MCP Hahnemann University (Hold per Scott)
Flaker, Greg – Card/EP – University of Missouri Hospital and Clinics
Goodman, Shaun – Card –St. Michael's Hospital
Grimm, Richard – Card/Gen – Cleveland Clinic
Hirsch, Alan – Card/Gen/VM – University of Minnesota
Hollier, Larry – Card – Mt. Sinai Medical Center
Kim, Michael – Card/EP – Evanston Hospital
Knight, Bradley – Card – University of Chicago
Kopecky, Stephen – Card/Gen – Mayo Clinic
Lip, Gregory –Card – City Hospital in Birmingham
Lucchesi, Benecidt – Card – University of Michigan
Massie, Barry – Card/Gen – San Francisco VA Medical Center
Messina, Louis – Card/VS – University of California, San Francisco
Mulligan, Michael – Card Surgery – University of Washington
Nacarrelli, Gerald – Card/EP – Hershey Medical Center
Phillips, Robert – Card – Lenox Hill Hospital
Pickering, Thomas – Card – Mt. Sinai Medical Center
Pina, Illeana – Card – Case Western University
Schaefer, Saul – Card – VA Sacramento
Scheinman, Melvin – Card/EP – University of California, San Francisco
Topol, Eric – Card/IN – Cleveland Clinic (Hold per Scott)
Wilbur, David – Card/EP – Loyola University
Wyse, D. George – Card/EP – University of Calgary
Yancy, Clyde – Card – UT SW Medical Center
Zabalgoitia, Miguel – Card – University of Texas Health Sciences Center

**D1864**

## HEMATOLOGY – INVITATION LIST

Suggested Chairperson: Dr. Jack Ansell

Ansell, Jack – Boston University Medical Center
Bauer, Kenneth – Beth Israel Deaconess Medical Center
Francis, Charles – University of Rochester Medical Center
Ginsberg, Jeffrey – McMaster University Medical Center
Green , David – Rehabilitation Institute of Chicago
Hambleton, Julie – University of California, San Francisco
Hirsch, Jack – Hamilton Research Centre
Kessler, Craig – Georgetown University Medical Center
Rao, A. Koneti – Temple University School of Medicine
Raskob, Gary – University of Oklahoma Health Sciences Center
Zacharski, Leo – Dartmouth Medical Center


## HEMATOLOGY – HOLD FOR FUTURE DISCUSSION

Crowther, Mark – St. Joseph's Hospital, McMaster University (Hold per Scott)
Deitcher, Steven – Cleveland Clinic (Hold per Scott)
Francis, John – Florida Hospital (Hold per Scott)
Harlan, John – University of Washington (Unknown by Scott)
Marder, Victor – Los Angeles Orthopedic Hospital (Hold per Scott)
Massicotte, Patricia – The Hospital for Sick Children
Schafer, Andrew – University of Pennsylvania
Schmaier, Alvin – University of Michigan School of Medicine

D1865

<u>INTERNAL MEDICINE – INVITATION LIST</u>

Suggested Chairperson: Dr. Geno Merli

Baranski, Bruce – Wm. S. Middleton VA Hospital
Golden, William – UAMS Medical Center University Hospital
Kaatz, Scott – Henry Ford Hospital
Matchar, David – Duke Center for Clinical Health Policy Research
Merli, Geno – Jefferson Medical Center
Pineo, Graham – University of Calgary
Spandorfer, John – Jefferson Medical Center
Turpie, Alexander – McMaster University
Weitz, Jeffrey – Hamilton Civic Hospitals
White, Richard – University of California, Davis


<u>INTERNAL MEDICINE – HOLD FOR FUTURE DISCUSSION</u>

Beyth, Rebecca – Baylor College of Medicine
Fihn, Stephan – University of Washington
Gage, Brian – Washington University School of Medicine
Geerts, William – Sunnybrook & Women's College
Hull, Russell – University of Calgary (Hold per Scott)
Jacobson, Alan – Jerry Pettis Memorial VA Medical Center

**D1866**

NEUROLOGY - INVITATION LIST

Suggested Chairpersons: Dr. Greg Albers/Dr. Mark Alberts

Alber, Greg – Stanford University Medical Center
Alberts, Mark – Northwestern University Medical Center
Benavente, Oscar – University of Texas, San Antonio
Biller, Jose – Indiana University School of Medicine
Brass, Lawrence – Yale Medical Center
Furlan, Anthony – Cleveland Clinic
Gorelick, Philip – Rush-Presbyterian-St. Luke's Medical Center
Hart, Robert – University of Texas Health Center
Helgason, Cathy – University of Illinois
Lyden, Patrick – University of California, San Diego
Sacco, Ralph – Columbia University
Saver, Jeffrey – University of California, Los Angeles, Medical Center
Sherman, David – University of Texas Health Science Center
Wolf, Philip – Boston University School of Medicine


NEUROLOGY – HOLD FOR FUTURE DISCUSSION

Del Zoppo, Gregory – The Scripps Research Institute
Latchaw, Richard – University of California, Davis

**D1867**

PHARMACY – INVITATION LIST

Suggested Chairperson:  Ann Wittkowsky, PharmD

Bussey, Henry  - University of Texas
Cobey, Doug -  (Suggestion from Louise to move to National List)
Coughlin, Shaun – University of California, San Francisco
Hawkins, David – Mercer University Department of Pharmacy
Lofholm, Paul – University of California, San Francisco
Mousa, Shaker – Albany College of Pharmacy
Nutescu, Edith – University of Illinois at Chicago
Spinler, Sarah – Philadelphia College of Pharmacy
Weibert, Robert – UCSD Medical Center
Wittkowsky, Ann – University of Washington


PHARMACY – HOLD FOR FUTURE DISCUSSION


Fareed, Jawad – Loyola University


**D1868**

2002 Year-End Performance Feedback

Your Name: Jane Hellen                    Date  12/09/02

Feedback for: MaryBeth Farrell


1.  Briefly describe contributions that facilitated the achievement of your business objectives: Point person for Exanta advisory boards and other key Prep activities.

2.  In what areas is he/she most effective? Detail orientation and follow up.
Ensured her integration into the Exanta team quickly and effectively
Developed knowledge of the roles on the team; participated and contributed in brand team meetings; contributed to the team monthly activity reports to management
Worked with Scientific Commercialization to develop and leverage relationships with thought leaders.  Leveraged her previous relationships with  KOLs  and bridged to Exanta.
Managed agency efforts from proposal to project completion
Managed associated budgets and timelines
Participated and contributed to the development of the 2003 Strategic Prep Plan and associated tactics


3.  Describe areas in which he/she could be more effective (please provide specific examples): Continued understanding of therapeutic area and clinical trial data.  Increased strategic focus and knowledge of key messages.  Advancing the strategic direction of the brand while developing KOLs, Consolidated communications with fewer E-mails, continued understanding of other marketing disciplines including more in-depth knowledge of publications, PDS activities, symposia, business research, strategists roles etc.

4.  Describe ways in which he/she has demonstrated AZ cultural attributes: Very focused on the customer and team player.  Provides prompt feedback and willing to go over and above to accomplish objectives.  Mary Beth works very hard and presents a professional demeanor. She is supportive of others on the team and volunteers to help out.  Excellent work/family balance.

5.  Please offer suggestions for professional or personal development: AZ academy courses focusing on marketing skill development, strategic planning, leadership skills, public speaking and meeting facilitation skills.


Additional Comments: Been a pleasure working with her!

D154

Please return by e-mail to me.  Thank you.

2002 Year-End Performance Feedback

Your Name   Jane A. Clark                              Date 12/10/02

Feedback for:   Marybeth Farrell

1. Briefly describe contributions that facilitated the achievement of your business
   objectives:

Marybeth was instrumental in development of the AF Ad Board. She worked
closely with the PDSs to recruit the physicians and also worked closely with the
agencies for the logistics.

2. In what areas is he/she most effective?

Haven't really worked too long with Marybeth yet, but would say that she is most
effective in setting up these types of programs.  She also has a lot to contribute
to the team based on her prior experience with other products at AZ.

2. Describe areas in which he/she could be more effective (please provide
   specific examples):

I believe these have been discussed with her already, but from a Ad Board
perspective, I would recommend that:
She works closely with the appropriate strategist prior to setting up the Ad Board
to ensure their availability.
Include the strategist in the planning portion for the Ad Board (suggested doctors,
etc.)
Have the program details completed (breakouts, etc.) at least a week or so
ahead of the program so that  everyone that needs to participate knows what
their responsibilities are.

3. Describe ways in which he/she has demonstrated AZ cultural attributes:

Marybeth treats everyone with respect.

5. Please offer suggestions for professional or personal development:

Because Marybeth is new to the group, she may want to familiarize herself with
the different roles and responsibilities of each member of the team.

**D156**

**A33**

Additional Comments:

Please return by e-mail to me.  Thank you.

2002 Year-End Performance Feedback

Your Name  Brian Katona                          Date  December 17, 2002

Feedback for: Marybeth Farrell

1.  Briefly describe contributions that facilitated the achievement of your business objectives:  Marybeth was responsible for and delivered a number of Advisory Boards in 2003:  ACT and Atrial Fibrillation, along with Symposia.  All programs were well received and successful

2.  In what areas is he/she most effective?  Marybeth is very enthusiastic and a team player.  She makes sure the job is done in a timely manner, and all who have assisted her receive appropriate recognition

3.  Describe areas in which he/she could be more effective (please provide specific examples):  Though Marybeth is good, more timely communication is something we all struggle with.  This will become even more important as more things need to be done, with no increase in personnel.  We will run into scheduling conflicts.
4.  Describe ways in which he/she has demonstrated AZ cultural attributes:  Marybeth is pleasant, enthusiastic and a very good team player.  She has fit in well with the Exanta Team
5.  Please offer suggestions for professional or personal development:  It might be helpful to attend PDS/MIS preceptorship opportunities and/or field visits with the PDS Team for one-on-one customer interaction

Additional Comments:

Please return by e-mail to me.  Thank you.

D159

2002 Year-End Performance Feedback

Your Name:  Brian C. Martin                     Date:  12/20/02

Feedback for:  Marybeth Farrell

**1.  Briefly describe contributions that facilitated the achievement of your business objectives:**

Successfully delivered several Advisory Boards for the product team and will provide a template and strategy for meetings in 2003.

**2.  In what areas is he/she most effective?**

Creative.  Always looking for a new way to do things.

**3.  Describe areas in which he/she could be more effective (please provide specific examples):**

Providing clear, concise, and focused communications at all times (i.e., e-mail) with customers both internally and externally.

**4.  Describe ways in which he/she has demonstrated AZ cultural attributes:**
Provides the team with current best practices from other product teams she has worked with.

**5.  Please offer suggestions for professional or personal development:**

Take a class/seminar that will enhance your knowledge base with Continuing Medical Education themes (www.acme-assn.org).  Work to ensure good, close working relationship with all on the PREP and PROMO teams.

**Additional Comments:**

**D160**

Continue to build your knowledge of the Brand and Therapeutic Area. Make yourself an expert that people go to for input and advice. Thorough knowledge of the market will boost your confidence and credibility with Key Opinion Leaders, other advisors, and our external as well as internal customers.

Please return by e-mail to me. Thank you.

# AstraZeneca Performance Evaluation

Page 1

---

## DEMOGRAPHICS

| Employee's Name: | Marybeth Farrell | Performance Year Ending: | 2002 |
|---|---|---|---|
| Functional Manager: | Debbie Brangman | Deployed Manager: (If applicable) | Brian Martin |
| Position/Job Title: | PREP Manager | Current Date: | January 22, 2003 |

| X | Content and Rating reviewed and agreed with Deployed Manager. (Please place an X in cell to the left to indicate agreement). |
|---|---|

---

## GOALS

*Instructions: To insert fields for additional objectives. copy and paste objective section  Type "**X**" below rating for each objective listed.*

### Key Business Results

**Rating Versus Expectations**

| Objective [list below] | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Support launch of Exanta clinical data through development and execution of advisory boards with key KOLs (Key Opinion Leaders)**<br><br>Core Measures:<br><br>- Developed and executed advisory boards' strategy for 2002 (e g , Exanta ACT (Advisory and Consultancy Team) and Atrial Fibrillation (Afib) two-and-a-half day Advisory Board meetings)<br><br>- Managed all medical education and logistics vendors (Discovery and TG Worldwide) supporting Advisory Boards<br><br>- Planned and executed Exanta team slide presentations at Advisory Boards working collaboratively with Exanta Group Director, Brand Director, Medical Directors, PDSs, BPL, Strategists, and Market Research Manager<br><br>- Developed Exanta Q&A, data point summaries, Executive Summary of meetings, media training content, and core slides for dissemination to Exanta ACT Team, in collaboration with Exanta Strategist<br><br>- Worked collaboratively with Exanta Medical Directors and PDSs to continuously review and update lists identifying and cultivating key elite and national faculty for advisory boards<br><br>- Provided strategic recommendations on Thought Leaders to recruit and train for elite/national advisory boards as a member of the Exanta KOL Database Development Team | X | | |

---

# AstraZeneca Performance Evaluation

| Additional Activities: | | | |
|---|---|---|---|
| - Managed development of new Exanta slide decks with Medical Directors and PDSs<br>     - Also worked with faculty and vendor to update Afib speaker slides w/AFFIRM data<br>- Planned and produced "Ximelagatran Abstracts & Posters Collection" binder and CD-ROM in collaboration with Clinical Publications Lead, PRA and Legal depts; oversaw distribution<br>- Participated in Speakers Bureau CME content and program planning with ICHE and PREP colleagues<br>- Provided strategic input for Coag Clinic strategy as member of Exanta Coag Clinic Workstream Team | | | |

| Objective [list below] | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Standardize procedures for advisory boards and consultants meetings** | X | | |
| Core Measures: | | | |
| - Collaborated with other functional areas to research process familiarity/preferences (consulted with PRA, Legal, Medical Affairs, Medical Marketing Leader, Market Research, Strategists and BPL) | | | |
| - Developed ad board 'timelines-to-task' scheduling calendar for team management review | | | |
| - Developed "Advisory Board Procedures Guide" for team management review | | | |
| - Provided guidance to commercial team on content and procedures to ensure advisory board compliance with all federal and AstraZeneca policies | | | |
| Additional Activities: | | | |
| - Completed PRA templated for standardized Exanta Advisory Boards; met with PRA and legal departments to review and gain approvals | | | |
| - Obtained Exanta team input on 2002 Ground Rules (to provide common understanding to team of way of operating); oversaw production and distribution | | | |

**AstraZeneca Performance Evaluation**                                        Page 3

| Objective [list below] | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Develop and execute strategy/activities for acceptance of new class of oral DTIs/Afib indication at national Conventions and for Advocacy Development**<br><br>Core Measures:<br><br>- Planned and executed strategies for core activities at AHA and ESC (European Society of Cardiology); also for ACC 2003<br>- Maintained relationships with key professional societies as liaison for Exanta team with ACC, AHA, PRI-MED and US representative for ESC<br>- Communicated U.S. position to AZ global for ESC (European Society of Cardiology) symposia content development and program execution in Germany<br>- Managed PRI-MED South and West symposia development and grants; collaborated with Exanta Medical Marketing Leader and Medical Director on identifying and providing faculty recommendations<br>- Represented Exanta commercial team position to Ketchum Communications/New York on release of The Stroke Report and KOL and advocacy development planning<br>- Participate in global videoteleconferences on conventions planning<br>Additional Activities:<br>- Developed AHA Briefing Binder for team<br>- Provided grants to various third-party institutions for development of independent medical education programs in alignment with Exanta strategy | | X | |

| Objective [list below] | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Communicate results of key clinical trials with Investigators and improve communication channels with study sites**<br><br>- Planned and managed SPORTIF Investigators meeting at AHA<br>  - Managed medical education and logistics vendors<br>- Collaborated with Clinical Director and Medical Director to enhance communication with Investigators and study sites for update meetings<br>- Developed strategies for streamlining processes and enhancing communications and implemented during SPORTIF Investigators meeting in November 2002 (e.g., added the Site Coordinators to the meeting lists | X | | |

# AstraZeneca Performance Evaluation

Page 4

| for  Save the Date and Invitation mailings) | | | |
|---|---|---|---|

**Personal Development Goal(s)**

**Rating Versus Expectations**

| Objective [list below] | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Enhance knowledge of medical education guidelines and AZ policies**<br><br>- Completed AZ Educating Healthcare Professionals self-learning binder/program<br>- Completed AZ Code of Conduct recertification<br><br>Additional Activities:<br>- Completed AZ Policy Action Line (PAL) training<br>- Completed AZ Business Policies on Medical Education training (Tom Behan) | | X | |

| Objective [list below] | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Gain indepth knowledge on hemostasis**<br><br>- Completed Exanta Education Days<br>- Completed reviews of Exanta background binders, clinical trials reports, abstracts, educational materials provided by Brand Director | | X | |

## COMPETENCIES

*Instructions:  Type "***X***" below rating for each attribute listed*

**Cultural Attributes**

**Rating Versus Expectations**

| Take the Lead and Make a Difference<br>*List agreed upon behavioral expectations* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Think innovatively, create opportunities and seize them.**<br><br>Developed program recommendation in collaboration with Exanta HECON Colleagues to Exanta Product Manager for evidence-based medicine medical education program and database system<br><br>**Look outside the industry.**<br><br>Researched and circulated to colleagues articles on industry medical education trends and policy changes and competitor information. | X | | |
| | | | |

D166

# AstraZeneca Performance Evaluation

| Help Others Succeed<br>*List agreed upon behavioral expectations* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Routinely seek out others to share information and create solutions.**<br><br>Routinely collaborated with Exanta BPL, Strategists, PREP and Publications, Market Research, HECON and other team members on initiatives to obtain input and collaboration, for example on "Exanta Team 2002 Ground Rules" card<br><br>**Give candid, constructive feedback.**<br><br>Achieved: Provided individual performance feedback upon request to various Exanta team members and outside vendors on 2002 activities and programs<br><br>**Recognition**<br>In the team environment that is AZ culture, MaryBeth makes sure that all who have participated receive appropriate recognition. | X | | |

| Set Ambitious Goals and Exceed Them<br>*List agreed upon behavioral expectations* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Identify and focus on key priorities.**<br><br>Participated in PREP and PROMO team strategy and budget planning sessions and developed plans for 2002 advisory boards. | X | | |

| Focus Relentlessly on Customer Excellence<br>*List agreed upon behavioral expectations* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Deliver Consistent, reliable service.**<br><br>Provided consistent service and processes to Exanta team for advisory boards and conventions activities. To enhance standardization, developed procedures guide for standardizing advisory board and investigators meetings' processes; advise team on regulations and policies. | | X | |

# AstraZeneca Performance Evaluation

## OVERALL EVALUATION

**Performance Summary** - Giving substantial weight to performance against both sets of objectives (key business results and personal development) and cultural attributes. describe overall performance by providing examples of outcomes and demonstrated abilities indicative of the overall rating.

Marybeth is on point for the Exanta advisory boards and other key Prep activities. She was instrumental in the development of the AF Ad Board. She has ensured her integration into the Exanta team quickly and effectively. She has developed knowledge of the roles on the team; participated and contributed in brand team meetings; and contributed to the team monthly activity reports to management. Marybeth also has worked with Scientific Commercialization to develop and leverage relationships with thought leaders. She also leveraged her previous relationships with KOLs and bridged those relationships to Exanta.

Marybeth is a great communicator and this skill should be leveraged more by the Exanta team in 2003. Her communications are concise, direct and clear.

MaryBeth should continue to expand her understanding of therapeutic area and clinical trial data. She should also work to increase her strategic focus and knowledge of key brand messages. As a key function of the PREP role, she should expand her understanding of other marketing disciplines including publications, PDS activities and strategists roles. In terms of professional development, she should consider courses in strategic planning, leadership skills, and public speaking.

Marybeth successfully managed agency efforts from proposal to project completion. She demonstrated excellence in managing associated budgets and timelines. She also was a key participant in the development of the 2003 Strategic Prep Plan and associated tactics. Her contributions will contribute directly Exanta success.

Overall, Marybeth's performance was a very high good. She executed professional, well managed programs and learned a new disease state. She is a welcome member to the team.

| Overall Rating [place an '**X**' to the left of the appropriate rating] | |
|---|---|
| | **Distinguished:** Performance significantly exceeded overall expectations, resulting in exceptional achievements. <br> • Achieved exceptional overall results and consistently acted as a position role model. <br> • Significantly exceeded goals and/or took on significant additional projects and delivered on those <br> • Significantly exceeded expectations related to Cultural Attributes and/or Leadership Capabilities behaviors <br> • Made an exceptional contribution to the success of the organization/unit; significantly exceeded job responsibilities and performance plan expectations |
| | **Excellent:** Performance exceeded overall expectations <br> • Exceeded most or some overall results while maintaining effective relationships during the past year <br> • Exceeded most or some goals <br> • Exceeded most or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors <br> • Contributed substantially to the success of the organization/unit |
| X | **Good:** Performance met overall expectations. <br> • Achieved all, most, or some expected overall results during the past year <br> • Met all, most, or some goals <br> • Met all, most, or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors. |

## AstraZeneca Performance Evaluation

| | |
|---|---|
| | • Made a contribution to the success of the organization/unit |
| | **Unacceptable:** Performance was below minimum expectations<br>• Did not achieve expected overall results during the past year<br>• Missed a significant number of goals, or met goals in a way that compromised other responsibilities<br>• Demonstrated behaviors related to Cultural Attributes and/or Leadership Capabilities below those required to be effective in position<br>• Had difficulty throughout the performance cycle in meeting the objectives and needs of the organization |

**Reviewer's Comments (Optional):**



**Employee's Comments (Optional):**

**D169**