01/26/2005 10:39 FAX 6107877029          VENTURES                              ☒002

## Farrell, Marybeth

| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Wednesday, February 12, 2003 8:18 AM |
| To: | Hellen, Jane |
| Subject: | RE: Exanta Ad Board April dates |

Jane;

Thank you

Marybeth

----Original Message----
| | |
|---|---|
| From: | Hellen, Jane |
| Sent: | Wednesday, February 12, 2003 8:38 AM |
| To: | Farrell, Marybeth |
| Subject: | RE: Exanta Ad Board April dates |

Good job!

Jane

----Original Message----
| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Tuesday, February 11, 2003 4:51 PM |
| To: | 'Heller, G. Michelle'; MaryPat Howard (E-mail) |
| Cc: | Martin, Brian; Clark, Jane A; Hellen, Jane |
| Subject: | Exanta Ad Board April dates |
| Importance: | High |

Michelle & MaryPat:

Please change the date for the April 24-26 Exanta Advisory Board to be the alternate date of April 25 - 27. Jay Horrow can only do the meeting if it's the 25-27. Miam is still the location, at the Mandarin Oriental as noted in the schedule.

Jay Horrow and Troy Sarich have signed off on all the meetings for which they are listed and have locked them in their calendars.

Thank you.

Marybeth Farrell

1

-----Original Message-----

| From: | Brangman, Debbie |
|---|---|
| Sent: | Wednesday, February 12, 2003 5:38 PM |
| To: | Hellen, Jane |
| Subject: | RE: Marybeth Farrell |

Hi,

After our conversation, I am having reservations as well. I haven't started any paperwork. I'll give you a call.

Debbie

-----Original Message-----

| From: | Hellen, Jane |
|---|---|
| Sent: | Wednesday, February 12, 2003 8:38 AM |
| To: | Brangman, Debbie |
| Subject: | Marybeth Farrell |

Debbie,

I've been seriously reconsidering the proposed promotion for Marybeth. This sends a terribel mixed message for her and the rest of the team. Can we not promote her and explain the reasons for needed development? I also think that HR would question our justifying this.

Jane

1

D170

-----Original Message-----
From:       Hellen, Jane
Sent:       Friday, February 14, 2003 11:30 AM
To:         Brangman, Debbie
Subject:    RE: Marybeth Farrell

Debbie,

Can you please plan some meetings to discuss performance with Marybeth asap. I would like to get started with this. Do you contact HR or should I?

Jane

    -----Original Message-----
    From:       Brangman, Debbie
    Sent:       Wednesday, February 12, 2003 5:38 PM
    To:         Hellen, Jane
    Subject:    RE: Marybeth Farrell

    Hi,
    After our conversation, I am having reservations as well. I haven't started any paperwork. I'll give you a call.
    Debbie

        -----Original Message-----
        From:    Hellen, Jane
        Sent:    Wednesday, February 12, 2003 8:38 AM
        To:      Brangman, Debbie
        Subject: Marybeth Farrell

        Debbie,

        I've been seriously reconsidering the proposed promotion for Marybeth. This sends a terribel mixed message for her and the rest of the team. Can we not promote her and explain the reasons for needed development? I also think that HR would question our justifying this.

        Jane

1

D171

**A47**

**From:**          Farrell, Marybeth
**Sent:**          Tuesday, March 11, 2003 2:51 PM
**To:**            Brangman, Debbie; Martin, Brian
**Cc:**            Hellen, Jane
**Subject:**       AZ Courses Request

Debbie:

Thank you for our discussion yesterday and recommendations you conveyed to me for some of my 2003 developmental goals. Toward accomplishment of these objectives in 2003, I would request permission to enroll in 2 upcoming courses being offered through the AZ Academy:

-      Thought Leader and Publication Planning Development    April 15-16, 2003

-      Public Presentations for the Professional               June 1-7, 2003

If you and Brian Martin/Jane Hellen could kindly advise I will proceed with registration.

Many thanks.

Best Wishes,


Marybeth Farrell

1

D173

-----Original Message-----
| | |
|---|---|
| **From:** | Hellen, Jane |
| **Sent:** | Wednesday, March 12, 2003 2:43 PM |
| **To:** | Brangman, Debbie |
| **Subject:** | FW: AZ Courses Request |

Debbie,

Can you fill me in on how this meeting went?

Thanks

Jane

-----Original Message-----
| | |
|---|---|
| **From:** | Farrell, Marybeth |
| **Sent:** | Tuesday, March 11, 2003 2:51 PM |
| **To:** | Brangman, Debbie; Martin, Brian |
| **Cc:** | Hellen, Jane |
| **Subject:** | AZ Courses Request |

Debbie:

Thank you for our discussion yesterday and recommendations you conveyed to me for some of my 2003 developmental goals. Toward accomplishment of these objectives in 2003, I would request permission to enroll in 2 upcoming courses being offered through the AZ Academy:

-        Thought Leader and Publication Planning Development   April 15-16, 2003

-        Public Presentations for the Professional                        June 1-7, 2003

If you and Brian Martin/Jane Hellen could kindly advise I will proceed with registration.

Many thanks.

Best Wishes,


Marybeth Farrell

1

D174

-----Original Message-----
**From:** Hellen, Jane
**Sent:** Wednesday, March 05, 2003 4:43 PM
**To:** Brangman, Debbie
**Subject:** FW: Re: FW: Specialty Lists for Circulation to AstraZeneca Team Members-Feedback Requested

Debbie,

This string of e:mails highlight the significant deficiency we have with MaryBeths work.  We are at risk for the advisory board schedule and she's sitting on information or not moving to meet deadlines.  Debbie, any help with moving Marybeth along or formal performance plan asap.

Thanks

Jane
-----Original Message-----
**From:** Martin, Brian
**Sent:** Wednesday, March 05, 2003 4:29 PM
**To:** Hellen, Jane
**Subject:** FW: Re: FW: Specialty Lists for Circulation to AstraZeneca Team Members-Feedback Requested

Jane,

    I talked to MaryBeth about this and she stated that she is waiting for a response from you and or Patty, would you like me to help with this?


    Brian C.

-----Original Message-----
**From:** Christine Lutze [mailto:Christine.Lutze@mededgroup.com]
**Sent:** Tuesday, March 04, 2003 5:41 PM
**To:** Farrell, Marybeth
**Cc:** Martin, Brian; MaryPat Howard
**Subject:** Fwd: Re: FW: Specialty Lists for Circulation to AstraZeneca Team Members-Feedback Requested

Marybeth -

The start of the month of March has prompted me to circle back to you regarding the need for the Exanta team to be flexible in regards to your advisory board meeting dates.  As we have

not yet received the final, approved invitee lists, we will only be offering the cardiologists invited to the first meeting 7 weeks lead time and a single date set of April 25-27. As the ACC will have ended only a few weeks prior, and many high-level opinion leaders have schedules already booked well into the fall (some into early 2004), it is critical that we release invitations immediately for all advisory board meetings targeted for 2003. We also recommend that multiple weeks be offered as options for the various meetings.

Please let us know if there is anything we can do to assist in gathering the final approvals from your team members.

Kind regards,
Christine

Christine Lutze
VP, Account Service Development Director
Discovery International
520 Lake Cook Rd., Ste. 250
Deerfield, IL 60015
Telephone: 847-374-4645
Facsimile: 847-374-4650
christine.lutze@mededgroup.com


>>> MaryPat Howard 02/24/03 01:54PM >>>
Hi Marybeth,

Attached, please find a Word document which contains the revised invitee lists of specialities designated for the upcoming advisory board meetings. We have created 2 lists for each specialty; one list is the actual invitation list and the other list is a hold for future discussion list. Per discussions from Friday's conference call, the lists for Neurology, Internal Medicine, Hematology and Pharmacy are pretty straightforward, and per your final approval, we will begin extending invitations and calendars. In regards to the largest list (cardiology), we would like to discuss with you in more detail how you would like to proceed with the invitations. As a majority of the cardiologists in your KOL database do not have a subspecialty currently listed, we combined all the subspecialites into 1 invitation list. As you indicated, your first cardiology meeting is targeted for the end of April and another 2 meetings planned for May, therefore, our recommendation would be to send them all an invitation. Based on the responses received, it could then be determined if you would like to divide the meetings by subspecialty. We look forward to discussing with you shortly and finalizing these lists by the end of the week.
Kind regards,
Mary Pat


Mary Pat Howard
Project Manager
Discovery International

520 Lake Cook Road, Ste. 250
Deerfield, IL 60015
(847) 374-4646 p
(847) 374-4650 f
marypat.howard@mededgroup.com

>>> Christine Lutze 02/21/03 03:11PM >>>

Marybeth -

Thank you for the comments. We will match these against the results of the discussion today and will create basic Word lists to forward to you by the end of business Monday. We understand that you will forward those lists for final, quick approval by the core medical and marketing team members, and will provide approval to us to proceed with recruitment before Friday of next week.

As always, please call with any questions or updates.

Kind regards,
Christine

>>> "Farrell, Marybeth" < Marybeth.Farrell2@astrazeneca.com > 02/21/03 11:04AM >>>
Troy Sarich's comments on the lists of KOLs to be chairs or attendees at our 2003 ad boards.

Marybeth

-----Original Message-----
From: Sarich, Troy
Sent: Wednesday, February 19, 2003 2:23 PM
To: Farrell, Marybeth; Sheth, Sunita; Berkowitz, Scott; Horrow, Jay; Katona, Brian; Clark, Jane A
Cc: Martin, Brian; Colburn, Louise
Subject: RE: Specialty Lists for Circulation to AstraZeneca Team Members-Feedback Requested


Hi Marybeth,

Suggestions for the Cardiology group (Elite/National):

John Cairns, MD, Dean of Medicine, University of British Columbia and lead author on "Antithrombotic agents in coronary artery disease", Sixth ACCP Consensus Conference on Antithrombotic Therapy (Chest 2001; 119:228S-252S).

Juan Jose Badimon, PhD, Professor of Medicine, Director Cardiovascular Biology Research Lab., Mount Sinai School of Medicine, One Gustave Levy L.

Place, New York, NY 10029, Tel.- 212-241.8484, Fax.- 212-426.6962, eMail:
Juan.Badimon@mssm.edu

Troy

PS. Isn't Shaker Mousa (Pharmacy group) an MD?


-----Original Message-----
From: Farrell, Marybeth
Sent: Tuesday, February 18, 2003 8:42 AM
To: Sheth, Sunita; Berkowitz, Scott; Horrow, Jay; Katona, Brian; Sarich,
Troy; Clark, Jane A
Cc: Martin, Brian; Colburn, Louise
Subject: FW: Specialty Lists for Circulation to AstraZeneca Team
Members-Feedback Requested


Sunita:

Thank you for your questions regarding chairs and attendees for advisory
boards. You are correct in that we do have faculty in mind that already have
been used. These names are listed in the below files, sorted by specialty.
We would ask you all to please review and comment on the lists.

In addition, we would ask you to recommend others to be added who could
serve as chairs or attendees. Your input by close of business Thursday,
February 20, would be very helpful & much appreciated, as we have an 8 am
Friday meeting to finalize lists if possible.

Many thanks.

Best Wishes,

Marybeth


-----Original Message-----
From: MaryPat Howard [ mailto:MaryPat.Howard@mededgroup.com]
Sent: Thursday, January 30, 2003 4:32 PM
To: Farrell, Marybeth
Cc: Martin, Brian; Colburn, Louise; Christine Lutze
Subject: Re: Specialty Lists for Circulation to AstraZeneca Team
Members-Feedback Requested

Hi Marybeth,
Per my voicemail message, we look forward to receiving your feedback regarding the specialty lists which Christine forwarded to you earlier this week. As you recall, the first advisory board meeting is targeted for mid-April, so it is critical to begin sending out your invitation letters/calendars next week. For ease of review, Christine's email is repeated below and I have attached the specialty files. Please confirm we can expect to receive your feedback by Friday, January 31.
Kind regards,
Mary Pat


>>> Christine Lutze 01/24/03 05:02PM >>>
Marybeth -

As the next step in the advisory board development process, I am forwarding specialty lists to you that are subsets of the current, Exanta KOL database list. These lists represent the specialties currently designated for advisory boards within the 2003 calendar year. They are as follows:

Cardiology (3 meetings)
Hematology (1 meeting)
Internal Medicine (1 meeting)
Neurology (1 meeting)
Pharmacy (1 meeting)

These lists all include both an elite and national tab, each of which includes the individuals currently designated with those segmentations within the master list. We added an additional tab to three of the lists with a few, added recommendations, based on work Discovery International has done with these physicians in the past, or recent associations with AstraZeneca. They include the following:

Cardiology:
Bernard Gersch, MD - (recruited to co-chair your Afib advisory board meeting)
Jeffrey Kluger, MD - (participated in the Afib advisory board meeting)
Peter Libby, MD
Peter McCullough, MD - (participated in the Afib advisory board meeting)
Claudio Schuger, MD - (participated in the Afib advisory board meeting)
Win Shen, MD - (participated in the Afib advisory board meeting)
Annabelle Volgman, MD - (participated in the Afib advisory board meeting)

Internal Medicine:
Jeffrey Anderson, MD - (participated in the Afib advisory board meeting)
William Golden, MD

Neurology:
Anthony Furlan, MD - (participated in the Afib advisory board meeting)
Patrick Lyden, MD - (invited to the Afib advisory board meeting, but unavailable to attend)

(Please note that the Atrial Fibrillation Advisory Board meeting was the only advisory board meeting held after the time that the KOL list routing was underway. As there was a mix of levels of individuals involved in this specific meeting, they participants in this meeting were not automatically added to the master list. This full list certainly will be placed through the review process for additions when the database is activated. In the interim, we wanted to include the names of a few attendees who potentially will be added, segmented at the national level.)

The attached lists are the foundation lists from which the invitee lists will be developed. We understand that you will be circulating these lists to designated Exanta marketing and medical team members internally at AstraZeneca for the purpose of garnering their recommendations regarding additions or deletions. We would like to have any changes by Friday, January 31, to allow for release of invitation letters the week of February 3. As the first of these meetings is targeted for mid-April, it is critical that we generate the invitations and availability calendars as soon as possible to garner the best, possible group of advisors. As discussed in our meeting last week, we will create calendars for a 3-week period around the target dates currently listed on your master list. These calendars will be forwarded to the physicians with a letter of invitation, with a request to return the completed calendars reflecting their availability over the 3-week period. Based on the collective response for each meeting, the final meeting dates will be selected.

In the case of the cardiology programs (as there are three, different meetings), we need to determine if you want to build the advisory groups based on availability, or if you would like to convene advisory boards specific to general cardiology, interventional cardiology, and electrophysiology. This will make a difference in regards to the focus of the meeting agendas, and should be based on the objectives for the Exanta team in regards to desired feedback and guidance from the expert cardiologists.

As the lists for the ACS advisory board meeting and the ACT meeting are already in place, there are no attachments to be routed for those programs.

As I am traveling to AstraZeneca on Monday, please contact Mary Pat Howard with any immediate questions. We thank you in advance for initiating the internal routing. We look forward to gathering the final invitee lists at the end of next week, and initiating correspondence with your potential advisors.

Kind regards,
Christine

Christine Lutze
VP, Account Service Development Director
Discovery International
520 Lake Cook Rd., Ste. 250
Deerfield, IL 60015
Telephone: 847-374-4645
Facsimile: 847-374-4650
christine.lutze@mededgroup.com

**From:**      Farrell, Marybeth
**Sent:**      Friday, March 14, 2003 3:42 PM
**To:**        Clark, Jane A; Colburn, Louise; Gagnon, Tom; Hellen, Jane; Katona, Brian
**Cc:**        Martin, Brian
**Subject:**   Summary: Action Items from 3.14 Faculty Meeting

Team:

The below is an overview of action items from today's meeting on faculty nominations and selections for advisory boards. Please advise me of any additions or comments:

-       The April 25 - 27 Cardiology Advisory Board was cancelled due to faculty scheduling conflicts. The invitee list for this meeting will be consolidated into a master cardiology invitation list for future ad boards targeting cards.
-       It was agreed that Dan Singer is a key KOL. An advisory board ideally should be scheduled for a time he is available. Discovery will follow up in obtaining his calendar.
-       The Pharmacy Advisory Board was further clarified to include clinic focus. Marybeth Farrell will follow up with Susan Pritchard to obtain names of thought leaders to invite as faculty/chairs and forward to Discovery.
-       Jane Clark will obtain a list of the new CHEST, other relevant guidelines authors and provide to the working group. The group will consider communicating as needed re: new Exanta data (e.g., many of the key authors are up to speed).
-       Discovery will update the master database of thought leaders with additional names proposed for ad boards. Names will be tagged as ad board participants/chairs. Discovery to followup with Louise Colburn and Viewpoint.
-       Discovery will email to the working team the names of faculty invited to the Internal Medicine and Stroke Neurology advisory boards based on the invitations issued this week.
-       Discovery will work with Louise Colburn to add a new category of thought leaders to Viewpoint database for Pulmonologists.
-       Marybeth will revise the Advisory Boards and Investigators Meetings schedule and distribute to team.
-       The group agreed to reconvene in two weeks. Marybeth will schedule the next meeting.

**D182**

-----Original Message-----

| | |
|---|---|
| **From:** | Brangman, Debbie |
| **Sent:** | Tuesday, March 18, 2003 11:34 AM |
| **To:** | Hellen, Jane |
| **Subject:** | RE: Marybeth Farrell |

A3B-527

-----Original Message-----

| | |
|---|---|
| **From:** | Hellen, Jane |
| **Sent:** | Tuesday, March 18, 2003 11:33 AM |
| **To:** | Brangman, Debbie |
| **Subject:** | RE: Marybeth Farrell |

Debbie,

Where is Scotts office?

Jane

-----Original Appointment-----

| | |
|---|---|
| **From:** | Brangman, Debbie |
| **Sent:** | Monday, March 17, 2003 6:00 PM |
| **To:** | Bolenbaugh, Scott; Hellen, Jane; Martin, Brian; Kauffman, Deborah |
| **Subject:** | Marybeth Farrell |
| **When:** | Tuesday, March 18, 2003 1:00 PM-1:30 PM (GMT-05:00) Eastern Time (US & Canada). |
| **Where:** | Scott's Office |

Hi,
I would like to get everyone in the room to discuss the evolving situation with Marybeth Farrell.  Thanks for your help in making this meeting.
Debbie

**A58**

**D185**

**Kauffman, Deborah**

| | |
|---|---|
| **From:** | Kauffman, Deborah |
| **Sent:** | Friday, April 04, 2003 9:33 AM |
| **To:** | Hellen, Jane |
| **Subject:** | ER issues |

Jane,
With the transition of individuals in the BCD role I wanted to touch base with you regarding the employee relations issue that has been discussed with me in the prep/promo area and gain your perspective. I did talk to Susan about it briefly yesterday and we both agreed it was an urgent situation and it would be a good idea for you and I to talk about it also Thanks for accepting my meeting request on Monday.
Deb Kauffman
Human Resources
AstraZeneca Pharmaceuticals
302-886-4309 office
302-561-4731 cell

1

**A59**

**D209**

# Professional Education and Relations Manager

**Department: Marketing Communications**          **Function: Marketing/Promotions**
**Reports To:  Professional Ed. And Rel. Leader  Location: Headquarters**
**Number of Incumbents:**

### Description:
Responsible for developing and implementing educational programs that support TA strategies/objectives, adhere to legal/regulatory guidelines, and meet the needs of internal and external customers.  Responsible for helping to build strategic relationships with national professional societies, medical associations and thought leaders.

### Major Responsibilities
- Provides input to overall product promotional plan ensuring alignment with the TA/product strategy
- Facilitates the planning, development and implementation of educational programs that support TA/product promotional plan
- Collaborate with other functional areas to ensure promotional consistency (e g., Professional Promotions, Consumer Promotions, Electronic Promotions, Managed Care Promotions)
- Interfaces and manage outsource partner relationships to ensure the efficient and effective development of campaigns/project/programs that meet TA/product team strategic initiatives and specific product requirements
- Works with Medical Affairs and the Field to develop relationships with medical thought leaders
- Plans and executes AstraZeneca-sponsored meetings such as the National Consultants Conference, National Fellows Forum, and sponsored activities at national conventions

### Minimum Requirements
- Bachelor's degree in relevant field (e.g., business or science)
- Three or more years experience in pharmaceutical sales, marketing and/or the healthcare industry
- Ability to manage projects and budgets
- Negotiation and facilitation skills
- Strong written and verbal communication skills
- Proven teamwork and collaboration skills
- Problem solving skills

### Preferred Background
- Prior experience with developing and implementing educational programs
- Knowledge of promotional guidelines, ACCME. ACPE and other regulatory guidelines

### Internal and External Contacts/Customers
- Central Promotions area (e g., Professional Promotions, Electronic Promotions, Consumer Promotions)
- Managed Care Promotions

*Template*                                                      *Template*

- TAs/product teams
- Promotional Regulatory Affairs

**Reporting Relationship**
- Direct Reports – none
- Indirect Reports – none

**Org Charts Attached**

**Prepared By:** _____    **Date:** _____

**Approved By:** _____    **Date:** _____

From:           Hellen, Jane
Sent:           Monday, April 07, 2003 9:18 PM
To:             Farrell, Marybeth
Cc:             Pritchard, Susan S
Subject:        RE: Summary: Action Items from 3.14 Faculty Meeting

Marybeth,

By item, how are you progressing with this action list. Please manage Discovery accordingly, you will need to provide them with very clear direction and monitor their progress weekly. I would also suggest that you take on several of the items instead of delegating since you're ultimately responsible for the completion. Please plan for completion of these items by April 14th.

Also could you please provide an agenda with strategic objectives/plan for each of the remaining advisory boards. I'd like to see this by April 15th.

Thank you for your follow up.

Jane

        -----Original Message-----
        From:       Farrell, Marybeth
        Sent:       Friday, March 14, 2003 3:42 PM
        To:         Clark, Jane A; Colburn, Louise; Gagnon, Tom; Hellen, Jane; Katona, Brian
        Cc:         Martin, Brian
        Subject:    Summary: Action Items from 3.14 Faculty Meeting

Team:

The below is an overview of action items from today's meeting on faculty nominations and selections for advisory boards. Please advise me of any additions or comments:

-    The April 25 - 27 Cardiology Advisory Board was cancelled due to faculty scheduling conflicts. The invitee list for this meeting will be consolidated into a master cardiology invitation list for future ad boards targeting cards.
-    It was agreed that Dan Singer is a key KOL. An advisory board ideally should be scheduled for a time he is available. Discovery will follow up in obtaining his calendar.
-    The Pharmacy Advisory Board was further clarified to include clinic focus. Marybeth Farrell will follow up with Susan Pritchard to obtain names of thought leaders to invite as faculty/chairs and forward to Discovery.
-    Jane Clark will obtain a list of the new CHEST, other relevant guidelines authors and provide to the working group. The group will consider communicating as needed re: new Exanta data (e.g., many of the key authors are up to speed).
-    Discovery will update the master database of thought leaders with additional names proposed for ad boards. Names will be tagged as ad board participants/chairs. Discovery to followup with Louise Colburn and Viewpoint.
-    Discovery will email to the working team the names of faculty invited to the Internal Medicine and Stroke Neurology advisory boards based on the invitations issued this week.
-    Discovery will work with Louise Colburn to add a new category of thought leaders to Viewpoint database for Pulmonologists.
-    Marybeth will revise the Advisory Boards and Investigators Meetings schedule and distribute to team.
-    The group agreed to reconvene in two weeks. Marybeth will schedule the next meeting.

**D219**

**From:** Farrell, Marybeth
**Sent:** Tuesday, April 08, 2003 9:44 AM
**To:** Christine Lutze (E-mail)
**Cc:** Hellen, Jane; Pritchard, Susan S
**Subject:** Weekly Status Reports
**Importance:** High

Christine:

The Exanta team will need weekly status reports that capture project activities and status of action items. We consider this an important priority and will need initiation of the report this week. Please call me to discuss particulars about length, scope, day to issue.

Thank you.


Marybeth

**A63**

**D227**

| | |
|---|---|
| **From:** | Farrell, Marybeth |
| **Sent:** | Thursday, April 10, 2003 9:45 AM |
| **To:** | Hellen, Jane; 'Christine Lutze (E-mail)' |
| **Cc:** | Broadway, Susan P |
| **Subject:** | RE: Weekly Status Reports |

Jane:

I agree these are important tracking items for ad boards. This input coincides very nicely with the present reports Discovery and I are working on for ad boards. The new Advisory Board Procedure Guide Timeline Design & Responsibilities tracking grid will provide a detailed outline of each ad board, including timelines, strategy, overall objectives of the meeting, agenda formulation, team slide review, chair and faculty invitees and recruitment status, onsite rehearsal dates and attendees, and other meeting specific items, updated weekly. It includes 29 meeting specific definers suitable for only a core team distribution, e.g., yourself, Susan, me, other PREP/Promo partners, and any others involved in the ad boards who might be appropriate. Items that you note that are not in the grid will be added. I believe most of them are included with one or two exceptions, e.g., objectives per agenda item.

Discovery and I are completing these reports for each session this week. We can extract core points for a more general full team overview if that is desired, such as a weekly team status update/ I expect the more detailed reports to be ready mid-week next week.

I hope this helps. Please advise of any additional inputs. Thanks very much.

Marybeth

> -----Original Message-----
>
> | | |
> |---|---|
> | **From:** | Hellen, Jane |
> | **Sent:** | Thursday, April 10, 2003 8:20 AM |
> | **To:** | Farrell, Marybeth; 'Christine Lutze (E-mail)' |
> | **Cc:** | Pritchard, Susan S |
> | **Subject:** | RE: Weekly Status Reports |
>
> Marybeth,
>
> I was thinking of more depth. For each meeting, what are the specific objectives per audience, the data they will discuss, the strategic direction/key messages we need to communicate. More than the logistical information, what are the suggested faculty, their role and per agenda item, what are the objectives. Lets take it deeper than the slides provided. In addition, what is the timeline you're following for agenda development, faculty recruitment and PRA approval for each meeting
>
> Thanks
>
> Jane
>
> > -----Original Message-----
> >
> > | | |
> > |---|---|
> > | **From:** | Farrell, Marybeth |
> > | **Sent:** | Tuesday, April 08, 2003 9:44 AM |
> > | **To:** | Christine Lutze (E-mail) |
> > | **Cc:** | Hellen, Jane; Pritchard, Susan S |
> > | **Subject:** | Weekly Status Reports |
> > | **Importance:** | High |
> >
> > Christine:
> >
> > The Exanta team will need weekly status reports that capture project activities and status of action items. We consider this an important priority and will need initiation of the report this week. Please call me to discuss particulars about length, scope, day to issue.
> >
> > Thank you.

**D247**

**A64**

Marybeth

**Farrell, Marybeth**

| | |
|---|---|
| **From:** | Farrell, Marybeth |
| **Sent:** | Friday, April 11, 2003 12:34 PM |
| **To:** | Pritchard, Susan S |
| **Subject:** | 2003 Objectives |



2003 Objectives
Marybeth Farre

      Susan: FYI I am forwarding the attached copy of my original 2003 objectives based on my conversations with Brian Martin about my role for 2003.

Based on our conversation today, I will revise these to have the greater specificity about PREP mgr.:
- accountability and leadership for integration and coordination with global on ad boards' objectives, strategy and messages, best practices sharing, rationale for KOL targeting, and team and PRA feedback outputs, such as sharing of executive summaries;
- greater integration, development of and leadership on strategic direction for ad boards by working more closely with all team strategists and becoming more integrated into strategy meetings; -   responsibility for total project management for the advisory boards including directly obtaining the necessary inputs from team members such as medical directors, and other issues we discussed;
- more focus on overall budget management and process improvements.

 I welcome assuming a greater degree of autonomy, responsibility and accountability for managing the ad boards & investigators that you discussed for the prep mgr's role.

Thank you again for the opportunity to share my ideas.  I look forward to hearing your plans, and to a great year with you and the team.

Congratulations!

Best Wishes,

Marybeth

P671

From:          Hellen, Jane
Sent:          Monday, April 14, 2003 7:53 PM
To:           Pritchard, Susan S
Subject:      FW: Weekly Status Reports

Susan,

Received this from MB last week. Please follow up as you see necessary. I'm waiting for Brian to give me the specifics for performance. I expect we'll have to handle this when I return. Hate to delay any further but....

Thanks

Jane

-----Original Message-----
From:        Farrell, Marybeth
Sent:        Thursday, April 10, 2003 9:45 AM
To:         Hellen, Jane; 'Christine Lutze (E-mail)'
Cc:         Pritchard, Susan S
Subject:    RE: Weekly Status Reports

Jane:

I agree these are important tracking items for ad boards. This input coincides very nicely with the present reports Discovery and I are working on for ad boards. The new Advisory Board Procedure Guide Timeline Design & Responsibilities tracking grid will provide a detailed outline of each ad board, including timelines, strategy, overall objectives of the meeting, agenda formulation, team slide review, chair and faculty invitees and recruitment status, onsite rehearsal dates and attendees, and other meeting specific items, updated weekly. It includes 29 meeting specific definers suitable for only a core team distribution, e.g., yourself, Susan, me, other PREP/Promo partners, and any others involved in the ad boards who might be appropriate. Items that you note that are not in the grid will be added. I believe most of them are included with one or two exceptions, e.g., objectives per agenda item.

Discovery and I are completing these reports for each session this week. We can extract core points for a more general full team overview if that is desired, such as a weekly team status update/. I expect the more detailed reports to be ready mid-week next week.

I hope this helps. Please advise of any additional inputs. Thanks very much.

Marybeth

-----Original Message-----
From:        Hellen, Jane
Sent:        Thursday, April 10, 2003 8:20 AM
To:         Farrell, Marybeth; 'Christine Lutze (E-mail)'
Cc:         Pritchard, Susan S
Subject:    RE: Weekly Status Reports

Marybeth,

I was thinking of more depth. For each meeting, what are the specific objectives per audience, the data they will discuss, the strategic direction/key messages we need to communicate. More than the logistical information, what are the suggested faculty, their role and per agenda item, what are the objectives. Lets take it deeper than the slides provided. In addition, what is the timeline you're following for agenda development, faculty recruitment and PRA approval for each meeting.

Thanks

Jane

-----Original Message-----

D257

**From:** Farrell, Marybeth
**Sent:** Friday, March 14, 2003 3:42 PM
**To:** Clark, Jane A; Colburn, Louise; Gagnon, Tom; Hellen, Jane; Katona, Brian
**Cc:** Martin, Brian
**Subject:** Summary: Action Items from 3.14 Faculty Meeting

Team:

The below is an overview of action items from today's meeting on faculty nominations and selections for advisory boards. Please advise me of any additions or comments:

-         The April 25 - 27 Cardiology Advisory Board was cancelled due to faculty scheduling conflicts. The invitee list for this meeting will be consolidated into a master cardiology invitation list for future ad boards targeting cards.
-         It was agreed that Dan Singer is a key KOL. An advisory board ideally should be scheduled for a time he is available. Discovery will follow up in obtaining his calendar.
-         The Pharmacy Advisory Board was further clarified to include clinic focus. Marybeth Farrell will follow up with Susan Pritchard to obtain names of thought leaders to invite as faculty/chairs and forward to Discovery.
-         Jane Clark will obtain a list of the new CHEST, other relevant guidelines authors and provide to the working group. The group will consider communicating as needed re: new Exanta data (e.g., many of the key authors are up to speed).
-         Discovery will update the master database of thought leaders with additional names proposed for ad boards. Names will be tagged as ad board participants/chairs  Discovery to followup with Louise Colburn and Viewpoint.
-         Discovery will email to the working team the names of faculty invited to the Internal Medicine and Stroke Neurology advisory boards based on the invitations issued this week.
-         Discovery will work with Louise Colburn to add a new category of thought leaders to Viewpoint database for Pulmonologists.
-         Marybeth will revise the Advisory Boards and Investigators Meetings schedule and distribute to team.
-         The group agreed to reconvene in two weeks.  Marybeth will schedule the next meeting.

6

D258

**From:** Farrell, Marybeth
**Sent:** Wednesday, April 16, 2003 6:25 AM
**To:** Pritchard, Susan S; Colburn, Louise; Kuykendall, Sherry; Watt, Chelle A
**Subject:** Schedule

I will be working a half day from home today and beginnning vacation this afternoon through Monday.

Hope everyone has a wonderful Easter.

Marybeth

D270



**Date:** April 26, 2003                                                      **CC:** Amy Milhorn, RN

**To:** Marybeth Farrell

**From:** Winnie O'Neill

**Re:** AstraZeneca Short-Term Disability Policy

Corporate Health Services notified us that you have requested benefits under the AstraZeneca Short-Term Disability Policy. Enclosed for your review is a copy of the Policy and instructions for completing the enclosed Short-Term Disability paperwork. The Short-Term Disability paperwork must be returned to Corporate Health Services by your Health Care Practitioner within ten (10) days of the first day of your leave as follows:

Corporate Health Services
c/o AstraZeneca
P. O. Box 15437, 1800 Concord Pike
Wilmington, DE 19850-5437
FAX: 302-886-5041

**Please note: Failure to provide timely notice and/or information may delay the commencement of benefits under the Policy and therefore result in a loss of pay.** Upon receipt of your Short-Term Disability paperwork, Corporate Health Services will review your request for benefits and communicate to you whether your request has been approved or disapproved and for how long. We will also send you a letter confirming the status of your request for benefits under the Policy.

Enclosures:
  AstraZeneca Short-Term Disability Policy
  Family and Medical Leave Policy
  Short-Term Disability Instructions
  Authorization for Release of Medical Information
  Health Care Practitioner's Statement of Medical Condition
  Return to Work Statement
  HIPAA Authorization Form

mayes\std

**D294**

**A70**

4/28

Susan - feedback

Uses Ad board template does
not work independently
Orders

all her work is Ad boards +
typical prep duties have been
dispersed to other prep members.

Susan showed me numerous
examples of May Belt's non
responsiveness to emailer
(from Jane Hellena) & lack of
understanding and/or following
directions

Susan had just had her first
staff mtg before I arrived—
told all she would be meeting
w/ everyone indiv to discuss
goals, assignments + work load.

May beth just told Susan she
would be out a few weeks
for a medical. Susan therefore
will meet w/ Maybeth at this
point only to discuss work. In

**D303**

**A71**

be completed/transitioned during
her medical leave.
Susan will hold the full
discussion until her return.
A detailed discussion will be
held regarding May Belt's
performance issues & the work
She will be assigned & the
work she should be assigned.
~~She w~~

Since she is unable to
accomplish a reduced workload
as compared to peers, Susan
will share what she is not
performing & the level she will
need to get to.

Susan & I will work together
to draft/review this for May Belt.

Work assignments/perf will also
be reviewed w/ other team members

**D304**

**A72**

4/28
mtg Susan P
contacted Susan re my concern
that no action was occurring w/
Marybeth

D305

MAY 1, 2003

In my new role I am looking at the project assignments for each PREP mgr to balance work load and optimize our team activities and performance

Your role is only PREP role handling a narrow tactic such as ad boards / inv. Mtgs on our team and it is not standard for a PREP manager at AZ to be narrowly focused. You:
    Need more depth to your ability to multi task and to move projects along to completion
        that are strategically aligned and well executed.
        Need to be 'managing' the project, championing it, maximizing opportunities, interacting with KOL's, not merely managing the agency's activity.
        Handle more of team workload (eg. ALL ad boards, speaker bureau for coag clinics, inv. Meeting, investigator outreach which are currently being handled by other PREP managers in addition to their projects )


        Recently on the team your performance has included:
        Canceling the Cardiology Ad board
        Ability to run and organize meetings that facilitate team interaction for ad boards (inclusionary of all necessary team members, gain clinical buy in)
        Follow through on action items w/o delegation to agencies
        Budget management w/o delegation to AC
        Active participation in meetings and providing creative solutions

To make Exanta succeed in its launch we all need to be outperforming expectations and actively communicating with team members.

---

To date I understand you've had the following discussions on performance:
Jane's discussion on March 13th regarding performance (especially the cancellation of the Cardiology ad board)
Brian's discussion early in 2002 and on March 11th regarding taking ownership of follow up items and actively managing projects outside of sending emails and delegating to the agency  Discussions on continuously moving projects to completion to the point of templating your role/actions.
Input from agencies on their lack of understanding of direction and project scope (lack of communication from you, and full integration of partners and their capabilities)

Feedback given to me from strategists, medics on your performance and lack of clarity in your communications and your management of internal meetings; lack of inclusion at meetings.

Developmental areas given on your performance reviews in last 2 years are consistent with developmental areas needs I see today:
        - Increase strategic knowledge of Exanta (2002)
        - Understand key brand messages (2002)

**D312**

- Listening intently to ensure thorough understanding of what is being said / discussed. (2001)
- Look to peers for input and communicate accurately across the team (2001)

Actions:  short term for now. Long term when you return.

Be up to date on ad board timelines prior to leaving
Have all templated actions completed to date
Have an understanding and documented reason for each KOL being invited to meetings
Clear objective for each Ad board
Take ownership / champion completion of action items (not just sending emails)
Develop a plan for better team inclusion start to finish while still driving project from PREP
Transition plan in your absence for ongoing projects and budget items for May
HLOP plan by 8am on May 2nd

Need you to demonstrate a comprehensive knowledge of brand strategy, direction, customer needs
Develop working relationships with team members including agency partners for upcoming ad boards (inclusive meetings, conversations, action items, strategic alignment)
Creative and professional approach to meetings

Marybeth's Reaction:

Marybeth's reaction was very defensive and accusatory toward Brian Martin and his leadership / management.  Marybeth feels she was not included in meetings where she would have benefited from strategic discussions and team feedback on projects.
However, those meetings were not open to any PREP team member and others were able to perform.
She feels she championed one on one weekly meetings with Jane Clark to manage projects though Jane feels she participates in order to keep projects moving and gives Marybeth direction.

**D313**

Marybeth does not feel her business relationship with Sunita Sheth or the medics or the broad team are compromised at all.

I asked Marybeth to participate actively in meetings not just attend them and cited my experience over the last year as her peer in the Coag Clinic Workstream meetings I chaired. Her participation was lacking and her comments typically limited to an agreement with the direction the other teammates developed. Additionally, I mentioned her actively filing her nails in a meeting and she stated she doesn't recall doing this but that her nails were in a wreck during a transition from her use of sculpted nails.

Marybeth feels that Brian's departure should make her work better and I stated she has to work at a higher level in terms of strategic understanding, project management, vendor management and exceeding expectations on project outcomes (ad boards) because as the PREP manager responsible for ad boards she is the person accountable.

In terms of her reaction to the 2001 developmental areas, she feels Amy Renk did not understand the 'volume of projects' she was managing in that department.

Marybeth feels she received an excellent rating in her review and exceeded expectations in 2002 last year. Having pulled out the paperwork it states her rating was a good.

When discussing the cancellation of the 2002 cardiology advisory board, Marybeth said it was canceled because the invitee list was not development and that the list flows from Louise Colburn and her work with KOL's. I stated that Marybeth is responsible, not Louise, for generating an attendee list with input from the large team based on her knowledge of our customer base and our ad board goals.

Finally, Marybeth asked for the short-term action items to be accomplished in the next 7 days to be given in writing, which I will do today.

I closed by saying I am reviewing performance issues and workload as a matter of course for setting expectations for her in a manager role in the PREP group and by stating that due to our team needs to launch a mega brand in the next 18-20 months, I needed each FTE to be a full contributor, preferable an exceeding expectations and to actively and consistently manage projects on strategy to completion.

Marybeth thanked me for the feedback and said she was confident I'd see improvements.

| | |
|---|---|
| **From:** | Hellen, Jane |
| **Sent:** | Thursday, May 01, 2003 2:54 PM |
| **To:** | Pritchard, Susan S |
| **Subject:** | FW: MB Discussions |

-----Original Message-----

| | |
|---|---|
| **From:** | Hellen, Jane |
| **Sent:** | Thursday, May 01, 2003 7:21 AM |
| **To:** | Pritchard, Susan S |
| **Subject:** | MB Discussions |

Susan,

Marybeth and I discussed the performance of her work on advisory boards on March 14th.  This was the date that we "canceled" the cardiology advisory board.  We also briefly discussed her performance and development on the date of the quarterly team meeting (March 29?)  after your promotion and flowers were announced.

I'd like to be present when you have your discussions with Mary Beth in order to keep her focused on her work, not the "competency" of others.

Jane

.

1

**D319**

**A78**

.

**From:**          Milhorn, Amy B
**Sent:**          Thursday, May 01, 2003 3:21 PM
**To:**            O'Neill, Winnie R
**Cc:**            Broadway, Susan P
**Subject:**       Marybeth Farrell

Winnie,

Marybeth Farrell is approved for short term disability from 5/9/03 until approximately 6/20/03.

Thanks

Amy Milhorn
Corporate Health Services
phone- 886-2151
Fax 886-5041
email amy.milhorn@astrazeneca.com

1

**D325**

**A79**

**Kauffman, Deborah**

| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Friday, May 02, 2003 8:29 AM |
| To: | Kauffman, Deborah |
| Subject: | RE: Follow Up to Today's Telephone Conversation |

Debbie:

Thank you very much.

Marybeth

-----Original Message-----
| | |
|---|---|
| From: | Kauffman, Deborah |
| Sent: | Friday, May 02, 2003 7:36 AM |
| To: | Farrell, Marybeth |
| Subject: | RE: Follow Up to Today's Telephone Conversation |

I am glad to hear you had what seems to be a productive conversation with Susan. I will follow up as promised

-----Original Message-----
| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Thursday, May 01, 2003 7:40 PM |
| To: | Kauffman, Deborah |
| Subject: | Follow Up to Today's Telephone Conversation |

Debbie:

Thank you for your telephone call of today. I wanted to follow up and let you know that I did speak with Susan Pritchard today after I spoke with you. She clarified that her comments were based largely on emails from Brian Martin, our former BPL and my former immediate supervisor who recently left the team. However, while here, Brian had assumed many of my day to day responsibilities for advisory boards, and there unquestionably were problems with him not following through on things. I fortunately do have emails in this regard that support my view of the sequence of events and authority/action for many of the issues that were presented to me today.

I do believe in talking with Susan later today that she is concerned that components advisory board tasks or sessions will not be accomplished. For example, one advisory board had to be cancelled because the database of physicians was not complete (a project managed by another team member). Without doctors to invite, I could not hold a meeting. Although I had recommended to Brian Martin at that time that I create the invitation list for my meeting on my own "asap", he told me I was not permitted to do this because it would duplicate work, and that I must await the team database to issue invitations to the advisory board (Scheduled April 25-27, 2003, but had to be cancelled).

As I told Susan today, I am completely confident that any concerns she has will dissipate. She agreed this is what she is hoping for. However, she is planning to write up short-term actions for improvements and long-term actions for improvements for me. These actions for improvement I was advised are different from a formal HR performance improvement plan.

Again, thank you very much for your assistance.

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE 19850-5437
Phone: 302/885-1854
email: marybeth.farrell2@astrazeneca.com

1

A80

D330

AstraZeneca 

Date:   May 5, 2003

To:     Marybeth Farrell

From:   Winnie O'Neill

CC:   Amy Milhorn, RN
      Susan S. Pritchard
      Ronald Pszalgowski

Re:     <u>Approval for Short-Term Disability Benefits</u>

You have requested a paid leave of absence pursuant to the AstraZeneca Short-Term Disability Policy ("Policy") because you have a medical condition that is expected to result in an absence of more than seven (7) consecutive calendar days. Your request for Short-Term Disability benefits has been approved by Corporate Health Services.

Please be advised that your health care practitioner must submit medical reports as requested, substantiating the continuation of Short-Term Disability benefits. Pursuant to the Policy, Corporate Health Services may at any time require you to submit to an Independent Medical Examination to ascertain the accuracy of the information provided in the periodic medical reports.

The maximum amount of Short-Term Disability leave an eligible employee may take depends not only on the submission of medical reports by the employee's doctor and the review of those reports by Corporate Health Services, but also on the employee's number of full years of service with AstraZeneca or its legacy companies as of the date the disability begins. The period of STD leave for which full pay (exclusive of overtime, shift time differential, bonus, or other premium pay) is provided is also determined by these dates. Your service date is February 7, 1994 and your disability start date is May 9, 2003. Please refer to the STD policy for further details regarding benefits.

To remain eligible for any Short-Term Disability benefits payments, you must remain totally disabled (as that term is defined in the Policy). Prior to returning to work, you will be required to submit to Corporate Health Services a Health Care Practitioner's Statement of Medical Condition authorizing your return to work. Return to work is contingent upon approval from Corporate Health Services. At the completion of the paid absence, you will most likely be returned to the position held prior to the absence. However, AstraZeneca reserves the right to fill or eliminate an employee's position during a leave of absence based on business needs in compliance with applicable laws.

If you were eligible for Family and Medical Leave at the start of your leave of absence, your approved leave will be counted against the 12 week leave entitlement under the AstraZeneca Family and Medical Leave Policy, the Family and Medical Leave Act, and applicable state law to the extent consistent with state law.

If you have questions about the policy, please call me at 302-886-7856.

D332

**From:** Farrell, Marybeth
**Sent:** Thursday, May 01, 2003 11:40 AM
**To:** Hellen, Jane
**Subject:** Performance Discussion with Susan Pritchard

Jane:

I met with Susan Pritchard this morning and she raised several points regarding my performance that I found a bit surprising. In many instances, the issues she raised were areas where Brian Martin had assumed management responsibilities from me for both the team liaising and day-to-day tactical actions. You and I discussed some of these briefly, but I would like to ensure that there is a clear understanding of the work responsibilities during Brian's tenure and what I was doing prior to his arrival, and am very happy to be conducting again in the new structure.

Susan will email me a listing of these issues, for each of which we will develop both a short-term and a long-term improvement plan. I am confident these issues can be addressed and all actions requiring additional attention and improvements will certainly be made.

Marybeth

1

**D315**

**A77**

| | |
|---|---|
| **From:** | Farrell, Marybeth |
| **Sent:** | Wednesday, May 07, 2003 8:45 AM |
| **To:** | Hellen, Jane |
| **Cc:** | Broadway, Susan P; Kauffman, Deborah |
| **Subject:** | RE: Action Items |

Jane:

For clarification, I said there were some "bumps" in the road specifically in the context of the integration of Brian Martin into the EXANTA team in his role as BPL, his assumption of many of the PREP tasks associated with my advisory boards, and his failure to meet deadlines for those tasks. These "bumps" were addressed in great detail in the PREP and Promo team's meeting with Brian Martin, Buddy Feld and Debbie Brangman on January 28. In this meeting, Susan Pritchard told Brian he had failed to understand the BPL role and did not manage the team's work well. Brian's focus was on assumption of small details of our jobs rather than moving the group forward in a strategic fashion.

You mention that the cancellation of the advisory board, delay in Ad Board development, development of procedure guide and not adhering to the timelines as well as weak strategic/content leadership are all performance issues as noted in first and early second quarter 2003. The delay in ad board development was the result of the delay in the KOL list, for which I did not have responsibility, as you are aware, another PREP manager is championing that program. The development of the procedure guide was included and completed in my 2002 objectives. In terms of not adhering to timelines, in Q1 and Q2 2003, I planned three successful meetings on schedule--the ACT meeting, SPORTIF Investigators Meeting and SPORTIF Steering Committee meeting. For the ACT and SPORTIF Investigators meeting, the slides were developed by Jay Horrow and Jonathan Halperin from the LBCT. I have received commendations for the way I planned and conducted each of these meetings, so your statement that these issues are Q1 and Q2 is difficult to understand. In terms of weak strategic/content leadership, I have led the ACT and AFIB ad board presentations to include strategic positioning and messaging of the data, as well as integrated the critical, expert perspective of our team strategists, PDSs, and medical directors.

I joined the EXANTA team in Q2 2002. Soon thereafter, I requested to attend several EXANTA educational programs in Q3 & Q4, among them the global advisory boards on AFiB and ACS, for which I was planning the U.S. AFiB and ACS programs, and two intensive data and strategy workshops by global, for the purpose of enabling me to get up to speed on the science and strategy as soon as possible. You denied these requests. I therefore initiated with Jane Clark weekly strategy meetings to ensure I was up to date on EXANTA's latest messaging/strategy, participate in EXANTA days, and review materials independently.

Susan Pritchard began our meeting on May 1 with the statement that you advised her you had performance issues with me, that I knew this and had heard this before, and that she was presenting this to me in the context of staffing for 2004 vis-a-vis limited head count. In fact, these issues were not raised with me before and her May 1 comments from you were a surprise.

Marybeth

-----Original Message-----

| | |
|---|---|
| **From:** | Hellen, Jane |
| **Sent:** | Tuesday, May 06, 2003 6:24 PM |
| **To:** | Farrell, Marybeth |
| **Cc:** | Pritchard, Susan S; Kauffman, Deborah |
| **Subject:** | RE: Action Items |

Marybeth,

To be clear and as we discussed, these conversations were initiated in relation to your performance as a PREP manager this year 2003. The cancellation of the advisory board, delay in Ad Board development, development of procedure guide and not adhering to the timelines as well as weak strategic/content leadership are all performance issues as noted in first and early second quarter 2003.

Also as we discussed, you will be considered for other roles when you've demonstrated mastery of this one, like all other team members. The issue Marybeth is the coupling of increased volume over the next few months and your

**A82**

**D367**

ability to perform at the level outlined for a PREP manager on an aggressive launch timeline   You've stated clearly you feel you can do this, I'd like to see your energy focused  into demonstrating exemplary performance with your current work load and address the issues that have been outlined.

  You've admitted that the "road has been rocky" and I'll reiterate that for a manager on the brand for this length of time and the work to be done pre launch causes concern   This concern has been echoed now in multiple discussions.   To your message, a plan for short term and long term improvement has been discussed and we'll focus on that moving forward

Thank you

Jane

      -----Original Message-----
      **From:**   Farrell, Marybeth
      **Sent:**   Tuesday, May 06, 2003 8:01 AM
      **To:**    Hellen, Jane
      **Subject:** Action Items

      Jane:

      Per my response to Susan Pritchard yesterday, I will be happy to complete the below short-term actions for improvement prior to my medical leave May 8   I also wanted to recap additional items which you and Susan discussed with me last week and to provide some clarification on those also.

      -      Cancellation of April 25-27, 2003, Cardiology Advisory Board at Mandarin Orange Hotel, Miami, FL because of lack of a Faculty list. As we discussed, the team's list of thought leaders/KOLs, which was managed by a PREP colleague, was delayed  I did recommend to Brian Martin, my manager at the time, in January, that I compile a list of thought leaders so that we could issue invitations to ensure we would hold this advisory board  He instructed me not to do this, as it would be duplicative of the list development project  I also discussed my deadline needs several times with the individual in charge of the project and offered my assistance, which she said was not needed.  On February 13, she sent me an email requesting that I send the list out to members of the team and ask for their feedback.  By that date, the cardiology list could not be finalized in time to issue invitations to the April 25-27 meeting.  (KOL correspondence attached.)

      -      Delay in development of the 2003 Advisory Board Schedule.  To create a framework of dates for the 2003 Advisory Boards, we agreed I should propose dates on which there were no holidays or congresses for the EXANTA team.  These dates were crossed with the schedules of numerous team members to find matches. Once identified, the match dates were locked in and venue searches begun. The initial schedule was developed based on the team's desire to schedule meetings in a geographically accessible location (originally the Peninsula Hotel, Chicago).  This schedule was proposed in November and revised in December and January per both Brian Martin's instruction to change locations and budgeting projection changes.  In my review March 10, 2003, I was rated "exceeded" in developing the ad baord "timelines-to-task" scheduling calendar for team management review and for collaborating with other functional areas

      -      Internal review processes.  You expressed concern regarding my management of internal review processes.  Because of the numerous team members who must review such core items as advisory board slides, the process for obtaining those reviews and edits can be extended.  One approach I have initiated is to meet in one-on-one or in smaller working group, preliminary review sessions to resolve key issues. This has helped streamline the process and reduce the number and length of review meetings.  In my 2002 review on March 10, 2003, I was rated "exceeded" in developing strategies for streamlining processes and enhancing communications

      -      Development of the EXANTA Advisory Boards Procedures Guide  Susan Pritchard advised me on Thursday, May 1, that this guide was developed because you did not believe I was managing the ad boards well. However, in our discussions and in many notes to me regarding meetings, you consistently praised my work and my pre-planning and organizational abilities. Medical directors also have thanked me for "doting attention to details" and in ensuring the meetings succeed.  As per Brian Martin's December 3 memo requesting the Guide, the Guide was being developed so that anyone could enter the position and be able to run an advisory board.  At that time, we were discussing your interest in creating a leader position for me.  In my review of March 10, 2003, I was rated "exceeded" in developing and executing advisory boards' strategy for 2002; managing all medical education and logistics vendors; planning and executing EXANTA team slide presentations at Advisory Boards working collaboratively with EXANTA Group Director, Brand Director, Medical Directors, PDSs, BPL, Strategists and Market Research Manager

- <u>Need for greater strategic and scientific knowledge</u>   You discussed with me the need for greater strategic and scientific knowledge.  In my review of March 10, 2003, I was rated "exceeded" in providing strategic recommendations on Thought Leaders to recruit and train for elite/national advisory boards and in providing guidance to comercial team on content and procedures  Additionally, I provide input to strategic positioning in the ad board slides.

As I expressed on Friday, I find the discussions of last week to be very confusing.  I have a strong commitment to resolving these issues and will look forward to working to resolve these matters as soon as possible

Regards,

Marybeth

As noted above, these actions for improvement are from Susan Pritchard May 5:

Actions:  short term for now  Long term when you return.

Be up to date on ad board timelines prior to leaving
Have all templated actions completed to date
Have an understanding and documented reason for each KOL being invited to meetings
Clear objective for each Ad board
Take ownership / champion completion of action items (not just sending emails)
Develop a plan for better team inclusion start to finish while still driving project from PREP
Transition plan in your absence for ongoing projects and budget items for May
HLOP plan by 8am on May 2nd
-----------------------------------------------------------------------

KOL correspondence/per above

Back to this message from a while ago  I looked at the lists again and do not have any additions. Will you send it out to some of the team and get their feed back in terms of "Yes", "No" or "Possibly"? I assume you will send out Cardiology first since that is the priority  As for who had previously attended, we can add that to the process after getting opinions of Brian K , Jay, etc.

Louise Colburn
Senior Professional Relations & Education Manager
AstraZeneca LP
phone- 302-885-4364
fax- 302-886-7586
e-mail- louise colburn@astrazeneca com

-----Original Message-----
From: Farrell, Marybeth
Sent: Monday, January 27, 2003 4:49 PM
To: Colburn, Louise
Subject: FW: Specialty Lists for Circulation to AstraZeneca Team Members

Louise:

Please let me know any next steps/how you want to handle  Should we just email you any additions if we have them?

Many thanks

3

**D369**

**A84**

Marybeth -----Original Message-----
**From:** Christine Lutze [mailto:Christine.Lutze@mededgroup.com]
**Sent:** Friday, January 24, 2003 6:03 PM
**To:** Farrell, Marybeth
**Cc:** Martin, Brian; Colburn, Louise; MaryPat Howard
**Subject:** Specialty Lists for Circulation to AstraZeneca Team Members

Marybeth -

As the next step in the advisory board development process, I am forwarding specialty lists to you that are subsets of the current, Exanta KOL database list. These lists represent the specialties currently designated for advisory boards within the 2003 calendar year. They are as follows:

Cardiology (3 meetings)

Hematology (1 meeting)

Internal Medicine (1 meeting)

Neurology (1 meeting)

Pharmacy (1 meeting)

These lists all include both an elite and national tab, each of which includes the individuals currently designated with those segmentations within the master list. We added an additional tab to three of the lists with a few, added recommendations, based on work Discovery International has done with these physicians in the past, or recent associations with AstraZeneca. They include the following:

Cardiology:

Bernard Gersch, MD - (recruited to co-chair your Afib advisory board meeting)

Jeffrey Kluger, MD - (participated in the Afib advisory board meeting)

Peter Libby, MD

Peter McCullough, MD - (participated in the Afib advisory board meeting)

Claudio Schuger, MD - (participated in the Afib advisory board meeting)

Win Shen, MD - (participated in the Afib advisory board meeting)

Annabelle Volgman, MD - (participated in the Afib advisory board meeting)

Internal Medicine:

Jeffrey Anderson, MD - (participated in the Afib advisory board meeting)

William Golden, MD

Neurology:

Anthony Furlan, MD - (participated in the Afib advisory board meeting)

Patrick Lyden, MD - (invited to the Afib advisory board meeting, but unavailable to attend)

4

(Please note that the Atrial Fibrillation Advisory Board meeting was the only advisory board meeting held after the time that the KOL list routing was underway. As there was a mix of levels of individuals involved in this specific meeting, they participants in this meeting were not automatically added to the master list. This full list certainly will be placed through the review process for additions when the database is activated. In the interim, we wanted to include the names of a few attendees who potentially will be added, segmented at the national level.)

The attached lists are the foundation lists from which the invitee lists will be developed. We understand that you will be circulating these lists to designated Exanta marketing and medical team members internally at AstraZeneca for the purpose of garnering their recommendations regarding additions or deletions. We would like to have any **changes by Friday, January 31,** to allow for release of invitation letters the week of February 3. As the first of these meetings is targeted for mid-April, it is critical that we generate the invitations and availability calendars as soon as possible to garner the best, possible group of advisors. As discussed in our meeting last week, we will create calendars for a 3-week period around the target dates currently listed on your master list. These calendars will be forwarded to the physicians with a letter of invitation, with a request to return the completed calendars reflecting their availability over the 3-week period. Based on the collective response for each meeting, the final meeting dates will be selected.

In the case of the cardiology programs (as there are three, different meetings), we need to determine if you want to build the advisory groups based on availability, or if you would like to convene advisory boards specific to general cardiology, interventional cardiology, and electrophysiology. This will make a difference in regards to the focus of the meeting agendas, and should be based on the objectives for the Exanta team in regards to desired feedback and guidance from the expert cardiologists.

As the lists for the ACS advisory board meeting and the ACT meeting are already in place, there are no attachments to be routed for those programs.

As I am traveling to AstraZeneca on Monday, please contact Mary Pat Howard with any immediate questions. We thank you in advance for initiating the internal routing. We look forward to gathering the final invitee lists at the end of next week, and initiating correspondence with your potential advisors.

Kind regards,

Christine

Christine Lutze
VP, Account Service Development Director
Discovery International
520 Lake Cook Rd., Ste. 250
Deerfield, IL 60015
Telephone: 847-374-4645
Facsimile: 847-374-4650
christine.lutze@mededgroup.com <mailto:christine.lutze@mededgroup.com>

**D371**

5/8/03

Deb + M.B Farrell.

She wanted to meet w/ me to touch base on the situation.

She met w/ Jane yesterday. feels good about the meeting feels she understant Janes expectations & the expectations & scheduling issues she want addressed are reasonable

all M.B want is to be treated fairly. I assured her she would be

She feels the issues being addressed w/ her are a profile b/c Brian Martin did not do its part.

We both agreed w/ Brian in a new role this should not be an issue + she will have a fresh start.

D379

She felt she met all of the short term obj. she had been given w/ the exception one was returned 8:00am vs 8:00 deadlines I told her if the tardeness was an isolated incident I am sure it wasn't an issue.

She felt her short term objectives were appropriate + what you would give to anyone who would be out on leave or out of the office

I told her she needed to focus on her medical leave now. She said the situation has her being v. emotional this week + she wasn't sure she should be in today

I asked if she was caught up / done + she said yes + she was thinking of leaving early + I encouraged her to do this

I stressed that it was my understanding that Susan was meeting / w/ her entire

**D380**

tran to assess work load/object
~~that woul~~
She agreed Susan was doing this
We reviewed what the HL action plan PiPere
~~She~~
to I told her that it seems
approp from my persp Susan
not provide her w/ new or
revised assigments (the process she
is doing w/ all) until MB
returns from leave I also reinerd
M.B another prep person would
be hired + likely be here when
she returned

I enquired about her relationship
w/ Susan how had it been a
a peer. M.B said good ~~some~~
~~reason~~

I told her when she reciev, les
assigments/goals upon her ned
return w/ she feels they aren't
fair to contact me

She again said she felt good now
about everything

**From:**       Farrell, Marybeth
**Sent:**       Monday, May 19, 2003 11:14 AM
**To:**         Hellen, Jane
**Subject:**    Hello

Jane:

It was wonderful to catch up with you this morning and I am glad I was able to reach you. Thank you very much for your words of encouragement. I am feeling a lot better this week as I mentioned and I would like to offer my services to Louise or others on the team to help out however I can with any kind of follow up calls, emails, drafting of letters/materials, etc., that Louise or others might need help with.

I am so grateful that the operation is over, went well and that I am all in one piece! (minus one or two parts, but that is ok). I hope you are feeling better with your sinus/cold condition, and that you have a safe and very successful trip to Brussels

Have a wonderful holiday weekend with your father & family!

Hopefully I will be seeing you all very soon!   :)

Best wishes,

Marybeth

**D383**

**Kauffman, Deborah**

| | |
|---|---|
| From: | Kauffman, Deborah |
| Sent: | Thursday, May 29, 2003 5:04 PM |
| To: | Pritchard, Susan S |
| Subject: | RE: Return Day |

Susan I though t it better if we talked live regarding this. I suggested a time Friday morning if it works for you

-----Original Message-----
| | |
|---|---|
| From: | Pritchard, Susan S |
| Sent: | Thursday, May 29, 2003 3:42 PM |
| To: | Kauffman, Deborah |
| Subject: | RE: Return Day |

I have the same question. I want to address this with her. But wanted to wait to hear about her return from HR / Medical, then I plan to call and tell her the schedule and mention this should come to me not Jane. I can only assume she is building alliances. She has left Jane multiple voicemails throughout her leave and never to me.

Can she come back part time or wait till full time?
Also, I need to discuss with you the feedback. I am attaching the draft I worked up, however, I have not read this since my AC typed from my notes so please use as a rough draft for your feedback

I will also want to speed up my reorganization of the team to coincide with her return so we start off right I will have it approved by the team before Tuesday. It is drafted and ready

Thanks
Susan
<< Message: MBF Feedback >>

-----Original Message-----
| | |
|---|---|
| From: | Kauffman, Deborah |
| Sent: | Thursday, May 29, 2003 1:59 PM |
| To: | Pritchard, Susan S |
| Subject: | RE: Return Day |

Susan, Why did she send this to Jane vs you any ideas?

-----Original Message-----
| | |
|---|---|
| From: | Pritchard, Susan S |
| Sent: | Thursday, May 29, 2003 12:53 PM |
| To: | Milhorn, Amy B; Kauffman, Deborah |
| Subject: | FW: Return Day |
| Importance: | High |

Amy / Deb

Is there any medical or HR issue with Marybeth's part time return? Please advise and I will get back to her
Thanks
Susan
-----Original Message-----
| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Tuesday, May 27, 2003 2:44 PM |
| To: | Hellen, Jane |
| Subject: | Return Day |

Jane:

Greetings I hope you had a good memorial day weekend with your father & family despite the weather At least the sun came out part of the time! Now if it would just stay. :)

Per my voicemail I would propose to offer some dates and hours for a part-time return date for me of June

1

D386

3/next week. I would like to phase in by half days through the 16th if that would work out alright with you and the team. This would help me to build strength gradually into a regular schedule.

I would offer the below proposed schedule for your review and consideration:

8:15 am - 12:15 pm Tuesday June 3 - Thursday June 5
8:15 am - 1 pm Monday June 9 - Thursday June 12
Regular full time schedule for 4 days, Monday June 16, Tuesday June 17, Thursday June 19, Friday June 20
Regular full time schedule (5 days) resuming the week of June 23

I am feeling much better and have been doing a lot of walking around, extended standing, sitting, carrying things, etc., with my driving privileges reinstated end of last week. This is worse than high school!

My doctor will send the above return schedule to health services at AZ if this schedule would be OK with you.

Many many thanks   If you would kindly advise I would greatly appreciate it. I am looking forward to seeing you & the team!

Best Wishes,

Marybeth

D387

A92

P.02

# AstraZeneca

**AstraZeneca Pharmaceuticals LP**

DATE _May 29, 2003_

**RETURN TO WORK STATEMENT**

NAME _MARybeth Farrell_        _Marybeth Farrell_

DATE OF FIRST DAY OFF _May 9, 2003_

☑    Return to Work  _Part-time June 3; Full time June 23_

☐    Unable to Return to Work _____

☐    RESTRICTIONS _Part-time Hours as follows :_

_8:15 am - 12:15 pm   June 3 - 5, 2003_

_8:15 am - 1 pm   June 9 - 12, 2003_

_8:15 am - 5:00/5:30 pm June 16, 17, 19, 20, 2003_

_Resume Regular Full-time Schedule + hours June 23, 2003_

☑    FOLLOW-UP APPOINTMENT  _6/25/03_

☐    DIAGNOSIS _____

_____

_Susan Brenda_
SIGNATURE (PHYSICIAN)

Please return by fax to:

Amy Milhorn, RN        **Fax- 302-886-5041**
1800 Concord Pike
P. O. Box 15437
Wilmington, DE 19850-5437

**D388**

**Milhorn, Amy B**

| | |
|---|---|
| From: | Milhorn, Amy B |
| Sent: | Monday, June 02, 2003 2:51 PM |
| To: | O'Neill, Winnie R |
| Cc: | Pritchard, Susan S |
| Subject: | Marybeth Farrell |

Winnie,

Marybeth Farrell has been cleared to return to work part time starting 6/3/03 then full time effective 6/23/03.

Susan- I will let Marybeth work out the selected hours she is going to work with you.

Thanks

Amy Milhorn
Corporate Health Services
phone- 886-2151
Fax 886-5041
email amy.milhorn@astrazeneca.com

1

**D398**

**A94**