Review with MaryBeth Farrell
6/12/03

| Reviewed | | |
|---|---|---|
| ✓ | Budget | '03 |
| ✓ | Budget | '04 |
| ✓ | Reach | '03 |

Discussed Team Structure:
MaryBeth Farrell role & responsibilities:

#1. PO, Phasing Review/correction per our discussion on 6/10/03
- Open PO's to your K-Code
- All PO's – are they yours
- Any closed or open that shouldn't be?
- Review K-Code hits for validity
- Due 6/30

Verify phasing '03 – due by AZ 2nd quarter close on 6/26/03 if possible

PREP Plan for Endicort
7/3/03 '03 → do you see any gaps?
'04 → Develop and fill plan

**Discussed Role & Responsibility** with MaryBeth on 6/12/03. Discussed what needed to be done to close out projects worked on from January to the present (e.g. PO – see #1 above).

**Reviewed New Role & Requirements** for success (ability to develop full tactical plan to support a customer audience). MaryBeth felt confident she could do this as she has done full PREP plans for Endicort and is experienced with Exanta. Additionally, MaryBeth felt the new team structure focused on customers is very sound and strategically designed.

**Success:**

- Work with colleagues to see '03 tactics for your audience.
- Identify any gaps or need to shift tactics; budget by July 3rd
- Develop an '04 plan for audiences comprehensive of all tactics required to support the launch of our data and to drive warfarin switches at launch with '04 designated budget by July 3rd.

**Kauffman, Deborah**

| | |
|---|---|
| **From:** | Kauffman, Deborah |
| **Sent:** | Monday, June 30, 2003 5:26 PM |
| **To:** | Pritchard, Susan S |
| **Subject:** | RE: PREP / PROMO team addition and re-alignment |

I certainly have no knowledge of this   I will check

-----Original Message-----
**From:** Pritchard, Susan S
**Sent:** Monday, June 30, 2003 5:09 PM
**To:** Kauffman, Deborah
**Subject:** FW: PREP / PROMO team addition and re-alignment

is this correct regarding the promotion of Marybeth?

-----Original Message-----
**From:** Farrell, Marybeth
**Sent:** Monday, June 30, 2003 2:28 PM
**To:** Pritchard, Susan S
**Subject:** RE: PREP / PROMO team addition and re-alignment

Susan:

I received a package last month at home that my banding and title upgrades had been approved  Pls  check w/Scott Bolenbough or Rachel Bevis   Thanks.

Marybeth

-----Original Message-----
**From:** Pritchard, Susan S
**Sent:** Monday, June 30, 2003 2:06 PM
**To:** Abens, Michael; Berkowitz, Scott; Bruell, Gary; Clark, Jane A; Colburn, Louise; de Vane, Philip; Farrell, Marybeth; Gagnon, Tom; Ginkel, David; Hauch, Ole; Hellen, Jane; Horrow, Jay; Katona, Brian; Kuykendall, Sherry; Madford, Ellen; Martin, Brian; Massie, David A; McDonald, Patricia (EXANTA); McNinch, David; Miller, John P (CV Marketing); Morin, Faye; Selling, Nancy; Sheth, Sunita; Shields, Joe; Tresznewsky, Orysia N; Watson, Rosa C; Weiner, Joyce; Wygant, Gail; Burton, Emily; Chelune, Peter; Frederick, Debra; Jim Griffin (E-mail); Larimer, David; McCormick, Linda; Meyer, John; Schott, Cecilia; von Hennigs, Irene; Walters, Debra; Witt, Matthew
**Subject:** PREP / PROMO team addition and re-alignment

It is my pleasure to welcome Denise Barrett, PREP manager, to the Exanta team.  Denise has joined AZ effective today and will primarily focus on developing customer-focused tactical plans for the Cardiology and Primary Care Healthcare Professional.  Denise will split responsibility for these customer segments with Louise Colburn, Senior PREP manager.  In addition, Denise will champion the development of a speaker bureau initiative in 2003 which will educate CD's and PCP's on AF and treatment options.

Denise joins us from The Hal Lewis Group agency based in Philadelphia where she was an account supervisor and worked on projects for BMS, Berlex and the AstraZeneca Toprol XL team.  Denise has also worked for other medical communication agencies including QED Communications.  Denise holds a BA in English from the University of Connecticut, an MBA in Marketing from Sacred Heart University and is currently working toward a MPA in Healthcare Policy at Rutgers University  She is a knowledgeable medical education manager and brings valuable agency-side experience to complement our team.

Denise will be located in C4C-617.  Please stop by and join me in welcoming Denise to AstraZeneca and the Exanta team.

In addition, as we evolve as a key brand team that is customer focused, the PREP / PROMO team has re-aligned and assigned a manager to support the full tactical plan for an individual customer segment. As such, please see the attached responsibility chart for our team.
  << File: Team structure.doc >>
Thanks

1

D421

A96

Susan
Susan Pritchard
AstraZeneca - Hemostasis
Brand Communications Leader
tel 302.885.4430
fax 302.886.7586
susan.pritchard@astrazeneca.com

D422

*Voicemail July '03*

Message

Rachel, Hi there, this is MBF, Senior PREP Manager on the Extanta Team. and I just wanted to touch base because I just sent SP, who's my manager. a note to check with you about my banding increase and my title having been approved last month. I had gotten a package at home that had been approved and apparently there has been a notification to the team. So that was going to a Sr. PREP Manager title from PREP Manager and the banding was increased from 4 to 5. So I'd like you just to, ah, if you could kindly confirm that and just let me know from your records standpoint and if its not being reflected presently I will bring in the information I was sent and we should probably meet and get this record updated if we could.

I greatly appreciate it. I am on extension 51854. Again, it's MBF. Thanks Rachel. have a great day.

| | |
|---|---|
| **From:** | Pritchard, Susan S |
| **Sent:** | Tuesday, July 29, 2003 2:09 PM |
| **To:** | Bevis, Rachel A |
| **Cc:** | Kauffman, Deborah; Hellen, Jane |
| **Subject:** | update |

Rachel
FYI, I have met with HR yesterday and based on my experience and other managers experience on this team with Marybeth Farrell, I will move to put her on an action plan by next week (as soon as I can write up the forms and metrics)  I will give her 30days in the plan to improve on areas such as understanding of brand strategy, customer needs, data, adding value to team from strategic standpoint and ability to tactical execute entire PREP programs not just logistics aspects

Deb - will you please send me the template we discussed?  Thanks!

If you need more information let me know.
thanks
Susan

Susan Pritchard
AstraZeneca - Hemostasis
Brand Communications Leader
tel  302 885 4430
fax 302 886 7586
susan.pritchard@astrazeneca.com

Aug Mgr Notes

8/18

½ hour late to global meeting for Commercial Brand Plan review which went over strategy, timelines, goals for 2004. Came at 4:30 for 4:oo meeting. Left at 10 to 5pm.

15 minutes late to 5pm budget meeting. Said had to speak to finance off line and wasn't prepared to discuss budget numbers at meeting (phasing Sept-Dec. which was due last week)

Cornered CBL asking for meeting regarding performance

Discussed performance plan with Brand Leader (McNinch). Blamed Brand Director (Hellen) for most issues. Had discussion on performance at Hematology Ad Board agenda meeting where McNinch reiterated his thoughts he'd sent on email regarding poor performance. Farrell then came back to my office and said David McNinch understands the agenda, said he should have looked at it, agrees with flow, like VTE in Lifecycle area, wants to focus on Oncology and will work to update the agenda. This is not taking accountability for projects, or demonstrating the ability to create an agenda for customers that supports brand strategy and discusses relevant clinical data.

8/19/03
Went to MBF's office to have her sign the Action Plan we discussed yesterday after I updated the word flawless to strategically scientifically sound per our discussion yesterday. MBF was very hostile. Stated:
Am not signing this. Have deadlines today (sending PDS letter, reviewing clinic slides, ad board summary). Will not sign until I've reviewed and do not have time today to review therefore you can leave it and I'll sign it when I have time and it won't be today. Also stated: I know you like to think I'm in here not doing anything but I'm actually very busy.

8/19/03 – global meeting
Worked on materials through entire global branding update meeting. Unprepared to discuss branding of CME slide kit for clinics b/c she wasn't paying attention. Then repeated all already stated regarding CME rules / branding limitations. Asked to describe graphic and could not. Struggled for words like fibrin strands, thrombin molecule, and platelets. Kept saying you know the graphic Louise did from Shaw with the things…

*Action Plan Memorandum*

**CONFIDENTIAL**

TO: Marybeth Farrell

FROM: Susan Pritchard

DATE: August 18, 2003

SUBJECT: Action Plan

I continue to have serious concerns regarding your performance as Professional Relations and Education Manager for AstraZeneca. These concerns arose initially as a result of:

1. Narrow focus on the logistical aspects of meeting planning
2. Lack of project organization, which has led to situations where professional meetings were not strategically focused.
3. Lack of understanding of brand strategy
4. Inability to communicate brand strategy
5. Lack of understanding of clinical data
6. Inability to fully implement tactical plans
7. Ineffective expense and budget management skills.
8. Lack of respect of colleagues as functional expert

I have discussed these issues with you on numerous occasions (April 11th, May 5th, June 12th, July 3rd, August 12th). I have also specifically documented in my Periodic Progress reports dated from April through August, examples of an inability to execute programs and deliver on the competencies of a PREP manager.

- Leading cross functional project meetings in an unproductive manner
- Lack of preparedness for meetings
- Lack of understanding of meeting objectives, strategy and supportive data
- Ineffective agency management
- Feedback from colleagues on lack of demonstrated functional expertise / brand knowledge
- Refusal to take accountability for project related issues

Despite having several coaching and counseling sessions with you regarding expectations and competencies for a PREP manager position, and despite your years of experience as a PREP manager including over 14 months on the Exanta team, performance persists at an unacceptable level. As a result of behaviors as noted above, action steps have been developed to provide you with an opportunity to improve unsatisfactory performance to an acceptable level and, to maintain satisfactory performance in an ongoing manner. The Action Plan period will be for up to a month and a half, beginning August 18th through September 30th. You must immediately implement the desired behaviors noted in this Action Plan. I will be available to provide you with guidance and counsel to assist you in improving your performance to meet the expectations of this Plan.

During the Action Plan period and thereafter, myself or another manager, will review on a regular basis your performance relative to the conditions of this plan. We will meet weekly to review your progress with the Action Plan objectives as outlined below. If you meet all of the expectations of this plan, you will be taken off the plan by September 30th. Nevertheless, even after you are taken off this Plan your improved performance is expected to continue. If you fail to satisfactorily complete any assignment or meet any expectation set forth in this Plan during or after the specified period, you will be subject to further action up to and including immediate termination of employment.

D483

*Action Plan Memorandum*

## Action Plan Objectives

During the Action Plan period, and thereafter, I expect the following actions and behaviors:

**A.  Administrative Duties**
- Bring expense reports up to date by August 20th (includes the months on Exanta team through July) Ensure your expenses have been and are properly coded for your kcode line
- Market Development Roll up budget sheet will be up to date on the p drive without delegation to AC and kept up to date and in line with finance's TYD vs ABU figures. Your sheet will reflect all charges for your projects and expenses.
- Emails will be read and responded to in a timely manner.
- Active participation at all staff meeting, commercial team updates, market development workstream meetings and projected related meetings that brings value to our operational process.


**B.  Communication**
- Clear and consistent communication across the team on brand strategy, on your tactical plan objectives in 2003 and 2004, and on our previous and evolving clinical data and the key brand messages derived from the data as well as the market research messaging work. You need to grasp the clinical data and apply it to the commercial needs of our brand executed through approved tactical plans. Demonstrate you can verbalize strategy.
- Ability to develop tactical plans without full agency support. Ability to execute the plans with the agency partners included on communications and will full responsibility for program outcomes.
- Ability to organize and drive meetings, agendas and slide content for customer programs including appropriate discussions of meeting objectives, relevant data sets and KOL attendee participation to drive productive meetings.

**C.  Customer Programs (customers defined as Brand managers, clinical team, and KOL's)**
- Maximize interactions with clinical team by clearly articulating commercial's perspective for meeting objectives and ability to discuss our clinical data as well as competitive data with clinicians in an educated manner.
- Provide value to brand managers by optimizing agendas, slides, pre-work, PDS involvement, scientific content review of materials prior to passing from agency to brand manager. Review materials with brand managers prior to holding larger team meetings.
- Provide value to commercial team by developing innovative ideas for customer interactions and tactical executions of strategic goals.
- Demonstrate a knowledge of appropriate KOL's for activities without assistance from PDS and brand managers.
- Execute scientific and strategically sound programs and meetings.
- Accept accountability for your PREP programs outcomes.
- Operate within budget and guidelines.
- Provide valuable updates on work to your colleagues to allow for synergies across customer segments.

Please review this memorandum closely. By signing this memorandum in the space provided below, you (i) indicate your understanding of this Action Plan, and what performance level you must attain, and (ii) acknowledge receiving a copy of this Action Plan for your records.

**D484**

**A102**

*Action Plan Memorandum*

_____
Immediate Manager's Signature
Job Title

_____
Date

_____
Next Level Manager's Signature
Job Title

_____
Date

_____
Employee Signature

_____
Date

cc: HR Partner

| | |
|---|---|
| **From:** | Pritchard, Susan S |
| **Sent:** | Monday, August 18, 2003 6:52 PM |
| **To:** | Hellen, Jane; Bevis, Rachel A |
| **Cc:** | Kauffman, Deborah |
| **Subject:** | RE: Plan |

I spoke with Marybeth today regarding her performance and the action plan.

She feels its very unfair, inaccurate and wants to know what I am doing about other PREP manager improvement plans. I told her to focus on herself only, I couldn't discuss colleagues and we're only discussing her performance as we've done since April. She maintains she was out all of May & June. I reminded her she left May 9th and came back June 3rd part time and full time June 23rd.

Marybeth feels she has handled ad boards according to the ad board manual as dictated by Jane Hellen. I did not point out that this 'manual' was an effort to template activity to keep her on track and to help her manage the meetings. Prior to the manual being completed Marybeth held a disjointed ad board (run by 2 agencies) and canceled another meeting because it feel behind timelines.
I also told Marybeth at a manager level she should be able to customize tactics and not rely on manuals for the checklist. Also the checklist item needs to be thoroughly completed not just checked of superficially. This stems directly from feedback from her colleagues that the ad board work she had 'done' prior to her leave was incomplete and not truly 'done' to the point she said she left it.

Marybeth doesn't feel responsible for the budget issues as its due to a compilation of Accounting not paying Dec 03 invoices until 04 and Brian Martin not turning in the right budget number to finance. Still Marybeth has great difficulty accounting for her dollars in our budget update meetings and as of last Friday did not have her budget updated on our shared drive (a June & July action item for her from me directly)

Marybeth doesn't think an of the examples I gave her have merit:
    - KOL conference call unorganized and she was unable to discuss agenda content clearly due to lack of strategic understanding
        - MBF feels this was the agency's fault for not running the call

    - HEM ad board internal review of agenda was off strategy (discussed SPORTIF only in objectives and then SPORTIF for 3.5 hours when this customer group is most        interested in THRIVE trial)
        - No brand manager input to agenda prior to this meeting
        - MBF feels THRIVE not in obj was a typo due to agency fault and that the meeting was the time she was getting the brand manager input (even though the        medical director, MML, and Brand Leader were also all there and provided feedback to me that the meeting was unorganized and unproductive


MBF feels we did not her to go to meetings to meet KOL's (eg. Dublin meeting?)
MBF feels all managers make mistakes and hers are no different. After I reviewed the multiple months in a row documentation of our conversations outlining consistent issues, MBF doesn't see anything more than a few typos and mis-stapled ad board packet all due to the agency.

I will meet with her tomorrow again, but will need a manager to cover the weekly updates for the next two weeks until I return on Sept. 8th.

Thanks
Susan

    -----Original Message-----

| | |
|---|---|
| **From:** | Pritchard, Susan S |
| **Sent:** | Sunday, August 17, 2003 6:04 PM |
| **To:** | Hellen, Jane; Bevis, Rachel A |
| **Cc:** | Kauffman, Deborah |
| **Subject:** | FW: Plan |
| **Importance:** | High |

    FYI, I have made the changes suggested by HR below and will deliver plan Monday

**D486**

-----Original Message-----
**From:**      Kauffman, Deborah
**Sent:**      Thursday, August 14, 2003 6:36 PM
**To:**        Pritchard, Susan S
**Subject:**   FW: Plan
**Importance:** High

&lt;&lt; File: Action Plan 8-14-03 doc &gt;&gt;   I saw one typo and highlighted my change.  However please modify using the comments from Keith Black  below. Also note he sent a document for your  use with some Q and  A on action plans  Also I  think in your initial draft there were some points made that you could  verbally use to illustrate your bullets points   in your conversation with Marybeth.

-----Original Message-----
**From:**      Black, Keith R (HR)
**Sent:**      Thursday, August 14, 2003 10:49 AM
**To:**        Kauffman, Deborah
**Subject:**   RE: Plan

Hi Deb,

I looked over it and it looks solid – comprehensive review of past coaching efforts, clear statements of deficiencies, and well-outlined expectations and timeframe.

My only comment is somewhat technical in nature   The following sentence appears towards the end of the plan:

you will be subject to further disciplinary action up to and including termination of your employment with AstraZeneca

The Action Plan is not part of the "disciplinary" process, which focuses on misconduct Rather, it is a performance issue. As such, the Employment Practices Team has developed the following recommended language:

During the Action Plan period and thereafter, I will review on a regular basis your performance relative to the conditions of this plan. We will meet on &lt;date&gt; to review your progress with the Action Plan objectives as outlined below. If you meet all of the expectations of this plan, you will be taken off the plan on  &lt;date&gt;. Nevertheless, even after you are taken off this Plan your improved performance is expected to continue. If you fail to satisfactorily complete any assignment or meet any expectation set forth in this Plan during or after the specified period, you will be subject to **further action up to and including immediate termination of employment.**

Also, we have developed a Q&A document which we give to employees when they are placed on an action plan. I have attached that for your use as well

Thanks!
&lt;&lt; File: Questions and Answers Regarding Actions Plans for PSSs doc &gt;&gt;

Keith R  Black
Employment Practices

AstraZeneca Pharmaceuticals LP
1800 Concord Pike
FOC - CW2-904
Wilmington, DE  19850-5437

2

**D487**

tel: (302) 885-8191
fax: (302) 885-9880
e-mail: keith.black@astrazeneca.com

-----Original Message-----
**From:**   Kauffman, Deborah
**Sent:**   Thursday, August 14, 2003 10:14 AM
**To:**     Black, Keith R (HR)
**Subject:** FW: Plan
**Importance:**    High

As per my voicemail I would appreciate your perspective on this action plan as I anticipate a difficult process ahead.

-----Original Message-----
**From:**   Pritchard, Susan S
**Sent:**   Tuesday, August 12, 2003 6:31 PM
**To:**     Hellen, Jane; Bevis, Rachel A; Kauffman, Deborah
**Subject:** Plan
**Importance:**    High

As mentioned previously I continue to have performance discussions with Marybeth including today and have a formal time set up for discussions tomorrow as well.
Based on my documented discussions and suggested areas for improvement, I have drafted an Action Plan.

Any feedback you have would be appreciated.

Thanks
Susan

<< File: Action Plan 8-13-03.doc >>

Susan Pritchard
AstraZeneca - Hemostasis
Brand Communications Leader
tel  302 885 4430
fax 302 885 7586
susan.pritchard@astrazeneca.com

A106

**D488**

Notes M.B. Farrell                8/21/03
cited problems
Vendor at Fays mtg she believes
this is the catalyst for Action
Plan in her opinion
Case study monitor diff of opinion

- asked me to read med
- She wants the Action plan
redrafted against Band 4
position (see her attached list)

asked if possible I told her
I had never seen this done but
yes it was theoretically possible
to make changes to an action
plan (Mgr mks changes) However
I cautioned her even if this
was done it is very possible
sufficient areas of improvement
would be needed for band 4 -

Also cautioned her to ensure she
has a correct understanding of
rules of each band - She needs
to talk to Susan + Rachel
re this

**D494**

**A107**

She asked many + repeated questions re the standard perf impr sequence. I told her it was Action plan → PIP → term I also stressed an Action Plan had subsequently 3 not outcomes end of plan w/ improvement extension of plan move to a PIP. Termination could also occur as outlined in plan but usually first three outcomes occured

I cautioned her all of our employments were employment at will + expl this also cautioned her there are items any employee could get term for at any time whether or not they are on an Action Plan or PIP - misconduct etc.

I went over the 2 area above again + again.

I stressed she needed to take full advantage of her weekly mtg w/ Susan + present to gain a clear

D495

understanding of what
success would look like)
consist of.

I encouraged her to retain
a positive + professional
attitude during the process

She asked that a HR person
sit in on each of her
weekly mtg w/ Susan b/c
she stated Susan told her
she was hostile when they last
spoke. I told M.B HR did not
usually sit in for this type
of mtg. I also told her as I
was out for 3 weeks in Sept
I would have to give some
thought as to who could do this
wt. I told her although I would be
out of the office there would
be someone covering for me.
After discussing this a bit further
she seemed to prefer their involvement
or at least leave it unresolved

D496

for now

She left w/ her next action
to meet with Rachel B

She asked if she should send the
memo she should w/ me via
hard copy. I told her that
was her decision

D. Kauffman

D497

 AstraZeneca

MEMO

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | August 21, 2003 | 1(2) |

DEPARTMENT AND LOCATION
EXANTA C4C-511

TO
Susan Pritchard

Cc: Deborah Kauffman
    Rachel Bevis

| SUBJECT | REFERENCE |
|---|---|
| Action Pan | |

I am in receipt of your Action Plan Memorandum of August 18, 2003, as updated per our discussion on August 18. As per our conversations on August 18, 19 and 20, I have now had time to carefully review the memorandum. I would like to both restate my confusion about this action and to respond to the action items outlined in your memorandum.

On March 10, 2003, I received the rating of Performance met overall expectations/Good, for my 2002 Performance year. When the 2002 Performance Review was delivered to me in March 2003, there was no mention of concerns regarding my performance.

One month later, on April 11, Jane Hellen and you met with me and communicated that there were concerns with my performance. However, the content concerned projects from 2002, for which I had already received excellent and good ratings and to which I have already responded.

On May 9, 2003, I went on medical leave and did not return to my full time responsibilities until June 20. It is now August 2002 and I am on an action plan to improve my performance. Since my 2002 Performance Review, am I to conclude that, having been in the office a total of 15 weeks, my performance has deteriorated to the point of an Action Plan that provides only 6 weeks time to improve?

In July, I learned that the Band 5 promotion which had been discussed and agreed to for me by Jane Hellen and Debbie Brangman, had now been denied. I had inquired about what was required to move from a Band 4 to a Band 5, and why this rescission of the promised promotion had occurred. Unfortunately,

D498


AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | August 21, 2003 | 2(2) |

nothing was articulated in verbal or written form to me. I was told only that I would not be promoted to Band 5 because of performance issues.

Recently, you provided the PREP/Promotions team with the recently updated AstraZeneca Banding Criteria for PREP/Promotions Managers. Based on these qualifications, a large portion of my Action Plan reflects the requirements of a Band 5 position, not the Band 4 position which I hold. These requirements include:

1. Brand strategy. Ability to develop and implement promotional strategies (development of 2004 PREP strategic and tactical plans). I am perplexed that you require that I develop my strategic/tactical plans without agency support. In essence, you are taking away a resource which would enable me to succeed in my responsibilities.

2. Sophisticated project and budget management skills. I am perplexed here also that you have requested in my Action Plan that I not use my AC to support my budget management tasks. This is standard practice at AstraZeneca. Again, you are taking away resources that would enable me to succeed.

3. Ability to be consultive, act as content expert (clinical data). You cite deficiencies in the Action Plan in my ability to develop scientific slide content, as well as to discuss our clinical data and competitive data with clinicians, in an educated manner, as well as to provide value in scientific content review of materials.

4. Ability to develop relationships with associations and thought leaders. The Action Plan requires that I demonstrate knowledge of appropriate KOLs for activities without assistance from PDS and brand managers.

On August 19, you mentioned that you were sensing hostility from me since our discussion on August 18. I would reiterate my confusion about this, as I would not describe my reaction to this plan as hostile.

I take full responsibility for my performance and am willing to address the issues you have raised. However, the plan largely reflects Band 5 responsibilities. I am requesting that the Action Plan be reconsidered to reflect my Band 4 position.

D499

**From:** Kauffman, Deborah
**Sent:** Monday, August 25, 2003 4:40 PM
**To:** Bevis, Rachel A
**Cc:** Broadway, Susan P; Hellen, Jane
**Subject:** RE: Meeting Today Takeaways

Please note that while Mary Beth did raise the issue of having HR sit in on some of her one on ones I told her I felt this would be unnecessary and I thought that was the agreement we reached

-----Original Message-----
**From:** Farrell, Marybeth
**Sent:** Monday, August 25, 2003 2:27 PM
**To:** Bevis, Rachel A
**Cc:** Pritchard, Susan S; Hellen, Jane; Kauffman, Deborah
**Subject:** Meeting Today Takeaways

Rachel:

Thank you for your time today. I wanted to summarize what I heard as key takeaways for me relative to our discussion of the Action Plan this morning

-    The plan is intended to provide employees with the opportunity to develop and further elevate performance to better serve team needs.
-    For increasing scientific expertise, as I mentioned, I have contacted Debra Walters this morning and will be participating in weekly science PDS update teleconferences, as well as obtaining the PDS indepth data/studies training manual and participating in the PDS science training program. If no high-level science training program is immediately available, I will read the PDS training manual, which as I mentioned I have requested during the past year as well as classes. I also will seek AZ University courses that would further develop other skills.
-    We discussed that a number of my programs in the fall of 2002 and the spring of 2003 were taken over and driven by our former BPL. He assumed decisionmaking authority for these meetings in such areas as faculty communications, internal planning, logistics, selection of hotels and amenities.
-    Some processes on our team altered while I was out on medical leave, such as the new requirement that PREP managers liaise with the ad board meeting chairpersons, not the medcom agencies as the Exanta Advisory Board Procedure Manual instructs. As discussed, increased communications about such changes will help me to better meet expectations.
-    For internal meetings to plan for ad boards, I will immediately elevate the leadership of these sessions and be more directive in communication of the commercial brand priorities and strategies to areas such as medical affairs during these meetings.

It important that we work together to define what success is and how that can be achieved. I will meet weekly with you/Jane Hellen/or Susan Pritchard to check progress and to make adjustments. Also Human Resources may from time to time sit in on the meetings.

The skills to move to the Band 5 (Manager and Sr. PREP Manager) are identified in the chart we reviewed today and I appreciate our discussion of them.

Thank you.

Regards,

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE 19850-5437
Phone: 302/885-1854
email: marybeth.farrell2@astrazeneca com

**D505**

**A113**

Marybeth Farrell   Manager Notes  9.11.03

ASHP – Joe Shields states he tries weekly to get involved and updated on ASHP symposium but MBF states there's nothing new. However, Joe is to be shadowing and learning soup to nuts symposium process and should be involved. Impact (agency partner) states they have never heard of Joe and have not been involved with him at all and have difficulty getting MBF to provide direction and input to the ASHP program. Also states work has begun but not with Joe.

Delta Training – Marybeth did not show up for mandatory team training on Wed 9/9 although meeting notice was sent, I sent a reminder to attend on 9/8 and she was in her office. Her calendar was open during the time slot.

KOL 9/9/03 – Dr. Ansell discussed inadequate vendor and AZ management of Coag Clinic program in terms of inefficient conference calls and lack of understanding of data by participants on call. Participants on call were QED (agency) and MBF.

QED – feedback from Denise Walters 9/10/03. MBF is responsive and gets back to QED with info needed after she goes and discusses things with team. Doesn't seem to know KOL's but is new to program. Feels her understanding of data is ok. Has meet with MBF weekly to walk her through program. Has spent more time getting her up to speed than usual clients but feels this ok b/c Faye has spent a lot of time with QED getting them up to speed.

IMPACT – feedback from Susan Berkley 9/9/03. Feels MBF is non-responsive to their calls and needs. Can not handle future programs (eg. ASH, ASHP) as she is busy now with Clinics. Needs to get back to them for small details. Always needs to check with team before giving direction, feedback, suggestions; doesn't give definitive answers. Asks for things that are not in compliance with CME standards (eg. bullets on agenda items including data reviews) Is defensive and hostile when IMPACT pushes back Impact feels she dislikes using them as a vendor. Finds her the toughest team member to work with and the least ready to provide strategic direction and scientific feedback Very involved in logistics details. Seems caught off guard with questions standard to symposium development. Doesn't have knowledge of KOL's (eg. DiMarco). Needs bios from Agency (therefore not using Viewpoint system.)

Discovery- feedback from Christine Lutze 9/11/03.
Negative and defensive behavior (eg. hung up on multiple times "I can't even talk to you I have to go, click"). Seems to be very overwhelmed with work
Resurfacing of actions (from March amenities orders) from other agencies that are 'tangible' areas to put blame (logistically oriented) Sporadic input from MBF.
"you should be managing these people" to Discovery on McVeigh. McVeigh's orders were from MBF.
Must always check with others, entended time goes by without input and then resurfaces in a flurry when an action is delayed etc. Never makes the definitive answer, go ahead

D534

(eg. must run thank you letter for participating in ad board by Faye Morin before giving go ahead for letter from MBF).

Agency Not included in debrief coag clinic ad board.   MBF calls for agenda etc.  Agency said their were not included.  MBF cancels meeting for team (eg. can not proceed without agency management)

Easily confused with details of what is attached, versions, what needs to go to what program.

Specific examples of honaroria checks delayed due to addresses not updated.   MBF says she was unaware of need, Discovery said she was on the approval list.

Agency still feels there are strong communication issues leading to inefficient management.

Meetings:  Accepted my meeting to discuss plan on 9.10 but then didn't show to work (emailed about morning).  I moved meeting to late afternoon but didn't show up to work all day.   Rescheduled for open time on calendar for Thursday afternoon but MBF declined as the time then was booked. Subject: QED meeting.  Invitees: none and QED didn't arrive until the 3pm meeting.  Additionally MBF was off AZ site at 1pm.

**D535**

Marybeth Farrell  Manager Notes  9.11.03

ASHP – Joe Shields states he tries weekly to get involved and updated on ASHP symposium but MBF states there's nothing new. However, Joe is to be shadowing and learning soup to nuts symposium process and should be involved. Impact (agency partner) states they have never heard of Joe and have not been involved with him at all and have difficulty getting MBF to provide direction and input to the ASHP program. Also states work has begun but not with Joe.

Delta Training – Marybeth did not show up for mandatory team training on Wed 9/9 although meeting notice was sent, I sent a reminder to attend on 9/8 and she was in her office. Her calendar was open during the time slot.

KOL 9/9/03 – Dr. Ansell discussed inadequate vendor and AZ management of Coag Clinic program in terms of inefficient conference calls and lack of understanding of data by participants on call. Participants on call were QED (agency) and MBF.

QED – feedback from Denise Walters 9/10/03. MBF is responsive and gets back to QED with info needed after she goes and discusses things with team. Doesn't seem to know KOL's but is new to program. Feels her understanding of data is ok. Has meet with MBF weekly to walk her through program. Has spent more time getting her up to speed than usual clients but feels this ok b/c Faye has spent a lot of time with QED getting them up to speed.

IMPACT – feedback from Susan Berkley 9/9/03. Feels MBF is non-responsive to their calls and needs. Can not handle future programs (eg. ASH, ASHP) as she is busy now with Clinics. Needs to get back to them for small details. Always needs to check with team before giving direction, feedback, suggestions; doesn't give definitive answers. Asks for things that are not in compliance with CME standards (eg. bullets on agenda items including data reviews) Is defensive and hostile when IMPACT pushes back. Impact feels she dislikes using them as a vendor. Finds her the toughest team member to work with and the least ready to provide strategic direction and scientific feedback. Very involved in logistics details. Seems caught off guard with questions standard to symposium development. Doesn't have knowledge of KOL's (eg. DiMarco). Needs bios from Agency (therefore not using Viewpoint system )

Discovery- feedback from Christine Lutze 9/11/03
Negative and defensive behavior (eg. hung up on multiple times "I can't even talk to you I have to go, click"). Seems to be very overwhelmed with work.
Resurfacing of actions (from March amenities orders) from other agencies that are 'tangible' areas to put blame (logistically oriented). Sporadic input from MBF.
"you should be managing these people" to Discovery on McVeigh. McVeigh's orders were from MBF.
Must always check with others, entended time goes by without input and then resurfaces in a flurry when an action is delayed etc. Never makes the definitive answer, go ahead

**D536**

**A116**

(eg. must run thank you letter for participating in ad board by Faye Morin before giving go ahead for letter from MBF).
Agency Not included in debrief coag clinic ad board. MBF calls for agenda etc. Agency said their were not included. MBF cancels meeting for team (eg. can not proceed without agency management)
Easily confused with details of what is attached, versions, what needs to go to what program.
Specific examples of honararia checks delayed due to addresses not updated. MBF says she was unaware of need, Discovery said she was on the approval list.
Agency still feels there are strong communication issues leading to inefficient management.

Meetings: Accepted my meeting to discuss plan on 9.10 but then didn't show to work (emailed about morning). I moved meeting to late afternoon but didn't show up to work all day. Rescheduled for open time on calendar for Thursday afternoon but MBF declined as the time then was booked. Subject: QED meeting. Invitees: none and QED didn't arrive until the 3pm meeting. Additionally MBF was off AZ site at 1pm.

---

Sept 12 – Met with MBF to discuss performance issues outlined above. She still refuses to discuss her performance on the Action plan as she wants to debate the plan being Band V not IV. I outlined again why it is a band IV (based on competencies, based on her experience with AZ and Exanta, and based on the needs of the team). She will not acknowledge and said she will set a mtg up with me and Rachel to discuss. I told her Rachel, HR, Jane H. and I have agreed it's a good plan for her and still the same answers. MBF started off the meeting by providing copies of the plan, our memo correspondance from 8/21, and notes from her meeting with Jane H. Again, she always has a lot of paper that she attempts to push around instead of discussing an issue from her own position. I tried to focus on performance updates (above) as well as feedback from Faye M on their performance discussion from the week prior. Marybeth was very hostile to me, very forced hard smile on her lips while her words were dripping with bitterness. I mentioned this hostile behavior was not in AZ cultural attributes and I'd ask her to be able to have an open dialogue with me. She went off on I misread her etc. I asked her to calm down and the meeting continued through the end to be in a hostile tone. MBF yelled at me for all her points to the point where Louise asked me after who MBF was in her office screaming at. This is exactly what happened with Faye last week.
The meeting was very hostile and draining to me. Unprofessional, unacceptable. Told her hostility was unacceptable in August when she started this behavior after the action plan discussion.

Sept 15 – MBF presented her plans (04 tactics & Budget) with errors (36K travel in all 4 customer segments, all the same congresses w/ dollars in each plan, couldn't speak to the MM plan was it for hospital pharmacists? MBF said its retail but I don't believe that is correct). Again she can not speak to her customer plans without Mike or Faye's assistance. Hem – Hem / Onc not reference. Cardiologists are in the Hem plan.

D537

Left note she didn't have enough time to move from office but had 2 wks notice and 1 week w/ boxes.

Sept 16 – 9pm call to office that she can't go to DC ASH roundtable mtg b/c she has so much to do (see transcript). I call her cell at 9am, no answer.   Message says she has a 9am mtg and will be in after, shows up around 2pm.  VM's say she's working from home (unapproved / undiscussed).  I leave a message on work to MBF saying please call me, leave cell number.  Never calls.  Doesn't let AC know schedule either.  We just discussed after last Thurs. she has to let AC know and me (live) for out of office.  Doesn't follow procedure.

Sept 16 – MBF to be out of office for  clinic SB mtg yet her calendar is open.  Does not manage her time / calendar.

D538

**Performance Update**
**September 12 , 2003**

Science, content

- Contacted Gwen Burbank, PDS & MIS trainer for medical affairs, requested team training materials, inclusion in future PDS/MIS training programs
    - Obtained detailed TA backgrounders on stroke prophylaxis in Afib: -"Defining the Need"
    - "Indepth" Hemostasis Education training modules
    - "Advanced Scientific Learning System on Hemostasis"
        - Module 2 "Reducing the Risk of Stroke in Patients with Nonvaluvular Atrial Fibrillation"
        - Module 3 "Hemostasis Overview and the Coagulation Cascade"
        - Module 4 "Venous Thromboembolism – An Overview of the Disease and Its Management"
    - PDF art files on
        - Binding Characteristics of Direct Thrombin Inhibitors
        - Stroke frequency by type
        - Stroke rates Among Patients with AF as classified by 3 Risk Stratification Schemes
        - Patterns of Atrial Fibrillation
        - Rate vs. Rhythm
        - Pharmacy management
        - Competitor PI/s

- Recontacted medical affairs and obtained
    - o THRIVE Treatment Protocol
    - o THRIVE III Protocol
- Obtained additional past advisory board meeting binders and summaries (previously not locatable)

VENDOR MANAGEMENT AND TEAM LEADERSHIP

- Reorganized and led team in substantively revising the Coag Clinic CME Speakers Bureau Slide Deck and Speakers' Notes (per request for assistance from accrediting organizations' medcom company)
    - o Johns Hopkins University Accrediting Committee and Speakers Bureau Planning Committee previously was rejecting the presentation as needing considerable reorganization, have since endorsed it
    - o JHU accrediting content week of Sept. 8

KOLs, CUSTOMER MANAGEMENT

**D543**

- Identified and recommended core KOLs to serve as faculty in newly approved ASHP Symposium (at medcom agency's request)
    o At agency's request, helped to focus program objectives on TA needs, options with new AC
- Routinely liaise with KOLs at Advisory Board and other Customer meetings/events (e.g., ACC 2003 ACT and SPORTIF Investigators meetings; Managed Care Advisory Board, Columbus, OH, July 18-19, 2003; Anticoagulation Clinic Advisory Board, Philadelphia, PA, August 8-9, 2003)
    - Continually refreshing background by obtaining, reviewing additional advisory board meeting binders, summaries
    - Initiated and conducted interview with PDS (P.Chelune) in June on practice of hematology and in identifying key hematology KOLs and their treatment issues
    - Continue to review literature, articles, brand clinical protocols, steering committee members

Treatment, Disease State
- Arranged and completed visit in August to a large university health system with multiple types of Coag Clinics
- Arranged meeting with Edith Nutescu (Sept. 18) during Coag Clinic CE/CME Speakers Bureau Training Program
- Planning for ASH, ASHP KOL meetings to discuss treatment issues, options and EXANTA

COMMUNICATION
- ASH Communication to Brand Team August 5, 2003, communicating strategic programs and sponsorships, Faculty for Symposium, other highlights.
- Identified customer segment targeting objectives
- Developed strategies and tactics to effective reach with brand messages, data without agency support Developed '04 tactical plans on strategy
- Coordinated/aligned with brand PREP, Promo team planning
- Wrote and issued comprehensive ASH communications to brand team

Customer Programs
- Drove internal agenda and content development, external/internal faculty pre-meeting discussions and planning briefings, managed Anticoagulation Clinic Advisory Board August 8-9 in Philadelphia
    o Rated "5"/Excellent on scale of 1-5 by 10 of 11 respondents (one rated it "4")
        ▪ Faculty requested similar future meetings as important to brand and their understanding of brand issues
- Innovation: Developed innovative plans for PREP programs for customer segments

**D544**

- o Doctalk; live video web-casting of large scale CE/CME teleconferencing programs; hematology case studies series; Paper Symposium on new CHEST Guidelines, others
- Drove agenda development, objectives-setting and content focus for Retail Trade Advisory Board; lead for MM to Field and Galida team in development of program
- Scheduled, developed agenda and content and drove MM meeting on PREP and Promo needs and programs for 2003 and 2004

Administrative
- Updated to date
- Aug. 25 expenses filing (Aug. 20 target) re: receipt for canceled ticket from travel/airline

Vendor Feedback
- Obtain feeback on where and how I can work with them to best maximize vendor resource inputs and work.
  - o Action: Feedback has previously been requested from Discovery, e.g., Fall 2002, and September 2003 from QED (Sept. 11, 2003).

*EXANTA Performance Plan Update Sept 12 doc*

**D545**

 **AstraZeneca**

# MEMO

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | September 16, 2003 | 1(2) |

**DEPARTMENT AND LOCATION**
EXANTA

**TO**
Susan Pritchard
Cc: Deb Kauffman
    Jane Hellen
    Rachel Bevis

| SUBJECT | REFERENCE |
|---|---|
| Action Plan | Update Meeting |

Susan:

To summarize our performance update meeting on Friday, September 12, you presented me with a memorandum emphasizing that my areas for improvement center around key issues for a Band IV PREP manager, such as:

Vendor Management
Team Leadership
Customer Management

I was praised in my review of March 2003 for performance in each of these areas. Less than one month later, I went from being an employee in good standing to an Action Plan. Such a sudden, and dramatic, decline in performance is confounding at best. Further, in my memorandum Update of September 12, 2003, the areas which you address in your September 11, 2003, memorandum are addressed in full with recent successful programs and project management. Yet you told me on Friday, September 12, that I had not fulfilled requirements, with the exception of brand strategy. This statement does not reflect work I have been accomplishing.

In April, the following issues were noted as indicating performance issues -- April 25-27, 2003 Advisory Board cancellation due to faculty list development; delay in the development of the 2003 EXANTA Advisory Board schedule; internal review process for Advisory Board; development of the EXANTA Advisory Boards Procedures Guide; and need for greater strategic and scientific knowledge. Many of the areas identified, particularly strategic knowledge and learning of the EXANTA science, had been praised in my 2002 review, provided to me in March 2003. The others I have addressed in my May 6 memorandum.

Prior to your September 11 memorandum, you emphasized that I was deficient as a Band IV PREP Manager because I was not serving as an "expert" on the EXANTA clinical data and science. This is not a Band IV PREP Manager's job; AstraZeneca employs physicians and scientists for this purpose. You also emphasized that other key areas for improvement were brand strategy, high-level budget management skills, and mastery of the key KOLs in the

D552



AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | September 16, 2003 | 2(2) |

various hemostasis specialty areas. The requirements you noted are for some not requirements for a Band IV PREP manager. For others, you specifically articulated that I was not to use agency and AC support to accomplish some of these targets   I find this confusing, as it denies me resources that would enable me to succeed and which are routinely utilized as standard resources by AstraZeneca

I need for you to help me to understand what success looks like so that I can achieve it, e g., achievable, consistent targets.

There is an error in the timeline of events. On April 11, you and Jane Hellen did not meet with me to communicate any concerns. On April 11, you and I met one-on-one in your office to talk about my ideas for my customer segments. You did not communicate any concerns to me about my performance; you thanked me for my ideas and we agreed we looked forward to working together in your new role   You and Jane Hellen did not communicate any concerns to me until the end of April.

You stated at the beginning of our September 12 update meeting that you perceived me as being "condescending." I objected to that characterization, as I did to a similar ascription by you about my demeanor in a previous meeting, in which you said that you sensed hostility.  I am unable to determine why you made these remarks. I am requesting the presence of Human Resources in all future update meetings to ensure there is no further misinterpretation   I have been and remain fully committed to the items in the Action Plan which are my job responsibilities.

*EXANTA Performance Plan Sept  12 Mtg summary doc*

REFERENCE: Update Meeting

D553


AstraZeneca

# Fax

| **To** | Deborah Kauffman | **Fax number** |
| --- | --- | --- |
| | Georgina Austin-Jones | |
| **Company** | | |
| **From** | Marybeth Farrell | **Fax number** |
| **Date** | 22 September, 2003; 15:33 | **Total pages** 1(1) |
| **Subject** | Summary of September 17, 2003 Meeting | |
| | *EXANTA HR Meeting Summary Sept 17.doc* | |

**CONFIDENTIAL**

The following is a summary of the three areas I raised for discussion and followup in our September 17 meeting in Deborah's office:

1. My concern regarding retaliation against me which threatened my employment with AstraZeneca after I advised my manager on April 22, 2003 that I would need to take 6 weeks leave for non-elective surgery under the AstraZeneca Short-Term Disability Policy. This leave was approved by AstraZeneca Corporate Health Services (see Winnie O'Neill's May 5, 2003, memorandum confirming this), and counted against the 12 week leave entitlement under the AstraZeneca Family and Medical Leave Policy, the Family and Medical Leave Act, and applicable state law to the extent consistent with state law

2. My concern regarding retaliation against me because of a complaint which I made in 1996 to my immediate superior at that time regarding sexual harassment by an AstraZeneca supervisor of my work.

3. The sudden emergence and often unreasonable nature of the present AstraZeneca Action Plan for me, and employment termination conversations discussed with me subsequent to my announcement that I would be talking 6 weeks approved medical leave. One month prior to this I had received a solid Performance review and no adverse issues regarding my performance had been raised. Approximately a week and a half prior to April 22 (on the morning of April 11, 2003), I had met with Susan Pritchard, my new manager, as part of her assumption of her new role as Brand Communications Leader. At that time, she solicited my ideas about programs for 2003, praised my work and said she was looking forward to working with me in her new role. No concerns or negative issues regarding my performance were mentioned at all (see my meeting summary memo of April 11 to her in this regard) Therefore I was extremely surprised to receive her August 18, 2003, Action Plan which contained false and unfair accusations about my performance

I look forward to discussing this with you tomorrow in more detail. I am preparing a chronology timeline that I believe will be helpful for us to review tomorrow as well. Thank you

**AstraZeneca**    **Tel**    +1 302 886 3000
1800 Concord Pike
Wilmington, DE 19850

**D567**

**MEMORANDUM**

TO:        Georgina Austin-Jones
           Susan Broadway
           Rachel Bevis

FROM:      Marybeth Farrell

DATE:      September 30, 2003

RE:        Band V requirements of August 18, 2003 Action Plan and Present
           Banding per Successfully Completed Action Plan

For the requirements of the August 18, 2003, Action Plan relative to my position and
responsibilities, the below is for further discussion and correction by AstraZeneca. Relative to my
job requirements, I have met each of the areas outlined in the Action Plan. Will review this further
in our meetings today.

**Management and Leadership.** There is no requirement for Band IV in this category, yet the
Action Plan of August 18, 2003, calls for
"Ability to organize and drive meetings, agendas, and slide content. " This is an activity which I
routinely conduct at the Band IV level.
-     The Band V requirement states: "Prior management experience, e.g., DSM  Prior deep
relevant market place understanding via market research, public affairs, or sales training
experience.
-     Band V Senior Promotions manager's requirement is for "Deep marketing communications
experience (at least 2 years in the discipline of PREP or Promotions)."
My background professional experience as a manager and my current successful program
leadership fully satisfy the Band IV PREP Manager requirements under this criteria. The
management and leadership I provide for meetings is more relevant to the Band V Senior
Promotions manager position.

**Brand Strategy.** The Band IV requirement calls for "Ability to *implement* promotional
strategies." The Action Plan calls for the ability to develop and implement promotional strategies;
it also prohibits me from using agency support. This denies me a standard resource which would
enable me to succeed.
-     The Band V requirement is for a "Demonstrated strategic approach to problem identification
and problem solving."
-     The Band V Senior Promotions manager requirement is for "Ability to develop and implement
promotional strategies."
As demonstrated by my development of strategically sound, highly customized and specific 2004
Customer Segment strategic plans, as well as the agendas and strategy concept and content
development I provide for various symposia, speakers bureau programs and advisory boards, I
more than fully meet the Band V requirement in this category, and certainly fulfill this (as you
noted in September) for the Band IV

**KOL Relations.** The Band IV box in this category also states no requirement  The Action Plan
nonetheless requires that I "Demonstrate a knowledge of appropriate KOL's for activities without
assistance from PDS and brand managers " This denies me a standard team resource (the
scientific and clinical staff that serve as scientific experts/consultants to the commercial team)
which would enable me to succeed.
-     The Band V requirement states "Ability to develop relationships with associations and
thought leaders"
-     Band V Senior Promotions manager's requirement is for "Ability to develop relationships with
association and thought leaders." I routinely conducted these types of activities for other brands

**D581**

**A125**

(most recently NEXIUM) and departments and do so successfully in my present Band IV PREP manager's position.

**Vendor ("Out sourced partners") management.** The Band IV box in this category states no requirement in this area. The Action Plan cites "Ineffective agency management" on my part.
-    The Band VI requirements include "Demonstrated leadership ability, strategic influencing in arms-length relationships."
-    The Band V Senior Promotions manager requirement calls for "Sophisticated skills optimizing out sourced partners."
In my present position, I routinely both influence and manage multiple out sourced partners. Program examples include the successful SPORTIF Investigators Meeting at ACC, support for the ACT and SPORTIF Steering Committee meetings at ACC, Coagulation Clinic Advisory Board (rated a 5/highest ranking by all but one responding attendee; the other rated it a "4"); Coagulation Clinics Speakers Bureau training, and others

**Budget Management.** The Band IV requirement is for "Ability to manage projects and budgets." The Action Plan claims "Ineffective...budget management skills." The programs for which I have been responsible and directly managed have been delivered on budget under my management Despite this, the August 18, 2003, Action Plan claims that I am deficient in budget management. The example cited by Susan Broadway of my deficiency in ability to manage budgets was the approximately $1 million phasing shortfall. I challenge this assertion as false and unfair. I sent phasing numbers on schedule to the required managers in January, February, March, April, May and to date, for 2003, to John Liano, Brian Martin and/or Susan Pritchard/Broadway, e.g., depending on month and who was responsible for capturing the PREP/Promo team's budget phasing at the time. Someone in this link during this period did not integrate these reports into the PREP/Promo phasing reports. The $1 million which I had phased into my budget was outlined and submitted as specified

**Communication skills.** Band IV states a requirement for vague "Communication skills." The Action Plan calls for "Clear and consistent communication across the team on brand strategy, on your tactical objectives in 2003 and 2004, and on our previous and evolving clinical data and the key brand messages derived from the data as well as the market research messaging work.....Ability to develop tactical plans without full agency support Ability to execute the plans with the agency partners included on communications and with full responsibility for program outcomes."
-    The Band V requirement in this category is for "Seasoned communicator across personal and non-personal communication channels"
-    The Band V Senior manager's requirement calls for "Seasoned communicator across personal and non-personal communication channels"
My 2002 Performance Review delivered to me March 10, 2003, by Debbie Brangman, Marketing Communications Director, and on March 27, 2003, by Jane Hellen, Brand Director, specifically praised me for having exceptional communications skills which should be better and more fully utilized by the brand team.

**Scientific content.** The Action Plan calls for a need to "grasp the clinical data and apply it to the commercial needs of our brand executed through approved tactical plans." I also was advised by Susan Broadway that I must be a "content expert" on the brand clinical data. The Action Plan cites deficiencies in my ability to develop scientific slide content, as well as to discuss and our clinical and competitive data with clinicians in an educated manner, as well as to provide value in scientific content review of materials.
The Band IV requirement in this category, however, requires a Band IV PREP manager to be *"Learning disciplines to develop* the respect of team members to function as content expert."
I requested permission to attend numerous hemostasis, brand-specific clinical science training and education programs, as well as international advisory boards for which I was the U.S. contact and was developing the U.S. topic programs, and was denied attendance at what I considered to be critical educational and strategic events

D582

-    The Band V requirement for scientific knowledge is for the "Ability to be consultative, act as a content expert."
-    The Band V Senior Promotions manager requirement is for "Ability to be consultive, act as content expert."
In my present position at the Band IV level, I function as a content expert on the EXANTA data This was clearly and successfully recently demonstrated by my re-organization and revision of the Coag Clinics Speakers Bureau slide deck in July 2030   The content had been prepared by the Coag Clinic workstream including the Brand Manager, Strategist and PDS, when I was out on medical leave in the 3rd Quarter 2003.   It had during that time been all but rejected as poorly organized and unfocused in content by Johns Hopkins University and the Planning Committee. I reorganized and edited the slide deck in July and directed QED to resubmit it, at which time JHU and the Planning Committee accepted the slides.

Each of the areas identified in the August 18, 2003, Action Plan have been fully satisfied by the work outlined above and additional projects, programs and initiatives in the recent 6 weeks.

*EXANTA Perf.UpdateSept30Overview to HR doc*

**D583**

**MBF discussion on 9/30 regarding unsatisfactory completion of Action Plan**
**August 18 – September 30th, 2003**

Marybeth – Today is September 30th and is the final day of the Action Plan we started in August. I'd like to review with you your performance over the last 6 weeks relative to items outlined in the plan

The plan asked you to embrace PREP manager responsibilities such as taking the brand strategy and demonstrating an understanding of the brand's direction in the tactical execution of programs using our clinical data as a basis for discussions with KOL's, team member and vendors.

In addition, the plan required a basic performance level of administrative management and professional conduct.

Specifically:
**Administrative Duties**
1. Expense report management –
   a. There has been expense reports filed for business expenses and travel related expenses in August bringing yourself up to date but nothing processed for September in budget sheet despite September travel. If all was master billed then this was met.
2. Budget Sheet on p:drive management –
   a. Your budget sheet shows you overspent with Actuals of $1.508 versus phased of $1.120. Finances sheet shows you at an YTD actual of 1.913. In addition I have received feedback from finance that through discussions with you regarding the company requirements for phasing and locked budget lines after phasing is submitted or updated on a quarter, there was still significant confusion on your part as to how to manage to your phased budget
3. E-mails will be read and responded to in a timely manner
   a. My email on 9/11 stated to be sure to invite your agency partners via outlook with agenda for our quarterly update meeting on 9/23. An agency told me they were invited the day before without an understanding of the agenda and the templates used for the last quarterly update. which all presentations were to be in. Also, I sent an email on 9/10 asking for all agency attendees names to be sent to my AC by 9/12 for pre-registration. My AC followed up with you numerous times and still had no reply as of 9/21. Also, as of that morning my AC had to redo food orders to accommodate your unaccounted for guests
   b. Have not received an excel spreadsheet requested over a week ago of your proposed 2004 tactics and budgets with priorities assigned so we can prioritize projects.
   c. No response to my email of 8/11 requesting suggestions of KOL's for potential use in global ad boards in 2004 despite the need for special

**D584**

population management KOL's (eg. Your customer group for clinics and hematologists).

4. Work schedule – Over the last few weeks I have had concerns with your work schedule as you consistently have personal appointments during business hours that cause you to be in later or leave earlier than your usual schedule. There was the incident on Sept 10th where you indicated you'd be in late and then didn't come in at all (resulting in being asked to use a vacation day and a discussion between us on the procedure of calling me and your AC and discussing attendance live wire). On Sept 11th the confusion occurred again due to inappropriate calendar booking. On Sept 16th you canceled last minute (morning of) a customer meeting due to your heavy workload but first you had a personal appointment in the morning to attend to and then didn't come into work until mid-day (again resulting in being asked to take vacation). On our quarterly meeting day of 9/23 with our agencies, you requested a 2 hour break necessary for meetings scheduled because our agency meeting request was not accepted by you and therefore leaving your calendar open. Your calendar must be up to date for meeting requests and personal appointments taken on personal time in accordance with AZ policy.

**Communication**
1. Clear and consistent communication –
   a. You have not demonstrated an ability to speak to the 2004 tactical plans developed in conjunction with the Brand Managers for your customer segments as exhibited by your inconsistent and difficult to follow presentation of the plans at our team dry run on 9/15 and feedback from your colleagues as well as your formal presentation to the brand team on 9/17 and feedback from the Brand Leaders. Additionally you do not concisely give a program update by commenting on the strategic implications or relevance to our clinical data. For example, you discussed the Coag Clinic Speaker Bureau by giving an update on logistical aspects (52 people, roll out in Nov, slides being updated, etc) First question was "What is the goal of the program?" You then misstated the goal of the program (it's about getting clinics to evolve forcing the brand manager to answer the question.)
   b. Communication to your vendors is also an issue with multiple vendors stating it's difficult to get direction from you and to get input into programs. Additionally on 9/18 you didn't cancel or call in to an ASH/ASHP meeting with Impact resulting in phone calls to me from IMPACT looking for you.
2. Ability to develop tactical plans
   a. Your presentation of 2003 plans to the agencies on 9/23 was difficult to follow and out of template. You did not demonstrate the ability to be perceived as a champion of projects or a manager on top of the projects in her area of responsibility as noted by myself and by colleagues and agency partners. Your slides for 9/23 were not in the template designed for the

**D585**

quarterly update presentations and were compiled by the agencies not you (as demonstrated by your inability to speak to them). For example, you asked the agency to give an update on how the PharmMed symposia went, when the program is not schedule to occur until Nov. Also you had to refer to GMR to clarify the reach numbers for managed markets even though the number was on the slide.

## Customer Programs
1. Maximize interactions with clinical
   a. You requested our NDA document from clinical to provide to vendors showing a lack of understanding of sensitive and confidential documents and relevance of AZ information vs. knowledge to share with vendors
2. Provide value to brand managers
   a. You canceled a Hematology/ Oncology agenda development meeting for a Nov. ad board on 9/15 due to a lack of preparedness. Stated you'd reschedule for week of 9/22 and its still not rescheduled.
   b. Letters to KOL's from our team on your projects (hem ad board) were sent out under the vendor's signature losing an opportunity for our team to build rapport with advisors.
3. Provide value to commercial team
   a. At staff meetings, workstream meetings and commercial updates you write in your notebook the entire time vs actively participating in discussions or actively listening to your colleague's updates. Your updates consistent focus on logistics vs big picture.
   b. Though you said you could and would manage both ASH and ASHP (your customer segment meetings which overlap). I asked you to work with Joe Shields at the onset to show him how you go about planning a symposium so he could develop as a manager and could then take the workload from you and attend ASHP in your place. After agreeing, you never included Joe in any plans despite his weekly attempts to touch base, demonstrating a consistent trait of holding on to projects and ownership vs collaboratively sharing project status and involving team for their expertise
4. Demonstrate a knowledge of KOL's
   a. After a KOL joined industry and therefore couldn't remain on our symposia faculty you did not suggest faculty to agency for a replacement but rather wait for the agency to suggest replacements to you
5. Execute scientifically sound meetings
   TO INSERT FROM FAYE
6. Taking accountability for your projects, work –
   a. When I asked why your presentations weren't in the slide template you said you didn't receive the template and you got the one you used from your AC. I had asked for weeks leading up the meeting if there were questions or needs and asked if everyone was on track and in template.

**D586**

b. Requested to attend a development course on the same day as your largest symposia all year and an event critical to brand perception in marketplace When I said that you had a conflict that day, you didn't even realize your work commitments for such an influential, critical meeting (ASH).

c. Did not attend a mandatory DeLTA training for our brand team despite and email from me stating 'please make every effort to attend' and despite your calendar being open on the date (9/9). When I asked why you were not in attendance you said my email was not clear enough that the meeting was mandatory and you had 'work' to do. Today, your calendar reflects a proposed updated training meeting request still not accepted

7. Provide valuable updates on work to colleagues –

a. Focus on logistic aspects versus strategic implications of activities and projects.

Overall, I have not seen sufficient improvement in your work performance and based on my observances and team member feedback of your performance over the last 6 weeks, I have determined that you have not met the minimum performance standards outlined for your position in the Action Plan and will be placing you on a Performance Improvement Plan

I will meet with you next Monday, October 6th to discuss the PIP and until then would like to provide you with this Q&A document regarding PIP's. Please read the Q&A's and we can discuss this further on October 6th.

**D587**

 **AstraZeneca**

# MEMO

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 1, 2003 | 1(2) |

DEPARTMENT AND LOCATION
PREP EXANTA

TO
Susan Broadway
Georgina Austin-Jones

| SUBJECT | REFERENCE |
|---|---|
| September 22  Performance Update Meeting Summary | EXANTA PerfUpdate Sept |

**CONFIDENTIAL**

Summary of Monday, September 22, 2003, Performance Update meeting of Susan Pritchard, Georgina Austin-Jones and myself:

Susan began the meeting by advising me I would be held to the areas outlined in the Action Plan and there were shortfalls of concern.  Before articulating those, she asked me to provide an update on what I had accomplished the previous week. However, since I had only received the meeting notice when I arrived in the morning I told Susan I was not prepared with a comprehensive summary of my acitivities since I had been out of the office on business travel the preceding Wednesday afternoon, all day Thursday and Friday (Sept 17, 18, 19).

Howver, I noted that my previous week's activities' focus was on managing the successful Coagulation Clinics Speakers Bureau Faculty Training meeting in Chicago, September 18-19.  I advised that I arrived in Chicago September 17 to meet with the vendor and review all plans, agenda, confirmation of presenters, slides, handout materials, speaker rehearsal schedules, room setups, technical equipment, and contingency plans regarding the hurricane. The meeting was evaluated by attendees as highly successful and useful  The evaluations are on file.  I have managed this important brand initiative to budget, schedule and strategy.

I also summarized highlights of my meeting numerous requirements of the Action Plan during the previous week as my recommending KOL for the ASH symposium to IMPACT (no PDS assistance although that would have been a reasonable step for a Band IV PREP manager to have taken should I have needed to)  I also moved forward planning for the ASHP symposium in reviewing new program designs and working with IMPACT to re-design the concepts to better match the objectives of the program

I held several successful and productive meetings with internal staff (Managed Markets Brand Manager) and vendor for the Retail Trade Advisory Board and planned the agenda, meeting contents, organized slide content development and staffing needs, reviewed scheduling and organizational planning and ensured all program components were on strategy.  This included reviewing and making brand-focused changes to the proposed handout materials (e g , folio and materials) proposed by the vendor  The MM Brand Manager agreed with my directions to the vendor. I have managed this program to budget, schedule and brand strategy.

**D599**


AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 1, 2003 | 2(2) |

## CONFIDENTIAL

Susan responded that while she thought it was "great" I was doing a good job on my programs, I nonetheless would be held to what has been articulated in the Action Plan and that I was not achieving this. This statement directly contradicts the Action Plan achievement areas which I had just noted in my review of the week's preceding activities and accomplishments, as well as those which I have been accomplishing over the past 6 weeks. This type of denial of achievements of the areas in the Action Plan has been a routine and standard component of all of our "update" meetings. As I noted to Georgina Austin-Jones on September 26, there is a disposition toward failure for me by the AstraZeneca team regardless of the facts which support that I have fully achieved the items in the Action Plan.

Susan indicated that I did not understand brand strategy because I sent ESTEEM slides to QED Communications for inclusion in the Coagulation Clinics Speakers Bureau slide deck. I advised Susan that this was an erroneous evaluation of the circumstances under which ESTEEM slides were included in the slide program. I noted that the slides were included only at the specific request of Johns Hopkins University, the accrediting institution for the program. Faculty of JHU had attended the ESTEEM presentation at the European Society of Cardiology Meeting and required QED to obtain ESTEEM information or slides and add them to the slide deck. They were not amenable to removing them, although QED did attempt to have them removed at my suggestion.

Susan also noted that I had not follow prior authorization approval in being out of the office for a meeting preceding the ASH Corporate Council meeting. I did call and email to advise that I had an urgent meeting arise which it was important for me to attend. I planned to go from there to Washington for the ASH meeting, but the previous meeting ran late and I was a bit delayed. Therefore, we decided it would be best for me to return and obtain meeting information at a later date from ASH.

Susan noted exceptions with my calendar blocking being accurate. As we discussed on the phone later, you were erroneous in your review of the calendar. As we agreed on the phone, you were looking at the wrong dates for the days you were claiming were not blocked out as "Busy" time for the meeting in question. This issue was thus resolved.

Also, you raised a question regarding my having difficulty in answering a question posed to me in the September 17 meeting with the brand team to present my 2004 Customer Segment plans. The question was regarding clinical pharmacy, and as I clarified, there was no difficulty in answering the question. The question was answered by my response that other workstreams, e.g., coag clinic speakers bureau and programs targeted to hospitals, would in fact reach the audience (clinical pharmacists) in question, and also would be covered by segments involved in the Managed Markets outreach programs in 2004. I believe this fully satisfied the question.

REFERENCE: EXANTA PerfUpdate Sept

D600

**Austin-Jones, Georgina**

| | |
|---|---|
| From: | Austin-Jones, Georgina |
| Sent: | Thursday, October 02, 2003 8:38 AM |
| To: | Broadway, Susan P |
| Cc: | Black, Keith R (HR) |
| Subject: | CONFIDENTIAL |

Sensitivity:    Confidential

Susan

For your information.  As of 1 October 2003, Marybeth Farrell had 211 unread e-mails in her inbox.

Kind regards

Georgina

Georgina Austin-Jones
Senior HR Partner, Marketing Operations & Pheonix
AstraZeneca Pharmaceuticals LP
Room A3B-113
1800 Concord Pike, PO Box 15437
Wilmington
DE 19850-5437

Telephone: (302) 885 9431

**D608**

**A134**

**From:**      Black, Keith R (HR)
**Sent:**       Thursday, October 02, 2003 11:34 AM
**To:**         Broadway, Susan P; Bevis, Rachel A; Hellen, Jane; Austin-Jones, Georgina
**Subject:**    RE: request for vacation next week Oct 6-10

Susan,

This is not acceptable. Managers can (and do) deny vacation if we feel it is appropriate. If you need her in on Monday, then you tell her she needs to be in on Monday. If she refuses, it is insubordination. Also, if you decide that it is not essential that she be in Monday, she must return your call to let you know exactly when she will be in.

Keith R Black
Employment Practices

AstraZeneca Pharmaceuticals LP
1800 Concord Pike
FOC - CW2-904
Wilmington, DE 19850-5437

tel: (302) 885-8191
fax: (302) 885-0971
e-mail: keith.black@astrazeneca.com

-----Original Message-----
**From:**      Broadway, Susan P
**Sent:**       Wednesday, October 01, 2003 6:33 PM
**To:**         Bevis, Rachel A; Black, Keith R (HR); Hellen, Jane; Austin-Jones, Georgina
**Subject:**    RE: request for vacation next week Oct 6-10

Marybeth called as soon as I sent this message and was adamant she would not come in on Monday / Tuesday as 'she can not be denied vacation' and she 'has not taken any vacation this year' and she 'has appointments she can not move'.

She will come in later in the week to work on the top priority projects (hem ad board) and has made some progress on that today in terms of setting up meetings (since the email below went out to her)

I can not get in touch with Faye regarding clinic needs so I will assume things can wait until next Wednesday / Thursday.

I am not sure yet as to which day Marybeth will come in (Wednesday, Thursday, Friday or just Thursday, Friday). She has not returned my calls nor email.

Thanks
Susan

-----Original Message-----
**From:**      Broadway, Susan P
**Sent:**       Wednesday, October 01, 2003 4:57 PM
**To:**         Bevis, Rachel A; Black, Keith R (HR); Hellen, Jane; Austin-Jones, Georgina
**Subject:** FW: request for vacation next week Oct 6-10

FYI.
Keith thank you again for your assistance in evaluating this matter.

**D613**

**A135**

Susan

-----Original Message-----
**From:**    Broadway, Susan P
**Sent:**    Wednesday, October 01, 2003 4:55 PM
**To:**      Farrell, Marybeth
**Subject:** RE: request for vacation next week Oct 6-10

Marybeth
After our conversation today at 1pm, when you had to head back to the dentist, I have waited to hear from you to see if you were going to make it back to work today. As I have not received a voicemail on my cell phone or email I assume your appointment has gone longer than expected. I hope your root canal was success and not painful.

In terms of your vacation request, as we discussed last week, Oct 2 and 3rd are approved vacation days. However, in terms of your request from yesterday for a full week of vacation next week as well, I must ask that you come to work on Monday and perhaps Tuesday to progress the projects listed below and PharmMed which we discussed today briefly. I have had messages yesterday and today from other brand managers expressing concern on the status of your projects, specifically the coag clinic speaker bureau follow up and the Hematology ad board. Additionally, the agency for the Hem ad board has updated me that they have requests for meetings and information that are outstanding and must be resolved before the Oct. 13 faculty call. We can re-review the status of your projects early next week and discuss vacation for the latter part of next week.

As always, feel free to call my cell at 302 379 0987.

I look forward to meeting with you Monday, Oct 6th. Please set up a time at your convenience

Enjoy your vacation this week and again I hope the dentist visit went well

Susan

-----Original Message-----
**From:**    Broadway, Susan P
**Sent:**    Wednesday, October 01, 2003 8:44 AM
**To:**  Farrell, Marybeth
**Subject:**     request for vacation next week Oct 6-10

Marybeth
Based on your request yesterday for vacation next week (oct 6-10), I'd like to ensure your projects are sufficiently progressed at this time. As you know, many of your projects are fast approaching and must be ready for execution in the next weeks and months.

Could you please give me a status on your projects today prior to leaving for your pre-approved vacation Oct 2 &3.
I am available via conference call at 302.379.0987

Please call me to let me know a time.

Projects for status:
- Hematology advisory board. (eg. agenda develoment status and comments from David McNinch on comfort of progress)
- ASH agenda (eg. replacement of faculty, status of recruitment)
- Retail advisory board in Oct
- Coag Clinic slide review and update since faculty training meeting in Sept.
- ASHP program development (eg. faculty, timeslot, Joe's involvment)
- Excel sheet of 2004 tactics with phasing and priority.
- Updated reach slides to IMPACT for Q1-Q3 actual, Q4 estimate from our meeting on Sept 23

Thanks Marybeth - look forward to talkiing to you today.
Susan

Susan Broadway Broadway
AstraZeneca Pharmaceuticals
Brand Communications Manager
cell 302 379 1140

**D614**

Fax +41 280 7586
sterilization letter v 1                    ppu

**D615**

October Manager Notes

10/8/03 – Late to staff mtg 3:10 b/c HR mtg in A
9AM I call to alert lots to look at in email & get back to Discovery re:hem ad board.
Since you denied my vacation this week, I'm going to take vacation next week to take
this trip. Reinterated Request process & approval process for vacation as well as
notification in advance.

Hostile mtg w/ Faye & MBF for Speaker Bureau feedback. MBF can't articulate any
areas for improvement or positives, no recommendations for path fwd. Hasn't shared any
best practices with team  requested she set this up asap b/c Friday is next SB kickoff.
Faye requested a fwd of an email. Said would schedule a mtg with QED for feedback.

10/8 – QED tells me they haven't heard back from MBF in 3wks and have worked just
with Faye

10/9/03 – Doc appt leaves at 3:30

10/13/03 – Dental appt

Raskob call – rescheduled again from 22nd, held with David, MBF handled intros of
people on line, David handled the strategic direction for talk needed. Entire call needed
by MBF didn't address strategically with chairman (bauer) on call in early Oct (let high
risk analysis shift to bleed analysis)

Oct 20 – QED calls, no response from MBF since Mtg, feels she's checked out on it now
that mtg is over. Doesn't get answers, timelines don't slip due to Faye calling (has MBF
gotten back to you on this? No. ok here's the answer)

D622

**Austin-Jones, Georgina**

| | |
|---|---|
| **From:** | Black, Keith R (HR) |
| **Sent:** | Tuesday, October 21, 2003 10:35 AM |
| **To:** | Farrell, Marybeth |
| **Cc:** | Austin-Jones, Georgina |
| **Subject:** | Issue |
| | |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Hello Marybeth,

I hope you are doing well. Thank you for your patience during this investigation period.

Following our initial meeting on September 30, 2003, I reviewed your concerns that the performance issues that were raised were in retaliation for your medical condition and/or leave of absence. It does not appear to me that the stated performance concerns were so motivated. It does appear that these concerns were raised prior to your announcing that you would be taking medical leave and that they are based on legitimate observations by your managers.

As to your claim of retaliation based on sexual harassment that allegedly occurred in 1995, you have not responded to my requests for information that would allow me to further consider that claim. It does not appear to me, based on the information I do have, that the stated performance issues are in any way related to such an event.

Accordingly, at this time, I would expect that you will continue to do your job to the best of your ability and to comply with any further performance management measures that your leaders implement. It is a common goal of everyone involved to coach you, work with you, and provide you any assistance you need in order to succeed in your role.

Of course, if at any time in the future you feel that you are being treated improperly, please do not hesitate to contact me.

Keith R. Black
Employment Practices

AstraZeneca Pharmaceuticals LP
1800 Concord Pike
FOC - CW2-904
Wilmington, DE  19850-5437

tel:  (302) 885-8191
fax:  (302) 885-0971
e-mail:  keith.black@astrazeneca.com

1

**D673**

**A139**

**Austin-Jones, Georgina**

| | |
|---|---|
| **From:** | Broadway, Susan P |
| **Sent:** | Tuesday, October 21, 2003 6:10 PM |
| **To:** | Farrell, Marybeth; Austin-Jones, Georgina |
| **Subject:** | RE: Update and Review |

what request for vacation request are you referring to?
You were on vacation last week for a few days and the week prior for a few days.

-----Original Message-----
| | |
|---|---|
| **From:** | Farrell, Marybeth |
| **Sent:** | Tuesday, October 21, 2003 1:19 PM |
| **To:** | Broadway, Susan P; Austin-Jones, Georgina |
| **Subject:** | RE: Update and Review |

Let's discuss my request for vacation next week first before I respond to this. Thanks.

Marybeth

-----Original Appointment-----
| | |
|---|---|
| **From:** | Broadway, Susan P |
| **Sent:** | Tuesday, October 21, 2003 11:36 AM |
| **To:** | Austin-Jones, Georgina; Farrell, Marybeth |
| **Subject:** | Update and Review |
| **When:** | Monday, October 27, 2003 4:30 PM-5:00 PM (GMT-05:00) Eastern Time (US & Canada). |
| **Where:** | my office C4C513 |

1

**D675**

**A140**