P. 27   #9

SAMPLE -- Performance Improvement Plan Memorandum



**AstraZeneca**

*CONFIDENTIAL*

TO: MARYBETH FARRELL

FROM: SUSAN PRITCHARD BROADWAY

DATE: 10-21-03

SUBJECT:    Performance Improvement Plan

I continue to have serious concerns regarding your performance as a PREP Manager. These concerns arose initially as a result of:

1. Narrow focus on the logistical aspects of meeting planning
2. Lack of project organization, which has led to situations where professional meetings were not strategically focused.
3. Lack of understanding of brand strategy
4. Inability to communicate brand strategy
5. Lack of understanding of clinical data
6. Inability to fully implement tactical plans
7. Ineffective expense and budget management skills.
8. Lack of respect of colleagues as functional expert

These concerns have arisen from observing your behavior in team meetings as well as feedback from your colleagues and customers. These concerns have been discussed by us and documented in performance discussions in the spring and summer of 2003 as well as a formal Action Plan in August 2003 through today. My concerns about your performance persist because of consistent and continual feedback from your colleagues and customers on a lack of the necessary skills to operate as a PREP manager as well as my observance of your actions in meetings. Specifically, my concerns center on your performance in the areas of budget management, time management, vendor management, communication skills, team leadership, product and disease state knowledge, interpersonal skills, and personal accountability exhibited through ownership of tactical plan execution. Despite having had several coaching and counseling sessions with you regarding these behaviors, you continue to perform at an unacceptable level.

The following Performance Improvement Plan has been developed in order to provide you with a further opportunity to improve your unsatisfactory performance to an acceptable level and, thereafter, to maintain satisfactory performance. The performance improvement plan period will be up to 60 days, beginning October 22, 2003 through January 5, 2003. You should begin to immediately implement this Performance Improvement Plan. I will be available to provide you with guidance and counsel to assist you in improving your performance.

During the Performance Improvement Plan period and thereafter, I will review on a regular basis your performance relative to the conditions of this plan. If you meet all the expectations of this plan, you will be taken off the plan. Nevertheless, even after you are taken off the plan your improved performance is expected to continue. If you fail to satisfactorily complete any assignment or meet any expectation set forth in this plan, during or after the specified period, you will be subject to further actions, up to and including the immediate termination of your employment with AstraZeneca.

Please note that the calculation of any bonus under any bonus plan in which you may be eligible to participate will be prorated during the timeframe in which you are placed on the PIP. Your base salary will not be affected.

We have discussed examples of past behavior where budget, expenses, calendars were not maintained to AZ policy nor for good business practice (delinquent AMEX, excesses expense report submissions, inaccurate calendar maintenance). We have discussed a lack of follow-up on projects and timelines missed (canceled meetings, outstanding issues on projects highlighted by vendors and teammates as well as unresponsiveness on your part to emails and voicemails). We have discussed AZ attendance and vacation policy as well as our team procedure (live call with manager via phone, live or voicemail to AC, notification to supporting brand managers (Faye, Cindy, Mike), and email and voicemail out of office system use). We have discussed a need for clear and consistent communication to brand team and vendors and KOL's on brand strategy, supporting messages from data, and TPC's. I've emphasized a need for your communications to be more salient to strategic direction and relevance of programs vs. logistical as well as your maintenance of the brand strategic direction on projects through active management vs. allowing vendors or KOL's to manage tactical process. We have discussed maintaining a proactive and consultative relationship with clinical and brand manager colleagues vs. a need for their involvement on execution of tactical plan. We have discussed demonstrating a stronger knowledge of our past experiences with KOL's, their areas of interest and future opportunities for them with our brand as well as your providing value to the commercial team through actively listening and participation at all meetings. And we have discussed accountability for follow up and follow through on projects as well as a leadership role for yourself in the execution of the project vs. delegation to an AC or agency. As such, the PIP plan focuses on what a successful PREP manager would be able to accomplish with respect to areas we have been working on through coaching and feedback sessions since May 2003 as well as the August-September Action Plan.

### Budget Management
- Demonstrate an understanding of budget allocation and company financial process (phasing, quarter close, projections) by using company budget tracking tools (Excel shadow sheet and Delta) for all expenses incurred and providing accurate updates to budget at monthly budget meetings and RBU updates
  - Provide team clarification at monthly close meetings as to your YTD spend and phased spend remaining months. Proactively highlight any discrepancies from Finance budget sheet to shared drive brand budget sheet and account for any dollar differences.
- Execute projects within brand budget constraints and project proposal from agency. Be able to forecast current spend for projects to eliminate overrunning

2

budget allocation. Proactively highlight differences with BCL prior to team budget close meetings.

- File expense reports within two weeks of incurring an expense (bi-monthly processing) with proper coding to your budget line and phased expense
  - Expense reports to be submitted on 15th and 30th of each month with full receipt documentation and within budget phasing

### Time management

- Maintain Outlook calendar for all meetings, out of office days
  - Respond to meeting requests within 1 business day of receipt
  - Vacation and Personal time off to be approved and tracked according to AZ policy
  - AC and Manager to be notified (live) of schedule (in and out of office) on daily basis
- Notify brand managers of project status and of a contact prior to leaving office
- Respond to email and voicemail within 24hours of receipt if in office, 48 if traveling. Response will include a projection of completion date for any requests.
- Set work hours and maintain availability on site during set hours
  - Leave a voicemail from your office phone to manager when arrive in morning with time and call again with the time when leaving at night
- Be accessible via mobile when traveling (Cell phone on when traveling for business and voicemails responded to same day with a projection of completion date for any work requests)
- Vacation requested in timely fashion (>1 week) and via Self Service with a prompt to manager for approval
- Personal appointments maintained on personal time
- Alert manager to scheduling conflicts with > 1 day notice

### Vendor Management

- Provide clear and consistent direction to vendors for project management via a weekly update call. Drive agenda development, ground vendors in strategy and clinical data supporting tactics being discussed and work through issues for tactical execution. Follow up on outstanding issues and communicate back to vendors in timely fashion as dictated by tactic deadlines.
  - Notify manager by Monday morning of call status and agenda and follow-up on Friday with your accomplishments from call
- Provide documented feedback on projects and issues using SPEED criteria on an ongoing basis (timely feedback – directly after an issue, within a week post project completion)
  - In weekly agency call, actively solicit agency feedback on their needs to perform better with projects and document what you have done in response to agency feedback and brand needs.
- Provide a valid timeframe for all work completion needs (eg >24hour turnaround)

### Communication Skills

- Demonstrate effective presentation skills with an ability to give high level summaries of work plans, expand on slides (vs read points) and demonstrate and understanding of strategic implications of presentation

3

- Add value at team meetings by championing and leading discussions with colleagues and vendors vs. engaging in listening and agreeing with previous comments / assessments made by team
- Demonstrate ability to lead discussions with KOL's and maintain the leadership position, driving agenda and brand needs
- Actively participate in discussions to demonstrate brand expertise and leadership (eg. At staff meetings, commercial updates, workstream meetings)
  - o Set up weekly meetings with managers you support and solicit feedback on their needs from a PREP manager. Prepare and agenda with discussion points on active projects. Document weekly what you have done to meet their needs for project management. Agenda for weekly meeting should be sent to your manager on Mondays and documented follow up on Fridays.

### Team Leadership
- Demonstrate knowledge of our KOL's and their skill sets, area of interests, previous interactions with brand. Proactively provide suggestions of KOL's for tactics to brand managers based on discussions of work plans in workstream meetings
- Ensure KOL interactions operate at high standards (meetings not canceled, unprepared, lacking agenda, not concise)
- Drive project management and champion interactions with vendors without reliance on brand manager to partner for every meeting, call, objection
- Demonstrate ability to make decisions on projects without reliance on brand manager for all details
  - o Provide recommendations of your decision and supporting reasons in your weekly meetings with brand managers and use the time to obtain buy in or to alter path forward. Document recommendations in agenda development by Monday to your manager and actions on your part on Fridays.
- Participate in monthly report to manager in template and to peer for Brand Monthly Highlights
  - o Report will be a concise strategic overview of project management

### Personal Accountability
- Engage colleagues in projects through updates and scheduling of meetings when larger brand involvement is required. Provide agendas when calling meetings, follow up with a day on action item status until completed.
- Offer valid solutions to problems or issues to management vs. only flagging up a problem
- Take initiative and champion meetings with BCL or necessary manager to discuss updates on projects, brainstorm ideas
- Follow through on scheduled meetings -- work to obtain needed materials >1day prior to meeting (agenda, pre-meeting reads) and personally send out to meeting invitees.

Performance must be executed in accordance with AZ corporate attributes.

Please review this memorandum closely. By signing this memorandum in the space provided below, you (i) indicate your understanding of this performance improvement

4

plan and what performance level you must attain, and (ii) acknowledge receiving a copy of this performance improvement plan for your records.

_____          _____
[Manager's Signature]                                      Date

_____          _____
[Next Higher Manager's Signature]                   Date

_____          _____
[Employee's Signature]                                     Date

cc: _____ [Regional Employment Practices Partner]
      HR Personnel File

5

P162

**A145**

**MBF discussion on 10/22/03 regarding unsatisfactory completion of Action Plan**
**August 18 – September 30th, 2003**

Marybeth –September 30th was the final day of the Action Plan we started in August. I'd like to review with you your performance over those 6 weeks relative to items outlined in the plan.

The plan asked you to embrace PREP manager responsibilities such as taking the brand strategy and demonstrating an understanding of the brand's direction in the tactical execution of programs using our clinical data as a basis for discussions with KOL's, team member and vendors.

In addition, the plan required a basic performance level of administrative management and professional conduct.

Specifically:
**Administrative Duties**
1. Expense report management –
   a. There has been expense reports filed for business expenses and travel related expenses in August bringing yourself up to date but nothing processed for September in budget sheet despite September travel. If all was master billed then this was met. *AMEX delay* *AMEX non-reported billing code issues reactive – non solicit → directed*
2. Budget Sheet on p:drive management –
   a. Your budget sheet shows you overspent with Actuals of $1.508 versus phased of $1.120. Finances sheet shows you at an YTD actual of 1.913. In addition I have received feedback from finance that through discussions with you regarding the company requirements for phasing and locked budget lines after phasing is submitted or updated on a quarter, there was still significant confusion on your part as to how to manage to your phased budget. *didn't come prepared to budget mtg on despite (MB) 3 emails + didn't f/w.*
3. E-mails will be read and responded to in a timely manner
   a. My email on 9/11 stated to be sure to invite your agency partners via outlook with agenda for our quarterly update meeting on 9/23. An agency told me they were invited the day before without an understanding of the agenda and the templates used for the last quarterly update, which all presentations were to be in. Also, I sent an email on 9/10 asking for all agency attendees names to be sent to my AC by 9/12 for pre-registration. My AC followed up with you numerous times and still had no reply as of 9/21. Also, as of that morning my AC had to redo food orders to accommodate your unaccounted for guests.
   b. Have not received an excel spreadsheet requested over a week ago of your proposed 2004 tactics and budgets with priorities assigned so we can prioritize projects. *( sent 10/10 )*
   c. No response to my email of 8/11 requesting suggestions of KOL's for potential use in global ad boards in 2004 despite the need for special

D677

population management KOL's (eg. Your customer group for clinics and hematologists).

4. Work schedule – Over the last few weeks I have had concerns with your work schedule as you consistently have personal appointments during business hours that cause you to be in later or leave earlier than your usual schedule. There was the incident on Sept 10th where you indicated you'd be in late and then didn't come in at all (resulting in being asked to use a vacation day and a discussion between us on the procedure of calling me and your AC and discussing attendance live wire). On Sept 11th the confusion occurred again due to inappropriate calendar booking. On Sept 16th you canceled last minute (morning of) a customer meeting due to your heavy workload but first you had a personal appointment in the morning to attend to and then didn't come into work until mid-day (again resulting in being asked to take vacation). On our quarterly meeting day of 9/23 with our agencies, you requested a 2 hour break necessary for meetings scheduled because our agency meeting request was not accepted by you and therefore leaving your calendar open. Your calendar must be up to date for meeting requests and personal appointments taken on personal time in accordance with AZ policy.

**Communication**
1. Clear and consistent communication –
    a. You have not demonstrated an ability to speak to the 2004 tactical plans developed in conjunction with the Brand Managers for your customer segments as exhibited by your inconsistent and difficult to follow presentation of the plans at our team dry run on 9/15 and feedback from your colleagues as well as your formal presentation to the brand team on 9/17 and feedback from the Brand Leaders. Additionally you do not concisely give a program update by commenting on the strategic implications or relevance to our clinical data. For example, you discussed the Coag Clinic Speaker Bureau by giving an update on logistical aspects (52 people, roll out in Nov, slides being updated, etc) First question was "What is the goal of the program?" You then misstated the goal of the program (it's about getting clinics to evolve forcing the brand manager to answer the question.)
    b. Communication to your vendors is also an issue with multiple vendors stating it's difficult to get direction from you and to get input into programs. Additionally on 9/18 you didn't cancel or call in to an ASH/ASHP meeting with Impact resulting in phone calls to me from IMPACT looking for you.
2. Ability to develop tactical plans
    a. Your presentation of 2003 plans to the agencies on 9/23 was difficult to follow and out of template. You did not demonstrate the ability to be perceived as a champion of projects or a manager on top of the projects in her area of responsibility as noted by myself and by colleagues and agency partners. Your slides for 9/23 were not in the template designed for the

*Cont'd to present with lack of fin since Coag Clinic Mtg in Sgt.*

D678

A147

quarterly update presentations and were compiled by the agencies not you (as demonstrated by your inability to speak to them). For example, you asked the agency to give an update on how the PharmMed symposia went, when the program is not schedule to occur until Nov. Also you had to refer to GMR to clarify the reach numbers for managed markets even though the number was on the slide.

**Customer Programs**

1. Maximize interactions with clinical *         *Smita has had to proactively ask for slides for hem + Agenda*
   a. You requested our NDA document from clinical to provide to vendors showing a lack of understanding of sensitive and confidential documents and relevance of AZ information vs. knowledge to share with vendors.
2. Provide value to brand managers
   a. You cancelled a Hematology/ Oncology agenda development meeting for a Nov. ad board on 9/15 due to a lack of preparedness. Stated you'd reschedule for week of 9/22 and its still not rescheduled. *has been done in Oct*
   b. Letters to KOL's from our team on your projects (hem ad board) were sent out under the vendor's signature losing an opportunity for our team to build rapport with advisors. *Lack of personal f/u w/board appts* *doesn't my porthing strategy ofc u high risk vs blends*
3. Provide value to commercial team
   a. At staff meetings, workstream meetings and commercial updates you write in your notebook the entire time vs actively participating in discussions or actively listening to your colleague's updates. Your updates consistent focus on logistics vs big picture.
   b. Though you said you could and would manage both ASH and ASHP (your customer segment meetings which overlap), I asked you to work with Joe Shields at the onset to show him how you go about planning a symposium so he could develop as a manager and could then take the workload from you and attend ASHP in your place. After agreeing, you never included Joe in any plans despite his weekly attempts to touch base, demonstrating a consistent trait of holding on to projects and ownership vs. collaboratively sharing project status and involving team for their expertise.
4. Demonstrate a knowledge of KOL's
   a. After a KOL joined industry and therefore couldn't remain on our symposia faculty you did not suggest faculty to agency for a replacement but rather wait for the agency to suggest replacements to you.
5. Execute tactics and champion follow-up.
   a. Feedback from Team and Agencies on lack of follow up, lack of ability to provide direction / feedback without need for additional meetings with other team members to obtain information.
   b. Prompting needed from Faye for Speaker Bureau mtg: to train PDS team
   c. Prompting from David McNinch to take ownership of Hem pre-mtg survey (vs. signature and send from Discovery)

**D679**

**A148**

    d. Prompting from Susan Broadway for follow up with team on tactics (eg. First Hem agenda mtg in August with significant revisions need and no follow up until Oct).

6. Taking accountability for your projects, work –
    a. When I asked why your presentations weren't in the slide template you said you didn't receive the template and you got the one you used from your AC. I had asked for weeks leading up the meeting if there were questions or needs and asked if everyone was on track and in template.
    b. Requested to attend a development course on the same day as your largest symposia all year and an event critical to brand perception in marketplace. When I said that you had a conflict that day, you didn't even realize your work commitments for such an influential, critical meeting (ASH).
    c. Did not attend a mandatory DeLTA training for our brand team despite and email from me stating 'please make every effort to attend' and despite your calendar being open on the date (9/9). When I asked why you were not in attendance you said my email was not clear enough that the meeting was mandatory and you had 'work' to do. Today, your calendar reflects a proposed updated training meeting request still not accepted.

7. Provide valuable updates on work to colleagues –
    a. Focus on logistic aspects versus strategic implications of activities and projects.

Overall, I have not seen sufficient improvement in your work performance and based on my observances and team member feedback of your performance over the 6 weeks of the plan. I have determined that you have not met the minimum performance standards outlined for your position in the Action Plan and will be placing you on a Performance Improvement Plan.

I will meet with you next Monday, October 27th to discuss the PIP and until then would like to provide you with this Q&A document regarding PIP's. Please read the Q&A's and we can discuss this further on October 27th.

**Austin-Jones, Georgina**

| | |
|---|---|
| **From:** | Broadway, Susan P |
| **Sent:** | Wednesday, October 22, 2003 1:07 PM |
| **To:** | Farrell, Marybeth |
| **Subject:** | Discussion today |

Marybeth
As follow up to our discussion today notifying you of your placement on a Performance Improvement Plan, I strongly suggest you look at your vacation requests (17 days over the next 2 months) and your project workload and timelines.  As you are responsible for critical projects in the next 2 months (hem ad board, ASH, ASHP to name a few), and you are under performance review during the same 60 days, you need to consider ability to champion projects and ensure you can manage your projects and timelines if you are not in the office.

Please let me know your decision when we meet on Monday.

Thanks
Susan
Susan Pritchard Broadway
AstraZeneca - Hemostasis
Brand Communications Leader
tel 302 885 4430
fax 302 886 7586
susan broadway@astrazeneca com

1

D681

A150

 AstraZeneca

# MEMO

| | DATE | PAGES |
|---|---|---|
| FROM (Name)<br>Marybeth Farrell | October 26, 2003 | 1(5) |

DEPARTMENT AND LOCATION
EXANTA

TO
Susan Broadway

Cc: Jane Hellen
    Georgina Austin-Jones

| SUBJECT | REFERENCE |
|---|---|
| Action Plan Update of October 22, 2003 | Action Plan |

**CONFIDENTIAL**

Per our meeting on Wednesday, October 22, in which you provided me with the final review relative to my progress on the August 18, 2003, Action Plan, I am providing the below summary of the major issues raised and my comments.

As a general summary of the main areas at issue, you stated I was expected to be actively embracing certain responsibilities and characteristics including brand strategy and tactics and demonstrating knowledge of those areas, leading projects and vendor partners, demonstrating sufficiency in administrative areas and being more proactive. You noted that based on colleagues', managers' and vendors' observations of my work as well as demonstrated performance in these categories, my execution of the requirements of the Action Plan has been found to be unsatisfactory. Therefore, the Action Plan is being progressed, or downgraded, to the next level of developmental assistance, which is called a Performance Improvement Plan ("PIP"). This second phase involves a 60-day period in which we (you, me, Georgina Austin-Jones) will continue to have weekly progress update meetings. You and Georgina Austin-Jones will meet with me on Monday, October 27, to articulate the objectives and expectations for the PIP.

**Issue: Budget management.** You again reiterated the erroneous claim that my budget is overspent and that this verifies that I have failed to showed budget management competency. You incorrectly noted that although there is $1.5 million in the Finance Dept.'s budget rollup/summary, I had only entered $1.1 million for phasing into the team's Excel budget spreadsheet.
**Comment:** These statements are untrue. Of considerable concern to me is that you have continued to repeat these erroneous claims in meetings and to me personally, despite the fact that I emailed you on April 11, 2003, my 2003 budget

**D690**


AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 2(5) |

**CONFIDENTIAL**

phasing totaling $1.55 million. I also have personally reviewed with both you and Rose White, the EXANTA team's Sr. financial analyst, the documentation which shows that I did properly develop and provide to you the 2003 budget phasing which totaled $1.55 million. As to why you have repeatedly and deliberately failed to include this information in your monthly budget summary reports, despite having received all necessary information from me, is an area which I cannot explain. However, it does concern me that you are deliberately failing to include my budget updates in your report to team management and then claiming my budget numbers are off target.

**Issue: Demonstrating Competency in Brand Strategy.** You stated in our October 22 meeting that I have failed to show mastery of brand strategy and "continue to focus on logistics instead of strategy." As a result of this, you said I am not providing value to the brand team. As examples, you cited the September 23 EXANTA team meeting with communications agencies, in which you said it appeared I was trying to present someone else's plans. You also cited as an example my not proactively sending Sunita Sheth, M.D., SPORTIF slides for the Hematology Advisory Board, and your claim that I do not participate in team discussions but instead am constantly taking notes. Also you noted that I am not proactive because EXANTA Clinics/Consumer Brand Manager Faye Morin has to take the lead on follow up from projects I work on with her.

**Comment:** In our September 12 meeting, you stated that the only area in which I had achieved competency as outlined in the Action Plan was on the Strategy Objective. I reiterated this to you in our September 12 meeting to verify that I had heard you correctly. You responded yes, I had successfully achieved the Strategy Objective as outlined in the Action Plan. I noted this achievement in my September 12 meeting summary memo, which I copied to Deborah Kauffman (HR), Jane Hellen and Rachel Bevis on September 16. Am I to conclude that, having achieved the strategy requirement in the action plan on September 12, I subsequently lost knowledge of and competency in strategy in just 5 weeks?

Regarding customer segment plans, I have created and developed all customer segment plans for my areas. I am required to collaborate with the Directors of areas which I support. For example, in Managed Markets the Director Mike Abens already had planned programs for 2004. I reviewed and discussed his proposed plans with him, then integrated his plans into the significant expansion of professional relations programs I was recommending to him for 2004. He

REFERENCE: Action Plan

**D691**



AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 3(5) |

**CONFIDENTIAL**

reviewed and approved my 2004 professional relations recommendations for this customer segment for which he is in charge.

Concerning the slides for Dr. Sheth, Brian Katona and I were working on them and they were not completed. I regularly participate in team discussions and also capture information I find useful from the discussions. For Clinics programs, I have been proactive in strategy and followup; for example, I initiated a meeting with the customer analytics manager, the market research manager (John Miller), Faye, our medcom agency (QED) and myself, to consolidate targeting and lists to ensure accurate and coordinated customer targeting. Faye was unaware of much of the work that was being done in this area; I arranged this meeting proactively to bring everyone up to speed to ensure the success of the Clinic Speakers Bureau programs.

<u>Issue:</u> **Confidentiality of NDA Information.** On October 22, you made the wholly erroneous claim that I was preparing to publicly disclose privileged and confidential information to an external source regarding EXANTA's New Drug Application (NDA) to the U.S. Food & Drug Administration (FDA). You also stated that I should know the areas of the NDA that would be considered confidential.

<u>Comment:</u>  It is a patently and deliberately false claim that I was preparing to share privileged and confidential information outside of AstraZeneca, particularly since you and I discussed my actions on this issue prior to the October 22 meeting. As I explained to you prior, as is standard process at AstraZeneca, I first asked the team's Medical Affairs Director Brian Katona, PharmD, for assistance with a scientific question I received from Johns Hopkins University. The EXANTA Director of Medical Affairs also did not know how to the answer the EXANTA data question from Johns Hopkins University, which related to data in a slide in an anticoagulation speakers program which the EXANTA team had funded. Brian Katona recommended that I approach Troy Sarich, PhD, who is helping write the NDA for EXANTA, to answer JHU's question. Troy clarified that the question from JHU -- a request to have the integrated summary of safety and efficacy data related to a slide – was confidential. He wrote me that we "cannot send our confidential NDA materials externally;" e.g., he apparently had developed a summary of the integrated safety and efficacy data but was not able to share it. However, as I told you, he did instead provide me with *all of the published study summaries which had information which would help JHU to answer the question themselves. Troy directed me to provide JHU with these published summaries.*

REFERENCE: Action Plan

**D692**

 AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 4(5) |

CONFIDENTIAL

**Issue: Expense Report Management.** You noted delinquencies and non-compliance in my expense reports in recent months. Delinquencies included that reports were not filed within the required two-week period and non-compliance included that items from American Express ("AmEx") were not properly imported into the expense report from the linked AmEx account charges. Also, you noted that my requesting information from you for the proper billing code for internal training meetings was reactive; you said proactive behavior would have included my looking up the codes myself.
**Comment:** For the (5) expense items recently flagged by AstraZeneca Expense Reporting ("AZER") department, problems included that the September 2003 non-importation problem you noted for the $3,357.36 airline ticket had been erroneously charged to my account, then credited by the Airline, then charged again to my account and again re-credited by the AmEx link. However, the second (re-) credit was not listed by AZER in the AZER accounting of the transactions which I had properly imported from the AmEx link. I corrected this apparent AZER system omission. Regarding the internal training meeting for which I requested proper billing code information from you, the billing code sheet provided to me by Rose White does not list a code for internal training meetings. Therefore, I had to take proactive action, e.g., seek this information from my manager (you) rather than insert an incorrect code and wait (I would see this as reactive) until you send the submission back to me because of incorrect coding. Please clarify if you would prefer that I insert incorrect information in similar situations in the future.

**Issue: Budget summary for working team meeting.** You correctly stated that I did not bring my budget sheets to a working session of the PREP/ Promo team.
**Comment:** As you noted, sent a memo and reminder(s) requesting we bring these to the meeting. I inadvertently did not bring this to the working session, although my office was outside the meeting room and I offered to retrieve the summary. This was not necessary as the five managers offered summaries of activity and I was able to provide a general summary as well.

**Issue: Budget Phasing.** You said that Rose White attempted to explain phasing to me and she felt there was considerable confusion on my part regarding the budget.

REFERENCE: Action Plan

**D693**



| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 5(5) |

**CONFIDENTIAL**

**Comment:** I will follow up with Rose as I do not know what she could be referring to; I have been competently managing budgets at AstraZeneca for nearly 10 years.

**Issue: Email responses.** You stated that I need to respond in a timely manner to emails including providing requested feedback to vendors or team members. **Comment**: Many of the emails are read receipts as I noted. I do reply to all emails as quickly as possible, almost always the same day as they are received and if not, within 1-2 days if I am in the office.

Additionally, you stated in our October 22 meeting that you were sufficiently satisfied regarding reasons for my absences from the office (e.g., plumbing issue, doctor appointments, dental/root canal appointments) and had no issues in this regard.

**D694**

REFERENCE: Action Plan

**A155**

| | |
|---|---|
| **From:** | Black, Keith R (HR) |
| **Sent:** | Monday, October 27, 2003 3:27 PM |
| **To:** | Broadway, Susan P; Austin-Jones, Georgina |
| **Cc:** | Bevis, Rachel A; Hellen, Jane |
| **Subject:** | RE: Jan Date updated Medical Appts. Time |

There is no policy granting comp time – I believe some departments have their own informal guidelines, but there is no AZ policy – my understanding is that evening and weekend work is part of the job for that role, just as it is for PSSs in the field.

Also, clarify that you did not deny her the right to go to her dental appointment, you simply advised her that it would count as an occurrence under the Attendance Policy. She chose to reschedule. Also, had she given you advance notice, you might have been able to work with her to accommodate that need.

Keith R. Black
Employment Practices

AstraZeneca Pharmaceuticals LP
1800 Concord Pike
FOC - CW2-904
Wilmington, DE 19850-5437

tel: (302) 885-8191
fax: (302) 885-0971
e-mail: keith.black@astrazeneca.com

-----Original Message-----

| | |
|---|---|
| **From:** | Broadway, Susan P |
| **Sent:** | Monday, October 27, 2003 3:24 PM |
| **To:** | Black, Keith R (HR); Austin-Jones, Georgina |
| **Cc:** | Bevis, Rachel A; Hellen, Jane |
| **Subject:** | FW: Jan Date updated Medical Appts. Time |
| **Importance:** | High |

I am going to need assistance here. I didn't think we had a official policy granting comp time for business travel. Can you advise?
thanks
Susan

-----Original Message-----

| | |
|---|---|
| **From:** | Farrell, Marybeth |
| **Sent:** | Monday, October 27, 2003 2:49 PM |
| **To:** | Broadway, Susan P |
| **Subject:** | FW: Jan Date updated Medical Appts. Time |

Susan: Note the below January 28th date correction.

Marybeth

-----Original Message-----

| | |
|---|---|
| **From:** | Farrell, Marybeth |
| **Sent:** | Monday, October 27, 2003 2:47 PM |
| **To:** | Broadway, Susan P |
| **Subject:** | Medical Appts. Time |

Susan:

**D707**

Since we are tracking and accounting for each hour of the workday and time-at-work versus time paid for work versus time out of the office for medical appointments or other needed healthcare appointments, I want to discuss this afternoon how AstraZeneca will compensate me for the below hours, for which I was away from home and working on my own personal time on company-required program attendance, or company business events:

| Event and Date | Comp Time Due to Marybeth Farrell |
|---|---|
| ACCME Dallas January 28th, 29th, 30th (Tues, Weds, Thrs) | 3 Personal evenings @ 12 Hours each = 36 Hours |
| ACC Chicago        March 29, 30, 31, April 1, 2 Saturday, Sunday, Monday, Tues, Weds | 2 Weekend Days/Nights @ 24 Hours each = 48 Hours 3 Personal evenings @ 12 Hours each = 36 Hours |
| Managed Care Advisory Board July 18, 19 (Friday, Saturday) Columbus, Ohio | 1 Personal eveninig @ 12 Hours each = 12 Hours 1 Weekend Day @ 12 Hours each = 12 Hours |
| Coag Clinic Advisory Board August 8, 9 Philadelphia (Friday, Saturday) | 1 Personal evening @ 12 Hours each = 12 Hours 1 Weekend Day @ 12 Hours each = 12 Hours |
| Clinic Speakers Bureau Training Sept. 18, 19 Chicago (Thursday, Friday) | 1 Personal evening @12 Hours each = 12 Hours 1 Personal evening (1/2) @ 6 Hours each = 6 Hours |

**Total Compensation Due To M.Farrell:**           **186 Hours**

We can discuss this afternoon how AstraZeneca plans to make me whole for this investment of my personal time for company programs, particularly since you are denying me one to two hours of out-of-office time which I make up for in staying later or coming in earlier in order to obtain needed medical care.

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE  19850-5437
Phone: 302/885-1854
email:  marybeth.farrell2@astrazeneca.com

D708

**A157**

**Austin-Jones, Georgina**

| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Monday, October 27, 2003 5:17 PM |
| To: | Broadway, Susan P |
| Cc: | Austin-Jones, Georgina; Hellen, Jane |
| Subject: | October 22 Summary |



EXANTA Action Plan
UpdateOct22...      Attached is a summary of our October 22 Meeting on my performance improvement plan and my
response to key issues raised.
Marybeth

**A158**

D710

 AstraZeneca

# MEMO

| FROM (Name) | DATE | PAGES |
| --- | --- | --- |
| Marybeth Farrell | October 26, 2003 | 1(5) |

**DEPARTMENT AND LOCATION**
EXANTA

**TO**
Susan Broadway

Cc: Jane Hellen
      Georgina Austin-Jones

| SUBJECT | REFERENCE |
| --- | --- |
| Action Plan Update of October 22, 2003 | Action Plan |

**CONFIDENTIAL**

Per our meeting on Wednesday, October 22, in which you provided me with the final review relative to my progress on the August 18, 2003, Action Plan, I am providing the below summary of the major issues raised and my comments.

As a general summary of the main areas at issue, you stated I was expected to be actively embracing certain responsibilities and characteristics including brand strategy and tactics and demonstrating knowledge of those areas, leading projects and vendor partners, demonstrating sufficiency in administrative areas and being more proactive. You noted that based on colleagues', managers' and vendors' observations of my work as well as demonstrated performance in these categories, my execution of the requirements of the Action Plan has been found to be unsatisfactory. Therefore, the Action Plan is being progressed, or downgraded, to the next level of developmental assistance, which is called a Performance Improvement Plan ("PIP"). This second phase involves a 60-day period in which we (you, me, Georgina Austin-Jones) will continue to have weekly progress update meetings. You and Georgina Austin-Jones will meet with me on Monday, October 27, to articulate the objectives and expectations for the PIP.

**Issue: Budget management.** You again reiterated the erroneous claim that my budget is overspent and that this verifies that I have failed to showed budget management competency. You incorrectly noted that although there is $1.5 million in the Finance Dept.'s budget rollup/summary, I had only entered $1.1 million for phasing into the team's Excel budget spreadsheet.

**Comment:** These statements are untrue. Of considerable concern to me is that you have continued to repeat these erroneous claims in meetings and to me personally, despite the fact that I emailed you on April 11, 2003, my 2003 budget

**D711**

**A159**

 AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 2(5) |

**CONFIDENTIAL**

phasing totaling $1.55 million. I also have personally reviewed with both you and Rose White, the EXANTA team's Sr. financial analyst, the documentation which shows that I did properly develop and provide to you the 2003 budget phasing which totaled $1.55 million. As to why you have repeatedly and deliberately failed to include this information in your monthly budget summary reports, despite having received all necessary information from me, is an area which I cannot explain. However, it does concern me that you are deliberately failing to include my budget updates in your report to team management and then claiming my budget numbers are off target.

**Issue:** **Demonstrating Competency in Brand Strategy.** You stated in our October 22 meeting that I have failed to show mastery of brand strategy and "continue to focus on logistics instead of strategy." As a result of this, you said I am not providing value to the brand team. As examples, you cited the September 23 EXANTA team meeting with communications agencies, in which you said it appeared I was trying to present someone else's plans. You also cited as an example my not proactively sending Sunita Sheth, M.D., SPORTIF slides for the Hematology Advisory Board, and your claim that I do not participate in team discussions but instead am constantly taking notes. Also you noted that I am not proactive because EXANTA Clinics/Consumer Brand Manager Faye Morin has to take the lead on follow up from projects I work on with her.

**Comment:** In our September 12 meeting, you stated that the only area in which I had achieved competency as outlined in the Action Plan was on the Strategy Objective. I reiterated this to you in our September 12 meeting to verify that I had heard you correctly. You responded yes, I had successfully achieved the Strategy Objective as outlined in the Action Plan. I noted this achievement in my September 12 meeting summary memo, which I copied to Deborah Kauffman (HR), Jane Hellen and Rachel Bevis on September 16. Am I to conclude that, having achieved the strategy requirement in the action plan on September 12, I subsequently lost knowledge of and competency in strategy in just 5 weeks?

Regarding customer segment plans, I have created and developed all customer segment plans for my areas. I am required to collaborate with the Directors of areas which I support. For example, in Managed Markets the Director Mike Abens already had planned programs for 2004. I reviewed and discussed his proposed plans with him, then integrated his plans into the significant expansion of professional relations programs I was recommending to him for 2004. He

REFERENCE: Action Plan

**D712**


AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 3(5) |

**CONFIDENTIAL**

reviewed and approved my 2004 professional relations recommendations for this customer segment for which he is in charge.

Concerning the slides for Dr. Sheth, Brian Katona and I were working on them and they were not completed. I regularly participate in team discussions and also capture information I find useful from the discussions. For Clinics programs, I have been proactive in strategy and followup; for example, I initiated a meeting with the customer analytics manager, the market research manager (John Miller), Faye, our medcom agency (QED) and myself, to consolidate targeting and lists to ensure accurate and coordinated customer targeting. Faye was unaware of much of the work that was being done in this area; I arranged this meeting proactively to bring everyone up to speed to ensure the success of the Clinic Speakers Bureau programs.

**Issue: Confidentiality of NDA Information.** On October 22, you made the wholly erroneous claim that I was preparing to publicly disclose privileged and confidential information to an external source regarding EXANTA's New Drug Application (NDA) to the U.S. Food & Drug Administration (FDA). You also stated that I should know the areas of the NDA that would be considered confidential.

**Comment:** It is a patently and deliberately false claim that I was preparing to share privileged and confidential information outside of AstraZeneca, particularly since you and I discussed my actions on this issue prior to the October 22 meeting. As I explained to you prior, as is standard process at AstraZeneca, I first asked the team's Medical Affairs Director Brian Katona, PharmD, for assistance with a scientific question I received from Johns Hopkins University. The EXANTA Director of Medical Affairs also did not know how to the answer the EXANTA data question from Johns Hopkins University, which related to data in a slide in an anticoagulation speakers program which the EXANTA team had funded. Brian Katona recommended that I approach Troy Sarich, PhD, who is helping write the NDA for EXANTA, to answer JHU's question. Troy clarified that the question from JHU -- a request to have the integrated summary of safety and efficacy data related to a slide – was confidential. He wrote me that we "cannot send our confidential NDA materials externally;" e.g., he apparently had developed a summary of the integrated safety and efficacy data but was not able to share it. However, as I told you, he did instead provide me with *all of the published study summaries which had information which would help JHU to answer the question themselves. Troy directed me to provide JHU with these published summaries.*

REFERENCE: Action Plan

**D713**



AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 4(5) |

**CONFIDENTIAL**

**Issue:** **Expense Report Management.** You noted delinquencies and non-compliance in my expense reports in recent months. Delinquencies included that reports were not filed within the required two-week period and non-compliance included that items from American Express ("AmEx") were not properly imported to the expense report from the linked AmEx account charges. Also, you noted that my requesting information from you for the proper billing code for internal training meetings was reactive; you said proactive behavior would have included my looking up the codes myself.
**Comment:** For the (5) expense items recently flagged by AstraZeneca Expense Reporting ("AZER") department, problems included that the September 2003 non-importation problem you noted for the $3,357.36 airline ticket had been erroneously charged to my account, then credited by the airline, then charged again to my account and again re-credited by the Airline. However, the second (re-) credit was not listed by AZER in the AZER accounting of the transactions which I had properly imported from the AmEx link. I corrected this apparent AZER system omission. Regarding the internal training meeting for which I requested proper billing code information from you, the billing code sheet provided to me by Rose White does not list a code for internal training meetings. Therefore, I had to take proactive action, e.g., seek this information from my manager (you) rather than insert an incorrect code and wait (I would see this as reactive) until you send the submission back to me because of incorrect coding. Please clarify if you would prefer that I insert incorrect information in similar situations in the future.

**Issue:** **Budget summary for working team meeting.** You correctly stated that I did not bring my budget sheets to a working session of the PREP/ Promo team.
**Comment:** As you noted, sent a memo and reminder(s) requesting we bring these to the meeting. I inadvertently did not bring this to the working session, although my office was outside the meeting room and I offered to retrieve the summary. This was not necessary as the five managers offered summaries of activity and I was able to provide a general summary as well.

**Issue:** **Budget Phasing.** You said that Rose White attempted to explain phasing to me and she felt there was considerable confusion on my part regarding the budget.

REFERENCE: Action Plan

**D714**



| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 5(5) |

**CONFIDENTIAL**

**Comment:**  I will follow up with Rose as I do not know what she could be referring to; I have been competently managing budgets at AstraZeneca for nearly 10 years.

**Issue:  Email responses.** You stated that  I need to respond in a timely manner to emails including providing requested feedback to vendors or team members.
**Comment:**  Many of the emails are read receipts as I noted.  I do reply to all emails as quickly as possible, almost always the same day as they are received and if not, within 1-2 days if I am in the office.

Additionally, you stated in our October 22 meeting that you were sufficiently satisfied regarding reasons for my absences from the office (e.g., plumbing issue, doctor appointments, dental/root canal appointments) and had no issues in this regard.

REFERENCE: Action Plan

**D715**

From:        Stephen Pace [stevepace@radiansolutions.com]
Sent:        Wednesday, November 12, 2003 10:25 AM
To:          mmbfarrell7@aol.com; Farrell, Marybeth
Subject:     Follow-up

Dear Marybeth,

I am the Sr. Partner at Radian and Ted Trondson at our office suggested
I write you directly and introduce myself.

Based on what Ted shared with me it seems your background is a strong
match for this executive level education position. At your first
opportunity please reply back with a copy of your resume since they are
very motivated to fill this job quickly.

As the process moves forward I will be your key contact for any
questions you may have.

Regards,

Stephen

Stephen Pace
Sr. Partner - Pharma/Biotech
Radian Solutions Executive Search
Ph: 203-798-8900
stevepace@radiansolutions.com

www.radiansolutions.com

1

**D793**

**A164**

**From:**       Farrell, Marybeth
**Sent:**       Wednesday, November 12, 2003 11:21 AM
**To:**         'Stephen Pace'
**Subject:**    Resume Attached

Stephen:

Attached please find my resume per my conversation this morning with Ted Trondsen  Please let me know if you need additional information.

Thank you.



Rd2 MFarrell
RS.doc

Regards,

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE  19850-5437
Phone: 302/885-1854
email:  marybeth.farrell2@astrazeneca.com

**D794**

AstraZeneca                     MEMO

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | November 14, 2003 | 1(2) |

DEPARTMENT AND LOCATION
PREP EXANTA

TO
Susan Broadway
Georgina Austin-Jones

| SUBJECT | REFERENCE |
|---|---|
| Performance Improvement Plan Update Meeting Summary | Performance Plan Update |

I am providing the below summary of today's update meeting on my Performance Improvement Plan.

As I stated, the foundation of the Performance Improvement Plan (PIP) of October 21, 2003, that is, the asserted performance deficiencies alleged to be sub-standard that led to the original Action Plan, which in turn evolved into the Performance Improvement Plan, are fraudulent

Having met all of the areas required in the Action Plan, however, those accomplishments failed to be acknowledged in the plan review. Instead, they were replaced with untrue allegations of substandard performance. As I restated this morning, I object to the erroneous assertions made in the Performance Improvement Plan, yet you fail to modify the document.

Recognizing that I need to achieve goals and actions outlined in the Performance Improvement Plan by the deadline of January 5, 2004 in order to stay employed at AstraZeneca, I have undertaken to accomplish the areas specified by January 5, 2004  Again, however, rather than honestly acknowledging my successful program, project and budget management of past weeks, e g , the Retail Trade and Hematology advisory board meetings among many other examples, you today pointed to evidence of my failure to be presently achieving the objectives of the PIP by the below examples:

1      One hour late arrival due to pet medical emergency. As I stated, my cellphone was not in my car to call you earlier this week when my pet began bleeding at home for unknown reasons and I had to rush him to an emergency center  This to me merited an emergency situation. Although I left home at 7 am, I could not arrive by 7:30 am at AstraZeneca  As I stated, there were no deadlines or meetings which were impeded by this one hour arrival delay. Note in this regard that in addition to the 186 hours last inventoried for the personal time I have been required to spend on business programs and travel, add an additional 12 hours to this talley for my recent work in San Francisco managing the November 6-8 Hematology Advisory Board. The total number of hours of my personal time spent on business travel and programs now is 198 Hours. Yet you have repeatedly refused my requests for personal comp time in exchange for even one hour of these 196 hours, and no time away from the office between the hours of 7:30 am – 4:45 even for medical emergencies  I find your position in this regard to be very unfair and unreasonable

D848

 AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
|  | November 14, 2003 | 2(2) |

2.  Schedule conflict which you proposed for this morning's meeting. You proposed this morning's meeting when there was a half-hour conference call scheduled in my calendar for the weekly status update I have set up with QED per the Performance Improvement Plan

3.  DELTA additional "zeroes" in the system. I received training on DELTA on September 30. Instructions on how to enter numbers and zeroes was not provided in this training by AstraZeneca. Denise Barrett reaffirmed that no training was provided on how to enter zeroes/numbers into DELTA during training, in her October 13, 2003, memo to the team stating: "I just found out that when entering dollars into DELTA, you need to enter them as follows: $200,000 needs to be entered as 200." As you stated this morning, you also were unaware of this, and you thanked Denise for learning this new information since the training and telling the team. Now you are claiming that I am failing in "budget management" because I was not aware of how to enter zeroes into DELTA based on the training I received from AstraZeneca.

I continue to be extremely disappointed with the less than forthright manner in which you and AstraZeneca are conducting this process. You have made numerous spurious and untrue allegations regarding my work performance, and from this morning's conversation, it is clear that there is no willingness to enable or assist me in succeeding in achieving the terms of the PIP.

REFERENCE: Performance Plan Update

D849

**From:**      Broadway, Susan P
**Sent:**      Friday, November 14, 2003 1:34 PM
**To:**        Farrell, Marybeth
**Subject:**   Follow up from our Discussion regarding PIP progress

Marybeth
As a follow up from our discussion today, I have again read your prepared Update Document dated Nov 14th as a tactical expression of your work activity    As we discussed today, you need to focus on achieving the PIP plan as outlined in the document and as we reviewed today

If you need further clarification on the PIP objectives or your work, please feel free to meet with me, either scheduling a meeting or stopping by.
Susan

Susan Feldman Broadway
Ass Manager - Human Resources
Brake Components LLC, N&B
ph (302) 985-1000
fax (302) 540-7590
sbroadway@brakecomponents.com

**D838**

**A168**

**From:**        Farrell, Marybeth
**Sent:**        Monday, November 17, 2003 7:56 AM
**To:**          Broadway, Susan P
**Subject:**     RE: Follow up from our Discussion regarding PIP progress

Susan:

As I discussed in the meeting on Friday, November 14, the "tactics" cannot be achieved without a full understanding of brand strategy, objectives and ability to manage, all of which I have done successfully as demonstrated in the successful outcomes of my work.  It is ridiculous to try to say there is one without the other in the instances of my programs.

Marybeth

    -----Original Message-----
    **From:**       Broadway, Susan P
    **Sent:**       Friday, November 14, 2003 1:34 PM
    **To:**         Farrell, Marybeth
    **Subject:**    Follow up from our Discussion regarding PIP progress

Marybeth
As a follow up from our discussion today, I have again read your prepared Update Document dated Nov 14th as a tactical expression of your work activity.   As we discussed today, you need to focus on achieving the PIP plan as outlined in the document and as we reviewed today.

If you need further clarification on the PIP objectives or your work, please feel free to meet with me, either scheduling a meeting or stopping by.
Susan

**D851**

**A169**

**Nov Mgr Notes**

Nov 17 – read papers during start (20min) of staff update mtg
    Gave tactical review of her hot projects (eg. ASH, we'll have a suite & KOL
suite. Colleagues asked, who did you invite to the KOL suite? When.
Exult B presented
ASHP, will have symp. Will need to fly from CA to NO LA
Ad board Coag clinics in March, working on that
QED first speaker bureau tomorrow night. (never shared slide deck, faculty, etc)
MM – meeting with Cindi to finalize Delta)

Nov 17 – no work / progress over 2 wks w/ Clinic Ad board proposal w/ Discovery
Feedback sent to me via Faye

Nov 18 – didn't notify of not attending L Rose course until today. Came for 2 hours. Not
sure if this affected Clinic work? Come back to office to scramble from Abens / Zilligen
calling Louise Re: MM plan which includes another ad board in 3 wks MBF knows
nothing about and said Louise was handling.

Discovery – team moral, yells, nasty, wrong in remembering what she told them to do.

Faye feedback, nasty note to QED

Nov 20 – no call prior to leaving

Nov 21 – 8:27am MBF calls my cell to say she can't find the room for the global
congress conference call (as it's a Swedish conference room) She states she's called
facilities to no avail (again US vs Sweden). Marybeth has had this same issue last time
we had a global conference call and didn't retain learnings that it's a conference call

1pm MBF sends not to IT that consumer module 4 which is due today will not load on
her computer and she can't complete. Has waited until last minute to complete leading to
a situation where deadline wansn't met. I offered my CD to her directly after reading her
email she sent and she said she's heading out so can't complete but will take home with
her.

Nov 24 – MBF out of office all week for vacation. Had meeting with Cindi Hassrick, she
found out about vacation from GMR. Fran King from Discovery emailed with important
time sensitive issue, I responded, she wrote back she had no idea MBF was on vacation
this week. MBF left MM SMMART ad board with Patty for approval (didn't cc me),
Patty sent to me, I had to f/u with Mike, then f/u with Tom Behan to get final approval as
MBF is out and ad boards are next week. No process was in place for f/u of follow
through.

D868

Nov 25 – Vacation week of nov 23-28 (thanksgiving). No out of office message on email nor voicemail. No notice of vacation to managers prior to leaving nor agencies w/ contact.

Nov 25 – Susan Berkley has no feedback on medical team attendance at ASH, ASHP symposium from Marybeth despite repeated attempts for information. At one point Marybeth stated it would just be her for the slide review!

**D869**

**A171**

## MEETING WITH CINDI HASSRICK – FEEDBACK ON MBF FROM AGENCIES
### November 24, 2003

After 11/18 GMR weekly meeting with MBF, GMR came to Cindi as did TGWW.

GMR asked MBF re Grant Letters
> Who's point person
> Ellen Madford's role

MBF response, "I don't know the company policies. This is Cindi's responsibility"

Prompting Cindi to come talk to me.

### Next Issue

GMR asked Who can get the grant? MBF doesn't demonstrate she can understand policy despite John Doyle PREP training requirement.

GMR came to MBF for freight billing (AZ Fedex Code) MBF referred GMR to Purchasing again despite J. Doyle training outlining process. MBF said she's unaware of policy to GMR.

### SMMART

Cindi asked for an update from MBF. MBF said it's funny you'd ask.....Tom Behan is threatening to cancel (1.5 weeks ago). MBF never proactively brought info back to MM. MBF said agenda wasn't submitted to PRA (it was Louise's fault). Cindi said Louise was never involved in SMMART as it was a new idea since MB on team. Cindi looked for email trail and found agendas from prior to her company start in November (11/2/03). MBF was copies on all.

Same timeframe (11/3/03). GMR sent to MBF and copied Cindi, the welcome packet (confidentiality, welcome letter, etc.) Asked for comments and feedback. GMR still trying to get a response as of 11/21/03.

### TGWW FEEDBACK ON MBF

Lisa Kroll, TGWW "MBF is more challenging than most managers. You need to get everything in writing and we have response time issues. Miscommunication is a significant issue and she is forever stressed out."

Cindi: I've noticed this too. She realizes all she hadn't done and then kicks it all in at the last minute.

Also, TG said they send things through GMR to avoid MBF in order to get things completed.

Cindi: I edited all items in DeLTA because they weren't inputed correctly (all lump sum vs break outs)

**A172**

D993

## PEP MED-TERM FEEDBACK ON MBF FROM CINDI HASSRICK

### BUDGET MANAGEMENT

> Managed Markets feedback on DeLTA. Cindi Hassrick spent significant amount of time sitting with MBF to enter all MM tactics and dollars.

> Cindi doesn't feel she'd even ask MBF for current spends on projects because she doesn't get insights into budget from MBF.

### TIME MANAGEMENT

> MBF no showed to GMR because MBF was out of the office at Hematology Ad (CA) Board when she has a meeting scheduled in DE

> Cindi has not seen any improvement in response time to e-mails, meeting requests......e.g. still no response on speaker name request from early November.

> Didn't notify Cindi of vacation week of Thanksgiving. Cindi found out from GMR. Nothing on project status, or financial month close (budget)

### VENDOR MANAGEMENT

> Cindi knows MBF meets with GMR as GMR lets her know, but she's never seen on agenda or follow-up with actions or accomplishments.

> Cindi has never been updated on agency feedback to or from MBF.

### COMMUNICATIONS SKILLS

> Cindi doesn't feel MBF can speak to strategic implications of tactics e.g. SMMART – national ad board large tactic. MBF is not attending (partial conflict with ASH) but Cindi had no idea MBF wasn't coming until 11/21/03 when GMR told her.

> MBF couldn't explain to T. Beehan SMMART board value and Mike Abens got involved to save meeting from being canceled.

> Cindi has bi-weekly meetings (MAP) with Managed Market team and has only seen MBF at one meeting. Therefore, never sees her champion discussions of value of PREP tactics.

> MBF has never had nor attempted to set up weekly meeting with Cindi. Cindi has set some up with MBF to deal with some projects (e.g. DeLTA)

### TEAM LEADERSHIP

> Cindi had to e-mail me (SPB) for KOL suggestions, as MBF has never suggested any for tactics.

D994

A173

- KOL interactions – GMR handles all tactics, not MBF. Same with Projecthouse for Retail Ad Broad. MB attended but wasn't involved in setup.

- Complete reliance on GMR and Cindi for MM tactical coordination. TGWW for logistics.

- Cindi hasn't had MBF call a meeting so can't speak to if she develops an agenda.

D995

**Austin-Jones, Georgina**

| | |
|---|---|
| From: | Broadway, Susan P |
| Sent: | Monday, November 24, 2003 4:00 PM |
| To: | Austin-Jones, Georgina; Bevis, Rachel A; Hellen, Jane |
| Subject: | Mid PIP feedback from managers |

To keep all in the loop, below is the PIP schedule for Marybeth Farrell as well as the vehicles which I am soliciting feedback on the progress of the components of the plan.
You can see the attached feedback from the mid term PIP evaluations from the brand managers Marybeth supports. I would concur there has been no improvement in behaviors.

**Schedule remaining for PIP evaluation:**
Placement on PIP w/ Q&A - Oct 22
PIP presented - Oct 27
First feedback session - Nov 14
Second feedback session - Dec 2
Third feedback session - Dec 18 TBD with HR if needed
PIP close - Jan 5

**FEEDBACK**
Mid Term Evaluations from Brand Managers - complete
Mid Term Evaluation from Agencies - complete
Final Evaluation from Brand Managers - TBC Dec 18
Final Evaluation from Agency Partners - TBC Dec 18

      

Agency Feedback    MBF Mid PIP    MBF PIP Mid-Term
on MBF to Cind...  eedback Faye Morl.  Feedback Cind...

Susan Pritchard Broadway
AstraZeneca - Hemostasis
Brand Communications Leader
tel  302 885 4430
fax 302 886.7586
susan broadway@astrazeneca.com

1

**A175**                                    **D996**

## MID-PIP REVIEW OF MARYBETH FARRELL – NOTES FROM FAY MORIN

### BUDGET MANAGEMENT
#### Budget Feedback

1. Haven't heard back from MBF on impact of additional webcast speaker training dollars.

   Faye has verbally, written requests for project budget updates. No response or topline response. MBF didn't have the budget contract as of November 5. Had to request from vendor.

2. DeLTA – had to input budget cuts and budget items. Did input (billions) corrected to millions. Reallocated budget because of cuts (cut on November 14 discussed SPB on Wednesday, November 19, e-mailed Faye November 19 but never came to discuss. Suggestions were to cut items where there's no flexibility, due to contracts (JHU). Didn't cut budget based on strategic vision, didn't offer reach and frequency impact of cuts.

### TIME MANAGEMENT

#### Calendar
- Responds to Faye's requests but Faye spends time on managing follow-through.
- Can implement once told, but doesn't come up with the idea.
- Her response is usually not suitable, deep, more.
- Response doesn't include timeline for completion

#### Vacation
- Didn't proactively discuss vacation for Thanksgiving and didn't give status of projects prior to leaving.
- Faye only knew about vacation because she asked MBF to set up a meeting and MBF said she can't because she's on vacation

### VENDOR MANAGEMENT

#### Vendor Calls
Manager hasn't received any weekly status call: agendas nor follow-up

D997

<u>COMMUNICATION SKILLS</u>
Strategic vs. Tactical

> QED/JHU programs started, four completed, vary different. MBF didn't have any proactivity on coming up with actions forward. MBF's feedback for Philly program was topline and positive. No areas for improvement suggested. Faye has to follow-up with scientists to develop action plan. MBF said speaker well dressed, restaurant good, etc. (Logistical, topline)

> At 11/17 Workstream meeting, Faye had MB on agenda to update on '04 initiatives. Discussion was superficial, didn't know audience of programs how she'd place programs, strategic value of programs (e.g. Intent, Audience, Timing.) Can't verbalize difference of programs (intent or reach determining why we use one tactic over another). Also displayed in MBF's budget cut proposal (all tactics cut equally vs. based on impact).

> Feedback on Tuesday, November 18, Clinical Program
Called Faye from cell with feedback (very positive topline logistical details). Brian Katona sent 180° different feedback to team on same program. MBF tells Fay next day at Faye's request for additional feedback based on Brian's comments, MBF shifts to "this tactic doesn't work, we can't get these speakers up to date. Inability to professionally filter all feedback and not overreact to one offs.

<u>TEAM LEADERSHIP</u>

> Faye – no change in MBF's KOL's knowledge, who to use for which tactic and their skill sets.

> Faye – dependence on Faye for meetings PREP/MBF should handle e.g. needed Faye to give QED feedback on September event (and feedback 2 months delayed)

> Inability to prioritize agenda with vendor (2 month old feedback)

> No proactivity for projects she can't attend

> Never proactively set up time with Faye for brainstorming overviews. Faye sets objectives, MBF implements

<u>PERSONAL ACCOUNTABILITY</u>

Faye doesn't see proactiveness or leadership on projects. No initiative, just implements a direction.

D998

**Marybeth Farrell**
**Manager Notes December 2003**

Arrived 7:30am called my cell to say she's at work, but leaving to run an errand and will be using her lunch hour. Said will be back for 9am staff meeting. Arrived into staff mtg at 9;35am. I went to her at noon to ask what happened. She asked with what? You were late to the staff meeting? I was running late. No explanation, apology, offer to make up time, no call to say would be late. Very abrupt attitude and disdain.

Asked about doctors note due today from October dentist emergency visit, said she didn't have, I asked to have office fax, she said no it's at home she'll bring tomorrow.

Asked if she had filled out ad board template from prior to vacation, she said no, she'd work on it. I asked for it tomorrow (tues dec 2nd) she said fine.

Received NO emails from MBF all day despite lots sent while on vacation and lots in need of response ASAP.

MBF worked on expense report during ad board training session in afternoon

IMPACT called re: ASH, they've sent the faculty slides for tomorrow's meeting via email and called for f/u. No response all day from MBF. They've called me, I know nothing of the meeting, nor seen the slides, no known medic assigned to review, no follow-up planned. Sent mtg request to team medics, send slides out myself.

**Dec 2nd**

Marybeth did not review slides for a KOL meeting today. I sent her the slides, blocked time for her to review and gave a deadline of 10am (she has no meetings and arrives at 7;30am). Slides were reviewed and no comments made at 11am after skipping Workstream meeting (10-12pm). Additionally an email was sent to me from MBF on Hem ad board follow-up at 11:15am (again not a priority task vs the workstream meeting and the deadline of slide review by team for 5pm call)

Marybeth stated she is not attending the faculty review tonight as she has a personal commitment and will not stay past 4:45pm. She did not let the agency know she would not be on call as of 9:30am. I asked if she told them, and she said no but she'd look for their number. Marybeth then said you'll have to do the call (to me) vs. asking if I was free or finding team coverage for a KOL meeting

Marybeth said there is a fire drill with MM ad board occurring in 2 days w/o Tom Beehan approval as it was never submitted. Marybeth blamed me and said "Susan because you don't do your job getting the ad board templates submitted, I'm dealing with the issue" I of course don't do the template, the PREP manager does, Marybeth hasn't

D1072

done this despite working on the MM side for 7months.   Also, she did not handle any of this prior to vacation and left it for 2 days prior to a KOL meeting. She is not proactive or showing interest in executing projects.

Marybeth did not circulate slides to team received on Monday until 11am Tuesday for a 5pm faculty call. At 9am she told me she couldn't send out b/c she couldn't send emails (system was overloaded) I went to her computer and she has over 2700 emails in her inbox and couldn't send any responses.

Marybeth came to me at 12;30pm to say she'd be at lunch till 1:20pm. I asked if her work was done and she said as much as she could do before lunch.   "So you're leaving for lunch despite deadline" "Since you created the firedrill, I'll be back later, ok Susan " I reminder her of other deadlines (2004 ad board template, budget review, championing feedback for 5pm call (to which she said "I'm not going to be on the call so you can do it")

Marybeth called at 1:15pm when she was to be back onsite from lunch to say she's running late and wouldn't be back for another 20minutes stating it's only 15 minutes and I can count this out of her 200 xtra hours worked this year. I explained again, her calculation of comp time was not by policy and she is off her work schedule for today. She said that was fine, she'll be back when she gets there in 15minutes.   Marybeth came back at 1:45pm – 30minutes after a scheduled return.

I scheduled a mtg with Marybeth to get an update on ASH & ASHP. For ASH, no mtg request has gone out to team for staff briefing. Marybeth doesn't know who will be in attendance. No room confirmed. No agenda developed. Team medic still not asked to speak on scientific update. For 9am faculty review, Ian Watts scheduled to attend but no room yet and directly backs up to the staff mtg. For ASHP no medic scheduled for Monday faculty review as Marybeth hasn't had time. Feels they were notified in August that the review was a 5pm Monday so they could have marked their calendar. Slides not available yet for review

Louise had Viewpoint luncheon noticed MM ad board for this week was not in viewpoint though MBF stated she would put in awhile back NOV.

End of day still no mtg request for faculty dinner, didn't come proactively discuss with me who should be invited, I asked her she said who do you think? I had to list for her the medic involved with program, brand dir etc.

She didn't f/u with me that a medic for ASHP has been secured.

D1073

**Wed 12/3**
Given feedback from C. Hassrick that MBF used the wrong legal contracts for MM ad board, used wrong payments, and wrong edits from proposal. (last year)

**12/5**
ASH – vendor information back and forth was delayed and required multiple follow ups on vendors part. Marybeth didn't have team schedule locked down (no invites to faculty dinner until I told her to invite Mktg Directors, no f/u to see who is representing AZ) Came in and out of faculty slide review (large gaps of out -1hour), didn't participate in review, didn't consult PR or other stake holders to resolve embargoed data release issue) Didn't attend symposium. Not organized, no follow up

**12/9**
ASHP – didn't participate at faculty review. Didn't sit at table, engage with customers, no comments on slides. Sat on sofa eating appetizers. Didn't catch launch date in slides. Didn't follow up agencies on programs (within a week). Was not aware that faculty did not effectively answer questions in Q&A. I commented to agency that faculty couldn't answer questions and she said "Which one".

**Thurs 12/15/03**
Marybeth canceled out of the business planning meeting 5 minutes prior to meeting start. I went to ask her why she wasn't in it and she said she had more important things to do (to prepare for the afternoon meetings). I asked what specifically she had to do and she replied "things for the coag clinic workstream agenda" Faye was in the Bus Planning Mtg. Marybeth said, well I can't go now but maybe in an hour. She did not come to the meeting.

**12/15**
HR Feedback - 2000 emails in inbox, 72 unread

12/18
Unable to give general update on budget for 2004. Was asked if #'s were correct, and response was, if that's what was in the file.

D1074

DISCOVERY

**Please outline your experience with Marybeth Farrell in the following areas:**

*Please see the confidential comments following each feedback section.*

**BUDGET MANAGEMENT**
Understanding and championing company process for monthly close deadlines
Projecting project spends
Phasing billing in appropriate months for payment
Experience tracking spend levels for projects vs. budget.

At the onset of the year, a majority of project budgets were signed to cover programs for the remainder of the year. Therefore, there was little need for ongoing interaction with Marybeth in terms of new spends. That said, as a medical education partner, we have little interaction with Marybeth in terms of her tracking of spends, but do report to her on a regular basis in regards to areas that may be over or under budget, due to changes in program parameters, or additional efficiencies that were exercised. Payment formats by month, versus in thirds, versus 50/50 were all used at some point during the calendar year. We needed to evaluate each project on an individual basis with Marybeth to determine how the billing would be issued. This was handled on a case-by-case basis, and closure on the decision was achieved for all estimates. Later in the year, a consistent billing process was developed, working with Ellen Madford and the PREP team managers. Marybeth did follow up with us to confirm that all active programs had been invoiced in full.

Marybeth does not seem to recognize how additional changes, multiple rounds of review, and delays in response do affect the hours placed to program development and implementation (i.e. increase in hours).

**TIME MANAGEMENT**
Response to emails / voicemails in timely manner (within a business day, 2 if traveling)
Notification of a team contact when out of office for vacation, personal time off
Availability for meetings as scheduled or requested

Although Marybeth has shown recent improvement in her response time, if the deadline for an action is beyond one to two days, more often then not, she does not respond within the above-mentioned timeline. Throughout the calendar year, Marybeth frequently has not respond to voicemails or emails for an extended period of time (1-3 weeks, even up to one month). When she does respond, she has at times responded to an email that has had subsequent action. (e.g. A series of five pieces of correspondence can be sent to her over a three-week period, and she may respond to the first after the fifth has been issued. Therefore, the first is no longer applicable, as updates have been provided to her in the time since her last response. In addition, there have been cases when she has forwarded files to internal AstraZeneca team members that are incorrect versions.

D1075

In the few times that we have attempted to do so, none of our team members have been able to reach Marybeth directly via her cellular telephone. Messages are required, and response time from her varies greatly.

Marybeth does work with us to inform us of her availability for meetings and conference calls. That said, she also has scheduled meetings that include us without conferring with us in advance, and has changed meeting/call times for team meetings without our knowledge. In addition, she has frequently cancelled conference calls/meetings.

In regards to notice of upcoming vacation time, there was a case where Marybeth informed us a few days prior to her departure, but there also have been cases when we are unaware of her vacation until she is out of the office, and unavailable to respond to inquiries and action items.

**VENDOR MANAGEMENT**
Provides clear and consistent direction on brand strategy and tactical execution
Drives project management with meetings, agenda development, idea generation, follow-up
Provides documented feedback on agency's execution of tactics (within one week of project completion)
Provides a valid timeframe for work completion needs (greater than 24 hour turnaround)
Presents self in professional manner (e.g. Follows through on action items, meetings not canceled, agendas driven from AZ PREP)

We have not received any documented feedback from Marybeth on any programs generated within the 2003 calendar year. The limited feedback received has been verbal.

The time allowance for a majority of Marybeth's requests is a few hours. We consistently receive requests for immediate turnaround on items on which we have been requesting feedback for one week up to one month

When on site at a meeting, Marybeth presents herself in a professional manner. In addition, she provides positive and constructive feedback to vendor partners in that setting.

Marybeth follows through on some action items, but others are often left without a response, or without reporting the outcome of the action taken.

She does direct the final content for conference call and meeting agendas.

She has cancelled several calls/meetings throughout the year (agenda review meetings, chairperson call, faculty calls).


**COMMUNICATION SKILLS**
Demonstrates ability to lead KOL discussions

D1076

Demonstrates ability to articulate strategic implication of tactical plans
Arranges and executes weekly meetings with vendor partners to manage tactical plans
(develops agenda and follow ups on action items within work week)

In November, Marybeth set up a schedule of weekly conference calls with our team.
Those calls occurred while active planning was in process. Following completion of
2003 programs, the calls have been placed on hold until addition program initiation is
required.

Marybeth does reference program strategies when in conference calls with faculty
members, and points out the desired outcome of both specific agenda items and the
overall program.

Marybeth maintains a positive attitude when working on site for a meeting, and generally
maintains a positive attitude in vendor interactions. There have been times when
Marybeth has discontinued phone calls abruptly with team members, citing suddenly that
she needs to hang up, or is confused about what is being discussed and will call back
later.

**TEAM LEADERSHIP**
Demonstrates an understanding of KOL's (area of interest, expertise, previous history
with brand)
Demonstrates understanding of competitive products
Ensures KOL interactions operate at a high standard (e.g. meetings not canceled, agenda
focused)
Demonstrates ability to make decision on projects without reliance on brand manager

Marybeth works to lead calls and discussions with KOLs in terms of sharing program
parameters. She communicates a core understanding of both Exanta and competitive
products, segments of which are displayed when interacting with thought leaders.
Marybeth has referenced previous partnerships with AstraZeneca, and with various
thought leaders, within interactions with these KOLs (to the point of previous history
with the brand).

She tends to focus on the sequence/logistics/timing of programs under discussion, versus
the core strategy of the program. She actively participates in KOL calls, yet often refers
and defers to brand managers in terms of final decision making and program direction. In
addition, there have been select times when KOL calls had to be cancelled, due to lack of
communication with internal team members regarding the call scheduling, or not
adhering the to times presented, and schedule preference communicated, by the KOLs

**D1077**

**A183**



**Please outline your experience with Marybeth Farrell in the following areas:**

**BUDGET MANAGEMENT**
Understanding and championing company process for monthly close deadlines
Projecting project spends
Phasing billing in appropriate months for payment
Experience tracking spend levels for projects vs. budget.



**TIME MANAGEMENT**
Response to emails / voicemails in timely manner (within a business day, 2 if traveling)
Notification of a team contact when out of office for vacation, personal time off
Availability for meetings as scheduled or requested

**VENDOR MANAGEMENT**
Provides clear and consistent direction on brand strategy and tactical execution
Drives project management with meetings, agenda development, idea generation, follow-up
Provides documented feedback on agency's execution of tactics (within one week of project completion)
Provides a valid timeframe for work completion needs (greater than 24 hour turnaround)
Presents self in professional manner (e.g. Follows through on action items, meetings not canceled, agendas driven from AZ PREP)

**COMMUNICATION SKILLS**
Demonstrates ability to lead KOL discussions
Demonstrates ability to articulate strategic implication of tactical plans
Arranges and executes weekly meetings with vendor partners to manage tactical plans
(develops agenda and follow ups on action items within work week)

**D1078**

**A184**

**TEAM LEADERSHIP**
Demonstrates an understanding of KOL's (area of interest, expertise, previous history with brand)
Demonstrates understanding of competitive products
Ensures KOL interactions operate at a high standard (e.g. meetings not canceled, agenda focused)
Demonstrates ability to make decision on projects without reliance on brand manager



D1079

QED

**Please outline your experience with Marybeth Farrell in the following areas:**

**BUDGET MANAGEMENT**
Understanding and championing company process for monthly close deadlines
- This direction has come from Faye Morin, not Marybeth Farrell

Projecting project spends –
- No feedback here — Marybeth was brought into the project after project budget was established. Have not as yet had to scope out additional fundings

Phasing billing in appropriate months for payment
- This has not really been addressed by Marybeth — although, we are dealing with payment terms set out by the continuing medical education (CME) provider

Experience tracking spend levels for projects vs. budget
- Marybeth has asked us a few times if Q.E.D. Communications (Q.E.D.) was on budget, but that has been the extent of her queries

**TIME MANAGEMENT**
Response to emails / voicemails in timely manner (within a business day, 2 if traveling)
- Response has been timely to those questions that Marybeth can answer herself. When she needs input/direction from someone else within AstraZeneca (AZ), the follow-up drops off

Notification of a team contact when out of office for vacation, personal time off
- Notification is relayed 50% of the time

Availability for meetings as scheduled or requested
- Marybeth makes herself available when we really push hard for it. She was more available prior to the Speaker Review Meeting.

**VENDOR MANAGEMENT**
Provides clear and consistent direction on brand strategy and tactical execution
- Marybeth has not shown strong evidence of knowledge regarding the brand strategy and tactical execution

Drives project management with meetings, agenda development, idea generation, follow-up
- Upon the conclusion of the Speaker Review Meeting, Q.E.D. experienced difficulty in setting up a status meeting with Marybeth in order to discuss the progress made with the symposium series and next steps for the project

Provides documented feedback on agency's execution of tactics (within one week of project completion)

**D1080**

- Project feedback was provided several weeks after the Speaker Review Meeting

Provides a valid timeframe for work completion needs (greater than 24 hour turnaround)
- Marybeth understands the frame of time needed to complete tasks efficiently

Presents self in professional manner (e.g. Follows through on action items, meetings not canceled, agendas driven from AZ PREP)
- We have set up weekly teleconference status calls for every Friday at 9:00 AM Marybeth has missed the last 2.
- Previously scheduled meetings have not been canceled by Marybeth
- Q.E.D. provides weekly status reports via E-mail to Marybeth, copying Faye Morin Faye addresses the outstanding AZ issues for us, rather than  Marybeth


## COMMUNICATION SKILLS
Demonstrates ability to lead KOL discussions
- This is a CME activity, therefore interactions with the KOLs are limited to Q.E.D. and The Johns Hopkins University School of Medicine (JHU)

Demonstrates ability to articulate strategic implication of tactical plans
- Q.E.D. often has had to refocus Marybeth (ie, with regards to the target audience for this program, etc)

Arranges and executes weekly meetings with vendor partners to manage tactical plans (develops agenda and follow ups on action items within work week)
- Marybeth set up weekly teleconference status calls for every Friday at 9:00 am, but she missed the last 2.


## TEAM LEADERSHIP
Demonstrates an understanding of KOL's (area of interest, expertise, previous history with brand)
- Due to the fact that this is a CME program, we have not seen evidence of a strong relationship between Marybeth and the KOLs we have worked with

Demonstrates understanding of competitive products
- Marybeth understands the main competitor —warfarin

Ensures KOL interactions operate at a high standard (e.g. meetings not canceled, agenda focused)
- Marybeth understands the high standards that KOL interactions require

Demonstrates ability to make decision on projects without reliance on brand manager
- Q.E.D. has been providing weekly status reports via E-mail to Marybeth and has copied Faye Morin. Faye, rather than Marybeth, has effectively reached out to address the outstanding AZ issues for us. It is Q.E.D 's understanding that Marybeth

D1081

is the contact and AZ person responsible for the AC Clinic CME Program. However, Faye Morin has been providing the direction needed, with Marybeth Farrell taking a more passive approach.

D1082

The GMR Group – Marybeth Farrell Summary

The following account describes The GMR Group's (GMR) experience and interactions over the past six- months working with Marybeth Farrell (MBF) in the role of Exanta Managed Markets PREP Manager.

A. Budget Management – Limited interaction with respect to budget management.  Since MBF has moved into the role of Professional Relations and Education (PREP) Manager responsible for managed markets for Exanta™, budget figures for current and proposed (2004) initiatives (i.e. advisory boards, symposia) have been provided for her review.  All phased billing numbers have also been provided.

B. Time Management – Response to communications (in particular) has proven to be an area where challenges have truly been encountered. There have been numerous occasions (majority) whereupon MBF has failed to respond to GMR messages (either in the form of an email receipt confirmation or return telephone call).  Failure to respond to GMR inquiries has proven to be extremely troublesome in addressing time-sensitive matters that require some type of reply (at one's earliest or immediate opportunity). Many times, GMR is left to identify other AZ personnel either to address inquiries and obtain information pertaining to AZ policies, educational programs, etc.

Failure to respond to inquiry: In preparation for upcoming advisory meetings, GMR personnel contacted MBF via email to ascertain confirmation GMR was proceeding with meeting development in accordance with AZ policy and using current template confidentiality and consultant agreements.  No response was ever received.  Upon contacting the brand manager, GMR did indeed discover a revised agreement was now being utilized.  Additionally, GMR rarely receives responses from MBF in regards to other document inquiries such as a 'meeting welcome letter.' In this case, a lack of response from MBF regarding the letter resulted in unwarranted delays in print production for multiple vendors involved (GMR and another meeting/logistics company). Lack of response

1

D1083

is common place even though "awaiting approval" is indicated for specific items outlined on GMR's weekly status reports.

C. <u>Vendor Management</u> – Relationship with GMR and MBF began on a very positive note and MBF was noted to be very friendly. Upon transitioning into her new role as PREP Manager on Exanta responsible for managed markets, MZ of GMR scheduled an introduction meeting. Introduction meeting lasted approximately 1½ hours during which MZ provided MBF with background on all current and scheduled projects for which GMR was contracted to complete (i.e. upcoming symposia, advisory boards in 2003). MBF stated she was not familiar with managed market stakeholders and organizations with which GMR initiatives were planned at which point MZ provided MBF with background information on case managers, geriatric nurse practitioners, etc. MBF was strongly encouraged to contact GMR at any time for answers to questions pertaining to managed market stakeholders/organizations and information for tactics currently underway. It was emphasized in meetings and numerous times thereafter that GMR is a resource at MBF's disposal. GMR can only recall one instance in which MBF asked for assistance. After six months of trying to cultivate a working relationship with MBF, it has become clearly apparent MBF still has little understanding of the managed markets segment.

Timeframe for Work Completion: Additional concern must also be expressed pertaining to MBF's 'timeframe for completion' requirements from vendors. <u>Every</u> request ever received from MBF has required a 24–hour period (or less) turnaround time – no exception to type or magnitude of request. Examples of such requests include *advisory board discussion guides* and *slide presentations* (i.e. Agency Day Meeting). GMR is known for its excellent "customer service" however, such short-notice requests have resulted in numerous unnecessary "fire drills". To GMR's credit, information requested by MBF has always been provided in the given time frame.

2

**A190**                                                                          **D1084**