IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MARYBETH FARRELL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A. No. 04-285-KAJ |
| | : | |
| **ASTRAZENECA PHARMACEUTICALS, LP,** | : | |
| | : | |
| **Defendant.** | : | |

**ENTRY OF APPEARANCE**

    Please enter the appearance of Stephen J. Neuberger, Esquire as an attorney for Plaintiff in this case.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582

Dated: May 4, 2005                   Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on May 4, 2005, I electronically filed this Pleading with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Sheldon N. Sandler
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, DE 19801-0391
> ssandler@ycst.com

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ.**

cc:   client
      John M. LaRosa, Esq.

Farrell / Pleadings / SJN Entry of Appearance