IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MARYBETH FARRELL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A. No. 04-285-KAJ |
| | : | |
| **ASTRAZENECA PHARMACEUTICALS, LP,** | : | |
| | : | |
| **Defendant.** | : | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S UNTIMELY
OPENING BRIEF (D.I. 38) FOR FAILURE TO COMPLY
WITH THE RULE 16 SCHEDULING ORDER**

1. Plaintiff Moves to strike defendant's untimely opening brief in support of its motion for summary judgment (D.I. 38) for failure to comply with the strict time deadlines set forth in the Rule 16 Scheduling Order which governs this case.

2. On July 2, 2004, this Court entered the Rule 16 Scheduling Order governing discovery and trial in this case. Paragraph 9 of that Order, entitled "Case Dispositive Motions," clearly and explicitly states that -

> All case dispositive motions, an opening brief, and affidavits, if
> any, in support of the motion shall be served and filed on or before
> May 2, 2005....

3. On May 2, 2005, defendant filed its Motion for summary judgment. (D.I. 37).

4. As the docket makes clear, that Motion was the only document filed by defendant on May 2, 2005. Defendant did not file an opening brief, nor did it file any affidavits in support of its Motion.

5. The next day, on May 3, 2005, defendant filed an untimely opening brief in support of

its Motion.  (D.I. 38).

6. Although the actual cover of this untimely brief inaccurately states that it was filed on May 2nd, the electronic docket (Exhibit 1) very clearly states that it was in fact both entered and filed on May 3rd.  Thus, this untimely brief was filed <u>after</u> the Court imposed deadline for the filing of all motions, briefs and affidavits.

6. Defendant's brief is plainly untimely under the Scheduling Order.  Accordingly, it should be stricken from the docket and not considered by the Court.  Defendant must instead rise or fall on the record facts and legal argument contained within the four corners of its one page, three line Motion for summary judgment.

7. The grave prejudice suffered by plaintiff if defendant's untimely brief is considered is self-evident.  Defendant has Moved to throw out plaintiff's entire case with prejudice, including every count of the Complaint.  Thus, there is a risk that plaintiff's entire case will be dismissed and her well-deserved day in court denied.  However, refusing to consider the dilatory defense filing assures plaintiff her day in court where a jury may finally strike down the injustice inflicted upon her by defendant.

8. Plaintiff waives an Opening Brief in support of this Motion.

                Respectfully Submitted,

                **THE NEUBERGER FIRM, P.A.**

                /s/ Stephen J. Neuberger
                **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                Two East Seventh Street, Suite 302
                Wilmington, Delaware 19801
                (302) 655-0582

Dated: May 4, 2005                Attorneys for Plaintiff

# EXHIBIT 1

## 1 - SJN@NeubergerLaw.com

**From:** <ded_nefreply@ded.uscourts.gov>
**To:** <ded_ecf@ded.uscourts.gov>
**Sent:** Tuesday, May 03, 2005 12:48 AM
**Subject:** Activity in Case 1:04-cv-00285-KAJ Farrell v. Astrazeneca Pharm LP "Opening Brief in Support"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Sandler, Sheldon entered on 5/3/2005 at 0:43 AM EDT and filed on 5/3/2005
**Case Name:** Farrell v. Astrazeneca Pharm LP
**Case Number:** 1:04-cv-285
**Filer:** Astrazeneca Pharm LP
**Document Number:** 38

**Docket Text:**
OPENING BRIEF in Support re [37] First MOTION for Summary Judgment filed by Astrazeneca Pharm LP.Answering Brief/Response due date per Local Rules is 5/17/2005. (Attachments: # (1) Unreported Decisions Part 1# (2) Unreported Decisions Part 2# (3) Unreported Decisions Part 3# (4) Unreported Decisions Part 4# (5) Unreported Decisions Part 5# (6) Unreported Decisions Part 6# (7) Appendix Part 1# (8) Appendix Part 2# (9) Appendix Part 3# (10) Appendix Part 4# (11) Appendix Part 5# (12) Appendix Part 6# (13) Appendix Part 7)(Sandler, Sheldon)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-0] [
4ff1e0047e26b8dc69ef26de16436f609c6b7116b189a34d407e26cbbdfd9a098654c2
18b577b4a7cbae625b77acbf5a3764f81f84317a405357763b9e18067a]]
**Document description:** Unreported Decisions Part 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-1] [
ba0a4d71275e5b69579c6137f1b82b6253fe1044ce208df8deeff0102b2c5a59e510e6
832b9f6409801e44cd795a5c0b0f68f417da1647d8d9b3bd5070b84885]]
**Document description:** Unreported Decisions Part 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-2] [
bb24e60e52730909eacb3cbcb27d940019371613ed3d7c0ae07438866f36edb1ee3d66

1df38c4f0dc31b3c628578446b7ffb9d3cbe6908071f701f6423c0424f]]
**Document description:** Unreported Decisions Part 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-3] [
a79d505ee935caf9a75de94e754be152e4f9c6e7d773b8f9e73de0bcd36caebbe418e4
388ff928ebd56cf8c7946cd0ab272954c00310fdc027141aef1364a2ad]]
**Document description:** Unreported Decisions Part 4
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-4] [
655f618d7c04795c5c764aa211db1ddd3bf329bed550cf24bad1e0e05c3d47011385dd
b95ff3ff1246e77631a5d02f3339d8dfa3ed1ab203de00dfb59fc11a89]]
**Document description:** Unreported Decisions Part 5
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-5] [
05e9d0610d478c2163a371e591676b9fe71eb45178f2f3e285393a2fe078069f784a28
e12398cccdf2856b7cad93a693a10661ec9210d91ef9b526c8e98c4c60]]
**Document description:** Unreported Decisions Part 6
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-6] [
4776fef200ac229d2f85d8fa80970a9880c2484f0dbfb163589c42b0aa1d8caf58fd9e
8755de5ee3d8730c15167673a902f460662b8e8bfd3f51f79d28e85849]]
**Document description:**Appendix Part 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-7] [
311cbd10c57438827b2cc48fb180fd8d55d7981c98fb84b73e55790007d8dea76e3f7f
f1d90412a244a96aaa58256a6c2cef14416d4869a26beec18fce894255]]
**Document description:**Appendix Part 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-8] [
21a104bcd25309c7354956189379fd9dea5cfddae310f7f30fd0b6bc6ea18206bd81a2
5fdd83ed1c27c96300e1609d54eca56b630477119b7c11077621968a64]]
**Document description:**Appendix Part 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-9] [
4aaf94e8e29cdbf5ef4cf2aac23a0eeee51c8712937bf0607c85600d75a213b1d2e010b
3b13deaaf799323f5de4208d0da8912e96ca71b17d20d91e1da12e641f]]
**Document description:**Appendix Part 4
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-10]
[1177cb187001b13cfce991ba21d52a0c14bd6a5b02581f3d75a9b0ec67511a7ea0c13
1107803cb8f2e1847f3fa560a002736c4df191f1b174297895586e13add]]
**Document description:**Appendix Part 5
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-11]
[778d5ae8394be71844240985edc11efbf9cceb499ece79d921c46665f9056fede8807
0a0dac1f9e9482bc4daed8e84cd291777b335fc92cb06dae9c74eb50e46]]
**Document description:** Appendix Part 6
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-12]
[40c894961405c8d1360fa14c86cdb3c09470869e22e99987c69f27c3138ce2e7f968c
240f1b29a99c6be03f1c2499b102e18ad39b094fc708748311c9af90696]]
**Document description:** Appendix Part 7
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/3/2005] [FileNumber=36331-13]
[9dd7b1718fc7598b71c3dbc22cb2ebe3e13aa9f22ebff13931f793e968036fe974eb3
ae4f20afebde2f4419bb1c49aed1ef65e2d59b4ef9e3e64d780e6c8304e]]

**1:04-cv-285 Notice will be electronically mailed to:**

John M. LaRosa    JLR@LaRosaLaw.com

Thomas S. Neuberger    tsn@neubergerlaw.com,
SJN@NeubergerLaw.com;Research@NeubergerLaw.com

Sheldon N. Sandler    ssandler@ycst.com,
serace@ycst.com;dcoles@ycst.com;rruggieri@ycst.com;employmentcmecf@ycst.com

**1:04-cv-285 Notice will be delivered by other means to:**

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on May 4, 2005, I electronically filed this Pleading with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Sheldon N. Sandler
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391
>Wilmington, DE 19801-0391
>ssandler@ycst.com

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ.**

cc:   client
      John M. LaRosa, Esq.

Farrell / Pleadings / Motion to Strike Defendants's SJOB.final