# YOUNG CONAWAY STARGATT & TAYLOR, LLP

SHELDON N. SANDLER
(302) 571-6673
(302) 576-3330 FAX
ssandler@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.ycst.com

May 5, 2005

**BY CM/ECF**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Room 6325 - Lock Box 10
U.S. Courthouse
Wilmington, DE 19801

   RE: **Farrell v. AstraZeneca Pharmaceuticals, LP**
      **C.A. No. 04-285-KAJ**

Dear Judge Jordan:

   Please accept this letter as Defendant's Response to the Motion to Strike Defendant's Opening Brief that was filed on Wednesday, May 4, 2005. Due to a delay in the receipt of some affidavits until late in the day on May 2, my paralegal and I worked late into the evening finalizing the appendix to the brief in this case. Parenthetically, the paralegal, Deborah Coles, is currently on a brief vacation, and will be returning on Monday of next week. Nevertheless, I thought it important to reply promptly to the Motion and believe I have sufficient information on the matter to do so.

   Ms. Coles completed the insertion of the appendix cites into the brief some time after 11:00 p.m. on May 2 and began filing the various documents. As the record shows, the motion itself was electronically filed at 11:42 p.m. on May 2, 2005 (copy of notice of filing attached). Ms. Coles then began attempting to electronically file the brief (hence, the date on the cover was May 2) and appendix. However, as she reported to me in an email at 12:54 a.m. on May 3 (copy attached), every time she tried to file the documents, they would bounce out of the system because the appendix, and the brief, to which the unreported decisions were attached, were both too large. She ended up having to divide the unreported decisions into six parts and the appendix into seven parts. Even after that, the system still would not accept them. She informed me that she was finally able to get through the filing screens and, after hanging up for about five minutes, the documents were accepted.

## YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Kent A. Jordan
May 5, 2005
Page 2

      Ms. Coles called the Court on the morning of May 3 to discuss the matter and was assured that the delay in filing would not be a problem. I believe she was also told that it has happened before. I also received a call from your law clerk telling me that while the documents had been accepted, in the future briefs and appendices should be filed as separate documents.

      The bombastic and patently baseless assertion in Mr. Neuberger's letter that the plaintiff will suffer "grave prejudice" because the brief and appendix were filed less than an hour into May 3 is self-evident. Indeed, to the contrary, since the documents were not in plaintiff's hands until May 3, Ms. Farrell and her counsel will have an extra day to respond. I will refrain from commenting on the merits of the case, and trust that the Court will soon learn for itself whether there has been any "injustice" in this case and if so, whether the victim has been plaintiff or defendant. I am disappointed that plaintiff's counsel chose this route rather than calling me to find out the facts about what happened first.

      Defendant respectfully submits that Plaintiff's Motion should be summarily denied.

Respectfully submitted,

/s/ Sheldon N. Sandler
Sheldon N. Sandler
Bar I.D. 245
Email: ssandler@ycst.com

cc: Clerk, District Court (by hand)
    John M. LaRosa, Esquire (by CM/ECF)
    Thomas S. Neuberger, Esquire (by CM/ECF)
    Stephen J. Neuberger, Esquire (by CM/ECF)

## Sandler, Sheldon N.

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Monday, May 02, 2005 11:43 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00285-KAJ Farrell v. Astrazeneca Pharm LP "Motion for Summary Judgment"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Sandler, Sheldon N. entered on 5/2/2005 at 11:42 PM EDT and filed on 5/2/2005
**Case Name:**      Farrell v. Astrazeneca Pharm LP
**Case Number:**   1:04-cv-285
**Filer:**          Astrazeneca Pharm LP
**Document Number:** 37

**Docket Text:**
First MOTION for Summary Judgment - filed by Astrazeneca Pharm LP. (Sandler, Sheldon)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2005] [FileNumber=36322-0] [
aaf259279ea1aa91b62560c5ae57ce21d0f9b1ce204c3a3da4741fa3eb33a771243588
4bc6ab967c5c3b4c7ed7c7150140571e42ffb9811265360fa09db58191]]

**1:04-cv-285 Notice will be electronically mailed to:**

John M. LaRosa    JLR@LaRosaLaw.com

Thomas S. Neuberger    tsn@neubergerlaw.com, SJN@NeubergerLaw.com;Research@NeubergerLaw.com


Sheldon N. Sandler    ssandler@ycst.com,
serace@ycst.com;dcoles@ycst.com;rruggieri@ycst.com;employmentcmecf@ycst.com

**1:04-cv-285 Notice will be delivered by other means to:**

5/4/2005

## Sandler, Sheldon N.

**From:** Coles, Debbie
**Sent:** Tuesday, May 03, 2005 12:54 AM
**To:** Sandler, Sheldon N
**Subject:** I Quit!!!!

I got the motion filed before midnight and I had the brief done in time. However, every time I tried to file it it would bounce me out because the unreporteds and appendix were too big. I ended up dividing the Unreporteds into 6 parts and the appendix into 7 parts. Even after that, it threw me out. I finally got through the filing screens and it hung up for about 5 minutes and then filed it.

I'm going to call the court in the morning and tell them that I kept having problems. I think they allow for technical problems. I hope so.

Sorry I didn't get it done sooner, but I tried.


Deborah L. Coles
Paralegal
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6686 tel
(302) 576-3359 fax