IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-285-KAJ |
| | ) |
| ASTRAZENECA PHARMACEUTICALS LP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court, having considered Plaintiff's Motion to Strike Defendant's Untimely Opening Brief (D.I. 40; the "Motion"), and defendant's response (D.I. 41) thereto,

IT IS HEREBY ORDERED that plaintiff's Motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE

May 6, 2005
Wilmington, Delaware