IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-285-KAJ |
| | ) |
| ASTRAZENECA PHARMACEUTICALS LP, | ) |
| | ) |
| Defendant. | ) |

### ORDER

For the reasons set forth by the Court during the telephone conference of today,

IT IS HEREBY ORDERED that plaintiff's motion for reconsideration of the Court's May 6, 2005 order (D.I. 44) is DENIED.

_____
UNITED STATES DISTRICT JUDGE

May 9, 2005
Wilmington, Delaware