**From:**  Farrell, Marybeth
**Sent:**  Wednesday, December 17, 2003 11:23 AM
**To:**  'SharonWNS@aol.com'
**Subject:** RE: Should I send?

Sharon:

If it's regarding your friend's email, feel free to send it to me here. Otherwise my home email is mmbfarrell7@aol.com. Keep in mind please that my emails are scrutinized here.

It was great to see you last night!  And I am so excited & happy for you!

xo,
Marybeth

        -----Original Message-----
        **From:** SharonWNS@aol.com [mailto:SharonWNS@aol.com]
        **Sent:** Wednesday, December 17, 2003 8:35 AM
        **To:** Farrell, Marybeth
        **Subject:** Re: Should I send?

        I have some information for you regarding our discussion last night.  Should I send to you at your
        work e-mail?
        Do you have a home e-mail?
        Sharon



2/11/2004

B147

0001
1          IN THE UNITED STATES DISTRICT COURT
2             FOR THE DISTRICT OF DELAWARE
3
4   MARYBETH FARRELL          )
                             ) Civil Action No.
5          Plaintiff,     ) 04-285 KAJ
                             )
6   v.                       )
                             ) TRIAL BY JURY OF
7   ASTRAZENECA PHARMACEUTICALS LP,)  TWELVE DEMANDED
                             )
8          Defendant.       )
9          Deposition of JANE K. HELLEN taken
    pursuant to notice at the LAW OFFICE of JOHN M.
10  LaROSA, 2 East 7th Street, Wilmington, Delaware,
    beginning at 9:37 a.m. on Tuesday, February 15, 2005,
11  before Renee A. Meyers, Registered Professional
    Reporter and Notary Public.
12
    APPEARANCES:
13
          JOHN M. LaROSA, ESQ.
14        LAW OFFICE OF JOHN M. LaROSA
          2 East 7th Street, Suite 302
15         Wilmington, Delaware  19801
          for the Plaintiff,
16
          SHELDON N. SANDLER, ESQ.
17        YOUNG CONAWAY STARGATT & TAYLOR LLP
          1000 West Street, 17th Floor
18         Wilmington, Delaware  19899
          for the Defendant.
19
    ALSO PRESENT:  JOHN J. BOGAN, ESQ.
20
21
22
23        WILCOX & FETZER
      1330 King Street - Wilmington, Delaware 19801
24            (302) 655-0477
0002
1          JANE K. HELLEN,
2     the witness herein, having first been
3     duly sworn on oath, was examined and

4       testified as follows:
5   BY MR. LaROSA:
6     Q.   Good morning, Miss Hellen.  My name is John
7   LaRosa and I represent the plaintiff, Marybeth
8   Farrell, in this case.
9          Will you state your full name, please?
10    A.   Jane Katherine Huber-Helen.
11    Q.   And what is your current home address?
12    A.   One Red Hawk Trail, West Chester, Pennsylvania.
13    Q.   What is the Zip Code?
14    A.   19382.
15    Q.   Are you married?
16    A.   Yes.
17    Q.   Have you ever had your deposition taken before?
18    A.   No.
19    Q.   Let me go over some ground rules with you.
20  After I ask you the questions today and you answer the
21  questions, you will have the opportunity to review the
22  transcript to see if the court reporter made any
23  technical mistakes.
24         Do you understand that?
0003
1     A.   Mm-hmm.
2     Q.   And, also, you have to give me a verbal
3   response.
4     A.   Oh, yes.
5     Q.   So that the court reporter can record your
6   answers.
7          You have also taken an oath to tell the
8   truth, and you understand the significance of that?
9     A.   Yes.
10    Q.   If I ask you a question today and you don't
11  understand, please ask me to rephrase it and I will be
12  glad to; okay?
13    A.   Okay.
14    Q.   Also, if you don't know the answer to
15  something, I don't want you to guess, so say, "I don't
16  know," that's an acceptable answer, and I will try to
17  move onto another question; is that understood?
18    A.   Yes.
19    Q.   Are you under any medications or substances
20  that would prevent you from remembering accurately or
21  testifying truthfully today?
22    A.   No.
23    Q.   Also, we have to take turns speaking because

24  the court reporter cannot record two people at once,
0004
1  so please wait until I finish my question to give an
2  answer and I will try to let you finish your answer
3  before I go onto the next question.
4          Do you understand that?
5  A.  Yes.
6  Q.  And if you need any breaks, let me know.
7  A.  Okay.
8  Q.  Have you met with any attorneys at any time to
9  discuss the facts of this case?
10  A.  Yes.  I have met with our attorneys, John Bogan
11  and Sheldon.
12  Q.  Approximately how many times have you met with
13  them?
14  A.  I have met with Sheldon twice and John Bogan
15  approximately three times.
16  Q.  Approximately how long was your first meeting
17  with Mr. Sandler?
18  A.  Approximately two to three hours.
19  Q.  And approximately how long did you meet with
20  him the second time?
21  A.  The same amount of time.  Approximately three
22  hours.
23  Q.  Approximately how long did you meet with
24  Mr. Bogan the first time?
0005
1  A.  The same.  Approximately two hours.
2  Q.  And the second time you met with Mr. Bogan?
3  A.  Three hours.
4  Q.  And the third time you met with Mr. Bogan?
5  A.  Three hours.
6  Q.  Was anyone present besides the attorneys or
7  their staff?
8  A.  No.
9  Q.  Besides Mr. Sandler and Mr. Bogan, have you met
10  with anyone else to discuss the facts of the case?
11  A.  No.
12  Q.  Will you state your date of birth.
13          (Discussion off the record.)
14  BY  MR. LaROSA:
15  Q.  Will you state your date of birth?
16  A.  November 8th, 1958.
17  Q.  Regarding your educational background, did you
18  graduate from high school?

19    A.   Yes.
20    Q.   Did you go to college?
21    A.   Yes.
22    Q.   Did you receive an undergraduate degree?
23    A.   Yes.
24    Q.   What is your undergraduate degree in?
0006
1    A.   Bachelor of Arts in communications and
2    business.
3    Q.   And where did you receive that from?
4    A.   University of Minnesota.
5    Q.   And that was a four-year degree?
6    A.   Yes.
7    Q.   Did you attend graduate school?
8    A.   No.
9    Q.   Are you currently employed by AstraZeneca?
10    A.   Yes.
11    Q.   When did you begin working for AstraZeneca?
12    A.   In November of 1999.
13    Q.   And what was your position at that time?
14    A.   I was the Exanta senior product manager.
15    Q.   Can you briefly describe what that entailed in
16    one or two sentences?
17    A.   I was hired to develop the commercial launch
18    plans for Exanta, our experimental anticoagulant.
19    Q.   Were you promoted beyond that role of senior
20    product manager?
21    A.   Yes.  I was promoted to a product -- a brand
22    director is the title.
23    Q.   Do you remember when you began working as a
24    brand director?
0007
1    A.   I don't recall the exact date.
2    Q.   Do you recall approximately the year?
3    A.   It was either 2001 or 2002.
4    Q.   Were you promoted beyond your role of brand
5    director?
6    A.   No.
7    Q.   Is that your current role?
8    A.   My current role is the oncology franchise
9    director.
10    Q.   When did you begin working as oncology
11    franchise director?
12    A.   In January of 2005.
13    Q.   What was your role in 2003?

14   A.  I was the Exanta brand director.
15   Q.  And in 2004, were you the same role?
16   A.  The same.
17   Q.  So you began as Exanta brand director in either
18   2001 or 2002, continued working in that capacity until
19   approximately December of 2004; is that --
20   A.  Correct.
21   Q.  Prior to AstraZeneca, where were you working?
22   A.  BristolMyersSquibb.
23   Q.  When did you begin working for them?
24   A.  In March of 1982.
0008
1    Q.  And when did your employment with them end?
2    A.  In November of 1999.
3    Q.  What was your role with BristolMyersSquibb when
4    you left in November of '99?
5    A.  I was a senior product manager for
6    cardiovascular marketing.
7    Q.  Approximately how many years were you in that
8    role?
9    A.  I was in that role for seven -- three years.
10   Q.  Since about 1997?
11   A.  Yes.
12   Q.  Prior to that role, what was your role with
13   BristolMyersSquibb?
14   A.  I was an associate director of region
15   operations.
16   Q.  What years were you in that role?
17   A.  Let's see.  Approximately three years.
18   Q.  So beginning in approximately 1994, you think?
19   A.  Yeah.  1993 or 1994.  I don't recall the exact
20   year.
21   Q.  And prior to that role, what was your role at
22   BristolMyers?
23   A.  I was a district sales manager for the oncology
24   division -- excuse me.  I was a district sales manager
0009
1    for the primary care division.
2    Q.  And what years were you in that role?
3    A.  Two years.
4    Q.  And you think you began that role in 1992?
5    A.  Approximately.
6    Q.  And prior to that role, what was your role with
7    BristolMyers?
8    A.  I was a district sales manager for the oncology

B152

9  division, and I did that for eight years.
10    Q.   And prior to that role, what was your role with
11  BristolMyersSquibb?
12    A.   I was a district sales manager and a sales
13  representative for Bristol Laboratories from 1982 to
14  1986.
15    Q.   Did any of those roles overlap?
16    A.   No.  I started as a sales representative with
17  Bristol Laboratories in 1982.  I was a sales
18  representative for approximately a year-and-a-half.  I
19  did sales training -- excuse me, I was a hospital rep.
20  for approximately one more year, and then I was a
21  district sales manager.
22    Q.   Prior to BristolMyersSquibb, where were you
23  working?
24    A.   I was working at Culver Personnel Agency.
0010
1    Q.   Can you spell that?
2    A.   C-u-l-v-e-r Personnel in San Diego, California.
3    Q.   Approximately what years were you working
4  there?
5    A.   Not a full year.  1982, after I graduated from
6  college, for a few short months, I worked at Culver.
7    Q.   What was your role there?
8    A.   I was a sales consultant.
9    Q.   Can you tell me what that means in one or two
10  sentences?
11    A.   I was a personnel advisor or a consultant to
12  assist people in obtaining jobs in sales rep.
13  positions with key accounts.
14    Q.   And are you currently a manager at AstraZeneca?
15    A.   I am -- I am a director is my title, so yes --
16  I am sorry.  I don't understand what you mean.
17    Q.   Do you consider yourself in management?
18    A.   Yes.
19    Q.   Marybeth Farrell became the senior professional
20  relations and education program manager, Band IV, for
21  the Exanta team in May of 2002; is that correct?
22    A.   Yes.
23    Q.   And that was her role at the time her
24  employment ended; is that correct?
0011
1    A.   Yes.
2    Q.   And prior to being senior professional
3  relations and education program manager, Band IV, for

4  the Exanta team --

5       MR. SANDLER: Excuse me. I don't think

6  that's what you said she was. I think you said

7  professional, not senior.

8       MR. LaROSA: I think I said senior

9  professional relations and education program manager.

10      (The reporter read back as requested.)

11       MR. SANDLER: Is that correct?

12       THE WITNESS: I am not sure. I know she

13  was a Band IV and she was a professional relations and

14  education manager. I do not recall that she was a

15  senior or not, although I have seen that in some of

16  the documents.

17  BY MR. LaROSA:

18    Q. So, at some point, she became a senior

19  professional relations and education program manager,

20  according to the documents you have seen?

21    A. That was on some of the documents that -- her

22  title was a senior, but I don't recall what documents

23  I saw that on. It was my understanding Marybeth was a

24  professional relations and education manager, a Band

0012

1  IV.

2    Q. Is there a difference between just a

3  professional relations and education program manager

4  versus a senior professional relations and education

5  program manager?

6    A. There are individuals that have "senior" in

7  their title, which is usually based upon their level

8  of experience and their time in the position.

9  Marybeth, in her previous role, was a senior field

10  manager.

11    Q. In what group or department was that?

12    A. I cannot recall. It was either Nexium or it

13  was -- I believe it was Nexium.

14    Q. So that was with another team?

15    A. Yes.

16    Q. And are there different teams for different --

17    A. Yes.

18    Q. -- products --

19    A. Yes.

20    Q. -- or different drugs?

21    A. Yes.

22    Q. Do you think it might have been for Nexium but

23  you are not positive?

24   A.  Yes.  It was a field position.  Her focus was
0013
1  in a field-based position.
2   Q.  And that was a Band IV or do you think that was
3  something lower than a Band IV role?
4   A.  I am not sure.
5   Q.  Was that role in AstraZeneca's marketing group?
6   A.  I am not sure of the structure and functionally
7  where it was aligned.
8   Q.  How about the structure of, as far as the
9  Exanta team, can you tell us:  Is the Exanta team part
10  of a higher subdivision in your company?
11   A.  No.  It's not part of a higher subdivision.  It
12  was -- the Exanta team was located, when Marybeth was
13  hired, within the cardiovascular marketing group.
14   Q.  So the Exanta team is part of the
15  cardiovascular marketing group.  Is the cardiovascular
16  marketing group part of a larger marketing group or a
17  larger department of the company?
18   A.  As opposed to?
19   Q.  As opposed to the head of cardiovascular
20  marketing reporting directly to the highest person,
21  the CEO or highest person in the company?
22   A.  No.  That's not how it's structured.
23   Q.  So can you explain how it's structured?
24   A.  The company is broken out into therapeutic
0014
1  areas, so there is cardiovasculars, there are G.I.,
2  there is CNS, there is oncology.
3   Q.  Can you tell me what G.I. is?
4   A.  Gastrointestinal.
5   Q.  And what's CNS?
6   A.  Central nervous system.
7   Q.  Are those the only four areas that the company
8  is broken out into, or are those four that you can
9  recall?
10   A.  Those are four that I can recall.
11   Q.  And, so, within cardiovascular, is there a
12  cardiovascular marketing group?
13   A.  Yes.
14   Q.  Are there other subdivisions of cardiovascular
15  other than the marketing group?
16   A.  The cardiovascular marketing group is made up
17  of the different cardiovascular products, which
18  include Toprol, Atacand, Crestor, and Exanta.

19   Q.  And with regard to Exanta, there is an Exanta
20   team?
21   A.  Yes.
22   Q.  And who is the head of the Exanta team?
23   A.  The executive director was Patty Torr.
24   Q.  And she was in that role in 2003 and January of
0015
1   2004?
2   A.  Yes.
3   Q.  Do you report directly to her?
4   A.  Yes.
5   Q.  Approximately how many direct reports does
6   Patty Torr have?
7   A.  Patty Torr had -- when?
8   Q.  In 2003 and January of 2004?
9   A.  Patty Torr had myself, one other brand
10   director, she had a regulatory director, clinical
11   director, and clinical project director.
12   Approximately five direct reports.
13   Q.  And who was the other brand director?
14   A.  David McNinch.
15   Q.  And what brand was that?
16   A.  That was Exanta.
17   Q.  So there is two brand directors for Exanta?
18   A.  Yes.
19   Q.  When Marybeth Farrell was assigned to the
20   Exanta team as a senior professional relations and
21   education program manager -- first of all, when we
22   talk about "professional relations and education
23   program manager," is that also called a PREP manager?
24   A.  Yes.
0016
1   Q.  So if I say PREP manager, you understand
2   that --
3   A.  Yes.
4   Q.  -- to mean professional relations and education
5   program manager?
6   A.  Yes.
7   Q.  When Miss Farrell became a senior PREP manager
8   of Band IV for the Exanta team in May of 2002, that
9   was a promotion; correct?
10   A.  As far as her band promotion, I believe she was
11   a Band IV in her previous position and this position
12   was also a Band IV.
13   Q.  So you were under the understanding that it was

14  a lateral transfer, not a promotion or demotion?
15   A.   Correct.
16   Q.   And Miss Farrell received an evaluation on
17  March 10th of 2003; is that correct?
18   A.   Yes.  I believe that is the correct date.
19   Q.   I'd like to show you a document.
20        Have you seen this document before?
21   A.   Yes.
22   Q.   What is this document?
23   A.   This is Marybeth Farrell's performance
24  evaluation for the performance year ending 2002.
0017
1    Q.   And this is the document you just told us she
2  received on March 10th, 2003?
3    A.   Correct.
4    Q.   And are there various categories of performance
5  that are rated on this evaluation?
6    A.   Yes.
7    Q.   And what are the range of ratings you would get
8  in a particular category?
9    A.   You could get one out of three; either did not
10  meet the expectations or met them or exceeded them.
11   Q.   And taking a look at this document, how many
12  categories was Miss Farrell rated as exceeded
13  expectations?
14   A.   In her performance, she had three exceeds and
15  three meets.
16   Q.   Let me just say something.  I know Sheldon is
17  looking at this document.  Yesterday, we found out
18  that there was two page 5s in the document, so I have
19  taken out the second page 5, which was P23, when we
20  deposed Miss Austin-Jones.  So if you look at the
21  pages at the top right corner, is this a seven-page
22  document?
23   A.   Yes.  It's a seven-page document.
24   Q.   Does this appear to be the complete document?
0018
1    A.   It appears to be, yes.
2    Q.   And you just told us she was rated exceeded in
3  three categories of -- I think you said of
4  performance?
5    A.   Yes.  Of performance goals, business results or
6  goals.
7    Q.   But this evaluation rates other areas of
8  performance other than goals?

9   A.   Correct.  They -- it also includes competencies
10  in what are called cultural attributes, and Marybeth
11  had three exceeds and one meets.
12   Q.   So if you add up the exceeds in both the goals
13  and the competencies, how many areas did she exceed
14  expectations?
15   A.   She exceeded in six areas and meets in four.
16   Q.   And how many areas did she not meet
17  expectations?
18   A.   In none.
19   Q.   And in addition to these different ratings for
20  different areas of goals and different areas of
21  competencies, is the employee also given an overall
22  rating?
23   A.   Yes.
24   Q.   And what are the ranges of overall ratings an
0019
1   employee can receive?
2    A.   Unacceptable, good, excellent, or
3   distinguished.
4    Q.   And can you read the definition for what an
5   excellent rating is on P24?
6    A.   "Performance exceeded overall expectations;
7   exceeded most or some overall results while
8   maintaining effective relationships during the past
9   year; exceeded most or some goals; exceeded most or
10  some expectations related to cultural attributes
11  and/or leadership capabilities behaviors; contributed
12  substantially to the success of the
13  organization/unit."
14   Q.   So given that definition, shouldn't someone who
15  receives an exceeded in six out of nine categories
16  receive an excellent overall rating?
17   A.   Not necessarily.  If you read the "Good"
18  category as well --
19   Q.   Why don't you go ahead and read it.
20   A.   "Performance met overall expectations; achieved
21  all, most, or some expected overall results during the
22  year; met all, most, or some goals; met all, most, or
23  some expectations related to cultural attributes
24  and/or leadership capabilities.
0020
1    Q.   So it's possible that somebody that met all
2   goals could receive a good rating?
3    A.   Yes.  For example, if somebody had received

4  excellent or exceeds expectations in all areas, both
5  goals and cultural attributes, they may receive
6  anywhere between an excellent and a distinguished
7  performance rating.
8    Q.  So are you saying you have to receive an
9  exceeded in all the categories to receive an overall
10  rating of excellent?
11    A.  Can you repeat the question?
12    Q.  Are you suggesting that you need to receive a
13  rating of exceeded in all the goals and all the
14  competencies in order to qualify for the overall
15  rating of excellent?
16    A.  I am not certain that that is the exact
17  definition.  I am giving you an example of what an
18  excellent or distinguished performance would look
19  like.  And there is some subjectivity to each of the
20  categories.
21    Q.  So, who completed this evaluation for
22  Miss Farrell?
23    A.  Who actually wrote it?  The deployed manager is
24  Brian Martin and the functional manager is Debbie
0021
1  Brangman.
2    Q.  Did anybody else have any input into the
3  ratings on this evaluation?
4    A.  Yes.
5    Q.  Who?
6    A.  I had input, and there were four other 360
7  degree feedback inputs from Marybeth Farrell's
8  colleagues.
9    Q.  The 360 degree feedback, that would be from
10  peers?
11    A.  Yes.
12    Q.  And those would be suggestions or
13  recommendations?
14    A.  Yes.  Those were areas where the employee
15  excelled at their job, examples of where the employee
16  could have improved one's performance or done things
17  differently.
18    Q.  But those peers who were doing the 360 degree
19  feedback, I take it that's a separate form?
20    A.  Yes.
21    Q.  And their suggestions may or may not make it
22  into the performance evaluation?
23    A.  Correct.

24    Q.   And after all the ratings are done for the
0022
1    individual categories of goals and competencies, you
2    are telling us that the overall rating, there is some
3    discretion by the managers who have input into the
4    evaluation?
5    A.   That's correct.
6    Q.   So there was some discretion on Brian Martin's
7    part?
8    A.   And Debbie Brangman.
9    Q.   And --
10   A.   And human resources.
11   Q.   And on your part, too; is that correct?
12   A.   Yes.
13   Q.   So, human resources also had input into this?
14   A.   Yes.
15   Q.   And who would that have been in human
16   resources?
17   A.   That would have been -- I believe, at the time,
18   it was Debbie Kauffman.
19   Q.   And Debbie Kauffman, she does not report to
20   you?
21   A.   No.
22   Q.   How about Deborah Brangman, does she report to
23   you?
24   A.   No.
0023
1    Q.   How about Brian Martin?
2    A.   Brian Martin reported to me.
3    Q.   And is it fair to say that at the time
4    Miss Farrell received this review, she met or exceeded
5    expectations in all the areas of goals and
6    competencies?
7    A.   Yes.
8        MR. SANDLER:  Could you repeat that?
9        (The reporter read back as requested.)
10   BY  MR. LaROSA:
11   Q.   And is it fair to say that at the time she
12   received this evaluation, there were no concerns with
13   her performance?
14   A.   The overall evaluation section of the
15   performance review highlights a performance summary.
16   And in that section, there are areas that are
17   mentioned that Marybeth Farrell was given some
18   suggestions for improving or -- for improving her

19   performance.
20     Q.   Would you agree, as a very general principle,
21   nobody is perfect; would you agree with that
22   statement?
23     A.   Yes.
24     Q.   And would you agree that in any AstraZeneca
0024
1    performance evaluation, there is suggestions for
2    improvement of an employee's performance?
3      A.   Yes.
4      Q.   So it would not be unusual for Marybeth Farrell
5    to have been given suggestions for areas where she
6    could improve her performance?
7      A.   Correct.
8      Q.   And isn't it true that prior to May 5th, 2003,
9    Miss Farrell had never received any written
10   disciplinary action from AstraZeneca?
11     A.   Who do you mean by "written disciplinary
12   action"?
13     Q.   Anything including a written reprimand or a
14   performance improvement plan or anything of that
15   nature?
16     A.   There was no performance improvement plan prior
17   to May of 2003.
18     Q.   How about any written reprimands from
19   management in the Exanta team prior to May of 2003?
20     A.   Well, she was given this, which is suggestions
21   for improvement in her performance, areas to improve.
22     Q.   By "this," you are saying the evaluation?
23     A.   The evaluation.  Of which there are many areas
24   listed.  One is understanding better the therapeutic
0025
1    area and the clinical trials that she was working on;
2    working on increasing her strategic focus and
3    knowledge of the key brand and the brand messages;
4    third, she should expand her understanding of other
5    marketing disciplines, including areas where she
6    works, publications, the product development scientist
7    activities, and her product strategist roles; she
8    should consider courses in strategic planning,
9    leadership skills, and public speaking.  And those
10   were reviewed with Marybeth Farrell when she had her
11   performance evaluation.
12     Q.   And you told us there was no performance
13   improvement plan prior to May of 2003.  Isn't it true

B161

14   there was no action plan prior to May of 2003 as well?
15   A.   That's correct.
16   Q.   And is an action plan a step that's taken prior
17   to implementing a performance improvement plan?
18   A.   The action plan is a plan that is given to an
19   employee to improve performance, and it sometimes, but
20   not always, is followed by -- can or cannot be
21   followed by an improvement plan.
22   Q.   By "improvement plan," you mean a performance
23   improvement plan, a PIP?
24   A.   Yes.
0026
1   Q.   So if I say "PIP," you understand that means
2   performance improvement plan?
3   A.   Yes, I understand that.
4   Q.   If we are talking about the same area of
5   performance where there is room for improvement, the
6   PIP doesn't precede the action plan generally; is that
7   fair to say?
8   A.   I am sorry.  I don't understand your question.
9   Q.   You said that there can be an action plan, and
10   after the action plan, sometimes it can be an
11   escalation to a PIP?
12   A.   There can be.
13   Q.   But is it fair to say that normally the PIP
14   doesn't precede the action plan?  If both are being
15   undertaken, the action plan would precede the PIP?
16   A.   The action plan usually precedes the
17   performance improvement plan.
18   Q.   Isn't it true that prior to April of 2003,
19   Miss Farrell had never asked for sick leave during the
20   year that she had been a part of the Exanta team?
21   A.   I don't recall.  I believe that is correct,
22   although Marybeth did have a funeral leave sometime
23   early in the year 2003.
24   Q.   So, to the best of your recollection, aside
0027
1   from this funeral leave, she had no sick leave during
2   her first year with the Exanta team?
3   A.   Correct.
4   Q.   And isn't it true that on April 22nd, 2003,
5   Miss Farrell requested leave from you to seek medical
6   treatment?
7   A.   On or about that date, yes.
8   Q.   And that medical treatment was surgery to

9   remove three abdominal and uterine tumors; is that
10  your understanding?
11     A.  At the time, I did not know the reason for the
12  medical leave.
13     Q.  When did you learn the reason for the medical
14  leave?
15     A.  I learned the reason for the medical leave
16  prior to Marybeth going out on leave, and she told me
17  personally.
18     Q.  But you knew at the time she brought to your
19  attention that she needed to have surgery; is that
20  correct?
21     A.  Yes.
22     Q.  And you knew that it was non-elective surgery;
23  is that correct?
24     A.  I didn't know the nature of the surgery,
0028
1   whether it was elective or non-elective.
2      Q.  And the surgery was scheduled for May 9th,
3   2003; is that correct?
4      A.  To the best of my knowledge, yes.  Yes.
5      Q.  And did Miss Farrell tell you that her doctor
6   advised her she would require six weeks of bedrest
7   after the surgery?
8      A.  Yes.
9      Q.  And isn't it true that you told her that six
10  weeks is a long time?
11     A.  I, in speaking with Marybeth, when she told me
12  she was going to go out on medical leave and she said
13  that it could be up to six weeks, I was surprised and
14  concerned because Marybeth seemed to be a very healthy
15  person, and without knowing the nature of her illness,
16  I may have said, Oh, that's a long time, out of
17  concern.
18     Q.  Out of concern as a manager for the Exanta team
19  and needing to have that work done; correct?
20     A.  Out of concern as another human being for a
21  person who is seemingly healthy, that she would have
22  to be off of work for six weeks, and as a manager with
23  Exanta.
24     Q.  And you are saying that she was seemingly
0029
1   healthy, so are you suggesting that you didn't believe
2   her?
3      A.  I believed her.  I just was concerned.

4  Q.  Did you also ask her if she would be out the
5  entire six weeks?
6  A.  We talked about possible scenarios for the time
7  that she would be off.  She wasn't sure it was going
8  to be six weeks but could be up to six weeks.  That
9  was entirely her and her physician and the health --
10  our health department's call.
11  Q.  What do you mean, "It was our health
12  department's call"?
13  A.  When an employee goes off on medical leave,
14  their leave is apparently reviewed with our physician
15  and approved.
16  Q.  And Miss Farrell eventually was approved for
17  the FMLA leave?
18  A.  Yes.
19  Q.  And she completed the proper paperwork for the
20  FMLA leave?
21  A.  Yes.  As far as I know.
22  Q.  On April 28th, 2003, you and Susan Broadway
23  expressed concerns to Miss Farrell about her
24  performance regarding projects in 2002; is that
0030
1  correct?
2  A.  I am not sure it was just performance in 2002
3  but rather 2003.
4  Q.  You think it was just with projects in 2003?
5  A.  Yes.
6  Q.  What, specifically, did you express concern to
7  her about at that time?
8  A.  That the -- a very important meeting that
9  Marybeth was responsible for planning had to be
10  cancelled at the last minute because the invitation
11  process and the meeting process had not been followed,
12  and it was brought to my attention that we were going
13  to have to cancel this meeting at the last minute;
14  that the 2003 plans for other meetings, what were
15  called advisory boards, that those plans were delayed
16  and not -- the planning was behind the time lines.
17  Q.  Anything else?
18  A.  That Marybeth was having difficulty working
19  with our vendor partner, called Discovery
20  International, and that Marybeth was using excessive
21  e-mails with our physicians and our co-workers to
22  complete the work that was to be done.
23  Q.  The first thing you told us about was a meeting

24  on advisory board that might have to be cancelled.
0031
1          Can you tell us what advisory board you
2   are referring to?
3   A.  It was a cardiology advisory board.  It was
4   scheduled to take place in April.
5   Q.  2003?
6   A.  Of 2003.  And in the beginning of two -- and in
7   January and February, when it should have been
8   planned, apparently, Marybeth was having difficulty
9   planning the meeting, and we found out, in March, that
10  the meeting would have to be cancelled because we did
11  not -- she did not give enough lead time to send the
12  invitations out to the physicians that were to be
13  invited.
14  Q.  Do you remember where this advisory board was
15  to take place?
16  A.  I don't recall.
17  Q.  And sending out the invitations to the
18  physicians, that was a function that was to be taken
19  care of by Brian Martin?
20  A.  No.  That was Marybeth's responsibility with
21  Discovery International.
22  Q.  The second thing you told us about was an
23  advisory board that was being delayed.
24          Do you remember, was that another
0032
1   cardiology advisory board?
2   A.  There was a plan -- every year, we have a plan
3   that outlines the advisory boards that will take place
4   during the course of the year, and there are many of
5   them by specialty, cardiology, hematology, coagulation
6   clinic specialists, pharmacy, primary care, etcetera.
7   Q.  Do you remember which specialty this delayed
8   advisory board consisted of?
9   A.  The whole plan, the plan was delayed.  We
10  needed the plan for all of the meetings, and that was
11  not done in time.
12  Q.  For 2004 or for 2003?
13  A.  2003, which was Marybeth's responsibility.
14  Q.  What was the difficulty working with Discovery
15  International, as you understood it, at that time?
16  A.  As I understood it at the time, Marybeth was
17  not providing clear direction to the agency.  She
18  would send confusing and conflicting e-mail messages.

19  She would delay in getting responses back to them and
20  not provide answers to questions that they had in
21  order for them to conduct the business.  She was not
22  clear in the amount of money that she was spending.
23       She was not able to keep track of nor did
24  she have an understanding of the hours that she was
0033
1  asking the agency to work in order to complete the
2  work.  She would make last minute requests.  She would
3  schedule teleconferences and not be on them.  She
4  would be on teleconferences with thought leaders and
5  she would not manage the calls.  She -- that's it.
6  That's off the top of my head.
7   Q.  And as far as the budget, she wasn't
8  responsible for setting her budget; is that correct?
9   A.  Yes.  She was responsible for managing her
10  budget, yes.
11   Q.  I am talking about determining --
12   A.  Determining the level?
13   Q.  How much she would have to spend?
14   A.  No, that's correct.  How much she had to spend
15  was determined usually by the management of the brand
16  team and the brand team would give the PREP area a
17  certain amount of dollars, and from that dollar
18  amount, each of the PREP managers would devise their
19  plan, and that team, led by Susan Broadway, would
20  determine how much money each of the PREP managers
21  would have to spend.
22   Q.  Well, the fourth thing you talked about was
23  excessive e-mails to, I think you said to get her work
24  done.
0034
1       Can you explain what that means to use
2  excessive e-mails to get your work done?
3   A.  Yes.  We frequently, when we work in -- at the
4  time, in the capacity, do need to use voice mail,
5  e-mail, face-to-face meetings, and our clinical group,
6  which included three physicians, were the study leads
7  for our clinical trials.
8       Marybeth Farrell needed to act -- interact
9  with all of them in order to line up their work and
10  plan their participation in the advisory boards.
11       The one clinician in particular had come
12  to me and said that it was very difficult working with
13  the PREP managers because there were a lot of

14   confusing, long string e-mails, and this particular
15   clinician could not keep track of all of it and needed
16   more concise, direct instruction.
17   Q.   And that person did not name Marybeth Farrell
18   specifically; correct?
19   A.   That person -- I don't recall.  However,
20   Marybeth Farrell was the PREP manager in charge of the
21   advisory board meetings, so I assumed that she was
22   referring to Marybeth.  That was Marybeth's
23   responsibility.
24   Q.   Did Marybeth have these same responsibilities
0035
1   for planning advisory boards and making the annual
2   plan for the advisory boards, did she have those same
3   responsibilities in 2002?
4   A.   In 2002, Marybeth Farrell was employed under my
5   employment for seven months.  She was under my direct
6   supervision for three of those seven months.  And
7   during that time, Marybeth Farrell was, essentially,
8   learning, on the job, the product information, reading
9   sales -- reading -- excuse me, reading binders,
10   product binders, clinical study information.  So, much
11   of Marybeth Farrell's work in 2002 entailed training
12   and learning of the -- the product -- the clinical
13   trials, and Marybeth Farrell also was responsible for
14   an advisory board meeting that did take place in
15   December.
16   Q.   So she planned an advisory board meeting that
17   took place in December of 2002?
18   A.   Yes.
19   Q.   And these types of concerns that you had in
20   April of 2003, were not expressed on her evaluation
21   for 2002; is that correct?
22   A.   That's incorrect.  In the evaluation and
23   performance summary of her performance review, I
24   mentioned that Marybeth needed to expand her
0036
1   understanding of the therapeutic area and the clinical
2   trial data.  I -- it was explained that Marybeth
3   needed to increase her strategic focus and knowledge
4   of the brand messages; that she needed to understand
5   other marketing disciplines where she was working,
6   publications, the product development scientists, and
7   the strategist roles; and she needed courses in
8   strategic planning, leadership skills, and public

9   speaking.
10   Q.   But everything you have just read to us doesn't
11   sound like it's talking about planning and advisory
12   board meeting; is that accurate?
13   A.   These are some of the activities that go into
14   planning an advisory board meeting.  She is the
15   interface and a contact with many of our investigators
16   and our customers, and she needs to understand the
17   therapeutic area and the clinical trial data when she
18   is talking with these customers.  Somebody that is
19   planning advisory boards needs to understand the
20   strategic focus and the direction that the brand is
21   going.  Someone that is planning advisory boards needs
22   to have a speaking and a working level knowledge of
23   the publications that are being referred to.
24        So, much of the content and the discussion
0037
1   that goes into planning and executing an advisory
2   board are included in these particular competencies
3   that are mentioned here in the appraisal, in the
4   review.
5        But, specifically, Did you accurately or
6   successfully conduct one advisory board meeting in
7   December in Chicago in 2002?, that is not here.  But
8   the competencies that are needed to do that are in
9   here.
10   Q.   And based on these issues that you were
11   bringing to her attention on April 28th of 2003, isn't
12   it true that you advised Miss Farrell that you were
13   not sure if you would retain her in 2004?
14   A.   That's untrue.
15   Q.   What did you say about the prospects of
16   retaining her in 2004?
17   A.   I didn't say anything about retaining or not
18   retaining her.
19   Q.   In April of 2003, after you expressed these
20   concerns, you and Miss Broadway expressed these
21   concerns, did you tell Miss Farrell there was a lot of
22   work to be done?
23   A.   In the year of 2003, that there was a lot of
24   work to be done?
0038
1   Q.   Did you make that type of a statement or do you
2   recall anyone making that type of statement in April
3   of 2003?

4    A.  I don't recall specifically, but that was true.
5    There was a lot of work to be done.
6        MR. SANDLER:  The question was:  Did you
7    recall making the statement?
8        THE WITNESS:  Did I make the statement?
9        MR. SANDLER:  Right.
10       THE WITNESS:  No.  I don't recall making
11   that statement.
12   BY MR. LaROSA:
13   Q.  Do you recall if Miss Broadway made that
14   statement to Miss Farrell?
15   A.  I don't recall.
16   Q.  Do you recall if Miss Broadway, in April of
17   2003, asked Miss Farrell if she could return any
18   earlier than six weeks?
19   A.  I don't recall that, no.
20   Q.  At this April 28th, 2003, meeting, you went
21   over the four different areas of concern you had with
22   Miss Farrell.
23       Do you recall anything that Miss Broadway
24   said at that meeting?
0039
1    A.  I don't recall specifically what she had said.
2    Q.  Do you recall generally any concerns she
3    expressed or were they the same concerns that you had?
4    A.  The same concerns.
5    Q.  Is it true that on April 29th, 2003,
6    Miss Farrell was given the assignment of developing
7    transition plans for her colleagues to use to manage
8    her programs while she was out?
9    A.  I am not certain that's the exact date that she
10   was given that assignment, but she was given the
11   assignment to provide transition plans for her work
12   while she was out.
13   Q.  Was that assignment given to her by
14   Miss Broadway?
15   A.  Yes.
16   Q.  Was Miss Farrell given the assignment of
17   creating a profile on over 50 physicians before she
18   went out on leave?
19   A.  Miss -- it would not -- the profiles of the
20   physicians or customers that Marybeth Farrell was
21   working with were included in a computerized program
22   that we have called Viewpoint.  And for the PREP
23   managers that would need to do the work that Marybeth

B169

24   was not going to be there to do, it would be helpful
0040
1   for a PREP manager to have some information, profiled
2   information about the key customers.
3     Q.  Are you saying that information was contained
4   in a database as part of a program called Viewpoint?
5     A.  Yes.
6     Q.  So that information was already --
7     A.  That information was readily available, and
8   Marybeth should have, at that time, been able to
9   access that information easily as well as supplement
10   it with her own information having been on the brand
11   for, at that time, almost a year and working
12   specifically with those customers.
13     Q.  Well, it sounds like we are talking about two
14   different things.  One would be passing on information
15   that's already contained in a database and the other
16   thing you said was supplement this database
17   information; in other words, she would have some input
18   into updating these profiles?
19     A.  Mm-hmm.
20     Q.  So was that -- was it the nature of it that she
21   was --
22     A.  I didn't make the request.  I don't know
23   specifically what -- how much -- what the extent of
24   the profiling was; however, the key customers were
0041
1   included in Viewpoint and Marybeth had a very --
2   should have had a very easily readily available
3   recollection of working with those key customers.
4     Q.  So that she would be able to create new
5   profiles for them?
6     A.  Not new, updated profiles.  She should have
7   been using Viewpoint all along to update the profiles.
8   The system was made so that the PREP managers and
9   others that interacted with the customers could update
10   the profile information.  And for a PREP manager that
11   is taking on the responsibilities that Marybeth would
12   be leaving them, it would be helpful to have the key
13   customer information.
14     Q.  And is this something that a PREP manager could
15   do with the assistance of secretarial support?
16     A.  A PREP manager should be able to do it by
17   themselves.  They wouldn't need secretarial support
18   for that.

19   Q.  Is this something that other PREP managers have
20   used the assistance of an outside research agency to
21   do?
22   A.  Not that I can recall, no.  That's not how the
23   system is set up.  Actually, it's a confidential
24   system that we would not use outside of AstraZeneca
0042
1    employees, specifically PREP managers or product
2    development scientists that work with that database.
3    I don't know of any secretaries or administrative
4    coordinators that use -- that fill in information in
5    Viewpoint.  Nor do outside vendors use it.  They don't
6    have access to it.
7    Q.  So is it your testimony that no PREP managers
8    have ever used the assistance of a secretary to update
9    physician profiles in Viewpoint?
10   A.  I don't know of any.
11   Q.  But it's possible that another PREP manager
12   could use secretarial assistance to update a physician
13   profile?
14   A.  I am not even sure if it is possible.
15   Q.  Why would it be impossible?
16   A.  Because the database may be password protected
17   in order to get in and you would have to give somebody
18   your password in order to get onto the system.
19   Q.  Isn't it true that Miss Broadway never gave
20   this assignment of updating physician profiles to
21   anyone else before April of 2003?
22   A.  I don't recall Susan giving that direction to
23   anyone; however, she could have because the PREP
24   managers and the product development scientists need
0043
1    to keep the databases up-to-date.  And the system was
2    set up so that when we work with key customers, there
3    are fields to fill in information so that we can keep
4    the database up-to-date.  And Susan may have given
5    instruction to her whole team to give -- to update
6    Viewpoint database.
7         MR. SANDLER:  Just to clarify.  I thought
8    your question said did she ever give any assignments
9    like that before April 1?
10        MR. LaROSA:  April of 2003.
11        MR. SANDLER:  And she wasn't --
12        THE WITNESS:  I don't know.
13        MR. SANDLER:  That's when she was

14  promoted, wasn't she?  So she couldn't have given

15  those assignments, or am I wrong about that?

16       MR. LaROSA:  No.  April of -- May of 2002,

17  I believe, is when --

18       MR. SANDLER:  Okay.  You said three.  I am

19  sorry.

20  BY MR. LaROSA:

21    Q.  Who placed Miss Farrell on a short-term

22  improvement plan?  Was that you?  Susan Broadway?  Or

23  both of you?

24    A.  Susan Broadway.

0044

1    Q.  Is the short-term improvement plan the same

2  thing as an action plan?

3    A.  I believe so.

4       MR. SANDLER:  John, I am sorry to

5  interrupt you.

6       MR. LaROSA:  Can we go off the record?

7       (Discussion off the record.)

8  BY MR. LaROSA:

9    Q.  Miss Broadway placed Miss Farrell on this

10  short-term improvement plan just three days before

11  Miss Farrell was scheduled to go out on FMLA leave; is

12  that correct?

13    A.  I am not sure of the exact dates that Marybeth

14  went out on the plan.  I believe it was May 8th.

15       MR. SANDLER:  You mean went out on leave?

16       THE WITNESS:  Leave, excuse me.  And I do

17  not have the exact date of the action plan.  I would

18  have to check.

19  BY MR. LaROSA:

20    Q.  Well, if I suggested to you that Miss Broadway

21  gave Miss Farrell the short-term improvement plan on

22  May 6th, 2003, that would have been two days before

23  she went out on FMLA leave?

24       MR. SANDLER:  Objection to the

0045

1  characterization of that, quote, plan.  I think that

2  what -- if we are talking about the, what you were

3  referring to before as the PIP, that's not the right

4  date.

5       MR. LaROSA:  No.  We are not talking about

6  the PIP.  I am talking about what has been called the

7  short-term improvement plan or the action plan.

8       MR. SANDLER:  Well, all right, then, if

B172

9  you are talking about the action -- the action plan?
10        MR. LaROSA:  Yes.
11        MR. SANDLER:  Well, I would object to that
12  -- I mean, if you are saying that that's the date, I
13  would essentially disagree with that, the action plan.
14  BY MR. LaROSA:
15    Q.  So, for your purposes --
16        MR. SANDLER:  Her recollection, that's a
17  different --
18  BY MR. LaROSA:
19    Q.  He is allowed to make an objection for the
20  record as a way to bookmark the record here that an
21  objection was made and you are allowed to answer the
22  question.
23        If it turns out in this case that
24  Miss Broadway placed Miss Farrell on a short-term
0046
1  improvement plan or action plan on May 6th, 2003, and
2  your recollection is that Miss Farrell went out for
3  FMLA leave in May of 2003, isn't it accurate to say
4  that the action plan that Miss Broadway placed her on
5  preceded her FMLA leave by only two or three days?
6        MR. SANDLER:  Objection to that
7  characterization.  First you said short-term
8  improvement plan and action plan and then you said
9  just action plan.
10        MR. LaROSA:  Well, she's testified that
11  she believes that the short-term improvement plan is
12  the same thing as the action plan.
13        MR. BOGAN:  No, she didn't.
14  BY MR. LaROSA:
15    Q.  I asked you earlier, "Is this short-term
16  improvement plan the same thing as an action plan"?
17  And you said, "I believe so."  We can go back and
18  check in the record.
19    A.  It is an action plan.  I am not sure if it's
20  called short-term improvement plan.  I am not sure.
21    Q.  So you are not familiar with the term
22  "short-term improvement plan"?
23    A.  Correct.
24    Q.  So why don't we just use the term "action
0047
1  plan."
2        Are you familiar with that term?
3    A.  Yes.

B173

4    Q.  So, my question still is:  If the record shows
5    that Miss Broadway placed Miss Farrell on an action
6    plan on May 6th, 2003, and your recollection, you have
7    testified, is that Miss Farrell was scheduled to go
8    out on FMLA leave on May 8th of 2003, doesn't that
9    mean that she was placed on an action plan just two
10   days before she went out on FMLA leave?
11        MR. SANDLER:  Objection to the
12   characterization.  I mean, if that's her -- if she
13   thinks the action plan was two days before, that's one
14   thing, but I don't think she said that.
15        MR. LaROSA:  You can answer the question.
16        THE WITNESS:  I don't know the date that
17   Susan gave Marybeth the action plan.
18   BY MR. LaROSA:
19   Q.  But you remember that the action plan came
20   before Miss Farrell went out on FMLA leave; is that
21   correct?  Sheldon is shaking his head no, but you need
22   to answer from your own recollection.
23   A.  I am uncomfortable answering unless I know the
24   dates.
0048
1    Q.  But let's put --
2    A.  I would prefer to know the dates.
3    Q.  Well, I have told you that the record will show
4    that the date of the action plan was May 6th, 2003.
5        MR. SANDLER:  Well, we disagree with that.
6    What the record will show is that there was a
7    transition when she was going out on leave.  The
8    action plan was not until, I believe, August.
9        MR. LaROSA:  Okay.  Well, let's --
10        MR. SANDLER:  If you want to show her the
11   date of the action plan or show her what you are
12   referring to as a document, maybe she can testify.
13   BY MR. LaROSA:
14   Q.  Well, let's do it this way.  Let's put the
15   dates aside.
16        Isn't it your recollection that the action
17   plan preceded Miss Farrell's FMLA leave?
18   A.  I am not sure.
19   Q.  And you understand I am not asking you for
20   specific dates now or to agree with my dates.  I am
21   just asking you for the sequence of events.
22        Are you testifying you don't recall the
23   sequence of events in terms of when the action plan

B174

24   started and when Miss Farrell's FMLA leave started?
0049
1    A.  I know the dates when Miss Farrell's FMLA leave
2    started.  I know that she was asked to provide a
3    transition plan or a work plan for other employees.  I
4    am not certain of the date that Susan gave Marybeth
5    the very first -- the action plan.
6    Q.  And I am telling you I am not asking for that
7    date.  I am just asking:  Do you recall if the time
8    period when Susan gave Miss Farrell that very first
9    action plan, do you recall if that was before or after
10   the FMLA leave?
11   A.  I don't recall.
12   Q.  Do you recall, in terms of the content of this
13   first action plan, do you recall what areas of
14   Miss Farrell's performance needed improvement at that
15   time?
16   A.  I believe it was the areas that were mentioned
17   in her performance evaluation, which was a greater
18   understanding of the therapeutic area and clinical
19   trials, a greater understanding of the strategic focus
20   of the brand and the key messages, budget management.
21   Q.  Can you recall anything else at this time?
22   A.  I don't recall.
23   Q.  You have talked a lot about looking at this
24   AstraZeneca Performance Evaluation, which, eventually,
0050
1    I would like to have marked as Deposition Exhibit 1.
2    You have talked a lot about page 6, the overall
3    evaluation and the suggestions where Miss Farrell
4    could improve.  And now you have told us about some
5    other areas of -- or some areas of performance that
6    needed improvement as of May of 2003, including budget
7    management and this greater understanding.
8        Are those things that are reflected in the
9    goals under the AstraZeneca performance evaluation?
10   A.  I don't understand your question.
11   Q.  Well, let's start with budget management.
12       Is budget management covered at all in the
13   goals --
14   A.  This document --
15   Q.  -- of the evaluation?
16   A.  -- is a review of seven months of
17   Miss Farrell's performance in 2002.  These are not her
18   goals for 2003.  This is only her performance for

19  seven months in 2002.
20    Q.  I am not asking you about the timing of these
21  different categories of performance, and I understand
22  that this is supposed to reflect 2002, what she did in
23  2002, versus these problem areas in 2003.
24    A.  Right.
0051
1    Q.  I am just asking:  Are the same types of
2  categories reflected in the evaluation form itself?
3    A.  Well, the categories for 2003 could be
4  different and the goals for 2003 could have been
5  different than in 2002.  The areas that would remain
6  the same, because the form was the same in 2002 as
7  2003, would have been the cultural attributes or the
8  core competencies, but the individual goals could have
9  been different based upon Marybeth's objectives in
10  2003.
11        Marybeth's objectives in 2002 were to
12  support the launch with advisory boards, to
13  standardize the procedure for advisory boards and
14  consultancy meetings, to develop and execute
15  activities for Afib at national conventions, and to
16  communicate the results of key clinical trials of
17  investigators.  Her personal goals were to enhance her
18  knowledge of med. ed. guidelines and policies and gain
19  in-depth knowledge on hemostasis.  Those were her
20  goals in 2002.  I would have to see an objectives
21  document for 2003 in order to answer your question
22  correctly.
23    Q.  And without seeing that, you assumed that there
24  are different areas of performance for 2002 and 2003?
0052
1    A.  Am I saying that they are different?
2    Q.  Yes.
3    A.  They could be.
4    Q.  On May 7th, 2003, shortly before Miss Farrell
5  was to go out on FMLA leave, was, according to your
6  testimony, that would have been the day before she
7  went out on FMLA leave, isn't it true that you made a
8  comment to her to the effect of, Don't worry,
9  Marybeth, your job will be here when you get back,
10  really?
11    A.  Marybeth was in the office on the -- one of the
12  days leading up to her leave.  I was leaving for the
13  day and I stopped into her office to see how she was

B176

14  doing.  Marybeth explained to me what kind of surgery
15  she was having and that she was quite upset.  And I
16  said to her, out of concern, that, "Don't worry about
17  the job, focus on getting better, on healing, on doing
18  what she needed to do in order to be healthy, and not
19  to worry about her work or the product or any of her
20  responsibilities because we would take care of it
21  while she was gone and she needed to focus her
22  energies on her recovery."
23          I wanted to reassure her, at the time
24  before she left, that we would be fine, "we" being
0053
1  Exanta and the team.
2  Q.  And that was your message to her approximately
3  a day before she went out for surgery?
4  A.  Yes.
5  Q.  And isn't that inconsistent with the message
6  that you and Miss Broadway had for her in April of
7  2003, when the action plan was being initiated?
8          MR. SANDLER:  Objection to the
9  characterization that the action plan was being
10  initiated then.  You can answer it.
11          MR. LaROSA:  That's a good objection, so
12  let me rephrase my question.
13  BY MR. LaROSA:
14  Q.  Isn't that inconsistent with the message that
15  you and Miss Broadway were giving to Miss Farrell in
16  April of 2003, when you expressed concern with these
17  various areas of performance for 2003?
18  A.  The discussion that Susan and I -- and I also
19  had with Marybeth, in April, about her performance,
20  had nothing to do with whether she would or would not
21  go out on leave.  The concern I expressed with
22  Marybeth before she left was concern for her health.
23  Q.  And from what you have told us here, you are
24  saying that -- is it fair to say what you told her a
0054
1  day before she went out on surgery -- out on FMLA
2  leave for surgery was that her health should be her
3  priority?
4  A.  Absolutely.
5  Q.  And that wasn't what her priority should have
6  been in April of 2003, when you were expressing these
7  other concerns about areas of performance; correct?
8  A.  In April of 2003, during the normal day-to-day

9    and during -- Marybeth and I had a one-on-one meeting
10    in April and I told Marybeth that her performance
11    needed to improve and she needed to meet the
12    requirements of a PREP manager, and the discussion
13    that we had, Susan Broadway and I had with Marybeth,
14    had nothing to do with -- it had to do with her
15    performance from January through April and May of
16    2003.
17          During that period of time, an advisory
18    board had to be cancelled, her advisory board plans
19    for the year had been delayed, and her performance was
20    not -- not meeting the expectations that we had had
21    for her. And that was the course of that -- those
22    discussions.
23          The interaction I had with Marybeth before
24    she went out on leave was focused on Marybeth's health
0055
1    and why she was going out on leave.
2    Q. And after her surgery, Miss Farrell attempted
3    to work at home in May of 2003; is that correct?
4    A. Marybeth, while she was on leave, called me to
5    tell me, several days after the surgery, that it went
6    fine. And then she subsequently called me and asked
7    if she could do -- she offered to do some work from
8    home, and I told her that that would not be necessary,
9    that we could not ask her to do any work while she was
10    off on leave, but Marybeth said she was bored and she
11    wanted to do some work. She offered to help. And I
12    declined the offer nicely.
13    Q. And Miss Farrell returned to AstraZeneca to
14    work part time during the fourth week of her recovery;
15    is that correct?
16    A. Marybeth -- I believe Marybeth returned to work
17    in June, mid June.
18    Q. The first time she returned to work, it was to
19    try and work part time; right? Not full days?
20    A. That's what I understand, yes.
21    Q. And you understand that that was at a time
22    period prior to the six weeks?
23    A. That was Marybeth's decision to do that.
24    Q. But I am not asking whose decision it was. I
0056
1    am asking you: Was it prior to the six weeks and --
2    A. I would need to check the dates, but I believe
3    it was prior to the six weeks, based upon Marybeth's

B178

4  discretion, as well as her physician, to release her
5  to be back at work.
6      Q.  And when she does first return, she worked
7  two-and-a-half days in her office at AstraZeneca?
8      A.  Yes.
9      Q.  And after the two-and-a-half days in her
10  office, she was unable to work part time and remained
11  out of the office for the rest of the six-week
12  recovery period; is that correct?
13     A.  That's my understanding.
14     Q.  Did you understand that Miss Farrell developed
15  lower back muscle spasms from sitting upright in her
16  office chair during the recommended bedrest period?
17     A.  I did not know that, no.  She did not make me
18  aware of that.
19     Q.  Were you aware that she developed pinched
20  nerves in her right leg from sitting upright in her
21  chair during the recommended bedrest period?
22     A.  I did not know that, no.  She did not make us
23  aware of that -- me aware of that.
24     Q.  Did you know that Miss Farrell has damaged L4
0057
1  and L5 vertebrae and persisting back spasms, pinched
2  nerves, and tingling and numbness in her right leg,
3  foot, and arm now?
4      A.  I did not know that.  She did not make me aware
5  of that, no.
6      Q.  In July of 2003, Miss Broadway gave
7  Miss Farrell a midyear review for her performance; is
8  that correct?
9      A.  That would be standard procedure.  I don't know
10  the exact date.
11     Q.  But you recall she was given a midyear review
12  after coming back from surgery?
13     A.  I am not certain.
14     Q.  You don't recall if she got any midyear review
15  for 2003?
16     A.  I believe she did.  I just don't know the date.
17     Q.  And her 2003 midyear review was a negative
18  review; is that correct?
19     A.  I don't recall.
20     Q.  Do you recall her performance improving after
21  she returned from FMLA leave?
22     A.  I recall that Marybeth's performance was
23  sporadic.  She would make attempts to -- she would try

B179

24  to improve and provide documentation of that
0058
1  improvement, and I was also made aware that her
2  attitude was becoming increasingly negative.
3      Q.  And prior to this time, you had never had
4  experience with Miss Farrell having a negative
5  attitude at work; is that correct?
6      A.  Well, I had had a discussion with Marybeth in
7  April, and Marybeth was inquiring as to why she did
8  not receive the promotion that Susan Broadway
9  received.  And I told Marybeth that she needed to
10  demonstrate that she could perform at the level that
11  she was at before she'd be considered for a promotion
12  and that she currently wasn't working at that
13  capacity.  And Marybeth was surprised and subsequently
14  sent a note, an e-mail stating that she thought that
15  that was an inaccurate characterization -- or
16  inaccurate, and Marybeth frequently blamed other team
17  members for her lack of performance.
18          So, I would say that is negative, and, so,
19  I saw negative behaviors before she went out on leave
20  as well as when she returned.
21      Q.  And this negative attitude that you saw in her
22  before she went out on FMLA leave, can you show me
23  where that's reflected in her 2002 evaluation?
24      A.  It wasn't in her 2002 evaluation.  It was her
0059
1  performance in 2003.
2      Q.  So her attitude was not a problem in 2002?
3      A.  No.
4      Q.  And this issue of her blaming other people for
5  her problems with her performance, that was not an
6  issue in 2002; is that correct?
7      A.  Well, there was an advisory board meeting that
8  Marybeth was responsible for in December in Chicago
9  and the meeting was very loosely managed.  And I
10  debriefed after the meeting with Marybeth and with
11  Brian Martin, her supervisor, and with Discovery
12  International, the vendor company, and with Brian
13  Katona, our scientist, that I wanted to see the
14  advisory boards run in a tighter, better fashion and
15  that they be more structured and that we prepare the
16  meetings and our presenters in a better way.  And
17  Marybeth took copious notes, and I had asked Marybeth
18  to develop a template for how -- for running advisory

19  boards so that she would learn how the meetings were
20  to be run.
21          And when I would -- when I expressed my
22  dissatisfaction with that meeting, Marybeth never
23  said, Yes, I am accountable for that. It was usually
24  somebody else's fault. And I, at the time, determined
0060
 1  that she was inexperienced, she was still learning,
 2  she needed more coaching and more direction, and, so,
 3  I gave her the benefit of the doubt.
 4  Q.  And that meeting was in 2002?
 5  A.  Yes, in December.
 6  Q.  And your message in that meeting is not
 7  reflected in the performance evaluation for 2002; is
 8  that correct?
 9  A.  It's reflected in the overall evaluation
10  comments to the extent that she needed to have a
11  better understanding of the function of the PREP role
12  and the different marketing disciplines.
13  Q.  Are you reading from the overall evaluation on
14  page 6?
15  A.  Yeah.
16  Q.  Can you point out where you are reading?
17  A.  Third paragraph, "Work to increase her
18  strategic focus and knowledge of the key brand
19  messages. As a key function of the PREP role, she
20  should expand her understanding of other marketing
21  disciplines."
22  Q.  But you are not talking about a negative
23  attitude in the overall evaluation?
24  A.  No. No.
0061
 1  Q.  And you are not talking about her blaming
 2  others for her responsibilities there?
 3  A.  No, I am not. It was the -- it was -- that
 4  particular meeting took place in December. It was one
 5  of the first, if not the first meeting that Marybeth
 6  Farrell was responsible for, and this was written
 7  prior to the December advisory board meeting.
 8  Q.  So these evaluations are written prior to the
 9  end of the year?
10  A.  Most of the evaluations are -- the evaluation
11  process begins in the end of the year, October,
12  November. During that time, the 360 degree feedback
13  is obtained and usually the performance evaluations

14  are completed before the end of the year, before
15  people go out on break or leave.
16   Q.  And when are the evaluations usually shared
17  with the employee?
18   A.  Anywhere from -- anywhere within the first
19  quarter of the year, depending upon the schedule of
20  the deployed manager and the functional manager.  So,
21  for instance, with my direct reports, as well as my
22  own, the evaluations were shared in February and
23  March.
24   Q.  In July of 2003, you told Miss Farrell she
0062
1  would not be promoted to Band V; is that correct?
2   A.  I told Marybeth in April that she would not be
3  promoted until she demonstrated that she could do her
4  job at the current level she was responsible for.
5   Q.  Was that in late April of 2003?
6   A.  No.  That was in early April.  I believe it was
7  April 7th, 14th, somewhere in there.  It was on the
8  same date, again, that we announced Susan Broadway's
9  promotion.
10        MR. SANDLER:  Do you need to take a break
11  or anything?
12        MR. LaROSA:  We can take a break.  Do you
13  want to take five minutes?
14        (Recess taken.)
15        (Hellen Exhibit No. 1 was marked for
16  identification.)
17  BY MR. LaROSA:
18   Q.  Who told Miss Farrell she would not be promoted
19  to a Band V role?  Anyone other than yourself?
20   A.  I believe that Debbie Brangman, her functional
21  manager, had also told her that she would not,
22  although I was not in that meeting.
23   Q.  Do you remember when that was, approximately?
24   A.  I do not.
0063
1   Q.  In terms of the sequence of events, do you
2  think it was somewhere in the summer of 2003?
3   A.  No.  I think it was earlier than that.  As part
4  of the performance review, one of the discussions that
5  the functional manager, Debbie Brangman, usually has
6  with the deployed management, that being Brian Martin
7  and myself, would be, Would this person be a candidate
8  for a promotion?

9       And I told Debbie Brangman, in December
10  and in January, that Marybeth, I had some concerns
11  about her performance and that I would be
12  uncomfortable promoting her to a Band V, that it would
13  send the wrong message to the team.  And I am not
14  certain that Debbie Brangman told Marybeth that when
15  she had her performance review with Marybeth in March.
16  Q.  Of 2003?
17  A.  Of 2003.  But I had discussions with Debbie
18  Brangman to that effect.  I had discussions with Brian
19  Martin to that effect.  And I also had discussions
20  with Debbie Kauffman, the H.R. representative, to that
21  effect in the first quarter of 2003.
22  Q.  Who had introduced Miss Farrell's name as a
23  possible candidate for a promotion?
24  A.  Miss Farrell.
0064
1   Q.  Is it true that Debbie Brangman told
2   Miss Farrell she did not get the promotion because of,
3   quote, performance reasons?
4   A.  I was not there at that meeting.  I would say
5   that would be accurate.
6   Q.  An action plan is a form of disciplinary action
7   at AstraZeneca; is that correct?
8   A.  No.  That's not correct.
9   Q.  Can you describe what an action plan is?
10  A.  I don't have the exact definition; however, an
11  action plan is a plan that addresses certain specific
12  performance deficiencies that an employee may have,
13  and it is usually given to an employee with very
14  precise time lines and specific areas of development.
15  And it's, in speaking with human resources, it's
16  something that we do with employees, and many
17  employees do fine, they go through the action plan,
18  they meet the objectives within the time line and
19  improve, and that's the end of the action plan.
20      They are not disciplinary plans.  They are
21  improvement plans.
22  Q.  If they don't meet the objectives of the action
23  plan, is a possible outcome that an employee can be
24  terminated as a result?
0065
1   A.  I am not certain if that is one of the
2   outcomes.  It's my understanding that employees then
3   go on to a performance improvement plan, and if those

B183

4   criteria are not met, then the employee is generally
5   terminated.
6   Q.  On August 18th, 2003, you placed Miss Farrell
7   on an action plan; is that correct?
8   A.  I would have to check the dates.  I am not
9   certain of the dates.
10  Q.  Do you believe it was in August of 2003?
11  A.  It was in that time period.
12  Q.  And by "in that time period," you mean in that
13  month, in that quarter, in that year?
14  A.  In that year, in that quarter, and I am not
15  certain about the month.
16  Q.  The action plan Miss Farrell was placed on
17  contained criticism of Miss Farrell's performance in
18  the area of understanding the critical data; is that
19  correct?
20  A.  Yes.  I understand that's correct, yes.
21  Q.  What does that mean "understanding the critical
22  data"?
23  A.  There are pivotal trials that are conducted in
24  order to establish a drug safety and efficacy.  In the
0066
1   case of Exanta, there were five pivotal trials and
2   three indications.  And that is what is called
3   critical data.  It's the data that establishes the
4   drug.  And Marybeth needed to have an understanding of
5   those protocols and those trials, the data and the
6   outcomes of the trial, and the safety information in
7   order to effectively conduct her job.  That would be
8   standard for any PREP manager.
9   Q.  And is understanding the critical data an area
10  of performance that is covered in a PREP manager's
11  annual evaluation?
12  A.  It could be.
13  Q.  Was that covered in Miss Farrell's annual
14  evaluation for 2002?
15  A.  Yes.
16  Q.  Where is that?
17  A.  In the personal development goals, Marybeth
18  has, as a goal, to gain in-depth knowledge on
19  hemostasis, and one of those areas was complete
20  Education Days, which is a program that we designed to
21  educate the organization about Exanta, and the second
22  was completed reviews of Exanta background binders,
23  clinical trial reports, abstracts and education

24  materials.  And Marybeth, at that time, met that
0067
1  particular goal in 2002.
2    Q.  She met expectations in 2002 for that goal?
3    A.  She met that goal.  She -- she reviewed those
4  binders, she studied the clinical trial reports and
5  abstracts, and, yes, she met that at the time.
6    Q.  The action plan that Miss Farrell was placed on
7  also contained criticism of Miss Farrell's performance
8  in the area of ability to drive meetings and organize;
9  is that correct?
10    A.  As far as I understand, yes.
11    Q.  And this area of performance was also covered
12  in Miss Farrell's 2002 evaluation; is that correct?
13    A.  I am sorry.  Can you repeat the question?
14    Q.  As far as ability to drive meetings and
15  organize, is that an area of performance that was
16  covered in her 2002 evaluation?
17    A.  In 2002, Marybeth was still learning about
18  Exanta and learning the role of a PREP manager on a
19  marketed -- on a drug that is to be -- on an
20  investigational drug, and aspects of planning a
21  meeting were included in some of Marybeth's review.
22  She helped to -- she helped to develop the plan -- the
23  advisory board plans for 2002 in the first objective.
24  She standardized the procedures for advisory boards
0068
1  and consultancy meetings.  She put the binder
2  together.
3    Q.  That was the second objective?
4    A.  That was the second objective.
5    Q.  And what rating did she get on the first
6  objective?
7    A.  An exceeds.
8    Q.  And what rating did she get on the second
9  objective?
10    A.  An exceeds.
11    Q.  Are there any other areas that reflect this
12  ability to drive meetings and organize?
13    A.  In the third objective, she was asked to plan
14  and execute activities at national conventions, at the
15  AHA, the ESC, and ACC, and she met that objective in
16  2002.
17    Q.  The action plan that Miss Farrell was placed on
18  also contained criticism of Miss Farrell's performance

19  in the area of ability to act as a content expert; is
20  that correct?
21    A.  I believe so.
22    Q.  What does that mean, "Ability to act as a
23  content expert," as it would relate to her?
24    A.  It would relate to Marybeth knowing and
0069
 1  understanding the clinical trial data and help our
 2  vendors to develop some of the content that would go
 3  into these particular meetings.
 4        Marybeth would direct the vendor that we
 5  would have a section on, for instance, Afib and here
 6  are the study results that we want to go over, or here
 7  is the section in the meeting where we want to review,
 8  you know, another area, thrombosis, and these are the
 9  studies that we want to review.  So, Marybeth would
10  consult with our vendor partners to help them develop
11  the content for the meetings.
12    Q.  And this was a requirement for a Band V
13  position; is that correct?
14    A.  I would have to look at the requirements for a
15  Band IV versus a Band V.
16    Q.  Do you think that, in this area, that there are
17  more or more stringent requirements for a Band V
18  position versus a Band IV position?
19    A.  In a Band V position, the experience level is
20  greater.  Band V is usually five plus years of
21  experience.  And a Band V -- a Band V position would
22  include mentoring others.  And a Band V position would
23  be developing -- would include developing strategy and
24  being more involved in the development of the
0070
 1  strategy.
 2    Q.  When you say, "A Band V position includes
 3  developing strategy," are you talking about developing
 4  brand strategy?
 5    A.  Assisting, yes, the brand management team in
 6  developing brand strategy as it relates to medical
 7  education and professional relations.
 8    Q.  And that's something that a Band V position
 9  would be responsible for?
10    A.  Amongst other things, yes.
11    Q.  And that developing brand strategy is something
12  that a Band IV position would not be responsible for?
13    A.  Not developing the strategy, but being able to

14  execute the strategy that's been developed and
15  understanding it.
16    Q.  The action plan that Miss Farrell was placed on
17  contained criticism of her performance in the area of
18  ability to develop relationships with associations and
19  thought leaders; is that correct?
20    A.  I believe so.
21    Q.  What does that mean, "Ability to develop
22  relationships with associations and thought leaders"?
23    A.  The professional educations and education
24   managers interface with her customers, many of which
0071
1  are physicians.  They are referred to frequently as
2  thought leaders or key opinion leaders.  They are
3  usually academicians in institutions that do clinical
4  trials, and they usually help to shape the opinion of
5  -- that investigators and that physicians have about
6  clinical data.
7         And in the case of Exanta, we had many key
8  thought leaders and opinion drivers in multiple
9  specialties as well as associations, the American
10  Heart Association, the American Academy of the ACC,
11  primary care associations, etcetera, and we conduct
12  meetings at these national conventions and
13  associations, and, so, it's important that our
14  professional education managers, our PREP managers,
15  know these physicians and customers and associations
16  so that they can do their job.
17    Q.  And that's a requirement for a Band V position?
18    A.  I believe that's a requirement for Band IV and
19  V.
20    Q.  And the action plan Miss Farrell was placed on
21  contained criticism of Miss Farrell's performance in
22  the area of budget management; is that correct?
23    A.  Yes.
24    Q.  Can you briefly explain what that means,
0072
1  "Budget management"?
2    A.  Marybeth Farrell was responsible for certain
3  budget management of dollars in order to do her
4  business, conduct the meetings, and run her projects.
5  And it's an expectation for Band IV and V that the
6  PREP managers be able to plan their projects within
7  budget and that they manage those projects, and they
8  are given tools in order to do that, "tools" being

B187

9  computer program and work with the vendors that are
10  helping to conduct the business to keep their
11  activities within budget parameters and track their
12  money, their expenses.
13    Q.  And this was a requirement for a Band V
14  position?
15    A.  And a Band IV, IV and V.
16    Q.  And as part of the action plan, Miss Farrell
17  was criticized for her work in developing brand
18  strategy?
19    A.  I am not certain.
20    Q.  But she was expected to participate in
21  development of brand strategy; is that correct?
22    A.  A Band IV and V PREP manager should be familiar
23  with the brand strategy and understand the strategy,
24  be able to articulate the strategy, and some Band IV
0073
1  PREP managers are involved in the development of the
2  brand strategy as it relates to professional
3  education.
4    Q.  I thought you told us earlier that the
5  difference between a Band IV and a Band V is that a
6  Band IV is responsible for understanding and executing
7  brand strategy; whereas, a Band V has the additional
8  responsibility of developing brand strategy?
9    A.  Mm-hmm.  And I am just adding to that that
10  there are some Band IV PREP managers that, based upon
11  their experience, can do both.
12    Q.  But Miss Farrell was not expected to develop
13  brand strategy; is that correct, based upon her
14  experience?
15    A.  Based upon her experience, Marybeth Farrell
16  should be able to understand the strategy and
17  articulate it and execute against it.
18    Q.  But not develop brand strategy?
19    A.  She was in meetings where she could participate
20  in the discussion of the strategy but not to develop
21  the overall brand strategy, no.
22    Q.  And brand strategy is something that is covered
23  in a PREP manager's annual evaluation; is that
24  correct?
0074
1    A.  Depends upon the PREP manager.
2    Q.  Speaking of this 2002 evaluation for Marybeth
3  Farrell?

B188

4    A.   In Marybeth's 2002 evaluation, one of her
5   business objectives was to develop and execute
6   strategy/activities for the different indications at
7   conventions and advisory boards, and in that, Marybeth
8   Farrell met that objective.
9    Q.   So she met expectations related to brand
10  strategy in 2002; correct?
11    A.   Marybeth Farrell met the expectations of
12  planning and executing the strategy at her particular
13  meetings, yes.
14    Q.   Isn't it true that in August of 2003,
15  Miss Broadway told Miss Farrell that if her
16  performance did not improve, her employment would be
17  terminated on September 30th, 2003?
18    A.   I am not certain.  I don't know.
19    Q.   Do you know if that statement was made at any
20  time to Miss Farrell?
21    A.   I would assume, but I don't know who had those
22  discussions with Marybeth and outlined the process for
23  action plan, improvement plan, and time lines.
24    Q.   Did you ever have a conversation with
0075
1   Miss Farrell indicating that the termination of her
2   employment was a possible outcome of the action plan?
3    A.   I am not certain.  I don't recall.  I believe
4   one of the meetings that Marybeth, Susan, I, and
5   Georgina had with Marybeth outlined what the standard
6   process was for an action plan, an improvement plan,
7   meeting those time lines, and consequences of not
8   meeting the performance plans.
9    Q.   So do you recall having some kind of a meeting
10  with her where it was discussed that termination of
11  her employment was a possible outcome if her
12  performance did not improve?
13    A.   Yes.  That should be made clear, I think, to an
14  employee, if they are put on an improvement plan,
15  certainly that they understand what time lines are and
16  what the potential outcomes could be.  We also
17  discussed with her that the potential outcome could be
18  her continued employment.
19    Q.   Isn't it true that in August of 2003,
20  Miss Farrell asked that the action plan be
21  reconsidered to reflect the fact that she held a Band
22  IV position and not a Band V position?
23    A.   That's my understanding, yes.

B189

24   Q.   And it's your understanding that she asked that
0076
1   of Miss Broadway?
2   A.   Yes.
3   Q.   In August of 2003, Miss Farrell was working in
4   an office?
5   A.   Mm-hmm.
6   Q.   I am sorry?
7        MR. SANDLER:  Yes.
8        THE WITNESS:  Yes.  Sorry.
9   BY MR. LaROSA:
10   Q.   And in September of 2003, Miss Farrell was
11   removed from her office; is that correct?
12   A.   I don't recall the date, but Miss Farrell was
13   moved from an office space to a cubicle space.
14   Q.   And you made that decision?
15   A.   No, I did not make that decision.  That
16   decision was made by our brand planning manager, who
17   is responsible for obtaining office space for all of
18   the Exanta team members, including our clinical and
19   regulatory functions.
20   Q.   And who was that?
21   A.   Anne Cobuzzi.
22   Q.   Can you spell her last name?
23   A.   C-o-b-u-z-z-i.
24   Q.   But isn't it true that she had already obtained
0077
1   office space for Miss Farrell?
2   A.   Yes, it is.  When we moved from -- when we were
3   planning our move from one building in the Delaware
4   Corporate Center to the new campus, Marybeth Farrell
5   had asked, in an e-mail, if she could be, first of
6   all, moved to a Band -- promoted to a Band V and
7   provided an office in the new building, which was the
8   -- it was a standard that only people that were a Band
9   V would be able to be moved into an office.  So,
10   Marybeth Farrell had requested to be promoted to a
11   Band V and that she be moved to an office in order to
12   effectively conduct her business.
13        I discussed that request with Anne Cobuzzi
14   and was told Marybeth is not a Band V.  I asked,
15   however, if she could be given an exception because
16   there was plenty of room and Marybeth was doing
17   business that would be -- it would be better if she
18   were in an office and not in a cubicle so that

19   Marybeth could conduct conference calls and speak with
20   thought leaders, customers, in private.  She had
21   teleconferences, etcetera.
22            And because we had enough room on the
23   floor of this particular wing, Miss Cobuzzi made an
24   exception and put everybody, the goal was to put
0078
1   everybody from Exanta in an office, if at all
2   possible, and Marybeth was put into an office.
3   Q.  She was put into an office in the old building
4   or the new building?
5   A.  In -- well, she was in an office in both of
6   them, but in the new building, yes.
7   Q.  And no Band IV team members were moved to
8   cubicles in the new building in 2003?
9   A.  There were some Band IV members, yes, that were
10   moved to cubicles, but we made an exception on behalf
11   of Marybeth.
12   Q.  I thought you said Miss Cobuzzi determined that
13   there would be enough room for everyone on the Exanta
14   team to have an office?
15   A.  There was on the commercial team, but some
16   people were a Band IV and they went into cubicles.
17   Q.  I am sorry.  You said they went into or they
18   wanted?
19   A.  They went into cubicles.
20   Q.  Well, if there was enough room for everyone to
21   have an office, why did some people go into cubicles?
22   A.  There was enough room for the commercial team
23   to have offices.  I think I miss spoke.  There was
24   some members that were Band IV that did not go into
0079
1   offices.  But because of the nature of Marybeth's work
2   and that she would have to conduct teleconferences,
3   etcetera, we tried to put everybody into an office if
4   we could.  Some of the market research people who were
5   Band IV went into cubicles.
6   Q.  Because of the nature of Miss Farrell's work?
7   A.  All the PREP managers' work, yes.
8   Q.  So, no Band IV PREP managers have been moved
9   into cubicles in the new building; is that correct?
10   A.  I believe that's correct.  I am pretty sure
11   that is accurate.
12   Q.  And, so, you are saying that Miss Farrell did
13   not go into a cubicle in the new building?

B191

14   A.   In February, when we moved, Marybeth went into
15   an office from VCC2 to the Chesapeake Building.
16   Q.   I am asking you about the September time frame.
17   A.   Okay.  In the September time frame, it was
18   determined, because we were running out of space, that
19   we needed to then move the people that were a Band IV,
20   anyone -- at the time, we were expanding in our team,
21   we were adding new physicians, we were adding Band, up
22   to Band VII employees, and Band VI and VII employees
23   were to get office space.
24           And given that Marybeth was a Band IV and
0080
1   was in an office, we, unfortunately, had to move her
2   to a cubicle, which, at the time, was more amenable
3   because there were other PREP managers who had been
4   hired subsequent to that that were also in cubicles
5   and that were Band V.
6           So, unfortunate timing, Marybeth had to be
7   moved to accommodate Band VI and VII employees.
8   Q.   But no other Band IV PREP managers had to be
9   moved to accommodate these Band VI and VII employees;
10   is that correct?
11   A.   I don't know about other brand teams, but on
12   Exanta, there were no other Band IVs that were given
13   an office.  So when Band VI and VII employees came in,
14   she, unfortunately, needed to vacate and move to a
15   cubicle.
16   Q.   Were you aware that Miss Farrell filed a
17   complaint with human resources at AstraZeneca on
18   September 17th, 2003?
19   A.   I do not recall the exact date.  I understand
20   that Marybeth had talked to human resources and I
21   later found out her complaint was -- I was unclear as
22   to what her complaint was.
23   Q.   You initially were unclear as to what her
24   complaint was?
0081
1   A.   Yeah.
2   Q.   Did you ever determine what her complaint was
3   about?
4   A.   I was made aware that it was because of the
5   FMLA.
6   Q.   And were you aware that she thought she was
7   being retaliated against for exercising her FMLA
8   rights?

9   A.  Yes.

10   Q.  Were you ever contacted by Keith Black about a

11  human resources investigation into the matter?

12   A.  Yes.

13   Q.  Did you ever meet with Mr. Black?

14   A.  Yes.

15   Q.  During his investigation?

16   A.  Yes.

17   Q.  Approximately how many times did you meet with

18  him?

19   A.  I met with him once and spoke with him on the

20  phone several times.

21   Q.  Approximately how long was your face-to-face

22  meeting?

23   A.  Approximately two hours.

24   Q.  After that investigation concluded, was

0082

1  Miss Farrell told that her execution of the

2  requirements of the action plan was unsatisfactory?

3   A.  I don't recall that series of events.  I -- it

4  was not Keith's job or focus to determine whether or

5  not Marybeth was meeting or not meeting the action

6  plan.

7   Q.  I am not suggesting it was his job.  I am just

8  asking:  Do you recall, at some point in October of

9  2003, that Miss Farrell was told that her performance

10  under the action plan was unsatisfactory?

11   A.  Yes.

12   Q.  And she was told that by Miss Broadway?

13   A.  Yes, and Georgina and myself.

14   Q.  And as a result, on October 22nd, 2003, she was

15  placed on a performance improvement plan; is that

16  correct?

17   A.  I believe that is the date.  I would have to

18  check.  But she was put on a performance improvement

19  plan.

20   Q.  And a PIP is more serious than an action plan;

21  would you agree with that?

22   A.  I am not sure that I would say it's serious,

23  more serious, but I think it's cause for concern.

24   Q.  Well, didn't you tell us earlier that if you

0083

1  don't perform under the PIP, the possible outcome

2  could be that an employee could be terminated?

3   A.  Yes, could be.

4  Q.  But you don't think a PIP is serious?
5  A.  I do think it's serious.
6  Q.  And do you think it's more cause for concern
7  than an action plan?
8  A.  My understanding was that employees were put on
9  action plans more frequently than the performance
10  improvement plan.  I had never personally had an
11  employee on a performance improvement plan, or an
12  action plan, for that matter, until Marybeth had been
13  placed on the action plan and the performance
14  improvement plan.
15  Q.  So, Miss Farrell was the first person placed on
16  a PIP under you?
17  A.  Yes.
18  Q.  And Miss Farrell was the first person placed on
19  an action plan under you?
20  A.  Yes.
21  Q.  And with regard to Miss Broadway, is it fair to
22  say that Miss Farrell was the first person placed on a
23  PIP under Miss Broadway?
24  A.  Yes.
0084
1  Q.  And was Miss Farrell the first person placed on
2  an action plan under Miss Broadway?
3  A.  Yes.
4  Q.  In January of 2004, Miss Farrell's computer
5  docking station at work was vandalized; is that
6  correct?
7  A.  I have no knowledge of that.
8  Q.  Were you ever aware that she had made a
9  complaint about a problem with her computer docking
10  station at work?
11  A.  Susan Broadway told me that Marybeth had
12  claimed that there was an alleged vandalism or some
13  problem with her docking station.  I was not made
14  aware of the specifics.
15  Q.  Did Broadway suggest to you that this was a
16  false claim by Miss Farrell?
17  A.  No.
18  Q.  Did Miss Broadway believe this claim?
19  A.  I don't know what she believed.  I don't know
20  that anybody -- I don't know if it was verified or not
21  that it actually happened.  I don't know.
22  Q.  Did you believe this claim when you heard that
23  Miss Farrell had made this complaint about her

24   computer docking station being vandalized?
0085
1    A.   Did I believe it or not?
2    Q.   Yes.
3    A.   I don't know if I believed it or not.
4    Q.   You had doubts about it; is that fair to say?
5    A.   I just wasn't sure.  So, yes, I had doubts.
6    Q.   And with regard to that incident or that
7    alleged incident, no investigation was done of that
8    incident; is that correct?
9    A.   I am not certain.
10   Q.   You are not aware of any investigation being
11   made?
12   A.   I am not, no.
13   Q.   And the PIP ended on January 5th, 2004; is that
14   correct?
15   A.   I believe it was that time frame, yes, in
16   January.  I don't recall the exact date.
17   Q.   And after the PIP ended, at some point in mid
18   January, did you and Miss Broadway provide
19   Miss Farrell with a memorandum regarding PIP feedback
20   discussion?
21   A.   The last meeting that I recall that we had with
22   Marybeth included Georgina, myself, Miss Broadway, and
23   Miss Farrell, and we were -- the objective of the
24   meeting was to provide Marybeth the feedback on her
0086
1    PIP.  And Marybeth was late to that meeting and
2    Marybeth wanted to -- she pulled out a recorder to
3    record the meeting.  And I asked -- I inquired as to
4    what that was.  She said she wanted to record it.  And
5    I said that I was uncomfortable with doing that.  And
6    Georgina had also reiterated that it was not something
7    that we do in a meeting and that we would prefer not
8    to record the meeting.  And that was the last meeting
9    that I had with Marybeth and with Miss Broadway and
10   Georgina.
11   Q.   I am not asking you about meetings.  I am
12   asking you about a memorandum being sent after that
13   meeting regarding PIP feedback.
14        Do you recall --
15   A.   There was a -- I understand there was a -- I
16   recall there is a memorandum that provides some
17   feedback.
18   Q.   Did you author that memorandum in whole or in

19  part?
20  A.  No.
21  Q.  Who did?
22  A.  Miss Broadway, and I believe she received some
23  assistance from Georgina, although I am not certain of
24  that.
0087
1  Q.  Would it be fair to say, then, if there was a
2  memorandum that wasn't authored by you, your name
3  wouldn't be on it as somebody from whom the memorandum
4  was from?
5  A.  I would have to say if I had any input into it,
6  if I had looked at the document, then my name could
7  have been on it.  I just don't recall because
8  Miss Broadway was conducting the performance
9  improvement plan, it would be standard procedure for
10  her to author the updates, and she circulated them to
11  myself, Georgina, I believe she copied Deb Kauffman,
12  at times, and my name would have been on the document
13  then as having reviewed it and agreed with it.
14  Q.  In mid January of 2004, AstraZeneca placed
15  Miss Farrell on a one-week leave during which time she
16  was not to report to work; is that correct?
17  A.  That's my understanding.
18  Q.  Who made that decision to place Miss Farrell on
19  a one-week leave?
20  A.  I believe that was a decision that was
21  discussed with Susan Broadway, Georgina, and our legal
22  counsel.
23  Q.  But you did not participate in that decision?
24  A.  No.
0088
1  Q.  Why were you out of the loop if you are
2  Miss Broadway's superior?
3  A.  I was made aware of the events, but I was not
4  in a decision-making period at that time.  I was
5  asking that Susan as well as I was talking to human
6  resources to find out what protocol is and how we
7  handle these situations at that particular period in a
8  performance improvement plan and at the end of her
9  performance improvement plan.
10  Q.  You had been in your role longer than
11  Miss Broadway had been in hers; is that fair to say?
12  A.  That's fair.
13  Q.  And you were Ms. Broadway's superior?