

**WILCOX & FETZER LTD.**

In the Matter Of:

# Farrell
v.
# AstraZeneca Pharmaceuticasl, L.P.

C.A. # 04-285 KAJ

---------------------------------------------------------------------

Transcript of:

## Susan P. Broadway

March 24, 2005

---------------------------------------------------------------------

Wilcox & Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: lhertzog@wilfet.com
Internet: www.wilfet.com

B237

Farrell
Susan P. Broadway

v.
C.A. # 04-285 KAJ

AstraZeneca Pharmaceuticasl, L.P.
March 24, 2005

Page 1

**A**

abdominal 13:16
ability 8:21,24 31:11 32:1,5,20,24 35:24
able 9:1 31:8 32:11 33:6,8 34:19,20 35:5 36:23
absence 49:8
Absolutely 37:12
acceptable 3:3
accruals 37:1
accurately 3:8
accusing 44:14
acquiring 40:16
act 33:1
action 12:23 16:18 23:6 23:7,11 27:2,4 30:14 30:14,16,20,23 31:2 31:10,13,21 32:4,23 35:22 37:13 38:2,5,6 38:7,17,21,24 39:2,6 39:9,18,21 40:8,10 43:16,17,21 44:1,5 48:19
actions 13:4
actual 38:10
address 2:10
addressed 12:8,9
advised 14:1
advisory 19:2,12,13,15 19:16 20:8 21:12,15 21:19 22:7,8 33:12,15 33:20
age 52:12
agencies 20:3,22 22:19 37:4
agency 20:12,16,17,18 20:20 21:1
ages 52:12,13
ago 20:20
agree 33:13 39:15
allegations 43:12
allocates 41:21
amount 14:11 15:11
Ann 41:23 42:1
announced 28:11
annual 31:6 32:9 33:4,8 36:10 37:10,18
answer 2:16 3:2,13,14 33:16 50:6
answers 2:18 56:9
anybody 10:18
Apparently 29:9
APPEARANCES 1:12
appreciate 35:20
appropriately 21:20
approve 15:15 16:2

approved 14:9 15:4 26:4
approximate 6:20 7:5 16:14
approximately 4:6,16 7:22,23 8:4,5
April 6:4,5 7:23 11:12 11:14,15,21 13:5,6,7 13:14,18 16:11,15,16 17:16 18:2,7,11,16 21:4 23:20 24:6 27:6 27:9,15,16,22 28:2,5
arbitrarily 47:24 48:2
area 30:24 31:5,11 32:6 32:8,24 33:3 35:23 36:18 37:9,14,17,21
areas 24:3,7,12,12 26:24 27:1,6 28:2,4 30:18 31:2,14,16,20 35:8 45:21
arrangements 15:9
asked 13:8 18:22 19:3 19:10 20:4 22:6,12 28:16 40:8 45:1 56:9
asking 9:4 10:20,22 21:16 22:3 30:5 32:1 35:11,12,20 38:10 42:11
assignment 18:12,20 21:3 23:2
assistance 19:20
associated 10:1 34:21
associations 35:24 36:14
assume 11:22 15:20
Assuming 38:24
AstraZeneca 1:6 4:4,23 5:23 6:16 7:15 10:4 10:19 15:24 30:15 38:16 41:1 49:18 50:1,2,4,20 51:2 52:18,23 53:6,10
AstraZeneca's 36:24 46:14 51:22 52:2,6
Atacand 6:15
attempted 24:22
attendees 22:10
attorney 56:14
attorneys 3:23 4:22
August 6:22 23:10 27:5 30:21 32:4,23 35:22 37:13,23 40:7
available 40:18
Aventis 6:17
aware 16:7 24:21 28:14 38:11 39:22,24 42:15 42:23 43:12 44:19

45:4 51:9,10,24 52:4 52:8,13

**B**

B 54:7
Bachelor's 5:11
back 24:19 25:3,3,14 25:16,24 26:1,4,5,6,8 26:12,13,16 27:6 29:12 31:24
background 5:3 19:4 19:10
band 8:6,8,22,22,23 9:5 9:5,8,8,11,14,15,16 9:18,18,19 10:12,14 10:16,18,20,22 28:8 28:11,13,13,22 29:20 29:21 30:7 34:18,18 34:19,19,24 35:5,12 35:12,14 36:3,5,6 40:24 41:6,9,11 42:4 42:5,7,8,10,12,14 49:10
bands 10:23 40:16,20 41:9
baseline 35:2,17
basis 47:1
becoming 50:11
bedrest 14:2 26:9
began 8:2 27:13 28:5
beginning 1:10 36:6 45:18
believe 11:10 29:17 36:2 38:3 44:22 46:12 47:3
best 4:11 16:4 25:7 29:17 50:13
best-case 39:12
better 26:3
bills 37:4
bioethics 5:20
birth 5:1
Black 43:6,8
Blue 52:19,20 53:1
board 19:13,17 21:19 22:7,8 33:15,20
boards 19:2,12,15 20:8 21:12,15 33:12
Bogan 46:4,10
brand 6:6,14 7:1,11,20 10:1 31:23,24 33:7 34:21 37:15 41:21,22
brands 10:4
Brangman 29:19 30:6 30:10 33:10
breaks 3:18

Bridgewater 6:19 7:2
bring 28:16
broader 35:6
Broadway 1:8 2:1,9 11:1,6 54:3,9 56:8
budget 36:19,21,24 37:6,9
budgets 36:23 37:3
building 41:3,4

**C**

call 22:4
called 25:9,15,21 36:18
cancelled 53:6,10
candidate 49:16
capacity 34:15
cardiologist 19:17
cardiology 19:16
cardiovascular 10:5,6
case 2:7 3:24 4:23
CASTLE 56:5
certain 8:11 14:11 16:2 19:11,15 20:14 21:18
CERTIFICATE 54:15 56:1
Certification 56:19
certify 56:7,12,14
chain 47:1
chair 26:9
chance 39:19
charge 20:8 34:8
circumstance 39:11,16
citing 18:3
clarified 29:12
clarify 7:16 27:24
clear 48:4
clinic 34:20
clinical 31:4,7 33:7,14 33:20,22,24 34:4,6,9 34:20 35:1,3,4,15
close 37:2 45:16
closed 45:13,15,23
closer 41:7
closes 37:2
closing 45:22
Cobuzzi 41:23
coffee 3:21
colleagues 18:13
college 5:6 7:14
come 19:9,11 20:6 25:16 26:4 27:4 30:3 30:21 37:4 46:12
coming 19:3 21:15,18 31:24 41:8 42:3,4
command 47:1
comment 13:10 17:9,10 17:18,20 22:6 24:15

24:17 29:11 44:18 45:1,2
comments 18:4
communications 6:6 7:20
company 37:8 39:14
comparison 34:1,2
comparisons 35:7
competencies 8:12,14 8:17 32:21 36:7,8
competency 8:16,20 9:2 34:22 36:9
competitive 19:18
compiled 20:24
complaint 42:24 51:21 52:1,5
complete 5:8 19:2 38:24 39:2,17 45:21 48:18,20 49:2
completed 5:19 15:18 21:14 43:21 44:1 47:13,15,20 48:7 55:7
completing 16:5,9
completion 43:18
comply 38:7,18,18
component 21:23 45:20
components 32:15
computer 44:8,12,16 44:18 56:10
computer-aided 56:10
CONAWAY 1:16
concern 16:12
concerned 14:19,24 15:1,2,3
concerns 12:18 16:21 16:24 27:9 31:18
concluded 53:16
condition 13:20
conditions 15:5 26:11
conjunction 32:3
considered 7:15 25:8 25:13
consistent 27:8
contact 16:1 25:17,22 44:20
contacted 43:4,4,6 44:20 45:4 46:12 48:9
contain 30:23 31:10
content 33:1,6,7,11,12 33:22,24 34:3,6,14
context 17:18 20:2 21:13 33:21
conversation 25:18 29:15
copy 40:6
correct 9:12 12:9 16:6

B238

Farrell
Susan P. Broadway

v.
C.A. # 04-285 KAJ

AstraZeneca Pharmaceuticasl, L.P.
March 24, 2005

Page 2

| | | | | |
|---|---|---|---|---|
| 16:13,20 17:1 18:21 21:4,5 22:13,20 23:5 23:9,18 26:18 28:8 30:15 32:9 36:4 37:11 40:13 42:6 44:6,9,16 45:7 46:1 50:9,20 51:2,8,12,23 52:7,20 53:8,12 56:12 counsel 46:14 56:8,14 COUNTY 56:5 couple 25:3 course 5:19 court 1:1 3:12 coverage 53:7,11 covered 31:6 32:8 33:3 36:12 37:10,17 creating 18:20 criteria 8:11 critical 31:1,8 criticism 31:10,13,17 criticisms 30:23 Cross 52:19 Cross/Blue 53:1 cube 41:10 cubes 41:1 cubicle 40:21 41:14 42:15 cubicles 42:6 current 2:10 6:9 7:19 18:2 customary 28:17 customers 33:20 34:5 34:10,16 35:7 36:14 C-o-b-u-z-z-i 42:1 C.A 1:5<br><br>**D**<br>data 31:1,4,4 33:7,14 33:20,22,24 34:4,6,9 34:13,21 35:1,3,5,15 date 5:1 16:15 19:1 23:19 38:2 40:14 45:1,9,14 47:17,17,18 47:23 48:10 DATED 56:21 dates 43:3 44:10 46:2 day 13:8,17 25:2,4 56:7 days 23:8,12 24:23 25:1 25:4,10,12,14,23 26:1 26:5 51:13,16 Debbie 30:1,10 Deborah 29:19 30:6 33:10 December 6:12 7:23 decided 28:7 deciding 29:3 decision 28:9,22,24 | 41:13,15,17,19,20 46:6,15,17,18,19 47:6 47:12,14,20 48:12 deeper 34:24 Defendant 1:7,18 degree 5:8,10,14,16,20 5:21 degrees 5:18 Delaware 1:2,9,14,17 1:21 52:20 53:2 56:3 delegate 20:5 department 15:23,24 deponent 54:3 55:9 56:8,9 deposition 1:8 2:14 11:4,6 53:16 54:9 depth 8:18 9:2 34:22 35:7,14 36:7 deserting 22:16 designate 25:12 designated 10:18 designates 8:19 designation 8:9 develop 22:20,21 24:11 35:24 developed 26:7 developing 18:12 different 21:6 33:21 34:14,23,23 36:8 direct 34:1 46:23 47:1 47:2 48:14 52:13 direction 31:3,23 34:10 56:11 directions 34:11 directly 42:19 directors 33:23 disability 50:19,23 discharged 49:23 disciplinary 12:22 13:4 16:18 30:14 discipline 13:1 discuss 3:24 4:23 15:5 24:3 32:24 discussed 27:2,6 35:23 36:9 38:14 discussing 29:3 discussion 17:6,15,19 18:8 23:16,24 24:5 27:2 28:15,19 29:1,2 29:23 30:3,9,13 32:3 32:23 43:10,11,19 45:12,19 discussions 12:5 13:4,5 16:23 17:22,24 23:20 24:6,8 27:12,17,18,21 27:24 28:2,3 30:6 32:6 34:16 | distinction 9:4,5,7 DISTRICT 1:1,2 docking 44:9 doctor 14:1,5 doctors 19:7,11,15 document 11:1,4,9 31:13,14 documents 38:11 doing 24:9 dollars 37:8 doubt 46:22,23 drive 31:12 32:1,5 driving 34:10 drug 35:4 duly 2:3 56:8 DuPont 7:4,9,12<br><br>**E**<br>E 54:1,7 earlier 18:9 East 1:9,14 education 20:18,22 educational 5:3 effect 17:12,20 24:18 effective 35:18 either 9:8 45:22 48:3 56:14 eligible 40:23 employed 50:3 employee 15:15 39:13 50:2 employees 52:19 employment 25:13 37:24,24 38:5,19 39:8 39:20 48:22 49:4,11 encompassed 31:2 ended 45:6 ends 48:21 end-of-year 37:2 entailed 38:16 entire 19:10 22:7 38:14 38:15 ERRATA 54:13 55:3 ESQUIRE 1:13,16 etcetera 28:16 30:2 37:2 evaluated 36:16 evaluating 29:3 evaluation 17:1,2 24:14 24:15 31:6 32:9,13 33:4 36:10,13 37:10 37:18,21,22 38:9 event 56:15 Eventually 23:4 everybody 12:8 35:2 exact 13:17 16:15 23:19 40:14 43:3 | 45:8,14 46:2 exactly 43:12 examination 56:13 examined 2:3 56:8 examples 17:24 18:3 Exanta 6:7,8 8:1,2,7 9:21 13:9 42:17,21 49:2,11 exceeded 24:13 37:20 exceeds 32:18 execution 43:1 exercising 43:1 exhibit 8:13 11:5,6 31:22 54:9 exhibiting 8:23 32:22 expanded 40:15 expanding 49:12 expectations 24:13 32:18 37:20 experienced 35:6 expert 33:1 expertise 34:17 35:9 experts 33:11,12,15,18 33:24 34:3,4,6,14 Expires 56:19 explain 19:14 expressed 16:11,24 27:9 expressing 12:18 extended 43:17 44:3 external 49:15 e-mail 11:10 12:8,11 14:9,12 15:8 e-mails 12:15<br><br>**F**<br>facilities 41:20 44:21 45:4 fact 40:9 41:11 facts 3:24 4:23 fail 38:18 failure 38:7 fair 3:5,16 26:22 far 30:5 51:7 52:6 Farrell 1:3 2:7 8:2 11:12,24 12:9,19,22 13:8,15 15:18 16:22 17:6,8,16 18:8,11 19:20 22:16 23:1,4,13 24:4,13,17,22 25:23 26:7,17,21,23 30:20 35:23 37:14,20,23 40:7,12 41:13 42:23 43:15,22 45:11,23 46:6,15 47:1 49:10,22 53:7,11 Farrell's 16:12 17:1 | 23:17 24:1 30:24 31:11 44:8 feedback 26:23 28:3 45:11 47:8 feel 22:16 feeling 25:15 26:3 FETZER 1:21 field 9:24 10:5,6,9,9,11 10:21 filed 42:23 51:21 52:1,5 finance 5:17 finances 37:7 financial 36:24 Fine 3:17 finish 3:13,14 50:5 finished 46:5 first 2:2 4:16 7:14 35:18 38:22 41:4 Floor 1:17 FMLA 15:19 16:6,9 23:9,13 43:2 50:8,14 50:17 FMLA's 52:2 focus 30:17 31:20 focused 37:13 focusing 23:22 27:7 42:16 following 44:2 follows 2:4 foregoing 56:12 form 30:14 forward 11:24 12:6 frame 46:3 front 17:9 33:20 34:5 34:16 full 2:8 function 32:20 33:9 functioning 49:1 further 53:14 56:12,14<br><br>**G**<br>general 10:22 18:15,16 39:4 getting 30:7 41:7 42:2 give 4:12 18:11 19:3,18 20:4 21:10 22:7 24:16 40:20 given 32:13 56:9,12 giving 17:24 22:5 39:18 glad 2:23 go 5:6,12 15:7,9 23:9 23:13 26:11 29:24 37:5 39:7 47:8 goes 9:7 going 13:19,21 14:6,7 14:10,14,15,20,22 15:1,2,12,16 22:9 |

Wilcox & Fetzer, Ltd.

Professional Court Reporters

(302)655-0477

B239

Farrell
Susan P. Broadway

v.
C.A. # 04-285 KAJ

AstraZeneca Pharmaceuticasl, L.P.
March 24, 2005

Page 3

23:14 34:10 38:14
**Good** 3:22
**graduate** 5:4,12,14,16
**great** 25:15
**grew** 41:7
**group** 10:8 12:7,9,13
19:7 52:19
**growing** 41:8
**guess** 3:3 21:6 47:18

**H**
**H** 54:7
**half** 6:4 24:23 25:1,4,10
25:12,14,23 26:5
**Half-hour** 4:21
**handled** 44:19 46:4
**handling** 36:22
**happened** 30:13 44:12
44:15 45:3
**happening** 22:9
**happens** 39:17
**health** 5:20 15:6 52:19
52:22 53:7,11
**hear** 17:12 24:17
**heard** 10:18
**held** 40:9
**Hellen** 16:11,22 17:5,7
23:16,24 25:15,21
41:17 46:21
**Hello** 2:6
**helping** 8:24
**high** 5:4
**higher** 40:16,20 41:8
**hired** 49:13,15,22 50:1
**hold** 6:3 8:12
**home** 2:10 24:22,24
28:11,18
**hour** 4:18,18,19
**house** 30:4
**HR** 43:4,4 46:9,11,17
46:18 47:8,11,16,22
48:5,7,14
**Human** 42:24 51:22
52:2,6
**Hurley** 1:10 56:6,18

**I**
**idea** 50:18
**identification** 11:7
**immediately** 25:5
**improve** 24:4 30:18
31:15,16 37:24 38:15
39:19
**improvement** 23:5,14
23:21 24:12 26:24
27:7 30:18 31:3,15
38:23 39:3,5 45:17,21

48:19,21
**improving** 24:8
**include** 19:10 22:10
**including** 31:3 38:8,21
**incorrect** 23:10
**increases** 28:12 35:10
**individual** 12:4,11
**information** 15:17
19:11,14 21:1 22:7
31:8
**input** 21:11 48:13
**insight** 11:23 12:1
**insights** 19:18 20:4,13
20:15 21:1,2
**instance** 8:20 19:16
**insurance** 52:19,22
53:7,11
**interested** 56:15
**internal** 49:17
**invite** 22:11
**invited** 19:4,5,5,17 20:5
22:11
**involved** 15:20 44:12
46:13,23 48:8,10
**in-house** 46:14
**issue** 16:5,8
**issues** 27:5
**item** 33:8 36:11

**J**
**Jane** 25:15,21 41:17
46:21,22
**January** 44:3,8 45:6,10
45:13 49:13 56:19
**Jersey** 6:19
**job** 7:2,14 8:13,19
24:19 31:9 32:10
33:5
**jobs** 32:16
**John** 1:9,13,13 2:6 4:1
4:3,3 46:4,10
**July** 6:22 7:7 19:3
26:17,20 28:7,9 29:5
29:16,18
**June** 7:7 19:3 21:16
22:10 25:7

**K**
**KAJ** 1:5
**keep** 31:24
**Keith** 43:6
**Kimberly** 1:10 56:6,18
**kind** 15:5
**King** 1:21
**know** 3:2,4,18 4:17
9:20 10:2,3,13,15,17
13:12,13,19,21,23

14:1,4,22 15:4 17:3,4
17:10 19:22 20:7,9
21:17 25:11,12 26:7
26:10,11,15 30:11,12
33:16 40:5 44:15
46:16,19,19 48:7,11
50:22,24 51:7,9 52:7
52:10,11,12,12,17,21
53:1,13
**knowledge** 8:21 16:4
50:13

**L**
**large** 36:23
**larger** 40:19
**LaRosa** 1:9,13,13 2:5,6
11:3,8 53:14 54:5
**late** 11:21 13:18 18:3
**launch** 41:7
**Law** 1:9,13
**lawyers** 48:19
**lead** 38:8
**leader** 6:6,14 7:20
**leaders** 36:1
**leave** 13:8,15,19,20
14:8 15:7,19 16:6,9
18:17,19 22:14 23:9
23:13,23 24:10 25:21
26:6,12 45:24 46:5,7
46:15 47:6,12,12
48:11 49:8 50:8,14,17
50:20,23 51:2,7,11,15
**led** 48:19
**left** 7:11 49:2
**leg** 26:13
**legal** 46:17,18 47:11
48:8
**legwork** 20:3
**level** 8:16 34:17,21
**levels** 34:23
**line** 33:7 36:11
**LLP** 1:16
**long** 4:16 6:3 14:6,15
14:19,22 15:4,16
35:11 49:19,20
**longer** 35:9
**look** 51:14,19
**looked** 29:6 42:2
**looking** 11:24 12:12
43:11
**lot** 17:17,21 18:5 40:24
41:5
**lots** 27:24
**love** 11:23
**Lovenox** 7:1
**lower** 10:14 26:7
**L-o-v-e-n-o-x** 7:1

**L.P** 1:6

**M**
**M** 1:9,13,13 54:1
**making** 47:6
**manage** 18:13
**management** 28:16
30:1,19 36:19,21 37:1
37:6,9 47:14 48:15
**management's** 29:2
**manager** 6:2 7:1,11,15
7:16,17,17 8:6,8,10
8:10,15,15 9:6,6,11
9:13,15,17,17,18,24
10:11 12:3,14 13:10
14:17 17:14 22:14
27:16 28:6,12,14 30:1
30:12 32:12,21 33:9
33:19 34:18,18,24
35:14 39:22 41:21,22
46:23 47:2,5,19 49:1
49:10,13 50:11,12,15
50:16,21,22 51:3,4,6
51:12
**managers** 12:4 22:13
22:19 33:18,21 34:5
34:11 35:5,18 36:22
42:20
**manager's** 31:6,8 32:9
33:4 36:10 37:10,18
**March** 1:10 11:21 56:8
**marked** 11:4,7 54:9
**market** 20:23
**marketing** 5:11 7:10
10:6,8
**married** 2:12
**Marybeth** 1:3 2:7 8:2
11:11,12,20 12:12
13:18 14:3 15:14
17:22 18:1 20:3,4,24
23:20 24:7,18 25:14
25:20 28:10 29:1,5
31:21 32:6 40:17,21
41:5,13 42:3,8 43:10
44:11,20 45:3 47:1
48:18,24
**Marybeth's** 12:3 29:9
40:11
**Master's** 5:20,21
**material** 33:22
**materials** 34:6
**matter** 41:11
**mean** 7:16 20:18 36:21
42:17 44:15
**medical** 13:15,19 14:5
14:6,8,13,22 15:3,7,7
15:8,8,13,14,16,21,22

15:23,24 20:18,21
25:17 26:5,10 33:23
51:1,7
**medications** 3:7
**meet** 4:6,9
**meeting** 4:16,20 11:10
11:15,20
**meetings** 4:10 31:12
32:1,6,11
**meets** 32:18
**members** 42:5
**memorandum** 45:11
**mention** 38:4 40:2
**mentioning** 40:5
**mentor** 8:21 9:1
**merely** 47:6
**Merit** 1:10
**met** 3:23 4:11,22 24:13
37:20 43:13
**midyear** 26:18,19
**mid-February** 53:6,10
**misread** 29:13
**mistake** 29:8,9
**mistakes** 2:19
**model** 9:1
**moments** 20:20
**month** 21:16
**monthly** 37:1
**months** 6:20 7:5
**morning** 33:10
**move** 3:4 20:7 38:22
39:4,6,18 40:21 41:10
41:13 42:3,5
**moved** 12:6 41:3,4,12
42:14 44:2
**muscle** 26:8
**M.B.A** 5:17

**N**
**N** 1:16 54:1
**name** 2:6,8 10:24 41:24
**nature** 13:20 15:11
19:19 24:5 26:10
35:8
**need** 3:18 8:23 22:8
30:17,18 32:10,11,22
33:6,14,15,18,21,24
34:6,8,11,14,19,20,22
35:17 36:23 37:3
**needed** 14:3,8 19:1
20:6,9,13 21:2 24:4
31:22 34:17 40:20
42:3
**needs** 35:2,3 37:1,8
**negative** 26:21
**never** 10:18 12:22 13:8
17:9,15 21:3 22:12

Farrell
Susan P. Broadway

v.
C.A. # 04-285 KAJ

AstraZeneca Pharmaceuticasl, L.P.
March 24, 2005

Page 6

| | | |
|---|---|---|
| **vandalism** 44:14,17<br>**vandalization** 45:2<br>**vandalized** 44:9,11<br>**verbal** 12:24 13:1<br>  16:21 30:6<br>**verbally** 38:11<br>**versus** 8:10 35:12<br>**violated** 52:3<br><br>**W**<br>**wait** 3:13<br>**want** 3:3 39:22<br>**wanted** 25:16 26:4<br>**wants** 15:15<br>**wasn't** 15:2 17:7 25:5<br>  43:12 44:19 46:20,24<br>  47:5 49:12,22,24 50:1<br>**water** 3:20<br>**way** 52:14<br>**ways** 31:15,16<br>**week** 11:19 25:4 43:24<br>  44:2 46:3 48:11<br>**weeks** 14:2 18:9 24:9<br>  25:6 44:3<br>**went** 4:14 15:8 18:17<br>  18:19 19:22 23:11,23<br>  24:9 26:6 30:2 38:15<br>  46:4<br>**weren't** 14:17,19,24<br>  27:22<br>**West** 1:17<br>**we're** 21:6,7<br>**WILCOX** 1:21<br>**Wilmington** 1:9,14,17<br>  1:21 2:11<br>**witness** 2:2 4:15 50:7<br>  56:13<br>**word** 31:17<br>**work** 5:19 7:3,12 15:12<br>  17:17,21 18:5 19:13<br>  21:8,14 24:22 25:3,16<br>  26:4 37:1 44:9 46:1<br>  48:5<br>**worked** 6:22 7:6 10:4<br>  14:5 24:23 25:1 26:1<br>  28:1 47:7,8 48:10<br>**working** 5:23 6:16,21<br>  8:2 14:20 18:23<br>  24:24 25:8,9,12,23<br>  36:14 49:18<br>**worry** 24:18<br>**wouldn't** 14:20 15:3<br>  32:19 33:18,19 39:7<br>  39:21 51:9,9<br>**written** 12:22,24<br><br>**X** | **X** 54:7<br>**XL** 6:14<br>**X-L** 6:14<br><br>**Y**<br>**Y** 54:1<br>**yeah** 48:1<br>**year** 6:4 13:9 36:17<br>**years** 49:21<br>**YOUNG** 1:16<br>**younger** 52:11,15<br><br>**0**<br>**03** 16:16<br>**04-285** 1:5<br><br>**1**<br>**1** 10:23 11:5,6 54:11<br>**1:30** 1:10<br>**10** 8:17<br>**1000** 1:17<br>**11** 44:3 54:11<br>**11th** 11:12,14,15<br>**11-week** 43:22<br>**12** 8:17<br>**126-RPR** 56:19<br>**1330** 1:21<br>**14th** 45:10<br>**17th** 1:17 42:24<br>**19801** 1:14,17,21<br>**19807** 2:11<br>**1994** 7:7,7<br><br>**2**<br>**2** 1:9,14 54:5<br>**2:50** 53:16<br>**2000** 6:22 7:8<br>**2001** 5:24 6:23<br>**2002** 8:4 11:18 16:13<br>  17:1,2,20,23 18:1,3<br>  24:13,15 37:21,22<br>**2003** 6:4,5 7:23 11:13<br>  11:18,21 12:21 13:2,7<br>  13:14 16:11 17:16,23<br>  18:2,7,11 21:4 23:10<br>  23:17 24:4,18,22<br>  26:17 27:10,15,22<br>  28:5,7,9 29:16 30:21<br>  32:4,24 35:22 37:13<br>  37:23 38:1 40:7,12<br>  42:6,13,15,24 43:14<br>  52:18,23,24<br>**2004** 6:12 7:23 17:8<br>  44:8 45:6,10 49:13<br>  52:18,23 53:6,10<br>**2005** 1:10 56:8<br>**2008** 56:19 | **22nd** 13:14<br>**24** 1:10<br>**24th** 56:7<br>**28** 16:11<br>**29th** 18:11<br><br>**3**<br>**3** 10:16,18,20<br>**3rd** 26:17<br>**3s** 10:22<br>**30th** 38:1,3 43:19<br>**302** 1:9,14,22<br>**31** 56:19<br><br>**4**<br>**4** 8:6,8,22 9:5,8,11,19<br>  10:12,14 28:13 34:18<br>  34:19 35:12 36:5<br>  40:9,10,17 41:6,9<br>  42:5,7,8,10,12,14<br>  49:10<br><br>**5**<br>**5** 8:22,23 9:5,8,14,15<br>  9:16,18,18 28:8,11,13<br>  28:22 29:20,21 30:7<br>  34:18,19,24 35:5,12<br>  35:14 36:3,6 40:14<br>**5s** 40:22,23,24<br>**5th** 12:21 13:2 45:6<br>**50** 18:20<br>**55** 54:13<br>**56** 54:15<br><br>**6**<br>**6** 23:17 41:11 42:4<br>**655-0477** 1:22<br><br>**7**<br>**7th** 1:9,14<br>**72** 5:2<br><br>**8**<br>**806** 2:11<br><br>**9**<br>**9** 10:23<br>**9th** 5:2 | | |

Wilcox & Fetzer, Ltd.

Professional Court Reporters

(302)655-0477

B241

_arrell, Marybeth

DEPOSITION
EXHIBIT
Broadway
3/11/05

| | |
|---|---|
| **Subject:** | discussion |
| **Start:** | Fri 4/11/2003 11:00 AM |
| **End:** | Fri 4/11/2003 12:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Required Attendees:** | Pritchard, Susan S; Farrell, Marybeth |

Marybeth
Can we meet for an hour and discuss the new team, roles, interests, ideas etc. I'd love to have more insight from you on
our path forward and get your suggestions for transitions.
Thanks

B242



**WILCOX & FETZER LTD.**

In the Matter Of:

# Farrell
## v.
# AstraZeneca Pharmaceuticasl, L.P.

C.A. # 04-285 KAJ

------------------------------------------------------------------------

Transcript of:

# Deborah J. Brangman

March 24, 2005

------------------------------------------------------------------------

Wilcox & Fetzer, Ltd.
Phone:  302-655-0477
Fax:  302-655-0497
Email:  lhertzog@wilfet.com
Internet:  www.wilfet.com

B243

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARYBETH FARRELL,            )
                             )
    Plaintiff,               )
                             )
    v.                       ) C.A. No. 04-285 KAJ
                             )
ASTRAZENECA                  )
PHARMACEUTICALS, L.P.,       )
                             )
    Defendant.               )

        Deposition of DEBORAH J. BRANGMAN taken
pursuant to notice at the Law Office of John M. LaRosa,
2 East 7th Street, Suite 302, Wilmington, Delaware,
beginning at 9:30 a.m., on Thursday, March 24, 2005,
before Kimberly A. Hurley, Registered Merit Reporter and
Notary Public.

APPEARANCES:
            JOHN M. LaROSA, ESQUIRE
            LAW OFFICE OF JOHN M. LaRosa
              2 East 7th Street - Suite 302
              Wilmington, Delaware 19801
              for the Plaintiff
            SHELDON N. SANDLER, ESQUIRE
            YOUNG CONAWAY STARGATT & TAYLOR, LLP
              1000 West Street - 17th Floor
              Wilmington, Delaware 19801
              for the Defendant


              WILCOX & FETZER
    1330 King Street - Wilmington, Delaware 19801
                (302) 655-0477

B244

Farrell                                      v.                    AstraZeneca Pharmaceuticasl, L.P.
Deborah J. Brangman                 C.A. # 04-285 KAJ                        March 24, 2005

Page 6

1    Q.  How long did you hold that role?
2    A.  Six months.
3    Q.  What was your next role for AstraZeneca?
4    A.  I was they called it marketing partner for at
5  Atacand, A-t-a-c-a-n-d.
6    Q.  Was that approximately June of '97?
7    A.  Yes.
8    Q.  How long were you in that role?
9    A.  Can I just clarify something?
10    Q.  Sure.
11    A.  I was on that team for about five years and I
12  had different titles, but I was on the same team.  So I
13  can give you my titles.
14    Q.  Which team was that?
15    A.  The Atacand team.  I was the marketing partner,
16  then I was a brand manager, and then I became a senior
17  brand manager, and then I became the brand director.  It
18  lasted -- it lasted --
19    Q.  All those roles on the Atacand team?
20    A.  Yes.
21    Q.  Spent about how long?
22    A.  About 1997 and I left in 2002.
23    Q.  Where did you go after the Atacand team?
24    A.  I was marketing director.

Page 7

1    Q.  Was that with another team?
2    A.  That was over -- it was a different role.  I
3  actually had the same people, most of the same people,
4  some new people were added, but I only -- instead of
5  working on the business side, I only worked on their
6  career development.  It's what we call the skill center.
7    Q.  Approximately what dates did you hold that role?
8    A.  About July 2002 through March 2003.  Sometime in
9  March.  I was transitioning in March.
10    Q.  What role did you transition into in March of
11  2003?
12    A.  I became brand communications director for
13  Iressa, I-r-e-s-s-a.
14    Q.  These are all pharmaceutical products?
15    A.  Yes.
16    Q.  How long were you in that role?
17    A.  Until a week ago.
18    Q.  So that would take us into March of '05?
19    A.  Uh-huh.
20    Q.  What is your current role?
21    A.  I don't have a title yet.  I switched roles.  I
22  am in what's called our strategic resource group.
23  Basically I'm an internal consultant, so I work on
24  different projects around the company.

Page 8

1    Q.  Did you work with Marybeth Farrell during her
2  time at AstraZeneca?
3    A.  Yes.
4    Q.  Was she a senior professional relations and
5  education program manager band 4 for Exanta?
6    A.  She was a band 4.  I'm not sure if she was PREP
7  or promo was her title.  I believe it was PREP.  If you
8  could ask that question again.
9    Q.  You said you think she was a band 4 PREP?
10        MR. SANDLER:  Could you read the question
11  back?
12        (The reporter read back as instructed.)
13  BY MR. LaROSA:
14    Q.  You believe she was a band 4 PREP manager; is
15  that what you're saying?
16    A.  Yes.
17    Q.  Can you tell me what PREP stands for?
18    A.  Professional Relations and Education --
19  Education and -- what's the other --
20    Q.  Is it Professional Relations and Education
21  Programs?
22    A.  Programs, yes.
23    Q.  Was she a senior PREP manager, do you recall?
24    A.  No.  No, I do not believe she was a senior.

Page 9

1    Q.  Was that a PREP manager at the time her
2  employment ended?
3    A.  I believe so, but she didn't report to me at
4  that time.
5    Q.  Do you know if she transitioned into any other
6  roles from PREP manager before her employment ended?
7    A.  I don't know for sure.
8    Q.  You said this band 4 role was with the Exanta
9  team?
10    A.  Yes.
11    Q.  Prior to that role do you know what role she was
12  in?
13    A.  Prior to Exanta Marybeth worked in what was
14  called field PREP in a similar role, but she worked with
15  the sales force.
16    Q.  Was that in AstraZeneca's marketing group?
17    A.  It was in AstraZeneca's marketing operations
18  group.
19    Q.  That prior role was not a band 4 position; is
20  that correct?
21    A.  My understanding is it was a band 4, to the best
22  of my knowledge.
23    Q.  Do you know if Ms. Farrell received an
24  evaluation in March of 2003?

3 (Pages 6 to 9)

Wilcox & Fetzer, Ltd.            Professional Court Reporters            (302)655-0477

B245

Page 10

1   A.  Yes.
2   Q.  Was that the evaluation for 2002 performance?
3   A.  Yes.
4       MR. LaROSA:  I'm going to show you a
5   document and ask it to be marked Exhibit 1.
6       (Brangman Deposition Exhibit No. 1 was
7   marked for identification.)
8   BY MR. LaROSA:
9   Q.  Have you ever seen this document before?
10  A.  Yes.
11  Q.  Is this Ms. Farrell's 2002 evaluation?
12  A.  I believe it is.
13  Q.  Why don't you take a minute to look through it.
14  A.  (Complied.)
15      It looks like the same document.
16  Q.  This 2002 evaluation has as exceeds
17  expectations in six out of ten categories; is that
18  correct?
19  A.  This document says so.  I don't remember if that
20  was -- but if this document is correct...
21  Q.  If this document is accurate, she was rated as
22  exceeds expectations in six out of the ten categories?
23  A.  Yes.
24  Q.  Assuming this document is accurate, her 2002

Page 11

1   evaluation rated her as meet expectations in the other
2   four categories?
3   A.  Yes.
4   Q.  Her overall rating in this evaluation is good;
5   is that correct?
6   A.  Yes.
7   Q.  So at the time Ms. Farrell received this review,
8   her overall performance was not unacceptable; is that
9   correct?
10  A.  Yes.
11  Q.  Each performance area is rated as exceeded
12  expectations, met expectations, or did not meet
13  expectations?
14  A.  Yes.
15  Q.  At the time she would have received this review,
16  none of her performance areas were considered not meeting
17  expectations; is that correct?
18  A.  Yes.
19  Q.  At the time she received this review, she met or
20  exceeded expectations in all of the 10 performance
21  categories; is that correct?
22  A.  Yes.
23  Q.  She was rated as exceeds expectations in more
24  performance areas than meets expectations; is that

Page 12

1   correct?
2   A.  If this is correct, yes.
3   Q.  So at the time Ms. Farrell received this
4   performance evaluation, there were no concerns with her
5   performance; is that correct?
6   A.  There were no concerns that were voiced to me.
7   Well, you said at the time she got this review.  This
8   review was given in March.  So if this review is
9   written -- the feedback I got for this review, the
10  feedback was written in December.  So there was a gap of
11  time there.  At the time I gave her this review, there
12  were -- there had been voices concerned about 2004 from
13  January on.
14      MR. SANDLER:  '3.
15      THE WITNESS:  '3, excuse me.  '3.  So this
16  reflects only 2002, but I gave it to her into the first
17  quarter of 2003.  So it depends on how your question --
18  Q.  In terms of concerns about her performance at
19  that point, there were no concerns expressed to her at
20  that point in March of 2003; is that correct?
21  A.  I believe we had expressed some concerns by
22  then.
23  Q.  Were those concerns expressed in writing?
24      MR. SANDLER:  To Ms. Farrell do you mean?

Page 13

1       MR. LaROSA:  To Ms. Farrell, yes.  I'm
2   asking about concerns expressed to Ms. Farrell.
3   A.  By me?
4   Q.  By anyone.
5   A.  I know that Brian Martin had written to her
6   expressing concerns about an ad board not moving forward.
7   Q.  Do you remember the date that he wrote that?
8   A.  No.
9   Q.  Do you know of any other concerns that had been
10  expressed to Ms. Farrell in writing?
11  A.  I don't recall.  I just don't recall.
12  Q.  So the only performance concern expressed to
13  Ms. Farrell in writing that you can recall is what you
14  just mentioned about Brian Martin and the ad board not
15  moving forward?
16  A.  In writing?  Is that what you mean, in writing?
17  Q.  Yes.  Written concerns to Ms. Farrell.
18  A.  As far as I know.
19  Q.  There was no written disciplinary action being
20  taken against Ms. Farrell in March of 2003; is that
21  correct?
22  A.  Yes, that's correct.
23  Q.  Eventually Ms. Farrell did receive written
24  disciplinary action on May 5th of 2003; is that correct?

4 (Pages 10 to 13)

B246

Page 14

1    A.  I don't know that.  She didn't work for me then.
2    Q.  So are you saying you don't know if she ever
3  received any written disciplinary action?
4    A.  I had heard that she did get written
5  disciplinary action.  I don't know the dates.  I didn't
6  see the document.
7    Q.  Do you remember roughly when you heard that?
8    A.  That time sounds about right.
9    Q.  May 2003 sounds about right?
10    A.  Uh-huh.  It could have been June.  I don't
11  recall.  I do know that it happened.
12    Q.  Either May or June, approximately.
13    A.  Or the summer maybe.
14    Q.  Isn't it true that prior to April of 2003
15  Ms. Farrell had never asked for one day of sick leave for
16  the year she had been part of the Exanta team?
17    A.  I have no way of knowing that.
18    Q.  Do you ever recall her being on sick leave when
19  you worked with her?
20    A.  Sick leave?
21    Q.  Yes.
22    A.  As opposed to a sick day?
23    Q.  Sick leave.
24    A.  Not that I know of.

Page 15

1    Q.  Did you know that Ms. Farrell requested leave to
2  seek medical treatment on April 22nd, 2003?
3    A.  I didn't know at the time, no.  I mean, I heard
4  later that she was out on leave, but I didn't know prior
5  to her leaving.  I don't believe I knew.
6    Q.  So your recollection is you heard at some
7  point --
8    A.  She didn't report to me at that point.  If I got
9  an e-mail, I don't think I paid attention because they
10  were switching all of the systems in terms of routing
11  e-mails.
12    Q.  Did you know if the medical treatment she sought
13  was nonelective surgery?
14    A.  I have no idea.  Never asked.
15    Q.  Have you ever had to create any physician
16  profiles as part of your job duties?
17    A.  Have I?
18    Q.  Yes.
19    A.  I have managed people who have done it.
20    Q.  So folks working under you have had to create
21  physician profiles?
22    A.  Would you define "physician profiles."
23    Q.  I was going to ask you to define it.  My
24  understanding of it is that it's a biography or some

Page 16

1  kind of a profile on a physician who might be speaking as
2  part of a program that's affiliated with AstraZeneca.
3    A.  It's a part of -- we have a database that lists
4  our speakers and maybe whether they were a good speaker,
5  a bad speaker, what their expertise is.  Some product
6  teams have that much more formalized than other product
7  teams.
8    Q.  These speakers speak at what's called advisory
9  boards?
10    A.  Yes.
11    Q.  Can you tell me what an advisory board is?
12    A.  In the pharmaceutical -- it's essentially
13  marketing research.  There are all kinds of marketing
14  research you can do.  You can do a traditional kind of
15  survey, but when you want to get it more -- some of the
16  more qualitative issues about why they would prescribe
17  something, sometimes it's emotional, there's a lot more
18  than just reading the package insert in terms of why
19  physicians would prescribe.
20      You also want to know like what they would
21  think about -- very often a product that's not on the
22  market, what would you think about a claim if we were to
23  word it this way versus if we worded it that way.  It's
24  to get at some of the softer issues.  And you spend

Page 17

1  usually a day with them, and there's usually about
2  10 people and you talk to their peers.  They talk amongst
3  themselves and you sort of listen and get a much better
4  deeper understanding of issues, whatever those issues
5  are.
6    Q.  At these advisory boards, these speakers, are
7  they usually physicians?
8    A.  They're usually physicians.  They can be -- they
9  can be AstraZeneca speakers, as well, but they are
10  generally practicing or academic physicians.
11    Q.  Are those people the ones that are generally
12  doing the advising at these ad boards?
13    A.  That's the whole purpose.  They're supposed to
14  speak and talk.  So there's usually a short presentation
15  and then a lot of discussion.
16    Q.  Who are the people that they are speaking to?
17  Who is their audience?
18    A.  Their audience are their peers.  What we really
19  want to do is very often it's the person who's done the
20  clinical trial will talk about the data because he's most
21  familiar with it.  So he will share some of the key data
22  points and then he will say to the audience what do you
23  think about this, do you believe this will be helpful
24  when you practice.  So there's generally a discussion

5 (Pages 14 to 17)

B247

Farrell
Deborah J. Brangman

v.

C.A. # 04-285 KAJ

AstraZeneca Pharmaceuticasl, L.P.
March 24, 2005

Page 18
1  around however many people are there. If there are
2  20 doctors, you really want to understand what they all
3  think. It's usually a moderator who helps that process
4  along.
5      Q.  As part of the audience, are AstraZeneca
6  employees there, also?
7      A.  We're there as observers usually unless you're a
8  physician or a clinician who's presenting some data, but
9  other than that, our job is just to watch.
10     Q.  Do some AstraZeneca employees put on or organize
11 the advisory boards?
12     A.  Yes.
13     Q.  You said you didn't organize advisory boards
14 yourself but you managed folks who did organize?
15     A.  I did. In my last job and the job before that.
16     Q.  As part of promoting the advisory board, are
17 physician profiles created to let people know what
18 physicians will be at the advisory board or will be
19 speaking at the advisory board?
20     A.  No. Profiles are really made to help -- it's
21 not so much -- profiles are really made to help you
22 understand if, say, a doctor specializes in -- like lots
23 of people are hypertension specialists, but maybe he
24 specializes in people with extremely high hypertension.

Page 19
1  If you're going to pick who's coming to the advisory
2  board, if you have a product that's for really high
3  hypertension, you would want a doctor who specializes in
4  that to talk about what his issues are.
5          Your profiles are more to understand the
6  different prescribing areas, what the doctor -- describe
7  what that doctor really is, what his expertise is so you
8  can make decisions.
9      Q.  So are these profiles created --
10     A.  If you're asking in terms of the ad board --
11     Q.  Speaking in terms of an ad Board.
12     A.  They're not always formal. A lot of teams don't
13 have formalized --
14     Q.  Profiles?
15     A.  -- profiles. Just kind of know because we
16 worked with them over the years.
17     Q.  Are these profiles, these informal profiles,
18 used to help select what speakers you will choose for a
19 particular ad board?
20     A.  Partly, yes.
21     Q.  These folks that have organized ad boards for
22 you, have you ever had them use outside research agencies
23 to help create the physician profiles?
24     A.  Yes. We use medical communications companies.

Page 20
1  They don't do the profiles. They do the meetings. They
2  help make the meetings. I think we're -- it's a little
3  misleading. They help set up the meetings.
4      Q.  As far as helping to create the profiles, do
5  they help at all with the physician profiles? Do they
6  play any role in that?
7      A.  Do you mean who's going to come, decide who's
8  going to come? That's generally an internal --
9      Q.  Not to decide who's to come, but once it's been
10 decided which physicians will come, these profiles of the
11 physicians, they help with the research for that?
12     A.  They can indirectly. Directly -- I mean, yes,
13 they can help, but everyone inside helps, too. It's sort
14 of a collaborative process in terms of identifying what a
15 doctor's specialties are.
16     Q.  So you're saying that creating the physician
17 profiles is a collaborative process; it's not just one
18 person that has to create the profile?
19     A.  Well, one person really couldn't. It's
20 looking -- one person -- let me put it this way:  One
21 person needs to lead that. One person directs that
22 process and one person is responsible for it happening.
23     Q.  The person who leads the process, can that
24 person also employ the use of clerical staff or

Page 21
1  secretaries to help create the profiles?
2      A.  Not usually, no.
3      Q.  You said it was a collaborative process. So the
4  person leading this collaborative process, who do they
5  usually collaborate with? You talked about outside
6  research agencies.
7      A.  Primarily you would ask your team physician.
8  You might ask your peers who was a good speaker at a
9  program they saw or if you saw them speak at a
10 convention, did he seem knowledgeable, would he
11 participate. So it could be a scientist, it could be
12 salespeople. It's an ongoing thing. It's not like you
13 do this once and that's -- as you get more information,
14 you get to know about physicians better over time.
15     Q.  But actually compiling the information about the
16 physicians --
17     A.  I don't know -- I'm just being honest. I don't
18 know if the Exanta team had a formal document where they
19 have profiles. So I'm speaking generally about what a
20 PREP manager does.
21     Q.  In general you're saying it's not a formal
22 process in terms of creating the physician profiles?
23     A.  In other words, on my team -- I was on the
24 Atacand team. We didn't have a list where we described

6 (Pages 18 to 21)

Wilcox & Fetzer, Ltd.         Professional Court Reporters         (302)655-0477

B248

Page 22

1  physicians and their -- we worked with them, so we knew
2  them, we knew who was a good speaker. That's the
3  expertise of a PREP manager. That's what a PREP manager
4  does. They know these doctors, they get to know their
5  background, they get -- they talk to people and find
6  out -- it's a part of what they do. But we never had a
7  list of attributes about every single doctor.
8      Q.  You have had PREP managers report to you?
9      A.  Yes.
10     Q.  Have you ever had one of your PREP managers
11  organize an advisory board?
12     A.  Yes.
13     Q.  Have you ever had one of your PREP managers who
14  organized an advisory board have to create physician
15  profiles on over 50 physicians? Have you ever given that
16  type of an assignment to one of your PREP managers?
17     A.  Well, we have never -- for an ad board?
18     Q.  Yes.
19     A.  I guess the question is it's not answered how we
20  functioned. In other words, I never said go make
21  50 profiles so that I can have an ad board. Those two
22  things just went together. If we were going to have an
23  ad board, we would sit down and say who do we want to
24  invite based on our knowledge, which is very different

Page 23

1  than -- I never said to anybody make a list of
2  50 profiles. Doesn't really happen that way. I guess
3  that's what I'm trying to say.
4      Q.  Let's put the ad board out of the equation,
5  because you said that they don't necessarily go
6  hand-in-hand.
7      A.  The way you were describing it isn't quite how I
8  would approach it.
9      Q.  Putting the ad boards aside, have you ever told
10  one of your PREP managers, "You need to create physician
11  profiles on over 50 physicians"?
12     A.  What we have done in the past, and we call
13  them -- we have identified what we call key opinion
14  leaders. KOLs you hear a lot. Most recently I worked on
15  the Iressa team and we were all new to the team,
16  everyone, and the PREP manager, as well as me, as well as
17  the brand director. So we sat down and we said -- and
18  Katie, who was the lead on it, we got a list and we
19  worked and we developed a list of key opinion leaders
20  based on a lot of different things, based on input from
21  clinical, based on who we knew was a good speaker.
22         So that's how the process generally works,
23  and Katie was responsible for making that happen.
24     Q.  If that's how the process worked, is it fair to

Page 24

1  say that you've never told one of your subordinates, "You
2  need to create physician profiles on over 50 physicians"?
3  You have never done that; is that correct?
4      A.  We had over 50 -- if we're talking about the
5  same thing, this KOL list, perhaps, identifying a list of
6  KOLs, yes, we had 100 people on that list of KOLs.
7      Q.  You never told one of your PREP managers,
8  "Please create that list"?
9      A.  I told her to please direct the creation of that
10  list, yes. That is the responsibility of the PREP
11  manager, to identify and cultivate KOL lists and who are
12  the key people in this industry, who would you identify.
13  Even if you come up with a list of 100 and it gets culled
14  down to 50, that's what a PREP manager does.
15     Q.  Helps to cultivate this KOL list or key opinion
16  leader list?
17     A.  Yes. I have done that with Atacand where my
18  PREP manager had developed a list of these are our go-to
19  people for Atacand, these are the list of key people that
20  we need to be close to because they believe in this
21  product and they will support us and tell the public what
22  they believe really are the attributes of the product.
23  That's what every PREP manager does.
24     Q.  You never had one of your PREP managers create a

Page 25

1  profile on each of those key opinion leaders?
2         MR. SANDLER:  Objection. I thought she
3  said she did.
4      A.  Yes. By developing lists, by default you're
5  creating profiles. You're saying this guy, the reason
6  he's key to me is that he's an excellent speaker, he
7  really knows the data. Those are the things that are in
8  the profile. He knows the data, he knows -- he's well
9  thought of in the community. When I'm putting together
10  that list of key opinion leaders, that's what's defining
11  them, that's what the profile would be, and that's what a
12  PREP manager does. We just don't call them -- or I
13  didn't call them profiles. We call it developing key
14  opinion leaders.
15     Q.  You would have one of your PREP managers direct
16  that process or lead that process?
17     A.  That's what they all do. Yes.
18     Q.  They wouldn't do it on their own; it was a
19  collaborative process you said?
20     A.  They would certainly direct it and they would
21  certainly be expected, I think, to come up with a base
22  case, here's the list that I think based on having talked
23  to people. They would develop the fundamental primary
24  list. But can I just add one thing? Everything we do as

7 (Pages 22 to 25)

B249

Farrell
Deborah J. Brangman

v.

C.A. # 04-285 KAJ

AstraZeneca Pharmaceuticasl, L.P.
March 24, 2005

Page 26
1 a team. Everybody has to get input from other people and
2 other sources. That's a primary function of that job.
3    Q.   But it's a job that there's teamwork with that
4 job?
5    A.   Yes.
6    Q.   Isn't it true that Ms. Farrell during the time
7 she was out on leave attempted to return to work during
8 her recovery period?
9    A.   I don't know about that.
10    Q.   Did you ever see her come back into the office
11 within a month after her surgery?
12    A.   I didn't even know when her surgery was.  I just
13 knew she was out and I saw her at some point when she was
14 back.
15    Q.   Do you remember when was the first time you saw
16 her after she was out?
17    A.   I think it was in the summer, but I remember
18 seeing her in the garage.
19    Q.   I'm sorry?
20    A.   I saw her in the garage.  I don't remember when
21 it was.  Just like, "Hi, how are you?"
22    Q.   Are you saying it's an employee parking garage?
23    A.   Yes.
24    Q.   Isn't it true that in late 2002 Ms. Farrell was

Page 27
1 being considered for promotion to a band 5 position?
2    A.   Yes.
3    Q.   Was that around December of 2002?
4    A.   Yes.
5    Q.   At that time did you discuss this band 5
6 promotion for Ms. Farrell, did you discuss that with
7 Jane Hellen, H-e-l-l-e-n?
8    A.   Yes.
9    Q.   At that point was it the feeling that
10 Ms. Farrell should be promoted to a band 5 position?
11    A.   At that point, yes, there was discussion that
12 she would probably be promoted.  It wasn't a guarantee.
13 There was discussion between --
14    Q.   I'm not asking you about guarantees.  I
15 understand nothing is guaranteed in the world of
16 employment.  But did you express the opinion to
17 Jane Hellen that she should be promoted to band 5?
18    A.   Based on the feedback that the team gave me --
19 remember I was only a functional manager, so my job was
20 to collect information from people on the team.  And
21 based on the feedback that I had gotten and her review,
22 which was positive, it seemed like she was ready to be
23 promoted to a 5.
24    Q.   Her 2002 review was positive?

Page 28
1    A.   Yes.
2    Q.   At that point in December 2002 it seemed like
3 she was ready to be promoted to band 5?
4    A.   Uh-huh.
5    Q.   I'm sorry?
6    A.   Yes.
7    Q.   Eventually, in the summer of 2003, Ms. Farrell
8 was told she would not be promoted to band 5; isn't that
9 correct?
10    A.   I don't know when she was told that.
11    Q.   But at some point she was told that?
12    A.   As far as I know, I would say yes.  I don't know
13 that.
14    Q.   You're not sure if she was ever told that?
15    A.   She moved on.  In the summer she didn't report
16 to me.
17    Q.   Isn't it true that you told her she would not be
18 promoted to band 5?
19    A.   To the best -- I don't remember -- are you
20 saying in the summer I told her?
21    Q.   I'm not asking you about the time frame now
22 because you said you're not sure about the time frame.
23    A.   During her review I shared with her that there
24 had been some performance issues since January that I had

Page 29
1 heard that were expressed to me and that she needed to
2 address those issues.  Then I was moving off, so I didn't
3 have a lot of discussion with her, but she was aware of
4 the performance issues, and I did share that there were
5 some concerns by the brand team which was in March.
6    Q.   This was during the midyear review?
7    A.   This was really the 2002 review, but I took that
8 opportunity to share with her that, while this was 2002,
9 there were concerns about her performance in the first
10 quarter.
11    Q.   When you met with her about the 2002 review, you
12 weren't discussing the band 5 promotion at all?
13    A.   No.  We were talking about just her review.
14    Q.   But isn't it true that later in the year you as
15 a communications director told her she would not be
16 getting the promotion to band 5 because of performance
17 reasons?  Do you recall that?
18    A.   No.  Because once she didn't report to me, I
19 would have no reason -- I don't know why she would bring
20 it up with me even at that point.
21    Q.   I'm not suggesting that she brought it up.  I'm
22 suggesting that you were the one that had to be the
23 messenger to say that "You're not going to be promoted to
24 band 5."  I'm not suggesting it was your decision, but

8 (Pages 26 to 29)

Wilcox & Fetzer, Ltd.          Professional Court Reporters          (302)655-0477

B250

Page 30

1  you were the one that had to tell her "You're not going
2  to be getting the band 5 promotion because of performance
3  reasons."
4         Do you recall any kind of conversation like
5  that with her?
6     A.  The conversation I recall was during the last
7  time when I was really her manager, which was this
8  review.
9         MR. SANDLER:  Referring to Exhibit 1.
10        THE WITNESS:  Exhibit 1.  At the end of the
11  meeting I said, "This was a good 2002, but there are some
12  performance issues in 2003."  And I know --
13     Q.  I'm asking you only about --
14        MR. SANDLER:  Can you let her finish?
15        MR. LaROSA:  I want her to answer my
16  question.
17        MR. SANDLER:  She's answering your
18  question.
19        MR. LaROSA:  No.  She's talking about this
20  meeting.  I'm talking about a discussion regarding
21  promotion to band 5.
22  BY MR. LaROSA:
23     Q.  Do you recall any discussions to band 5?
24     A.  I don't recall after that.  I tend to doubt -- I

Page 31

1  just don't recall it.
2     Q.  You don't recall having any further discussions
3  with her about a promotion to band 5 because eventually
4  you were no longer her manager?
5     A.  Yes.
6     Q.  An action plan is a form of disciplinary action
7  at AstraZeneca; is that correct?
8     A.  Yes.  Well, no.  I think it's a plan to improve
9  your performance.  It's not meant to be discipline.  It's
10  to help you do what you're supposed to do.
11     Q.  Is that the first step that's taken when there's
12  a performance issue?
13     A.  Yes.  Well, sorry, no.  I'm answering too fast.
14  I think the first step is to tell someone verbally that
15  there are issues.  The first step is to verbally discuss
16  that --
17     Q.  In terms of --
18     A.  -- and give people a chance to improve.
19     Q.  In terms of written steps, is that the first
20  written step to put somebody on an action plan?
21     A.  I believe it is.
22     Q.  There are no other types of written
23  documentation that you would do before the action plan?
24     A.  I think you certainly have every -- there's not

Page 32

1  a rule, but I think you can certainly put in writing if
2  you wanted to, you could put in writing that your
3  performance needs to be stepped up, but the action plan
4  is a very specific program to improve your performance.
5     Q.  So before you get to the action plan, you can
6  put something in writing to the employee to say you have
7  performance issues?
8     A.  You can.
9     Q.  You can direct that to the employee?
10     A.  You can.
11     Q.  Because the idea is for the employee to improve
12  their performance; it's not punishment?
13     A.  It's not punishment.  It's whatever the
14  deficiencies that have been identified, it's a plan to
15  help you improve those deficiencies.
16     Q.  So if the idea is to help the employee improve
17  their deficiencies, then, whether it's written or not,
18  the best thing is to direct that to the employee so they
19  know what they need to improve on.  Is that the idea?
20     A.  Yes.
21     Q.  Do you know if the action plan that Ms. Farrell
22  was placed on contained criticism of her performance in
23  the area of, quote, understanding the critical data?
24     A.  I don't know.  I never saw it.

Page 33

1     Q.  Do you know if understanding the critical data
2  is an area of performance that is covered in the PREP
3  manager's annual evaluation?
4     A.  It usually is.
5     Q.  You have Exhibit 1 in front of you which is one
6  of Ms. Farrell's performance evaluations.  So you can
7  refer to that, too.
8         Do you know if Ms. Farrell was criticized
9  on her action plan regarding her ability to drive
10  meetings and organize?
11     A.  I don't know.
12     Q.  Is the, quote, ability to drive meetings and
13  organize, end quote, an area of performance that is
14  contained in a PREP manager's performance evaluation?
15     A.  Yes.
16     Q.  I guess what you're telling me is you don't know
17  any of the details of the action plan she was placed on.
18     A.  That's correct.
19     Q.  But you have familiarity with these performance
20  evaluations because you've managed PREP managers and you
21  went over this one with Ms. Farrell.
22     A.  Yes.
23     Q.  Is the, quote, ability to act as a content
24  expert, is that an area that's usually covered in a

9 (Pages 30 to 33)

B251

Page 34

1  performance evaluation?
2      A.   Yes.  In one form or another, yes.
3      Q.   Is that a requirement for a band 5 position?
4      A.   Yes.  It should be almost for anyone doing the
5  job because you have to -- in order to do the job well,
6  you need to understand the data, the content.
7      Q.   Is understanding the data and being a content
8  expert the same thing?
9      A.   You need -- PREP managers need to really have a
10 deep understanding of the data.
11     Q.   Do they need to be experts?
12     A.   They're not physicians, but they need -- they
13 should have a very deep understanding of the data.  It
14 depends on how you define "expert."  I think you should
15 know all of the studies, I think you should understand
16 how -- you have to in order to do the job.  You have to
17 really delve deeply into the data.
18     Q.   And understand the critical data?
19     A.   Yes.
20     Q.   The physicians that speak at these advisory
21 boards, are they considered content experts?
22     A.   They should be, yes.
23     Q.   Is the, quote, ability to develop relationships
24 with associations and thought leaders, end quote, is that

Page 35

1  an area that's covered in the PREP manager's annual
2  performance evaluation?
3      A.   Generally, yes.
4      Q.   Is that a requirement for a band 5 position?
5      A.   Is it a requirement for a band 5?
6      Q.   Yes.
7      A.   It's a requirement fundamental to the job, to be
8  honest.  I think you have to be able to do that to do it
9  at all.
10     Q.   Does a PREP manager's performance evaluation
11 cover the area of, quote, budget management?
12     A.   Yes.
13     Q.   Does a PREP manager's annual performance
14 evaluation cover the area of performance of, quote, brand
15 strategy, end quote?
16     A.   That's a big question.  Brand strategy,
17 development of brand strategy is led by -- used to be a
18 title called strategist for the brand, but certainly in
19 their role as a PREP manager and their close
20 relationships with KOLs, they are expected to provide
21 input into the development of the strategy based on their
22 understanding of the product and their role.  They are
23 not the strategist.  They don't develop -- obviously they
24 provide input into the development.  Their role

Page 36

1  facilitates that development by the brand team.
2      Q.   Maybe somebody higher up in the hierarchy would
3  develop the brand strategy?
4      A.   Yes.
5      Q.   Who would that be normally?
6      A.   There used to be -- I think at that time there
7  was a brand strategist was the role, brand director, but
8  it's --
9      Q.   There are different positions than the PREP
10 manager?
11     A.   But it's all integral -- as I said, it's like
12 the PREP manager doesn't just -- what they do helps the
13 strategist develop strategies.  So they are certainly in
14 a consultant role to those people in providing insights
15 based on their job and that's just how the teams work.
16 That's how they all function.
17     Q.   So you're saying that the brand strategist
18 develops the brand strategy with input from the PREP
19 managers?
20     A.   Yes.
21     Q.   And PREP managers aren't solely responsible for
22 developing the brand strategies themselves?
23     A.   No.
24     Q.   Do you remember if Marybeth Farrell worked in an

Page 37

1  office or a cubicle?
2      A.   When I met her, we were in the Delaware
3  Corporate Center and she was in an office there.  We
4  moved to where our current location is in -- what is it,
5  1800 Concord Pike, and she had an office there initially.
6  As far as I know.  When she worked for me, she had an
7  office.
8      Q.   You don't know if she ever was moved from the
9  office to a cubicle?
10     A.   I can't remember.
11     Q.   You don't remember any band 4 team members
12 moving to cubicles in 2003; is that correct?
13     A.   Actually it happened on another team.  Part of
14 2003 I was the brand director for Atacand before I moved
15 into marketing director and there was a decision made
16 that because there weren't enough offices, that anybody
17 who wasn't a band 5 had to give up their office.  So
18 people were batted out of offices.  And really the
19 decision could be made that if there was space you could
20 have an office, but there was no -- the company policy
21 was if you were 5, there were 5s who were in
22 And really if you were 5, there were 5s who were in
23 cubes, too.  It just depends on if you're on a team --
24 it's a big team and there's not a lot of space.  There

B252

Farrell                                     v.                  AstraZeneca Pharmaceuticasl, L.P.
Deborah J. Brangman                    C.A. # 04-285 KAJ                        March 24, 2005

Page 38

1  were people who were 5s who didn't get cubes, didn't get
2  offices.
3      Q.  Do you remember anyone in the Exanta team being
4  moved to a cubicle in 2003?
5      A.  I don't know.  I know somebody on my team was.
6      Q.  Which team was that?
7      A.  The Atacand team.
8      Q.  This was the team that Ms. Farrell was not on?
9      A.  Correct.
10     Q.  Were you aware that Ms. Farrell filed a
11 complaint with Human Resources in the fall of 2003 that
12 she was being retaliated against for exercising her FMLA
13 rights?
14     A.  I didn't hear that.  I think I heard that more
15 recently.  2004 I heard it.
16     Q.  Did you hear that after her employment ended or
17 while she was still at AstraZeneca?
18     A.  I think I heard it after she left.
19     Q.  Who did you hear that from?
20     A.  I heard it at some point from Brian Martin,
21 because she had asked him to be a character witness and
22 she had called him.
23     Q.  Do you know what the outcome of Ms. Farrell's
24 action plan was?

Page 39

1      A.  No, I don't.
2      Q.  Aside from the action plan, are there more
3  serious actions that can be taken after the action plan?
4      A.  Yes.
5      Q.  What would be the next step?
6      A.  A performance improvement plan, also called a
7  PIP.
8      Q.  Do you know if Ms. Farrell was placed on a PIP?
9      A.  I believe she was.  I don't know if I knew it
10 then, but I believe she was placed on a PIP.
11     Q.  Do you think that's something you learned after
12 her employment ended?
13     A.  Yes, I think it was.
14     Q.  You were aware that Ms. Farrell was placed on a
15 one-week leave in January of 2004 during which time she
16 did not report to work?
17     A.  2004 was last January?  No.
18     Q.  Who replaced Ms. Farrell as PREP manager for the
19 Exanta team after she was discharged?
20     A.  I don't know.
21     Q.  In 2003 and 2004 AstraZeneca provided its
22 employees with group health insurance through Blue
23 Cross/Blue Shield of Delaware; is that correct?
24     A.  Sounds right.  Sounds correct to me.

Page 40

1      Q.  Were you aware that AstraZeneca cancelled its
2  health insurance coverage of Ms. Farrell in mid-February
3  of 2004?
4      A.  No, I was not.
5      Q.  Who at AstraZeneca deals with health insurance
6  coverage for employees?
7      A.  Everything is online now.  The way I would do it
8  is to go to the Web site, the Employee Connection.
9  There's an 800 number that you can call for your benefits
10 and there's a Web site and the Web site has the 800
11 number.  I don't even know if they're based at
12 AstraZeneca or if it's contracted out.
13     Q.  In December of 2002 when you said based on the
14 data you supported a promotion for Ms. Farrell to band 5,
15 did Jane Hellen support a promotion of Marybeth Farrell
16 to band 5 in December of 2002, as well?
17     A.  Yes.
18        MR. LaROSA:  I have no further questions.
19        MR. SANDLER:  I have some questions.
20 BY MR. SANDLER:
21     Q.  First of all, you mentioned that you have an
22 M.B.A.  Where is the M.B.A. from?
23     A.  Wharton.  University of Pennsylvania.  Wharton
24 School.

Page 41

1      Q.  Is that also where you got your undergraduate
2  degree?
3      A.  Yes.  I went to the University of Pennsylvania
4  in Philadelphia.
5      Q.  Early on in the questioning there was a question
6  something about Ms. Farrell having received disciplinary
7  action in May of 2003.  You said it might have been May,
8  June or the summer.  Was it disciplinary action?
9      A.  I don't know, actually, now that you're asking.
10 I don't know that it was disciplinary action at all
11 because she didn't report to me.  I knew that there were
12 performance issues.
13     Q.  So it was some kind of performance action?
14     A.  It may have been the action plan.  I don't know
15 the date that that plan was started, but, as I said, the
16 action plan is not really discipline.  It's actually to
17 help you get to where you need to be.
18     Q.  During the time that you were involved with the
19 Exanta team, in addition to Ms. Farrell, who were the
20 other PREP managers?
21     A.  Louise Colburn.  I'm drawing a blank.
22     Q.  Susan Broadway?
23     A.  Susan Broadway, Marybeth Farrell.  Susan was a
24 PREP manager.  Maybe that's everybody.

11 (Pages 38 to 41)

B253

Farrell                                      v.                    AstraZeneca Pharmaceuticasl, L.P.
Deborah J. Brangman               C.A. # 04-285 KAJ                              March 24, 2005

Page 42

1    Q.  In addition to Ms. Farrell, were the others
2  band 5s?
3    A.  Ms. Farrell was band 4.
4    Q.  Right.
5    A.  And Susan Broadway was a 5, I believe, and I
6  believe Louise Colburn is a 5.
7    Q.  When did you first meet and work with
8  Marybeth Farrell?
9    A.  I met her -- she called me shortly after I got
10  the job as marketing director and she wanted to have
11  lunch and we met for lunch at the Macaroni Grill and we
12  talked and we met there.
13    Q.  What was the reason for the discussion?
14    A.  She wanted to talk about the fact that she had
15  been in the position -- moved in the position.  Renee had
16  intimated that she was going to be promoted she said and
17  she was very interested in being promoted and she wanted
18  to know -- she wanted me to be aware of the situation and
19  that she was very interested in being promoted to a
20  band 5 in this role, and I basically said I would find
21  out more about it.
22    Q.  Who's Renee?
23    A.  Renee Valles, V-a-l-l-e-s, who was her manager
24  prior to that.

Page 43

1    Q.  How long had Ms. Farrell been a band 4?
2    A.  She was a band 4, to the best of my knowledge,
3  when she was in the marketing operations position when
4  she worked for Amy Renk, R-e-n-k, and she was a band 4
5  when she worked on the Prilosec/Nexium team, N-e-x-i-u-m,
6  which was -- and I believe she was at least a year -- I
7  would say at least the prior three years.
8    Q.  Is that unusual for someone to be in a band 4
9  position for that length of time?
10    A.  Usually people are promoted within a year or so.
11  Year to 18 months they're promoted to a 5 if they do a
12  good job.  Especially back then.
13    Q.  What would the inference had been of someone who
14  was in the position of a band 4 for three years?
15         MR. LaROSA:  Objection.
16         MR. SANDLER:  You can answer.
17    A.  That she wasn't ready developmentally to be
18  moved to a 5.  Generally speaking, also, if someone's
19  moving to another role such as from marketing ops to the
20  role on the Exanta team, that's a very common opportunity
21  to promote someone, and generally it happens.  I did that
22  when the person who worked for me -- Katie worked for
23  Ceraphyl, moved to my team in the same role as a PREP
24  manager.  But it's an opportunity to promote someone

Page 44

1  generally if you're liking them enough to hire them and
2  they have experience.  Generally it's enough for them to
3  be promoted.  Or it's not generally, but it's very often.
4    Q.  You say that Ms. Farrell did come to you and say
5  she wanted to be promoted and sort of right off the bat
6  when you first met her?
7    A.  When I first met her.
8    Q.  Did you think that was unusual?
9    A.  I thought it was very unusual, but at the same
10  time it was important to her and she brought it up right
11  away, and I hadn't had anyone else do that, but that's
12  okay.
13    Q.  In December there was consideration given to
14  promoting her, correct?
15    A.  Yes, absolutely.  There was definite
16  consideration.
17    Q.  I think you've said that both you and
18  Jane Hellen at that time thought that she could be
19  promoted?
20    A.  Yes.
21    Q.  What was your basis for that?
22    A.  Jane had sent me a note -- one was the feedback
23  I got from Jane, as well as several other people.  But on
24  her performance review there's 360 feedback.

Page 45

1    Q.  What do you mean by that?
2    A.  360 is I send out a form to her coworkers, as
3  well as her, Brian Martin, and Jane Hellen, and ask for
4  feedback on her performance.  And based on that feedback
5  and discussions with Jane and also the fact that Jane had
6  asked me to get an office for Marybeth because she
7  probably would be promoted in the near future and it
8  would just make life easier if she started out in the new
9  location in an office.  We were moving at that point.  So
10  the issue of whether she was going to be in an office at
11  the new location was going to come up.  And I did do
12  that.
13    Q.  The feedback information, was that being gotten
14  for the 2002 evaluation?
15    A.  It was the 2002 evaluation, 360 form.
16    Q.  When did you have in hand all of your
17  information for the evaluation, approximately?
18    A.  Early January.  I had to write -- I wrote this
19  at the end -- in the middle of January.  So I had to have
20  it like the first -- I sent it out in like late November,
21  early December, and probably had all the feedback by the
22  beginning of January.
23    Q.  You're referring to "this."  You mean the
24  evaluation?

12 (Pages 42 to 45)

B254

Farrell                                                    v.                    AstraZeneca Pharmaceuticasl, L.P.
Deborah J. Brangman                        C.A. # 04-285 KAJ                                 March 24, 2005

Page 46

1    A.   I'm sorry.  Exhibit 1.
2    Q.   What, if anything, happened in January that
3   caused a change in the view about promoting
4   Marybeth Farrell?
5    A.   I started hearing things.  I heard that there
6   were some concerns from Brian Martin about her
7   performance, her behavior in meetings.  Just her overall
8   performance level seemed to have dropped just in general.
9        I had a meeting with a coach, corporate
10  coach, and part of my role as a communications director
11  was to help communications on the team.  So I had a
12  meeting in late January where everyone was giving
13  feedback on what they needed from other people on the
14  team, and everyone was very articulate, I want this, I
15  need that, this is how I think we should function.  And
16  when we came to Marybeth, she couldn't articulate, and it
17  was very confusing to the point of being surprising.
18       And I went to lunch with Buddy, who was
19  Buddy Feld who is the corporate coach, and we were both
20  struck that she didn't seem to be saying anything.  It
21  was just sort of -- I just couldn't make heads or tails
22  on what she was trying to say.  So we both commented on
23  how profound it was.
24   Q.   "Profound" meaning what?

Page 47

1    A.   That she hadn't said -- that what she was saying
2   didn't really make any sense, and I don't remember what
3   it was.  I don't remember the exact comments, but I do
4   remember that both of us were struck by it and commented
5   on it.
6        So that was when my first sense that I
7   had -- I saw directly that there was -- there was
8   something unusual going on, that something wasn't quite
9   right.
10   Q.   Had you already heard from Brian Martin that he
11  had also had concerns?
12   A.   Yes.  Concerns about behavior in meetings, just
13  concerns -- I don't think the concerns with the ad board
14  had quite risen up at that point, but I knew he did
15  express definite concerns about Marybeth at that point.
16  Verbally.
17   Q.   What about the ad board, what were the concerns
18  on the ad board?
19   A.   Well, as time progressed, I know Mary Ann was
20  working on an ad -- Marybeth was working on an ad board
21  and it wasn't progressing, and Brian had gone to the
22  point of developing for Marybeth a program with the
23  vendor, one of our vendors developed it, whereby it was
24  sort of ad board -- if you were just walking in and it

Page 48

1   was like ad board step 1, step 2, step 3, and 12 weeks
2   out do this, 10 weeks do that.  So if you just followed
3   this, even if you weren't the greatest PREP manager in
4   the world, you would get the program done.
5        He was like, "You know, I gave her this
6   thing and I keep telling her just make decisions and move
7   on and she kept saying" -- he said, "She kept telling me
8   she needed my input to move on."  He said, "I told her,
9   'Marybeth, you have the authority.  You have the
10  experience.  It's your decision.  Make the decision.
11  Send out an e-mail telling people what you have done and
12  move on.  Just keep going.'"  He said, "She couldn't
13  move."
14       So time kept moving on and on and nothing
15  was happening.  So he expressed -- as we got into
16  February he was really worried about the ad board because
17  the ad board was in March.  Even if you don't know who's
18  invited exactly, it's like a wedding, you have to pick a
19  place, you have to hire the caterer.  There's a million
20  things.  You have to reserve rooms in a hotel.  You have
21  to do a lot of things regardless of whether or not you
22  have all of the details.  You need to get that thing
23  moving.  That wasn't happening.  That was his big
24  concern, as well.

Page 49

1    Q.   Did you also hear from Jane Hellen that she was
2   having concerns about promoting Marybeth?
3    A.   Yes.  We had a face-to-face conversation, I
4   don't remember exactly which, where she said Marybeth
5   wasn't performing the way she had in 2002.  And it was
6   such a dramatic change that she was having concerns in
7   general about her performance and she e-mailed me that
8   she was having concerns about do we promote her based
9   on -- because right now she wasn't performing at a level
10  that she deserved to be promoted.  That was in February.
11  Then she sent me an e-mail saying that -- to that effect.
12   Q.   I think you said you met with Ms. Farrell in
13  March to give her the 2002 evaluation?
14   A.   Uh-huh.
15   Q.   Yes?
16   A.   Yes.
17   Q.   Was there some concern about the fact that the
18  evaluation itself was a good evaluation, not an excellent
19  but a good, but, nevertheless, you didn't have the kinds
20  of concerns that you've just talked about?
21   A.   Yes.  And I looked at it.  I did wrestle with it
22  because -- but the reality is that was the feedback she
23  got for 2002.  This fairly reflected -- this Exhibit 1
24  fairly reflected the feedback that I was given about her

13 (Pages 46 to 49)

B255

Farrell                                  v.                    AstraZeneca Pharmaceuticasl, L.P.
Deborah J. Brangman                C.A. # 04-285 KAJ                        March 24, 2005

Page 50

1  performance.
2       So it was fair for her to get this review;
3  however, in January her performance changed and that's
4  why I shared with her at the review -- when it was over,
5  I said, "This is a good review, but there are some
6  performance issues that you need to be aware of and that
7  you're going to have to address." I did not bring up the
8  promotion during that discussion.
9       Q. So if Ms. Farrell testified that you never did
10 tell her about performance issues, you would disagree
11 with that?
12      A. I would disagree with that.
13      Q. You did tell her during the review --
14      A. I told her there were definite performance
15 issues. I don't have exact dates, but I believe I told
16 her before this, as well, that there were performance
17 issues. I was aware that the brand team had shared their
18 concerns prior to that, as well. I believe that
19 Brian Martin had told her like "Keep moving, Marybeth.
20 You need to keep this project going." That he wasn't
21 happy that it wasn't moving forward.
22      Q. How many things did she have?
23      A. I'm not aware of the exact number of things. I
24 know that her workload probably, just from some of the

Page 51

1  grumblings I heard, was probably a little less than some
2  people. My understanding was the only thing she had at
3  that point was that ad board. If you looked at other
4  people's plates, other people had five balls in the air
5  and kind of juggling to keep them all up there. My
6  understanding from the brand team was that her workload
7  was lighter than other people's.
8       Q. Who on the brand team --
9       A. Brian Martin shared that with me. And he was
10 her deployed manager. He gave out work assignments.
11      Q. Was there also a time when Ms. Farrell was asked
12 by Buddy Feld to describe something at a meeting?
13      A. Yes.
14      Q. What was that about?
15      A. This was a meeting -- we had done a Myers Briggs
16 exercise for the team where you look at personality types
17 and we shared in the first meeting what those personality
18 types mean, and in the second meeting we were looking at
19 what are some of the things that you missed based on your
20 kind of personality type, what are the things you don't
21 see, what are the land mines based on who you are.
22      And Marybeth was clearly not interested in
23 the meeting, not participating, sort of just clearly
24 annoyed to be there. And at one point Buddy, which is

Page 52

1  not unusual for anyone to do, asked if she could help
2  just capture some of the thoughts, and she was very
3  hostile towards him. She wrote down like two things and
4  sort of just threw it away. She sort of shoved it aside
5  and -- she didn't say anything. She just didn't do it.
6  And he commented later, "I can't believe she was so
7  hostile." Everyone sort of saw it.
8       So it's just corporate etiquette. He
9  wasn't asking her to be the secretary or to just take
10 notes or anything like that. It was very often in all of
11 these meetings, I did it this week, you're putting notes
12 on the board, capturing for later discussion so that when
13 you come back, you can capture those thoughts and make
14 sure you discuss them later in the day.
15      Q. Approximately when did this incident occur?
16      A. It was in February.
17      Q. 2003?
18      A. 2003. I believe.
19      Q. You mentioned that Marybeth Farrell called
20 Brian Martin at some point and asked him to be a, quote,
21 character witness?
22      A. That's what Brian told me, yes.
23      Q. Was he surprised about that?
24      A. Yes, he was. Because he had had so many -- he

Page 53

1  had apparently had expressed to her that he had concerns
2  about her performance before he moved off and she didn't
3  report to him anymore, and he was aware of all of the
4  issues with the ad board in particular and he was just
5  surprised that she would pick him.
6       Q. You have seen various e-mail exchanges between
7  you and Jane Hellen and Susan Broadway and others about
8  the concerns with Marybeth Farrell's performance?
9       A. Yes.
10      Q. Can you think of any way the dates of those
11 e-mails could have been manipulated in some way?
12      A. Absolutely not. They're just printouts of
13 things that were in the computer. I have no -- I can't
14 even begin to imagine how you would manipulate the dates.
15      Q. From your recollection, were the dates of the
16 e-mails accurate?
17      A. Yes.
18      MR. SANDLER: I have nothing further.
19      MR. LaROSA: I have nothing further.
20      (Deposition concluded at 10:55 a.m.)
21      - - - - -
22
23
24

14 (Pages 50 to 53)

B256

|  | Page 54 |
|---|---|
| 1 | T E S T I M O N Y |
| 2 | |
| 3 | DEPONENT:  DEBORAH J. BRANGMAN          PAGE |
| 4 | |
| 5 | BY MR. LaROSA................................. 2 |
| 6 | BY MR. SANDLER.............................. 40 |
| 7 | |
| 8 | E X H I B I T S |
| 9 | |
| 10 | BRANGMAN DEPOSITION EXHIBIT NO.          MARKED |
| 11 | |
| 12 | 1............................................. 10 |
| 13 | |
| 14 | ERRATA SHEET/DEPONENT'S SIGNATURE      PAGE 55 |
| 15 | |
| 16 | CERTIFICATE OF REPORTER        PAGE 56 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

Page 56

CERTIFICATE OF REPORTER

STATE OF DELAWARE)
                 )
NEW CASTLE COUNTY)

          I, Kimberly A. Hurley, Registered
Professional Reporter and Notary Public, do hereby
certify that there came before me on the 24th day of
March, 2005, the deponent herein, DEBORAH J. BRANGMAN,
who was duly sworn by me and thereafter examined by
counsel for the respective parties; that the questions
asked of said deponent and the answers given were taken
down by me in Stenotype notes and thereafter transcribed
by use of computer-aided transcription and computer
printer under my direction.
          I further certify that the foregoing is a
true and correct transcript of the testimony given at
said examination of said witness.
          I further certify that I am not counsel,
attorney, or relative of either party, or otherwise
interested in the event of this suit.


                    Kimberly A. Hurley
                    Certification No. 126-RPR
                    (Expires January 31, 2008)


          DATED:

Page 55

REPLACE THIS PAGE

WITH THE ERRATA SHEET

AFTER IT HAS BEEN

COMPLETED AND SIGNED

BY THE DEPONENT

15 (Pages 54 to 56)

B257



**WILCOX & FETZER LTD.**

In the Matter Of:

# Farrell
### v.
# AstraZeneca Pharmaceuticasl, L.P.

C.A. # 04-285 KAJ

-----------------------------------------------------------------------

Transcript of:

# Deborah J. Brangman

March 24, 2005

-----------------------------------------------------------------------

Wilcox & Fetzer, Ltd.
Phone:  302-655-0477
Fax:  302-655-0497
Email:  lhertzog@wilfet.com
Internet:  www.wilfet.com

Farrell
Deborah J. Brangman

v.
C.A. # 04-285 KAJ

AstraZeneca Pharmaceuticasl, L.P.
March 24, 2005

Page 1

**A**

ability 33:9,12,23 34:23
able 35:8
absolutely 44:15 53:12
academic 17:10
accept 3:9
accurate 10:21,24
  53:16
accurately 3:13
act 33:23
action 13:19,24 14:3,5
  31:6,6,20,23 32:3,5
  32:21 33:9,17 38:24
  39:2,3 41:7,8,10,13
  41:14,16
actions 39:3
ad 13:6,14 17:12 19:10
  19:11,19,21 22:17,21
  22:23 23:4,9 47:13,17
  47:18,20,20,24 48:1
  48:16,17 51:3 53:4
add 25:24
added 7:4
addition 41:19 42:1
address 2:12 29:2 50:7
advising 17:12
advisory 16:8,11 17:6
  18:11,13,16,18,19
  19:1 22:11,14 34:20
affiliated 16:2
agencies 19:22 21:6
ago 7:17
air 51:4
American 5:10
Amy 43:4
Ann 47:19
annoyed 51:24
annual 33:3 35:1,13
answer 2:20 3:7,9,23
  3:24 30:15 43:16
answered 22:19
answering 30:17 31:13
answers 2:21 56:9
anybody 23:1 37:16
anymore 53:3
apparently 53:1
APPEARANCES 1:12
approach 23:8
approximately 4:14,17
  6:6 7:7 14:12 45:17
  52:15
April 14:14 15:2
area 11:11 32:23 33:2
  33:13,24 35:1,11,14
areas 11:16,24 19:6
articulate 46:14,16
aside 23:9 39:2 52:4

asked 14:15 15:14
  38:21 45:6 51:11
  52:1,20 56:9
asking 13:2 19:10
  27:14 28:21 30:13
  41:9 52:9
assignment 22:16
assignments 51:10
associations 34:24
Assuming 10:24
AstraZeneca 1:6 5:17
  5:19 6:3 8:2 16:2
  17:9 18:5,10 31:7
  38:17 39:21 40:1,5,12
AstraZeneca's 9:16,17
Atacand 6:5,15,19,23
  21:24 24:17,19 37:14
  38:7
attempted 26:7
attend 5:11
attention 15:9
attorney 4:9 56:14
attorneys 4:7
attributes 22:7 24:22
audience 17:17,18,22
  18:5
authority 48:9
aware 29:3 38:10 39:14
  40:1 42:18 50:6,17,23
  53:3
A-t-a-c-a-n-d 6:5
a.m 1:10 53:20

**B**

B 54:8
Bachelor's 5:8
back 8:11,12 26:10,14
  43:12 52:13
background 5:2 22:5
bad 16:5
balls 51:4
band 8:5,6,9,14 9:8,19
  9:21 27:1,5,10,17
  28:3,8,18 29:12,16,24
  30:2,21,23 31:3 34:3
  35:4,5 37:11,17 40:14
  40:16 42:2,3,20 43:1
  43:2,4,8,14
base 25:21
based 22:24 23:20,20
  23:21 25:22 27:18,21
  35:21 36:15 40:11,13
  45:4 49:8 51:19,21
basically 7:23 42:20
basis 44:21
bat 44:5
batted 37:18

beginning 1:10 45:22
behavior 46:7 47:12
believe 5:20 8:7,14,24
  9:3 10:12 12:21 15:5
  17:23 24:20,22 31:21
  39:9,10 42:5,6 43:6
  50:15,18 52:6,18
benefits 40:9
best 9:21 28:19 32:18
  43:2
better 17:3 21:14
big 35:16 37:24 48:23
biography 15:24
birth 4:24
blank 41:21
Blue 39:22
board 13:6,14 16:11
  18:16,18,19 19:2,10
  19:11,19 22:11,14,17
  22:21,23 23:4 47:13
  47:17,18,20,24 48:1
  48:16,17 51:3 52:12
  53:4
boards 16:9 17:6,12
  18:11,13 19:21 23:9
  34:21
brand 6:16,17,17 7:12
  23:17 29:5 35:14,16
  35:17,18 36:1,3,7,7
  36:17,18,22 37:14
  50:17 51:6,8
Brangman 1:8 2:1,10
  10:6 54:3,10 56:8
breaks 4:4
Brian 13:5,14 38:20
  45:3 46:6 47:10,21
  50:19 51:9 52:20,22
Briggs 51:15
bring 29:19 50:7
Broadway 41:22,23
  42:5 53:7
brought 29:21 44:10
Buddy 46:18,19 51:12
  51:24
budget 35:11
business 7:5
B-r-a-n-g-m-a-n 2:11

**C**

call 7:6 23:12,13 25:12
  25:13,13 40:9
called 6:4 7:22 9:14
  16:8 35:18 38:22
  39:6 42:9 52:19
cancelled 40:1
capture 52:2,13
capturing 52:12

career 7:6
case 4:8 25:22
CASTLE 56:5
categories 10:17,22
  11:2,21
caterer 48:19
caused 46:3
center 7:6 37:3
Ceraphyl 43:23
certainly 25:20,21
  31:24 32:1 35:18
  36:13
CERTIFICATE 54:16
  56:1
Certification 56:19
certify 56:7,12,14
chance 31:18
change 46:3 49:6
changed 50:3
character 38:21 52:21
choose 19:18
civilization 5:10
claim 16:22
clarify 6:9
clearly 51:22,23
clerical 20:24
clinical 17:20 23:21
clinician 18:8
close 24:20 35:19
coach 46:9,10,19
Colburn 41:21 42:6
collaborate 21:5
collaborative 20:14,17
  21:3,4 25:19
collect 27:20
college 5:5
come 20:7,8,9,10 24:13
  25:21 26:10 44:4
  45:11 52:13
coming 19:1
commented 46:22 47:4
  52:6
comments 47:3
common 43:20
communications 7:12
  19:24 29:15 46:10,11
community 25:9
companies 19:24
company 7:24 37:20
compiling 21:15
complaint 38:11
COMPLETED 55:7
Complied 10:14
computer 53:13 56:10
computer-aided 56:10
CONAWAY 1:16
concern 13:12 48:24

49:17
concerned 12:12
concerns 12:4,6,18,19
  12:21,23 13:2,6,9,17
  29:5,9 46:6 47:11,12
  47:13,13,15,17 49:2,6
  49:8,20 50:18 53:1,8
concluded 53:20
Concord 37:5
confusing 46:17
Connection 40:8
consideration 44:13,16
considered 11:16 27:1
  34:21
consultant 7:23 36:14
contained 32:22 33:14
content 33:23 34:6,7,21
contracted 40:12
convention 21:10
conversation 30:4,6
  49:3
corporate 37:3 46:9,19
  52:8
correct 9:20 10:18,20
  11:5,9,17,21 12:1,2,5
  12:20 13:21,22,24
  24:3 28:9 31:7 33:18
  37:12 38:9 39:23,24
  44:14 56:12
counsel 56:9,14
COUNTY 56:5
court 1:1 2:22 3:22
cover 35:11,14
coverage 40:2,6
covered 33:2,24 35:1
coworkers 45:2
create 15:15,20 19:23
  20:4,18 21:1 22:14
  23:10 24:2,8,24
created 18:17 19:9
creating 20:16 21:22
  25:5
creation 24:9
critical 32:23 33:1
  34:18
criticism 32:22
criticized 33:8
Cross/Blue 39:23
cubes 37:23 38:1
cubicle 37:1,9 38:4
cubicles 37:12
culled 24:13
cultivate 24:11,15
current 2:12 7:20 37:4
currently 5:17
C.A 1:5

B259

Farrell
Deborah J. Brangman

v.
C.A. # 04-285 KAJ

AstraZeneca Pharmaceuticasl, L.P.
March 24, 2005

Page 2

**D**

data 17:20,21 18:8 25:7
25:8 32:23 33:1 34:6
34:7,10,13,17,18
40:14
database 16:3
date 4:24 13:7 41:15
DATED 56:21
dates 7:7 14:5 50:15
53:10,14,15
day 14:15,22 17:1
52:14 56:7
deals 40:5
Deborah 1:8 2:1,10
54:3 56:8
December 5:20 12:10
27:3 28:2 40:13,16
44:13 45:21
decide 20:7,9
decided 20:10
decision 29:24 37:15,19
48:10,10
decisions 19:8 48:6
deep 34:10,13
deeper 17:4
deeply 34:17
default 25:4
Defendant 1:7,18
deficiencies 32:14,15
32:17
define 15:22,23 34:14
defining 25:10
definite 44:15 47:15
50:14
degree 5:7,8,13,15 41:2
Delaware 1:2,9,14,17
1:21 37:2 39:23 56:3
delve 34:17
depends 12:17 34:14
37:23
deployed 51:10
deponent 54:3 55:9
56:8,9
deposition 1:8 2:17
10:6 53:20 54:10
describe 19:6 51:12
described 21:24
describing 23:7
deserved 49:10
details 33:17 48:22
develop 25:23 34:23
35:23 36:3,13
developed 23:19 24:18
47:23
developing 25:4,13
36:22 47:22
development 7:6 35:17

35:21,24 36:1
developmentally 43:17
develops 36:18
different 6:12 7:2,24
19:6 22:24 23:20
36:9
direct 24:9 25:15,20
32:9,18
direction 56:11
directly 20:12 47:7
director 6:17,24 7:12
23:17 29:15 36:7
37:14,15 42:10 46:10
directs 20:21
disagree 50:10,12
discharged 39:19
disciplinary 13:19,24
14:3,5 31:6 41:6,8,10
discipline 31:9 41:16
discuss 4:8 27:5,6
31:15 52:14
discussing 29:12
discussion 17:15,24
27:11,13 29:3 30:20
42:13 50:8 52:12
discussions 30:23 31:2
45:5
DISTRICT 1:1,2
doctor 18:22 19:3,6,7
22:7
doctors 18:2 22:4
doctor's 20:15
document 10:5,9,15,19
10:20,21,24 14:6
21:18
documentation 31:23
doing 17:12 34:4
doubt 30:24
dramatic 49:6
drawing 41:21
drive 33:9,12
dropped 46:8
duly 2:3 56:8
duties 15:16
D-e-b-o-r-a-h 2:10

**E**

E 54:1,8
early 41:5 45:18,21
easier 45:8
East 1:9,14
education 8:5,18,19,20
educational 5:2
effect 49:11
either 14:12 56:14
emotional 16:17
employ 20:24

employed 5:17
employee 26:22 32:6,9
32:11,16,18 40:8
employees 18:6,10
39:22 40:6
employment 9:2,6
27:16 38:16 39:12
ended 9:2,6 38:16
39:12
equation 23:4
ERRATA 54:14 55:3
Especially 43:12
ESQUIRE 1:13,16
essentially 16:12
etiquette 52:8
evaluation 9:24 10:2,11
10:16 11:1,4 12:4
33:3,14 34:1 35:2,10
35:14 45:14,15,17,24
49:13,18,18
evaluations 33:6,20
event 56:15
eventually 13:23 28:7
31:3
everybody 4:6 26:1
41:24
exact 47:3 50:15,23
exactly 48:18 49:4
examination 56:13
examined 2:3 56:8
Exanta 8:5 9:8,13
14:16 21:18 38:3
39:19 41:19 43:20
exceeded 11:11,20
exceeds 10:16,22 11:23
excellent 25:6 49:18
exchanges 53:6
excuse 12:15
exercise 51:16
exercising 38:12
Exhibit 10:5,6 30:9,10
33:5 46:1 49:23
54:10
expectations 10:17,22
11:1,12,12,13,17,20
11:23,24
expected 25:21 35:20
experience 44:2 48:10
expert 33:24 34:8,14
expertise 16:5 19:7
22:3
experts 34:11,21
Expires 56:19
express 27:16 47:15
expressed 12:19,21,23
13:2,10,12 29:1 48:15
53:1

expressing 13:6
extremely 18:24
e-mail 15:9 48:11 49:11
53:6
e-mailed 49:7
e-mails 15:11 53:11,16

**F**

face-to-face 49:3
facilitates 36:1
fact 42:14 45:5 49:17
facts 4:8
fair 23:24 50:2
fairly 49:23,24
fall 38:11
familiar 17:21
familiarity 33:19
far 13:18 20:4 28:12
37:6
Farrell 1:3 2:7 8:1 9:23
11:7 12:3,24 13:1,2
13:10,13,17,20,23
14:15 15:1 26:6,24
27:6,10 28:7 32:21
33:8,21 36:24 38:8,10
39:8,14,18 40:2,14,15
41:6,19,23 42:1,3,8
43:1 44:4 46:4 49:12
50:9 51:11 52:19
Farrell's 10:11 33:6
38:23 53:8
fast 31:13
February 48:16 49:10
52:16
feedback 12:9,10 27:18
27:21 44:22,24 45:4,4
45:13,21 46:13 49:22
49:24
feeling 27:9
Feld 46:19 51:12
FETZER 1:21
field 9:14
filed 38:10
find 22:5 42:20
finish 3:23,24 30:14
first 2:2 12:16 26:15
29:9 31:11,14,15,19
40:21 42:7 44:6,7
45:20 47:6,51:17
five 6:11 51:4
Floor 1:17
FMLA 38:12
folks 15:20 18:14 19:21
followed 48:2
follows 2:4
force 9:15
foregoing 56:12

form 31:6 34:2 45:2,15
formal 19:12 21:18,21
formalized 16:6 19:13
forward 13:6,15 50:21
four 11:2
frame 28:21,22
front 33:5
full 2:9
function 26:2 36:16
46:15
functional 27:19
functioned 22:20
fundamental 25:23
35:7
further 31:2 40:18
53:18,19 56:12,14
future 45:7

**G**

gap 12:10
garage 26:18,20,22
general 21:21 46:8 49:7
generally 17:10,11,24
20:8 21:19 23:22
35:3 43:18,21 44:1,2
44:3
getting 29:16 30:2
give 3:1,23 6:13 31:18
37:17 49:13
given 12:8 22:15 44:13
49:24 56:9,12
giving 46:12
go 2:19 3:24 6:23 22:20
23:5 40:8
going 10:4 15:23 19:1
20:7,8 22:22 29:23
30:1 42:16 45:10,11
47:8 48:12 50:7,20
good 2:6 11:4 16:4 21:8
22:2 23:21 30:11
43:12 49:18,19 50:5
gotten 27:21 45:13
go-to 24:18
graduate 5:3,5,11,13
5:15
greatest 48:3
Grill 42:11
ground 2:19
group 7:22 9:16,18
39:22
grumblings 51:1
guarantee 27:12
guaranteed 27:15
37:21
guarantees 27:14
guess 3:8 22:19 23:2
33:16

B260

Farrell
Deborah J. Brangman

v.
C.A. # 04-285 KAJ

AstraZeneca Pharmaceuticasl, L.P.
March 24, 2005

Page 3

**guy** 25:5

**H**

**H** 54:8
**hand** 45:16
**hand-in-hand** 23:6
**happen** 23:2,23
**happened** 14:11 37:13
46:2
**happening** 20:22 48:15
48:23
**happens** 43:21
**happy** 50:21
**head** 3:3
**heads** 46:21
**health** 39:22 40:2,5
**hear** 23:14 38:14,16,19
49:1
**heard** 14:4,7 15:3,6
29:1 38:14,15,18,20
46:5 47:10 51:1
**hearing** 46:5
**Hellen** 27:7,17 40:15
44:18 45:3 49:1 53:7
**help** 18:20,21 19:18,23
20:2,3,5,11,13 21:1
31:10 32:15,16 41:17
46:11 52:1
**helpful** 17:23
**helping** 20:4
**helps** 18:3 20:13 24:15
36:12
**Hi** 26:21
**hierarchy** 36:2
**high** 5:3 18:24 19:2
**higher** 36:2
**hire** 44:1 48:19
**hold** 6:1 7:7
**home** 2:12
**honest** 21:17 35:8
**hostile** 52:3,7
**hotel** 48:20
**hours** 4:18
**Human** 38:11
**Hurley** 1:10 56:6,18
**hypertension** 18:23,24
19:3
**H-e-l-l-e-n** 27:7

**I**

**idea** 15:14 32:11,16,19
**identification** 10:7
**identified** 23:13 32:14
**identify** 24:11,12
**identifying** 20:14 24:5
**imagine** 53:14
**important** 44:10

**improve** 31:8,18 32:4
32:11,15,16,19
**improvement** 39:6
**incident** 52:15
**indirectly** 20:12
**industry** 24:12
**inference** 43:13
**informal** 19:17
**information** 21:13,15
27:20 45:13,17
**initially** 37:5
**input** 23:20 26:1 35:21
35:24 36:18 48:8
**insert** 16:18
**inside** 20:13
**insights** 36:14
**instructed** 8:12
**insurance** 39:22 40:2,5
**integral** 36:11
**interested** 42:17,19
51:22 56:15
**internal** 7:23 20:8
**intimated** 42:16
**invite** 22:24
**invited** 48:18
**involved** 41:18
**Iressa** 7:13 23:15
**issue** 31:12 45:10
**issues** 16:16,24 17:4,4
19:4 28:24 29:2,4
30:12 31:15 32:7
41:12 50:6,10,15,17
53:4
**I-r-e-s-s-a** 7:13

**J**

**J** 1:8 2:1 54:3 56:8
**Jane** 27:7,17 40:15
44:18,22,23 45:3,5,5
49:1 53:7
**January** 12:13 28:24
39:15,17 45:18,19,22
46:2,12 50:3 56:19
**Jean** 2:10
**job** 15:16 18:9,15,15
26:2,3,4 27:19 34:5,5
34:16 35:7 36:15
42:10 43:12
**John** 1:9,13,13 2:6
**juggling** 51:5
**July** 7:8
**June** 6:6 14:10,12 41:8
**J-e-a** 2:10

**K**

**KAJ** 1:5
**Katie** 23:18,23 43:22

**keep** 48:6,12 50:19,20
51:5
**kept** 48:7,7,14
**key** 17:21 23:13,19
24:12,15,19 25:1,6,10
25:13
**Kimberly** 1:10 56:6,18
**kind** 16:1,14 19:15 30:4
41:13 51:5,20
**kinds** 16:13 49:19
**King** 1:21
**knew** 15:5 22:1,2 23:21
26:13 39:9 41:11
47:14
**know** 3:7,8 4:4 9:5,7,11
9:23 13:5,9,18 14:1,2
14:5,11,24 15:1,3,4
15:12 16:20 18:17
19:15 21:14,17,18
22:4,4 26:9,12 28:10
28:12,12 29:19 30:12
32:19,21,24 33:1,8,11
33:16 34:15 37:6,8
38:5,5,23 39:8,9,20
40:11 41:9,10,14
42:18 47:19 48:5,17
50:24
**knowing** 14:17
**knowledge** 9:22 22:24
43:2
**knowledgeable** 21:10
**knows** 25:7,8,8
**KOL** 24:5,11,15
**KOLs** 23:14 24:6,6
35:20

**L**

**land** 51:21
**LaRosa** 1:9,13,13 2:5,6
8:13 10:4,8 13:1
30:15,19,22 40:18
43:15 53:19 54:5
**lasted** 6:18,18
**late** 26:24 45:20 46:12
**Law** 1:9,13
**lawsuit** 2:8
**lead** 20:21 23:18 25:16
**leader** 24:16
**leaders** 22:8,19 25:1
25:10,14 34:24
**leading** 21:4
**leads** 20:23
**learned** 39:11
**leave** 14:15,18,20,23
15:1,4 26:7 39:15
**leaving** 15:5
**led** 35:17

**left** 6:22 38:18
**Lemonton** 2:13
**length** 43:9
**Let's** 23:4
**level** 46:8 49:9
**life** 45:8
**lighter** 51:7
**liking** 44:1
**list** 21:24 22:7 23:1,18
23:19 24:5,5,6,8,10
24:13,15,16,18,19
25:10,22,24
**listen** 17:3
**lists** 16:3 24:11 25:4
**little** 20:2 51:1
**LLP** 1:16
**location** 37:4 45:9,11
**long** 4:17 6:1,8,21 7:16
43:1
**longer** 31:4
**look** 10:13 51:16
**looked** 49:21 51:3
**looking** 20:20 51:18
**looks** 10:15
**lot** 16:17 17:15 19:12
23:14,20 29:3 37:24
48:21
**lots** 18:22
**Louise** 41:21 42:6
**lunch** 42:11,11 46:18
**L-e-m-o-n-t-o-n** 2:13
**L.P** 1:6

**M**

**M** 1:9,13,13 54:1
**Macaroni** 42:11
**making** 23:23
**managed** 15:19 18:14
33:20
**management** 35:11
**manager** 5:22 6:16,17
8:5,14,23 9:1,6 21:20
22:3,3 23:16 24:11,14
24:18,23 25:12 27:19
30:7 31:4 35:19
36:10,12 39:18 41:24
42:23 43:24 48:3
51:10
**managers** 22:8,10,13
22:16 23:10 24:7,24
25:15 33:20 34:9
36:19,21 41:20
**manager's** 33:3,14 35:1
35:10,13
**manipulate** 53:14
**manipulated** 53:11
**March** 1:10 7:8,9,9,10

**7**:18 9:24 12:8,20
13:20 29:5 48:17
49:13 56:8
**marked** 10:5,7 54:10
**market** 16:22
**marketing** 5:22 6:4,15
6:24 9:16,17 16:13,13
37:15 42:10 43:3,19
**married** 2:3
**Martin** 13:5,14 38:20
45:3 46:4 47:10
50:19 51:9 52:20
**Mary** 47:19
**Marybeth** 1:3 2:7 8:1
9:13 36:24 40:15
41:23 42:8 45:6 46:4
46:16 47:15,20,22
48:9 49:2,4 50:19
51:22 52:19 53:8
**mean** 12:24 13:16 15:3
20:7,12 45:1,23 51:18
**meaning** 46:24
**meant** 31:9
**medical** 15:2,12 19:24
**medications** 3:12
**meet** 4:17 11:1,12 42:7
**meeting** 11:16 30:11,20
46:9,12 51:12,15,17
51:18,23
**meetings** 20:1,2,3
33:10,12 46:7 47:12
52:11
**meets** 11:24
**members** 37:11
**mentioned** 13:14 40:21
52:19
**Merit** 1:10
**messenger** 29:23
**met** 4:7,14 11:12,19
29:11 37:2 42:9,11,12
44:6,7 49:12
**middle** 45:19
**midyear** 29:6
**mid-February** 40:2
**million** 48:19
**mines** 51:21
**minute** 10:13
**misleading** 20:3
**missed** 51:19
**mistakes** 2:22
**moderator** 18:3
**month** 26:11
**months** 6:2 43:11
**morning** 2:6
**motioning** 4:10
**move** 3:18 48:6,8,12,13
**moved** 28:15 37:4,8,14

Farrell                                      v.                          AstraZeneca Pharmaceuticasl, L.P.
Deborah J. Brangman                    C.A. # 04-285 KAJ                              March 24, 2005

Page 4

38:4 42:15 43:18,23
53:2
**moving** 13:6,15 29:2
37:12 43:19 45:9
48:14,23 50:19,21
**Myers** 51:15
**M.B.A** 5:16 40:22,22

**N**

**n** 1:16 2:10 54:1
**name** 2:6,9
**near** 45:7
**necessarily** 23:5
**need** 4:4 23:10 24:2,20
32:19 34:6,9,9,11,12
41:17 46:15 48:22
50:6,20
**needed** 29:1 46:13 48:8
**needs** 20:21 32:3
**never** 14:15 15:14 22:6
22:17,20,22 23:1 24:1
24:3,7,24 32:24 50:9
**nevertheless** 49:19
**new** 7:4 23:15 45:8,11
56:5
**nodding** 3:3
**nonelective** 15:13
**normally** 36:5
**Notary** 1:11 56:7
**note** 44:22
**notes** 52:10,11 56:10
**notice** 1:9
**November** 45:20
**number** 40:9,11 50:23
**N-e-x-i-u-m** 43:5

**O**

**O** 54:1
**oath** 2:3
**Objection** 25:2 43:15
**observers** 18:7
**obviously** 35:23
**occur** 52:15
**office** 1:9,13 26:10 37:1
37:3,5,7,9,17,20,21
45:6,9,10
**offices** 37:16,18 38:2
**okay** 4:5 44:12
**once** 3:22 4:16 20:9
21:13 29:18
**ones** 17:11
**one-week** 39:15
**ongoing** 21:12
**online** 40:7
**operations** 9:17 43:3
**opinion** 23:13,19 24:15
25:1,10,14 27:16

**opportunity** 2:21 29:8
43:20,24
**opposed** 14:22
**ops** 4:19
**order** 34:5,16
**organize** 18:10,13,14
22:11 33:10,13
**organized** 19:21 22:14
**outcome** 38:23
**outside** 19:22 21:5
**overall** 11:4,8 46:7

**P**

**PA** 2:13
**package** 16:18
**PAGE** 54:3,14,16 55:1
**paid** 15:9
**paralegal** 4:21
**parking** 26:22
**part** 14:16 15:16 16:2,3
18:5,16 22:6 37:13
46:10
**participate** 21:11
**participating** 51:23
**particular** 19:19 53:4
**parties** 56:9
**Partly** 19:20
**partner** 6:4,15
**party** 56:14
**peers** 17:2,18 21:8
**Pennsylvania** 40:23
41:3
**people** 3:22 7:3,3,4
15:19 17:2,11,16 18:1
18:17,23,24 22:5 24:6
24:12,19,19 25:23
26:1 27:20 31:18
36:14 37:18 38:1
43:10 44:23 46:13
48:11 51:2,4
**people's** 51:4,7
**performance** 10:2 11:8
11:11,16,20,24 12:4,5
12:18 13:12 28:24
29:4,9,16 30:2,12
31:9,12 32:3,4,7,12
32:22 33:2,6,13,14,19
34:1 35:2,10,13,14
39:6 41:12,13 44:24
45:4 46:7,8 49:7 50:1
50:3,6,10,14,16 53:2
53:8
**performing** 49:5,9
**period** 26:8
**person** 17:19 20:18,19
20:20,21,21,22,23,24
21:4 43:22

**personality** 51:16,17
51:20
**pharmaceutical** 7:14
16:12
**PHARMACEUTIC...**
1:6
**Philadelphia** 41:4
**physician** 15:15,21,22
16:1 18:8,17 19:23
20:5,16 21:7,22 22:14
23:10 24:2
**physicians** 16:19 17:7,8
17:10 18:18 20:10,11
21:14,16 22:1,15
23:11 24:2 34:12,20
**pick** 19:1 48:18 53:5
**Pike** 37:5
**PIP** 39:7,8,10
**place** 48:19
**placed** 32:22 33:17
39:8,10,14
**plaintiff** 1:4,15 2:7
**plan** 31:6,8,20,23 32:3
32:5,14,21 33:9,17
38:24 39:2,3,6 41:14
41:15,16
**plates** 51:4
**play** 20:6
**please** 2:9 3:17 24:8,9
26:13 27:9,11 28:2,11
29:20 38:20 45:9
46:17 47:14,15,22
51:3,24 52:20
**points** 17:22
**policy** 37:20
**position** 5:21 9:19 27:1
27:10 34:3 35:4
42:15,15 43:3,9,14
**positions** 36:9
**positive** 27:22,24
**practice** 17:24
**practicing** 17:10
**PREP** 8:6,7,9,14,17,23
9:1,6,14 21:20 22:3,3
22:8,10,13,16 23:10
23:16 24:7,10,14,18
24:23,24 25:12,15
33:2,14,20 34:9 35:1
35:10,13,19 36:9,12
36:18,21 39:18 41:20
41:24 43:23 48:3
**prescribe** 16:16,19
**prescribing** 19:6
**present** 4:19
**presentation** 17:14
**presenting** 18:8

**prevent** 3:13
**Prilosec** 5:22
**Prilosec/Nexium** 43:5
**Primarily** 21:7
**primary** 25:23 26:2
**printer** 56:11
**printouts** 53:12
**prior** 9:11,13,19 14:14
15:4 42:24 43:7
50:18
**probably** 27:12 45:7,21
50:24 51:1
**process** 18:3 20:14,17
20:22,23 21:3,4,22
23:22,24 25:16,16,19
**product** 16:5,6,21 19:2
24:21,22 35:22
**products** 7:14
**professional** 8:4,18,20
56:7
**profile** 16:1 20:18 25:1
25:8,11
**profiles** 15:16,21,22
18:17,20,21 19:5,9,14
19:15,17,17,23 20:1,4
20:5,10,17 21:1,19,22
22:15,21 23:2,11 24:2
25:5,13
**profound** 46:23,24
**program** 8:5 16:2 21:9
32:4 47:22 48:4
**Programs** 8:21,22
**progressed** 47:19
**progressing** 47:21
**project** 50:20
**projects** 7:24
**promo** 8:7
**promote** 43:21,24 49:8
**promoted** 27:10,12,17
27:23 28:3,8,18 29:23
42:16,17,19 43:10,11
44:3,5,19 45:7 49:10
**promoting** 18:16 44:14
46:3 49:2
**promotion** 27:1,6
29:12,16 30:2,21 31:3
40:14,15 50:8
**provide** 35:20,24
**provided** 39:21
**providing** 36:14
**public** 1:11 24:21 56:7
**punishment** 32:12,13
**purpose** 17:13
**pursuant** 1:9
**put** 18:10 20:20 23:4
31:20 32:1,2,6
**putting** 23:9 25:9 52:11

**P-r-i-l-o-s-e-C** 5:24

**Q**

**qualitative** 16:16
**quarter** 12:17 29:10
**question** 3:16,19,19,23
4:1 8:8,10 12:17
22:19 30:16,18 35:16
41:5
**questioning** 41:5
**questions** 2:20 40:18
40:19 56:9
**quite** 23:7 47:8,14
**quote** 32:23 33:12,13
33:23 34:23,24 35:11
35:14,15 52:20

**R**

**Radnor** 2:13
**rated** 10:16,21 11:1,11
11:23
**rating** 11:4
**read** 8:10,12
**reading** 16:18
**ready** 27:22 28:3 43:17
**reality** 49:22
**really** 17:18 18:2,20,21
19:2,7 20:19 23:2
24:22 25:7 29:7 30:7
34:9,17 37:18,22
41:16 47:2 48:16
**reason** 25:5 29:19
42:13
**reasons** 29:17 30:3
**recall** 8:23 13:11,11,13
14:11,18 29:17 30:4,6
30:23,24 31:1,2
**receive** 5:7,13 13:23
**received** 9:23 11:7,15
11:19 12:13 34:1 41:6
**recollection** 15:6 53:15
**record** 3:22
**recovery** 26:8
**refer** 33:7
**referring** 30:9 45:23
**reflected** 49:23,24
**reflects** 12:16
**regarding** 5:2 30:20
33:9
**regardless** 48:21
**Registered** 1:10 56:6
**relations** 8:4,18,20
**relationships** 34:23
35:20
**relative** 56:14
**remember** 10:19 13:7
14:7 26:15,17,20

Wilcox & Fetzer, Ltd.                    Professional Court Reporters                    (302)655-0477

B262

Farrell
Deborah J. Brangman

v.
C.A. # 04-285 KAJ

AstraZeneca Pharmaceuticasl, L.P.
March 24, 2005

Page 5

| | | | | |
|---|---|---|---|---|
| 27:19 28:19 36:24 | 4:19 8:10 12:14,24 | **sorry** 4:13 26:19 28:5 | 28:22 52:14 | 50:22,23 51:19,20 |
| 37:10,11 38:3 47:2,3 | 25:2 30:9,14,17 40:19 | 31:13 46:1 | **surgery** 15:13 26:11,12 | 52:3 53:13 |
| 47:4 49:4 | 40:20 43:16 53:18 | **sort** 17:3 20:13 44:5 | **surprised** 52:23 53:5 | **think** 8:9 15:9 16:21,22 |
| **remembering** 3:13 | 54:6 | 46:21 47:24 51:23 | **surprising** 46:17 | 17:23 18:3 20:2 |
| **Renee** 42:15,22,23 | **sat** 23:17 | 52:4,4,7 | **survey** 16:15 | 25:21,22 26:17 31:8 |
| **Renk** 43:4 | **saw** 21:9,9 26:13,15,20 | **sought** 15:12 | **Susan** 41:22,23,23 42:5 | 31:14,24 32:1 34:14 |
| **rephrase** 3:17,19 | 32:24 47:7 52:7 | **sounds** 14:8,9 39:24,24 | 53:7 | 34:15 35:8 36:6 |
| **REPLACE** 55:1 | **saying** 8:15 14:2 20:16 | **sources** 26:2 | **switched** 7:21 | 38:14,18 39:11,13 |
| **replaced** 39:18 | 21:21 25:5 26:22 | **space** 37:19,24 | **switching** 15:10 | 44:8,17 46:15 47:13 |
| **report** 9:3 15:8 22:8 | 28:20 36:17 46:20 | **speak** 16:8 17:14 21:9 | **sworn** 2:3 56:8 | 49:12 53:10 |
| 28:15 29:18 39:16 | 47:1 48:7 49:11 | 34:20 | **systems** 15:10 | **thought** 25:2,9 34:24 |
| 41:11 53:3 | **says** 10:19 | **speaker** 16:4,5 21:8 | | 44:9,18 |
| **reporter** 1:10 2:22 3:22 | **school** 5:3,11 40:24 | 22:2 23:21 25:6 | **T** | **thoughts** 52:2,13 |
| 8:12 54:16 56:1,7 | **scientist** 21:11 | **speakers** 16:4,8 17:6,9 | **T** 54:1,1,8 | **three** 43:7,14 |
| **represent** 2:7 | **second** 51:18 | 19:18 | **tails** 46:21 | **threw** 52:4 |
| **requested** 15:1 | **secretaries** 21:1 | **speaking** 3:21 16:1 | **take** 3:21 7:18 10:13 | **Thursday** 1:10 |
| **requirement** 34:3 35:4 | **secretary** 52:9 | 17:16 18:19 19:11 | 52:9 | **time** 4:7 5:21 8:2 9:1,4 |
| 35:5,7 | **see** 2:21 14:6 26:10 | 21:19 43:18 | **taken** 1:8 2:17 13:20 | 11:7,15,19 12:3,7,11 |
| **research** 16:13,14 | 51:21 | **specialists** 18:23 | 31:11 39:3 56:9 | 12:11 14:8 15:3 |
| 19:22 20:11 21:6 | **seeing** 26:18 | **specializes** 18:22,24 | **talk** 17:2,2,14,20 19:4 | 21:14 26:6,15 27:5 |
| **reserve** 48:20 | **seek** 15:2 | 19:3 | 22:5 42:14 | 28:21,22 30:7 36:6 |
| **resource** 7:22 | **seen** 10:9 53:6 | **specialties** 20:15 | **talked** 21:5 25:22 42:12 | 39:15 41:18 43:9 |
| **Resources** 38:11 | **select** 19:18 | **specific** 32:4 | 49:20 | 44:10,18 47:19 48:14 |
| **respective** 56:9 | **send** 45:2 48:11 | **spell** 5:23 | **talking** 24:4 29:13 | 51:11 |
| **response** 3:1 | **senior** 6:16 8:4,23,24 | **spend** 16:24 | 30:19,20 | **times** 4:14 |
| **responsibility** 24:10 | **sense** 47:2,6 | **Spent** 6:21 | **TAYLOR** 1:16 | **title** 5:22 7:21 8:7 35:18 |
| **responsible** 20:22 | **sent** 44:22 45:20 49:11 | **staff** 4:20 20:24 | **team** 6:11,12,14,15,19 | **titles** 6:12,13 |
| 23:23 36:21 | **serious** 39:3 | **stands** 8:17 | 6:23 7:1 9:9 14:16 | **today** 2:20 3:14 |
| **retaliated** 38:12 | **set** 20:3 | **STARGATT** 1:16 | 21:7,18,23,24 23:15 | **told** 23:9 24:1,7,9 28:8 |
| **return** 26:7 | **share** 17:21 29:4,8 | **started** 41:15 45:8 46:5 | 23:15 26:1 27:18,20 | 28:10,11,14,17,20 |
| **review** 2:21 11:7,15,19 | **shared** 28:23 50:4,17 | **state** 2:9 4:24 56:3 | 29:5 36:1 37:11,13,23 | 29:15 48:8 50:14,15 |
| 12:7,8,8,9,11 27:21 | 51:9,17 | **STATES** 1:1 | 37:24 38:3,5,6,7,8 | 50:19 52:22 |
| 27:24 28:23 29:6,7,11 | **SHEET** 55:3 | **Stenotype** 56:10 | 39:19 41:19 43:5,20 | **traditional** 16:14 |
| 29:13 30:8 44:24 | **SHEET/DEPONEN-** | **step** 31:11,14,15,20 | 43:23 46:11,14 50:17 | **transcribed** 56:10 |
| 50:2,4,5,13 | 54:14 | 39:5 48:1,1,1 | 51:6,8,16 | **transcript** 56:12 |
| **right** 14:8,9 39:24 42:4 | **Sheldon** 1:16 4:11 | **stepped** 32:3 | **teams** 16:6,7 19:12 | **transcription** 56:10 |
| 44:5,10 47:9 49:9 | **Shield** 39:23 | **steps** 31:19 | 36:15 | **transition** 7:10 |
| **rights** 38:13 | **short** 17:14 | **strategic** 7:22 | **teamwork** 26:3 | **transitioned** 9:5 |
| **risen** 47:14 | **shortly** 42:9 | **strategies** 36:13,22 | **technical** 2:22 | **transitioning** 7:9 |
| **role** 6:1,3,8 7:2,7,10,16 | **shoved** 52:4 | **strategist** 35:18,23 36:7 | **tell** 3:8 8:17 16:11 | **treatment** 15:2,12 |
| 7:20 9:8,11,11,14,19 | **show** 10:4 | 36:13,17 | 24:21 30:1 31:14 | **trial** 17:20 |
| 20:6 35:19,22,24 36:7 | **sick** 14:15,18,20,22,23 | **strategy** 35:15,16,17,21 | 50:10,13 | **true** 14:14 26:6,24 |
| 36:14 42:20 43:19,20 | **side** 7:5 | 36:3,18 | **telling** 33:16 48:6,7,11 | 28:17 29:14 56:12 |
| 43:23 46:10 | **SIGNATURE** 54:14 | **Street** 1:9,14,17,21 | **ten** 10:17,22 | **truthfully** 3:14 |
| **roles** 6:19 7:21 9:6 | **SIGNED** 55:7 | **struck** 46:20 47:4 | **tend** 30:24 | **try** 3:18,24 |
| **rooms** 48:20 | **similar** 9:14 | **studies** 34:15 | **terms** 12:18 15:10 | **trying** 23:3 46:22 |
| **roughly** 14:7 | **single** 22:7 | **subordinates** 24:1 | 16:18 19:10,11 20:14 | **turns** 3:21 |
| **routing** 15:10 | **sit** 22:23 | **substances** 3:12 | 21:22 31:17,19 | **two** 3:22 4:18 22:21 |
| **rule** 32:1 | **site** 40:8,10,10 | **suggesting** 29:21,22,24 | **testified** 2:4 50:9 | 52:3 |
| **rules** 2:19 | **situation** 42:18 | **suit** 56:15 | **testifying** 3:14 | **type** 22:16 51:20 |
| **R-e-n-k** 43:4 | **six** 6:2 10:17,22 | **Suite** 1:9,14 | **testimony** 56:12 | **types** 31:22 51:16,18 |
| | **skill** 7:6 | **summer** 14:13 26:17 | **Thank** 4:13 | |
| **S** | **softer** 16:24 | 28:7,15,20 41:8 | **thing** 21:12 24:5 25:24 | **U** |
| **S** 54:1,8 | **solely** 36:21 | **support** 24:21 40:15 | 32:18 34:8 48:6,22 | **Uh-huh** 2:24 7:19 |
| **sales** 9:15 | **somebody** 31:20 36:2 | **supported** 40:14 | 51:2 | 14:10 28:4 49:14 |
| **salespeople** 21:12 | 38:5 | **supposed** 17:13 31:10 | **things** 3:4 22:22 23:20 | **unacceptable** 11:8 |
| **Sandler** 1:16 4:12,12 | **someone's** 43:18 | **sure** 6:10 8:6 9:7 28:14 | 25:7 46:5 48:20,21 | **undergraduate** 5:7 |

Farrell
Deborah J. Brangman

v.
C.A. # 04-285 KAJ

AstraZeneca Pharmaceuticasl, L.P.
March 24, 2005

Page 6

41:1
**understand** 2:23 3:5,10
3:17,18 4:2 18:2,22
19:5 27:15 34:6,15,18
**understanding** 9:21
15:24 17:4 32:23
33:1 34:7,10,13 35:22
51:2,6
**UNITED** 1:1
**University** 40:23 41:3
**unusual** 43:8 44:8,9
47:8 52:1
**use** 19:22,24 20:24
56:10
**usually** 17:1,1,7,8,14
18:3,7 21:2,5 33:4,24
43:10

**V**

**v** 1:5
**Valles** 42:23
**various** 53:6
**vendor** 47:23
**vendors** 47:23
**verbal** 3:1
**verbally** 31:14,15
47:16
**versus** 16:23
**view** 46:3
**voiced** 12:6
**voices** 12:12
**V-a-l-l-e-s** 42:23

**W**

**walking** 47:24
**want** 3:8 16:15,20
17:19 18:2 19:3
22:23 30:15 46:14
**wanted** 32:2 42:10,14
42:17,18 44:5
**wasn't** 27:12 37:17
43:17 47:8,21 48:23
49:5,9 50:20,21 52:9
**watch** 18:9
**water** 4:6
**way** 2:13 14:17 16:23
16:23 20:20 23:2,7
40:7 49:5 53:10,11
**Web** 40:8,10,10
**wedding** 48:18
**week** 7:17 52:11
**weeks** 48:1,2
**went** 22:22 33:21 41:3
46:18
**weren't** 29:12 37:16
48:3
**West** 1:17

**we're** 18:7 20:2 24:4
**Wharton** 40:23,23
**WILCOX** 1:21
**Wilmington** 1:9,14,17
1:21
**witness** 2:2 4:13 12:15
30:10 38:21 52:21
56:13
**word** 16:23
**worded** 16:23
**words** 21:23 22:20
**work** 7:23 8:1 14:1
26:7 36:15 39:16
42:7 51:10
**worked** 7:5 9:13,14
14:19 19:16 22:1
23:14,19,24 36:24
37:6 43:4,5,22,22
**working** 5:19 7:5 15:20
47:20,20
**workload** 50:24 51:6
**works** 23:22
**world** 27:15 48:4
**worried** 48:16
**wouldn't** 25:18
**wrestle** 49:21
**write** 45:18
**writing** 12:23 13:10,13
13:16,16 32:1,2,6
**written** 12:9,10 13:5,17
13:19,23 14:3,4 31:19
31:20,22 32:17
**wrote** 13:7 45:18 52:3

**X**

**X** 54:8

**Y**

**Y** 54:1
**year** 14:16 29:14 43:6
43:10,11
**years** 6:11 19:16 43:7
43:14
**yesterday** 4:16
**YOUNG** 1:16

**0**

**04-285** 1:5
**05** 7:18

**1**

**1** 10:5,6 30:9,10 33:5
46:1 48:1 49:23
54:12
**1st** 5:20
**10** 11:20 17:2 48:2
54:12

**10:55** 53:20
**100** 24:6,13
**1000** 1:17
**12** 48:1
**126-RPR** 56:19
**132** 2:13
**1330** 1:21
**17th** 1:17
**18** 43:11
**1800** 37:5
**19087** 2:14
**19801** 1:14,17,21
**1996** 5:20
**1997** 6:22

**2**

**2** 1:9,14 48:1 54:5
**2/21/57** 5:1
**20** 18:2
**2002** 6:22 7:8 10:2,11
10:16,24 12:16 26:24
27:3,24 28:2 29:7,8
29:11 30:11 40:13,16
45:14,15 49:5,13,23
**2003** 7:8,11 9:24 12:17
12:20 13:20,24 14:9
14:14 15:2 28:7
30:12 37:12,14 38:4
38:11 39:21 41:7
52:17,18
**2004** 12:12 38:15 39:15
39:17,21 40:3
**2005** 1:10 56:8
**2008** 56:19
**22nd** 15:2
**24** 1:10
**24th** 56:7

**3**

**3** 12:14,15,15 48:1
**302** 1:9,14,22
**31** 56:19
**360** 44:24 45:2,15

**4**

**4** 8:5,6,9,14 9:8,19,21
37:11,21 42:3 43:1,2
43:4,8,14
**40** 54:6

**5**

**5** 27:1,5,10,17,23 28:3
28:8,18 29:12,16,24
30:2,21,23 31:3 34:3
35:4,5 37:17,22 40:14
40:16 42:5,6,20 43:11
43:18

**5s** 37:22 38:1 42:2
**5th** 13:24
**50** 22:15,21 23:2,11
24:2,4,14
**55** 54:14
**56** 54:16

**6**

**655-0477** 1:22

**7**

**7th** 1:9,14

**8**

**800** 40:9,10

**9**

**9:30** 1:10
**97** 6:6

AstraZeneca Performance Evaluation

DEPOSITION
EXHIBIT
*branigan*
*kah 3/24/05*

Page 1

## DEMOGRAPHICS

| Employee's Name: | Marybeth Farrell | Performance Year Ending: | 2002 |
|---|---|---|---|
| Functional Manager: | Debbie Bragman | Deployed Manager: (If applicable) | Brian Martin |
| Position/Job Title: | PREP Manager | Current Date: | January 22, 2003 |

| X | Content and Rating reviewed and agreed with Deployed Manager. (Please place an X in cell to the left to indicate agreement.) |
|---|---|

## GOALS

*Instructions: To insert fields for additional objective, copy and paste objective section. Type 'X' below rating for each objective listed.*

| Key Business Results | Rating Versus Expectations | | |
|---|---|---|---|
| | Exceeded | Met | Did Not Meet |
| Support launch of Exanta clinical data through development and execution of advisory boards with key KOLs (Key Opinion Leaders) | X | | |
| Core Measures: | | | |
| - Developed and executed advisory boards' strategy for 2002 (e.g., Exanta ACT (Advisory and Consultancy Team) and Atrial Fibrillation (Afib) two-and-a-half day Advisory Board meetings) | | | |
| - Managed all medical education and logistics vendors (Discovery and TG Worldwide) supporting Advisory Boards | | | |
| - Planned and executed Exanta team slide presentations at Advisory Boards working collaboratively with Exanta Group Director, Brand Director, Medical Directors, FDSs, BFL, Strategists, and Market Research Manager | | | |
| - Developed Exanta Q&A, data point summaries, Executive Summary of meetings, media training content, and core slides for dissemination to Exanta ACT Team, in collaboration with Exanta Strategist | | | |
| - Worked collaboratively with Exanta Medical Directors and FDSs to continuously review and update lists identifying and cultivating key elite and national faculty for advisory boards | | | |
| - Provided strategic recommendations on Thought Leaders to recruit and train for elite/national advisory boards as a member of the Exanta KOL Database Development Team | | | |

*Rev. 1/11/2002*

P018

B265

AstraZeneca Performance Evaluation                                          Page 2

**Additional Activities:**

- Managed development of new Exanta slide decks with Medical Directors and PDSs.
  - Also worked with faculty and vendor to update Afib speaker slides w/AFFIRM data
- Planned and produced "Ximelagatran Abstracts & Posters Collection" binder and CD-ROM in collaboration with Clinical Publications Lead, PRA and Legal depts; oversaw distribution
- Participated in Speakers Bureau CME content and program planning with ICHB and PREP colleagues
- Provided strategic input for Coag Clinic strategy as member of Exanta Coag Clinic Workstream Team

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Standardize procedures for advisory boards and consultants meetings | X | | |

**Core Measures:**

- Collaborated with other functional areas to research process familiarity/preferences (consulted with PRA, Legal, Medical Affairs, Medical Marketing Leader, Market Research, Strategists and BPL)
- Developed ad board "timelines-to-task" scheduling calendar for team management review
- Developed "Advisory Board Procedures Guide" for team management review
- Provided guidance to commercial team on content and procedures to ensure advisory board compliance with all federal and AstraZeneca policies

**Additional Activities:**

- Completed PRA templated for standardized Exanta Advisory Boards; met with PRA and legal departments to review and gain approvals
- Obtained Exanta team input on 2002 Ground Rules (to provide common understanding to team of way of operating); oversaw production and distribution

*Rev. 10/1/2001*

P019

B266

AstraZeneca Performance Evaluation                                    Page 3

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Develop and execute strategy/activities for acceptance of new class of oral DTIs/AGb indication at national Conventions and for Advocacy Development** | | X | |
| Core Measures: | | | |
| - Planned and executed strategies for core activities at AHA and ESC (European Society of Cardiology); also for ACC 2003 | | | |
| - Maintained relationships with key professional societies as liaison for Exanta team with ACC, AHA, PRI-MED and US representative for ESC | | | |
| - Communicated U.S. position to AZ global for ESC (European Society of Cardiology) symposia content development and program execution in Germany | | | |
| - Managed PRI-MED South and West symposia development and grants; collaborated with Exanta Medical Marketing Leader and Medical Director on identifying and providing faculty recommendations | | | |
| - Represented Exanta commercial team position to Ketchum Communications/New York on release of The Stroke Report and KOL and advocacy development planning | | | |
| - Participate in global videoteleconferences on conventions planning | | | |
| Additional Activities: | | | |
| - Developed AHA Briefing Binder for team | | | |
| - Provided grants to various third-party institutions for development of independent medical education programs in alignment with Exanta strategy | | | |

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Communicate results of key clinical trials with Investigators and improve communication channels with study sites** | X | | |
| - Planned and managed SPORTIF Investigators meeting at AHA | | | |
| - Managed medical education and logistics vendors | | | |
| - Collaborated with Clinical Director and Medical Director to enhance communication with Investigators and study sites for update meetings | | | |
| - Developed strategies for streamlining processes and enhancing communications and implemented during SPORTIF Investigators meeting in November 2002 (e.g., added the Site Coordinators to the meeting lists | | | |

Rev. 1/11/0001

P020

B267

AstraZeneca Performance Evaluation                    Page 4

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| for Save the Date and Invitation mailings) | | | |

**Personal Development Goal(s)**                    Rating Versus Expectations

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Enhance knowledge of medical education guidelines and AZ policies | | X | |
| - Completed AZ Educating Healthcare Professionals self-learning binder/program | | | |
| - Completed AZ Code of Conduct recertification | | | |
| Additional Activities: | | | |
| - Completed AZ Policy Action Line (PAL) training | | | |
| - Completed AZ Business Policies on Medical Education training (Tom Behan) | | | |

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Gain indepth knowledge on hemostasis | | X | |
| - Completed Exanta Education Days | | | |
| - Completed reviews of Exanta background binders, clinical trials reports, abstracts, educational materials provided by Brand Director | | | |

**COMPETENCIES**

*Instructions: Type 'X' below rating for each attribute listed.*

**Cultural Attributes**                    Rating Versus Expectations

| Take the Lead and Make a Difference<br>List agreed upon behavioral expectations. | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Think innovatively, create opportunities and seize them. | X | | |
| Developed program recommendation in collaboration with Exanta HECON Colleagues to Exanta Product Manager for evidence-based medicine medical education program and database system. | | | |
| Look outside the Industry. | | | |
| ...searched and circulated to colleagues articles on industry medical education trends and policy changes and competitor information. | | | |

*Rev. 10/1/2003*

B268

AstraZeneca Performance Evaluation

| Help Others Succeed<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not<br>Meet |
|---|---|---|---|
| Routinely seek out others to share information and create solutions. | X | | |
| Routinely collaborated with Exanta BPL, Strategists, PREP and Publications, Market Research, HECON and other team members on initiatives to obtain input and collaboration, for example on "Exanta Team 2002 Ground Rules" card.<br><br>Give candid, constructive feedback.<br><br>Achieved: Provided individual performance feedback upon request to various Exanta team members and outside vendors on 2002 activities and programs.<br><br>Recognition<br>In the team environment that is AZ culture, MaryBeth makes sure that all who have participated receive appropriate recognition. | | | |

| Set Ambitious Goals and Exceed Them<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not<br>Meet |
|---|---|---|---|
| ...ntify and focus on key priorities. | X | | |
| Participated in PREP and PROMO team strategy and budget planning sessions and developed plans for 2002 advisory boards. | | | |

| Focus Relentlessly on Customer Excellence<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not<br>Meet |
|---|---|---|---|
| Deliver Consistent, reliable service. | | X | |
| Provided consistent service and processes to Exanta team for advisory boards and conventions activities. To enhance standardization, developed procedures guide for standardizing advisory board and investigators meetings' processes; advise team on regulations and policies. | | | |

B269

AstraZeneca Performance Evaluation                           Page 6

___

## OVERALL EVALUATION

Performance Summary - Giving substantial weight to performance against both sets of objectives (key business results and personal development) and cultural attributes, describe overall performance by providing examples of outcomes and demonstrated abilities indicative of the overall rating.

Marybeth is on point for the Exanta advisory boards and other key Prep activities. She was instrumental in the development of the AF ad Board. She has entered her integration into the Exanta team quickly and effectively. She has developed knowledge of the roles on the team; participated and contributed in brand team meetings; and contributed to the team monthly activity reports to management. Marybeth also has worked with Scientific Commercialization to develop and leverage relationships with thought leaders. She also leveraged her previous relationships with KOLs and bridged those relationships to Exanta.

Marybeth is a great communicator and this skill should be leveraged more by the Exanta team in 2003. Her communications are concise, direct and clear.

MaryBeth should continue to expand her understanding of therapeutic area and clinical trial data. She should also work to increase her strategic focus and knowledge of key brand messages. As a key function of the PREP role, she should expand her understanding of other marketing disciplines including publications, POS activities and strategica roles. In terms of professional development, she should consider courses in strategic planning, leadership skills, and public speaking.

Marybeth successfully managed agency efforts from proposal to project completion. She demonstrated excellence in managing associated budgets and timelines. She also was a key participant in the development of the 2003 Strategic Prep plan and associated tactics. Her contributions will contribute directly Exanta success.

Overall, Marybeth's performance was a very high good. She executed professional, well managed programs and learned a new disease state. She is a welcome member to the team.

| Overall Rating [place an 'X' to the left of the appropriate rating] |
|---|
| **Distinguished:** Performance significantly exceeded overall expectations, resulting in exceptional achievements.<br>• Achieved exceptional overall results and consistently acted as a position role model.<br>• Significantly exceeded goals, and/or took on significant additional projects and delivered on those.<br>• Significantly exceeded expectations related to Cultural Attributes and/or Leadership Capabilities behaviors.<br>• Made an exceptional contribution to the success of the organization/unit; significantly exceeded job responsibilities and performance plan expectations. |
| **Excellent:** Performance exceeded overall expectations.<br>• Exceeded most or some overall results while maintaining effective relationships during the past year.<br>• Exceeded most or some goals.<br>• Exceeded most or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors.<br>• Contributed substantially to the success of the organization/unit. |
| **X**   **Good:** Performance met overall expectations.<br>• Achieved all, most, or some expected overall results during the past year.<br>• Met all, most, or some goals.<br>• Met all, most, or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors. |

Rev. 3/11/2003

B270

AstraZeneca Performance Evaluation

| | |
|---|---|
| | • Made a contribution to the success of the organization/unit. |
| | **Unacceptable:** Performance was below minimum expectations. |
| | • Did not achieve expected overall results during the past year. |
| | • Missed a significant number of goals, or met goals in a way that compromised other responsibilities. |
| | • Demonstrated behaviors related to Critical Attributes and/or Leadership Capabilities below those required to be effective in position. |
| | • Had difficulty throughout the performance cycle in meeting the objectives and needs of the organization. |

**Reviewer's Comments (Optional):**

**Employee's Comments (Optional):**

*Rev. 1/15/201*

P025

B271

0001
1          IN THE UNITED STATES DISTRICT COURT
2             FOR THE DISTRICT OF DELAWARE
3    MARYBETH FARRELL,                )
                                      )
4        Plaintiff,          )
                                      )
5    v.                      )   Civil Action No.
                             )   04-285
6    ASTRAZENECA PHARMACEUTICALS, L.P.,)
                             )
7        Defendant.          )
8
          Deposition of GEORGINA L. AUSTIN-JONES taken
9    pursuant to notice at the Law Offices of JOHN M.
     LaROSA, 2 East 7th Street, Wilmington, Delaware,
10   beginning at 2:35 p.m. on Monday, February 14, 2005,
     before Renee A. Meyers, Registered Professional
11   Reporter and Notary Public.
12
     APPEARANCES:
13
         JOHN M. LaROSA, ESQ.
14       LAW OFFICE OF JOHN M. LaROSA
         2 East 7th Street, Suite 302
15        Wilmington, Delaware  19801
          for the Plaintiff,
16
         SHELDON N. SANDLER, ESQ.
17       YOUNG CONAWAY STARGATT & TAYLOR LLP
         1000 West Street, 17th Floor
18        Wilmington, Delaware  19899
          for the Defendant.
19
20
21          WILCOX & FETZER
         1330 King Street - Wilmington, Delaware 19801
22            (302) 655-0477
23
24
0002
1          GEORGINA L. AUSTIN-JONES,
2    the witness herein, having first been
3    duly sworn on oath, was examined and
4    testified as follows:

5   BY MR. LaROSA:
6      Q.   Good afternoon, Ms. Austin-Jones.  My name is
7   John LaRosa and I represent the plaintiff, Marybeth
8   Farrell, in this case.  Will you state your full name,
9   please?
10     A.   Georgina Louise Austin-Jones.
11     Q.   What is your current home address?
12     A.   10 Taylors Farm Drive, Newark, Delaware.
13     Q.   Are you married?
14     A.   Yes.
15     Q.   Have you ever had your deposition taken before?
16     A.   No.
17     Q.   Let me go over some ground rules for you.
18   After I ask the questions and you answer them today,
19   you will have the opportunity to review the answers
20   you gave to see if the court reporter made any
21   technical mistakes; do you understand that?
22     A.   Yes.
23     Q.   And you have taken an oath to tell the truth
24   and you understand the significance of that?
0003
1      A.   Yes.
2      Q.   If I ask you a question today and you don't
3   understand it, please ask me to rephrase it and I will
4   be glad to do that; do you understand?
5      A.   Okay.
6      Q.   Also, if you don't know the answer to
7   something, I don't want you to guess, so just say I
8   don't know and we will move onto another question; is
9   that fair?
10     A.   Fine.
11     Q.   Are you under any medications or substances
12   that would prevent you from remembering accurately or
13   testifying truthfully today?
14     A.   No.
15     Q.   Also, we have to take turns speaking because
16   the court reporter cannot record two voices at once,
17   so please let me finish my question before you answer
18   it and I will try to let you finish your answer before
19   I go into the next question; do you understand that?
20     A.   Yes.
21     Q.   And, also, if you need any breaks, let me know.
22     A.   Fine.
23     Q.   Have you met with any attorneys at any time to
24   discuss the facts of this case?

B273

0004
1    A.   Yes.
2    Q.   Who have you met with?
3    A.   John and Sheldon.
4    Q.   Approximately how many meetings?
5    A.   One.
6    Q.   Approximately how long did you meet?
7    A.   Two hours.
8    Q.   Besides your attorneys, have you met with
9   anyone else to discuss the facts of this case?
10   A.   No.
11   Q.   Will you state your date of birth?
12   A.   13 September 1969.
13   Q.   Regarding your educational background, did you
14   graduate from high school?
15   A.   Yes.
16   Q.   Did you go to college?
17   A.   I went to University in England, yes.  Well, it
18   was called a polytechnic at the time.
19   Q.   Did you get a degree as part of that
20   University?
21   A.   I got an honor's degree.
22   Q.   What was your degree in?
23   A.   Accounting and finance.
24   Q.   Is that a four-year degree?
0005
1    A.   Three-year.
2    Q.   After you received your degree, did you do any
3   postgraduate study?
4    A.   Yes.
5    Q.   Did you go through a graduate school in
6   England?
7    A.   I did a part-time postgraduate diploma in
8   personnel management.
9    Q.   Approximately how many years did that take to
10   complete?
11   A.   One year.
12   Q.   Are you currently employed by AstraZeneca?
13   A.   Yes.
14   Q.   What is your current job title?
15   A.   Senior human resources partner.
16   Q.   When did you begin working for AstraZeneca?
17   A.   1st of April, 1996.
18   Q.   Were you a senior human resources partner at
19   that time?

20    A.    No.
21    Q.    What was your job title when you were hired by
22    AstraZeneca?
23    A.    Human resources officer.
24    Q.    Approximately how long were you an H.R.
0006
1    officer?
2    A.    About four years.
3    Q.    And after that time, did you receive a
4    promotion?
5    A.    Yes.  I became a human resources manager.
6    Q.    Do you remember when that was?
7    A.    No.
8    Q.    You said you were an H.R. officer for
9    approximately four years?
10    A.    Yeah.
11    Q.    Do you think it was in 2000 or do you think it
12    was later?
13    A.    I think it was roughly 2000, but I am -- it
14    could be give or take a year.
15    Q.    So, from the time you became a human resource
16    manager, you have been a manager at AstraZeneca?
17    A.    Until I came to the U.S. when my job title
18    changed.
19    Q.    When was that?
20    A.    September 2003.
21    Q.    And what was your job title at that time?
22    A.    When I came to the U.S.?
23    Q.    Yes.
24    A.    Senior H.R. partner.
0007
1    Q.    Do you still consider yourself a manager at
2    AstraZeneca?
3    A.    Yes.  Well, it depends what you mean by
4    "manager."
5    Q.    Well, yourself, do you consider yourself to be
6    a manager?
7    A.    Manager of what, though?  At home, I used to
8    manage a group of people.  Here, I am an individual
9    contributor but I am still at the same level within
10    the company.
11    Q.    You are at a management level?
12    A.    Yeah.
13    Q.    But with less subordinates or no subordinates?
14    A.    No subordinates, yeah.

15   Q.   Prior to AstraZeneca, where were you working?
16   A.   Olympus Sports.
17   Q.   What type of business is that?
18   A.   It was a retail company.
19   Q.   Approximately how many years did you work
20   there?
21   A.   About two.  Well, it was more like 18 months.
22   Q.   Did you have a human resources function there?
23   A.   Yes.
24   Q.   Prior to Olympus Sports, where were you
0008
1   working?
2   A.   For an I.T. company in Nottingham.
3   Q.   Were you working in a human resources capacity
4   there?
5   A.   No.
6   Q.   Was Olympus Sports your first job in human
7   resources?
8   A.   I had had related jobs before that in
9   recruitment and in training but not in human
10   resources.
11   Q.   In recruitment and training but not in human
12   resources?
13   A.   Yeah.
14   Q.   What was your first job in recruitment?
15   A.   I worked for a recruitment agency.
16   Q.   Do you remember the name?
17   A.   It was called J.R. Personnel.
18   Q.   Do you remember when you worked there?
19   A.   Approximately 2002.
20   Q.   Was that a job you held simultaneously with
21   your job at AstraZeneca?
22   A.   Sorry.  When did I graduate -- sorry.  I have
23   lost a decade.  1992.
24   Q.   1992.
0009
1   A.   I was thinking I graduated ten years later than
2   I did.
3   Q.   How about any jobs in training, when was your
4   first job where you had experience in training?
5   A.   1991.
6   Q.   And who did you work for then?
7   A.   It was called, I think, Kathy Parker Training.
8   I can't be absolutely sure that that's the name.
9   Q.   Was that in Great Britain?