**arrell, Marybeth**

| | |
|---|---|
| Subject: | discussion |
| Start: | Fri 4/11/2003 11:00 AM |
| End: | Fri 4/11/2003 12:00 PM |
| Recurrence: | (none) |
| Meeting Status: | Accepted |
| Required Attendees: | Pritchard, Susan S; Farrell, Marybeth |

Marybeth
Can we meet for an hour and discuss the new team, roles, interests, ideas etc. I'd love to have more insight from you on our path forward and get your suggestions for transitions.
Thanks

1

B332

# AstraZeneca Performance Evaluation

## DEMOGRAPHICS

| Employee's Name: | Marybeth Farrell | Performance Year Ending: | 2002 |
|---|---|---|---|
| Functional Manager: | Debbie Brangman | Deployed Manager: (If applicable) | Brian Martin |
| Position/Job Title: | PREP Manager | Current Date: | January 22, 2003 |

| X | Content and Rating reviewed and agreed with Deployed Manager. (Please place an X in cell to the left to indicate agreement). |
|---|---|

## GOALS

*Instructions: To insert fields for additional objectives, copy and paste objective section. Type "X" below rating for each objective listed.*

### Key Business Results

**Rating Versus Expectations**

| Objective list below) | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Support launch of Exanta clinical data through development and execution of advisory boards with key KOLs (Key Opinion Leaders): <br><br>Core Measures:<br><br>- Developed and executed advisory boards' strategy for 2002 (e.g., Exanta ACT (Advisory and Consultancy Team) and Atrial Fibrillation (Afib) two-and-a-half day Advisory Board meetings)<br>- Managed all medical education and logistics vendors (Discovery and TG Worldwide) supporting Advisory Boards<br>- Planned and executed Exanta team slide presentations at Advisory Boards working collaboratively with Exanta Group Director, Brand Director, Medical Directors, PDSs, BPL, Strategists, and Market Research Manager<br>- Developed Exanta Q&A, data point summaries, Executive Summary of meetings, media training content, and core slides for dissemination to Exanta ACT Team, in collaboration with Exanta Strategist<br>- Worked collaboratively with Exanta Medical Directors and PDSs to continuously review and update lists identifying and cultivating key elite and national faculty for advisory boards<br>- Provided strategic recommendations on Thought Leaders to recruit and train for elite/national advisory boards as a member of the Exanta KOL Database Development Team | X | | |

*Rev. 1/11/2003*

B333

# AstraZeneca Performance Evaluation

Page 2

| Additional Activities: | | | |
|---|---|---|---|
| - Managed development of new Exanta slide decks with Medical Directors and PDSs. <br>     - Also worked with faculty and vendor to update Afib speaker slides w/AFFIRM data <br> - Planned and produced "Ximelagatran Abstracts & Posters Collection" binder and CD-ROM in collaboration with Clinical Publications Lead, PRA and Legal depts; oversaw distribution <br> - Participated in Speakers Bureau CME content and program planning with ICHE and PREP colleagues <br> - Provided strategic input for Coag Clinic strategy as member of Exanta Coag Clinic Workstream Team | | | |

| Objective (list below) | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Standardize procedures for advisory boards and consultants meetings** | X | | |
| Core Measures: | | | |
|     Collaborated with other functional areas to research process familiarity/preferences (consulted with PRA, Legal, Medical Affairs, Medical Marketing Leader, Market Research, Strategists and BPL) | | | |
| - Developed ad board 'timelines-to-task' scheduling calendar for team management review | | | |
| - Developed "Advisory Board Procedures Guide" for team management review | | | |
| - Provided guidance to commercial team on content and procedures to ensure advisory board compliance with all federal and AstraZeneca policies | | | |
| Additional Activities: | | | |
| - Completed PRA templated for standardized Exanta Advisory Boards; met with PRA and legal departments to review and gain approvals | | | |
| - Obtained Exanta team input on 2002 Ground Rules (to provide common understanding to team of way of operating); oversaw production and distribution | | | |

*Rev. 1/11/2003*

B334

# AstraZeneca Performance Evaluation

| Objective list below | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Develop and execute strategy/activities for acceptance of new class of oral DTIs/Afib indication at national Conventions and for Advocacy Development**<br><br>Core Measures:<br><br>- Planned and executed strategies for core activities at AHA and ESC (European Society of Cardiology); also for ACC 2003<br>- Maintained relationships with key professional societies as liaison for Exanta team with ACC, AHA, PRI-MED and US representative for ESC<br>- Communicated U.S. position to AZ global for ESC (European Society of Cardiology) symposia content development and program execution in Germany<br>- Managed PRI-MED South and West symposia development and grants; collaborated with Exanta Medical Marketing Leader and Medical Director on identifying and providing faculty recommendations<br>- Represented Exanta commercial team position to Ketchum Communications/New York on release of The Stroke Report and KOL and advocacy development planning<br>- Participate in global videoteleconferences on conventions planning<br><br>Additional Activities:<br>- Developed AHA Briefing Binder for team<br>- Provided grants to various third-party institutions for development of independent medical education programs in alignment with Exanta strategy | | X | |

| Objective list below | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Communicate results of key clinical trials with Investigators and improve communication channels with study sites**<br><br>- Planned and managed SPORTIF Investigators meeting at AHA<br>  - Managed medical education and logistics vendors<br>- Collaborated with Clinical Director and Medical Director to enhance communication with Investigators and study sites for update meetings<br>- Developed strategies for streamlining processes and enhancing communications and implemented during SPORTIF Investigators meeting in November 2002 (e.g., added the Site Coordinators to the meeting lists | X | | |

*Rev. 1/11/2003*

# AstraZeneca Performance Evaluation

| for Save the Date and Invitation mailings) | | | |
|---|---|---|---|

## Personal Development Goal(s)

**Rating Versus Expectations**

| Objective list below | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Enhance knowledge of medical education guidelines and AZ policies**<br><br>- Completed AZ Educating Healthcare Professionals self-learning binder/program<br>- Completed AZ Code of Conduct recertification<br><br>Additional Activities:<br>- Completed AZ Policy Action Line (PAL) training<br>- Completed AZ Business Policies on Medical Education training (Tom Behan) | | X | |

| Objective list below | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Gain indepth knowledge on hemostasis**<br><br>- Completed Exanta Education Days<br>- Completed reviews of Exanta background binders, clinical trials reports, abstracts, educational materials provided by Brand Director | | X | |

## COMPETENCIES

*Instructions: Type "**X**" below rating for each attribute listed.*

### Cultural Attributes

**Rating Versus Expectations**

| Take the Lead and Make a Difference<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Think innovatively, create opportunities and seize them.**<br><br>Developed program recommendation in collaboration with Exanta HECON Colleagues to Exanta Product Manager for evidence-based medicine medical education program and database system.<br><br>**Look outside the industry.**<br><br>researched and circulated to colleagues articles on industry medical education trends and policy changes and competitor information. | X | | |

*Rev. 1/11/2003*

B336

# AstraZeneca Performance Evaluation

| Help Others Succeed<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Routinely seek out others to share information and create solutions.**<br><br>Routinely collaborated with Exanta BPL, Strategists, PREP and Publications, Market Research, HECON and other team members on initiatives to obtain input and collaboration, for example on "Exanta Team 2002 Ground Rules" card.<br><br>**Give candid, constructive feedback.**<br><br>Achieved: Provided individual performance feedback upon request to various Exanta team members and outside vendors on 2002 activities and programs.<br><br>**Recognition**<br>In the team environment that is AZ culture, MaryBeth makes sure that all who have participated receive appropriate recognition. | X | | |

| Set Ambitious Goals and Exceed Them<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| entify and focus on key priorities.<br><br>Participated in PREP and PROMO team strategy and budget planning sessions and developed plans for 2002 advisory boards. | X | | |

| Focus Relentlessly on Customer Excellence<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Deliver Consistent, reliable service.**<br><br>Provided consistent service and processes to Exanta team for advisory boards and conventions activities. To enhance standardization, developed procedures guide for standardizing advisory board and investigators meetings' processes; advise team on regulations and policies. | | X | |

*Rev. 1/11/2003*

B337

# AstraZeneca Performance Evaluation

## OVERALL EVALUATION

**Performance Summary** - Giving substantial weight to performance against both sets of objectives (key business results and personal development) and cultural attributes, describe overall performance by providing examples of outcomes and demonstrated abilities indicative of the overall rating.

Marybeth is on point for the Exanta advisory boards and other key Prep activities. She was instrumental in the development of the AF Ad Board.. She has ensured her integration into the Exanta team quickly and effectively. She has developed knowledge of the roles on the team; participated and contributed in brand team meetings; and contributed to the team monthly activity reports to management. Marybeth also has worked with Scientific Commercialization to develop and leverage relationships with thought leaders. She also leveraged her previous relationships with KOLs and bridged those relationships to Exanta.

Marybeth is a great communicator and this skill should be leveraged more by the Exanta team in 2003. Her communications are concise, direct and clear.

MaryBeth should continue to expand her understanding of therapeutic area and clinical trial data. She should also work to increase her strategic focus and knowledge of key brand messages. As a key function of the PREP role, she should expand her understanding of other marketing disciplines including publications, PDS activities and strategists roles. In terms of professional development, she should consider courses in strategic planning, leadership skills, and public speaking.

Marybeth successfully managed agency efforts from proposal to project completion. She demonstrated excellence in managing associated budgets and timelines. She also was a key participant in the development of the 2003 Strategic Prep plan and associated tactics. Her contributions will contribute directly Exanta success.

Overall, Marybeth's performance was a very high good. She executed professional, well managed programs and learned a new disease state. She is a welcome member to the team.

| Overall Rating [place an 'X' to the left of the appropriate rating] | |
|---|---|
| | **Distinguished:** Performance significantly exceeded overall expectations, resulting in exceptional achievements. <br> • Achieved exceptional overall results and consistently acted as a position role model. <br> • Significantly exceeded goals, and/or took on significant additional projects and delivered on those. <br> • Significantly exceeded expectations related to Cultural Attributes and/or Leadership Capabilities behaviors. <br> • Made an exceptional contribution to the success of the organization/unit; significantly exceeded job responsibilities and performance plan expectations. |
| | **Excellent:** Performance exceeded overall expectations. <br> • Exceeded most or some overall results while maintaining effective relationships during the past year. <br> • Exceeded most or some goals. <br> • Exceeded most or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors. <br> • Contributed substantially to the success of the organization/unit. |
| X | **Good:** Performance met overall expectations. <br> • Achieved all, most, or some expected overall results during the past year. <br> • Met all, most, or some goals. <br> • Met all, most, or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors. |

*ev. 1/11/2003*

B338

# AstraZeneca Performance Evaluation

- Made a contribution to the success of the organization/unit.

**Unacceptable:** Performance was below minimum expectations.
- Did not achieve expected overall results during the past year.
- Missed a significant number of goals, or met goals in a way that compromised other responsibilities.
- Demonstrated behaviors related to Cultural Attributes and/or Leadership Capabilities below those required to be effective in position.
- Had difficulty throughout the performance cycle in meeting the objectives and needs of the organization.

**Reviewer's Comments (Optional):**

**Employee's Comments (Optional):**

*Rev. 1/11/2003*

B339

## AstraZeneca Performance Evaluation

Page 1

## DEMOGRAPHICS

| Employee's Name: | Marybeth Farrell | Performance Year Ending: | December 2001 |
|---|---|---|---|
| Functional Manager: | Amy Renk | Deployed Manager: (If applicable) | |
| Position/Job Title: | Sr. Field PREP Partner | Current Date: | January 2002 |

## GOALS

### Key Business Results

| | | Rating Versus Expectations | | |
|---|---|---|---|---|
| | | Exceeded | Met | Did Not Meet |
| Objective: Support the key 2001 objectives for GI and CV TAs through Field PREP support of NEXIUM, ENTOCORT and CRESTOR product launches and TOPROL-XL (and other) line extension(s). | | ☐ | ☒ | ☐ |
| Objective: Serve as knowledge resource specialist for GI & CV Sales and Marketing Teams as well as external customers (e.g., institutions and physicians) on AstraZeneca policies, all applicable federal regulations, and industry standards (AMA, ACCME, ACPE, etc.) for conducting Field PREP programs. Ensure compliance by providing counsel on the appropriate application of these regulations, guidelines and policies to AstraZeneca Field Professional Relations programs and initiatives. | | ☒ | ☐ | ☐ |
| Objective: Ensure Field PREP programs and resources align with needs of and support Speakers and Field Sales personnel | | ☐ | ☒ | ☐ |
| Objective: Manage outsource partners, facilitate information gathering and develop reports on Field PREP Program activities for the GI & CV Teams. | | ☐ | ☒ | ☐ |
| Objective: | | ☐ | ☐ | ☐ |

### Personal Development Goal(s)

| | Rating Versus Expectations | | |
|---|---|---|---|
| | Exceeded | Met | Did Not Meet |
| Objective: Continuous improvement in education in CME and federal and AstraZeneca policies on Field PREP and other medical education programs, policies and activities | ☒ | ☐ | ☐ |
| Objective: Develop knowledge in market research and marketing promotional planning strategy and management | ☐ | ☒ | ☐ |

## COMPETENCIES

### Cultural Attributes

| | Rating Versus Expectations | | |
|---|---|---|---|
| Take the Lead and Make a Difference | Exceeded | Met | Did Not Meet |
| *List agreed upon behavioral expectations.* | ☐ | ☒ | ☐ |
| Comments: Forgive mistakes; Think innovatively, create opportunities and seize them. | | | |

*Rev. 11/15/2001*

B340

# AstraZeneca Performance Evaluation

Page 2

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Help Others Succeed<br>*List agreed upon behavioral expectations.* | ☐ | ☒ | ☐ |
| Comments: | | | |
| Set Ambitious Goals and Exceed Them<br>*List agreed upon behavioral expectations.* | ☒ | ☐ | ☐ |
| Comments: | | | |
| Focus Relentlessly on Customer Excellence<br>*List agreed upon behavioral expectations.* | ☐ | ☒ | ☐ |
| Comments: | | | |

*Rev. 11/15/2001*

B341

## AstraZeneca Performance Evaluation

## OVERALL EVALUATION

**Performance Summary**  Giving substantial weight to performance against both goals (key business results and personal development goals) and cultural attributes, describe overall performance by providing examples of outcomes and demonstrated abilities indicative of the overall rating.

Marybeth has greatly developed her knowledge of the Field PREP area and how her role is crucial as a liaison between marketing in sales.  She has become a greatly valued member of the POTACT team, participating actively in meetings, creating job aids and presentations, and assisting with the development and editing of audiotapes.  She has had obstacles trying to support the Nexium and CV teams (outside of Crestor) due to non-responsiveness of PREP Managers or not being included in crucial meetings or discussions.  She has persevered regardless and continued to work with these teams to ensure that they are supported.  She has developed a good working relationship with the Crestor team and has been able to successfully direct Field PREP planning in a timely manner.  She works well with her peers and has done an excellent job of sharing her knowledge and other important information with them.  She particularly works well with the Field PREP Operations Manager and has collaborated positively on training teleconferences and department activities.

Marybeth was able to ride along with several PSSs and attend various programs in 2001.  This was positive for Marybeth and the field.  In 2002 she should developing an even broader understanding of the field sales organization, especially the front line customer interactions.  She can do this by spending additional time with PSSs and DSMs and auditing additional programs.  She has also expressed an interest in pursuing a compliance related position.  She may want to consider "preceptorships" with PRA and Legal, along with courses that focus on regulatory knowledge.

Marybeth should also focus on listening more intently to ensure that she thoroughly understands what is being said or discussed.  At times she hears what is said, but is not actively listening to understand.  She should also focus on ensuring that communications are accurate before they are sent, such as calendars, training presentations, documents, etc.  She should look to her peers to assist with this as additional fresh eyes or develop timelines for distribution anticipating that changes may come in after her initial deadline (ex. CV calendar) so that she does not need to re-send these.

Marybeth has very high expectations, sometimes higher than others can realistically meet, based on her individual desires.  She should temper these with the understanding that there are reasons why things are the way they are and try to understand those reasons when possible.  (Ex. Why she cannot have her own assistant)

Marybeth is extremely diligent and conscientious.  She works very hard and is a valued member of the team.  I look forward to working with her in 2002 and watching her succeed in her 2nd year in her position!

*Rev. 11/15/2001*

B342

# AstraZeneca Performance Evaluation

---

**Overall Rating**

☐ **Distinguished:** Performance significantly exceeded overall expectations, resulting in exceptional achievements.
- Achieved exceptional overall results and consistently acted as a position role model.
- Significantly exceeded goals, and/or took on significant additional projects and delivered on those.
- Significantly exceeded expectations related to Cultural Attributes and/or Leadership Capabilities behaviors.
- Made an exceptional contribution to the success of the organization/unit; significantly exceeded job responsibilities and performance plan expectations.

☒ **Excellent:** Performance exceeded overall expectations.
- Exceeded most or some overall results while maintaining effective relationships during the past year.
- Exceeded most or some goals.
- Exceeded most or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors.
- Contributed substantially to the success of the organization/unit.

☐ **Good:** Performance met overall expectations.
- Achieved all, most, or some expected overall results during the past year.
- Met all, most, or some goals.
- Met all, most, or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors.
- Made a contribution to the success of the organization/unit.

☐ **Unacceptable:** Performance was below minimum expectations.
- Did not achieve expected overall results during the past year.
- Missed a significant number of goals, or met goals in a way that compromised other responsibilities.
- Demonstrated behaviors related to Cultural Attributes and/or Leadership Capabilities below those required to be effective in position.
- Had difficulty throughout the performance cycle in meeting the objectives and needs of the organization.

---

**Reviewer's Comments (Optional):**




**Employee's Comments (Optional):**



*Revised 10/16/01*

*Rev. 11/15/2001*

B343

 **2001 Total Pay Statement**

The 2001 Total Pay Statement is provided to you to explain your individual pay opportunity under the AstraZeneca pay programs.

| Name: Farrell Joe,Marybeth | Position Title:Sr Field PREP Partner |
|---|---|
| Salary Roll Number: 34406 | Manager: Renk,Amy |

### Base Pay (as of March 1, 2001)

- **Base Pay:** (02/01/2001 Annual Base * Prorated Pct Increase/100 * Prorate Months/12 = Dollar Increase)

| Action Type | Base Rate | Percent Increase | Prorated for Months | Prorated Pct Increase | Prorated Dollar Incr | New Base Rate |
|---|---|---|---|---|---|---|
| PAY/MER | $82,764.00 | 4.00% | 13 | 4.33% | $3,586.44 | $86,350.44 |

- **Pay Band:** IV          **Band Minimum:** $46,000.00   **Maximum:** $116,000.00

### Annual Incentive (1)

- **2000 AZIP Calculation** (Eligible Earnings * Target/100 * Company Factor/100 * IPF/100 = Award)

| Band | Eligible Earnings | Target Percent | Company Factor | Individual Performance Factor | Award (Dollars) |
|---|---|---|---|---|---|
| IV | $82,413.95 | 12% | 109.1 | 85 | $9,171.19 |

- **2001 Incentive Target:** 15%   (based on your Pay Band status as of March 1, 2001)

**(1)**   Voluntary resignations, prior to the end of any calendar year, will result in forfeiture of incentive award payments for that year. See plan communication materials for details.

This Individual Pay Statement is designed to give you an overall picture of your pay opportunity under the AstraZeneca Pay Program. While efforts were made to ensure the accuracy of the information provided in this Statement, errors may occur. Should any error(s) occur, they will be corrected but under no circumstances will such errors influence or change any actual payments that you may be eligible to receive. In all cases, actual payments made under the various plans will be in accordance with the governing plan documents. This Statement does not create a contract between AstraZeneca and our employees for either employment or any payment under the various plans. AstraZeneca in its sole discretion reserves the right to extend, modify, amend or discontinue all or part of the Pay Program.

(rev 2001.02.14)

http://az-selfserve.us.astrazeneca.net/az-html/webreportdetail.asp                    2/27/2001

B344

# Performance Plan



## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Employee's Name: | Marybeth Farrell | Performance Review Period: | May 1, 2000 – March 1, 2001 |
| Employee's ID # | 40004634 | Functional Manager: | John Doyle |
| Position/Job Title: | PREP Manager/Prilosec | Deployed Manager: (If applicable) | Myles McKiernan |
| Department/ Business Area: | GI | Percent of Time Deployed: (If applicable) | 100% |
| **Current Date:** | **May 31, 2000** | Review Manager(s): | Myles McKiernan, John Doyle |

## GOALS

### Key Business Results

| **Objective:** Enhance PREP Resources in Support of GI Sales & Marketing Goals |
|---|

B345

Name:_____

**Performance Measures:**

1. **In management of GERD Telesymposia, increase physicians' participation by 50%-75% in remainder of 2000 programs to improve and maximize the reach and value of each session.** This goal was successfully accomplished in 2000. Upon receiving a GERD Telesymposia program from a PREP GI colleague, in reviewing the program's objectives and effectiveness, I felt the program had capacity to accommodate 50% to 75% additional physician participants while still remaining small enough to allow for meaningful questions and discussion. I requested that the vendor increase participation. When the program ended, it reported a participation level averaging 50 percent higher PRILSOEC message being delivered toadditional physicians for the originally budgeted amount.

2. **Successfully manage Regional and Local Esomeprazole Expert Consultant Workshops in support of GI TA goals for the successful launch of Nexium.**

3. **Investigate and deliver innovative new programs such as Cyber CME Café, Cruising for Credit, CME MovieTheatre, Hotel Broadcast Symposia, with focus on online interactive registration and participation, to enhance PREP's effectiveness in delivering key therapeutic messages to core physician audiences in support of Prilosec and Nexium.**

4. **Manage Supraesophageal Conference 2000 and production of enduring materials.**

5. **Evaluate existing PREP GI program offerings in light of GI TA goals and initiate programs that will enrich PREP's effectiveness in supporting product Sales & Marketing (S&M) goals.**

6. **Initiate and implement briefings about PREP GI programs and services at District Sales Meetings to expand and enrich understanding about, and use of, PREP programs in support of critical S&M goals for Prilosec and Nexium.**

7. **Engage in capabilities review of medical education vendors and initiate new PREP GI programs, including creative new-delivery approaches, to offer value-added enrichment of GI TA through PREP (e.g., new programs by Physician's Desk Reference for value-added, effective physician education).**

8. **Provide guidance and counsel to GI TA group on CME rules and guidelines as per ACCME, FDA and AMA requirements concerning programs, activities, sponsorships and gifts to physicians, and develop comprehensive understanding of Marketing and Sales Guidelines.**

Notes (use to capture changes and feedback):TBD

Cascaded From:  GI TA,  MP&IC

Objective: Increase awareness of symptoms and treatments for GERD, including Prilosec, among managed care physicians and formulary decision-makers in support of GI TA's effort to increase Prilosec scripts in managed care market.

*Performance Management Plan Final 2000-AmyCopy.doc*

B346

Name:_____

**Performance Measures:**

1. Expand GI presence and sponsorships in managed care forums by initiating CME Symposia at PRI-MED 2000 meetings and increasing level of sponsorships to raise AstraZeneca/Prilosec visibility among key managed care PCPs who attend PRI-MED conferences in 2000.

2. Support efforts of GI TA to reach managed care thought leaders through additional assessment and modification of existing or potential new national programs, as well as activities at conventions.

3. Provide support and input to Promotions team in ongoing implementation and evaluation of managed care targeting as part of the Peer-to-Peer program.

4. Develop framework in 4Q after evaluating effectiveness of existing programs for enhancing visibility and scripts-writing for Prilosec in managed care.

5. Specific to managed care, develop Cyber CME presence potentially using "Passport" approach in conjunction with other product areas (as per John Doyle program).

Cascaded From: GI TA

**Objective:** As PREP GI's champion for multi-therapeutic conferences, enhance AstraZeneca's GI reach and effectiveness at multi-therapeutic conferences.

**Performance Measures:**

1. Evaluate booth activities and symposia using measurement tools such as traffic flow, information dissemination and requests, and feedback on programs' effectiveness (through the addition of a page onscreen in the Cyber CME program), to align with and support GI TA goals.

2. Expand booth and educational sponsorship activities at multi-therapeutic annual meetings, especially the American Academy of Nurse Practitioners (AANP) and American Academy of Physician Assistants (AAPA), in support of GI TA's identification of NPs and PAs as important new target audiences for expanded education and communication (e.g., through innovative new programs such as Cyber CME Café, Cruising for Credit, CME MovieTheatre, Hotel Broadcast Symposia, focus on online interactive for registration, participation).

3. Manage development and dissemination to NPs and PAs of the MEDICAL SIMULATIONS: In the Diagnosis and Management of GERD national CME program.

Notes (use to capture changes and feedback): TBD

Cascaded From: GI TA

**Objective:** Work with other functional areas to establish common processes and tools across Central Promotions and work within these new processes.

**Possible Performance Measures:**

1. Participate on xyz task force to re-design the [RFA/QA-RAP process] [production/distributionprocess] [budget tracking process].

*Performance Management Plan Final 2000-AmyCopy.doc*

B347

Name:_____

| 2. | 2. | Attend all orientation and training sessions on the new or interim RFA process, SAP process, purchasing process, etc.  If uncertain about new or interim processes, raise questions and/or concerns to the appropriate parties. |

Notes (use to capture changes and feedback):  TBD

Cascaded From:  Central Promotions

*Performance Management Plan Final 2000-AmyCopy.doc*

B348

## Section I:  Goals/Responsibilities

List Goals, Ongoing Responsibilities, and/or Other Areas of Responsibility for the review period.  Rate performance against each by marking the block which most closely describes performance.

|  | Place an X in the appropriate column | | |
| :--- | :---: | :---: | :---: |
| **Goals and/or Ongoing Responsibilities** | **Exceeded Expectations** | **Met Expectations** | **Did Not Meet Expectations** |
| 1.  Develop a standardized cross-functional system for identifying, evaluating, and tracking issues that could impact the corporation. |  | X |  |
| 2.  Provide evaluation and strategic analysis of emerging issues including strategic communications plans for managing those issues. |  | X |  |
| 3.  Provide support to Public Affairs in reorganizational matters during the merger and transition of issues management responsibilities to a new leader. |  | X |  |
| 4.  Manage a state-wide marketing and communications campaign for 1999 United Way of Delaware on behalf of AstraZeneca. | X |  |  |
|  |  |  |  |

|  | Place an X in the appropriate column | | |
| :--- | :---: | :---: | :---: |
| **Other Areas of Responsibility (if applicable)** | **Exceeded Expectations** | **Met Expectations** | **Did Not Meet Expectations** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

IPR for Marybeth M. Farrell
02/22/00
Page 2

B349

Name:_____

# Performance Plan (Continued)

GOALS (Continued)

**Personal Developmental Goal(s)**

Objective: Establish foundation for process facilitating enhanced peer-to-peer relationships, collaboration and cooperation in PREP GI, and technical/scientific understanding of AstraZeneca GI products and GERD.

Measures:
1. Enhance effectiveness in encouraging cooperation and collaboration through "win-win" approaches to projects, problem-solving.
2. Enhance skills development of spreadsheets, charts online.
3. Enrich understanding of ACCME, FDA and AMA guidelines for pharmaceutical companies' activities relative to physicians, CME, scientific/educational materials distribution, educational versus promotional activities, and other matters concerning professional relations and medical education.
4. Develop comprehensive understanding of roles and responsibilities of all GI team members and the new business model.

Actions:
1. Enroll in Covey "7 Habits of Highly Effective People" in 2Q 2000.
2. Enroll in Excel course in 2Q 2000 (complete by August 2000).
3. Enroll in courses offered by, and attend national conventions of, Alliance for CME, the international association of CME professionals in 4Q 2000.

## COMPETENCIES

**AstraZeneca U.S. Cultural Attributes**

**Take the Lead and Make a Difference**
- Think innovatively, create opportunities and seize them.
- Put your ideas into action.
- Do not be afraid to take unproven paths.
- Forgive mistakes.
- Reward for challenging the status quo.
- Look outside the industry.
- Innovatively enable work/home balance.

**Individual Notes:**
- Develop new national PREP programs.
- Initiate new booth activities booth activities (eg., A Prilosec "Product Theater" to align with other AstraZeneca therapeutic activities in booth).
- Initiate approaches for sponsorships of activities at national association meetings.

*Performance Management Plan Final 2000-AmyCopy.doc*

B350

Name: _____

| Help Others Succeed |
|---|
| • Build strong relationships and have fun.<br>• Routinely seek out others to share information and create solutions.<br>  Take time to know and mentor others.<br>• Show respect for others.<br>• Give candid, constructive feedback.<br>• Care about how your behavior affects others.<br>• Share and celebrate success. |
| **Individual Notes:**<br>• Structural and process approaches that facilitate independent action and management while also fostering creative collaboration in PREP GI.<br>• Ideas-sharing, best practices and continual improvement in PREP GI programs.<br>• Assessing customers' needs and developing approaches that facilitate creative approaches to problem-solving and solutions management. |

# Performance Plan (Continued)

## COMPETENCIES (Continued)

### AstraZeneca U.S. Cultural Attributes

| Set Ambitious Goals and Exceed Them |
|---|
| Be passionate about winning and beating the competition.<br>• Be results-oriented.<br>• Accept accountability.<br>• Identify and focus on key priorities.<br>• Know the score.<br>• Win ethically.<br>• Enjoy and reward success. |
| **Individual Notes:**<br>• Monitor competitor product's CME, educational and other activities.<br>• Bring creative programs-based sound analysis to activities development. |

| Focus Relentlessly on Customer Excellence |
|---|
| • Understand customer needs (often before they do).<br>• Exceed customer expectations.<br>• Address customer needs at all levels and in all functions.<br>• Deliver consistent, reliable service.<br>• Develop collaborative, cooperative relationships with customers.<br>• Measure customer service and respond to feedback. |
| **Individual Notes:**<br>• Overall alignment of GI TA focus on exceeding customer expectations through information exchange, team partnerships |

*Performance Management Plan Final 2000-AmyCopy.doc*

B351

# Zeneca Pharmaceuticals
# Individual Performance Review (IPR)

......................................................................................................................

Name:  Marybeth M. Farrell _____    SS#:    221 54 2032 _____

Job Title: _____    Date Entered Job:    2/1/94 _____

Department: _____    Performance Review Period:  2/1/99 _____  To  1/1/00 _____

- Complete **Sections I, II, and III**.  Determine an Overall Performance Rating by giving **equal** weight to **Goals/Responsibilities** and **Competencies**.  Indicate the Overall Performance Rating below and provide a summary statement **in Section IV** to support the rating.

- Sign below and forward for approval.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Overall Performance Rating:**

☐  **Distinguished:**    Performance consistently exceeded expectations; efforts and results were reflective of exceptional achievements and uniquely demonstrated abilities.

☒  **Excellent:**    Performance met expectations <u>or</u> in some areas exceeded expectations.

☐  **Acceptable:**    Performance met some expectations and did not meet others.

☐  **Unacceptable:**    Performance did not meet minimum expectations.

......................................................................................................................

Preparer:   Steve Lampert _____   Signature: _____   Title:  Executive Director _____   Date: _____

Reviewer: _____   Signature: _____   Title: _____   Date: _____

**Reviewer Comments:**

......................................................................................................................

Date Discussed: _____   Employee Signature: _____   Date: _____

(Indicates document has been reviewed; does not necessarily indicate concurrence.)

**Employee Comments:**

B352

## Section II:  Competencies

Rate performance relating to each Core Competency by marking the block which most closely describes performance.  List Job-Specific Competencies in the spaces provided and rate performance relating to each by marking the appropriate block.

| Core Competencies | | Exceeded Expectations | Met Expectations | Did Not Meet Expectations |
|---|---|---|---|---|
| Ability to Learn | Quickly understanding and applying information, concepts and strategies. | ☐ | ☒ | ☐ |
| Self-Development Orientation | Taking continuous action to improve personal capability. | ☒ | ☐ | ☐ |
| Thoroughness | Seeking completeness and accuracy. | ☒ | ☐ | ☐ |
| Concern for Impact | Actively anticipating and responding to the feelings, needs and concerns of others. | ☐ | ☒ | ☐ |
| Results Orientation | Focusing attention on key objectives, wanting effective outcomes. | ☐ | ☒ | ☐ |

| Job-Specific Competencies | | Exceeded Expectations | Met Expectations | Did Not Meet Expectations |
|---|---|---|---|---|
| 1. Competency: Rational Persuasion | Building persuasive arguments based on logic, data and the objective merits of the situation. | ☐ | ☒ | ☐ |
| 2. Competency: Conceptual Thinking | Identifying key issues, seeing relationships and drawing elements together into broad coherent frameworks. | ☐ | ☒ | ☐ |
| 3. Competency: Positive Self-Image | Believing in oneself. | ☐ | ☒ | ☐ |
| 4. Competency: Critical Information Seeking | Gathering critical information from key sources to assist problem solving. | ☐ | ☒ | ☐ |
| 5. Competency: Initiative | Engaging in proactive behavior; seizing opportunities. | ☐ | ☒ | ☐ |

## Section III:  Individual Development

Specify areas and related plans for individual development.

| Area(s) for Development | Actions(s) |
|---|---|
| | |
| | |
| | |
| | |

In 1999, Marybeth continued to develop as an Issues Manager for the corporation.  However, much of her time in 1999 was devoted to assisting Zeneca Inc. Chairman, Keith Willard, and the United Way Marketing and Communications Committee on behalf of AstraZeneca.  In her new position as a GI Professional Relations Partner, her individual development goals will be set by her new manager.

IPR for Marybeth M. Farrell
02/22/00
Page 3

B353

..................................................................................................................................................................

## Section IV: Summary

Giving **equal** weight to performance against **Goals/Responsibilities** and performance against **Competencies**, describe overall performance by providing examples of outcomes and demonstrated abilities indicative of the overall Performance Rating.

Marybeth Farrell was a hard working and valuable contributor to the Public Affairs department. In 1999, she continued to make progress in further establishing the reputation of the issues management function within the business despite the merger of Astra and Zeneca. To her credit, she did not allow her responsibilities as manager of Issues Management to falter despite increasingly intense activity related to the corporation's commitment to the United Way of Delaware 1999 campaign.

There were numerous issues management accomplishments in 1999. Most notably, Marybeth provided support to the Public Affairs group with ongoing issues identification, tracking, evaluation and analysis. She developed a schematic for a policy unit and made recommendations on staffing activities and qualifications. She successfully assisted in the transition of Issues Management's restructuring by providing materials to the new policy unit. During the year, she continued ongoing Issues Management support for the national toxicology program's proposed listing of tamoxifen. Marybeth is to be commended for judiciously managing this effort and paying attention to all critical details associated with it. Also in 1999, she worked effectively with other PR managers on the development of AstraZeneca's position on drug pricing. She also provided updates to the media relations leader on existing AstraZeneca inventories and positions statements on issues such as animals in research. Marybeth also served as liaison to the International Relations subcommittee of Phrma, and as secretary to the corporation's political action committee. She continued to monitor the DTC issue and provided updates to the company throughout the year. As a member of AstraZeneca's Animal Care and Use in Research Committee, she attended committee meetings, evaluated research proposals and provided comments on animal use procedures to ensure humane treatment of animals in accordance with company and USDA policies. As a liaison to Phrma's Public Affairs committee, she attended committee meetings on a regular basis.

Her other major accomplishments in 1999 relate to the United Way Campaign. As Cabinet Chair for Marketing and Communications she managed statewide marketing and communications efforts for the campaign in support of AstraZeneca's corporate chairmanship. She developed a strategic plan for core marketing and communications committee events, activities, timelines and outcomes, and she established goals, objectives, strategies and tactics. Marybeth identified and approached marketing and PR professionals statewide to sit on the committee. She successfully initiated new fund raising and sponsorship activities to support efforts and achieve goals for marketing and communications. These efforts resulted in development of the first multi-corporate sponsorship of billboards statewide to deliver United Way and company messages. She also creatively managed the first Annual Beach, Dine and Donate event, enlisting the participation and support of prominent restaurants in Sussex County, Delaware in support of United Way's core 1999 objectives to broaden the base of support statewide and engage southern Delaware in the United Way campaign. She conducted media briefings throughout Sussex County to educate the media about the event and ensure news coverage in print and broadcast. She managed general campaign media relations, placements and briefings in coordination with the United Way staff. She developed a strategy for more proactive media relations activities and assisted in the development of briefing materials for statewide Corporate Campaign Chair, Keith Willard and United Way President, Chuck Anderson. (Attached are both letters from Keith Willard and Chuck Anderson praising Marybeth for her enthusiastic commitment to this year's campaign.) Marybeth also developed and managed a plan for the core campaign kickoff event in Wilmington. She managed staff efforts and development of event activities, secured guest celebrity speakers, negotiated contracts and oversaw the events setup and activities on launch day. Throughout the year, she provided guidance to marketing and communications staff members in their development and management of special events to support marketing and communications goals. For example, she provided resources and support to Delmarva Broadcasting President, Pete Booker, in his leadership and management of the first Blue Rocks partnership with the United Way Day. In summary, Marybeth was responsible for all marketing and communications messages and activities for the 1999 United Way Campaign. She managed the monthly meetings of the 17 member marketing and communications committee and provided leadership, direction and support to all team members to assist them in achieving their specific goals as committee members. These accomplishments are also noted in the letters from Keith Willard and Chuck Anderson.

Marybeth's year 2000 objectives will be set by her new manager in the GI PREP group. If she exhibits the same enthusiasm, attention to detail and creativity that she exhibited for the United Way Campaign, I am sure Marybeth will be a success in her new position.

---

IPR for Marybeth M. Farrell
02/22/00
Page 4

B354

**Reminder:**  **Next Steps**

1.  Determine Goals (Critical Operational, Improvement, and Development) and Ongoing Responsibilities for the next review period.

2.  Identify critical behaviors/abilities linked to Core and Job-Specific Competencies for the next review period.

3.  Ensure areas for individual development (Section III) are included within expectations for the next review period.

IPR for Marybeth M. Farrell
02/22/00
Page 5

B355

# Zeneca Pharmaceuticals
# Individual Performance Review (IPR)

......................................................................................................................

Name:    Marybeth Farrell                                    SS#:    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

Job Title:    Group Manager, Business                Date Entered Job:    2/1/94
              Communications and Issues
              Development

Department:    Communications and           Performance Review Period:    2/1/98    To    2/1/99
               Association Relations

- Complete Sections I, II, and III. Determine an Overall Performance Rating by giving **equal** weight to
  **Goals/Responsibilities** and **Competencies**. Indicate the Overall Performance Rating below and provide a summary statement
  in **Section IV** to support the rating.

- Sign below and forward for approval.

......................................................................................................................

**Overall Performance Rating:**

☐    **Distinguished:**    Performance consistently exceeded expectations; efforts and results were reflective of
                          exceptional achievements and uniquely demonstrated abilities.

☒    **Excellent:**    Performance met expectations or in some areas exceeded expectations.

☐    **Acceptable:**    Performance met some expectations and did not meet others.

☐    **Unacceptable:**    Performance did not meet minimum expectations.

......................................................................................................................

Preparer:    Steve Lampert    Signature: *Steve Lampert*    Title:    Associate Director,    Date:    1/4/99
                                                                      Communications &
                                                                      Association Relations

Reviewer:    Alan J. Milbauer    Signature: _____    Title: *Vice President*    Date: *1-13-99*

**Reviewer Comments:** *Marybeth, Thanks for your contribution this past year.
Your attention and coordination of responses to the
many issues which faced the business is most appreciated.*

......................................................................................................................

Date Discussed: _____    Employee Signature: _____    Date: _____
                                      (Indicates document has been reviewed; does not necessarily indicate concurrence.)

**Employee Comments:**

B356

## Section I:  Goals/Responsibilities

List Goals, Ongoing Responsibilities, and/or Other Areas of Responsibility for the review period.  Rate performance against each by marking the block which most closely describes performance.

| Goals and/or Ongoing Responsibilities | Exceeded Expectations | Met Expectations | Did Not Meet Expectations |
|---|---|---|---|
| • Integrate media relations responsibilities into the Business Communications and Issues Development group; enhance knowledge of current PR and issues management practices and trends by participating in professional development conferences. | ☐ | ☒ | ☐ |
| • Prudently manage financial operations of the Business Communications and Issues Development group in compliance with business and department budget guidelines. | ☐ | ☒ | ☐ |
| • Develop a standardized cross-functional system for identifying, evaluating and ranking issues; establish a senior management steering committee for issues; create a data base of business position statements on numerous issues for use by members of External Affairs; obtain training as targeted on the PR Transatlantic Document Management System. | ☐ | ☒ | ☐ |
| • Attend 1998 United Way Cabinet meetings as well as United Way Marketing and Communications Committee meetings in support of Zeneca's corporate commitment for Keith Willard to serve as state-wide chair in 1999. | ☐ | ☒ | ☐ |
| • Develop a strategic media relations program to capitalize on positive events within the business to position the Pharmaceuticals business among key audiences. | ☐ | ☒ | ☐ |
| • | ☐ | ☐ | ☐ |
| • | ☐ | ☐ | ☐ |
| • | ☐ | ☐ | ☐ |
| • | ☐ | ☐ | ☐ |

P044

B357

## Section II:  Competencies

Rate performance relating to each Core Competency by marking the block which most closely describes performance.  List Job-Specific Competencies in the spaces provided and rate performance relating to each by marking the appropriate block.

| Core Competencies | | Exceeded Expectations | Met Expectations | Did Not Meet Expectations |
|---|---|---|---|---|
| Ability to Learn | Quickly understanding and applying information, concepts and strategies. | ☐ | ☒ | ☐ |
| Self-Development Orientation | Taking continuous action to improve personal capability. | ☒ | ☐ | ☐ |
| Thoroughness | Seeking completeness and accuracy. | ☒ | ☐ | ☐ |
| Concern for Impact | Actively anticipating and responding to the feelings, needs and concerns of others. | ☐ | ☒ | ☐ |
| Results Orientation | Focusing attention on key objectives, wanting effective outcomes. | ☐ | ☒ | ☐ |

| Job-Specific Competencies | | Exceeded Expectations | Met Expectations | Did Not Meet Expectations |
|---|---|---|---|---|
| 1. Competency: Rational Persuasion | Building persuasive arguments based on logic, data and the objective merits of the situation. | ☐ | ☒ | ☐ |
| 2. Competency: Conceptual Thinking | Identifying  key issues, seeing relationships and drawing elements together into broad coherent frameworks. | ☐ | ☒ | ☐ |
| 3. Competency: Positive Self-Image | Believing in oneself. | ☐ | ☒ | ☐ |
| 4. Competency: Critical Information Seeking | Gathering critical information from key sources to assist problem solving. | ☒ | ☐ | ☐ |
| 5. Competency: Initiative | Engaging in proactive behavior; seizing opportunities. | ☐ | ☒ | ☐ |

## Section III:  Individual Development

Specify areas and related plans for individual development.

| Area(s) for Development | Actions(s) |
|---|---|
| Strategic Planning | In 1999, Marybeth will work closely with Jim Schlicht to analyze the Webster strategic planning document and develop an appropriate plan for Issues Management structure in the future. This will include analysis of the need for a policy analyst. |
| Community Relations Analysis | In 1999, Marybeth will undertake an initiative to examine the importance of community relations activities for Zeneca Pharmaceuticals and tie it back to the overview of charitable contributions which is planned by others in the department. |
| Issues Support to Product Marketing | Marybeth will make a concerted effort to provide a valuable service to Product Marketing in 1999 in critical areas of Issues Management, including direct-to-consumer advertising. |

P045

B358

Prioritization

In early 1999, Marybeth will establish key priority issues and work with the Issues Management agency to develop an appropriate communication plan for each of these issues. She will not allow her personal political interests to divert attention to these issues.

People Management Skills/Concern for Impact

In 1999, Marybeth will again take on a new employee and this will require her to further strengthen her leadership skills and mentoring capabilities. Additionally, within the Communications Department, Marybeth will seek out opportunities for greater interaction with staff members.

B359

## Section IV: Summary

Giving **equal** weight to performance against **Goals/Responsibilities** and performance against **Competencies**, describe overall performance by providing examples of outcomes and demonstrated abilities indicative of the overall Performance Rating.

Marybeth Farrell is a hard-working and valuable contributor to the Communications and Association Relations Department. In 1998, she continued to make progress in further establishing the reputation of the Issues Management function within the business. To her credit, she has not been discouraged by the inability of the business to appropriately staff and structure Issues Management to make it an integral function and valuable support service for management.

There were numerous successes in 1998. Most notably, Marybeth successfully managed the issue around the National Toxicology Program's (NTP) proposed listing of tamoxifen as a carcinogen. Marybeth effectively worked with members of management and outside agencies and consultants to develop and implement an appropriate issues management communications program. Marybeth supported her manager in 1998 by managing media training for members of management. She provided support to senior management with issues evaluations and recommendations for management on PhRMA activities. She led an initiative for a transatlantic shared document management system and established Zeneca positions on appropriate animal care and use. Marybeth also took a leadership role in supporting Zeneca's corporate commitment to the United Way in 1999 by serving on 1998 United Way Marketing and Communications Committees. Throughout the year, Marybeth provided backup support on the development of critical reserve press statements and Q and A documents on issues such as plant inspections, potential product side effects and anti-trust litigation. Marybeth works extremely effectively with senior management members of Legal and Regulatory Affairs functions as well as Zeneca Inc.

Marybeth is very oriented toward personal self-development and throughout the year, takes a number of external programs, seminars and courses to enhance her understandings and abilities. Marybeth is extremely thorough, as demonstrated by her work with the NTP team, in managing development of Zeneca's scientific and legal responses to the proposed listing of tamoxifen as a carcinogen. She pays particular attention to detail and requires the same of her direct reports. Marybeth excels at gathering critical information which directly correlates to her desire for thoroughness and attention to detail. She particularly demonstrated flexibility in 1998 and was most willing to lend support, no matter what issue or project was thrown her way. Marybeth has also demonstrated abilities in rational persuasion as demonstrated by her ability to secure consensus and commitments for actions around the National Toxicology Program issue.

In 1999, a number of critical issues around drug pricing, medicare reimbursement, and direct-to-consumer advertising could potentially impact the business. Marybeth will have an opportunity to demonstrate that the issues management function can provide a valuable support service to product marketing as well as senior management. It will be a year of change for Zeneca and in the second half of the year, she may be required to lead initiatives to develop new business communications materials for the new Astra-Zeneca. Additionally in 1999, Marybeth will continue to play a critical role with United Way and potentially, other community-relations activities. We will also look to her to provide valuable imput to Jim Schlicht in the development of a strategic plan for how issues management should be structured in the future within the business. I look forward to Marybeth's continued support in 1999.

B360

*P. 2, # 1*

# Anticoagulation Clinic Advisory Board Meeting

**August 8-9, 2003**
**The Ritz-Carlton**
**Philadelphia, Pennsylvania**

## EVALUATION SUMMARY

*12 of 12 Advisors Responded*

1. **What is your overall rating of this program?**

   - **83% Excellent** rating for the program *(10 of 12 responses)*
   - **8% Above Average** *(1 of 12 responses)*
   - *1 advisor did not reply*

2. **Please rate the following specific aspects of the program:**

   A. **Organization of logistics:**

   - **86% Excellent** overall rating for logistics organization

     ➢ Transportation
       - 83% Excellent
       - 8% Average
       - *1 advisor did not reply*
     ➢ Food
       - 83% Excellent
       - 17% Below Average *(2 of 12 responses)*

     ➢ Hotel
       - 83% Excellent
       - 17% Below Average

   B. **Program staff members:**

   - **80% Excellent** rating for staff member roles and assistance.

     ➢ Friendly and courteous = 100% Excellent
     ➢ Well organized = 100% Excellent
     ➢ Helpful = 92% Excellent *(11 of 12 responses)*
     ➢ Knowledgeable = 100% Excellent

B361

C.    **Handout materials:**

- **25% Excellent** rating for handout materials *(3 of 12 responses)*
- **42% Above Average** rating *(5 of 12 responses)*
- **33% Average** rating *(4 of 12 responses)*

3.    **Did the meeting satisfy your overall expectations?**

- Met expectations
- Exceeded expectations
- 60% of my expectation; redundancy of issues from last year
- Excellent colleague interaction and dialog
- Good update on study results, outcomes, and adverse reactions
- New data presented thoroughly
- High audience participation
- Questions addressed
- Very instructional

4.    **Did the information presented meet your expectations?**

- Met expectations
- Email us new data information
- Good update on new Exanta data
- Well organized presentation
- Consider developing PSA/Pt educational material prior to Exanta release for AZ exposure
- We needed this new information
- Great opportunity to discuss with the "experts"

5.    **What did you find to be the most valuable aspect of this meeting?**

- The updates: status of drug; drug problems; drug benefits; current studies; future studies
- Recommend workshops to develop strategies
- PK/PD data
- Interaction of colleagues and AZ
- Fair balance of materials and discussions
- Planning for impact of Exanta on existing AC clinics in the 5 years
- Presentation of new data
- All aspects

B362

6.    **What meeting locations would you suggest for future meetings?**

- Vancouver, BC Canada
- American Island, FL
- Centralized (short, nonstop flights for all)
- Atlanta has good connections
- Less humid, unless a beach resort
- Chicago – same city, same hotel
- New York City
- Boston
- Dallas
- Washington, DC

### *Unsolicited Additional Comments:*

- "Unlike many other companies, the things that AZ is doing <u>right</u> with respect to advisory board meetings include, the advisory boards never a "brainwash" session and you really are listening and responding to our concerns over time."

- "Consider adding the Academy of Managed Care Pharmacy (AMCP) and American Public Health Association (APHA) meetings for education."

- "With new PhARMA guidelines regarding spouse participation, an alternative should be provided rather than exclusion from meals. For example, other programs I have attended have allowed spouses to attend meals/events for a fee which is deducted from the honoraria as an option."

B363

*P. 2, # 2*

## Advancing into a New Era of Anticoagulant Therapy
### Speaker Review Meeting
### Chicago, IL
### September 19, 2003

### Summary of Program Evaluations

Please rate the program overview/logistics and clinical presentations, in respect to their helping you prepare for your "Advancing Into a New Era of Anticoagulant Therapy" 2003-2004 Symposium Series presentation:

| Subject Discussed | Very Helpful (Prepared me fully for my symposium) | Satisfactory (Addressed most of my questions/needs) | Need More Info (Further details would be helpful) |
|---|---|---|---|
| A. **Program Overview** <br> *Victor Marrow, PhD* | 48% | 48% | 2% |
| B. **Program Logistics & Management** <br> *Russell Fleury* | 47% | 47% | 4% |
| C. **Thromboembolic Disease Management: Current Practices and Problems** <br> *Jack Ansel, MD* | 75% | 25% | 0% |
| D. **Pharmacokinetics and Pharmacodynamics of Ximelagatran** <br> *Debra Frederick, PharmD* | 62% | 27% | 9% |
| E. **Clinical Trials: AF, Secondary Prevention in MI** <br> *Jack Ansel, MD* | 77% | 22% | 0% |
| F. **Clinical Trials: VTE** <br> *Douglas Covey, PharmD, MHA* | 54% | 43% | 2% |
| G. **Clinical Trials: Factor Xa's and DTIs** <br> *Alex Spyropolous, MD, FACP* | 65% | 32% | 2% |
| H. **Evolving Role of Anticoagulation Clinics** <br> *Jack Ansel, MD* <br> *Edith Nutescu, PharmD* | 61% | 36% | 2% |
| I. **Panel Discussion/Q&A Session** <br> *Jack Ansel, MD; Douglas Covey, PharmD, MHA; Edith Nutescu, PharmD, Alex Spyropoulos, MD* | 70% | 29% | 0% |
| J. **Symposium Slide Presentation** <br> *Jack Ansel, MD; Douglas Covey, PharmD, MHA; Edith Nutescu, PharmD, Alex Spyropoulos, MD* | 72% | 23% | 4% |
| K. **Presentation Q&A Session** <br> *Jack Ansel, MD; Douglas Covey, PharmD, MHA; Edith Nutescu, PharmD, Alex Spyropoulos, MD* | 68% | 26% | 4% |

**Most Common Comments/ Suggestions:**

P086

- You need to develop presentations for two groups of audiences & the speakers for both. This very drug-oriented program is more appropriate for pharmacists & PharmD presenters. A disease oriented presentation should be developed for MD audiences
- Q/A very helpful
- Faye asked that speakers slide be added to web- I think Dr. Ansell ought to record a "model talk" to go on the web as a sample (Just voice & slides)
- Well done- a good effort to design a fair presentation
- Provide presenter slides in handout booklet; more review of slide show presentation before today

| Facilitation Workshop | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| A. Instructor's knowledge of the subject | 88% | 7% | 4% | 0% |
| B. Instructor's presentation skills | 85% | 12% | 2% | 0% |
| C. Quality of materials | 65% | 32% | 2% | 0% |
| D. Opportunity to voice your opinion | 70% | 26% | 2% | 0% |
| E. Useful in my preparation as a symposium speaker | 63% | 26% | 4% | 4% |
| F. Overall rating of working session | 75% | 20% | 5% | 0% |

**Most Common Comments/ Suggestions:**
- Wish we had more time allocated to this part of the program
- I've been to many of these workshops most of which were not very helpful- Russell did a great job providing specifics and tools to improve
- Some primary faculty should have attended this workshop and participated
- Extremely helpful session. I couldn't imagine a better conference
- Good overview of speaking concept

| Pre-Meeting Information/Preparation | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| A. Speaker Faculty Registration Process | 65% | 27% | 2% | 4% |
| Travel Services/Speaker Registration Process | | | | |
| B. Convenience of Making Travel Arrangements | 73% | 19% | 7% | 0% |
| C. Attitude/Courtesy/Helpfulness of Agents | 79% | 13% | 6% | 0% |
| D. Convenience of Ground Travel Service | 78% | 16% | 2% | 2% |
| On-Site Registration Support/Hospitality Staff | | | | |
| E. Attitude/Courtesy/Helpfulness of Staff | 85% | 11% | 0% | 0% |
| F. Quality of Program Materials/Activities | 73% | 24% | 0% | 0% |
| G. Quality of Meals and Accomodations | 90% | 9% | 0% | 0% |
| H. Overall Coordination/Management of Meeting | 78% | 19% | 0% | 0% |
| I. Overall Program Rating | 80% | 16% | 0% | 0% |

**Most Common Comments/ Suggestions:**
- Excellent accommodations, very smooth logistics
- Some confusion i.e. slides included vs. slides not included- unsure of what we will eventually get
- Accommodations, meals & location (Chicago) were great, it would have been nice to have had some time to enjoy the city
- I get the feeling that perhaps the planning committee did not get together physically to put this program together. It has the flavor of a random selection of slides from a larger set, done by each of the committee members individually & then finalized by a third party
- Good, professional job



Project House, INC. One University Plaza, Suite 210  Hackensack, NJ 07601  www.projhouse.com  (T) 201·342·2277  (F) 342·4766

## EXANTA™ Advisory Board

### October 24, 2003
### Program Evaluation (N=11)

|    | Program Component | Excellent | Good | Average | Fair | Poor |
|----|-------------------|-----------|------|---------|------|------|
| 1. | Overall program content | 4 | 7 | | | |
| 2. | Content | 4 | 7 | | | |
| 3. | Format | 3 | 6 | 1 | 1 | |
| 4. | Presentation | 4 | 6 | 1 | | |
| 5. | Moderator | 5 | 6 | | | |
| 6  | Discussion Sessions | 4 | 6 | 1 | | |
| 7. | Logistical Arrangements | 5 | 6 | | | |

8. How likely are you to participate in another advisory board meeting of this type?

**Very likely**                                          **Not likely at all**

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| 10 | 1 | | | |

9. How well were your logistical needs met? (transportation, travel info, meals)

**Very well**                                          **Not well at all**

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| 8 | 3 | | | |

10. How likely are you to recommend an advisory board of this type to your colleagues?

**Very likely**                                          **Not likely at all**

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| 9 | 2 | | | |

11. How did this program compare to similar programs in which you have participated?

**Better**                                          **Worse**

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| 1 | 10 | | | |

P088

B366

EXANTA™ Program Evaluations
October 27, 2003
Page 2

**Additional comments and/or Suggestions:**

**Frank Scorpiniti:** The clinical presentation should have been first to allow for better comments from the Board.

**Gregory Drew:** Needed more time to discuss some issues. I would recommend individual follow-up discussions regarding individual organizational capability.

**Sharlea Leatherwood:** It would have been helpful to get the information about the drug first.

**Anita Martinez:** Very informative. Would like to be part of any follow-up meeting and/or e-mails. Appreciate being part of this!

**Kim Roberson:** Would help to have response stats and detailed agenda before meeting. Distribute attendance before meeting too.

**Stephen Giroux:** Appreciate the opportunity for input

**Rebecca Chater:** Smaller room for this size group would be better for acoustical quality

B367

*P. 2, # 4*

# Hematology Advisory Board Meeting

**November 6-8, 2003**
**The Ritz-Carlton**
**San Francisco, California**

## EVALUATION SUMMARY

*9 of 9 Advisors Responded*

1.  **What is your overall rating of this program?**
    - **100% Excellent** rating for the program *(9 of 9 responses)*

2.  **Please rate the following specific aspects of the program:**
    - **A.  Organization of logistics:**
        - **93% Excellent** overall rating for logistics organization
            - ➢ Transportation
                - ❑ 89% Excellent *(8 of 9 responses)*
                - ❑ 11% Above Average - *International traveler*
            - ➢ Food
                - ❑ 100% Excellent *(9 of 9 responses)*
            - ➢ Hotel
                - ❑ 89% Excellent *(8 of 9 responses)*
                - ❑ 11% Above Average - *International traveler*

    - **B.  Program staff members:**
        - **100% Excellent** rating for staff member roles and assistance
            - ➢ Friendly and courteous = 100% Excellent
            - ➢ Well organized = 100% Excellent
            - ➢ Helpful = 100% Excellent
            - ➢ Knowledgeable = 100% Excellent

    - **C.  Handout materials:**
        - **33% Excellent** rating for handout materials *(3 of 9 responses)*
        - **55% Above Average** rating *(5 of 9 responses)*
        - **11% No response**

        Commentaries:
        - "Good for organization... could have used copies of slide presentations"
        - "Paper copies of speakers' presentations would have been useful for notes and synthesis."

B368

3.    **Did the meeting satisfy your overall expectations?**

- Met expectations.
- More than satisfied.
- The discussions were candid, detailed, and provided varied points of view due to the range of participants' experiences.
- More discussion and time devoted to the oncology population would be great.
- Yes – serious exchange of ideas.
- Very interactive group.

4.    **Did the information presented meet your expectations?**

- Met expectations.
- I would have appreciated receiving paper copies of PPT slides used by speaker, 3-up slide printouts.
- This helped me clarify the questions I had about published information on Exanta.
- More safety data are appreciated.
- Very well organized presentation of a wealth of information.

5.    **What did you find to be the most valuable aspect of this meeting?**

- The discussions among the consultants (advisors) and AZ staff.
- Participant interaction was open, honest, and vigorous.
- The interchange between participants and discussion of safety issues.
- Interaction with scientists from AZ and academia – very interesting discussions.
- The frank discussions.
- In-depth details of data.
- Open exchange of available data on Exanta clinical trials.
- Concise summary of state-of-the-art pathophysiology and therapy of venous thrombosis.

6.    **What meeting locations would you suggest for future meetings?**

- San Diego
- Jackson Hole, Wyoming (similar great outdoor, friendly place)
- Coastal New England
- Mid-country… Chicago (unless it's cold)
- Large city – single flight travel only
- Denver
- Fort Lauderdale
- Palm Beach
- Warm climate cities
- San Francisco is excellent



# MEMO

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | December 15, 2003 | 1(3) |

**DEPARTMENT AND LOCATION**
EXANTA PREP

**TO**
Georgina Austin-Jones
Susan Broadway
Jane Hellen

| SUBJECT | REFERENCE |
|---|---|
| M.Farrell Program Management Updates Dec. 15 | Program Updates |

Although it is abundantly clear that AstraZeneca is not conducting this process in a manner that is either ethical or fair, and that you continue to assert slanderous and false statements about me, I am nonetheless providing the below summary for our meeting today regarding achievements since and including December 2 updates.

<u>Evaluation of the Hematology/Oncology Advisory Board</u> by Faculty and Chair:
Overall Rating: 100% Excellent by all attendees
Achieved critical brand objectives with external thought leaders
  - Program on strategy and budget, extremely well organized, well run
Over 90% Excellent rating for overall organization
100% Excellent rating for staff level of knowledge, helpfulness, being well organized, and being friendly and courteous
Comments include it provided attendees the opportunity for "serious exchange of ideas," "very interactive" "open exchange of available data on Exanta clinical trials," others.

<u>Evaluation of the Managed Markets Retail Trade Advisory Board</u> by Faculty and Chair:
Overall Rating: 100% Good or Excellent Rating (4 Excellent, 7 Good)
Achieved critical brand objectives with external thought leaders and decision makers
  - Program on strategy and budget, extremely well organized, well run
Likelihood of attendees participating in similar future meeting: 100% Very Likely
Likelihood of attendees recommending program to colleagues: 100% Very Likely to Likely (9 Very Likely, 2 Likely)

B370

 AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | December 15, 2003 | 2(3) |

How did program compare to other similar ones? 100% As Good as or Better
(10 with 4 rating level rating, One with level 5 rating)

<u>ASH, ASHP</u>
- Conference call with ASHP faculty to review slides on Nov. 20
- Reviewed/adjusted/commented on slides, agenda, meeting plans for Symposia
- KOL, EXANTA team suites planning, clarification
- Sponsorships – ASH Highlights, CD ROM
- Held meetings at congresses with KOLs, program planning
  o ASH Gary Raskob
  o NOCR
  o ASH

<u>COAG CLINICS SPEAKERS BUREAU</u>
November 18 – Held Clinics Speakers Remote/Teleconference and Web Training Program
- Edith Nutescu, Chair

November 18 – Attended/audited kickoff meeting of Coag Clinic Speaker's Bureau Program in Philadelphia 6 pm – 8:30 pm
- Made subsequent recommendations for changes, improvements
  o Discussed improvements, clarifications w/vendor, internal team
- Ongoing program management
- Enrollment above targets
- Planning, budgets on schedule

Hold weekly program update meetings and teleconferences

Management of DELTA programs, budgets, phasing

December 4 – 8: Responsible for ASH San Diego
600 attendees at symposium
Achieved critical brand objectives

December 8-9 to New Orleans to manage ASHP

REFERENCE: Program Updates

B371

*P, 3, # 9*

**User: Marybeth Farrell**

 

HOME    HELP

CANDIDATES    MY CAREER

Search:    [GO]    **New Job Search**    EDIT PROFILE

SYSTEM FOLDERS

Inbox

Saved Jobs

My Applications

My Referrals

**Requisition #404947 - PREP Manager/Sr PREP Mgr - CV Atacand** *eg EXANTA*



◁ Back To Previous Page    ✉ Refer A Friend    💾 Save This Job

**Date Posted:** 05-02-2002

**Functional Area:** Advertising; Marketing and PR

**Hiring Manager Name:** Renee Valles

**Location:** Pennsylvania

**Department:** MMC Central Promotions-Core

**Posting Band:** Band IV/V

**Responsibilities**

Responsible for developing and implementing medical educational programs that support TA strategies/objectives, adhere to legal/regulatory guidelines, and meet the needs of internal and external customers. Responsible for helping to build strategic relationships with national professional societies, medical associations and thought leaders.

Major Responsibilities
.Provides input to overall product promotional plan ensuring alignment with the TA/product strategy
.Facilitates the planning, development and implementation of educational programs that support TA/product promotional plan
.Collaborate with other functional areas to ensure promotional consistency (e.g., Professional Promotions, Consumer Promotions, Electronic Promotions, Managed Care Promotions)
.Interfaces and manage outsource partner relationships to ensure the efficient and effective development of campaigns/project/programs that meet TA/product team strategic initiatives and specific product requirements
.Works with Medical Affairs and the Field to develop relationships with medical thought leaders
.Plans and executes AstraZeneca-sponsored meetings such as the National Consultants Conference, National Fellows Forum, and sponsored activities at national conventions

**Qualifications**

Minimum Requirements
.Bachelor's degree in relevant field (e.g., business or science)
.Three or more years experience in pharmaceutical sales, marketing and/or the healthcare industry
.Prior experience with developing and implementing medical educational programs
.Knowledge of promotional guidelines, ACCME, ACPE and other regulatory guidelines
.Ability to manage projects and budgets
.Negotiation and facilitation skills
.Strong written and verbal communication skills
.Proven teamwork and collaboration skills
.Problem solving skills

**Contact Information**

**Recruiter:** Priscilla Foster

**Phone Number:** (302) 886-3448

**E-Mail:** Pat.Foster@astrazeneca.com

P096



B373

P. 18   #2

**Farrell, Marybeth**

| | |
|---|---|
| **Subject:** | Project list discussion |
| **.ocation:** | your office |
| **Start:** | Thu 5/1/2003 11:00 AM |
| **End:** | Thu 5/1/2003 12:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Required Attendees:** | Pritchard, Susan S; Farrell, Marybeth |

Meeting with Susan Broadway
to review the transition list & status of my progress on
projects she had assigned me to
Creat Before Medical leave
. She started this
Meeting saying "Jane
Hellen has informed
you of performance issues"

1

P104

B374

*p.18 # 9*

**Farrell, Marybeth**

| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Monday, May 05, 2003 6:19 PM |
| To: | Pritchard, Susan S |
| Subject: | RE: follow up from our meeting |

Susan:

Thank you. As your note indicates I will complete these prior to my departure May 8.

Marybeth

-----Original Message-----
| | |
|---|---|
| From: | Pritchard, Susan S |
| Sent: | Monday, May 05, 2003 6:14 PM |
| To: | Farrell, Marybeth |
| Subject: | follow up from our meeting |

Marybeth
As you requested here is an email of the list of areas for improvement we discussed on Thursday May 1st and that I gave you today in hard copy. Again, these are some short term things you should work on before you leave on May 8th and we'll discuss further upon your return on June 20th.  Thanks
Susan

Susan Pritchard
AstraZeneca - Hemostasis
Brand Communications Leader
tel  302.885.4430
fax 302.886.7586
susan.pritchard@astrazeneca.com

Actions:  short term for now.  Long term when you return.

Be up to date on ad board timelines prior to leaving
Have all templated actions completed to date
Have an understanding and documented reason for each KOL being invited to meetings
Clear objective for each Ad board
Take ownership / champion completion of action items (not just sending emails)
Develop a plan for better team inclusion start to finish while still driving project from PREP
Transition plan in your absence for ongoing projects and budget items for May
HLOP plan by 8am on May 2nd

You need to demonstrate a comprehensive knowledge of brand strategy, direction, customer needs in all your internal and external conversations.
Develop working relationships with team members including agency partners for upcoming ad boards (inclusive meetings, conversations, action items, strategic alignment)
Creative and professional approach to meetings.

1

B375

As noted above, these actions for improvement are from Susan Pritchard May 5:

Actions: short term for now. Long term when you return.


Be up to date on ad board timelines prior to leaving
Have all templated actions completed to date
Have an understanding and documented reason for each KOL being invited to meetings
Clear objective for each Ad board
Take ownership / champion completion of action items (not just sending emails)
Develop a plan for better team inclusion start to finish while still driving project from PREP
Transition plan in your absence for ongoing projects and budget items for May
HLOP plan by 8am on May 2nd
------------------------------------------------------------------------

KOL correspondence/per above

Back to this message from a while ago. I looked at the lists again and do not have any additions. Will you send it out to some of the team and get their feed back in terms of "Yes", "No" or "Possibly"? I assume you will send out Cardiology first since that is the priority. As for who had previously attended, we can add that to the process after getting opinions of Brian K., Jay, etc.

**Louise Colburn**
Senior Professional Relations & Education Manager
\straZeneca LP
phone- 302-885-4364
fax- 302-886-7586
e-mail- louise.colburn@astrazeneca.com

-----Original Message-----
**From:** Farrell, Marybeth
**Sent:** Monday, January 27, 2003 4:49 PM
**To:** Colburn, Louise
**Subject:** FW: Specialty Lists for Circulation to AstraZeneca Team Members


Louise:

Please let me know any next steps/how you want to handle. Should we just email you any additions if we have them?

Many thanks.

Marybeth -----Original Message-----
From: Christine Lutze [mailto:Christine.Lutze@mededgroup.com]
Sent: Friday, January 24, 2003 6:03 PM
To: Farrell, Marybeth
Cc: Martin, Brian; Colburn, Louise; MaryPat Howard
Subject: Specialty Lists for Circulation to AstraZeneca Team Members


Marybeth -

As the next step in the advisory board development process, I am forwarding specialty lists to you that

2

B376

are subsets of the current, Exanta KOL database list. These lists represent the specialties currently designated for advisory boards within the 2003 calendar year. They are as follows:

Cardiology (3 meetings)

Hematology (1 meeting)

Internal Medicine (1 meeting)

Neurology (1 meeting)

Pharmacy (1 meeting)

These lists all include both an elite and national tab, each of which includes the individuals currently designated with those segmentations within the master list. We added an additional tab to three of the lists with a few, added recommendations, based on work Discovery International has done with these physicians in the past, or recent associations with AstraZeneca. They include the following:

Cardiology:

Bernard Gersch, MD - (recruited to co-chair your Afib advisory board meeting)

Jeffrey Kluger, MD - (participated in the Afib advisory board meeting)

Peter Libby, MD

Peter McCullough, MD - (participated in the Afib advisory board meeting)

Claudio Schuger, MD - (participated in the Afib advisory board meeting)

Win Shen, MD - (participated in the Afib advisory board meeting)

Annabelle Volgman, MD - (participated in the Afib advisory board meeting)

Internal Medicine:

Jeffrey Anderson, MD - (participated in the Afib advisory board meeting)

William Golden, MD

Neurology:

Anthony Furlan, MD - (participated in the Afib advisory board meeting)

Patrick Lyden, MD - (invited to the Afib advisory board meeting, but unavailable to attend)

(Please note that the Atrial Fibrillation Advisory Board meeting was the only advisory board meeting held after the time that the KOL list routing was underway. As there was a mix of levels of individuals involved in this specific meeting, they participants in this meeting were not automatically added to the master list. This full list certainly will be placed through the review process for additions when the database is activated. In the interim, we wanted to include the names of a few attendees who potentially will be added, segmented at the national level.)

The attached lists are the foundation lists from which the invitee lists will be developed. We understand that you will be circulating these lists to designated Exanta marketing and medical team members internally at AstraZeneca for the purpose of garnering their recommendations regarding additions or deletions. We would like to have any **changes by Friday, January 31**, to allow for release of invitation

3

P108

B377

letters the week of February 3. As the first of these meetings is targeted for mid-April, it is critical that we generate the invitations and availability calendars as soon as possible to garner the best, possible group of advisors. As discussed in our meeting last week, we will create calendars for a 3-week period around the target dates currently listed on your master list. These calendars will be forwarded to the physicians with a letter of invitation, with a request to return the completed calendars reflecting their availability over the 3-week period. Based on the collective response for each meeting, the final meeting dates will be selected.

In the case of the cardiology programs (as there are three, different meetings), we need to determine if you want to build the advisory groups based on availability, or if you would like to convene advisory boards specific to general cardiology, interventional cardiology, and electrophysiology. This will make a difference in regards to the focus of the meeting agendas, and should be based on the objectives for the Exanta team in regards to desired feedback and guidance from the expert cardiologists.

As the lists for the ACS advisory board meeting and the ACT meeting are already in place, there are no attachments to be routed for those programs.

As I am traveling to AstraZeneca on Monday, please contact Mary Pat Howard with any immediate questions. We thank you in advance for initiating the internal routing. We look forward to gathering the final invitee lists at the end of next week, and initiating correspondence with your potential advisors.

Kind regards,

Christine

Christine Lutze
VP, Account Service Development Director
Discovery International
520 Lake Cook Rd., Ste. 250
Deerfield, IL 60015
Telephone: 847-374-4645
Facsimile: 847-374-4650
christine.lutze@mededgroup.com <mailto:christine.lutze@mededgroup.com>

4

B378

**Farrell, Marybeth**

| | |
|---|---|
| _ rom: | Broadway, Susan P |
| Sent: | Tuesday, November 04, 2003 4:17 PM |
| To: | Farrell, Marybeth |
| Subject: | RE: Schedule |

Marybeth
Just to reiterate, I'm glad we talked today and that you feel better about the team meeting and the open environment in which all our team members questioned each other's priorities for tactics to gain consensus and consistency for our 2004 plans. If we align our 2004 plans in the DeLTA system to the priorities established today we should be better able to articulate our plans to the team and stay in budget.

Also, as I mentioned on the phone, unfortunately, Monday can not be a comp day due to current circumstances. I can be flexible with you for your needs to change your core hours today to accommodate an after work appointment (leaving at 4:30 vs 4;45). But again want to be clear that during this process, we agreed to set work hours when in the office of 7:30am-4:45pm. I do need you to maintain those hours going forward. Appointments should be arranged on personal time and on the flexible Friday schedule. Emergencies of course can be handled as we discussed in previous meetings (with a phone call to me and your AC and a doctor note as follow-up).

Thanks!
Susan

-----Original Message-----
| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Tuesday, November 04, 2003 1:04 PM |
| To: | Broadway, Susan P |
| Subject: | RE: Schedule |
| Importance: | High |

Susan:

As I stated in my previous email, I am taking October 1 as a personal day and therefore you do not need the notes from my medical appointments.

I find it unreasonable that you are unwilling to provide a single comp day occasionally for my weekends and evening hours required at brand programs. If you check with other brands and TAs, you will find this is standard AstraZeneca practice. It is also unreasonable to expect me to work nearly 200 extra hours and not be permitted time during work hours for necessary medical appointments.

As I noted to you in my voicemail today, I am leaving today at 4:30.

I would ask you to re-think Monday November 10 as a comp day to me, as I believe you are being unreasonable and unfair. You also have created a hostile work environment here for me on the team, manifested today in the PREP/Promo market development workstream meeting. Despite my repeated statements that the pharmacy workstream tactics are covered under both managed markets and coag clinic customer segments, as well as the discussions I have had with Denise Quigley about reaching pharmacy segments through her hospital grand rounds and CE speakers bureau programs, you denied that I had these tactics integrated into the 2004 plans.

Marybeth

-----Original Message-----
| | |
|---|---|
| From: | Broadway, Susan P |
| Sent: | Tuesday, November 04, 2003 12:39 PM |
| To: | Farrell, Marybeth |
| Subject: | RE: Schedule |

Marybeth
Thank you for keeping the Self Service tracker up to date. Your AC should be kept aware of your calendar so having her maintain a record of your days off for vacation and personal holidays is a good back-up to the system.

1

P114

B379

Also, as we discussed with Georgina on Oct. 27th, I am also still awaiting receipt of the letter from the dentist stating date and time of your emergency visit for the abyss. And regarding the comp time, again, we discussed last week, there is not an AZ policy granting comp time for travel as that is a job requirement. While on the PIP, I expect your work hours to remain 7:30am-4:45pm per our agreement unless vacation time has been approved.

Susan

-----Original Message-----
**From:**            Farrell, Marybeth
**Sent:**            Tuesday, November 04, 2003 8:32 AM
**To:** Broadway, Susan P
**Subject:**          Schedule

*P. 29 #6*

Susan:

In followup to my voice message of this morning, I would like to have Monday, November 10, as a comp day for my working Thursday night, November 6, Friday night, November 7, and Saturday, November 8. As we have discussed, I have already worked 186 hours this year of my own personal time for AstraZeneca without any comp days or compensation. I will add the time noted above to this pool.

Additionally, I am noting October 1 as a Personal Day I also have twice entered my days off into the HR Vacation Tracker, only to have them not appear in the system at later reviews. Because of this recurring, apparent system error, I am sending my days off to Clarice Sapp today and asking her to re-enter all the dates I have been out of the office for vacation or personal days. She will maintain these records. I will not be asking her to enter the 186 hours I also have logged for AstraZeneca program work on my own personal time and without compensation, but you might want to think about adding this for accuracy in assessing one's actual time working.

Let me know about Monday please as soon as possible. Thank you.

Marybeth

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE  19850-5437
Phone: 302/885-1854
email:  marybeth.farrell2@astrazeneca.com

2

B380

*P.1, #4*



**AstraZeneca Pharmaceuticals LP**

DATE *April 28, 2003*

**RETURN TO WORK STATEMENT**

NAME *MARybeth Farrell*

DATE OF FIRST DAY OFF *May 9, 2003*

    ☒    Return to Work _____

    ☐    Unable to Return to Work _____

    ☐    RESTRICTIONS _____

_____

_____

_____

_____

    ☐    FOLLOW-UP APPOINTMENT _____

    ☐    DIAGNOSIS _____

_____

_____
SIGNATURE (PHYSICIAN)

Please return by fax to:

Amy Milhorn      Fax- 302-886-5041
1800 Concord Pike
Wilmington, DE 19850

B381



# Fax

| **To** | Deborah Kauffman | **Fax number** | |
| | Georgina Austin-Jones | | |
| **Company** | | | |
| **From** | Marybeth Farrell | **Fax number** | |
| **Date** | 22 September, 2003; 16:26 | **Total pages** 1(1) | |
| **Subject** | Summary of September 17, 2003 Meeting | | |
| | *EXANTA HR Meeting Summary Sept. 17.doc* | | |

**CONFIDENTIAL**

The following is a summary of the three areas I raised for discussion and followup in our September 17 meeting in Deborah's office:

1.  My concern regarding retaliation against me which threatened my employment with AstraZeneca after I advised my manager on April 22, 2003 that I would need to take 6 weeks leave for non-elective surgery under the AstraZeneca Short-Term Disability Policy. This leave was approved by AstraZeneca Corporate Health Services (see Winnie O'Neill's May 5, 2003, memorandum confirming this), and counted against the 12 week leave entitlement under the AstraZeneca Family and Medical Leave Policy, the Family and Medical Leave Act, and applicable state law to the extent consistent with state law.

2.  My concern regarding retaliation against me because of a complaint which I made in 1996 to my immediate superior at that time regarding sexual harassment by an AstraZeneca supervisor of my work.

3.  The sudden emergence and often unreasonable nature of the present AstraZeneca Action Plan for me, and employment termination conversations discussed with me subsequent to my announcement that I would be talking 6 weeks approved medical leave. One month prior to this I had received a solid Performance review and no adverse issues regarding my performance had been raised. Approximately a week and a half prior to April 22 (on the morning of April 11, 2003), I had met with Susan Pritchard, my new manager, as part of her assumption of her new role as Brand Communications Leader. At that time, she solicited my ideas about programs for 2003, praised my work and said she was looking forward to working with me in her new role. No concerns or negative issues regarding my performance were mentioned at all (see my meeting summary memo of April 11 to her in this regard). Therefore I was extremely surprised to receive her August 18, 2003, Action Plan which contained false and unfair accusations about my performance.

I look forward to discussing this with you tomorrow in more detail. I am preparing a chronology timeline that I believe will be helpful for us to review tomorrow as well. Thank you.

**AstraZeneca**          **Tel**   +1 302 886 3000
1800 Concord Pike
Wilmington, DE  19850

B382

 AstraZeneca

 **MEMO**

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | August 21, 2003 | 1(2) |

DEPARTMENT AND LOCATION
EXANTA C4C-511

TO
Susan Pritchard

Cc: Deborah Kauffman
    Rachel Bevis

| SUBJECT | REFERENCE |
|---|---|
| Action Pan | |

I am in receipt of your Action Plan Memorandum of August 18, 2003, as updated per our discussion on August 18. As per our conversations on August 18, 19 and 20, I have now had time to carefully review the memorandum. I would like to both restate my confusion about this action and to respond to the action items outlined in your memorandum.

On March 10, 2003, I received the rating of Performance met overall expectations/Good, for my 2002 Performance year. When the 2002 Performance Review was delivered to me in March 2003, there was no mention of concerns regarding my performance. *date incorrect*

One month later, on April 11, Jane Hellen and you met with me and communicated that there were concerns with my performance. However, the content concerned projects from 2002, for which I had already received excellent and good ratings and to which I have already responded.

On May 9, 2003, I went on medical leave and did not return to my full time responsibilities until June 20. It is now August 2002 and I am on an action plan to improve my performance. Since my 2002 Performance Review, am I to conclude that, having been in the office a total of 15 weeks, my performance has deteriorated to the point of an Action Plan that provides only 6 weeks time to improve?

In July, I learned that the Band 5 promotion which had been discussed and agreed to for me by Jane Hellen and Debbie Brangman, had now been denied. I had inquired about what was required to move from a Band 4 to a Band 5, and why this rescision of the promised promotion had occurred. Unfortunately,

B383

AstraZeneca 

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | August 21, 2003 | 2(2) |

nothing was articulated in verbal or written form to me. I was told only that I would not be promoted to Band 5 because of performance issues.

Recently, you provided the PREP/Promotions team with the recently updated AstraZeneca Banding Criteria for PREP/Promotions Managers. Based on these qualifications, a large portion of my Action Plan reflects the requirements of a Band 5 position, not the Band 4 position which I hold. These requirements include:

1. Brand strategy. Ability to develop and implement promotional strategies (development of 2004 PREP strategic and tactical plans). I am perplexed that you require that I develop my strategic/tactical plans without agency support. In essence, you are taking away a resource which would enable me to succeed in my responsibilities.
2. Sophisticated project and budget management skills. I am perplexed here also that you have requested in my Action Plan that I not use my AC to support my budget management tasks. This is standard practice at AstraZeneca. Again, you are taking away resources that would enable me to succeed.
3. Ability to be consultive, act as content expert (clinical data). You cite deficiencies in the Action Plan in my ability to develop scientific slide content, as well as to discuss our clinical data and competitive data with clinicians, in an educated manner, as well as to provide value in scientific content review of materials.
4. Ability to develop relationships with associations and thought leaders. The Action Plan requires that I demonstrate knowledge of appropriate KOLs for activities without assistance from PDS and brand managers.

On August 19, you mentioned that you were sensing hostility from me since our discussion on August 18. I would reiterate my confusion about this, as I would not describe my reaction to this plan as hostile.

I take full responsibility for my performance and am willing to address the issues you have raised. However, the plan largely reflects Band 5 responsibilities. I am requesting that the Action Plan be reconsidered to reflect my Band 4 position.

P169

B384

*p.18  #3*

**Farrell, Marybeth**

From:      Farrell, Marybeth
Sent:      Thursday, May 01, 2003 11:40 AM
To:        Hellen, Jane
Subject:   Performance Discussion with Susan Pritchard

Jane:

I met with Susan Pritchard this morning and she raised several points regarding my performance that I found a bit surprising.  In many instances, the issues she raised were areas where Brian Martin had assumed management responsibilities from me for both the team liaising and day-to-day tactical actions.  You and I discussed some of these briefly, but I would like to ensure that there is a clear understanding of the work responsibilities during Brian's tenure and what I was doing prior to his arrival, and am very happy to be conducting again in the new structure.

Susan will email me a listing of these issues, for each of which we will develop both a short-term and a long-term improvement plan.  I am confident these issues can be addressed and all actions requiring additional attention and improvements will certainly be made.

Marybeth

1

B385

*P.18 #3/4*

**Farrell, Marybeth**

| | |
|---|---|
| **From:** | Kauffman, Deborah |
| **Sent:** | Friday, May 02, 2003 7:36 AM |
| **To:** | Farrell, Marybeth |
| **Subject:** | RE: Follow Up to Today's Telephone Conversation |

I am glad to hear you had what seems to be a productive conversation with Susan. I will follow up as promised.

-----Original Message-----
| | |
|---|---|
| **From:** | Farrell, Marybeth |
| **Sent:** | Thursday, May 01, 2003 7:40 PM |
| **To:** | Kauffman, Deborah |
| **Subject:** | Follow Up to Today's Telephone Conversation |

Debbie:

Thank you for your telephone call of today. I wanted to follow up and let you know that I did speak with Susan Pritchard today after I spoke with you. She clarified that her comments were based largely on emails from Brian Martin, our former BPL and my former immediate supervisor who recently left the team. However, while here, Brian had assumed many of my day to day responsibilities for advisory boards, and there unquestionably were problems with him not following through on things. I fortunately do have emails in this regard that support my view of the sequence of events and authority/action for many of the issues that were presented to me today.

I do believe in talking with Susan later today that she is concerned that components advisory board tasks or sessions will not be accomplished. For example, one advisory board had to be cancelled because the database of physicians was not complete (a project managed by another team member). Without doctors to invite, I could not hold a meeting. Although I had recommended to Brian Martin at that time that I create the invitation list for my meeting on my own "asap", he told me I was not permitted to do this because it would duplicate work, and that I must await the team database to issue invitations to the advisory board (Scheduled April 25-27, 2003, but had to be cancelled).

As I told Susan today, I am completely confident that any concerns she has will dissipate. She agreed this is what she is hoping for. However, she is planning to write up short-term actions for improvements and long-term actions for improvements for me. These actions for improvement I was advised are different from a formal HR performance improvement plan.

Again, thank you very much for your assistance.

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE 19850-5437
Phone: 302/885-1854
email: marybeth.farrell2@astrazeneca.com

1

B386