*P. 19 # 7*

## Farrell, Marybeth

**From:** Farrell, Marybeth
**Sent:** Tuesday, May 06, 2003 9:33 AM
**To:** Pritchard, Susan S
**Cc:** Hellen, Jane
**Subject:** FYI: Action Items

Susan:

Below I am forwarding a memo I sent to Jane Hellen earlier today regarding the short term action items and remarks you and Jane made to me last week.

None of the comments in my 2002 review indicate in any way that there were performance issues relative to my management of advisory boards or my strategic thinking or knowledge of content. There also is no indication to justify your repeated statements to me since last Thursday that I am not "paying attention," a comment you have extracted out of context from an earlier job performance review, and are now repeating to me as if I am incapable of comprehending and retaining information. I find this disrespectful and inappropriate.

I want to discuss these issues further. I will be scheduling weekly status report meetings of you, me and Jane Hellen to commence when I return in June to avoid discrepancies in understanding of programs' progress and individuals responsible.

Marybeth

-----Original Message-----
**From:** Farrell, Marybeth
**Sent:** Tuesday, May 06, 2003 8:01 AM
**To:** Hellen, Jane
**Subject:** Action Items

Jane:

Per my response to Susan Pritchard yesterday, I will be happy to complete the below short-term actions for improvement prior to my medical leave May 8. I also wanted to recap additional items which you and Susan discussed with me last week and to provide some clarification on those also.

-     Cancellation of April 25-27, 2003, Cardiology Advisory Board at Mandarin Orange Hotel, Miami, FL because of lack of a Faculty list. As we discussed, the team's list of thought leaders/KOLs, which was managed by a PREP colleague, was delayed. I did recommend to Brian Martin, my manager at the time, in January, that I compile a list of thought leaders so that we could issue invitations to ensure we would hold this advisory board. He instructed me not to do this, as it would be duplicative of the list development project. I also discussed my deadline needs several times with the individual in charge of the project and offered the assistance, which she said was not needed. On February 13, she sent me an email requesting that I send the list out to members of the team and ask for their feedback. By that date, the cardiology list could not be finalized in time to issue invitations to the April 25-27 meeting. (KOL correspondence attached.)

-     Delay in development of the 2003 Advisory Board Schedule. To create a framework of dates for the 2003 Advisory Boards, we agreed I should propose dates on which there were no holidays or congresses for the EXANTA team. These dates were crossed with the schedules of numerous team members to find matches. Once identified, the match dates were locked in and venue searches begun. The initial schedule was developed based on the team's desire to schedule meetings in a geographically accessible location (originally the Peninsula Hotel, Chicago). This schedule was proposed in November and revised in December and January per both Brian Martin's instruction to change locations and budgeting projection changes. In my review March 10, 2003, I was rated "exceeded" in developing the ad baord "timelines-to-task" scheduling calendar for team management review and for collaborating with other functional areas.

-     Internal review processes. You expressed concern regarding my management of internal review processes. Because of the numerous team members who must review such core items as advisory board slides, the process for obtaining those reviews and edits can be extended. One approach I have initiated is to meet in one-on-one or in smaller working group, preliminary review sessions to resolve key issues. This has helped streamline the process and reduce the number and length of review meetings. In my 2002 review on March 10, 2003, I was rated "exceeded" in developing strategies for streamlining processes and enhancing communications.

1

B387

- <u>Development of the EXANTA Advisory Boards Procedures Guide.</u> Susan Pritchard advised me on Thursday, May 1, that this guide was developed because you did not believe I was managing the ad boards well. However, in our discussions and in many notes to me regarding meetings, you consistently praised my work and my pre-planning and organizational abilities. Medical directors also have thanked me for "doting attention to details" and in ensuring the meetings succeed. As per Brian Martin's December 3 memo requesting the Guide, the Guide was being developed so that anyone could enter the position and be able to run an advisory board. At that time, we were discussing your interest in creating a leader position for me. In my review of March 10, 2003, I was rated "exceeded" in developing and executing advisory boards' strategy for 2002; managing all medical education and logistics vendors; planning and executing EXANTA team slide presentations at Advisory Boards working collaboratively with EXANTA Group Director, Brand Director, Medical Directors, PDSs, BPL, Strategists and Market Research Manager.

- <u>Need for greater strategic and scientific knowledge.</u> You discussed with me the need for greater strategic and scientific knowledge. In my review of March 10, 2003, I was rated "exceeded" in providing strategic recommendations on Thought Leaders to recruit and train for elite/national advisory boards and in providing guidance to comercial team on content and procedures. Additionally, I provide input to strategic positioning in the ad board slides.

As I expressed on Friday, I find the discussions of last week to be very confusing. I have a strong commitment to resolving these issues and will look forward to working to resolve these matters as soon as possible.

Regards,

Marybeth

As noted above, these actions for improvement are from Susan Pritchard May 5:

Actions: short term for now. Long term when you return.

Be up to date on ad board timelines prior to leaving
Have all templated actions completed to date
Have an understanding and documented reason for each KOL being invited to meetings
Clear objective for each Ad board
Take ownership / champion completion of action items (not just sending emails)
Develop a plan for better team inclusion start to finish while still driving project from PREP
Transition plan in your absence for ongoing projects and budget items for May
HLOP plan by 8am on May 2nd
-------------------------------------------------------------------
( DATE for LC : Feb 13, 2003 )
KOL correspondence/per above

Back to this message from a while ago. I looked at the lists again and do not have any additions. Will you send it out to some of the team and get their feed back in terms of "Yes", "No" or "Possibly"? I assume you will send out Cardiology first since that is the priority. As for who had previously attended, we can add that to the process after getting opinions of Brian K., Jay, etc.

Louise Colburn
Senior Professional Relations & Education Manager
AstraZeneca LP
phone- 302-885-4364
fax- 302-886-7586
e-mail- louise.colburn@astrazeneca.com

-----Original Message-----
From: Farrell, Marybeth
Sent: Monday, January 27, 2003 4:49 PM
To: Colburn, Louise

2

B388

**Subject:** FW: Specialty Lists for Circulation to AstraZeneca Team Members

Louise:

Please let me know any next steps/how you want to handle. Should we just email you any additions if we have them?

Many thanks.

Marybeth -----Original Message-----
**From:** Christine Lutze [mailto:Christine.Lutze@mededgroup.com]
**Sent:** Friday, January 24, 2003 6:03 PM
**To:** Farrell, Marybeth
**Cc:** Martin, Brian; Colburn, Louise; MaryPat Howard
**Subject:** Specialty Lists for Circulation to AstraZeneca Team Members

Marybeth -

As the next step in the advisory board development process, I am forwarding specialty lists to you that are subsets of the current, Exanta KOL database list. These lists represent the specialties currently designated for advisory boards within the 2003 calendar year. They are as follows:

Cardiology (3 meetings)

Hematology (1 meeting)

Internal Medicine (1 meeting)

Neurology (1 meeting)

Pharmacy (1 meeting)

These lists all include both an elite and national tab, each of which includes the individuals currently designated with those segmentations within the master list. We added an additional tab to three of the lists with a few, added recommendations, based on work Discovery International has done with these physicians in the past, or recent associations with AstraZeneca. They include the following:

Cardiology:

Bernard Gersch, MD - (recruited to co-chair your Afib advisory board meeting)

Jeffrey Kluger, MD - (participated in the Afib advisory board meeting)

Peter Libby, MD

Peter McCullough, MD - (participated in the Afib advisory board meeting)

Claudio Schuger, MD - (participated in the Afib advisory board meeting)

Win Shen, MD - (participated in the Afib advisory board meeting)

Annabelle Volgman, MD - (participated in the Afib advisory board meeting)

Internal Medicine:

Jeffrey Anderson, MD - (participated in the Afib advisory board meeting)

3

B389

William Golden, MD

Neurology:

Anthony Furlan, MD - (participated in the Afib advisory board meeting)

Patrick Lyden, MD - (invited to the Afib advisory board meeting, but unavailable to attend)

(Please note that the Atrial Fibrillation Advisory Board meeting was the only advisory board meeting held after the time that the KOL list routing was underway. As there was a mix of levels of individuals involved in this specific meeting, they participants in this meeting were not automatically added to the master list. This full list certainly will be placed through the review process for additions when the database is activated. In the interim, we wanted to include the names of a few attendees who potentially will be added, segmented at the national level.)

The attached lists are the foundation lists from which the invitee lists will be developed. We understand that you will be circulating these lists to designated Exanta marketing and medical team members internally at AstraZeneca for the purpose of garnering their recommendations regarding additions or deletions. We would like to have any **changes by Friday, January 31,** to allow for release of invitation letters the week of February 3. As the first of these meetings is targeted for mid-April, it is critical that we generate the invitations and availability calendars as soon as possible to garner the best, possible group of advisors. As discussed in our meeting last week, we will create calendars for a 3-week period around the target dates currently listed on your master list. These calendars will be forwarded to the physicians with a letter of invitation, with a request to return the completed calendars reflecting their availability over the 3-week period. Based on the collective response for each meeting, the final meeting dates will be selected.

In the case of the cardiology programs (as there are three, different meetings), we need to determine if you want to build the advisory groups based on availability, or if you would like to convene advisory boards specific to general cardiology, interventional cardiology, and electrophysiology. This will make a difference in regards to the focus of the meeting agendas, and should be based on the objectives for the Exanta team in regards to desired feedback and guidance from the expert cardiologists.

As the lists for the ACS advisory board meeting and the ACT meeting are already in place, there are no attachments to be routed for those programs.

As I am traveling to AstraZeneca on Monday, please contact Mary Pat Howard with any immediate questions. We thank you in advance for initiating the internal routing. We look forward to gathering the final invitee lists at the end of next week, and initiating correspondence with your potential advisors.

Kind regards,

Christine

Christine Lutze
VP, Account Service Development Director
Discovery International
520 Lake Cook Rd., Ste. 250
Deerfield, IL 60015
Telephone: 847-374-4645
Facsimile: 847-374-4650
christine.lutze@mededgroup.com <mailto:christine.lutze@mededgroup.com>

4

B390

 AstraZeneca

# MEMO

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | September 16, 2003 | 1(2) |

**DEPARTMENT AND LOCATION**
EXANTA

**TO**
Susan Pritchard
Cc: Deb Kauffman
      Jane Hellen
      Rachel Bevis

| SUBJECT | REFERENCE |
|---|---|
| Action Plan | Update Meeting |

Susan:

To summarize our performance update meeting on Friday, September 12, you presented me with a memorandum emphasizing that my areas for improvement center around key issues for a Band IV PREP manager, such as:

Vendor Management
Team Leadership
Customer Management

I was praised in my review of March 2003 for performance in each of these areas. Less than one month later, I went from being an employee in good standing to an Action Plan. Such a sudden, and dramatic, decline in performance is confounding at best. Further, in my memorandum Update of September 12, 2003, the areas which you address in your September 11, 2003, memorandum are addressed in full with recent successful programs and project management. Yet you told me on Friday, September 12, that I had not fulfilled requirements, with the exception of brand strategy. This statement does not reflect work I have been accomplishing.

In April, the following issues were noted as indicating performance issues -- April 25-27, 2003 Advisory Board cancellation due to faculty list development; delay in the development of the 2003 EXANTA Advisory Board schedule; internal review process for Advisory Board; development of the EXANTA Advisory Boards Procedures Guide; and need for greater strategic and scientific knowledge. Many of the areas identified, particularly strategic knowledge and learning of the EXANTA science, had been praised in my 2002 review, provided to me in March 2003. The others I have addressed in my May 6 memorandum.

Prior to your September 11 memorandum, you emphasized that I was deficient as a Band IV PREP Manager because I was not serving as an "expert" on the EXANTA clinical data and science. This is not a Band IV PREP Manager's job; AstraZeneca employs physicians and scientists for this purpose. You also emphasized that other key areas for improvement were brand strategy, high-level budget management skills, and mastery of the key KOLs in the

B391

AstraZeneca 

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | September 16, 2003 | 2(2) |

various hemostasis specialty areas.  The requirements you noted are for some not requirements for a Band IV PREP manager. For others, you specifically articulated that I was not to use agency and AC support to accomplish some of these targets.  I find this confusing, as it denies me resources that would enable me to succeed and which are routinely utilized as standard resources by AstraZeneca.

I need for you to help me to understand what success looks like so that I can achieve it, e.g., achievable, consistent targets.

There is an error in the timeline of events.  On April 11, you and Jane Hellen did not meet with me to communicate any concerns. On April 11, you and I met one-on-one in your office to talk about my ideas for my customer segments. You did not communicate any concerns to me about my performance; you thanked me for my ideas and we agreed we looked forward to working together in your new role.  You and Jane Hellen did not communicate any concerns to me until the end of April.

You stated at the beginning of our September 12 update meeting that you perceived me as being "condescending." I objected to that characterization, as I did to a similar ascription by you about my demeanor in a previous meeting, in which you said that you sensed hostility.  I am unable to determine why you made these remarks. I am requesting the presence of Human Resources in all future update meetings to ensure there is no further misinterpretation.  I have been and remain fully committed to the items in the Action Plan which are my job responsibilities.

*EXANTA Performance Plan Sept. 12 Mtg summary.doc*

REFERENCE: Update Meeting

P187

B392

P. 26. #4

## MEMORANDUM

TO:        Georgina Austin-Jones
           Susan Broadway
           Rachel Bevis

FROM:      Marybeth Farrell

DATE:      September 30, 2003

RE:        Band V requirements of August 18, 2003 Action Plan and Present
           Banding per Successfully Completed Action Plan

For the requirements of the August 18, 2003, Action Plan relative to my position and
responsibilities, the below is for further discussion and correction by AstraZeneca. Relative to my
job requirements, I have met each of the areas outlined in the Action Plan. Will review this further
in our meetings today.

**Management and Leadership.** There is no requirement for Band IV in this category, yet the
Action Plan of August 18, 2003, calls for
"Ability to organize and drive meetings, agendas, and slide content..." This is an activity which I
routinely conduct at the Band IV level.
-      The Band V requirement states: "Prior management experience, e.g., DSM. Prior deep
relevant market place understanding via market research, public affairs, or sales training
experience.
--.    Band V Senior Promotions manager's requirement is for "Deep marketing communications
experience (at least 2 years in the discipline of PREP or Promotions)."
My background professional experience as a manager and my current successful program
leadership fully satisfy the Band IV PREP Manager requirements under this criteria. The
management and leadership I provide for meetings is more relevant to the Band V Senior
Promotions manager position.

**Brand Strategy.** The Band IV requirement calls for "Ability to *implement* promotional
strategies." The Action Plan calls for the ability to develop and implement promotional strategies;
it also prohibits me from using agency support. This denies me a standard resource which would
enable me to succeed.
-      The Band V requirement is for a "Demonstrated strategic approach to problem identification
and problem solving."
- .    The Band V Senior Promotions manager requirement is for "Ability to develop and implement
promotional strategies."
As demonstrated by my development of strategically sound, highly customized and specific 2004
Customer Segment strategic plans, as well as the agendas and strategy concept and content
development I provide for various symposia, speakers bureau programs and advisory boards, I
more than fully meet the Band V requirement in this category, and certainly fulfill this (as you
noted in September) for the Band IV.

**KOL Relations.** The Band IV box in this category also states no requirement. The Action Plan
nonetheless requires that I "Demonstrate a knowledge of appropriate KOL's for activities without
assistance from PDS and brand managers." This denies me a standard team resource (the
scientific and clinical staff that serve as scientific experts/consultants to the commercial team)
which would enable me to succeed.
-      The Band V requirement states "Ability to develop relationships with associations and
thought leaders"
-      Band V Senior Promotions manager's requirement is for "Ability to develop relationships with
association and thought leaders." I routinely conducted these types of activities for other brands

P189

B393

(most recently NEXIUM) and departments and do so successfully in my present Band IV PREP manager's position.

**Vendor ("Out sourced partners") management.** The Band IV box in this category states no requirement in this area. The Action Plan cites "Ineffective agency management" on my part.
-    The Band VI requirements include "Demonstrated leadership ability, strategic influencing in arms-length relationships."
-    The Band V Senior Promotions manager requirement calls for "Sophisticated skills optimizing out sourced partners."
In my present position, I routinely both influence and manage multiple out sourced partners. Program examples include the successful SPORTIF Investigators Meeting at ACC, support for the ACT and SPORTIF Steering Committee meetings at ACC, Coagulation Clinic Advisory Board (rated a 5/highest ranking by all but one responding attendee; the other rated it a "4"); Coagulation Clinics Speakers Bureau training, and others.

**Budget Management.** The Band IV requirement is for "Ability to manage projects and budgets." The Action Plan claims "Ineffective...budget management skills." The programs for which I have been responsible and directly managed have been delivered on budget under my management. Despite this, the August 18, 2003, Action Plan claims that I am deficient in budget management. The example cited by Susan Broadway of my deficiency in ability to manage budgets was the approximately $1 million phasing shortfall. I challenge this assertion as false and unfair. I sent phasing numbers on schedule to the required managers in January, February, March, April, May and to date, for 2003, to John Liano, Brian Martin and/or Susan Pritchard/Broadway, e.g., depending on month and who was responsible for capturing the PREP/Promo team's budget phasing at the time. Someone in this link during this period did not integrate these reports into the PREP/Promo phasing reports. The $1 million which I had phased into my budget was outlined and submitted as specified.

**Communication skills.** Band IV states a requirement for vague "Communication skills." The Action Plan calls for "Clear and consistent communication across the team on brand strategy, on your tactical objectives in 2003 and 2004, and on our previous and evolving clinical data and the key brand messages derived from the data as well as the market research messaging work.....Ability to develop tactical plans without full agency support. Ability to execute the plans with the agency partners included on communications and with full responsibility for program outcomes."
-    The Band V requirement in this category is for "Seasoned communicator across personal and non-personal communication channels."
-    The Band V Senior manager's requirement calls for "Seasoned communicator across personal and non-personal communication channels."
My 2002 Performance Review delivered to me March 10, 2003, by Debbie Brangman, Marketing Communications Director, and on March 27, 2003, by Jane Hellen, Brand Director, specifically praised me for having exceptional communications skills which should be better and more fully utilized by the brand team.

**Scientific content.** The Action Plan calls for a need to "grasp the clinical data and apply it to the commercial needs of our brand executed through approved tactical plans." I also was advised by Susan Broadway that I must be a "content expert" on the brand clinical data. The Action Plan cites deficiencies in my ability to develop scientific slide content, as well as to discuss and our clinical and competitive data with clinicians in an educated manner, as well as to provide value in scientific content review of materials.
The Band IV requirement in this category, however, requires a Band IV PREP manager to be "*Learning disciplines to develop* the respect of team members to function as content expert."
I requested permission to attend numerous hemostasis, brand-specific clinical science training and education programs, as well as international advisory boards for which I was the U.S. contact and was developing the U.S. topic programs, and was denied attendance at what I considered to be critical educational and strategic events.

B394

- The Band V requirement for scientific knowledge is for the "Ability to be consultative, act as a content expert."
- The Band V Senior Promotions manager requirement is for "Ability to be consultive, act as content expert."

In my present position at the Band IV level, I function as a content expert on the EXANTA data. This was clearly and successfully recently demonstrated by my re-organization and revision of the Coag Clinics Speakers Bureau slide deck in July 2030. The content had been prepared by the Coag Clinic workstream including the Brand Manager, Strategist and PDS, when I was out on medical leave in the 3rd Quarter 2003. It had during that time been all but rejected as poorly organized and unfocused in content by Johns Hopkins University and the Planning Committee. I reorganized and edited the slide deck in July and directed QED to resubmit it, at which time JHU and the Planning Committee accepted the slides.

Each of the areas identified in the August 18, 2003, Action Plan have been fully satisfied by the work outlined above and additional projects, programs and initiatives in the recent 6 weeks.

*EXANTA Perf.UpdateSept30Overview to HR.doc*

B395

 AstraZeneca

**MEMO**

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 1(5) |

DEPARTMENT AND LOCATION
**EXANTA**

TO
Susan Broadway

Cc: Jane Hellen
    Georgina Austin-Jones

| SUBJECT | REFERENCE |
|---|---|
| Action Plan Update of October 22, 2003 | Action Plan |

**CONFIDENTIAL**

Per our meeting on Wednesday, October 22, in which you provided me with the final review relative to my progress on the August 18, 2003, Action Plan, I am providing the below summary of the major issues raised and my comments.

As a general summary of the main areas at issue, you stated I was expected to be actively embracing certain responsibilities and characteristics including brand strategy and tactics and demonstrating knowledge of those areas, leading projects and vendor partners, demonstrating sufficiency in administrative areas and being more proactive. You noted that based on colleagues', managers' and vendors' observations of my work as well as demonstrated performance in these categories, my execution of the requirements of the Action Plan has been found to be unsatisfactory. Therefore, the Action Plan is being progressed, or downgraded, to the next level of developmental assistance, which is called a Performance Improvement Plan ("PIP"). This second phase involves a 60-day period in which we (you, me, Georgina Austin-Jones) will continue to have weekly progress update meetings. You and Georgina Austin-Jones will meet with me on Monday, October 27, to articulate the objectives and expectations for the PIP.

**Issue:** Budget management. You again reiterated the erroneous claim that my budget is overspent and that this verifies that I have failed to showed budget management competency. You incorrectly noted that although there is $1.5 million in the Finance Dept.'s budget rollup/summary, I had only entered $1.1 million for phasing into the team's Excel budget spreadsheet.
**Comment:** These statements are untrue. Of considerable concern to me is that you have continued to repeat these erroneous claims in meetings and to me personally, despite the fact that I emailed you on April 11, 2003, my 2003 budget

B396



| FROM (Name)<br>Marybeth Farrell | DATE<br>October 26, 2003 | PAGES<br>2(5) |

**CONFIDENTIAL**

phasing totaling $1.55 million. I also have personally reviewed with both you and Rose White, the EXANTA team's Sr. financial analyst, the documentation which shows that I did properly develop and provide to you the 2003 budget phasing which totaled $1.55 million. As to why you have repeatedly and deliberately failed to include this information in your monthly budget summary reports, despite having received all necessary information from me, is an area which I cannot explain. However, it does concern me that you are deliberately failing to include my budget updates in your report to team management and then claiming my budget numbers are off target.

**Issue: Demonstrating Competency in Brand Strategy.** You stated in our October 22 meeting that I have failed to show mastery of brand strategy and "continue to focus on logistics instead of strategy." As a result of this, you said I am not providing value to the brand team. As examples, you cited the September 23 EXANTA team meeting with communications agencies, in which you said it appeared I was trying to present someone else's plans. You also cited as an example my not proactively sending Sunita Sheth, M.D., SPORTIF slides for the Hematology Advisory Board, and your claim that I do not participate in team discussions but instead am constantly taking notes. Also you noted that I am not proactive because EXANTA Clinics/Consumer Brand Manager Faye Morin has to take the lead on follow up from projects I work on with her.

**Comment:** In our September 12 meeting, you stated that the only area in which I had achieved competency as outlined in the Action Plan was on the Strategy Objective. I reiterated this to you in our September 12 meeting to verify that I had heard you correctly. You responded yes, I had successfully achieved the Strategy Objective as outlined in the Action Plan. I noted this achievement in my September 12 meeting summary memo, which I copied to Deborah Kauffman (HR), Jane Hellen and Rachel Bevis on September 16. Am I to conclude that, having achieved the strategy requirement in the action plan on September 12, I subsequently lost knowledge of and competency in strategy in just 5 weeks?

Regarding customer segment plans, I have created and developed all customer segment plans for my areas. I am required to collaborate with the Directors of areas which I support. For example, in Managed Markets the Director Mike Abens already had planned programs for 2004. I reviewed and discussed his proposed plans with him, then integrated his plans into the significant expansion of professional relations programs I was recommending to him for 2004. He

REFERENCE: Action Plan

B397



| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 3(5) |

**CONFIDENTIAL**

reviewed and approved my 2004 professional relations recommendations for this customer segment for which he is in charge.

Concerning the slides for Dr. Sheth, Brian Katona and I were working on them and they were not completed. I regularly participate in team discussions and also capture information I find useful from the discussions. For Clinics programs, I have been proactive in strategy and followup; for example, I initiated a meeting with the customer analytics manager, the market research manager (John Miller), Faye, our medcom agency (QED) and myself, to consolidate targeting and lists to ensure accurate and coordinated customer targeting. Faye was unaware of much of the work that was being done in this area; I arranged this meeting proactively to bring everyone up to speed to ensure the success of the Clinic Speakers Bureau programs.

**Issue: Confidentiality of NDA Information.** On October 22, you made the wholly erroneous claim that I was preparing to publicly disclose privileged and confidential information to an external source regarding EXANTA's New Drug Application (NDA) to the U.S. Food & Drug Administration (FDA). You also stated that I should know the areas of the NDA that would be considered confidential.

**Comment:** It is a patently and deliberately false claim that I was preparing to share privileged and confidential information outside of AstraZeneca, particularly since you and I discussed my actions on this issue prior to the October 22 meeting. As I explained to you prior, as is standard process at AstraZeneca, I first asked the team's Medical Affairs Director Brian Katona, PharmD, for assistance with a scientific question I received from Johns Hopkins University. The EXANTA Director of Medical Affairs also did not know how to the answer the EXANTA data question from Johns Hopkins University, which related to data in a slide in an anticoagulation speakers program which the EXANTA team had funded. Brian Katona recommended that I approach Troy Sarich, PhD, who is helping write the NDA for EXANTA, to answer JHU's question. Troy clarified that the question from JHU -- a request to have the integrated summary of safety and efficacy data related to a slide -- was confidential. He wrote me that we "cannot send our confidential NDA materials externally;" e.g., he apparently had developed a summary of the integrated safety and efficacy data but was not able to share it. However, as I told you, he did instead provide me with *all of the published study summaries which had information which would help JHU to answer the question themselves. Troy directed me to provide JHU with these published summaries.*

REFERENCE: Action Plan

P197

B398

AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 4(5) |

**CONFIDENTIAL**

**Issue: Expense Report Management.** You noted delinquencies and non-compliance in my expense reports in recent months. Delinquencies included that reports were not filed within the required two-week period and non-compliance included that items from American Express ("AmEx") were not properly imported into the expense report from the linked AmEx account charges. Also, you noted that my requesting information from you for the proper billing code for internal training meetings was reactive; you said proactive behavior would have included my looking up the codes myself.

**Comment:** For the (5) expense items recently flagged by AstraZeneca Expense Reporting ("AZER") department, problems included that the September 2003 non-importation problem you noted for the $3,357.36 airline ticket had been erroneously charged to my account, then credited by the airline, then charged again to my account and again re-credited by the Airline. However, the second (re-) credit was not listed by AZER in the AZER accounting of the transactions which I had properly imported from the AmEx link. I corrected this apparent AZER system omission. Regarding the internal training meeting for which I requested proper billing code information from you, the billing code sheet provided to me by Rose White does not list a code for internal training meetings. Therefore, I had to take proactive action, e.g., seek this information from my manager (you) rather than insert an incorrect code and wait (I would see this as reactive) until you send the submission back to me because of incorrect coding. Please clarify if you would prefer that I insert incorrect information in similar situations in the future.

**Issue: Budget summary for working team meeting.** You correctly stated that I did not bring my budget sheets to a working session of the PREP/ Promo team.

**Comment:** As you noted, sent a memo and reminder(s) requesting we bring these to the meeting. I inadvertently did not bring this to the working session, although my office was outside the meeting room and I offered to retrieve the summary. This was not necessary as the five managers offered summaries of activity and I was able to provide a general summary as well.

**Issue: Budget Phasing.** You said that Rose White attempted to explain phasing to me and she felt there was considerable confusion on my part regarding the budget.

REFERENCE: Action Plan

P198

B399

 AstraZeneca

| FROM (Name) | DATE | PAGES |
|---|---|---|
| Marybeth Farrell | October 26, 2003 | 5(5) |

**CONFIDENTIAL**

**Comment:** I will follow up with Rose as I do not know what she could be referring to; I have been competently managing budgets at AstraZeneca for nearly 10 years.

**Issue: Email responses.** You stated that I need to respond in a timely manner to emails including providing requested feedback to vendors or team members.
**Comment:** Many of the emails are read receipts as I noted. I do reply to all emails as quickly as possible, almost always the same day as they are received and if not, within 1-2 days if I am in the office.

Additionally, you stated in our October 22 meeting that you were sufficiently satisfied regarding reasons for my absences from the office (e.g., plumbing issue, doctor appointments, dental/root canal appointments) and had no issues in this regard.

REFERENCE: Action Plan

B400

*p. 28. # 2*

**Farrell, Marybeth**

| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Monday, October 27, 2003 2:10 PM |
| To: | Broadway, Susan P |
| Subject: | RE: Dental appt tomorrow |

Susan:

I do not recall that my medical appointments must all be taken on personal time, e.g., after hours. If in fact Flex time is allowed to accommodate mandatory medical appointments, then wouldn't it make more sense to say that tomorrow's hour to hour and a half could be considered Flex time, and I would stay the appropriate amount of time at the end of the day? This seems to make more sense than making this an occurence against the AZ attendance policy.

Since I have no intention of willfully violating the AZ attendance policy, I will reschedule this appointment. Further, I want to discuss the AZ attendance policy relative to medical appointments to verify that in fact, employees must take medical appointments on their own personal time or commit an infraction against the AZ attendance policy. That seems a bit draconian to me for such an employee-friendly company.

See you at 4:30

Marybeth

-----Original Message-----
| | |
|---|---|
| From: | Broadway, Susan P |
| Sent: | Monday, October 27, 2003 1:48 PM |
| To: | Farrell, Marybeth |
| Subject: | RE: Dental appt tomorrow |

Marybeth
Based on our conversation with HR on Oct 8th, your personal appointments need to be taken on personal time (whether that is Friday afternoon on a flex-schedule) or evening hours.
This will be an occurrence against the AZ attendance policy.

Additionally, as we discussed for your first root canal appointment, I need a note from the dentist stating what time you were at the office (start / finish times and date on letterhead). I have not received this note still today from the first root canal on Oct 1st. Please have this note sent to me from your dentist by this Friday Oct 31st.

Thanks
Susan

-----Original Message-----
| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Monday, October 27, 2003 12:59 PM |
| To: | Broadway, Susan P; Sapp, Clarice |
| Cc: | Shields, Maureen |
| Subject: | Dental appt tomorrow |
| Importance: | High |

Susan:

I have a dental appt at 8 am in Hockession tomorrow morning and would expect to be in about 9:30. I had the 2nd root canal and this is fitting for crown. Let me know asap if there is a problem with this. Thanks.

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE 19850-5437
Phone: 302/885-1854

1

B401

**Farrell, Marybeth**

| | |
|---|---|
| **From:** | Farrell, Marybeth |
| **Sent:** | Monday, October 27, 2003 2:47 PM |
| **To:** | Broadway, Susan P |
| **Subject:** | Medical Appts. Time |

Susan:

Since we are tracking and accounting for each hour of the workday and time-at-work versus time paid for work versus time out of the office for medical appointments or other needed healthcare appointments, I want to discuss this afternoon how AstraZeneca will compensate me for the below hours, for which I was away from home and working on my own personal time on company-required program attendance, or company business events:

| Event and Date | Comp Time Due to Marybeth Farrell |
|---|---|
| ACCME Dallas January 28th, 29th, 30th (Tues, Weds, Thrs) | 3 Personal evenings @ 12 Hours each = 36 Hours |
| ACC Chicago    March 29, 30, 31, April 1, 2 Saturday, Sunday, Monday, Tues, Weds | 2 Weekend Days/Nights @ 24 Hours each = 48 Hours 3 Personal evenings @ 12 Hours each = 36 Hours |
| Managed Care Advisory Board July 18, 19 (Friday, Saturday) Columbus, Ohio | 1 Personal eveninig @ 12 Hours each = 12 Hours 1 Weekend Day @ 12 Hours each = 12 Hours |
| Coag Clinic Advisory Board August 8, 9 Philadelphia (Friday, Saturday) | 1 Personal evening @ 12 Hours each = 12 Hours 1 Weekend Day @ 12 Hours each = 12 Hours |
| ...ic Speakers Bureau Training Sept. 18, 19 Chicago (Thursday, Friday) | 1 Personal evening @12 Hours each = 12 Hours 1 Personal evening (1/2) @ 6 Hours each ≈ 6 Hours |
| **Total Compensation Due To M.Farrell:** | **186 Hours** |

We can discuss this afternoon how AstraZeneca plans to make me whole for this investment of my personal time for company programs, particularly since you are denying me one to two hours of out-of-office time which I make up for in staying later or coming in earlier in order to obtain needed medical care.

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE  19850-5437
Phone: 302/885-1854
email:  marybeth.farrell2@astrazeneca.com

1

B402

## Farrell, Marybeth

From:        Farrell, Marybeth
Sent:        Tuesday, November 04, 2003 1:04 PM
To:          Broadway, Susan P
Subject:     RE: Schedule

Importance:  High

Susan:

As I stated in my previous email, I am taking October 1 as a personal day and therefore you do not need the notes from my medical appointments.

I find it unreasonable that you are unwilling to provide a single comp day occasionally for my weekends and evening hours required at brand programs. If you check with other brands and TAs, you will find this is standard AstraZeneca practice. It is also unreasonable to expect me to work nearly 200 extra hours and not be permitted time during work hours for necessary medical appointments.

As I noted to you in my voicemail today, I am leaving today at 4:30.

I would ask you to re-think Monday November 10 as a comp day to me, as I believe you are being unreasonable and unfair. You also have created a hostile work environment here for me on the team, manifested today in the PREP/Promo market development workstream meeting. Despite my repeated statements that the pharmacy workstream tactics are covered under both managed markets and coag clinic customer segments, as well as the discussions I have had with Denise Quigley about reaching pharmacy segments through her hospital grand rounds and CE speakers bureau programs, you denied that I had these tactics integrated into the 2004 plans.

Marybeth

-----Original Message-----
From:        Broadway, Susan P
Sent:        Tuesday, November 04, 2003 12:39 PM
To:          Farrell, Marybeth
Subject:     RE: Schedule

Marybeth
Thank you for keeping the Self Service tracker up to date. Your AC should be kept aware of your calendar so having her maintain a record of your days off for vacation and personal holidays is a good back-up to the system.

Also, as we discussed with Georgina on Oct. 27th, I am also still awaiting receipt of the letter from the dentist stating date and time of your emergency visit for the abyss. And regarding the comp time, again, we discussed last week, there is not an AZ policy granting comp time for travel as that is a job requirement. While on the PIP, I expect your work hours to remain 7:30am-4:45pm per our agreement unless vacation time has been approved.

Susan

-----Original Message-----
From:        Farrell, Marybeth
Sent:        Tuesday, November 04, 2003 8:32 AM
To:          Broadway, Susan P
Subject:     Schedule

Susan:

In followup to my voice message of this morning, I would like to have Monday, November 10, as a comp day for my working Thursday night, November 6, Friday night, November 7, and Saturday, November 8. As we have discussed, I have already worked 186 hours this year of my own personal time for AstraZeneca without any comp days or compensation. I will add the time noted above to this pool.

Additionally, I am noting October 1 as a Personal Day I also have twice entered my days off into the HR Vacation Tracker, only to have them not appear in the system at later reviews. Because of this recurring, apparent system error, I am sending my days off to Clarice Sapp today and asking her to re-enter all the dates I have been out of

1

the office for vacation or personal days. She will maintain these records. I will not be asking her to enter the 186 hours I also have logged for AstraZeneca program work on my own personal time and without compensation, but you might want to think about adding this for accuracy in assessing one's actual time working.

Let me know about Monday please as soon as possible. Thank you.

Marybeth

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE  19850-5437
Phone: 302/885-1854
email:  marybeth.farrell2@astrazeneca.com

2

B404

*p. 29 #5*

 AstraZeneca

**MEMO**

| FROM (Name) | | DATE | PAGES |
|---|---|---|---|
| Marybeth Farrell | | November 14, 2003 | 1(2) |

DEPARTMENT AND LOCATION
PREP EXANTA

TO
Susan Broadway
Georgina Austin-Jones

| SUBJECT | REFERENCE |
|---|---|
| Performance Improvement Plan Update Meeting Summary | Performance Plan Update |

I am providing the below summary of today's update meeting on my Performance Improvement Plan.

As I stated, the foundation of the Performance Improvement Plan (PIP) of October 21, 2003, that is, the asserted performance deficiencies alleged to be sub-standard that led to the original Action Plan, which in turn evolved into the Performance Improvement Plan, are fraudulent.

Having met all of the areas required in the Action Plan, however, those accomplishments failed to be acknowledged in the plan review. Instead, they were replaced with untrue allegations of substandard performance. As I restated this morning, I object to the erroneous assertions made in the Performance Improvement Plan, yet you fail to modify the document.

Recognizing that I need to achieve goals and actions outlined in the Performance Improvement Plan by the deadline of January 5, 2004 in order to stay employed at AstraZeneca, I have undertaken to accomplish the areas specified by January 5, 2004. Again, however, rather than honestly acknowledging my successful program, project and budget management of past weeks, e.g., the Retail Trade and Hematology advisory board meetings among many other examples, you today pointed to evidence of my failure to be presently achieving the objectives of the PIP by the below examples:

1. One hour late arrival due to pet medical emergency. As I stated, my cellphone was not in my car to call you earlier this week when my pet began bleeding at home for unknown reasons and I had to rush him to an emergency center. This to me merited an emergency situation. Although I left home at 7 am, I could not arrive by 7:30 am at AstraZeneca. As I stated, there were no deadlines or meetings which were impeded by this one hour arrival delay. Note in this regard that in addition to the 186 hours last inventoried for the personal time I have been required to spend on business programs and travel, add an additional 12 hours to this talley for my recent work in San Francisco managing the November 6-8 Hematology Advisory Board. The total number of hours of my personal time spent on business travel and programs now is 198 Hours. Yet you have repeatedly refused my requests for personal comp time in exchange for even one hour of these 196 hours, and no time away from the office between the hours of 7:30 am – 4:45 even for medical emergencies. I find your position in this regard to be very unfair and unreasonable.

B405



| FROM (Name)        | DATE              | PAGES |
|--------------------|-------------------|-------|
| Marybeth Farrell   | November 14, 2003 | 2(2)  |

2. Schedule conflict which you proposed for this morning's meeting. You proposed this morning's meeting when there was a half-hour conference call scheduled in my calendar for the weekly status update I have set up with QED per the Performance Improvement Plan.

3. DELTA additional "zeroes" in the system. I received training on DELTA on September 30. Instructions on how to enter numbers and zeroes was not provided in this training by AstraZeneca. Denise Barrett reaffirmed that no training was provided on how to enter zeroes/numbers into DELTA during training, in her October 13, 2003, memo to the team stating: "I just found out that when entering dollars into DELTA, you need to enter them as follows: $200,000 needs to be entered as 200." As you stated this morning, you also were unaware of this, and you thanked Denise for learning this new information since the training and telling the team. Now you are claiming that I am failing in "budget management" because I was not aware of how to enter zeroes into DELTA based on the training I received from AstraZeneca.

I continue to be extremely disappointed with the less than forthright manner in which you and AstraZeneca are conducting this process. You have made numerous spurious and untrue allegations regarding my work performance, and from this morning's conversation, it is clear that there is no willingness to enable or assist me in succeeding in achieving the terms of the PIP.

REFERENCE: Performance Plan Update

P207

B406

*p. 30 #6 & #7*

**Farrell, Marybeth**

| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Wednesday, December 03, 2003 8:51 AM |
| To: | Broadway, Susan P |
| Cc: | Austin-Jones, Georgina |
| Subject: | RE: Today's meeting |

*p. 30 # 7*

Susan:

As I stated in the meeting, I do fully embrace the PIP and have been working diligently toward its full completion. Again, however, as with the Action Plan, you and AstraZeneca Human Resources deliberately do not acknowledge the achievements which indicate I have in fact met the terms of both of these plans as well as falsified both claims and documents to support the false performance claims you are making against me.

That said, I continue to follow the areas outlined in the PIP, with which I have complied fully. As I stated yesterday, I intend to prepare written summaries for these future update meetings so that you do not continue to wrongly ascribe misjudgments about my commitment, performance and behavior.

Marybeth

-----Original Message-----

| | |
|---|---|
| From: | Broadway, Susan P |
| Sent: | Tuesday, December 02, 2003 6:41 PM |
| To: | Farrell, Marybeth |
| Subject: | Today's meeting |

*p. 30 # 6*

Marybeth
To summarize today's meeting, I again strongly encourage you to accept the PIP and work toward achieving the areas outlined for improvement.
I was distressed at our meeting today with your attitude and behavior toward outlining your progress of the plan. I do hope you understand I am here to help you but can not do so when you do not give me updates on projects nor let me know when things are scheduled so we can ensure adequate team coverage. I need you to accept the plan and work toward achieving success with by taking accountability, ownership of projects and management of PREP activities.

Susan

Susan Pritchard Broadway
AstraZeneca - Hemostasis
Brand Communications Leader
tel  302.885.4430
fax 302.886.7586
susan.broadway@astrazeneca.com

1

p. 31  #2

**Farrell, Marybeth**

| | |
|---|---|
| **From:** | Farrell, Marybeth |
| **Sent:** | Wednesday, December 17, 2003 12:56 PM |
| **To:** | Austin-Jones, Georgina |
| **Subject:** | Terms of the PIP |

Georgina:

Please explain to me what a standard Performance Improvement Plan looks like and why my "PIP" requires the following:

-        I am not allowed to leave the building at any time during the hours of 7:30 am - 4: 45 pm without speaking with my manager and obtaining her permission
-        I am required to telephone my manager on her cell phone every day upon arriving at my desk at 7:30 am and phoning her every day at 4:45 pm to advise her I am leaving for the day
-        I must obtain permission from my manager to leave the building for the 45-minutes I have been instructed is my lunch hour
-        I must phone my manager from my desk upon returning from the lunch 3/4 hour if I do leave the building.
-        I am not permitted any compensation time whatsoever for even urgent medical appointments despite having now donated 250 hours of my own personal time on business travel and program management for AstraZeneca. I was told by Jane Hellen and you in our November 14 update meeting that no compensation time is provided by AstraZeneca for such personal sacrifices of time and being away from family that such investment of personal time is "part of the job and you knew that" when I took this job.  In fact, this is not at all what my 10 years of experience at this company supports. Instead, this disposition seems to me to be in very direct contradiction with AstraZeneca positioning itself to working mothers and others as a company that values work-life balance, that respects employees' family and health needs, that wants to create an environment of flexibility to encourage good work-personal life balance.  For example, when my cat had a medical emergency a few weeks ago, I was penalized for the hour that I came in late from the veterinary emergency center, told not to let this happen again, and forced to "make up" that hour.  I also have been unable to schedule a critically needed medical appointment for my back for this reason as well.

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE  19850-5437
Phone: 302/885-1854
email:  marybeth.farrell2@astrazeneca.com

1

B408

**"DAILY PROMPTS"**

# April 2003

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | ACC CHICAGO | | | |
| | 7:00pm Team Dinner (RL near water tower) | 10:30am ACT Meeting-ACT 12:00pm SPInvestMTg (Hyatt McCormick Place) — Jay Harlow | Broadway Named (new) Leader; B. Martin Team leaving | 10:00am EXANTA QUARTERLY TEAM MEETING (Brandywine Auditorium) 7:00pm SLampert CheddsFord | |
| | SP Exec Committee Dinner - Jay Harlow | | | | |
| 12:30pm Meeting/planning | 10:00am Market Development Workstream Meeting 12:00pm ClaireDeMatels (Riverfront Arts 2:30pm AGENCY OPTIMIZATION 4:00pm ACS Ad Board Update | 11:30am READALOUD 3:00pm ACC De-Brief re: Ad Boards and Inv. Meeting (JUSUW Me 4:00pm CHEST Guidelines Authors (JUSUW Meeting Chesapeake | | 11:00am discussion—SP on Rise 12:00pm BethanyHall long (Houlihans @ Christiana) | |
| 5:00pm SMittleman/Appt. 7:00pm PDI Meeting (Accenture) | 6:00pm TAlleyvilleSunocoCarR (Concord Pike) | 1/2 Day Vacation | VACATION | | |
| VACATION | 3:30pm Present Global Branding Academy to U.S. Commercial Team & Dinner Served 5:30-7 (JUSUW Meeting Chesapeake C4C-111 | FW: Meet with marketing team, come in Wed night. (Wilmington) 9:00am VC Willington - MdIndal (TBC) 3:30pm Hemostasis & Thrombosis Update 5:30pm KellyWellbornDinner (DeepBlue) | Holy/Thursday    VACATION 2:00pm Exanta: KOL Update Meeting (Teleconfere 5:00pm Catherine/R 7:00pm MelanieGeorge (Toscana) | Good Friday | Easter |
| Monday 9:00am Updated: Prep/Promo Staff Meetings (C4C- 1:00pm Ad Board Slides 3:00pm Coag Clinic 4:00pm Meetings Update with 4:00pm Updated: Close of the 4:00pm EXANTA Items for 2004 | | 8:00am Brainstorming meeting - Exanta International Advisory Board m 3:00pm 2004 tactical plan review meeting (war room 622) | BroAdvisory Mtg. to re-valid19 list of projects 11 am | 9:30am VTE Advisory Board Transition Meeting (JUSUW Meeting Chesapeake C4C-022 | |

# May 2003

*Daily Printouts* (handwritten)

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| 9:00am Updated: Prep/Promo Staff Meetings (C4C-603)<br>10:00am Train Phil deVane (CV Huddle Room C4C-22)<br>2:00pm JJSUW Interview<br>3:00pm Conference Call<br>5:00pm Updated: review of... *Helen Broadman* (handwritten) | AD Boards Transition (May 6th) — *Consulting* (handwritten)<br>8:30am RVoffice<br>10:00am Market Development Workstream Meeting<br>10:00am Market Development Workstream Meeting (USBC – new War Room) | BOARD (handwritten) | 11:00am Project list discussion (your office)<br>1:30pm the follow up meeting (war room 622)<br>3:00pm Exanta Commercial Team Mtg. (JJSUW Meeting Chesapeake | 11:00am June 5-7 Ad Board EXANTA (Conference Call)<br>1:00pm Stroke Neurology Ad Board Agenda (C4C-...<br>5:00pm Cari DiSantis, MelGeorge (Deep | Pro-P-McGeorge (handwritten) |
| 9:00am Updated: Prep/Promo Staff Meetings (C4C-603)<br>11:00am Cardiology Ad Board Agenda Development (JJSUW Meeting Che | | | 8:30am SPORTIF Updated Slides review (C4C-622)<br>9:45am Updated: various (Deb's office A3B-101) | 10:30am FW: Updated: 2004 PriMed Update Opportunities – Lauren Bianchi will come in (CV Huddle Room C4B-221)<br>12:00pm Gorondy/Christiana | |
| | | NASPE AFib Ad Board – Card EP | 3:00pm Updated: Exanta Commercial Team Mtg. (JJSUW Meeting C4C-622)<br>4:00pm Canceled: Budget/Resource Meeting (C4C-622) | | Out |
| 10:00am Market Development Workstream Meeting<br>12:30pm Interview (JJSUW Meeting Chesapeake<br>10:00am Market Development Workstream Meeting<br>2:00pm Interview (JJSUW)<br>3:00pm Coagulation Clinic | 10:00am Market Development Workstream Meeting | | (handwritten signature) | 9:00am Canceled: 2004 budget planning (Old War Room C4C-603) | Out |
| 9:00am Updated: Prep/Promo Staff Meetings (C4C-603) | 9:00am Intern Claims for Exanta Mtg. (JJSUW)<br>9:00am VC Wilmington – Molndal (TBC)<br>1:00pm Updated: Close of the Month Mtg. (Exanta | | 2:00pm Exanta: KOL Update Meeting (Teleconfere<br>3:00pm Updated: Exanta Commercial Team Meeting<br>6:00pm Exanta Outing in Wilmington (Ships) | | |

Farrell, Marybeth

3

9/24/2003

P241

B410

# Performance Evaluation

## DEMOGRAPHICS

| | |
|---|---|
| **Employee`s Name:** | Farrell Joe,Marybeth |
| **Salary Roll #:** | 34406 |
| **Position/Job Title:** | Sr Field PREP Partner |
| **Department/ Business Area:** | MPIC Central Promotions |
| **Performance Year Ending:** | 2000 |
| **Functional Manager:** | Renk,Amy |

## GOALS

| Goal Type: Key Business Results | Rating: Met Expectations |
|---|---|

**Objective:** Enhance PREP Resources in Support of GI Sales & Marketing Goals

| Goal Type: Key Business Results | Rating: Met Expectations |
|---|---|

**Objective:** Increase awareness of symptoms and treatments for GERD, including Prilosec, among managed care physicians and formulary decision-makers in support of GI TA's effort to increase Prilosec scripts in managed care market.

| Goal Type: Key Business Results | Rating: Met Expectations |
|---|---|

**Objective:** As PREP GI's champion for multi-therapeutic conferences, enhance AstraZeneca's GI reach and effectiveness at multi-therapeutic conferences.

| Goal Type: Key Business Results | Rating: Met Expectations |
|---|---|

**Objective:** Work with other functional areas to establish common processes and tools across Central Promotions and work within these new processes.

| Goal Type: Personal Development | Rating: Met Expectations |
|---|---|

**Objective:** Enhance effectiveness in encouraging cooperation and collaboration through "win-win" approaches to projects, problem-solving

**D137**

B411

**Goal Type: Personal Development** | **Rating: Met Expectations**

**Objective:** Enhance skills development of spreadsheets, charts online.

**Goal Type: Personal Development** | **Rating: Met Expectations**

**Objective:** Enrich understanding of ACCME, FDA and AMA guidelines for pharmaceutical companies' activities relative to physicians, CME, scientific/educational materials distribution, educational versus promotional activities, and other matters concerning professional relations and medical education.

**Goal Type: Personal Development** | **Rating: Met Expectations**

**Objective:** Develop comprehensive understanding of roles and responsibilities of all GI team members and the new business model.

### CULTURAL ATTRIBUTES

**Cultural Attribute: Take Lead/Make A Difference** | **Rating: Met Expectations**

**Objective:** (1) Develop new national PREP programs (2) Initiate new booth activities booth activities (eg., A Prilosec "Product Theater" to align with other AstraZeneca therapeutic activities in booth) (3) Initiate approaches for sponsorships of activities at national association meetings

**Cultural Attribute: Help Others Succeed** | **Rating: Exceeded Expectations**

**Objective:** (1) Structural and process approaches that facilitate independent action and management while also fostering creative collaboration in PREP GI (2) Ideas-sharing, best practices and continual improvement in PREP GI programs (3) Assessing customers' needs and developing approaches that facilitate creative approaches to problem solving and solutions management

**Cultural Attribute: Set Ambitious Goals** | **Rating: Met Expectations**

**Objective:** (1) Monitor competitor products' CME, educational and other activities (2) Bring creative programs-based sound analysis to activities development

**Cultural Attribute: Focus on Customer Excellence** | **Rating: Met Expectations**

**Objective:** Overall alignment of GI TA focus on exceeding customer expectations through information exchange, team partnerships

**D138**

B412

## OVERALL EVALUATION

**Performance Summary**  Giving substantial weight to performance against both goals (key business results and personal development goals) and cultural attributes, describe overall performance by providing examples of outcomes and demonstrated abilities indicative of the overall rating.

Marybeth has done an very good job this year assimilating the responsibilities of a new role as PREP Manager with the GI team. Her energy and determination have aided her in learning many PREP skills in a role that was challenging and demanding in a time of high stress and activity in the GI area. Marybeth's strengths are her ability to manage multiple products and projects in a fast paced environment, planning, and her excellent communication skills, especially in capturing data and thoughts. She was recognized for her efforts in preparation for the NEXIUM launch by receipt of a special achievement award given to her by the NEXIUM team. Marybeth has a passion to want others to succeed and has clearly taken ownership of this ownership and works this into her daily life. This attribute will greatly contribute to her success in her new role and in the future. In her new role, Marybeth should continue to learn and understand the entire organization, the company model, and the inter-connectivity of the various areas, especially field sales. She will be expected to be a content expert in the Marketing and Sales policies guidelines and will need to become thoroughly versed in these and their interpretation. She may also benefit from courses offered through the AZ Academy, especially those focusing on basic marketing and sales and promotional effectiveness. It will be a pleasure to work with Marybeth in 2001 and witness her ability to share her strengths, energy, and ideas in her new role.

**Overall Rating:** Good

☐  **Distinguished:**  Performance consistently exceeded expectations.

☐  **Excellent:**  Performance met expectations and in some areas exceeded expectations.

☐  **Good:**  Overall performance met expectations.

☐  **Acceptable:**  Performance met some expectations and did not meet others.

☐  **Unacceptable:**  Overall performance did not meet expectations.

**Signed By:**          Renk,Amy                    **Date:**21-JAN-2001

**Reviewed By Employee:**                  **Comment Date:**

*(Signature indicates document has been reviewed; it does not necessarily indicate concurrence.)*

**Employee's Comments (Optional):**

**D139**

B413

**D140**

| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Tuesday, March 11, 2003 2:51 PM |
| To: | Brangman, Debbie; Martin, Brian |
| Cc: | Hellen, Jane |
| Subject: | AZ Courses Request |

Debbie:

Thank you for our discussion yesterday and recommendations you conveyed to me for some of my 2003 developmental goals. Toward accomplishment of these objectives in 2003, I would request permission to enroll in 2 upcoming courses being offered through the AZ Academy:

-    Thought Leader and Publication Planning Development   April 15-16, 2003

-    Public Presentations for the Professional                June 1-7, 2003

If you and Brian Martin/Jane Hellen could kindly advise I will proceed with registration.

Many thanks.

Best Wishes,


Marybeth Farrell

1

**D173**

B415

**Kauffman, Deborah**

From:        Kauffman, Deborah
Sent:        Thursday, August 14, 2003 6:36 PM
To:          Pritchard, Susan S
Subject:     FW: Plan

Importance:  High



Action Plan
8-14-03.doc

I saw one typo and highlighted my change. However please modify using the comments from Keith Black below. Also note he sent a document for your use with some Q and A on action plans. Also I think in your initial draft there were some points made that you could verbally use to illustrate your bullets points in your conversation with Marybeth.

-----Original Message-----
From:        Black, Keith R (HR)
Sent:        Thursday, August 14, 2003 10:49 AM
To:          Kauffman, Deborah
Subject:     RE: Plan

Hi Deb,

I looked over it and it looks solid – comprehensive review of past coaching efforts, clear statements of deficiencies, and well-outlined expectations and timeframe.

My only comment is somewhat technical in nature. The following sentence appears towards the end of the plan:

you will be subject to further disciplinary action up to and including termination of your employment with AstraZeneca.

The Action Plan is not part of the "disciplinary" process, which focuses on misconduct. Rather, it is a performance issue. As such, the Employment Practices Team has developed the following recommended language:

During the Action Plan period and thereafter, I will review on a regular basis your performance relative to the conditions of this plan. We will meet on <date> to review your progress with the Action Plan objectives as outlined below. If you meet all of the expectations of this plan, you will be taken off the plan on <date>. Nevertheless, even after you are taken off this Plan your improved performance is expected to continue. If you fail to satisfactorily complete any assignment or meet any expectation set forth in this Plan during or after the specified period, you will be subject to **further action up to and including immediate termination of employment.**

Also, we have developed a Q&A document which we give to employees when they are placed on an action plan. I have attached that for your use as well.

Thanks!



Questions and
Answers Regardin...

1

**D469**

B416

Keith R. Black
Employment Practices

AstraZeneca Pharmaceuticals LP
1800 Concord Pike
FOC – CW2-904
Wilmington, DE  19850-5437

tel:  (302) 885-8191
fax:  (302) 885-9880
e-mail:  keith.black@astrazeneca.com


-----Original Message-----
**From:**      Kauffman, Deborah
**Sent:**      Thursday, August 14, 2003 10:14 AM
**To:**        Black, Keith R (HR)
**Subject:**   FW: Plan
**Importance:** High

As per my voicemail I would appreciate your perspective on this action plan as I anticipate a difficult process ahead.


-----Original Message-----
**From:**      Pritchard, Susan S
**Sent:**      Tuesday, August 12, 2003 6:31 PM
**To:**        Hellen, Jane; Bevis, Rachel A; Kauffman, Deborah
**Subject:**   Plan
**Importance:** High

As mentioned previously I continue to have performance discussions with Marybeth including today and have a formal time set up for discussions tomorrow as well.
Based on my documented discussions and suggested areas for improvement, I have drafted an Action Plan.

Any feedback you have would be appreciated.

Thanks
Susan

<< File: Action Plan 8-13-03.doc >>

Susan Pritchard
AstraZeneca - Hemostasis
Brand Communications Leader
tel  302.885.4430
fax 302.886.7586
susan.pritchard@astrazeneca.com

**D470**

**B417**

Fr   :       Hellen, Jane
S  .         Thursday, October 30, 2003 9:44 PM
To:          Bevis, Rachel A; Black, Keith R (HR); Broadway, Susan P; Austin-Jones, Georgina
Subject:     RE: Jan Date updated Medical Appts. Time

Keith,

This is entirely over the top.  On one hand Marybeth has had complaints she's not promoted, on the other she wants compensation for weekend work which is required of her position. I'll agree with the date of program through January as communicated through Susan.

Jane


-----Original Message-----
**From:**      Bevis, Rachel A
**Sent:**      Tuesday, October 28, 2003 2:00 PM
**To:**        Black, Keith R (HR); Broadway, Susan P; Austin-Jones, Georgina
**Cc:**        Hellen, Jane
**Subject:**   RE: Jan Date updated Medical Appts. Time

Please note the expansion of hours
12 hours in the evening ????
24 hours  a day , she is counting sleeping hours etc. This is a huge leap in terms of hours actually worked.

  achel Bevis
Dir Marketing Communications
Alapocas 3B-521
Tel  302-885-3049
 800-456-3669 X 53049


-----Original Message-----
**From:**      Black, Keith R (HR)
**Sent:**      Monday, October 27, 2003 3:27 PM
**To:**        Broadway, Susan P; Austin-Jones, Georgina
**Cc:**        Bevis, Rachel A; Hellen, Jane
**Subject:** RE: Jan Date updated Medical Appts. Time

There is no policy granting comp time – I believe some departments have their own informal guidelines, but there is no AZ policy – my understanding is that evening and weekend work is part of the job for that role, just as it is for PSSs in the field.

Also, clarify that you did not deny her the right to go to her dental appointment, you simply advised her that it would count as an occurrence under the Attendance Policy. She chose to reschedule. Also, had she given you advance notice, you might have been able to work with her to accommodate that need.

Keith R. Black
Employment Practices

AstraZeneca Pharmaceuticals LP
1800 Concord Pike
FOC – CW2-904
Wilmington, DE  19850-5437

1

**D716**

**B418**

tel: (302) 885-8191
fax: (302) 885-0971
e-mail: keith.black@astrazeneca.com

-----Original Message-----
**From:** Broadway, Susan P
**Sent:** Monday, October 27, 2003 3:24 PM
**To:** Black, Keith R (HR); Austin-Jones, Georgina
**Cc:** Bevis, Rachel A; Hellen, Jane
**Subject:** FW: Jan Date updated Medical Appts. Time
**Importance:** High

I am going to need assistance here. I didn't think we had a official policy granting comp time for business travel. Can you advise?
thanks
Susan

-----Original Message-----
**From:** Farrell, Marybeth
**Sent:** Monday, October 27, 2003 2:49 PM
**To:** Broadway, Susan P
**Subject:** FW: Jan Date updated Medical Appts. Time

Susan: Note the below January 28th date correction.

Marybeth

-----Original Message-----
**From:** Farrell, Marybeth
**Sent:** Monday, October 27, 2003 2:47 PM
**To:** Broadway, Susan P
**Subject:** Medical Appts. Time

Susan:

Since we are tracking and accounting for each hour of the workday and time-at-work versus time paid for work versus time out of the office for medical appointments or other needed healthcare appointments, I want to discuss this afternoon how AstraZeneca will compensate me for the below hours, for which I was away from home and working on my own personal time on company-required program attendance, or company business events:

| Event and Date | Comp Time Due to Marybeth Farrell |
|---|---|
| ACCME Dallas January 28th, 29th, 30th Hours (Tues, Weds, Thrs) | 3 Personal evenings @ 12 Hours each = 36 |
| ACC Chicago    March 29, 30, 31, April 1, 2 Hours | 2 Weekend Days/Nights @ 24 Hours each = 48 |
| Saturday, Sunday, Monday, Tues, Weds Hours | 3 Personal evenings @ 12 Hours each = 36 |
| Managed Care Advisory Board July 18, 19 (Friday, Saturday) Columbus, Ohio | 1 Personal eveninig @ 12 Hours each = 12 Hours<br>1 Weekend Day @ 12 Hours each = 12 Hours |
| Coag Clinic Advisory Board August 8, 9 Hours Philadelphia (Friday, Saturday) | 1 Personal evening @ 12 Hours each = 12<br>1 Weekend Day @ 12 Hours each = 12 Hours |
| Clinic Speakers Bureau Training Sept. 18, 19 Chicago (Thursday, Friday) | 1 Personal evening @ 12 Hours each = 12 Hours<br>1 Personal evening (1/2) @ 6 Hours each = 6 Hours |
| **Total Compensation Due To M.Farrell:** | **186 Hours** |

2

**D717**

B419

We can discuss this afternoon how AstraZeneca plans to make me whole for this investment of my personal time for company programs, particularly since you are denying me one to two hours of out-of-office time which I make up for in staying later or coming in earlier in order to obtain needed medical care.

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE  19850-5437
Phone: 302/885-1854
email:  marybeth.farrell2@astrazeneca.com

3

D718

B420

From:              Farrell, Marybeth
nt:                Thursday, January 02, 2003 9:50 AM
To:                Brangman, Debbie
Subject:           '2002 Absence Tracker11.xls



'2002 Absence
Tracker11.xls
                   Debbie:

Hi, and happy new year!  Attached please find my completed vacation tracker for 2002. I have 6 days of vacation remaining and would like to carry over as many of those as I can into 2003 (not sure how many we are allowed to carry).

Many thanks. Hope you had a very happy holiday!  I look forward to seeing you on Monday at the Buddy Feld workshop -- it sounds like it will be really interesting.

Best Wishes,

Marybeth Farrell

**D2191**

7

**B421**

# 2002 ABSENCE HISTORY

| Employee Name: | Marybeth Farrell | | | | | | Vacation Days Earned | 20 | | Vacation Days remaining | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Banked Vacation | 0 | | Banked Days remaining | 0 |
| SSN# | 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 | | | | | | Floating Holidays | 4 | | Floating Holidays remaining | 4 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | H | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | V | V | V | V | V | V | V | V | B |
| July | B | B | B | H | H | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | H | H | | |
| December | | V | V | V | V | V | V | | | | | | | | | | | | | | | | V | V | H | V | V | | | | |

| Vacation | V | | Sick Day | S | 14 | 0 | 0 | Jury Duty | J | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Banked Vacation | BV | | Personal Day | P | 0 | 0 | 0 | LT Disability Leave | L | 0 | 0 |
| Floating Holiday | F | | Childcare Leave | C | 0 | 0 | 0 | Family Leave | M | 0 | 0 |
| | | | | | | | | Bereavement Leave | B | 4 | 4 |

D2192

B422

From:         Charles, Gin L
Sent:         Thursday, January 17, 2002 2:33 PM
To:           Renk, Amy
Subject:      Feedback:  Marybeth Farrell

Hi Amy,

Sorry I missed your deadline of yesterday.  I am just drowning and want to give this the thought and consideration Marybeth deserves.  Here is my best shot at providing, what I hope will be, valuable feedback.

CONTRIBUTIONS:  are numerous!
- Audios:  Marybeth is on the core audio team, which means creative development, content, reviews, etc.  She has and is working on two of these, in differing stages of development.
- Job Aids have been developed and will be disseminated from HQ. These have been developed with a cross-functional perspective and again, MB was instrumental from beginning to end.
- Workshop on Independent Programs:  Marybeth was responsible for the development of this including scenarios, facilitator guides, job aids.  She was the leader and sought out other opinions and perspectives, arranged the meetings for reviewing, etc.
- Reviewer of all other initiatives that go out from POTACT to ensure that PREP has been taken into account.

MOST EFFECTIVE AREAS:  MB is most effective in her thoroughness and knowledgeable of PREP--the policies, the procedures, the processes.  She is also effective in terms of always meeting deadlines and always volunteering for additional work, which greatly aids the progress of POTACT's initiatives.

COULD BE MORE EFFECTIVE:  Amy, this is honestly a very difficult question for me to answer simply because MB is always seeking to learn new things.  She has approached me and we are meeting one on one to discuss my role and career development options for her.  Therefore, I would say she could be more effective with a broader understanding of the sales organization in terms of sales ops, the field, policies, etc. BUT she has taken every opportunity, created her own opportunities and is doing all she can to broaden her knowledge and experience level.

AZ CULTURAL ATTRIBUTES:  This is not an easy way out answer, but from all the things described above, PLUS MB's behavior, attitude and demeanor, MB successfully demonstrates all of the AZ cultural attributes, e.g.
- Helping others succeed:  from my successes with POTACT, to the field's successes in better understanding policy, procedures, she gets 100% from me.
- Take the lead and make a difference:  On every initiative, whether she is the leader or part of the team, MB is always offering ideas, suggestions, process improvements, many of which are adopted, such as passing on information and documents to POTACT that touch on policy and that otherwise would not have found their way to our group for review.
- Sets ambitious goals and exceeds them:  based on MB's output with POTACT, she could not be viewed as anything other than ambitious in her quest for knowledge, experience and in being a team player.  She is the top producer on POTACT--a group of 16 members.  Quite frankly, I do not know how she gets it all done, still smiles, still has that "can do" attitude AND produces quality work.  She gets 100% from me.
- Focus relentlessly on customer excellence:  again, never a question that whether internal or external customers, MB gives 100% and never loses site of who the customer is.  She is always open to feedback on her initiatives, hears others' perspectives, and after discussion/questions/consideration, adopts the recommended changes if they are valid.  In the few instances when they may not be, she eloquently expresses why she feels it should be done differently--and is convincing.  Again 100% rating from me.

D2636

SUGGESTIONS FOR PROFESSIONAL OR PERSONAL DEVELOPMENT: another tricky question for me because (1) professionally, she is doing everything to increase her exposure, knowledge and broaden her experience. (2) personal development is too vague for me to comment on without some examples other than to say she is prompt, professional, courteous, cheerful, flexible, dependable. The only thing I can offer is that as her knowledge grows, her confidence will. This is not to say she lacks confidence, but rather she is realistically cautious when subjects are broached that she has little or no knowledge about. This comes across at times because she states her perspective, her opinion and then feels the need to justify or defend it, which is not necessary. She has proven to be an invaluable member of the team; her opinions and insights are valid and respected. Therefore, she could minimize somewhat her explanations.

ADDITIONAL COMMENTS: Amy, I am not sure I have addressed your questions in exactly the way you wish, but will say that (1) because of MB I have a better understanding for and appreciate of PREP (2) I enjoy working with her and especially her constant, cheerful, professional demeanor (3) she is a tremendous producer (4) her output is thorough and professional (5) she is eager to learn and to contribute. You are extremely fortunate to have such an ambassador for PREP in our cross-functional setting. I am even more fortunate to have her on the team.

Let me know if you wish to further discuss any of this, or if I may be of further assistance.

Thank you for the opportunity to contribute feedback on her performance.


Virginia "GIN" Charles
Integration Manager
Sales Operations
Fairfax, FOP 3rd Floor, #317
Tel:  302-886-4971
Fax:  302-886-4693

D2637

B424

| | |
|---|---|
| **From:** | Adelman, Michael |
| **Sent:** | Friday, January 25, 2002 5:26 PM |
| **To:** | Renk, Amy |
| **Subject:** | FW: Performance Feedback for Marybeth Farrell |

| | |
|---|---|
| **Sensitivity:** | Confidential |

| | |
|---|---|
| **Follow Up Flag:** | Reply |
| **Due By:** | Wednesday, January 16, 2002 5:00 PM |
| **Flag Status:** | Flagged |

*Amy - Sorry this is late!!! I hope it's useful.*

*Mike Adelman*
*AstraZeneca Pharmaceuticals, LP*
*CRESTOR Field Readiness Leader*
*610/695-4026*

**FOR INTERNAL USE ONLY**

-----Original Message-----
**From:** Renk, Amy
**Sent:** Wednesday, January 09, 2002 6:08 PM
**To:** Adelman, Michael
**Subject:** Performance Feedback for Marybeth Farrell
**Sensitivity:** Confidential

Mike -

You have been identified as someone that Marybeth Farrell has worked with in 2001 outside of our department that could provide feedback regarding her performance. To assist with the Field PREP Performance Management process, I would appreciate your comments regarding your interactions with Marybeth in 2001. I feel that with your input, as an internal customer, I will more appropriately be able to complete the review process and provide Marybeth with direction for 2002 to better support you and our customers

Thank you for your participation and I look forward to receiving your response.

- Briefly describe contributions that facilitated the achievement of your business objectives:
  - *Marybeth really helped to jump-start the product team's consultation of the field for various PREP activities.*
  - *She also has encouraged the product team's PREP personnel to use existing infrastructure where possible.*
  - *Arranged for Lecture Bureau visit to help acclimate product team PREP personnel with key vendor.*

**D2640**

B425

- In what areas is Marybeth most effective?
  - *Marybeth is a very good communicator - she always seems to keep all of the right people consistently informed.*

- Describe areas in which she could be more effective (please provide specific examples):
  - *Hard to say with relatively so little interaction, although I recommend a number of field days with PSSs with all who support field efforts.*

- Describe ways in which she has demonstrated AZ cultural attributes:
  - *Marybeth seems to take a sincere interest in helping others succeed - she's eager to leverage the varied backgrounds of all involved with given project.*

- Please offer suggestions for professional or personal development:

- Additional Comments:


Please return by e-mail to me on or before January 16, 2002.. ***Your feedback will be completely confidential.***  Thank you!

*Amy Renk*
*Professional Education Leader, Field Programs*
*AstraZeneca LP*
*phone:  302-886-8734*
*amy.renk@astrazeneca.com*


**D2641**

## CERTIFICATE OF SERVICE

I, John M. LaRosa, Esquire, being a member of the Bar of this Court, do hereby certify that on

May 17, 2005, I electronically filed this **APPENDIX** to **PLAINTIFF'S ANSWERING BRIEF IN**

**OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the

Court using CM/ECF which will send notification of such filing to the following:

> Sheldon N. Sandler, Esquire
> **YOUNG CONAWAY STARGATT & TAYLOR LLP**
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, Delaware 19801-0391
> ssandler@ycst.com

> **/s/ John M. LaRosa**
> **JOHN M. LaROSA, ESQ. (#4275)**

cc:    Thomas S. Neuberger, Esquire
       Stephen J. Neuberger, Esquire
       Ms. Marybeth Farrell

iv