# YOUNG CONAWAY STARGATT & TAYLOR, LLP

SHELDON N. SANDLER
DIRECT DIAL: (302) 571-6673
DIRECT FAX: (302) 576-3330
ssandler@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

July 13, 2005

**BY CM/ECF**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
Lock Box 10
844 King Street
U.S. Courthouse
Wilmington, DE 19801

RE:   **Farrell v. AstraZeneca Pharmaceuticals, LP**
      **C.A. No. 04-285 KAJ**

Dear Judge Jordan:

Pursuant to Local Rule 7.1.2(c), I respectfully call Your Honor's attention to Kautz v. Met-Pro Corporation, a Third Circuit opinion that was issued on June 17, 2005, after briefing of Defendant's Motion For Summary Judgment was completed. A copy of that decision is attached. The case reviews the standard for avoiding summary judgment in employment cases and points out that a plaintiff must demonstrate that "each of the employer's proffered non-discriminatory reasons… was either a post-hoc fabrication or otherwise did not actually motivate the employment action." Slip Op. at 6. A plaintiff must "present evidence contradicting the core facts put forward by the employer as the legitimate reason for its decision." Slip Op. at 7. The Court also points out that except in some unusual situations not relevant to our case, a court "will not second guess the method an employer uses to evaluate its employees." Id. In the present case, the Plaintiff has asserted that the numerous documented criticisms made of her before her FMLA leave occurred were fabrications, and she has attacked the criteria used by the Defendant to evaluate her performance. The Kautz case is helpful in assessing whether the Plaintiff has met her burden in attempting to show pretext.

Respectfully submitted,

Sheldon N. Sandler
Bar I.D. 245

SNS:sde
Attachment
cc:   Clerk, District Court (by hand)
      Thomas S. Neuberger, Esquire (by CM/ECF)
      Stephen J. Neuberger, Esquire (by CM/ECF)