IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 AUG -1  AM 11: 58

| | |
|---|---|
| MARYBETH FARRELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASTRAZENECA PHARMACEUTICALS )<br>LP, )<br>)<br>Defendant. ) | Civil Action No. 04-285-KAJ |

### ORDER

At Wilmington this **1st** day of **August, 2005**,

IT IS ORDERED that the pretrial conference presently set for **September 12, 2005 at 4:30 p.m.** is hereby rescheduled to **September 16, 2005 at 2:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE