IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL,<br><br>    Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-285-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons set forth in the Memorandum Opinion of today's date in this matter,

IT IS HEREBY ORDERED that Defendant's motion for summary judgment (Docket Item 37) is GRANTED as to Count V of the Complaint, which alleges a violation of Plaintiff's rights under the Consolidated Omnibus Budget Reconciliation Act of 1986, and DENIED in all other respects.

UNITED STATES DISTRICT JUDGE

September 2, 2005
Wilmington, Delaware