IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MARYBETH FARRELL,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 04-285 KAJ |
| | : | |
| **ASTRAZENECA PHARMACEUTICALS LP,** | : | |
| a Delaware corporation, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on September 16, 2005, I caused two (2) copies of **PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**, and two (2) copies of **PLAINTIFF'S SIXTH SUPPLEMENTAL RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** to be sent via fax and first class mail, postage prepaid to the following:

> Sheldon N. Sandler, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 576-3330 (fax)

> /s/ John M. LaRosa
> **JOHN M. LaROSA, ESQUIRE**

cc:   Thomas S. Neuberger, Esquire (via hand delivery)
      Ms. Marybeth Farrell (via first class mail)