# THOMAS C. BORZILLERI, PH.D.
ECONOMIC CONSULTANT
Three Democracy Center
6905 Rockledge Drive, Suite 600
Bethesda, Maryland 20817

---

Telephone: 202-862-3630
Facsimile: 202-862-3634

January 31, 2005

TO: John M. LaRosa Esq.

FROM: Tom Borzilleri    *Thomas C. Borzilleri*
RE: Farrell

You have asked me to calculate the present value of the difference between the pension Marybeth Farrell earned with AstraZeneca Pharmaceuticals to the date of her termination and the pension she would have earned had she remained employed with them until her retirement age, age 65. I place that after-tax difference at $334,808.

An additional adjustment is required to account for the taxation on any award she receives. Assuming a 25% rate of taxation on the award, the compensation amount must be multiplied by 1.3333. Hence she needs $446,412 in compensation to make up for the difference in the two pension amounts.

Ms. Farrell was born on June 4, 1959. Ms. Farrell joined the firm on February 7, 1994 and was terminated on January 23, 2004 with approximately 9.97 years of service.

**Benefit Earned to Termination:** A document prepared by AstraZeneca states *"Upon your termination of employment at AstraZeneca Pharmaceuticals LP, you earned sufficient service under the terms of the AstraZeneca Defined Benefit Plan to be considered vested. As a result, you are entitled to receive a monthly benefit of $1,179.73 beginning on the first of the month following your normal retirement date of June 30, 2004."* I used this amount, $14,157, per year in my calculations.

**Benefit Earned Without Termination:** A Personalized Benefits Statement prepared by AstraZeneca estimates the benefit Ms. Farrell would have looked forward to had she not been terminated. Based on her employment records with the company and assumptions selected by the company, AstraZeneca calculates that her benefit would have been $91,300 a year at age 65.

## Valuation

These benefits have been valued with the use of the Pension Benefit Guaranty Corporation Methodology (PBGC)[1]. I establish the approximate, current market price to purchase annuity benefits in financial markets equal to the retirement benefits Ms. Farrell earned and would have earned with her employer.

## The PBGC Annuity Price Methodology

The PBGC Annuity Price Methodology is a method of distributing information to analysts concerning the current market prices of annuity contracts. The advantage to the use of PBGC is its objectivity: values do not depend upon the analysts' opinion of future interest rates or rates of return on investments. Accordingly, a valuation said to be performed using the PBGC Methodology carries an "imprimatur" as an objective estimate of the present value of pension rights unrelated to subjective opinion.

Each month the PBGC surveys annuity companies and derives the average price (the present value) of annuities of different duration. Rather than publish a long list of prices for each sex, each age, and each retirement date, PBGC summarizes the information in a particular "compact" format.

Knowing the annuity price (present value) directly from the survey, PBGC solves for two discount rates which when applied to the GAM83 mortality table, produces that annuity price (present value). If all analysts rely on that same GAM83 mortality table, then using PBGC's two-tiered discount rates will produce exactly the same prices as found in the survey. The result is the distribution of survey results by disseminating only two discount rates instead of pages of survey results. Use of the PBGC Methodology permits the derivation of an objective and reasonably accurate benchmark value for the pension at issue.

Spreadsheets are attached showing the calculations. If you have any additional questions, please let me know.

---

[1] United States Government, *Code of Federal Regulations*, 29 CFR Parts 2619 & 2676, Washington, D.C., September 28, 1993.

Pension Loss Estimates

| PENSION SUMMARY SHEET | | |
|---|---|---|
| Date of Analysis: | 28-Jan-05 | Pension Losses: $334,808 |
| Name: | Farrell | |
| Attorney' Name: | LaRosa | |
| Income Replaced: | After-Tax | |

| | | | | |
|---|---|---|---|---|
| | | | | $0 |
| PAST LOSSES: | 12/31/2004 | To: | 12/31/2004 | |
| FUTURE LOSSES: | 1/1/2005 | To: | 6/3/2024 | |

Annuity Value of Net Future Losses, PBGC Taxable Annuity Price: $297,889
Annuity Value of Approximate Tax on Compensation: 12.39% $36,920
Current Market Price to Buy Annuity equal to Future losses, Payment Stream Only: $334,808

MARKET PRICE TO REPLACE FUTURE LOSSES, MONTH OF: Jan-05 $334,808

DATA, ASSUMPTIONS, IMPLIED GROWTH
    Pension Benefit at Loss Start Date: 03-Jun-24 $91,300
    Pension Benefit as of Today, No Injury: 28-Jan-05 $14,157

PBGC Instruction Set, Rate for First 20 Years 4.10%   PBGC Rate Years Thereafter: 4.75%
    Alternative Used for Analysis, Direct Discounting: #N/A
    Annuity Price with Tax Adjustment Comparable to Tax-Free Bond Yield of: 4.30%

| | | | |
|---|---|---|---|
| Date of Birth of Party: | 04-Jun-59 | Date Injury First Caused Reduction in Pension | 03-Jun-24 |
| Pension Age | 65.00 Pension Age, End of Yr. | 65.00 Exact Age on Analysis Date: | 45.65 |
| | Date of Injury | 1/23/2004 Exact Age when Injured: | 44.64 |
| | Normal Life Expectancy, PBGC Life Tables, 83 Group Annuity Mortality Table, At Injury | | 38.96 |
| | Normal Life Expectancy, PBGC Life Tables, 83 Group Annuity Mortality Table, Today: | | 38.96 |
| | | Reported Life Expectancy at Injury: | 38.96 |

TAXES
Average Effective Earned Income Tax Rate, No Event, State & Federal: 10.23%
Average Effective Earned Income Tax Rate, Event, State & Federal: #DIV/0!
Marginal Tax Rate on Compensation, State & Federal: 5.98%
Average Tax Rate including Compensation, State & Federal: 4.75%

Pension Loss Estimates

## PAST & EXPECTED PENSION LOSSES

| Year | SSA Nominal Pension Growth No Injury | Age | Gross Pension 2005$ | Converted To Current Dollars | Estimated Taxes on Pension | Pension But For Injury | Pension Growth Injured | Gross Pension Injured | Estimated Taxes on Pension | Pension Given Injury | Estimated Losses Current $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | $8,178 | $0 | $8,178 | $37,918 |
| 2024 | | 65.58 | $31,982 | $52,743 | $6,647 | $46,096 | 73.1% | $14,157 | $0 | $14,157 | $62,881 |
| 2025 | 73.1% | 66.58 | $53,854 | $91,300 | $14,263 | $77,037 | 0.0% | $14,157 | $0 | $14,157 | $62,948 |
| 2026 | 0.0% | 67.58 | $52,388 | $91,300 | $14,195 | $77,105 | 0.0% | $14,157 | $0 | $14,157 | $63,018 |
| 2027 | 0.0% | 68.58 | $50,961 | $91,300 | $14,126 | $77,174 | 0.0% | $14,157 | $0 | $14,157 | $63,089 |
| 2028 | 0.0% | 69.58 | $49,573 | $91,300 | $14,054 | $77,246 | 0.0% | $14,157 | $0 | $14,157 | $63,162 |
| 2029 | 0.0% | 70.58 | $48,222 | $91,300 | $13,981 | $77,319 | 0.0% | $14,157 | $0 | $14,157 | $63,238 |
| 2030 | 0.0% | 71.58 | $46,909 | $91,300 | $13,906 | $77,394 | 0.0% | $14,157 | $0 | $14,157 | $63,315 |
| 2031 | 0.0% | 72.58 | $45,631 | $91,300 | $13,828 | $77,472 | 0.0% | $14,157 | $0 | $14,157 | $63,395 |
| 2032 | 0.0% | 73.58 | $44,388 | $91,300 | $13,749 | $77,551 | 0.0% | $14,157 | $0 | $14,157 | $63,477 |
| 2033 | 0.0% | 74.58 | $43,179 | $91,300 | $13,667 | $77,633 | 0.0% | $14,157 | $0 | $14,157 | $63,561 |
| 2034 | 0.0% | 75.58 | $42,003 | $91,300 | $13,583 | $77,717 | 0.0% | $14,157 | $0 | $14,157 | $63,647 |
| 2035 | 0.0% | 76.58 | $40,859 | $91,300 | $13,496 | $77,804 | 0.0% | $14,157 | $0 | $14,157 | $63,814 |
| 2036 | 0.0% | 77.58 | $39,746 | $91,300 | $13,329 | $77,971 | 0.0% | $14,157 | $0 | $14,157 | $64,024 |
| 2037 | 0.0% | 78.58 | $38,664 | $91,300 | $13,119 | $78,181 | 0.0% | $14,157 | $0 | $14,157 | $64,240 |
| 2038 | 0.0% | 79.58 | $37,611 | $91,300 | $12,903 | $78,397 | 0.0% | $14,157 | $0 | $14,157 | $64,463 |
| 2039 | 0.0% | 80.58 | $36,586 | $91,300 | $12,681 | $78,619 | 0.0% | $14,157 | $0 | $14,157 | $64,691 |
| 2040 | 0.0% | 81.58 | $35,590 | $91,300 | $12,452 | $78,848 | 0.0% | $14,157 | $0 | $14,157 | $64,926 |
| 2041 | 0.0% | 82.58 | $34,620 | $91,300 | $12,217 | $79,083 | 0.0% | $14,157 | $0 | $14,157 | $65,167 |
| 2042 | 0.0% | 83.58 | $33,677 | $91,300 | $11,976 | $79,324 | 0.0% | $14,157 | $0 | $14,157 | $65,416 |
| 2043 | 0.0% | 84.58 | $32,760 | $91,300 | $11,728 | $79,572 | 0.0% | $14,157 | $0 | $14,157 | $65,671 |
| 2044 | 0.0% | 85.58 | $31,868 | $91,300 | $11,472 | $79,828 | 0.0% | $14,157 | $0 | $14,157 | $65,933 |
| 2045 | 0.0% | 86.58 | $31,000 | $91,300 | $11,210 | $80,090 | 0.0% | $14,157 | $0 | $14,157 | $66,203 |
| 2046 | 0.0% | 87.58 | $30,155 | $91,300 | $10,940 | $80,360 | 0.0% | $14,157 | $0 | $14,157 | $66,480 |
| 2047 | 0.0% | 88.58 | $29,334 | $91,300 | $10,663 | $80,637 | 0.0% | $14,157 | $0 | $14,157 | $66,765 |
| 2048 | 0.0% | 89.58 | $28,535 | $91,300 | $10,378 | $80,922 | 0.0% | $14,157 | $0 | $14,157 | $67,058 |
| 2049 | 0.0% | 90.58 | $27,758 | $91,300 | $10,085 | $81,215 | 0.0% | $14,157 | $0 | $14,157 | $67,359 |
| 2050 | 0.0% | 91.58 | $27,002 | $91,300 | $9,784 | $81,516 | 0.0% | $14,157 | $0 | $14,157 | $67,669 |
| 2051 | 0.0% | 92.58 | $26,266 | $91,300 | $9,474 | $81,826 | 0.0% | $14,157 | $0 | $14,157 | $67,987 |
| 2052 | 0.0% | 93.58 | $25,551 | $91,300 | $9,156 | $82,144 | 0.0% | $14,157 | $0 | $14,157 | $68,314 |
| 2053 | 0.0% | 94.58 | $24,855 | $91,300 | $8,829 | $82,471 | 0.0% | $14,157 | $0 | $14,157 | $68,651 |
| 2054 | 0.0% | 95.58 | $24,178 | $91,300 | $8,493 | $82,807 | 0.0% | $14,157 | $0 | $14,157 | $68,996 |
| 2055 | 0.0% | 96.58 | $23,520 | $91,300 | $8,147 | $83,153 | 0.0% | $14,157 | $0 | $14,157 | $69,352 |
| 2056 | 0.0% | 97.58 | $22,879 | $91,300 | $7,791 | $83,509 | 0.0% | $14,157 | $0 | $14,157 | $69,717 |
| 2057 | 0.0% | 98.58 | $22,256 | $91,300 | $7,426 | $83,874 | 0.0% | $14,157 | $0 | $14,157 | $70,093 |
| 2058 | 0.0% | 99.58 | $21,650 | $91,300 | $7,050 | $84,250 | 0.0% | $14,157 | $0 | $14,157 | $70,479 |
| 2059 | 0.0% | 100.58 | $21,060 | $91,300 | $6,664 | $84,636 | 0.0% | $14,157 | $0 | $14,157 | $70,876 |
| 2060 | 0.0% | 101.58 | $20,486 | $91,300 | $6,267 | $85,033 | 0.0% | $14,157 | $0 | $14,157 | $71,284 |
| 2061 | 0.0% | 102.58 | $19,928 | $91,300 | $5,859 | $85,441 | 0.0% | $14,157 | $0 | $14,157 | $71,704 |
| 2062 | 0.0% | 103.58 | $19,385 | $91,300 | $5,440 | $85,860 | 0.0% | $14,157 | $0 | $14,157 | $72,135 |
| 2063 | 0.0% | 104.58 | $18,857 | $91,300 | $5,008 | $86,292 | 0.0% | $14,157 | $0 | $14,157 | $72,578 |
| 2064 | 0.0% | 105.58 | $18,344 | $91,300 | $4,565 | $86,735 | 0.0% | $14,157 | $0 | $14,157 | $73,034 |
| 2065 | 0.0% | 106.58 | $17,844 | $91,300 | $4,109 | $87,191 | 0.0% | $14,157 | $0 | $14,157 | $73,502 |
| 2066 | 0.0% | 107.58 | $17,358 | $91,300 | $3,641 | $87,659 | 0.0% | $14,157 | $0 | $14,157 | $73,984 |
| 2067 | 0.0% | 108.58 | $16,885 | $91,300 | $3,159 | $88,141 | 0.0% | $14,157 | $0 | $14,157 | $74,479 |
| 2068 | 0.0% | 109.58 | $16,425 | $91,300 | $2,664 | $88,636 | 0.0% | $14,157 | $0 | $14,157 | $74,988 |
| 2069 | 0.0% | 110.58 | $15,978 | $91,300 | $2,155 | $89,145 | 0.0% | $14,157 | $0 | $14,157 | $75,511 |
| 2070 | 0.0% | 111.58 | $15,543 | $91,300 | $1,632 | $89,668 | 0.0% | $14,157 | $0 | $14,157 | $76,049 |
| 2071 | 0.0% | 112.58 | $15,120 | $91,300 | $1,094 | $90,206 | 0.0% | $14,157 | $0 | $14,157 | $76,602 |
| 2072 | 0.0% | 113.58 | $14,708 | $91,300 | $541 | $90,759 | 0.0% | $14,157 | $0 | $14,157 | $0 |
| 2073 | 0.0% | 114.58 | $0 | $0 | $0 | $0 | 0.0% | $0 | $0 | $0 | $0 |
| 2074 | 0.0% | 115.58 | $0 | $0 | | | 0.0% | | $0 | | |
| SUMS: | | | | $4,435,143 | $453,597 | | | | | | |

Pension Loss Estimates

| Year | PBGC RATES | Age | Estimated Losses Current $ | Actuarial Adjustment Current $ | Mkt.Value @ PBGC 2004$ | Adjustment Required Current $ | Payment Required Current $ | Actuarial Adjustment Current $ | Mkt. Value Tax Adjusted 2004$ | Cumulative Losses |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ANNUITY COST TO REPLACE LOST PENSION | | | | | |
| 2023 | 0.00% | 0.00 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| 2024 | 4.10% | 65.58 | $37,918 | $34,615 | $16,132 | $3,527 | $41,445 | $37,835 | $17,633 | $17,633 |
| 2025 | 4.75% | 66.58 | $62,881 | $56,826 | $22,463 | $9,144 | $72,025 | $65,089 | $25,729 | $43,363 |
| 2026 | 4.75% | 67.58 | $62,948 | $56,253 | $21,228 | $9,077 | $72,025 | $64,365 | $24,289 | $67,652 |
| 2027 | 4.75% | 68.58 | $63,018 | $55,618 | $20,037 | $9,007 | $72,025 | $63,567 | $22,900 | $90,552 |
| 2028 | 4.75% | 69.58 | $63,089 | $54,908 | $18,884 | $8,936 | $72,025 | $62,686 | $21,559 | $112,111 |
| 2029 | 4.75% | 70.58 | $63,162 | $54,115 | $17,767 | $8,862 | $72,025 | $61,708 | $20,260 | $132,371 |
| 2030 | 4.75% | 71.58 | $63,238 | $53,227 | $16,683 | $8,787 | $72,025 | $60,623 | $19,002 | $151,373 |
| 2031 | 4.75% | 72.58 | $63,315 | $52,237 | $15,631 | $8,710 | $72,025 | $59,423 | $17,781 | $169,154 |
| 2032 | 4.75% | 73.58 | $63,395 | $51,140 | $14,608 | $8,630 | $72,025 | $58,102 | $16,597 | $185,751 |
| 2033 | 4.75% | 74.58 | $63,477 | $49,935 | $13,617 | $8,548 | $72,025 | $56,660 | $15,451 | $201,202 |
| 2034 | 4.75% | 75.58 | $63,561 | $48,625 | $12,659 | $8,364 | $71,924 | $55,024 | $14,325 | $215,526 |
| 2035 | 4.75% | 76.58 | $63,647 | $47,213 | $11,734 | $8,142 | $71,789 | $53,253 | $13,235 | $228,761 |
| 2036 | 4.75% | 77.58 | $63,814 | $45,757 | $10,856 | $7,929 | $71,743 | $51,443 | $12,205 | $240,967 |
| 2037 | 4.75% | 78.58 | $64,024 | $44,224 | $10,017 | $7,719 | $71,743 | $49,556 | $11,224 | $252,191 |
| 2038 | 4.75% | 79.58 | $64,240 | $42,581 | $9,207 | $7,503 | $71,743 | $47,554 | $10,283 | $262,474 |
| 2039 | 4.75% | 80.58 | $64,463 | $40,823 | $8,427 | $7,280 | $71,743 | $45,434 | $9,379 | $271,853 |
| 2040 | 4.75% | 81.58 | $64,691 | $38,945 | $7,675 | $7,052 | $71,743 | $43,190 | $8,511 | $280,364 |
| 2041 | 4.75% | 82.58 | $64,926 | $36,946 | $6,951 | $6,817 | $71,743 | $40,825 | $7,680 | $288,044 |
| 2042 | 4.75% | 83.58 | $65,167 | $34,833 | $6,256 | $6,576 | $71,743 | $38,348 | $6,887 | $294,931 |
| 2043 | 4.75% | 84.58 | $65,416 | $32,619 | $5,593 | $6,327 | $71,743 | $35,774 | $6,134 | $301,065 |
| 2044 | 4.75% | 85.58 | $65,671 | $30,320 | $4,963 | $6,072 | $71,743 | $33,124 | $5,422 | $306,486 |
| 2045 | 4.75% | 86.58 | $65,933 | $27,961 | $4,369 | $5,810 | $71,743 | $30,425 | $4,754 | $311,241 |
| 2046 | 4.75% | 87.58 | $66,203 | $25,568 | $3,814 | $5,540 | $71,743 | $27,707 | $4,133 | $315,374 |
| 2047 | 4.75% | 88.58 | $66,480 | $23,171 | $3,300 | $5,263 | $71,743 | $25,005 | $3,561 | $318,935 |
| 2048 | 4.75% | 89.58 | $66,765 | $20,802 | $2,828 | $4,978 | $71,743 | $22,353 | $3,039 | $321,973 |
| 2049 | 4.75% | 90.58 | $67,058 | $18,494 | $2,400 | $4,685 | $71,743 | $19,786 | $2,568 | $324,541 |
| 2050 | 4.75% | 91.58 | $67,359 | $16,271 | $2,016 | $4,384 | $71,743 | $17,330 | $2,147 | $326,689 |
| 2051 | 4.75% | 92.58 | $67,669 | $14,157 | $1,675 | $4,074 | $71,743 | $15,010 | $1,775 | $328,464 |
| 2052 | 4.75% | 93.58 | $67,987 | $12,175 | $1,375 | $3,756 | $71,743 | $12,847 | $1,451 | $329,915 |
| 2053 | 4.75% | 94.58 | $68,314 | $10,339 | $1,114 | $3,429 | $71,743 | $10,858 | $1,170 | $331,085 |
| 2054 | 4.75% | 95.58 | $68,651 | $8,662 | $891 | $3,092 | $71,743 | $9,052 | $932 | $332,016 |
| 2055 | 4.75% | 96.58 | $68,996 | $7,154 | $703 | $2,747 | $71,743 | $7,439 | $731 | $332,747 |
| 2056 | 4.75% | 97.58 | $69,352 | $5,821 | $546 | $2,391 | $71,743 | $6,022 | $565 | $333,312 |
| 2057 | 4.75% | 98.58 | $69,717 | $4,664 | $418 | $2,026 | $71,743 | $4,799 | $430 | $333,742 |
| 2058 | 4.75% | 99.58 | $70,093 | $3,667 | $313 | $1,650 | $71,743 | $3,754 | $321 | $334,063 |
| 2059 | 4.75% | 100.58 | $70,479 | $2,824 | $230 | $1,264 | $71,743 | $2,875 | $235 | $334,297 |
| 2060 | 4.75% | 101.58 | $70,876 | $2,135 | $166 | $867 | $71,743 | $2,161 | $168 | $334,466 |
| 2061 | 4.75% | 102.58 | $71,284 | $1,580 | $118 | $459 | $71,743 | $1,590 | $118 | $334,584 |
| 2062 | 4.75% | 103.58 | $71,704 | $1,143 | $81 | $39 | $71,743 | $1,144 | $81 | $334,665 |
| 2063 | 4.75% | 104.58 | $72,135 | $806 | $55 | $0 | $72,135 | $806 | $55 | $334,720 |
| 2064 | 4.75% | 105.58 | $72,578 | $552 | $36 | $0 | $72,578 | $552 | $36 | $334,755 |
| 2065 | 4.75% | 106.58 | $73,034 | $366 | $23 | $0 | $73,034 | $366 | $23 | $334,778 |
| 2066 | 4.75% | 107.58 | $73,502 | $234 | $14 | $0 | $73,502 | $234 | $14 | $334,792 |
| 2067 | 4.75% | 108.58 | $73,984 | $143 | $8 | $0 | $73,984 | $143 | $8 | $334,800 |
| 2068 | 4.75% | 109.58 | $74,479 | $82 | $4 | $0 | $74,479 | $82 | $4 | $334,804 |
| 2069 | 4.75% | 110.58 | $74,988 | $44 | $2 | $0 | $74,988 | $44 | $2 | $334,806 |
| 2070 | 4.75% | 111.58 | $75,511 | $21 | $1 | $0 | $75,511 | $21 | $1 | $334,808 |
| 2071 | 4.75% | 112.58 | $76,049 | $9 | $0 | $0 | $76,049 | $9 | $0 | $334,808 |
| 2072 | 4.75% | 113.58 | $76,602 | $3 | $0 | $0 | $76,602 | $3 | $0 | $334,808 |
| 2073 | 4.75% | 114.58 | $77,143 | $1 | $0 | $0 | $77,143 | $1 | $0 | $334,808 |
| 2074 | 4.75% | 115.58 | $77,143 | $0 | $0 | $0 | $77,143 | $0 | $0 | $334,808 |
| SUMS: | | | | $1,170,611 | $297,889 | | | $1,305,998 | $334,808 | |