IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-285-KAJ |
| ASTRAZENECA PHARMACEUTICALS LP, | ) ) ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington this 20th day of October, 2005,

For the reasons set forth by the Court during the teleconference held on October 19, 2005,

IT IS HEREBY ORDERED that plaintiff's motion to quash subpoena or in the alternative, for a protective order (D.I. 63) is DENIED.

_____
UNITED STATES DISTRICT JUDGE