IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARYBETH FARRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.04-285-KAJ |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS, LP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF DEPOSITION

TO:    John M. LaRosa Esquire           Thomas S. Neuberger, Esquire
       Law Office of John M. LaRosa     Stephen J. Neuberger, Esquire
       Two East 7th Street, Suite 302   The Neuberger Firm
       Wilmington, DE 19801-3707        Two East Seventh Street, Suite 302
                                        Wilmington, DE 19801-3707

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant will take the deposition of the person or persons designated by GlaxoSmithKline as the person most knowledgeable about the topics outlined in the attached subpoena. This deposition shall commence on October 28, 2005, at 9:00 a.m., in the law offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673, 571-6676
Facsimile: (302) 576-3330, 576-3286
Email: ssandler@ycst.com; tcheek@ycst.com
Attorneys for Defendant

Dated:   October 21, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2005, I electronically filed a true and correct copy of the foregoing Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| John M. LaRosa, Esquire | Thomas S. Neuberger, Esquire |
| Law Office of John M. LaRosa | Stephen J. Neuberger, Esquire |
| Two East 7th Street, Suite 302 | The Neuberger Firm |
| Wilmington, DE 19801-3707 | Two East Seventh Street, Suite 302 |
| | Wilmington, DE 19801-3707 |

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          /s/ Sheldon N. Sandler
                          Sheldon N. Sandler, Esquire (No. 245)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          P.O. Box 391
                          Wilmington, Delaware 19899-0391
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253
                          Email: ssandler@ycst.com
                          Attorneys for Defendant

Dated: October 21, 2005