IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.04-285-KAJ |
| | ) |
| ASTRAZENECA PHARMACEUTICALS, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

RENOTICE OF DEPOSITION *DUCES TECUM*

TO:   John M. LaRosa Esquire         Thomas S. Neuberger, Esquire
      Law Office of John M. LaRosa    Stephen J. Neuberger, Esquire
      Two East 7th Street, Suite 302  The Neuberger Firm
      Wilmington, DE 19801-3707       Two East Seventh Street, Suite 302
                                      Wilmington, DE 19801-3707

PLEASE TAKE NOTICE that Defendant will take the deposition of MARYBETH FARRELL on November 10, 2005, at 1:00 p.m., in the law offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, DE 19801. Ms. Farrell is to bring with her to the deposition any and all documents relating to her new employment, including but not limited to, offer letters, employment agreements, summary plan descriptions, handbooks, and manuals.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673, 571-6676
Facsimile: (302) 576-3330, 576-3286
Email: ssandler@ycst.com; tcheek@ycst.com
Attorneys for Defendant

Dated:   October 26, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2005, I electronically filed a true and correct copy of the foregoing Renotice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| John M. LaRosa, Esquire | Thomas S. Neuberger, Esquire |
| Law Office of John M. LaRosa | Stephen J. Neuberger, Esquire |
| Two East 7th Street, Suite 302 | The Neuberger Firm |
| Wilmington, DE 19801-3707 | Two East Seventh Street, Suite 302 |
| | Wilmington, DE 19801-3707 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email:  ssandler@ycst.com
Attorneys for Defendant

Dated:   October 26, 2005