IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.04-285-KAJ |
| | ) |
| ASTRAZENECA PHARMACEUTICALS, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### RENOTICE OF DEPOSITION

TO:  John M. LaRosa Esquire          Thomas S. Neuberger , Esquire
     Law Office of John M. LaRosa    Stephen J. Neuberger, Esquire
     Two East 7th Street, Suite 302  The Neuberger Firm
     Wilmington, DE 19801-3707       Two East Seventh Street, Suite 302
                                     Wilmington, DE 19801-3707

PLEASE TAKE NOTICE that the deposition of the GlaxoSmithKline 30(b)(6) witness has been rescheduled to November 7, 2005, at 10:00 a.m., in the law offices of Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19014.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673, 571-6676
Facsimile: (302) 576-3330, 576-3286
Email: ssandler@ycst.com; tcheek@ycst.com
Attorneys for Defendant

Dated: October 28, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2005, I electronically filed a true and correct copy of the foregoing **Renotice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| John M. LaRosa, Esquire | Thomas S. Neuberger, Esquire |
| Law Office of John M. LaRosa | Stephen J. Neuberger, Esquire |
| Two East 7th Street, Suite 302 | The Neuberger Firm |
| Wilmington, DE 19801-3707 | Two East Seventh Street, Suite 302 |
| | Wilmington, DE 19801-3707 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  ssandler@ycst.com
Attorneys for Defendant

Dated:  October 28, 2005