IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.04-285-KAJ |
| ) | |
| ASTRAZENECA PHARMACEUTICALS, ) | |
| LP, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR A POSTPONEMENT OF THE TRIAL AND FOR PERMISSION TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in Defendant's letter being submitted contemporaneously herewith, Plaintiff moves that the trial scheduled for January 23, 2006 be postponed and that a brief schedule be set for a Second Motion For Summary Judgment, based upon the new developments described in the said letter.

Respectfully submitted,

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
Teresa A. Cheek, Esquire (No. 2657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Attorneys for Defendant

DATED: November 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on **November 11, 2005**, I electronically filed a true and correct copy of the foregoing **Defendant's Motion For A Postponement Of The Trial And For Permission To File a Second Motion For Summary Judgment** and **Order** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Thomas S. Neuberger, Esquire | John M. LaRosa, Esquire |
| The Neuberger Firm | Law Office of John M. LaRosa |
| Two East Seventh Street, Suite 302 | Two East 7th Street, Suite 302 |
| Wilmington, DE 19801-3707 | Wilmington, DE 19801-3707 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sheldon N. Sandler*
Sheldon N. Sandler, Esquire (No. 245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendant

Dated: November 11, 2005

DB01:1608396.1