IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.04-285-KAJ |
| | ) |
| ASTRAZENECA PHARMACEUTICALS, LP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant's Motion for a Postponement of the Trial and for Permission to File Second Motion for Summary Judgment having been duly heard and considered by the Court,

IT IS NOW HEREBY ORDERED this _____ day of _____, 2005, that the trial scheduled for January 23, 2006 be postponed and that a brief schedule be set for a Second Motion For Summary Judgment.

_____
The Honorable Kent A. Jordan
United States District Court Judge

DB02:5097647.1                                                                                              057159.1004