IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.04-285-KAJ |
| ) | |
| ASTRAZENECA PHARMACEUTICALS, LP, ) | |
| ) | |
| Defendant ) | |

## ORDER

The Court having held a teleconference on November 23, 2005 to address Defendant's Motion for a postponement of the trial and for an opportunity to brief a second motion for summary judgment, the motion is **GRANTED**. The parties will follow the following brief schedule in connection with the Defendant's motion for summary judgment:

| | |
|---|---|
| Defendant's Opening Brief | December 7, 2005 |
| Plaintiff's Answering Brief | December 21, 2005 |
| Defendant's Reply Brief | December 28, 2005 |

Trial is scheduled for July 10-14, 2006. The Pretrial Order is due to the Court on May 5, 2006, and the Court will conduct a pretrial conference at 4:30 p.m. on June 5, 2006.

_____          _____
Date                                                              United States District Court

APPROVED AS TO FORM:

/s/ John M. LaRosa
John M. LaRosa, Esquire (No. 4275)                Sheldon N. Sandler, Esquire (No. 245)
Law Office of John M. LaRosa                         Young Conaway Stargatt & Taylor, LLP
Two East 7th Street, Suite 302                          1000 West Street
Wilmington, DE 19801                                      Wilmington, DE 19801
(302) 888-1290 (Telephone)                             (302) 571-6673 (Telephone)
jlr@larosalaw.com                                              ssandler@ycst.com

Attorney for Plaintiff                                           Attorneys for Defendant