IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARYBETH FARRELL,                      )
                                       )
                    Plaintiff,         )
                                       )
          v.                           )    C.A. No.04-285-KAJ
                                       )
ASTRAZENECA PHARMACEUTICALS,  )
LP,                                    )
                                       )
                    Defendant.         )

## DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and the Court's Order dated

November 29, 2005, Defendant hereby renews its motion for summary judgment on all

Counts of Plaintiff's Complaint, for the reasons set forth in its accompanying Opening Brief.


YOUNG CONAWAY STARGATT & TAYLOR, LLP


 /s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Attorneys for Defendant

Dated: December 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2005, I electronically filed a true and correct

copy of the foregoing **Renewed Motion For Summary Judgment** with the Clerk of the

Court using CM/ECF, which will send notification that such filing is available for viewing

and downloading to the following counsel of record:

Thomas S. Neuberger, Esquire
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707

I further certify that on December 7, 2005, I caused a copy of the foregoing

**Renewed Motion For Summary Judgment** to be served by hand-delivery on the following

counsel of record:

Thomas S. Neuberger, Esquire
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: ssandler@ycst.com
Attorneys for Defendant

Dated:  December 7, 2005