IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARYBETH FARRELL,                      )
                                       )
                    Plaintiff,         )
                                       )
            v.                         )    C.A. No. 04-285-KAJ
                                       )
ASTRAZENECA PHARMACEUTICALS,           )
LP,                                    )
                                       )
                    Defendant.         )


**APPENDIX TO DEFENDANT'S OPENING BRIEF
IN SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT**


YOUNG CONAWAY STARGATT & TAYLOR, LLP


Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Attorneys for Defendant

Dated: December 7, 200

# TABLE OF CONTENTS

Page

Emails re: Farrell Performance Feedback (January 2002)..................................................AA1

Farrell 2001 Performance Evaluation .............................................................................AA7

Hellen 2002 Year-End Performance Feedback on Farrell .................................................AA11

Clark 2002 Year-End Performance Feedback on Farrell....................................................AA13

Martin 2002 Year-End Performance Feedback on Farrell..................................................AA15

Farrell 2002 Performance Evaluation ..............................................................................AA17

Emails re: Farrell work deficiencies (March 2003) ..........................................................AA25

Emails re: AZ Courses Request .......................................................................................AA32

Emails re: Action Items from 3/14 Faculty Meeting ........................................................AA34

Emails re: Weekly Status Reports....................................................................................AA35

Broadway Notes on Farrell's Areas to Improve ...............................................................AA38

Farrell email to Broadway re: 2003 Objectives dated April 11, 2003 ................................AA40

Broadway Manager Notes dated May 1, 2003..................................................................AA41

Farrell email to Hellen re: Performance Discussion with Broadway dated May 1, 2003 .......AA44

Farrell/Kauffman emails re: Telephone Discussion ..........................................................AA45

Emails re: Update Information dated May 5, 2003.............................................................AA46

Emails re: Action Items ..................................................................................................AA47

Farrell 2003 Priorities ....................................................................................................AA52

Farrell Action Plan Memorandum dated August 18, 2003 .................................................AA53

Emails re: Farrell Action Plan..........................................................................................AA56

Kauffman handwritten notes dated August 21, 2003..........................................................AA59

Broadway Manager Notes (September 2003).....................................................................AA63

Austin-Jones email to Broadway dated October 2, 2003 ........................................................ AA66

Farrell Performance Improvement Plan dated October 21, 2003 ............................................. AA67

Notes regarding Farrell's Mid-PIP Feedback ........................................................................ AA72

Farrell 2003 Year-End Performance Feedback Forms ............................................................ AA76

Broadway memo to Farrell re: PIP Feedback Discussion ....................................................... AA90

Farrell note to Clarice re: docking station dated January 9, 2004 ........................................... AA95

Burson-Marsteller offer letter to Farrell dated February 4, 2004 ............................................ AA96

Mansi/Farrell Emails re: PDP (January 2005) .................................................................... AA101

Davies/Mansi/Farrell emails re: Press Releases (January/February 2005) ............................... AA106

Mansi email to Davies dated February 7, 2005 .................................................................. AA110

Farrell GSK Performance and Development Plan for 2004 dated February 11, 2005 ............ AA112

Farrell email to Mansi re: AP Input dated March 10, 2005 ................................................... AA129

Farrell email to Mansi re: CV Team Feedback Input Request dated August 1, 2005 ............ AA130

Mansi email to Farrell dated August 2, 2005 ..................................................................... AA131

Mansi email to Farrell dated August 3, 2005 ..................................................................... AA133

Farrell GSK Performance and Development Plan for 2005 dated August 9, 2005 ............... AA134

Farrell email to Mansi re: PDP Comments dated August 16, 2005 ....................................... AA147

Mansi note to Farrell file dated August 16, 2005 ............................................................... AA149

Farrell/Davies/Mansi emails re: PDP .............................................................................. AA152

Mansi note to Farrell file dated August 17, 2005 ............................................................... AA154

Mansi email to Farrell dated August 18, 2005 ................................................................... AA156

Mansi email to Farrell dated August 27, 2005 ................................................................... AA158

Farrell/Mansi emails re: follow up .................................................................................. AA160

Mansi handwritten notes dated September 8, 2005 ............................................................ AA162

Jones email to Mansi re: Verbal Warning Letter dated September 12, 2005 ........................ AA164

Farrell letter of resignation dated September 12, 2005 ................................................. AA168

Excerpts from the deposition transcript of MaryBeth Farrell
dated December 9, 2004, January 25, 2005 and November 10, 2005 ................................... AA169

Excerpts from the deposition transcript of Bernadette A. Mansi
dated November 7, 2005 ............................................................................................ AA207

Excerpts from the deposition transcript of Jane Hellen
dated February 15, 2005 ............................................................................................ AA252

Excerpts from the deposition transcript of Deborah Brangman
dated March 24, 2005 ................................................................................................ AA258

Affidavit of Brian Martin dated May 2, 2005 .............................................................. AA268

Affidavit of Deborah Kauffman dated May 2, 2005 ....................................................... AA272

LaRosa letter to the Honorable Kent A. Jordan dated November 2, 2005 ........................... AA286

Preliminary Assessment of Economic Loss from
The Center for Forensic Economic Studies dated November 18, 2005 ................................ AA289

Dorland Salaried Employees Benefits Synopsis ........................................................... AA295

Affidavit of Susan P. Broadway dated December 7, 2005 .............................................. AA335

From:           Lamb, Robert [Robert.Lamb@astrazeneca.com]
Sent:           Thursday, January 10, 2002 8:49 AM
To:             Haines, Amy
Subject:        RE: Performance Feedback for Marybeth Farrell

Sensitivity:    Confidential


Good Morning, Amy:
Maybe this is something we should talk about over a cup of coffee?  How is
the kayak holding up under constant use?  I put my responses below.  My
interactions with Marybeth were limited, but when we did work together, she
was very helpful.  Hope we can talk soon.
Bob


>  -----Original Message-----
> From:     Renk, Amy
> Sent:     Wednesday, January 09, 2002 6:06 PM
> To: Lamb, Robert
> Subject:  Performance Feedback for Marybeth Farrell
> Sensitivity:    Confidential
>
> Bob -
> You have been identified as someone that Marybeth Farrell has worked with
> in 2001 outside of our department that could provide feedback regarding
> her performance.  To assist with the Field PREP Performance Management
> process, I would appreciate your comments regarding your interactions with
> Marybeth in 2001.  I feel that with your input, as an internal customer, I
> will more appropriately be able to complete the review process and provide
> Marybeth with direction for 2002 to better support you and our customers.
>
>
> Thank you for your participation and I look forward to receiving your
> response.
>
>
> *  Briefly describe contributions that facilitated the achievement of
> your business objectives:
>           Marybeth supported my success within the organization by
providing me with information in a timely manner.

> *  In what areas is Marybeth most effective?
>           Responsiveness to requests

> *  Describe areas in which she could be more effective (please provide
> specific examples):
>           Listen to what is being discussed and not being redundant
with questions that have already been answered or solutions that have
already been identified.

> *  Describe ways in which she has demonstrated AZ cultural attributes:
>           Likes having fun.
>           By being responsive to my needs, Marybeth was helping others
succeed.


> *  Please offer suggestions for professional or personal development:
>
> *  Additional Comments:
>
>
>
> Please return by e-mail to me on or before January 16, 2002..  Your
                                   1

**D2630**

**AA1**

> feedback will be completely confidential.   Thank you!
>
>
> Amy Renk
> Professional Education Leader, Field Programs
> AstraZeneca LP
> phone:   302-886-8734
> amy.renk@astrazeneca.com
>

**D2631**

**AA2**

**From:**       Bruck, Lawrence
**Sent:**       Thursday, January 10, 2002 11:55 AM
**To:**         Renk, Amy
**Subject:**    RE: Performance Feedback for Marybeth Farrell

**Sensitivity:**    Confidential

-----Original Message-----
**From:**       Renk, Amy
**Sent:**       Wednesday, January 09, 2002 6:10 PM
**To:**         Bruck, Lawrence
**Subject:**    Performance Feedback for Marybeth Farrell
**Sensitivity:**    Confidential

Larry -
You have been identified as someone that Marybeth Farrell has worked with
in 2001 outside of our department that could provide feedback regarding her
performance. To assist with the Field PREP Performance Management
process, I would appreciate your comments regarding your interactions with
Marybeth in 2001. I feel that with your input, as an internal customer, I will
more appropriately be able to complete the review process and provide
Marybeth with direction for 2002 to better support you and our customers.


Thank you for your participation and I look forward to receiving your
response.


- Briefly describe contributions that facilitated the achievement of your
  business objectives:
  - Marybeth provided a helpful project outline with key Field PREP initiatives that was
    very helpful when I joined the Cresor Team.
  - Organized a visit to the Lecture Bureau to better understand their capabilities and
    role in the Crestor Launch.

- In what areas is Marybeth most effective?
  - Identifying the key people and resources that should be included in projects.

- Describe areas in which she could be more effective (please provide
  specific examples):
  - This is a difficult area to provide accurate feedback in since I have not worked
    closely with Marybeth yet or for any period of time. I know Marybeth is new to the
    position so as she gains tenure she may be more inclined to make decisions more
    rapidly or provide information in a more timely manner.

- Describe ways in which she has demonstrated AZ cultural attributes:
  - Help others succeed- she seems to respect the experience and skills of others.

- Please offer suggestions for professional or personal development:

**D2628**

**AA3**

- Additional Comments:

Please return by e-mail to me on or before January 16, 2002.. ***Your feedback will be completely confidential.*** Thank you!

*Amy Renk*
*Professional Education Leader, Field Programs*
*AstraZeneca LP*
*phone: 302-886-8734*
*amy.renk@astrazeneca.com*

**D2629**

**AA4**

From:        Wolf, Jeffrey A [jeffrey.wolf@astrazeneca.com]
Sent:        Tuesday, January 22, 2002 8:31 AM
To:          Haines, Amy
Subject:     RE: Performance Feedback for Marybeth Farrell - by 1/16/02

Sensitivity:  Confidential

Amy:

Sorry I'm a little delinquent in getting back to you.  We've been swamped
preparing for the Sales Leadership Meetings this week.

I've provided some brief comments to each of your questions below.

Please let me know if you have any questions or need additional information.

Thanks,

Jeff

> -----Original Message-----
> From:     Renk, Amy
> Sent:     Wednesday, January 09, 2002 6:09 PM
> To: Wolf, Jeffrey A
> Subject:  Performance Feedback for Marybeth Farrell - by 1/16/02
> Sensitivity:    Confidential
>
> Jeff -
> You have been identified as someone that Marybeth Farrell has worked with
> in 2001 outside of our department that could provide feedback regarding
> her performance.  To assist with the Field PREP Performance Management
> process, I would appreciate your comments regarding your interactions with
> Marybeth in 2001.  I feel that with your input, as an internal customer, I
> will more appropriately be able to complete the review process and provide
> Marybeth with direction for 2002 to better support you and our customers.
>
>
> Thank you for your participation and I look forward to receiving your
> response.
>
>
> *   Briefly describe contributions that facilitated the achievement of
> your business objectives:
>      Marybeth offered and helped provide the PREP Refresher program to
the entire CV RSD team.  This helped us do a better job of entering our PREP
information into Compass, streamlining the process, and hopefully ensuring
more rapid payment to our customers.

     Marybeth's PREP summary reports helped provide a general utilization
overview to the RSDs early in the year.  Because of the size and volume of
these reports, however, I found they weren't used as much as we would have
hoped.  I found that most RSDs tended to rely on their DSM shadow systems to
track levels of PREP activity and program types that were taking place
throughout the region.

     Marybeth's quarterly PREP calendar also helped keep the field
informed as to the upcoming conventions and Central PREP programs that were
being completed by the marketing teams.

     Finally, the (approximately) monthly meetings with Bob were always
helpful in keeping us up to date.

1

**D2638**

**AA5**

\*    In what areas is Marybeth most effective?
    Marybeth has shown a strong focus on the field and a sincere
interest in meeting their needs.  This was exhibited by her "tour" of the
Philadelphia region and attending several different types of PREP programs,
live -- as they actually occur out in the real world.  I believe this
experience helped her gain greater perspective as to what the end needs of
her customers (the DSMs and PSSs) really are.


> \*   Describe areas in which she could be more effective (please provide
> specific examples):
    Communication ~ timeliness and accuracy.  There were a few occasions
(PREP Calendar and PREP Summary Reports) where communications were sent and
then re-sent because of errors in the documents.  As a result, I started to
wait a few days to forward on her communications to the RSD team, so that I
could be sure I was sending the final version.  So, I'd like to see more
quality control up front and fewer re-sends of the same info. this year if
possible.

> \*   Describe ways in which she has demonstrated AZ cultural attributes:
    As mentioned above, Marybeth showed strong Customer Focus (Focus
Relentlessly on Customer Excellence) by spending a solid week or two out in
the field.  I believe this demonstrated a strong focus on trying to
understand her customer's needs, so she could be even more effective at
meeting them in the future.


> \*   Please offer suggestions for professional or personal development:
    I haven't worked closely enough with Marybeth to truly understand
her developmental needs.  From my limited perspective, I'd like to see
enhanced growth in hr verbal and written communications, to be more clear
and precise in both.  Just a couple thoughts.

> \*   Additional Comments:
>
>
>
> Please return by e-mail to me on or before January 16, 2002..  Your
> feedback will be completely confidential.  Thank you!
>
>
> Amy Renk
> Professional Education Leader, Field Programs
> AstraZeneca LP
> phone:  302-886-8734
> amy.renk@astrazeneca.com
>

2

**D2639**

**AA6**

# AstraZeneca Performance Evaluation

Page 1

---

## DEMOGRAPHICS

| Employee's Name: | Marybeth Farrell | Performance Year Ending: | December 2001 |
|---|---|---|---|
| Functional Manager: | Amy Renk | Deployed Manager: (If applicable) | |
| Position/Job Title: | Sr. Field PREP Partner | Current Date: | January 2002 |

---

## GOALS

### Key Business Results

**Rating Versus Expectations**

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Objective:    Support the key 2001 objectives for GI and CV TAs through Field PREP support of NEXIUM, ENTOCORT and CRESTOR  product launches and TOPROL-XL (and other) line extension(s). | ☐ | ☒ | ☐ |
| Objective:    Serve as knowledge resource specialist for GI & CV Sales and Marketing Teams as well as external customers (e.g., institutions and physicians) on AstraZeneca policies, all applicable federal regulations, and industry standards (AMA, ACCME, ACPE, etc.) for conducting Field PREP programs.  Ensure compliance by providing counsel on the appropriate application of these regulations, guidelines and policies to AstraZeneca Field Professional Relations programs and initiatives. | ☒ | ☐ | ☐ |
| Objective: Ensure Field PREP programs and resources align with needs of and support Speakers and Field Sales personnel | ☐ | ☒ | ☐ |
| Objective: Manage outsource partners, facilitate information gathering and develop reports on Field PREP Program activities for the GI & CV Teams. | ☐ | ☒ | ☐ |
| Objective: | ☐ | ☐ | ☐ |

### Personal Development Goal(s)

**Rating Versus Expectations**

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Objective: Continuous improvement in education in CME and federal and AstraZeneca policies on Field PREP and other medical education programs, policies and activities | ☒ | ☐ | ☐ |
| Objective: Develop knowledge in market research and marketing promotional planning strategy and management | ☐ | ☒ | ☐ |

---

## COMPETENCIES

### Cultural Attributes

**Rating Versus Expectations**

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Take the Lead and Make a Difference  *List agreed upon behavioral expectations.* | ☐ | ☒ | ☐ |
| Comments: Forgive mistakes; Think innovatively, create opportunities and seize them. | | | |

*Rev 11/15/2001*

**AA7**

**D2642**

# AstraZeneca Performance Evaluation

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Help Others Succeed<br>*List agreed upon behavioral expectations.* | ☐ | ☒ | ☐ |
| Comments: | | | |
| Set Ambitious Goals and Exceed Them<br>*List agreed upon behavioral expectations.* | ☒ | ☐ | ☐ |
| Comments: | | | |
| Focus Relentlessly on Customer Excellence<br>*List agreed upon behavioral expectations.* | ☐ | ☒ | ☐ |
| Comments: | | | |

**D2643**

**AA8**

# AstraZeneca Performance Evaluation

## OVERALL EVALUATION

**Performance Summary** Giving substantial weight to performance against both goals (key business results and personal development goals) and cultural attributes, describe overall performance by providing examples of outcomes and demonstrated abilities indicative of the overall rating.

Marybeth has greatly developed her knowledge of the Field PREP area and how her role is crucial as a liaison between marketing in sales. She has become a greatly valued member of the POTACT team, participating actively in meetings, creating job aids and presentations, and assisting with the development and editing of audiotapes. She has had obstacles trying to support the Nexium and CV teams (outside of Crestor) due to non-responsiveness of PREP Managers or not being included in crucial meetings or discussions. She has persevered regardless and continued to work with these teams to ensure that they are supported. She has developed a good working relationship with the Crestor team and has been able to successfully direct Field PREP planning in a timely manner. She works well with her peers and has done an excellent job of sharing her knowledge and other important information with them. She particularly works well with the Field PREP Operations Manager and has collaborated positively on training teleconferences and department activities.

Marybeth was able to ride along with several PSSs and attend various programs in 2001. This was positive for Marybeth and the field. In 2002 she should developing an even broader understanding of the field sales organization, especially the front line customer interactions. She can do this by spending additional time with PSSs and DSMs and auditing additional programs. She has also expressed an interest in pursuing a compliance related position. She may want to consider "preceptorships" with PRA and Legal, along with courses that focus on regulatory knowledge.

Marybeth should also focus on listening more intently to ensure that she thoroughly understands what is being said or discussed. At times she hears what is said, but is not actively listening to understand. She should also focus on ensuring that communications are accurate before they are sent, such as calendars, training presentations, documents, etc. She should look to her peers to assist with this as additional fresh eyes or develop timelines for distribution anticipating that changes may come in after her initial deadline (ex. CV calendar) so that she does not need to re-send these.

Marybeth has very high expectations, sometimes higher than others can realistically meet, based on her individual desires. She should temper these with the understanding that there are reasons why things are the way they are and try to understand those reasons when possible. (Ex. Why she cannot have her own assistant)

Marybeth is extremely diligent and conscientious. She works very hard and is a valued member of the team. I look forward to working with her in 2002 and watching her succeed in her 2nd year in her position!

D2644

# AstraZeneca Performance Evaluation

---

### Overall Rating

☐ **Distinguished:** Performance significantly exceeded overall expectations, resulting in exceptional achievements.
- Achieved exceptional overall results and consistently acted as a position role model.
- Significantly exceeded goals, and/or took on significant additional projects and delivered on those.
- Significantly exceeded expectations related to Cultural Attributes and/or Leadership Capabilities behaviors.
- Made an exceptional contribution to the success of the organization/unit; significantly exceeded job responsibilities and performance plan expectations.

☒ **Excellent:** Performance exceeded overall expectations.
- Exceeded most or some overall results while maintaining effective relationships during the past year.
- Exceeded most or some goals.
- Exceeded most or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors.
- Contributed substantially to the success of the organization/unit.

☐ **Good:** Performance met overall expectations.
- Achieved all, most, or some expected overall results during the past year.
- Met all, most, or some goals.
- Met all, most, or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors.
- Made a contribution to the success of the organization/unit.

☐ **Unacceptable:** Performance was below minimum expectations.
- Did not achieve expected overall results during the past year.
- Missed a significant number of goals, or met goals in a way that compromised other responsibilities.
- Demonstrated behaviors related to Cultural Attributes and/or Leadership Capabilities below those required to be effective in position.
- Had difficulty throughout the performance cycle in meeting the objectives and needs of the organization.

---

### Reviewer's Comments (Optional):

### Employee's Comments (Optional):

*Revised 10/16/01*

*Rev. 11/15/2001*

**D2645**

## AA10

2002 Year-End Performance Feedback

Your Name: Jane Hellen                          Date  12/09/02

Feedback for: MaryBeth Farrell

1.  Briefly describe contributions that facilitated the achievement of your business objectives: Point person for Exanta advisory boards and other key Prep activities.

2.  In what areas is he/she most effective? Detail orientation and follow up.
Ensured her integration into the Exanta team quickly and effectively
Developed knowledge of the roles on the team; participated and contributed in brand team meetings; contributed to the team monthly activity reports to management
Worked with Scientific Commercialization to develop and leverage relationships with thought leaders.  Leveraged her previous relationships with  KOLs  and bridged to Exanta.
Managed agency efforts from proposal to project completion
Managed associated budgets and timelines
Participated and contributed to the development of the 2003 Strategic Prep Plan and associated tactics

3.  Describe areas in which he/she could be more effective (please provide specific examples): Continued understanding of therapeutic area and clinical trial data.   Increased strategic focus and knowledge of key messages.  Advancing the strategic direction of the brand while developing KOLs, Consolidated communications with fewer E-mails, continued understanding of other marketing disciplines including more in-depth knowledge of publications, PDS activities, symposia, business research, strategists roles etc.

4.  Describe ways in which he/she has demonstrated AZ cultural attributes: Very focused on the customer and team player.  Provides prompt feedback and willing to go over and above to accomplish objectives.  Mary Beth works very hard and presents a professional demeanor. She is supportive of others on the team and volunteers to help out.  Excellent work/family balance.

5.  Please offer suggestions for professional or personal development: AZ academy courses focusing on marketing skill development, strategic planning, leadership skills, public speaking and meeting facilitation skills.

Additional Comments: Been a pleasure working with her!

**AA11**

D154

Please return by e-mail to me.  Thank you.

2002 Year-End Performance Feedback

Your Name  Jane A. Clark                        Date 12/10/02

Feedback for:   Marybeth Farrell

1. Briefly describe contributions that facilitated the achievement of your business
   objectives:

Marybeth was instrumental in development of the AF Ad Board.  She worked
closely with the PDSs to recruit the physicians and also worked closely with the
agencies for the logistics.

2. In what areas is he/she most effective?

Haven't really worked too long with Marybeth yet, but would say that she is most
effective in setting up these types of programs.   She also has a lot to contribute
to the team based on her prior experience with other products at AZ.

2. Describe areas in which he/she could be more effective (please provide
   specific examples):

I believe these have been discussed with her already, but from a Ad Board
perspective, I would recommend that:
She works closely with the appropriate strategist prior to setting up the Ad Board
to ensure their availability.
Include the strategist in the planning portion for the Ad Board (suggested doctors,
etc.)
Have the program details completed (breakouts, etc ) at least a week or so
ahead of the program so that  everyone that needs to participate knows what
their responsibilities are.

3. Describe ways in which he/she has demonstrated AZ cultural attributes:

Marybeth treats everyone with respect.

5. Please offer suggestions for professional or personal development:

Because Marybeth is new to the group, she may want to familiarize herself with
the different roles and responsibilities of each member of the team.

D156

**AA13**

Additional Comments:

Please return by e-mail to me.  Thank you.

2002 Year-End Performance Feedback

Your Name: Brian C. Martin                           Date: 12/20/02

Feedback for: <u>Marybeth Farrell</u>

**1. Briefly describe contributions that facilitated the achievement of your business objectives:**

Successfully delivered several Advisory Boards for the product team and will provide a template and strategy for meetings in 2003.

**2. In what areas is he/she most effective?**

Creative.  Always looking for a new way to do things.

**3. Describe areas in which he/she could be more effective (please provide specific examples):**

Providing clear, concise, and focused communications at all times (i.e., e-mail) with customers both internally and externally.

**4. Describe ways in which he/she has demonstrated AZ cultural attributes:**
Provides the team with current best practices from other product teams she has worked with.

**5. Please offer suggestions for professional or personal development:**

Take a class/seminar that will enhance your knowledge base with Continuing Medical Education themes (<u>www.acme-assn.org</u>).  Work to ensure good, close working relationship with all on the PREP and PROMO teams.

**Additional Comments:**

**D160**

Continue to build your knowledge of the Brand and Therapeutic Area. Make yourself an expert that people go to for input and advice. Thorough knowledge of the market will boost your confidence and credibility with Key Opinion Leaders, other advisors, and our external as well as internal customers.

Please return by e-mail to me. Thank you.

# AstraZeneca Performance Evaluation

## DEMOGRAPHICS

| Employee's Name: | Marybeth Farrell | Performance Year Ending: | 2002 |
|---|---|---|---|
| Functional Manager: | Debbie Brangman | Deployed Manager: (If applicable) | Brian Martin |
| Position/Job Title: | PREP Manager | Current Date: | January 22, 2003 |

| X | Content and Rating reviewed and agreed with Deployed Manager. (Please place an X in cell to the left to indicate agreement). |
|---|---|

## GOALS

*Instructions: To insert fields for additional objectives, copy and paste objective section. Type "X" below rating for each objective listed.*

### Key Business Results

| Objective list below | Rating Versus Expectations | | |
|---|---|---|---|
| | Exceeded | Met | Did Not Meet |
| Support launch of Exanta clinical data through development and execution of advisory boards with key KOLs (Key Opinion Leaders)<br><br>Core Measures:<br><br>- Developed and executed advisory boards' strategy for 2002 (e.g., Exanta ACT (Advisory and Consultancy Team) and Atrial Fibrillation (Afib) two-and-a-half day Advisory Board meetings)<br><br>- Managed all medical education and logistics vendors (Discovery and TG Worldwide) supporting Advisory Boards<br><br>- Planned and executed Exanta team slide presentations at Advisory Boards working collaboratively with Exanta Group Director, Brand Director, Medical Directors, PDSs, BPL, Strategists, and Market Research Manager<br><br>- Developed Exanta Q&A, data point summaries, Executive Summary of meetings, media training content, and core slides for dissemination to Exanta ACT Team, in collaboration with Exanta Strategist<br><br>- Worked collaboratively with Exanta Medical Directors and PDSs to continuously review and update lists identifying and cultivating key elite and national faculty for advisory boards<br><br>- Provided strategic recommendations on Thought Leaders to recruit and train for elite/national advisory boards as a member of the Exanta KOL Database Development Team | X | | |

*Rev. 1/11/2003*

# AstraZeneca Performance Evaluation

| | | | |
|---|---|---|---|
| Additional Activities:<br>- Managed development of new Exanta slide decks with Medical Directors and PDSs.<br>    - Also worked with faculty and vendor to update Afib speaker slides w/AFFIRM data<br>- Planned and produced "Ximelagatran Abstracts & Posters Collection" binder and CD-ROM in collaboration with Clinical Publications Lead, PRA and Legal depts; oversaw distribution<br>- Participated in Speakers Bureau CME content and program planning with ICHE and PREP colleagues<br>- Provided strategic input for Coag Clinic strategy as member of Exanta Coag Clinic Workstream Team | | | |

| | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Standardize procedures for advisory boards and consultants meetings**<br>Core Measures:<br>Collaborated with other functional areas to research process familiarity/preferences (consulted with PRA, Legal, Medical Affairs, Medical Marketing Leader, Market Research, Strategists and BPL)<br>- Developed ad board 'timelines-to-task' scheduling calendar for team management review<br>- Developed "Advisory Board Procedures Guide" for team management review<br>- Provided guidance to commercial team on content and procedures to ensure advisory board compliance with all federal and AstraZeneca policies<br>Additional Activities:<br>- Completed PRA templated for standardized Exanta Advisory Boards; met with PRA and legal departments to review and gain approvals<br>- Obtained Exanta team input on 2002 Ground Rules (to provide common understanding to team of way of operating); oversaw production and distribution | X | | |

*Rev. 1/11/2003*

P019

# AA18

## AstraZeneca Performance Evaluation

| Objective (list below) | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Develop and execute strategy/activities for acceptance of new class of oral DTIs/Afib indication at national Conventions and for Advocacy Development** Core Measures: <br> - Planned and executed strategies for core activities at AHA and ESC (European Society of Cardiology); also for ACC 2003 <br> - Maintained relationships with key professional societies as liaison for Exanta team with ACC, AHA, PRI-MED and US representative for ESC <br> - Communicated U.S. position to AZ global for ESC (European Society of Cardiology) symposia content development and program execution in Germany <br> - Managed PRI-MED South and West symposia development and grants; collaborated with Exanta Medical Marketing Leader and Medical Director on identifying and providing faculty recommendations <br> - Represented Exanta commercial team position to Ketchum Communications/New York on release of The Stroke Report and KOL and advocacy development planning <br> - Participate in global videoteleconferences on conventions planning <br> Additional Activities: <br> - Developed AHA Briefing Binder for team <br> - Provided grants to various third-party institutions for development of independent medical education programs in alignment with Exanta strategy | | X | |

| Objective (list below) | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Communicate results of key clinical trials with Investigators and improve communication channels with study sites** <br> - Planned and managed SPORTIF Investigators meeting at AHA <br> - Managed medical education and logistics vendors <br> - Collaborated with Clinical Director and Medical Director to enhance communication with Investigators and study sites for update meetings <br> - Developed strategies for streamlining processes and enhancing communications and implemented during SPORTIF Investigators meeting in November 2002 (e.g., added the Site Coordinators to the meeting lists | X | | |

*Rev. 1/11/2003*

## AstraZeneca Performance Evaluation

| for Save the Date and Invitation mailings) | | | |
|---|---|---|---|

### Personal Development Goal(s)

**Rating Versus Expectations**

| Objective list below | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Enhance knowledge of medical education guidelines and AZ policies** <br> - Completed AZ Educating Healthcare Professionals self-learning binder/program <br> - Completed AZ Code of Conduct recertification <br> Additional Activities: <br> - Completed AZ Policy Action Line (PAL) training <br> - Completed AZ Business Policies on Medical Education training (Tom Behan) | | X | |

| Objective list below | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Gain indepth knowledge on hemostasis** <br> - Completed Exanta Education Days <br> - Completed reviews of Exanta background binders, clinical trials reports, abstracts, educational materials provided by Brand Director | | X | |

## COMPETENCIES

*Instructions: Type "X" below rating for each attribute listed*

### Cultural Attributes

**Rating Versus Expectations**

| Take the Lead and Make a Difference <br> *List agreed upon behavioral expectations.* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| **Think innovatively, create opportunities and seize them.** <br><br> Developed program recommendation in collaboration with Exanta HECON Colleagues to Exanta Product Manager for evidence-based medicine medical education program and database system. <br><br> **Look outside the industry.** <br><br> Researched and circulated to colleagues articles on industry medical education trends and policy changes and competitor information. | X | | |

*Rev. 1/11/2003*

**AA20**

## AstraZeneca Performance Evaluation

| Help Others Succeed<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Routinely seek out others to share information and create solutions.<br><br>Routinely collaborated with Exanta BPL, Strategists, PREP and Publications, Market Research, HECON and other team members on initiatives to obtain input and collaboration, for example on "Exanta Team 2002 Ground Rules" card.<br><br>Give candid, constructive feedback.<br><br>Achieved: Provided individual performance feedback upon request to various Exanta team members and outside vendors on 2002 activities and programs.<br><br>Recognition<br>In the team environment that is AZ culture, MaryBeth makes sure that all who have participated receive appropriate recognition. | X | | |

| Set Ambitious Goals and Exceed Them<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| :ntify and focus on key priorities.<br><br>Participated in PREP and PROMO team strategy and budget planning sessions and developed plans for 2002 advisory boards. | X | | |

| Focus Relentlessly on Customer Excellence<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Deliver Consistent, reliable service.<br><br>Provided consistent service and processes to Exanta team for advisory boards and conventions activities. To enhance standardization, developed procedures guide for standardizing advisory board and investigators meetings' processes; advise team on regulations and policies. | | X | |

*Rev. 1/11/2003*

# AstraZeneca Performance Evaluation

| Help Others Succeed<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Routinely seek out others to share information and create solutions.<br><br>Routinely collaborated with Exanta BPL, Strategists, PREP and Publications, Market Research, HECON and other team members on initiatives to obtain input and collaboration, for example on "Exanta Team 2002 Ground Rules" card.<br><br>Give candid, constructive feedback.<br><br>Achieved: Provided individual performance feedback upon request to various Exanta team members and outside vendors on 2002 activities and programs.<br><br>Recognition<br>In the team environment that is AZ culture, MaryBeth makes sure that all who have participated receive appropriate recognition. | X | · | |
| | | | |

| Set Ambitious Goals and Exceed Them<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| ntify and focus on key priorities.<br><br>Participated in PREP and PROMO team strategy and budget planning sessions and developed plans for 2002 advisory boards. | X | | |
| | | | |

| Focus Relentlessly on Customer Excellence<br>*List agreed upon behavioral expectations.* | Exceeded | Met | Did Not Meet |
|---|---|---|---|
| Deliver Consistent, reliable service.<br><br>Provided consistent service and processes to Exanta team for advisory boards and conventions activities. To enhance standardization, developed procedures guide for standardizing advisory board and investigators meetings' processes; advise team on regulations and policies. | | X | |
| | | | |

*rev. 1/11/2003*

## AstraZeneca Performance Evaluation

## OVERALL EVALUATION

> **Performance Summary** - Giving substantial weight to performance against both sets of objectives (key business results and personal development) and cultural attributes, describe overall performance by providing examples of outcomes and demonstrated abilities indicative of the overall rating.

Marybeth is on point for the Exanta advisory boards and other key Prep activities. She was instrumental in the development of the AF Ad Board. She has ensured her integration into the Exanta team quickly and effectively. She has developed knowledge of the roles on the team; participated and contributed in brand team meetings; and contributed to the team monthly activity reports to management. Marybeth also has worked with Scientific Commercialization to develop and leverage relationships with thought leaders. She also leveraged her previous relationships with KOLs and bridged those relationships to Exanta

Marybeth is a great communicator and this skill should be leveraged more by the Exanta team in 2003. Her communications are concise, direct and clear.

MaryBeth should continue to expand her understanding of therapeutic area and clinical trial data. She should also work to increase her strategic focus and knowledge of key brand messages. As a key function of the PREP role, she should expand her understanding of other marketing disciplines including publications, PDS activities and strategists roles. In terms of professional development, she should consider courses in strategic planning, leadership skills, and public speaking.

Marybeth successfully managed agency efforts from proposal to project completion. She demonstrated excellence in ...naging associated budgets and timelines. She also was a key participant in the development of the 2003 Strategic Prep ...an and associated tactics. Her contributions will contribute directly Exanta success.

Overall, Marybeth's performance was a very high good. She executed professional, well managed programs and learned a new disease state. She is a welcome member to the team.

| Overall Rating [place an '**X**' to the left of the appropriate rating] | |
|---|---|
| | **Distinguished:** Performance significantly exceeded overall expectations, resulting in exceptional achievements.<br>• Achieved exceptional overall results and consistently acted as a position role model.<br>• Significantly exceeded goals, and/or took on significant additional projects and delivered on those.<br>• Significantly exceeded expectations related to Cultural Attributes and/or Leadership Capabilities behaviors<br>• Made an exceptional contribution to the success of the organization/unit; significantly exceeded job responsibilities and performance plan expectations. |
| | **Excellent:** Performance exceeded overall expectations.<br>• Exceeded most or some overall results while maintaining effective relationships during the past year.<br>• Exceeded most or some goals.<br>• Exceeded most or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors.<br>• Contributed substantially to the success of the organization/unit. |
| X | **Good:** Performance met overall expectations.<br>• Achieved all, most, or some expected overall results during the past year<br>• Met all, most, or some goals.<br>• Met all, most, or some expectations related to Cultural Attributes and/or Leadership Capabilities behaviors. |

**AstraZeneca Performance Evaluation**

Page 7

| | |
|---|---|
| | • Made a contribution to the success of the organization/unit. |
| | **Unacceptable:** Performance was below minimum expectations.<br>• Did not achieve expected overall results during the past year.<br>• Missed a significant number of goals, or met goals in a way that compromised other responsibilities.<br>• Demonstrated behaviors related to Cultural Attributes and/or Leadership Capabilities below those required to be effective in position.<br>• Had difficulty throughout the performance cycle in meeting the objectives and needs of the organization. |

**Reviewer's Comments (Optional):**

**Employee's Comments (Optional):**

*Rev 1/11/2003*

-----Original Message-----
**From:** Hellen, Jane
**Sent:** Wednesday, March 05, 2003 4:43 PM
**To:** Brangman, Debbie
**Subject:** FW: Re: FW: Specialty Lists for Circulation to AstraZeneca Team Members-Feedback Requested

Debbie,

This string of e:mails highlight the significant deficiency we have with MaryBeths work. We are at risk for the advisory board schedule and she's sitting on information or not moving to meet deadlines. Debbie, any help with moving Marybeth along or formal performance plan asap.

Thanks

Jane
-----Original Message-----
**From:** Martin, Brian
**Sent:** Wednesday, March 05, 2003 4:29 PM
**To:** Hellen, Jane
**Subject:** FW: Re: FW: Specialty Lists for Circulation to AstraZeneca Team Members-Feedback Requested

Jane,

    I talked to MaryBeth about this and she stated that she is waiting for a response from you and or Patty, would you like me to help with this?


    Brian C.

-----Original Message-----
**From:** Christine Lutze [mailto:Christine.Lutze@mededgroup.com]
**Sent:** Tuesday, March 04, 2003 5:41 PM
**To:** Farrell, Marybeth
**Cc:** Martin, Brian; MaryPat Howard
**Subject:** Fwd: Re: FW: Specialty Lists for Circulation to AstraZeneca Team Members-Feedback Requested

Marybeth –

The start of the month of March has prompted me to circle back to you regarding the need for the Exanta team to be flexible in regards to your advisory board meeting dates. As we have

not yet received the final, approved invitee lists, we will only be offering the cardiologists invited to the first meeting 7 weeks lead time and a single date set of April 25-27. As the ACC will have ended only a few weeks prior, and many high-level opinion leaders have schedules already booked well into the fall (some into early 2004), it is critical that we release invitations immediately for all advisory board meetings targeted for 2003. We also recommend that multiple weeks be offered as options for the various meetings.

Please let us know if there is anything we can do to assist in gathering the final approvals from your team members.

Kind regards,
Christine

Christine Lutze
VP, Account Service Development Director
Discovery International
520 Lake Cook Rd., Ste. 250
Deerfield, IL  60015
Telephone: 847-374-4645
Facsimile: 847-374-4650
christine.lutze@mededgroup.com


>>> MaryPat Howard 02/24/03 01:54PM >>>
Hi Marybeth,

Attached, please find a Word document which contains the revised invitee lists of specialities designated for the upcoming advisory board meetings. We have created 2 lists for each specialty; one list is the actual invitation list and the other list is a hold for future discussion list. Per discussions from Friday's conference call, the lists for Neurology, Internal Medicine, Hematology and Pharmacy are pretty straightforward, and per your final approval, we will begin extending invitations and calendars. In regards to the largest list (cardiology), we would like to discuss with you in more detail how you would like to proceed with the invitations. As a majority of the cardiologists in your KOL database do not have a subspecialty currently listed, we combined all the subspecialites into 1 invitation list. As you indicated, your first cardiology meeting is targeted for the end of April and another 2 meetings planned for May, therefore, our recommendation would be to send them all an invitation. Based on the responses received, it could then be determined if you would like to divide the meetings by subspecialty. We look forward to discussing with you shortly and finalizing these lists by the end of the week.
Kind regards,
Mary Pat


Mary Pat Howard
Project Manager
Discovery International


5/18/2004

**AA26**

D176

520 Lake Cook Road, Ste. 250
Deerfield, IL 60015
(847) 374-4646 p
(847) 374-4650 f
marypat.howard@mededgroup.com

>>> Christine Lutze 02/21/03 03:11PM >>>

Marybeth –

Thank you for the comments. We will match these against the results of the discussion today and will create basic Word lists to forward to you by the end of business Monday. We understand that you will forward those lists for final, quick approval by the core medical and marketing team members, and will provide approval to us to proceed with recruitment before Friday of next week.

As always, please call with any questions or updates.

Kind regards,
Christine

>>> "Farrell, Marybeth" < Marybeth.Farrell2@astrazeneca.com > 02/21/03 11:04AM >>>
Troy Sarich's comments on the lists of KOLs to be chairs or attendees at our 2003 ad boards.

Marybeth

-----Original Message-----
From: Sarich, Troy
Sent: Wednesday, February 19, 2003 2:23 PM
To: Farrell, Marybeth; Sheth, Sunita; Berkowitz, Scott; Horrow, Jay; Katona, Brian; Clark, Jane A
Cc: Martin, Brian; Colburn, Louise
Subject: RE: Specialty Lists for Circulation to AstraZeneca Team Members-Feedback Requested

Hi Marybeth,

Suggestions for the Cardiology group (Elite/National):

John Cairns, MD, Dean of Medicine, University of British Columbia and lead author on "Antithrombotic agents in coronary artery disease", Sixth ACCP Consensus Conference on Antithrombotic Therapy (Chest 2001; 119:228S-252S).

Juan Jose Badimon, PhD, Professor of Medicine, Director Cardiovascular Biology Research Lab., Mount Sinai School of Medicine, One Gustave Levy L.

Place, New York, NY 10029, Tel.- 212-241.8484, Fax.- 212-426.6962, eMail:
Juan.Badimon@mssm.edu

Troy

PS. Isn't Shaker Mousa (Pharmacy group) an MD?


-----Original Message-----
From: Farrell, Marybeth
Sent: Tuesday, February 18, 2003 8:42 AM
To: Sheth, Sunita; Berkowitz, Scott; Horrow, Jay; Katona, Brian; Sarich,
Troy; Clark, Jane A
Cc: Martin, Brian; Colburn, Louise
Subject: FW: Specialty Lists for Circulation to AstraZeneca Team
Members-Feedback Requested


Sunita:

Thank you for your questions regarding chairs and attendees for advisory
boards. You are correct in that we do have faculty in mind that already have
been used. These names are listed in the below files, sorted by specialty.
We would ask you all to please review and comment on the lists.

In addition, we would ask you to recommend others to be added who could
serve as chairs or attendees. Your input by close of business Thursday,
February 20, would be very helpful & much appreciated, as we have an 8 am
Friday meeting to finalize lists if possible.

Many thanks.

Best Wishes,

Marybeth



-----Original Message-----
From: MaryPat Howard [ mailto:MaryPat.Howard@mededgroup.com]
Sent: Thursday, January 30, 2003 4:32 PM
To: Farrell, Marybeth
Cc: Martin, Brian; Colburn, Louise; Christine Lutze
Subject: Re: Specialty Lists for Circulation to AstraZeneca Team
Members-Feedback Requested

**AA28**

Hi Marybeth,
Per my voicemail message, we look forward to receiving your feedback
regarding the specialty lists which Christine forwarded to you earlier
this week. As you recall, the first advisory board meeting is targeted
for mid-April, so it is critical to begin sending out your invitation
letters/calendars next week. For ease of review, Christine's email is
repeated below and I have attached the specialty files. Please confirm
we can expect to receive your feedback by Friday, January 31.
Kind regards,
Mary Pat


>>> Christine Lutze 01/24/03 05:02PM >>>
Marybeth -

As the next step in the advisory board development process, I am
forwarding specialty lists to you that are subsets of the current,
Exanta KOL database list. These lists represent the specialties
currently designated for advisory boards within the 2003 calendar year.
They are as follows:

Cardiology (3 meetings)
Hematology (1 meeting)
Internal Medicine (1 meeting)
Neurology (1 meeting)
Pharmacy (1 meeting)

These lists all include both an elite and national tab, each of which
includes the individuals currently designated with those segmentations
within the master list. We added an additional tab to three of the
lists with a few, added recommendations, based on work Discovery
International has done with these physicians in the past, or recent
associations with AstraZeneca. They include the following:

Cardiology:
Bernard Gersch, MD - (recruited to co-chair your Afib advisory board
meeting)
Jeffrey Kluger, MD - (participated in the Afib advisory board meeting)
Peter Libby, MD
Peter McCullough, MD - (participated in the Afib advisory board
meeting)
Claudio Schuger, MD - (participated in the Afib advisory board
meeting)
Win Shen, MD - (participated in the Afib advisory board meeting)
Annabelle Volgman, MD - (participated in the Afib advisory board
meeting)

Internal Medicine:
Jeffrey Anderson, MD - (participated in the Afib advisory board meeting)
William Golden, MD

Neurology:
Anthony Furlan, MD - (participated in the Afib advisory board meeting)
Patrick Lyden, MD - (invited to the Afib advisory board meeting, but unavailable to attend)

(Please note that the Atrial Fibrillation Advisory Board meeting was the only advisory board meeting held after the time that the KOL list routing was underway. As there was a mix of levels of individuals involved in this specific meeting, they participants in this meeting were not automatically added to the master list. This full list certainly will be placed through the review process for additions when the database is activated. In the interim, we wanted to include the names of a few attendees who potentially will be added, segmented at the national level.)

The attached lists are the foundation lists from which the invitee lists will be developed. We understand that you will be circulating these lists to designated Exanta marketing and medical team members internally at AstraZeneca for the purpose of garnering their recommendations regarding additions or deletions. We would like to have any changes by Friday, January 31, to allow for release of invitation letters the week of February 3. As the first of these meetings is targeted for mid-April, it is critical that we generate the invitations and availability calendars as soon as possible to garner the best, possible group of advisors. As discussed in our meeting last week, we will create calendars for a 3-week period around the target dates currently listed on your master list. These calendars will be forwarded to the physicians with a letter of invitation, with a request to return the completed calendars reflecting their availability over the 3-week period. Based on the collective response for each meeting, the final meeting dates will be selected.

In the case of the cardiology programs (as there are three, different meetings), we need to determine if you want to build the advisory groups based on availability, or if you would like to convene advisory boards specific to general cardiology, interventional cardiology, and electrophysiology. This will make a difference in regards to the focus of the meeting agendas, and should be based on the objectives for the Exanta team in regards to desired feedback and guidance from the expert cardiologists.

As the lists for the ACS advisory board meeting and the ACT meeting are already in place, there are no attachments to be routed for those programs.

As I am traveling to AstraZeneca on Monday, please contact Mary Pat Howard with any immediate questions. We thank you in advance for initiating the internal routing. We look forward to gathering the final invitee lists at the end of next week, and initiating correspondence with your potential advisors.

Kind regards,
Christine

Christine Lutze
VP, Account Service Development Director
Discovery International
520 Lake Cook Rd., Ste. 250
Deerfield, IL 60015
Telephone: 847-374-4645
Facsimile: 847-374-4650
christine.lutze@mededgroup.com

**From:**          Farrell, Marybeth
**Sent:**          Tuesday, March 11, 2003 2:51 PM
**To:**            Brangman, Debbie; Martin, Brian
**Cc:**            Hellen, Jane
**Subject:**       AZ Courses Request

Debbie:

Thank you for our discussion yesterday and recommendations you conveyed to me for some of my 2003 developmental goals. Toward accomplishment of these objectives in 2003, I would request permission to enroll in 2 upcoming courses being offered through the AZ Academy:

-        Thought Leader and Publication Planning Development   April 15-16, 2003

-        Public Presentations for the Professional            June 1-7, 2003

If you and Brian Martin/Jane Hellen could kindly advise I will proceed with registration.

Many thanks.

Best Wishes,


Marybeth Farrell

1
**AA32**

**D173**

-----Original Message-----
**From:**      Hellen, Jane
**Sent:**      Wednesday, March 12, 2003 2:43 PM
**To:**        Brangman, Debbie
**Subject:**   FW: AZ Courses Request

Debbie,

Can you fill me in on how this meeting went?

Thanks

Jane

-----Original Message-----
**From:**      Farrell, Marybeth
**Sent:**      Tuesday, March 11, 2003 2:51 PM
**To:**        Brangman, Debbie; Martin, Brian
**Cc:**        Hellen, Jane
**Subject:**   AZ Courses Request

Debbie:

Thank you for our discussion yesterday and recommendations you conveyed to me for some of my 2003 developmental goals. Toward accomplishment of these objectives in 2003, I would request permission to enroll in 2 upcoming courses being offered through the AZ Academy:

-     Thought Leader and Publication Planning Development   April 15-16, 2003

-     Public Presentations for the Professional            June 1-7, 2003

If you and Brian Martin/Jane Hellen could kindly advise I will proceed with registration.

Many thanks.

Best Wishes,

Marybeth Farrell

1

**AA33**

**D174**

| From: | Hellen, Jane |
|---|---|
| Sent: | Monday, April 07, 2003 9:18 PM |
| To: | Farrell, Marybeth |
| Cc: | Pritchard, Susan S |
| Subject: | RE: Summary: Action Items from 3.14 Faculty Meeting |

Marybeth,

By item, how are you progressing with this action list. Please manage Discovery accordingly, you will need to provide them with very clear direction and monitor their progress weekly. I would also suggest that you take on several of the items instead of delegating since you're ultimately responsible for the completion. Please plan for completion of these items by April 14th.

Also could you please provide an agenda with strategic objectives/plan for each of the remaining advisory boards. I'd like to see this by April 15th.

Thank you for your follow up

Jane

-----Original Message-----

| From: | Farrell, Marybeth |
|---|---|
| Sent: | Friday, March 14, 2003 3:42 PM |
| To: | Clark, Jane A; Colburn, Louise; Gagnon, Tom; Hellen, Jane; Katona, Brian |
| Cc: | Martin, Brian |
| Subject: | Summary: Action Items from 3.14 Faculty Meeting |

Team:

The below is an overview of action items from today's meeting on faculty nominations and selections for advisory boards. Please advise me of any additions or comments:

- The April 25 - 27 Cardiology Advisory Board was cancelled due to faculty scheduling conflicts. The invitee list for this meeting will be consolidated into a master cardiology invitation list for future ad boards targeting cards.
- It was agreed that Dan Singer is a key KOL. An advisory board ideally should be scheduled for a time he is available. Discovery will follow up in obtaining his calendar.
- The Pharmacy Advisory Board was further clarified to include clinic focus. Marybeth Farrell will follow up with Susan Pritchard to obtain names of thought leaders to invite as faculty/chairs and forward to Discovery.
- Jane Clark will obtain a list of the new CHEST, other relevant guidelines authors and provide to the working group. The group will consider communicating as needed re: new Exanta data (e.g., many of the key authors are up to speed).
- Discovery will update the master database of thought leaders with additional names proposed for ad boards. Names will be tagged as ad board participants/chairs. Discovery to followup with Louise Colburn and Viewpoint.
- Discovery will email to the working team the names of faculty invited to the Internal Medicine and Stroke Neurology advisory boards based on the invitations issued this week.
- Discovery will work with Louise Colburn to add a new category of thought leaders to Viewpoint database for Pulmonologists.
- Marybeth will revise the Advisory Boards and Investigators Meetings schedule and distribute to team.
- The group agreed to reconvene in two weeks. Marybeth will schedule the next meeting.

AA34

D219

| From: | Hellen, Jane |
|---|---|
| Sent: | Thursday, April 10, 2003 8:20 AM |
| To: | Farrell, Marybeth; 'Christine Lutze (E-mail)' |
| Cc: | Pritchard, Susan S |
| Subject: | RE: Weekly Status Reports |

Marybeth,

I was thinking of more depth. For each meeting, what are the specific objectives per audience, the data they will discuss, the strategic direction/key messages we need to communicate. More than the logistical information, what are the suggested faculty, their role and per agenda item, what are the objectives. Lets take it deeper than the slides provided. In addition, what is the timeline you're following for agenda development, faculty recruitment and PRA approval for each meeting.

Thanks

Jane

    -----Original Message-----

| From: | Farrell, Marybeth |
|---|---|
| Sent: | Tuesday, April 08, 2003 9:44 AM |
| To: | Christine Lutze (E-mail) |
| Cc: | Hellen, Jane; Pritchard, Susan S |
| Subject: | Weekly Status Reports |
| Importance: | High |

Christine:

The Exanta team will need weekly status reports that capture project activities and status of action items. We consider this an important priority and will need initiation of the report this week. Please call me to discuss particulars about length, scope, day to issue.

Thank you.

Marybeth

1

**D244**

| From: | Farrell, Marybeth |
| --- | --- |
| Sent: | Thursday, April 10, 2003 9:45 AM |
| To: | Hellen, Jane; 'Christine Lutze (E-mail)' |
| Cc: | Broadway, Susan P |
| Subject: | RE: Weekly Status Reports |

Jane:

I agree these are important tracking items for ad boards. This input coincides very nicely with the present reports Discovery and I are working on for ad boards. The new Advisory Board Procedure Guide Timeline Design & Responsibilities tracking grid will provide a detailed outline of each ad board, including timelines, strategy, overall objectives of the meeting, agenda formulation, team slide review, chair and faculty invitees and recruitment status, onsite rehearsal dates and attendees, and other meeting specific items, updated weekly. It includes 29 meeting specific definers suitable for only a core team distribution, e g , yourself, Susan, me, other PREP/Promo partners, and any others involved in the ad boards who might be appropriate   Items that you note that are not in the grid will be added  I believe most of them are included with one or two exceptions, e.g., objectives per agenda item.

Discovery and I are completing these reports for each session this week. We can extract core points for a more general full team overview if that is desired, such as a weekly team status update/  I expect the more detailed reports to be ready mid-week next week.

I hope this helps. Please advise of any additional inputs. Thanks very much

Marybeth

> -----Original Message-----
> | From: | Hellen, Jane |
> | --- | --- |
> | Sent: | Thursday, April 10, 2003 8:20 AM |
> | To: | Farrell, Marybeth; 'Christine Lutze (E-mail)' |
> | Cc: | Pritchard, Susan S |
> | Subject: | RE: Weekly Status Reports |
>
> Marybeth,
>
> I was thinking of more depth. For each meeting, what are the specific objectives per audience, the data they will discuss, the strategic direction/key messages we need to communicate. More than the logistical information, what are the suggested faculty, their role and per agenda item, what are the objectives. Lets take it deeper than the slides provided. In addition, what is the timeline you're following for agenda development, faculty recruitment and PRA approval for each meeting
>
> Thanks
>
> Jane
>
> > -----Original Message-----
> > | From: | Farrell, Marybeth |
> > | --- | --- |
> > | Sent: | Tuesday, April 08, 2003 9:44 AM |
> > | To: | Christine Lutze (E-mail) |
> > | Cc: | Hellen, Jane; Pritchard, Susan S |
> > | Subject: | Weekly Status Reports |
> > | Importance: | High |
> >
> > Christine:
> >
> > The Exanta team will need weekly status reports that capture project activities and status of action items.  We consider this an important priority and will need initiation of the report this week. Please call me to discuss particulars about length, scope, day to issue.
> >
> > Thank you.

1

**D247**

| From: | Hellen, Jane |
|---|---|
| Sent: | Monday, April 14, 2003 7:53 PM |
| To: | Pritchard, Susan S |
| Subject: | FW: Weekly Status Reports |

Susan,

Received this from MB last week. Please follow up as you see necessary. I'm waiting for Brian to give me the specifics for performance. I expect we'll have to handle this when I return. Hate to delay any further but....

Thanks

Jane

-----Original Message-----

| From: | Farrell, Marybeth |
|---|---|
| Sent: | Thursday, April 10, 2003 9:45 AM |
| To: | Hellen, Jane; 'Christine Lutze (E-mail)' |
| Cc: | Pritchard, Susan S |
| Subject: | RE: Weekly Status Reports |

Jane:

I agree these are important tracking items for ad boards. This input coincides very nicely with the present reports Discovery and I are working on for ad boards. The new Advisory Board Procedure Guide Timeline Design & Responsibilities tracking grid will provide a detailed outline of each ad board, including timelines, strategy, overall objectives of the meeting, agenda formulation, team slide review, chair and faculty invitees and recruitment status, onsite rehearsal dates and attendees, and other meeting specific items, updated weekly. It includes 29 meeting specific definers suitable for only a core team distribution, e.g., yourself, Susan, me, other PREP/Promo partners, and any others involved in the ad boards who might be appropriate. Items that you note that are not in the grid will be added. I believe most of them are included with one or two exceptions, e.g., objectives per agenda item.

Discovery and I are completing these reports for each session this week. We can extract core points for a more general full team overview if that is desired, such as a weekly team status update/. I expect the more detailed reports to be ready mid-week next week.

I hope this helps. Please advise of any additional inputs. Thanks very much.

Marybeth

-----Original Message-----

| From: | Hellen, Jane |
|---|---|
| Sent: | Thursday, April 10, 2003 8:20 AM |
| To: | Farrell, Marybeth; 'Christine Lutze (E-mail)' |
| Cc: | Pritchard, Susan S |
| Subject: | RE: Weekly Status Reports |

Marybeth,

I was thinking of more depth. For each meeting, what are the specific objectives per audience, the data they will discuss, the strategic direction/key messages we need to communicate. More than the logistical information, what are the suggested faculty, their role and per agenda item, what are the objectives. Lets take it deeper than the slides provided. In addition, what is the timeline you're following for agenda development, faculty recruitment and PRA approval for each meeting.

Thanks

Jane

-----Original Message-----

**AA37**

D257

Areas to Improve

- Increase the contribution at all team meetings (i.e., strategic understanding of Exanta and strategy as it relates to Ad Boards and/or Investigator meetings—this will in turn increase the team's confidence in your potential).
- Adherence to project deadlines (i.e., did not meet phasing deadline for April 7, 2003 by 10:00 AM to Brian Martin. Phasing was received by Susan Pritchard after 12:00 noon on April 7, 2003 and was not in requested template, which was sent out with the original e-mail).
- Over-utilization of company e-mail (i.e., team and non-team members are unnecessarily copied on e-mails which are not pertinent to them).
- Increase your personal knowledge of Exanta clinical studies/data (i.e., become intimate with study data so that you may spend more time interacting with KOLs at Ad Board Meetings, thus in turn KOLs will view you as a source of clinical information representing the Commercial team).
- Fully utilize the agreed upon Exanta Ad Board template (i.e., take each Ad Board and insert program date into electronic template and follow the timelines and procedures for carrying out each of the Ad Boards).
- Increase your ability to retain verbal directions and act upon them accordingly (i.e., remembering what was discussed about the Ad Board schedule and what format this should be in when sending to Debra Walters and the PDSs. Ad Board template was sent to Debra Walters along with the entire Market Development Workstream presentation).
- Consistently update agencies with any changes after internal meetings regarding Ad Boards (i.e., version control--keeping Discovery abreast of any changes for Ad Board programs after meeting with any of our internal team members and acting promptly on requests from Discovery).
- Moving forward with the basic implementation of projects (i.e., as a PREP Manager within this organization, it is necessary for you to grasp the initial concept of a process or program and begin the work necessary to complete the program and working towards its completion without waiting for a consensus. Cardiology Ad Board originally scheduled for April had to be rescheduled. You stated that you were waiting for a sign-off from Brian Martin, which you never received, therefore, program stalled).
- Be prompt and well prepared for all meetings that you hold or attend as this reflects upon you and the Exanta team (i.e., December 7, 2002 you held an ACT Ad Board meeting in which the required participants were Group Director, Product Director, Brand Promotions Lead, Product Strategist, as well as having PDSs and agencies on-line via the phone. You arrived 20 minutes after the meeting was to begin without enough working copies for the invitees of your meeting).
- Understand that the full responsibility of Ad Boards and Investigator meetings lie solely with you (i.e., the success or failure of these projects remain completely within your jurisdiction. You agreed to take the role and responsibility of

D395

**AA38**

successful implementation of high-quality Ad Board and Investigator meetings for the Exanta team and you will be held to this agreement).

- 

**D396**

**Farrell, Marybeth**

| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Friday, April 11, 2003 12:34 PM |
| To: | Pritchard, Susan S |
| Subject: | 2003 Objectives |



2003 Objectives
Marybeth Farre

Susan: FYI I am forwarding the attached copy of my original 2003 objectives based on my conversations with Brian Martin about my role for 2003

Based on our conversation today, I will revise these to have the greater specificity about PREP mgr :
-       accountability and leadership for integration and coordination with global on ad boards' objectives, strategy and messages, best practices sharing, rationale for KOL targeting, and team and PRA feedback outputs, such as sharing of executive summaries;
-       greater integration, development of and leadership on strategic direction for ad boards by working more closely with all team strategists and becoming more integrated into strategy meetings; -   responsibility for total project management for the advisory boards including directly obtaining the necessary inputs from team members such as medical directors, and other issues we discussed;
-       more focus on overall budget management and process improvements

I welcome assuming a greater degree of autonomy, responsibility and accountability for managing the ad boards & investigators that you discussed for the prep mgr's role

Thank you again for the opportunity to share my ideas  I look forward to hearing your plans, and to a great year with you and the team.

Congratulations!

Best Wishes,

Marybeth

P671

1

**AA40**

MAY 1, 2003

In my new role I am looking at the project assignments for each PREP mgr to balance work load and optimize our team activities and performance

Your role is only PREP role handling a narrow tactic such as ad boards / inv. Mtgs on our team and it is not standard for a PREP manager at AZ to be narrowly focused. You:
    Need more depth to your ability to multi task and to move projects along to completion
        that are strategically aligned and well executed.
        Need to be 'managing' the project, championing it, maximizing opportunities, interacting with KOL's, not merely managing the agency's activity.
        Handle more of team workload (eg. ALL ad boards, speaker bureau for coag clinics, inv. Meeting, investigator outreach which are currently being handled by other PREP managers in addition to their projects.)


        Recently on the team your performance has included:
        Canceling the Cardiology Ad board
        Ability to run and organize meetings that facilitate team interaction for ad boards (inclusionary of all necessary team members, gain clinical buy in)
        Follow through on action items w/o delegation to agencies
        Budget management w/o delegation to AC
        Active participation in meetings and providing creative solutions

To make Exanta succeed in its launch we all need to be outperforming expectations and actively communicating with team members.

To date I understand you've had the following discussions on performance:
Jane's discussion on March 13th regarding performance (especially the cancellation of the Cardiology ad board)
Brian's discussion early in 2002 and on March 11th regarding taking ownership of follow up items and actively managing projects outside of sending emails and delegating to the agency. Discussions on continuously moving projects to completion to the point of templating your role/actions.
Input from agencies on their lack of understanding of direction and project scope (lack of communication from you, and full integration of partners and their capabilities)

Feedback given to me from strategists, medics on your performance and lack of clarity in your communications and your management of internal meetings; lack of inclusion at meetings.

Developmental areas given on your performance reviews in last 2 years are consistent with developmental areas needs I see today:
    -   Increase strategic knowledge of Exanta (2002)
    -   Understand key brand messages (2002)

**D312**

- Listening intently to ensure thorough understanding of what is being said / discussed. (2001)
- Look to peers for input and communicate accurately across the team (2001)


Actions: short term for now Long term when you return.


Be up to date on ad board timelines prior to leaving
Have all templated actions completed to date
Have an understanding and documented reason for each KOL being invited to meetings
Clear objective for each Ad board
Take ownership / champion completion of action items (not just sending emails)
Develop a plan for better team inclusion start to finish while still driving project from PREP
Transition plan in your absence for ongoing projects and budget items for May
HLOP plan by 8am on May 2nd


Need you to demonstrate a comprehensive knowledge of brand strategy, direction, customer needs
Develop working relationships with team members including agency partners for upcoming ad boards (inclusive meetings, conversations, action items, strategic alignment)
Creative and professional approach to meetings


Marybeth's Reaction:

Marybeth's reaction was very defensive and accusatory toward Brian Martin and his leadership / management. Marybeth feels she was not included in meetings where she would have benefited from strategic discussions and team feedback on projects. However, those meetings were not open to any PREP team member and others were able to perform.
She feels she championed one on one weekly meetings with Jane Clark to manage projects though Jane feels she participates in order to keep projects moving and gives Marybeth direction.

**AA42**

**D313**

Marybeth does not feel her business relationship with Sunita Sheth or the medics or the broad team are compromised at all.

I asked Marybeth to participate actively in meetings not just attend them and cited my experience over the last year as her peer in the Coag Clinic Workstream meetings I chaired. Her participation was lacking and her comments typically limited to an agreement with the direction the other teammates developed. Additionally, I mentioned her actively filing her nails in a meeting and she stated she doesn't recall doing this but that her nails were in a wreck during a transition from her use of sculpted nails.

Marybeth feels that Brian's departure should make her work better and I stated she has to work at a higher level in terms of strategic understanding, project management, vendor management and exceeding expectations on project outcomes (ad boards) because as the PREP manager responsible for ad boards she is the person accountable.

In terms of her reaction to the 2001 developmental areas, she feels Amy Renk did not understand the 'volume of projects' she was managing in that department.

Marybeth feels she received an excellent rating in her review and exceeded expectations in 2002 last year. Having pulled out the paperwork it states her rating was a good.

When discussing the cancellation of the 2002 cardiology advisory board, Marybeth said it was canceled because the invitee list was not development and that the list flows from Louise Colburn and her work with KOL's. I stated that Marybeth is responsible, not Louise, for generating an attendee list with input from the large team based on her knowledge of our customer base and our ad board goals.

Finally, Marybeth asked for the short-term action items to be accomplished in the next 7 days to be given in writing, which I will do today.

I closed by saying I am reviewing performance issues and workload as a matter of course for setting expectations for her in a manager role in the PREP group and by stating that due to our team needs to launch a mega brand in the next 18-20 months, I needed each FTE to be a full contributor, preferable an exceeding expectations and to actively and consistently manage projects on strategy to completion.

Marybeth thanked me for the feedback and said she was confident I'd see improvements.

**AA43**

D314

**From:**        Farrell, Marybeth
**Sent:**        Thursday, May 01, 2003 11:40 AM
**To:**        Hellen, Jane
**Subject:**    Performance Discussion with Susan Pritchard

Jane:

I met with Susan Pritchard this morning and she raised several points regarding my performance that I found a bit surprising.  In many instances, the issues she raised were areas where Brian Martin had assumed management responsibilities from me for both the team liaising and day-to-day tactical actions.  You and I discussed some of these briefly, but I would like to ensure that there is a clear understanding of the work responsibilities during Brian's tenure and what I was doing prior to his arrival, and am very happy to be conducting again in the new structure.

Susan will email me a listing of these issues, for each of which we will develop both a short-term and a long-term improvement plan.  I am confident these issues can be addressed and all actions requiring additional attention and improvements will certainly be made.


Marybeth

**AA44**

**D315**

## Kauffman, Deborah

| From: | Farrell, Marybeth |
|-------|------------------|
| Sent: | Thursday, May 01, 2003 7:40 PM |
| To: | Kauffman, Deborah |
| Subject: | Follow Up to Today's Telephone Conversation |

Debbie:

Thank you for your telephone call of today. I wanted to follow up and let you know that I did speak with Susan Pritchard today after I spoke with you. She clarified that her comments were based largely on emails from Brian Martin, our former BPL and my former immediate supervisor who recently left the team. However, while here, Brian had assumed many of my day to day responsibilities for advisory boards, and there unquestionably were problems with him not following through on things. I fortunately do have emails in this regard that support my view of the sequence of events and authority/action for many of the issues that were presented to me today.

I do believe in talking with Susan later today that she is concerned that components advisory board tasks or sessions will not be accomplished. For example, one advisory board had to be cancelled because the database of physicians was not complete (a project managed by another team member). Without doctors to invite, I could not hold a meeting. Although I had recommended to Brian Martin at that time that I create the invitation list for my meeting on my own "asap", he told me I was not permitted to do this because it would duplicate work, and that I must await the team database to issue invitations to the advisory board (Scheduled April 25-27, 2003, but had to be cancelled).

As I told Susan today, I am completely confident that any concerns she has will dissipate. She agreed this is what she is hoping for. However, she is planning to write up short-term actions for improvements and long-term actions for improvements for me. These actions for improvement I was advised are different from a formal HR performance improvement plan.

Again, thank you very much for your assistance.

Marybeth Farrell
Professional Relations and Education Manager, EXANTA
AstraZeneca
1800 Concord Pike
PO Box 15437
Wilmington, DE 19850-5437
Phone: 302/885-1854
email: marybeth.farrell2@astrazeneca.com

1

D329

**Kauffman, Deborah**

| | |
|---|---|
| From: | McDonald, Patricia (EXANTA) |
| Sent: | Monday, May 05, 2003 5:40 PM |
| To: | Kauffman, Deborah |
| Subject: | FW: Update information |

I provided overall feedback that the team needed her in a postion to take on more workload and that she needs to clearly understand what she needs to deliver on through Susan. To date, jane feels there is a gap. I did not imply in anyway I wanted to be kept up to speed on this- I clearly said she needed to understand what is being asked of her by Susan/jane and that she should take the inititative to make sure she understands through varies methods (meetings if appropriate). I advised her to consult frequently with her team and Susan to ensure she was working on the right path and not wait until deadline to try and gain support. The way to do this I informed MaryBeth was to be ahead of the game on her deliverables. I did not recommend weekly record keeping. Interesting how 2 people can have the same conversation and get slightly different takeaways. I think she is in over her head in her current role on this team but is not sel- aware of her limitations, However, I believe she plans to create paperwork to try and hold her spot

-----Original Message-----

| | |
|---|---|
| From: | Farrell, Marybeth |
| Sent: | Monday, May 05, 2003 2:51 PM |
| To: | Kauffman, Deborah |
| Cc: | McDonald, Patricia (EXANTA) |
| Subject: | Update Information |

Debbie:

I wanted to let you know that I met with Jane Hellen Friday afternoon, May 2, for approximately 30 minutes I conveyed to her in followup to my email of May 1 my surprise at Susan Pritchard's comments to me on May 1 regarding my performance as a PREP manager on the Exanta team, as the matters which Susan raised did not comport with my recent Performance Review (March 10, 2003). I am awaiting Susan's written summary of the points raised; I am developing a summary of the conversation I had with Jane Hellen on May 2 and will provide you with a copy of each.

Jane said that she spoke to Susan and instructed Susan to discuss with me the performance issues that she (Jane) had identified. This session was scheduled on April 30 and held May 1. I am awaiting Susan's written summary of the points raised; I am developing a summary of the conversation I had with Jane Hellen on May 2, which will include memos and correspondence around the projects and materials in question indicating the sequence of events and persons responsible. I will provide you with a copy of these materials.

I spoke this morning with Patty McDonald, executive director of commercial operations/EXANTA, about the conversations I had last week with both Susan and Jane. Patty recommended that I implement record-keeping mechanisms such as weekly status meetings with both Jane Hellen and Susan Pritchard, to utilize company resources to assist me such as Human Resources, and to keep her apprised. I will schedule the status meetings and keep you updated as well

I would like to arrange a time to meet with you to discuss this further.

Thank you very much.

Marybeth Farrell
Exanta PREP Manager
ext 5-1854

1

**AA46**

D340

| From: | Farrell, Marybeth |
| --- | --- |
| Sent: | Wednesday, May 07, 2003 8:45 AM |
| To: | Hellen, Jane |
| Cc: | Broadway, Susan P; Kauffman, Deborah |
| Subject: | RE: Action Items |

Jane:

For clarification, I said there were some "bumps" in the road specifically in the context of the integration of Brian Martin into the EXANTA team in his role as BPL, his assumption of many of the PREP tasks associated with my advisory boards, and his failure to meet deadlines for those tasks. These "bumps" were addressed in great detail in the PREP and Promo team's meeting with Brian Martin, Buddy Feld and Debbie Brangman on January 28. In this meeting, Susan Pritchard told Brian he had failed to understand the BPL role and did not manage the team's work well. Brian's focus was on assumption of small details of our jobs rather than moving the group forward in a strategic fashion.

You mention that the cancellation of the advisory board, delay in Ad Board development, development of procedure guide and not adhering to the timelines as well as weak strategic/content leadership are all performance issues as noted in first and early second quarter 2003. The delay in ad board development was the result of the delay in the KOL list, for which I did not have responsibility, as you are aware, another PREP manager is championing that program. The development of the procedure guide was included and completed in my 2002 objectives. In terms of not adhering to timelines, in Q1 and Q2 2003, I planned three successful meetings on schedule--the ACT meeting, SPORTIF Investigators Meeting and SPORTIF Steering Committee meeting. For the ACT and SPORTIF Investigators meeting, the slides were developed by Jay Horrow and Jonathan Halperin from the LBCT. I have received commendations for the way I planned and conducted each of these meetings, so your statement that these issues are Q1 and Q2 is difficult to understand. In terms of weak strategic/content leadership, I have led the ACT and AFIB ad board presentations to include strategic positioning and messaging of the data, as well as integrated the critical, expert perspective of our team strategists, PDSs, and medical directors.

I joined the EXANTA team in Q2 2002. Soon thereafter, I requested to attend several EXANTA educational programs in Q3 & Q4, among them the global advisory boards on AFib and ACS, for which I was planning the U.S. AFib and ACS programs, and two intensive data and strategy workshops by global, for the purpose of enabling me to get up to speed on the science and strategy as soon as possible. You denied these requests. I therefore initiated with Jane Clark weekly strategy meetings to ensure I was up to date on EXANTA's latest messaging/strategy, participate in EXANTA days, and review materials independently.

Susan Pritchard began our meeting on May 1 with the statement that you advised her you had performance issues with me, that I knew this and had heard this before, and that she was presenting this to me in the context of staffing for 2004 vis-a-vis limited head count. In fact, these issues were not raised with me before and her May 1 comments from you were a surprise.

Marybeth

-----Original Message-----

| From: | Hellen, Jane |
| --- | --- |
| Sent: | Tuesday, May 06, 2003 6:24 PM |
| To: | Farrell, Marybeth |
| Cc: | Pritchard, Susan S; Kauffman, Deborah |
| Subject: | RE: Action Items |

Marybeth,

To be clear and as we discussed, these conversations were initiated in relation to your performance as a PREP manager this year 2003. The cancellation of the advisory board, delay in Ad Board development, development of procedure guide and not adhering to the timelines as well as weak strategic/content leadership are all performance issues as noted in first and early second quarter 2003.

Also as we discussed, you will be considered for other roles when you've demonstrated mastery of this one, like all other team members. The issue Marybeth is the coupling of increased volume over the next few months and your

1

D367

ability to perform at the level outlined for a PREP manager on an aggressive launch timeline  You've stated clearly you feel you can do this, I'd like to see your energy focused  into demonstrating exemplary performance with your current work load and address the issues that have been outlined

   You've admitted that the "road has been rocky" and I'll reiterate that for a manager on the brand for this length of time and the work to be done pre launch causes concern  This concern has been echoed now in multiple discussions.   To your message, a plan for short term and long term improvement has been discussed and we'll focus on that moving forward

Thank you

Jane

> -----Original Message-----
> **From:**    Farrell, Marybeth
> **Sent:**     Tuesday, May 06, 2003 8:01 AM
> **To:**       Hellen, Jane
> **Subject:** Action Items

Jane:

Per my response to Susan Pritchard yesterday, I will be happy to complete the below short-term actions for improvement prior to my medical leave May 8  I also wanted to recap additional items which you and Susan discussed with me last week and to provide some clarification on those also.

-       Cancellation of April 25-27, 2003, Cardiology Advisory Board at Mandarin Orange Hotel, Miami, FL because of lack of a Faculty list.  As we discussed, the team's list of thought leaders/KOLs, which was managed by a PREP colleague, was delayed. I did recommend to Brian Martin, my manager at the time, in January, that I compile a list of thought leaders so that we could issue invitations to ensure we would hold this advisory board. He instructed me not to do this, as it would be duplicative of the list development project.  I also discussed my deadline needs several times with the individual in charge of the project and offered my assistance, which she said was not needed.  On February 13, she sent me an email requesting that I send the list out to members of the team and ask for their feedback.  By that date, the cardiology list could not be finalized in time to issue invitations to the April 25-27 meeting.  (KOL correspondence attached.)

-       Delay in development of the 2003 Advisory Board Schedule.  To create a framework of dates for the 2003 Advisory Boards, we agreed I should propose dates on which there were no holidays or congresses for the EXANTA team.  These dates were crossed with the schedules of numerous team members to find matches. Once identified, the match dates were locked in and venue searches begun. The initial schedule was developed based on the team's desire to schedule meetings in a geographically accessible location (originally the Peninsula Hotel, Chicago).  This schedule was proposed in November and revised in December and January per both Brian Martin's instruction to change locations and budgeting projection changes.  In my review March 10, 2003, I was rated "exceeded" in developing the ad baord "timelines-to-task" scheduling calendar for team management review and for collaborating with other functional areas.

-       Internal review processes.  You expressed concern regarding my management of internal review processes.  Because of the numerous team members who must review such core items as advisory board slides, the process for obtaining those reviews and edits can be extended.  One approach I have initiated is to meet in one-on-one or in smaller working group, preliminary review sessions to resolve key issues. This has helped streamline the process and reduce the number and length of review meetings.  In my 2002 review on March 10, 2003, I was rated "exceeded" in developing strategies for streamlining processes and enhancing communications

-       Development of the EXANTA Advisory Boards Procedures Guide. Susan Pritchard advised me on Thursday, May 1, that this guide was developed because you did not believe I was managing the ad boards well. However, in our discussions and in many notes to me regarding meetings, you consistently praised my work and my pre-planning and organizational abilities.  Medical directors also have thanked me for "doting attention to details" and in ensuring the meetings succeed  As per Brian Martin's December 3 memo requesting the Guide, the Guide was being developed so that anyone could enter the position and be able to run an advisory board.  At that time, we were discussing your interest in creating a leader position for me.  In my review of March 10, 2003, I was rated "exceeded" in developing and executing advisory boards' strategy for 2002; managing all medical education and logistics vendors; planning and executing EXANTA team slide presentations at Advisory Boards working collaboratively with EXANTA Group Director, Brand Director, Medical Directors, PDSs, BPL, Strategists and Market Research Manager.

**D368**

-    <u>Need for greater strategic and scientific knowledge.</u>  You discussed with me the need for greater strategic and scientific knowledge  In my review of March 10, 2003, I was rated "exceeded" in providing strategic recommendations on Thought Leaders to recruit and train for elite/national advisory boards and in providing guidance to comercial team on content and procedures  Additionally, I provide input to strategic positioning in the ad board slides.

As I expressed on Friday, I find the discussions of last week to be very confusing.  I have a strong commitment to resolving these issues and will look forward to working to resolve these matters as soon as possible

Regards,

Marybeth


As noted above, these actions for improvement are from Susan Pritchard May 5:

Actions:   short term for now  Long term when you return.


Be up to date on ad board timelines prior to leaving
Have all templated actions completed to date
Have an understanding and documented reason for each KOL being invited to meetings
Clear objective for each Ad board
Take ownership / champion completion of action items (not just sending emails)
Develop a plan for better team inclusion start to finish while still driving project from PREP
Transition plan in your absence for ongoing projects and budget items for May
HLOP plan by 8am on May 2nd
------------------------------------------------------------------------


KOL correspondence/per above

Back to this message from a while ago  I looked at the lists again and do not have any additions  Will you send it out to some of the team and get their feed back in terms of "Yes", "No" or "Possibly"? I assume you will send out Cardiology first since that is the priority  As for who had previously attended, we can add that to the process after getting opinions of Brian K , Jay, etc.

Louise Colburn
Senior Professional Relations & Education Manager
AstraZeneca LP
phone- 302-885-4364
fax- 302-886-7586
e-mail- louise.colburn@astrazeneca.com

-----Original Message-----
**From:** Farrell, Marybeth
**Sent:** Monday, January 27, 2003 4:49 PM
**To:** Colburn, Louise
**Subject:** FW: Specialty Lists for Circulation to AstraZeneca Team Members


Louise:

Please let me know any next steps/how you want to handle  Should we just email you any additions if we have them?

Many thanks.

3

**AA49**

**D369**

Marybeth -----Original Message-----
**From:** Christine Lutze [mailto:Christine Lutze@mededgroup com]
**Sent:** Friday. January 24, 2003 6:03 PM
**To:** Farrell. Marybeth
**Cc:** Martin, Brian; Colburn Louise; MaryPat Howard
**Subject:** Specialty Lists for Circulation to AstraZeneca Team Members

Marybeth -

As the next step in the advisory board development process, I am forwarding specialty lists to you that are subsets of the current, Exanta KOL database list These lists represent the specialties currently designated for advisory boards within the 2003 calendar year They are as follows:

Cardiology (3 meetings)

Hematology (1 meeting)

Internal Medicine (1 meeting)

Neurology (1 meeting)

Pharmacy (1 meeting)

These lists all include both an elite and national tab, each of which includes the individuals currently designated with those segmentations within the master list. We added an additional tab to three of the lists with a few, added recommendations, based on work Discovery International has done with these physicians in the past, or recent associations with AstraZeneca. They include the following:

Cardiology:

Bernard Gersch, MD - (recruited to co-chair your Afib advisory board meeting)

Jeffrey Kluger, MD - (participated in the Afib advisory board meeting)

Peter Libby, MD

Peter McCullough, MD - (participated in the Afib advisory board meeting)

Claudio Schuger, MD - (participated in the Afib advisory board meeting)

Win Shen, MD - (participated in the Afib advisory board meeting)

Annabelle Volgman, MD - (participated in the Afib advisory board meeting)

Internal Medicine:

Jeffrey Anderson, MD - (participated in the Afib advisory board meeting)

William Golden, MD

Neurology:

Anthony Furlan, MD - (participated in the Afib advisory board meeting)

Patrick Lyden, MD - (invited to the Afib advisory board meeting, but unavailable to attend)

**D370**

**AA50**

(Please note that the Atrial Fibrillation Advisory Board meeting was the only advisory board meeting held after the time that the KOL list routing was underway. As there was a mix of levels of individuals involved in this specific meeting, they participants in this meeting were not automatically added to the master list. This full list certainly will be placed through the review process for additions when the database is activated. In the interim, we wanted to include the names of a few attendees who potentially will be added, segmented at the national level.)

The attached lists are the foundation lists from which the invitee lists will be developed. We understand that you will be circulating these lists to designated Exanta marketing and medical team members internally at AstraZeneca for the purpose of garnering their recommendations regarding additions or deletions. We would like to have any **changes by Friday, January 31**, to allow for release of invitation letters the week of February 3. As the first of these meetings is targeted for mid-April, it is critical that we generate the invitations and availability calendars as soon as possible to garner the best, possible group of advisors. As discussed in our meeting last week, we will create calendars for a 3-week period around the target dates currently listed on your master list. These calendars will be forwarded to the physicians with a letter of invitation, with a request to return the completed calendars reflecting their availability over the 3-week period. Based on the collective response for each meeting, the final meeting dates will be selected.

In the case of the cardiology programs (as there are three, different meetings), we need to determine if you want to build the advisory groups based on availability, or if you would like to convene advisory boards specific to general cardiology, interventional cardiology, and electrophysiology. This will make a difference in regards to the focus of the meeting agendas, and should be based on the objectives for the Exanta team in regards to desired feedback and guidance from the expert cardiologists.

As the lists for the ACS advisory board meeting and the ACT meeting are already in place, there are no attachments to be routed for those programs.

As I am traveling to AstraZeneca on Monday, please contact Mary Pat Howard with any immediate questions. We thank you in advance for initiating the internal routing. We look forward to gathering the final invitee lists at the end of next week, and initiating correspondence with your potential advisors.

Kind regards,

Christine

Christine Lutze
VP, Account Service Development Director
Discovery International
520 Lake Cook Rd., Ste. 250
Deerfield, IL 60015
Telephone: 847-374-4645
Facsimile: 847-374-4650
christine.lutze@mededgroup.com <mailto:christine.lutze@mededgroup.com>

D371