Marybeth Farrell
2003 Priorities

Budget process, invoice tracking – Access to SAP to replace invoice by invoice review of files

Agencies – Discovery billing and invoicing processes
- Doris Taylor and I are setting up meeting with account staff and accounting manager/include SP

Agency options – Further out in the year to have additional options about vendors

Big picture integration, e.g., connecting the dots

Continuing positive team environment

*Recognized efforts doing jobs for a lengthy pleased to see positive environment to cont'd*

ISSUES

budget < Roses sheet.
could address needs.
ME – ask Doris the problem
Discovery – control radical
↑ SPEED
– cool

AGENCIES

o evaluations of their work.

Development:
- Excell
- ppt
- str. planning.

ACTION

depth added to plan
on str. vision
why were doing things
why certain KOL.

want to set up
strategic review on
Ad board status
↑ similar

integrate best prac
sharing

post program summary reviews

PRA approval of Ad board
+ post ad board actions

Viewpt. link

D394

**AA52**

*Action Plan Memorandum*

**CONFIDENTIAL**

TO: Marybeth Farrell

FROM: Susan Pritchard

DATE: August 18, 2003

SUBJECT: Action Plan

I continue to have serious concerns regarding your performance as Professional Relations and Education Manager for AstraZeneca. These concerns arose initially as a result of:

1. Narrow focus on the logistical aspects of meeting planning
2. Lack of project organization, which has led to situations where professional meetings were not strategically focused.
3. Lack of understanding of brand strategy
4. Inability to communicate brand strategy
5. Lack of understanding of clinical data
6. Inability to fully implement tactical plans
7. Ineffective expense and budget management skills.
8. Lack of respect of colleagues as functional expert

I have discussed these issues with you on numerous occasions (April 11th, May 5th, June 12th, July 3rd, August 12th). I have also specifically documented in my Periodic Progress reports dated from April through August, examples of an inability to execute programs and deliver on the competencies of a PREP manager.

- Leading cross functional project meetings in an unproductive manner
- Lack of preparedness for meetings
- Lack of understanding of meeting objectives, strategy and supportive data
- Ineffective agency management
- Feedback from colleagues on lack of demonstrated functional expertise / brand knowledge
- Refusal to take accountability for project related issues

Despite having several coaching and counseling sessions with you regarding expectations and competencies for a PREP manager position, and despite your years of experience as a PREP manager including over 14 months on the Exanta team, performance persists at an unacceptable level. As a result of behaviors as noted above, action steps have been developed to provide you with an opportunity to improve unsatisfactory performance to an acceptable level and, to maintain satisfactory performance in an ongoing manner. The Action Plan period will be for up to a month and a half, beginning August 18th through September 30th. You must immediately implement the desired behaviors noted in this Action Plan. I will be available to provide you with guidance and counsel to assist you in improving your performance to meet the expectations of this Plan.

During the Action Plan period and thereafter, myself or another manager, will review on a regular basis your performance relative to the conditions of this plan. We will meet weekly to review your progress with the Action Plan objectives as outlined below. If you meet all of the expectations of this plan, you will be taken off the plan by September 30th. Nevertheless, even after you are taken off this Plan your improved performance is expected to continue. If you fail to satisfactorily complete any assignment or meet any expectation set forth in this Plan during or after the specified period, you will be subject to further action up to and including immediate termination of employment.

**D483**

*Action Plan Memorandum*

### Action Plan Objectives

During the Action Plan period, and thereafter, I expect the following actions and behaviors:

**A.  Administrative Duties**
- Bring expense reports up to date by August 20th (includes the months on Exanta team through July). Ensure your expenses have been and are properly coded for your kcode line
- Market Development Roll up budget sheet will be up to date on the p drive without delegation to AC and kept up to date and in line with finance's TYD vs ABU figures. Your sheet will reflect all charges for your projects and expenses.
- Emails will be read and responded to in a timely manner.
- Active participation at all staff meeting, commercial team updates, market development workstream meetings and projected related meetings that brings value to our operational process.

**B.  Communication**
- Clear and consistent communication across the team on brand strategy, on your tactical plan objectives in 2003 and 2004, and on our previous and evolving clinical data and the key brand messages derived from the data as well as the market research messaging work  You need to grasp the clinical data and apply it to the commercial needs of our brand executed through approved tactical plans. Demonstrate you can verbalize strategy.
- Ability to develop tactical plans without full agency support. Ability to execute the plans with the agency partners included on communications and will full responsibility for program outcomes.
- Ability to organize and drive meetings, agendas and slide content for customer programs including appropriate discussions of meeting objectives, relevant data sets and KOL attendee participation to drive productive meetings

**C.  Customer Programs (customers defined as Brand managers, clinical team, and KOL's)**
- Maximize interactions with clinical team by clearly articulating commercial's perspective for meeting objectives and ability to discuss our clinical data as well as competitive data with clinicians in an educated manner
- Provide value to brand managers by optimizing agendas, slides, pre-work, PDS involvement, scientific content review of materials prior to passing from agency to brand manager  Review materials with brand managers prior to holding larger team meetings.
- Provide value to commercial team by developing innovative ideas for customer interactions and tactical executions of strategic goals.
- Demonstrate a knowledge of appropriate KOL's for activities without assistance from PDS and brand managers.
- Execute scientific and strategically sound programs and meetings.
- Accept accountability for your PREP programs outcomes.
- Operate within budget and guidelines
- Provide valuable updates on work to your colleagues to allow for synergies across customer segments.

Please review this memorandum closely. By signing this memorandum in the space provided below, you (i) indicate your understanding of this Action Plan, and what performance level you must attain, and (ii) acknowledge receiving a copy of this Action Plan for your records.

D484

*Action Plan Memorandum*

_____          _____
Immediate Manager's Signature            Date
Job Title


_____          _____
Next Level Manager's Signature           Date
Job Title


_____          _____
Employee Signature                       Date

cc: HR Partner

**D485**

| From: | Pritchard, Susan S |
|---|---|
| Sent: | Monday, August 18, 2003 6:52 PM |
| To: | Hellen, Jane; Bevis, Rachel A |
| Cc: | Kauffman, Deborah |
| Subject: | RE: Plan |

I spoke with Marybeth today regarding her performance and the action plan.

She feels its very unfair, inaccurate and wants to know what I am doing about other PREP manager improvement plans. I told her to focus on herself only, I couldn't discuss colleagues and we're only discussing her performance as we've done since April. She maintains she was out all of May & June. I reminded her she left May 9th and came back June 3rd part time and full time June 23rd.

Marybeth feels she has handled ad boards according to the ad board manual as dictated by Jane Hellen. I did not point out that this 'manual' was an effort to template activity to keep her on track and to help her manage the meetings. Prior to the manual being completed Marybeth held a disjointed ad board (run by 2 agencies) and canceled another meeting because it feel behind timelines
I also told Marybeth at a manager level she should be able to customize tactics and not rely on manuals for the checklist Also the checklist item needs to be thoroughly completed not just checked of superficially. This stems directly from feedback from her colleagues that the ad board work she had 'done' prior to her leave was incomplete and not truly 'done' to the point she said she left it

Marybeth doesn't feel responsible for the budget issues as its due to a compilation of Accounting not paying Dec 03 invoices until 04 and Brian Martin not turning in the right budget number to finance. Still Marybeth has great difficulty accounting for her dollars in our budget update meetings and as of last Friday did not have her budget updated on our shared drive (a June & July action item for her from me directly)

Marybeth doesn't think an of the examples I gave her have merit:
        - KOL conference call unorganized and she was unable to discuss agenda content clearly due to lack of strategic understanding
                - MBF feels this was the agency's fault for not running the call

        - HEM ad board internal review of agenda was off strategy (discussed SPORTIF only in objectives and then SPORTIF for 3.5 hours when this customer group is most        interested in THRIVE trial)
        - No brand manager input to agenda prior to this meeting
                - MBF feels THRIVE not in obj was a typo due to agency fault and that the meeting was the time she was getting the brand manager input (even though the        medical director, MML, and Brand Leader were also all there and provided feedback to me that the meeting was unorganized and unproductive


MBF feels we did not her to go to meetings to meet KOL's (eg Dublin meeting?)
MBF feels all managers make mistakes and hers are no different. After I reviewed the multiple months in a row documentation of our conversations outlining consistent issues, MBF doesn't see anything more than a few typos and mis-stapled ad board packet all due to the agency.

I will meet with her tomorrow again, but will need a manager to cover the weekly updates for the next two weeks until I return on Sept. 8th.

Thanks
Susan

        -----Original Message-----
| From: | Pritchard, Susan S |
|---|---|
| Sent: | Sunday, August 17, 2003 6:04 PM |
| To: | Hellen, Jane; Bevis, Rachel A |
| Cc: | Kauffman, Deborah |
| Subject: | FW: Plan |
| Importance: | High |

FYI, I have made the changes suggested by HR below and will deliver plan Monday.

**D486**

-----Original Message-----
**From:**        Kauffman, Deborah
**Sent:**        Thursday, August 14, 2003 6:36 PM
**To:**          Pritchard, Susan S
**Subject:**     FW: Plan
**Importance:** High

<< File: Action Plan 8-14-03 doc >>   I saw one typo and highlighted my change.  However please modify using the comments from Keith Black  below  Also note he sent a document for your  use with some Q  and  A on action plans  Also I  think in your initial draft there were some points made that you could  verbally use to illustrate your bullets points  in your conversation with Marybeth

-----Original Message-----
**From:**        Black, Keith R (HR)
**Sent:**        Thursday, August 14, 2003 10:49 AM
**To:**          Kauffman, Deborah
**Subject:**     RE: Plan

Hi Deb,

I looked over it and it looks solid – comprehensive review of past coaching efforts, clear statements of deficiencies, and well-outlined expectations and timeframe.

My only comment is somewhat technical in nature.  The following sentence appears towards the end of the plan:

you will be subject to further disciplinary action up to and including termination of your employment with AstraZeneca.

The Action Plan is not part of the "disciplinary" process, which focuses on misconduct. Rather, it is a performance issue.  As such, the Employment Practices Team has developed the following recommended language:

During the Action Plan period and thereafter, I will review on a regular basis your performance relative to the conditions of this plan. We will meet on <date> to review your progress with the Action Plan objectives as outlined below. If you meet all of the expectations of this plan, you will be taken off the plan on  <date>. Nevertheless, even after you are taken off this Plan your improved performance is expected to continue. If you fail to satisfactorily complete any assignment or meet any expectation set forth in this Plan during or after the specified period, you will be subject to **further action up to and including immediate termination of employment.**

Also, we have developed a Q&A document which we give to employees when they are placed on an action plan. I have attached that for your use as well.

Thanks!
<< File: Questions and Answers Regarding Actions Plans for PSSs doc >>

Keith R Black
Employment Practices

AstraZeneca Pharmaceuticals LP
1800 Concord Pike
FOC - CW2-904
Wilmington, DE 19850-5437

**D487**

tel: (302) 885-8191
fax: (302) 885-9880
e-mail: keith.black@astrazeneca.com

-----Original Message-----
**From:**     Kauffman, Deborah
**Sent:**      Thursday, August 14, 2003 10:14 AM
**To:**         Black, Keith R (HR)
**Subject:** FW: Plan
**Importance:**     High

As per my voicemail I would appreciate your perspective on this action plan as I anticipate a difficult process ahead.

-----Original Message-----
**From:**     Pritchard, Susan S
**Sent:**      Tuesday, August 12, 2003 6:31 PM
**To:**         Hellen, Jane; Bevis, Rachel A; Kauffman, Deborah
**Subject:** Plan
**Importance:**     High

As mentioned previously I continue to have performance discussions with Marybeth including today and have a formal time set up for discussions tomorrow as well.
Based on my documented discussions and suggested areas for improvement, I have drafted an Action Plan.

Any feedback you have would be appreciated.

Thanks
Susan

<< File: Action Plan 8-13-03 doc >>

Susan Pritchard
AstraZeneca - Hemostasis
Brand Communications Lea...
tel  302 886 4430
fax  302 886 7586
susan.pritchard@astrazeneca...

**D488**

**AA58**

Notes M.B. Farrell.                8/2/03

cited problems

Vendor at Fays mtg she believes
this is the catalyst for Action
Plan in her opinion
Case study monitor diff of opinion

- asked me to read me
- She wants the Action plan
  redrafted against Band 4
  position (see her attached list)

    asked if possible I told her
  I had never seen this done but
  yes it was theoretically possible
  to make changes to an action
  plan (Mgr mks changes) However
  I cautioned her even if this
  was done it is very possible
  sufficient areas of improvement
  would be needed for band 4 -

  Also cautioned her to ensure she
  has a correct understanding of
  rules of each band - She needs
  to talk to Susan + Rachel
  re this

D494

**AA59**

She asked many + repeated questions re the standard perf imp sequence. I told her it was Action plan → PIP → term. I also stressed an Action plan had frequently 3 outcomes, end of plan w/ improvement, extension of plan, more to a PIP. Termination could also occur as outlined in plan but usually first three outcomes occurred.

I cautioned her all of our employments were employment at will + expl this. Also cautioned her there are item any employee could get term for at any time whether or not they are on an Action plan or PIP - misconducted.

I went over the 2 areas above again + again.

I stressed she needed to take full advantage of her weekly mtgs w/ Susan Perrent to gain a Clear

D495

understanding of what
success would look like)
consist of.

I encouraged her to retain
a positive + professional
attitude during the process

She asked that a HR person
sit in on each of her
weekly mtgs w/ Susan b/c
she stated Susan told her
she was hostile when they last
spoke. I told M.B HR did not
usually sit in for this type
of mtg. I also told her ab I
was out for 3 weeks in Sept
I would have to give some
thought as to who could do this
mtg.
I told her although I would be
out of the office there would
be someone covering for me.
After discussing this a bit further
She seemed to either my involve
or at least leave it unquestd

D496

**AA61**

for now.

She left w/ her next action
to meet with Rachel B

She asked if she should send the
memo she shared w/ me via
hard copy. I told her that
was her decision

D. Kauffman

Marybeth Farrell   Manager Notes  9.11.03

ASHP – Joe Shields states he tries weekly to get involved and updated on ASHP symposium but MBF states there's nothing new. However, Joe is to be shadowing and learning soup to nuts symposium process and should be involved. Impact (agency partner) states they have never heard of Joe and have not been involved with him at all and have difficulty getting MBF to provide direction and input to the ASHP program. Also states work has begun but not with Joe

Delta Training – Marybeth did not show up for mandatory team training on Wed 9/9 although meeting notice was sent, I sent a reminder to attend on 9/8 and she was in her office. Her calendar was open during the time slot.

KOL 9/9/03 - Dr Ansell discussed inadequate vendor and AZ management of Coag Clinic program in terms of inefficient conference calls and lack of understanding of data by participants on call. Participants on call were QED (agency) and MBF.

QED – feedback from Denise Walters 9/10/03  MBF is responsive and gets back to QED with info needed after she goes and discusses things with team.  Doesn't seem to know KOL's but is new to program. Feels her understanding of data is ok.  Has meet with MBF weekly to walk her through program.  Has spent more time getting her up to speed than usual clients but feels this ok b/c Faye has spent a lot of time with QED getting them up to speed.

IMPACT – feedback from Susan Berkley 9/9/03.  Feels MBF is non-responsive to their calls and needs. Can not handle future programs (eg. ASH, ASHP) as she is busy now with Clinics.  Needs to get back to them for small details. Always needs to check with team before giving direction, feedback, suggestions; doesn't give definitive answers. Asks for things that are not in compliance with CME standards (eg. bullets on agenda items including data reviews) Is defensive and hostile when IMPACT pushes back. Impact feels she dislikes using them as a vendor.  Finds her the toughest team member to work with and the least ready to provide strategic direction and scientific feedback.  Very involved in logistics details.  Seems caught off guard with questions standard to symposium development.  Doesn't have knowledge of KOL's (eg. DiMarco).  Needs bios from Agency (therefore not using Viewpoint system.)

Discovery- feedback from Christine Lutze 9/11/03.
Negative and defensive behavior (eg. hung up on multiple times "I can't even talk to you I have to go, click"). Seems to be very overwhelmed with work.
Resurfacing of actions (from March amenities orders) from other agencies that are 'tangible' areas to put blame (logistically oriented). Sporadic input from MBF.
"you should be managing these people" to Discovery on McVeigh. McVeigh's orders were from MBF
Must always check with others, extended time goes by without input and then resurfaces in a flurry when an action is delayed etc.  Never makes the definitive answer, go ahead

**AA63**                                                                    **D536**

(eg. must run thank you letter for participating in ad board by Faye Morin before giving go ahead for letter from MBF).
Agency Not included in debrief coag clinic ad board.   MBF calls for agenda etc. Agency said their were not included. MBF cancels meeting for team (eg. can not proceed without agency management)
Easily confused with details of what is attached, versions, what needs to go to what program.
Specific examples of honaroria checks delayed due to addresses not updated.   MBF says she was unaware of need, Discovery said she was on the approval list.
Agency still feels there are strong communication issues leading to inefficient management.

Meetings:  Accepted my meeting to discuss plan on 9.10 but then didn't show to work (emailed about morning). I moved meeting to late afternoon but didn't show up to work all day.  Rescheduled for open time on calendar for Thursday afternoon but MBF declined as the time then was booked  Subject: QED meeting. Invitees: none and QED didn't arrive until the 3pm meeting.  Additionally MBF was off AZ site at 1pm.

---

Sept 12 – Met with MBF to discuss performance issues outlined above. She still refuses to discuss her performance on the Action plan as she wants to debate the plan being Band V not IV.  I outlined again why it is a band IV (based on competencies, based on her experience with AZ and Exanta, and based on the needs of the team). She will not acknowledge and said she will set a mtg up with me and Rachel to discuss. I told her Rachel, HR, Jane H. and I have agreed it's a good plan for her and still the same answers. MBF started off the meeting by providing copies of the plan, our memo correspondance from 8/21, and notes from her meeting with Jane H.  Again, she always has a lot of paper that she attempts to push around instead of discussing an issue from her own position   I tried to focus on performance updates (above) as well as feedback from Faye M on their performance discussion from the week prior.  Marybeth was very hostile to me, very forced hard smile on her lips while her words were dripping with bitterness.  I mentioned this hostile behavior was not in AZ cultural attributes and I'd ask her to be able to have an open dialogue with me.  She went off on I misread her etc.  I asked her to calm down and the meeting continued through the end to be in a hostile tone.  MBF yelled at me for all her points to the point where Louise asked me after who MBF was in her office screaming at.  This is exactly what happened with Faye last week.
The meeting was very hostile and draining to me.  Unprofessional, unacceptable.  Told her hostility was unacceptable in August when she started this behavior after the action plan discussion.

Sept 15 – MBF presented her plans (04 tactics & Budget) with errors (36K travel in all 4 customer segments, all the same congresses w/ dollars in each plan, couldn't speak to the MM plan was it for hospital pharmacists? MBF said its retail but I don't believe that is correct).  Again she can not speak to her customer plans without Mike or Faye's assistance.  Hem – Hem / Onc not reference.  Cardiologists are in the Hem plan.

D537

Left note she didn't have enough time to move from office but had 2 wks notice and 1 week w/ boxes.

Sept 16 – 9pm call to office that she can't go to DC ASH roundtable mtg b/c she has so much to do (see transcript). I call her cell at 9am, no answer.   Message says she has a 9am mtg and will be in after, shows up around 2pm.  VM's say she's working from home (unapproved / undiscussed). I leave a message on work to MBF saying please call me, leave cell number. Never calls.  Doesn't let AC know schedule either.  We just discussed after last Thurs. she has to let AC know and me (live) for out of office.  Doesn't follow procedure.

Sept 16 – MBF to be out of office for  clinic SB mtg yet her calendar is open.  Does not manage her time / calendar.

**AA65**

**D538**

**Austin-Jones, Georgina**

| | |
|---|---|
| From: | Austin-Jones, Georgina |
| Sent: | Thursday, October 02, 2003 8:38 AM |
| To: | Broadway, Susan P |
| Cc: | Black, Keith R (HR) |
| Subject: | CONFIDENTIAL |

Sensitivity:        Confidential

Susan

For your information.  As of 1 October 2003, Marybeth Farrell had 211 unread e-mails in her inbox.

Kind regards

Georgina

Georgina Austin-Jones
Senior HR Partner, Marketing Operations & Pheonix
AstraZeneca Pharmaceuticals LP
Room A3B-113
1800 Concord Pike, PO Box 15437
Wilmington
DE 19850-5437

Telephone: (302) 885 9431

1

**AA66**

**D608**

P. 27   # 9

*SAMPLE – Performance Improvement Plan Memorandum*



**CONFIDENTIAL**

TO: MARYBETH FARRELL

FROM: SUSAN PRITCHARD BROADWAY

DATE: 10-21-03

SUBJECT:     Performance Improvement Plan

I continue to have serious concerns regarding your performance as a PREP Manager. These concerns arose initially as a result of:

1. Narrow focus on the logistical aspects of meeting planning
2. Lack of project organization, which has led to situations where professional meetings were not strategically focused.
3. Lack of understanding of brand strategy
4. Inability to communicate brand strategy
5. Lack of understanding of clinical data
6. Inability to fully implement tactical plans
7. Ineffective expense and budget management skills.
8. Lack of respect of colleagues as functional expert

These concerns have arisen from observing your behavior in team meetings as well as feedback from your colleagues and customers. These concerns have been discussed by us and documented in performance discussions in the spring and summer of 2003 as well as a formal Action Plan in August 2003 through today. My concerns about your performance persist because of consistent and continual feedback from your colleagues and customers on a lack of the necessary skills to operate as a PREP manager as well as my observance of your actions in meetings. Specifically, my concerns center on your performance in the areas of budget management, time management, vendor management, communication skills, team leadership, product and disease state knowledge, interpersonal skills, and personal accountability exhibited through ownership of tactical plan execution. Despite having had several coaching and counseling sessions with you regarding these behaviors, you continue to perform at an unacceptable level.

The following Performance Improvement Plan has been developed in order to provide you with a further opportunity to improve your unsatisfactory performance to an acceptable level and, thereafter, to maintain satisfactory performance. The performance improvement plan period will be up to 60 days, beginning October 22, 2003 through January 5, 2003. You should begin to immediately implement this Performance Improvement Plan. I will be available to provide you with guidance and counsel to assist you in improving your performance.

During the Performance Improvement Plan period and thereafter, I will review on a regular basis your performance relative to the conditions of this plan. If you meet all the expectations of this plan, you will be taken off the plan. Nevertheless, even after you are taken off the plan your improved performance is expected to continue. If you fail to satisfactorily complete any assignment or meet any expectation set forth in this plan, during or after the specified period, you will be subject to further actions, up to and including the immediate termination of your employment with AstraZeneca.

Please note that the calculation of any bonus under any bonus plan in which you may be eligible to participate will be prorated during the timeframe in which you are placed on the PIP. Your base salary will not be affected.

We have discussed examples of past behavior where budget, expenses, calendars were not maintained to AZ policy nor for good business practice (delinquent AMEX, excesses expense report submissions, inaccurate calendar maintenance). We have discussed a lack of follow-up on projects and timelines missed (canceled meetings, outstanding issues on projects highlighted by vendors and teammates as well as unresponsiveness on your part to emails and voicemails). We have discussed AZ attendance and vacation policy as well as our team procedure (live call with manager via phone, live or voicemail to AC, notification to supporting brand managers (Faye, Cindy, Mike), and email and voicemail out of office system use). We have discussed a need for clear and consistent communication to brand team and vendors and KOL's on brand strategy, supporting messages from data, and TPC's. I've emphasized a need for your communications to be more salient to strategic direction and relevance of programs vs. logistical as well as your maintenance of the brand strategic direction on projects through active management vs. allowing vendors or KOL's to manage tactical process. We have discussed maintaining a proactive and consultative relationship with clinical and brand manager colleagues vs. a need for their involvement on execution of tactical plan. We have discussed demonstrating a stronger knowledge of our past experiences with KOL's, their areas of interest and future opportunities for them with our brand as well as your providing value to the commercial team through actively listening and participation at all meetings. And we have discussed accountability for follow up and follow through on projects as well as a leadership role for yourself in the execution of the project vs. delegation to an AC or agency. As such, the PIP plan focuses on what a successful PREP manager would be able to accomplish with respect to areas we have been working on through coaching and feedback sessions since May 2003 as well as the August-September Action Plan.

### Budget Management
- Demonstrate an understanding of budget allocation and company financial process (phasing, quarter close, projections) by using company budget tracking tools (Excel shadow sheet and Delta) for all expenses incurred and providing accurate updates to budget at monthly budget meetings and RBU updates
  - Provide team clarification at monthly close meetings as to your YTD spend and phased spend remaining months. Proactively highlight any discrepancies from Finance budget sheet to shared drive brand budget sheet and account for any dollar differences.
- Execute projects within brand budget constraints and project proposal from agency. Be able to forecast current spend for projects to eliminate overrunning

2

budget allocation. Proactively highlight differences with BCL prior to team
budget close meetings.
- File expense reports within two weeks of incurring an expense (bi-monthly
  processing) with proper coding to your budget line and phased expense
    - Expense reports to be submitted on 15th and 30th of each month with full
      receipt documentation and within budget phasing

## Time management
- Maintain Outlook calendar for all meetings, out of office days
    - Respond to meeting requests within 1 business day of receipt
    - Vacation and Personal time off to be approved and tracked according to
      AZ policy
    - AC and Manager to be notified (live) of schedule (in and out of office) on
      daily basis
- Notify brand managers of project status and of a contact prior to leaving office
- Respond to email and voicemail within 24hours of receipt if in office, 48 if
  traveling. Response will include a projection of completion date for any requests.
- Set work hours and maintain availability on site during set hours
    - Leave a voicemail from your office phone to manager when arrive in
      morning with time and call again with the time when leaving at night
- Be accessible via mobile when traveling (Cell phone on when traveling for
  business and voicemails responded to same day with a projection of completion
  date for any work requests)
- Vacation requested in timely fashion (>1 week) and via Self Service with a
  prompt to manager for approval
- Personal appointments maintained on personal time
- Alert manager to scheduling conflicts with > 1 day notice

## Vendor Management
- Provide clear and consistent direction to vendors for project management via a
  weekly update call. Drive agenda development, ground vendors in strategy and
  clinical data supporting tactics being discussed and work through issues for
  tactical execution. Follow up on outstanding issues and communicate back to
  vendors in timely fashion as dictated by tactic deadlines.
    - Notify manager by Monday morning of call status and agenda and follow-
      up on Friday with your accomplishments from call
- Provide documented feedback on projects and issues using SPEED criteria on
  an ongoing basis (timely feedback – directly after an issue, within a week post
  project completion)
    - In weekly agency call, actively solicit agency feedback on their needs to
      perform better with projects and document what you have done in
      response to agency feedback and brand needs.
- Provide a valid timeframe for all work completion needs (eg >24hour turnaround)

## Communication Skills
- Demonstrate effective presentation skills with an ability to give high level
  summaries of work plans, expand on slides (vs read points) and demonstrate
  and understanding of strategic implications of presentation

3

- Add value at team meetings by championing and leading discussions with colleagues and vendors vs. engaging in listening and agreeing with previous comments / assessments made by team
- Demonstrate ability to lead discussions with KOL's and maintain the leadership position, driving agenda and brand needs
- Actively participate in discussions to demonstrate brand expertise and leadership (eg. At staff meetings, commercial updates, workstream meetings)
  - o  Set up weekly meetings with managers you support and solicit feedback on their needs from a PREP manager. Prepare and agenda with discussion points on active projects. Document weekly what you have done to meet their needs for project management. Agenda for weekly meeting should be sent to your manager on Mondays and documented follow up on Fridays.

Team Leadership
- Demonstrate knowledge of our KOL's and their skill sets, area of interests, previous interactions with brand. Proactively provide suggestions of KOL's for tactics to brand managers based on discussions of work plans in workstream meetings
- Ensure KOL interactions operate at high standards (meetings not canceled, unprepared, lacking agenda, not concise)
- Drive project management and champion interactions with vendors without reliance on brand manager to partner for every meeting, call, objection
- Demonstrate ability to make decisions on projects without reliance on brand manager for all details
  - o  Provide recommendations of your decision and supporting reasons in your weekly meetings with brand managers and use the time to obtain buy in or to alter path forward. Document recommendations in agenda development by Monday to your manager and actions on your part on Fridays.
- Participate in monthly report to manager in template and to peer for Brand Monthly Highlights
  - o  Report will be a concise strategic overview of project management

Personal Accountability
- Engage colleagues in projects through updates and scheduling of meetings when larger brand involvement is required. Provide agendas when calling meetings, follow up with a day on action item status until completed.
- Offer valid solutions to problems or issues to management vs. only flagging up a problem
- Take initiative and champion meetings with BCL or necessary manager to discuss updates on projects, brainstorm ideas
- Follow through on scheduled meetings – work to obtain needed materials >1day prior to meeting (agenda, pre-meeting reads) and personally send out to meeting invitees.

Performance must be executed in accordance with AZ corporate attributes.

Please review this memorandum closely. By signing this memorandum in the space provided below, you (i) indicate your understanding of this performance improvement

4

plan and what performance level you must attain, and (ii) acknowledge receiving a copy
of this performance improvement plan for your records.

_____          _____
[Manager's Signature]                                          Date

_____          _____
[Next Higher Manager's Signature]                     Date

_____          _____
[Employee's Signature]                                        Date

cc: _____ [Regional Employment Practices Partner]
        HR Personnel File

5

P162

**AA71**

<u>MID-PIP REVIEW OF MARYBETH FARRELL – NOTES FROM FAY MORIN</u>

<u>BUDGET MANAGEMENT</u>
<u>Budget Feedback</u>

1. Haven't heard back from MBF on impact of additional webcast speaker training dollars.

   Faye has verbally, written requests for project budget updates. No response or topline response. MBF didn't have the budget contract as of November 5. Had to request from vendor.

2. DeLTA – had to input budget cuts and budget items. Did input (billions) corrected to millions. Reallocated budget because of cuts (cut on November 14 discussed SPB on Wednesday, November 19, e-mailed Faye November 19 but never came to discuss. Suggestions were to cut items where there's no flexibility, due to contracts (JHU). Didn't cut budget based on strategic vision, didn't offer reach and frequency impact of cuts.

<u>TIME MANAGEMENT</u>

<u>Calendar</u>
   ➤ Responds to Faye's requests but Faye spends time on managing follow-through.
   ➤ Can implement once told, but doesn't come up with the idea.
   ➤ Her response is usually not suitable, deep, more.
   ➤ Response doesn't include timeline for completion

<u>Vacation</u>
   ➤ Didn't proactively discuss vacation for Thanksgiving and didn't give status of projects prior to leaving.
   ➤ Faye only knew about vacation because she asked MBF to set up a meeting and MBF said she can't because she's on vacation

<u>VENDOR MANAGEMENT</u>

<u>Vendor Calls</u>
Manager hasn't received any weekly status call: agendas nor follow-up

D1087

COMMUNICATION SKILLS
Strategic vs. Tactical

> QED/JHU programs started, four completed, vary different. MBF didn't
  have any proactivity on coming up with actions forward. MBF's feedback
  for Philly program was topline and positive. No areas for improvement
  suggested. Faye has to follow-up with scientists to develop action plan.
  MBF said speaker well dressed, restaurant good, etc. (Logistical, topline)

> At 11/17 Workstream meeting, Faye had MB on agenda to update on '04
  Initiatives. Discussion was superficial, didn't know audience of programs
  how she'd place programs, strategic value of programs (e.g. Intent,
  Audience, Timing.) Can't verbalize difference of programs (intent or
  reach determining why we use one tactic over another). Also displayed
  in MBF's budget cut proposal (all tactics cut equally vs. based on impact).

> Feedback on Tuesday, November 18, Clinical Program
  Called Faye from cell with feedback (very positive topline logistical
  details). Brian Katona sent 180° different feedback to team on same
  program. MBF tells Fay next day at Faye's request for additional feedback
  based on Brian's comments, MBF shifts to "this tactic doesn't work, we
  can't get these speakers up to date. Inability to professionally filter all
  feedback and not overreact to one offs.

TEAM LEADERSHIP

> Faye – no change in MBF's KOL's knowledge, who to use for which tactic
  and their skill sets.

> Faye – dependence on Faye for meetings PREP/MBF should handle e.g.
  needed Faye to give QED feedback on September event (and feedback
  2 months delayed)

> Inability to prioritize agenda with vendor (2 month old feedback)

> No proactivity for projects she can't attend

> Never proactively set up time with Faye for brainstorming overviews. Faye
  sets objectives, MBF implements

PERSONAL ACCOUNTABILITY

Faye doesn't see proactiveness or leadership on projects. No initiative, just
implements a direction.

D1088

**AA73**

### PEP MED-TERM FEEDBACK ON MBF FROM CINDI HASSRICK

#### BUDGET MANAGEMENT

- ➢ Managed Markets feedback on DeLTA. Cindi Hassrick spent significant amount of time sitting with MBF to enter all MM tactics and dollars.

- ➢ Cindi doesn't feel she'd even ask MBF for current spends on projects because she doesn't get insights into budget from MBF.

#### TIME MANAGEMENT

- ➢ MBF no showed to GMR because MBF was out of the office at Hematology Ad (CA) Board when she has a meeting scheduled in DE

- ➢ Cindi has not seen any improvement in response time to e-mails, meeting requests......e.g. still no response on speaker name request from early November.

- ➢ Didn't notify Cindi of vacation week of Thanksgiving. Cindi found out from GMR. Nothing on project status, or financial month close (budget)

#### VENDOR MANAGEMENT

- ➢ Cindi knows MBF meets with GMR as GMR lets her know, but she's never seen on agenda or follow-up with actions or accomplishments.

- ➢ Cindi has never been updated on agency feedback to or from MBF.

#### COMMUNICATIONS SKILLS

- ➢ Cindi doesn't feel MBF can speak to strategic implications of tactics e.g. SMMART – national ad board large tactic. MBF is not attending (partial conflict with ASH) but Cindi had no idea MBF wasn't coming until 11/21/03 when GMR told her.

- ➢ MBF couldn't explain to T. Beehan SMMART board value and Mike Abens got involved to save meeting from being canceled.

- ➢ Cindi has bi-weekly meetings (MAP) with Managed Market team and has only seen MBF at one meeting. Therefore, never sees her champion discussions of value of PREP tactics.

- ➢ MBF has never had nor attempted to set up weekly meeting with Cindi. Cindi has set some up with MBF to deal with some projects (e.g. DeLTA)

#### TEAM LEADERSHIP

- ➢ Cindi had to e-mail me (SPB) for KOL suggestions, as MBF has never suggested any for tactics.

**D1089**

➤ KOL interactions – GMR handles all tactics, not MBF.  Same with Projecthouse for Retail Ad Broad.  MB attended but wasn't involved in setup.

➤ Complete reliance on GMR and Cindi for MM tactical coordination.  TGWW for logistics.

➤ Cindi hasn't had MBF call a meeting so can't speak to if she develops an agenda.

## 2003 Year-End Performance Feedback

**Your Name: Denise Barrett Quigley**                    **Date: 12/15/2003**

**Feedback for:  Marybeth Farrell**

1. Briefly describe any business contributions he/she performed which assisted you in meeting your goals and objectives:

2. Briefly describe any competencies or skill sets where he/she demonstrated strengths (specific examples useful):

3. Describe areas in which he/she could be more effective (specific examples useful):

    a. My observation of Marybeth is that she operates outside of the team environment. She doesn't attend a significant number of team meetings and if she is in attendance, she always brings other work. This creates the perception that she is not interested in contributing or in the contributions of her team members.

    b. Marybeth is very often unprepared for workstream team/staff meetings. For example, in planning for 2004, she would miss the point of what she was supposed to be presenting and become defensive when probed for the correct information, claiming she did not have the most up-to-date information (this information, however, was readily available to the rest of the team via Email, team meetings, etc.).

        i. This would take time from other team members, lead to less collaboration due to time constraints, and create an extremely uncomfortable environment for the team.

            1. This shows an extraordinary disregard for the team process and individual team members.

    c. Marybeth does not seem to fully grasp AZ budget processes. An example of this is as follows: Marybeth managed a few projects that fell under my budget. I processed all of the grant paperwork for ASHP, a program she was managing, and several months later she had Clarice working on the grant paperwork for a program that was nearly completed. She had no idea of what was going on with the budgets for any of her projects that fell in my line. She was more than happy to have me deal with her work.

    d. There is little evidence to suggest that Marybeth is interested in the success of the team or individual team members.

**AA76**                                        **D1293**

      i. She sneaked the housing fee for ASH into my budget after I
       clearly told her that there was no money for it (which led to
       more work to make sure my budget was on target).
     ii. She was over-budget on ASH without communicating this
      information to me.
         1. These are items for which I am ultimately responsible,
          and I feel she has no concern for this.
    iii. She also failed to meet the deadline for submitting her
      planned consultants meetings for the 2004 team plan.

4. Describe ways in which he/she has demonstrated AZ cultural attributes:
   a. Marybeth seems genuinely enthusiastic about her customer
     segments.

5. Please offer suggestions for professional growth or personal development:
   a. Presentation skills
   b. Budget management
   c. Time management
   d. Team dynamics
   e. Grant processes


Additional Comments:
Marybeth is very nice but I'm not sure she is the best fit for such a busy team
with little room for error. We all work very hard and need to feel we have an
entire team that is considerate of our time, meets deadlines and contributes to
the overall success, and I'm afraid Marybeth has not demonstrated her ability or
commitment to meet these basic objectives.


**Please return by e-mail to Susan Pritchard Broadway. Thank you.**


**AA77**

**D1294**

**Please outline your experience with Marybeth Farrell in the following areas:**

*Please see the confidential comments following each feedback section.*

**BUDGET MANAGEMENT**
Understanding and championing company process for monthly close deadlines
Projecting project spends
Phasing billing in appropriate months for payment
Experience tracking spend levels for projects vs. budget

At the onset of the year, a majority of project budgets were signed to cover programs for the remainder of the year. Therefore, there was little need for ongoing interaction with Marybeth in terms of new spends. That said, as a medical education partner, we have little interaction with Marybeth in terms of her tracking of spends, but do report to her on a regular basis in regards to areas that may be over or under budget, due to changes in program parameters, or additional efficiencies that were exercised. Payment formats by month, versus in thirds, versus 50/50 were all used at some point during the calendar year. We needed to evaluate each project on an individual basis with Marybeth to determine how the billing would be issued. This was handled on a case-by-case basis, and closure on the decision was achieved for all estimates. Later in the year, a consistent billing process was developed, working with Ellen Madford and the PREP team managers. Marybeth did follow up with us to confirm that all active programs had been invoiced in full.

Marybeth does not seem to recognize how additional changes, multiple rounds of review, and delays in response do affect the hours placed to program development and implementation (i.e. increase in hours).

**TIME MANAGEMENT**
Response to emails / voicemails in timely manner (within a business day, 2 if traveling)
Notification of a team contact when out of office for vacation, personal time off
Availability for meetings as scheduled or requested

Although Marybeth has shown recent improvement in her response time, if the deadline for an action is beyond one to two days, more often then not, she does not respond within the above-mentioned timeline. Throughout the calendar year, Marybeth frequently has not respond to voicemails or emails for an extended period of time (1-3 weeks, even up to one month). When she does respond, she has at times responded to an email that has had subsequent action  (e.g. A series of five pieces of correspondence can be sent to her over a three-week period, and she may respond to the first after the fifth has been issued. Therefore, the first is no longer applicable, as updates have been provided to her in the time since her last response. In addition, there have been cases when she has forwarded files to internal AstraZeneca team members that are incorrect versions.

In the few times that we have attempted to do so, none of our team members have been able to reach Marybeth directly via her cellular telephone. Messages are required, and response time from her varies greatly.

Marybeth does work with us to inform us of her availability for meetings and conference calls. That said, she also has scheduled meetings that include us without conferring with us in advance, and has changed meeting/call times for team meetings without our knowledge. In addition, she has frequently cancelled conference calls/meetings.

In regards to notice of upcoming vacation time, there was a case where Marybeth informed us a few days prior to her departure, but there also have been cases when we are unaware of her vacation until she is out of the office, and unavailable to respond to inquiries and action items.

**VENDOR MANAGEMENT**
Provides clear and consistent direction on brand strategy and tactical execution
Drives project management with meetings, agenda development, idea generation, follow-up
Provides documented feedback on agency's execution of tactics (within one week of project completion)
Provides a valid timeframe for work completion needs (greater than 24 hour turnaround)
Presents self in professional manner (e.g. Follows through on action items, meetings not canceled, agendas driven from AZ PREP)

We have not received any documented feedback from Marybeth on any programs generated within the 2003 calendar year. The limited feedback received has been verbal.

The time allowance for a majority of Marybeth's requests is a few hours. We consistently receive requests for immediate turnaround on items on which we have been requesting feedback for one week up to one month.

When on site at a meeting, Marybeth presents herself in a professional manner. In addition, she provides positive and constructive feedback to vendor partners in that setting.

Marybeth follows through on some action items, but others are often left without a response, or without reporting the outcome of the action taken.

She does direct the final content for conference call and meeting agendas.

She has cancelled several calls/meetings throughout the year (agenda review meetings, chairperson call, faculty calls)

**COMMUNICATION SKILLS**
Demonstrates ability to lead KOL discussions

Demonstrates ability to articulate strategic implication of tactical plans
Arranges and executes weekly meetings with vendor partners to manage tactical plans
(develops agenda and follow ups on action items within work week)

In November, Marybeth set up a schedule of weekly conference calls with our team.
Those calls occurred while active planning was in process. Following completion of
2003 programs, the calls have been placed on hold until addition program initiation is
required.

Marybeth does reference program strategies when in conference calls with faculty
members, and points out the desired outcome of both specific agenda items and the
overall program.

Marybeth maintains a positive attitude when working on site for a meeting, and generally
maintains a positive attitude in vendor interactions. There have been times when
Marybeth has discontinued phone calls abruptly with team members, citing suddenly that
she needs to hang up, or is confused about what is being discussed and will call back
later.

## TEAM LEADERSHIP
Demonstrates an understanding of KOL's (area of interest, expertise, previous history
with brand)
Demonstrates understanding of competitive products
Ensures KOL interactions operate at a high standard (e.g. meetings not canceled, agenda
focused)
Demonstrates ability to make decision on projects without reliance on brand manager

Marybeth works to lead calls and discussions with KOLs in terms of sharing program
parameters. She communicates a core understanding of both Exanta and competitive
products, segments of which are displayed when interacting with thought leaders.
Marybeth has referenced previous partnerships with AstraZeneca, and with various
thought leaders, within interactions with these KOLs (to the point of previous history
with the brand).

She tends to focus on the sequence/logistics/timing of programs under discussion, versus
the core strategy of the program. She actively participates in KOL calls, yet often refers
and defers to brand managers in terms of final decision making and program direction. In
addition, there have been select times when KOL calls had to be cancelled, due to lack of
communication with internal team members regarding the call scheduling, or not
adhering the to times presented, and schedule preference communicated, by the KOLs.

**AA80**

**D1077**

**Please outline your experience with Marybeth Farrell in the following areas:**

**BUDGET MANAGEMENT**
Understanding and championing company process for monthly close deadlines
Projecting project spends
Phasing billing in appropriate months for payment
Experience tracking spend levels for projects vs. budget.

*Typically, Marybeth defers to Denise on issues related to invoicing, and she does not seem well acquainted with the budget details or invoicing deadlines.*

**TIME MANAGEMENT**
Response to emails / voicemails in timely manner (within a business day, 2 if traveling)
Notification of a team contact when out of office for vacation, personal time off
Availability for meetings as scheduled or requested

*Response time to emails/voicemails has been lagging for all associates who have been working on projects with Marybeth, even on pressing issues. Additionally, Marybeth has scheduled several conference calls with us and then not been available without any prior notification. Notification of time off/out of the office has been fine.*

**VENDOR MANAGEMENT**
Provides clear and consistent direction on brand strategy and tactical execution
Drives project management with meetings, agenda development, idea generation, follow-up
Provides documented feedback on agency's execution of tactics (within one week of project completion)
Provides a valid timeframe for work completion needs (greater than 24 hour turnaround)
Presents self in professional manner (e.g. Follows through on action items, meetings not canceled, agendas driven from AZ PREP)

*We are generally not provided with adequate/thorough direction. In direct communication with us there is often confusion and repeated questions that have already been addressed.*

**COMMUNICATION SKILLS**
Demonstrates ability to lead KOL discussions
Demonstrates ability to articulate strategic implication of tactical plans
Arranges and executes weekly meetings with vendor partners to manage tactical plans
(develops agenda and follow ups on action items within work week)

*No comment.*

**TEAM LEADERSHIP**
Demonstrates an understanding of KOL's (area of interest, expertise, previous history with brand)
Demonstrates understanding of competitive products
Ensures KOL interactions operate at a high standard (e.g. meetings not canceled, agenda focused)
Demonstrates ability to make decision on projects without reliance on brand manager



D1079

**Please outline your experience with Marybeth Farrell in the following areas:**

**BUDGET MANAGEMENT**

Understanding and championing company process for monthly close deadlines
- This direction has come from Faye Morin, not Marybeth Farrell

Projecting project spends –
- No feedback here — Marybeth was brought into the project after project budget was established. Have not as yet had to scope out additional fundings

Phasing billing in appropriate months for payment
- This has not really been addressed by Marybeth — although, we are dealing with payment terms set out by the continuing medical education (CME) provider

Experience tracking spend levels for projects vs. budget.
- Marybeth has asked us a few times if Q.E.D. Communications (Q.E.D.) was on budget, but that has been the extent of her queries

**TIME MANAGEMENT**

Response to emails / voicemails in timely manner (within a business day, 2 if traveling)
- Response has been timely to those questions that Marybeth can answer herself. When she needs input/direction from someone else within AstraZeneca (AZ), the follow-up drops off

Notification of a team contact when out of office for vacation, personal time off
- Notification is relayed 50% of the time

Availability for meetings as scheduled or requested
- Marybeth makes herself available when we really push hard for it. She was more available prior to the Speaker Review Meeting.

**VENDOR MANAGEMENT**

Provides clear and consistent direction on brand strategy and tactical execution
- Marybeth has not shown strong evidence of knowledge regarding the brand strategy and tactical execution

Drives project management with meetings, agenda development, idea generation, follow-up
- Upon the conclusion of the Speaker Review Meeting, Q.E.D. experienced difficulty in setting up a status meeting with Marybeth in order to discuss the progress made with the symposium series and next steps for the project

Provides documented feedback on agency's execution of tactics (within one week of project completion)

- Project feedback was provided several weeks after the Speaker Review Meeting

Provides a valid timeframe for work completion needs (greater than 24 hour turnaround)
- Marybeth understands the frame of time needed to complete tasks efficiently

Presents self in professional manner (e.g. Follows through on action items, meetings not canceled, agendas driven from AZ PREP)
- We have set up weekly teleconference status calls for every Friday at 9:00 AM Marybeth has missed the last 2.
- Previously scheduled meetings have not been canceled by Marybeth
- Q.E.D. provides weekly status reports via E-mail to Marybeth, copying Faye Morin Faye addresses the outstanding AZ issues for us, rather than Marybeth

## COMMUNICATION SKILLS
Demonstrates ability to lead KOL discussions
- This is a CME activity, therefore interactions with the KOLs are limited to Q.E.D. and The Johns Hopkins University School of Medicine (JHU)

Demonstrates ability to articulate strategic implication of tactical plans
- Q.E.D. often has had to refocus Marybeth (ie, with regards to the target audience for this program, etc)

Arranges and executes weekly meetings with vendor partners to manage tactical plans (develops agenda and follow ups on action items within work week)
- Marybeth set up weekly teleconference status calls for every Friday at 9:00 am, but she missed the last 2.

## TEAM LEADERSHIP
Demonstrates an understanding of KOL's (area of interest, expertise, previous history with brand)
- Due to the fact that this is a CME program, we have not seen evidence of a strong relationship between Marybeth and the KOLs we have worked with

Demonstrates understanding of competitive products
- Marybeth understands the main competitor —warfarin

Ensures KOL interactions operate at a high standard (e.g. meetings not canceled, agenda focused)
- Marybeth understands the high standards that KOL interactions require

Demonstrates ability to make decision on projects without reliance on brand manager
- Q.E.D. has been providing weekly status reports via E-mail to Marybeth and has copied Faye Morin  Faye, rather than Marybeth, has effectively reached out to address the outstanding AZ issues for us  It is Q.E.D.'s understanding that Marybeth

**D1081**

is the contact and AZ person responsible for the AC Clinic CME Program.  However, Faye Morin has been providing the direction needed, with Marybeth Farrell taking a more passive approach.

**D1082**

The GMR Group - Marybeth Farrell Summary

The following account describes The GMR Group's (GMR) experience and interactions over the past six- months working with Marybeth Farrell (MBF) in the role of Exanta Managed Markets PREP Manager.

A. <u>Budget Management</u> - Limited interaction with respect to budget management. Since MBF has moved into the role of Professional Relations and Education (PREP) Manager responsible for managed markets for Exanta™, budget figures for current and proposed (2004) initiatives (i.e. advisory boards, symposia) have been provided for her review. All phased billing numbers have also been provided.

B. <u>Time Management</u> - Response to communications (in particular) has proven to be an area where challenges have truly been encountered. There have been numerous occasions (majority) whereupon MBF has failed to respond to GMR messages (either in the form of an email receipt confirmation or return telephone call). Failure to respond to GMR inquiries has proven to be extremely troublesome in addressing time-sensitive matters that require some type of reply (at one's earliest or immediate opportunity). Many times, GMR is left to identify other AZ personnel either to address inquiries and obtain information pertaining to AZ policies, educational programs, etc.

Failure to respond to inquiry: In preparation for upcoming advisory meetings, GMR personnel contacted MBF via email to ascertain confirmation GMR was proceeding with meeting development in accordance with AZ policy and using current template confidentiality and consultant agreements. No response was ever received. Upon contacting the brand manager, GMR did indeed discover a revised agreement was now being utilized. Additionally, GMR rarely receives responses from MBF in regards to other document inquiries such as a 'meeting welcome letter.' In this case, a lack of response from MBF regarding the letter resulted in unwarranted delays in print production for multiple vendors involved (GMR and another meeting/logistics company). Lack of response

1

**D1083**

is common place even though "awaiting approval" is indicated for specific items outlined on GMR's weekly status reports.

C. <u>Vendor Management</u> – Relationship with GMR and MBF began on a very positive note and MBF was noted to be very friendly.  Upon transitioning into her new role as PREP Manager on Exanta responsible for managed markets, MZ of GMR scheduled an introduction meeting.  Introduction meeting lasted approximately 1½ hours during which MZ provided MBF with background on all current and scheduled projects for which GMR was contracted to complete (i.e. upcoming symposia, advisory boards in 2003). MBF stated she was not familiar with managed market stakeholders and organizations with which GMR initiatives were planned at which point MZ provided MBF with background information on case managers, geriatric nurse practitioners, etc.  MBF was strongly encouraged to contact GMR at any time for answers to questions pertaining to managed market stakeholders/organizations and information for tactics currently underway. It was emphasized in meetings and numerous times thereafter that GMR is a resource at MBF's disposal.  GMR can only recall one instance in which MBF asked for assistance. After six months of trying to cultivate a working relationship with MBF, it has become clearly apparent MBF still has little understanding of the managed markets segment.

Timeframe for Work Completion: Additional concern must also be expressed pertaining to MBF's 'timeframe for completion' requirements from vendors.  <u>Every</u> request ever received from MBF has required a 24-hour period (or less) turnaround time – no exception to type or magnitude of request.  Examples of such requests include *advisory board discussion guides* and *slide presentations* (i.e. Agency Day Meeting). GMR is known for its excellent "customer service" however, such short-notice requests have resulted in numerous unnecessary "fire drills".  To GMR's credit, information requested by MBF has always been provided in the given time frame.

2

**AA87**

D1084

Project Management Meetings: MBF requested GMR provide weekly status reports which are created in a WORD document format.  Reports are typically sent to MBF's attention the day prior to the scheduled weekly update meetings (conducted by phone or on–site).  During these weekly scheduled meetings, it is clear that MBF is not prepared for the meeting nor has she reviewed the status report document (created at her request) in advance.

Professionalism: Aforementioned weekly meetings are scheduled in advance. On two (2) occasions when GMR contacted MBF the day prior to confirm weekly meeting, GMR discovered (once from MBF and once from MBF's admin) MBF would be out of town and unable to attend the meeting.  GMR was not informed or updated of the meeting cancellation. In addition, upon arrival of GMR personnel for a weekly meeting in November, MBF stated she 'did not really have time for this' but reluctantly decided she would oblige GMR with a few minutes since already on site. Clearly, MBF's attitude implied she had more important items to tackle.  MBF did apologize for her behavior at the conclusion of the meeting and stated she 'had a lot going on (budget time).' GMR kindly responded that we were there simply based upon MBF's request to provide an update on all GMR–related activities.

MBF has never provided an agenda for any meeting GMR has attended.

Providing clear and consistent direction on brand strategy and tactical execution: Based on GMR's experience to date, MBF appears to be disconnected from brand management.  GMR does not rely on or contact MBF for insight on strategy, tactical ideas, recommendations, or AZ policy guidance. One may raise speculation pertaining to MBF's lack of comfort with a new market segment?

D. <u>Communication Skills</u> – GMR has not yet had the experience in observing MBF's capabilities pertaining to KOLs. However, GMR noted to be troublesome (during weekly MAP meeting with Michael Abens) MBF's attempt to rationale and/or articulate why she felt a specific tactic (in this

3

**D1085**

case 20–25 regional dinner meetings) should be executed. MBF's explanation regarding the need for this tactic did not make any sense. It seemed to validate MBF's lack of understanding for managed market stakeholders (in this case a managed care pharmacy director) in an open forum and demonstrated her rationale was in direct conflict with views of the brand managers.

*Experiences with weekly meetings and status reports outlined in Section (C) Vendor Management.*

E. <u>Team Leadership</u> – MBF demonstrates a complete lacking in team leadership qualities. On the contrary, it has been the experience of The GMR Group that MBF does not take initiative to make independent decisions rather she passes that task to other team members. MBF appears to be extremely reliant on all other team members within the AZ organization (purchasing, commercial excellence, brand, other PREP, etc.)

In summary, GMR's experience with MBF has been one of disappointment. In retrospect, MBF could have grown effectively in her position and been of greater value to AZ in managed markets (a new segment for MBF) had MBF been able to take more advantage of GMR's personnel and experience. Learning new markets presents itself as a tremendous learning experience and certainly has its challenges. Nonetheless, MBF demonstrates a lack of principal knowledge on basic matters such as AZ corporate policy and guidelines.

Collectively, a lack of understanding in managed markets and basic AZ policy, a lack of organization coupled with inability to plan ahead and multi-task has negatively impacted the entire team (The GMR Group, Exanta brand team, TG Worldwide and others within AZ).

4

**D1086**



**AstraZeneca**

**To: Marybeth Farrell**

**From: Susan P. Broadway**

**Re: PIP Feedback Discussion (PIP of October 21 to January 5)**

Marybeth -- January 5, 2003 was the final day of the Performance Improvement Plan we began on October 21st 2003. I'd like to review your performance over those 6 weeks relative to plan objectives based on both my observations and peer feedback

The plan asked you to embrace PREP manager responsibilities of managing team communication on medical education programs; managing vendor performance and billing; cultivating thoughtleader relationships; and demonstrating an understanding of the brand's strategic direction, using our clinical data as a basis for discussions with KOL's, team member and vendors.

In addition, the plan required a basic performance level of administrative management and professional conduct.

You were advised that your failure to satisfactorily meet the requirements of the PIP would result in disciplinary action up to and including immediate discharge.

Specifically:

(1) <u>Budget Management – the plan required an understanding of the budget and performance within budget using company tracking tools.</u>

- Unable to discuss budget at team meeting titled 'budget update' and despite 2-3 reminders to bring budget spreadsheet, you were unprepared to do so and aggressively stated you did not know we were discussing budget.
- In November I was updated by finance that your input into DeLTA was incorrectly done and required meetings with finance, PREP and brand managers to correct the situation.
- Unable to provide Faye Morin and Coag Clinic Agency (QED) with financial updates for budget management. Did not have contract and billing cycle (therefore didn't review) until Faye requested contract was read.
- Hematology advisory board ran over budget due to increased number of hours required by agency on communications with yourself and AZ team for project without proactive highlight to BCL on budget overage.
- Unable to speak to 2004 budget plans at Dec 18th quarterly meeting ("if that's what the plan said.")

**AstraZeneca LP**
1800 Concord Pike  PO Box 15437 Wilmington DE 19850-5437

Tel    302 886 3000
www.astrazeneca-us.com

AZPH1001 (02/00)

(2) <u>Time management – the plan required set work hours, email response to meetings within a day of request receipt, communication of your contact information to brand managers when traveling, alerting BCL of schedule conflicts.</u>

- Unable to attend 2004 Planning meeting on December 15th due to need to prepare for afternoon meetings. No notification to BCL of inability to attend meeting. Canceled acceptance of meeting 5 minutes prior to start.
- Late for multiple update meetings for PIP discussions with HR and BCL
- Did not meet timelines for Viewpoint updates on managed market activities
- Over 2000 emails in inbox (unfiled); numerous emails needing response
- Canceled out of attending Nov 18th training meeting on 18th.
- Brand managers were not notified of project status prior to leaving on vacation in mid-Nov. Managers found out afterwards or through vendor

(3) <u>Vendor Management – the plan required clear and consistent communication with vendors to drive projects to completion on strategy. The plan required weekly calls with agendas and follow-up on action items as well as follow up to the brand managers and BCL.</u>

- Meetings with vendors were scheduled through the vendor. No agendas developed and no follow-up list on action items compiled. Feedback loop to BCL and/or brand managers was not closed.
- Vendor feedback was consistent across multiple agencies that clear and consistent communication was not given. Follow up with the brand managers was often needed to maintain project flow.

(4) <u>Communication Skills – the plan required adding value at meetings through active involvement and discussion as well as weekly meetings with the brand managers supported to review plans and actions. Also required was an ability to lead KOL discussions and drive meeting agendas for brand needs.</u>

- Call with Ken Bauer, MD in October went off strategy with your agreement to allow a presentation not approved by brand management resulting in a follow up call and work to get agenda altered.
- Preparation for call with Agnes Lee, MD was lacking and necessitated a subsequent call with David McNinch on the line to drive strategic direction.

**(5)  Team Leadership – the plan required KOL interactions to be handled carefully, and project management to be driven from PREP vs Brand managers**

- Vendor feedback relies on brand manager direction to manage projects
- KOL interactions at ASH and ASHP were lacking in driving direction (eg. Did not attend symposium, went in and out of faculty slide review with absences over 30 minutes, did not engage in strategic discussions – merely attended)
- Incorrect forms for managed market ad board were used and required rework by brand manager and vendor
- KOL calls in October leading up to hematology advisory board were canceled and rescheduled multiple times due to lack of preparation and follow up on brand manager schedules (Bauer,Raskob, Lee).

**(6)  Personal Accountability – the plan required engaging team in projects through regular updates and driving brand team involvement and buy-in. Also required offering solutions to problems, taking initiative and following through on meetings and action items.**

- Feedback from managers and agencies outlined multiple meetings canceled at the last minute
- Despite managing the ASH congress, you did not participate on the faculty conference call on Tues Dec 2nd.  Meeting was not on any team members calendar including the necessary medics.   Your comments were that you would not work outside of set office hours and that I could handle it (yet I was not alerted to meeting and only found out about it through the agency).
- Often has technical issues preventing completion of an activity but alittle pre-work would have prevented delay (eg. Nov 21st: Unable to load consumer Module IV to complete on deadline but only loaded it the day it was due; unable to participate in conference call with global because MBF spent the morning looking for a conference room and working with facilities to find room without noticing meeting was a teleconference)
- Meetings to obtain updates on ASH and ASHP were set up by BCL vs by MBF. Requests to set up meetings with larger team and review slides by a deadline for ASH (Dec2nd) were not met.
- Multi-tasked on paperwork in multiple meetings throughout plan

Based on these examples of your performance, as well as on my additional observations of your conduct and feedback from your peers and vendors, it is apparent that you have failed to address the components of the Performance Improvement Plan.  Your performance has been below expectations for a PREP manager and you have failed to maintain your position with AstraZeneca.


Employee Comments:

Name: ___

| Performance Measures: |
| - Complete a class in Excel |
| |
| Cascaded From:  Develop functionally in Marketing Communicationos (AZ or external course) |
| |

**Objective:**

*Performance Measures:*

Notes:

Cascaded From

**Objective:**

*Performance Measures:*

Notes:

Cascaded From

**COMPETENCIES**

**AstraZeneca U.S. Cultural Attributes**

| Take the Lead and Make a Difference |
| --- |
| • Think Innovatively, create opportunities and seize them. |
| • Put your ideas into action. |
| • Do not be afraid to take unproved paths. |
| • Forgive mistakes. |
| • Reward for challenging the status quo. |
| • Look outside the industry. |
| • Innovatively enable work/home balance. |
| **Individual Notes** |
| - Drive PREP Program development and implementation |
|          - Maximize PREP programs' reach and effectiveness |
|          - Measurement: Evaluate programs' success through participants' questionnaires, program evaluations |
| - Research and integrate into plans and program new/innovative and creative approaches and  olutions to projects and Market Development Workstream challenges |

Name: ____

**Help Others Succeed**
- Build strong relationships and have fun.
- Routinely seek out others to share information and create solutions.
- Take time to know and mentor others.
- Show respect for others.
- Give candid, constructive feedback.
- Care about how your behavior affects others.
- Share and celebrate success.

**Individual Notes:**

**AstraZeneca U.S. Cultural Attributes**

**Set Ambitious Goals and Exceed Them**
- Be passionate about winning and beating the competition.
- Be results-oriented.
- Accept accountability.
- Identify and focus on key priorities.
- Know the score.
- Win ethically.
- Enjoy and reward success.

**Individual Notes**

**Focus Relentlessly on Customer Excellence**
- Understand customer needs (often before they do).
- Exceed customer expectations.
- Address customer needs at all levels and in all functions.
- Deliver consistent, reliable service.
- Develop collaborative, cooperative relationships with customers.
- Measure customer service and respond to feedback.

**Individual Notes:**

P167

**AA94**

NOTE TO my Secretary                   Friday, 1-9-04          P. 2, # 6

Clarice: Please do ASAP          8:67
a.m

— Go To IntraneT

— On "Search" Box on screen [ ]

Type in: SiRTS

— Type in a Report of Vandalism
To MY Docking Station. It
has been Pulled out/~~ripped~~ Ripped out
of Base. I reported this to Help Desk
and they Are sending a new one. I
Reported this to Control Room / Security.
They Told me to do the "Sirts"
Report. Type out A copy of the new Form. thanks
Maybell

P280

**AA95**

# Burson·Marsteller

230 Park Avenue South
New York, NY 10003.1566
Tel 212.614.4141
Fax 212.598.6999
kay_fynmore@nyc.bm.com
www.bm.com

Kay Fynmore
Managing Director
Human Resources, US

February 4, 2004

Marybeth Farrell
7 Rockford Road J22
Wilmington, DE 19806

Dear Marybeth:

We are excited at the prospect of your joining us and I am pleased to set forth the terms and conditions of your employment with Burson-Marsteller, LLC (the "Company").

1.  **Duties and Responsibilities**

    You will serve as a Director of the Healthcare Practice of the Company. In this capacity, you will perform such executive duties consistent with your position as may be assigned to you by the Chairman of the Healthcare Practice of the Company or her designee and such other executive duties customary to your office and as are reasonably necessary to the operations of the Company. You will (i) devote all of your business time and attention, your best efforts, and all of your skill and ability to promote the interests of the Company; (ii) carry out your duties in a competent and professional manner; (iii) work with other employees of the Company in a competent and professional manner; and (iv) generally promote the interests of the Company. You shall report to the Chairman of the Healthcare Practice or her designee.

2.  **Compensation**

    (a)  Your base salary will be at the annual rate of $165,000. You will be paid in accordance with normal payroll practices and your base salary will be subject to review in accordance with the Company's salary review policy for similar executives then in effect.

    (b)  In addition to your base salary, you will be eligible to participate in any bonus plan that the Company makes available to employees at comparable levels who are performing similar roles. Any award under such plan is payable to you so long as you are employed by the Company on the payment date, you have met your mutually agreed upon goals and the Company has met its financial goals.

3.    **Benefits**

You will be eligible to participate in all insurance, pension and other fringe benefits, subject to the provisions of the various benefit plans and programs in effect from time to time. You will be eligible for personal days and 3 weeks annual vacation, in each case, in accordance with the Company's policy as in effect from time to time and which shall be pro-rated based on your date of hire. Vacation time shall be non-cumulative.

4.    **Term**

The term of your employment will commence as of a mutually agreed upon start date, which date shall in no event be later than March 1, 2004, and will continue thereafter until terminated by either party. If we terminate this Agreement by notice to you (other than for "cause" as defined below or your disability or death), you will be entitled to continue to receive your base salary (in accordance with normal payroll practices) as bridging payments until the earlier of (a) your commencing employment with or rendering consulting services to another company or enterprise, and (b) six weeks after termination of your employment hereunder (unless such termination occurs as a result of job elimination only during your first year of employment, in which case you will be entitled to up to three months of bridging payments). All bridging payments pursuant to this paragraph 4 will be in lieu of any amount to which you would be entitled under the Company's severance policy in effect at the time of termination. These bridging payments are subject to your signing the Company's standard form of release in a form satisfactory to the Company. For the avoidance of doubt, you will receive no other payment upon termination including separation pay, notice, pay in lieu of notice, or however such additional payments might be called.

You shall have the right to terminate your employment for any reason so long as you provide the Company six weeks prior written notice of termination. The Company may, in its sole discretion, accept a shorter notice period.

5.    **Termination for Cause**

The Company will be entitled to discharge you for "Cause", and in such event, your right to receive any unearned, non-vested or non-accrued compensation hereunder shall then terminate. The term "Cause" shall be limited to the following grounds:

(a)    your repeated failure or refusal to perform your duties and responsibilities as set forth in paragraph 1 hereof, if such breach is not cured within 10 days after written notice thereof;

(b)    the willful misappropriation of the funds or property of the Company;

(c)    use of alcohol or use of illegal drugs, interfering with performance of your obligations under this Agreement, continuing after warning;

2

(d)     indictment, arrest or conviction in a court of law for, or the entering of a plea of guilty or no contest to, a felony or any crime involving moral turpitude, fraud, dishonesty or theft or engaging in any act which is a violation of any law or regulation protecting the rights of employees;

(e)     your commission of any willful or intentional act which injures or could reasonably be expected to injure the reputation, business or business relationships of the Company or yourself or other employees of the Company; and

(f)     any material breach (not covered by any of the clauses (a) through (e) above) of any provisions of this Agreement, if such breach is not cured, if curable, within 10 days after written notice thereof.

6.     <u>**Disability**</u>

In the event you are unable to perform your duties hereunder by virtue of illness or physical or mental incapacity or disability (from any cause or causes whatsoever) in substantially the manner and to the extent required hereunder prior to the commencement of such disability (all such causes being herein referred to as "disability") and you fail to perform such duties for periods aggregating 120 days, whether or not continuous, in any continuous period of 180 days, the Company shall have the right to terminate your employment hereunder as at the end of any calendar month upon 30 days prior written notice to you. In case of your death, this Agreement shall terminate as of the date of death.

7.     <u>**Non-Competition and Confidentiality Obligations**</u>

You agreed to abide by the non-competition and confidentiality agreements set forth in Schedule 1 of this Agreement.

8.     <u>**Intellectual Property**</u>

During the term of this Agreement, you will disclose to the Company all ideas, inventions and business plans developed by you during such period which relate directly or indirectly to the business of the Company, including without limitation, any process, operation, campaign, product or improvement which may be patentable or copyrightable. You agree that all patents, licenses, copyrights, tradenames, trademarks, service marks, campaigns and business plans developed or created by you in the course of your employment hereunder, either individually or in collaboration with others, will be deemed works for hire and the sole and absolute property of the Company. You agree, that at the Company's request and cost, you will take all steps necessary to secure the rights thereto to the Company by patent, copyright or otherwise.

3

**AA98**

9.    **Assignment**

This Agreement may not be transferred, assigned, pledged or hypothecated by any party hereto, other than by operation of law; provided, however, that Company shall be permitted to assign this Agreement to an affiliate in connection with a reorganization of the Company's business or assets for tax or financial planning purposes. This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, executors, administrators, successors and assigns.

10.    **Modification**

This Agreement may not be orally canceled, changed, modified or amended, and no cancellation, change, modification or amendment shall be effective or binding, unless in writing and signed by the parties to this Agreement.

11.    **Severability; Survival**

In the event any provision or portion of this Agreement is determined to be invalid or unenforceable for any reason, in whole or in part, the remaining provisions of this Agreement shall nevertheless be binding upon the parties with the same effect as though the invalid or unenforceable part had been severed and deleted. The respective rights and obligations of the parties hereunder shall survive the termination of your employment to the extent necessary to the intended preservation of such rights and obligations.

12.    **No Conflict**

You represent and warrant that you are not subject to any agreement, instrument, obligations, order, judgment or decree of any kind, or any other restrictive agreement or obligation of any character, which would prevent you from entering into this Agreement or which would be breached by you upon the performance of your duties pursuant to this Agreement.

13.    **Governing Law**

This Agreement will be governed by and construed in accordance with the laws of the State of New York applicable to agreements made and to be performed entirely within New York.

14.    **Entire Agreement**

Except as provided herein, this Agreement (including the Schedule) constitutes the complete agreement between you and the Company and supersedes all prior agreements relating to the subject matter hereof.

15.    **Withholding**

4

The Company may withhold from any amounts payable under this Agreement such federal, state or local taxes as shall be required to be withheld pursuant to any applicable law or regulation.

16. **Counterparts**

This Agreement may be executed in counterparts, all of which taken together shall constitute one instrument.

If you agree with these terms, please sign the copy attached and return it to me, constituting it our agreement.

We are delighted that you will be joining the Company and I look forward to working with you.

Best regards,

Burson-Marsteller, LLC

By: _____
Kay Fynmore
Managing Director, HR US

Accepted and Agreed:

_Marybeth Farrell_
Marybeth Farrell

_February 5, 2004_
Date:

cc: Ame Wadler

5

P483

**AA100**