

Bernadette A
Mansi/PharmRD
20-Jan-2005 19:44

Global Commercial Strategy   Renaissance RN0315   US
610-787-3024 (8-275); Fax 610-787-7069

To   Marybeth M Farrell/GMS/GSK@GSK

cc

bcc   Gary 5 Davies/CORP/GSK@GSK

Subject   Re: Question on PDP w/comments attached

Marybeth,

This comment was included because I have received several unsolicited comments throughout the year from people who felt that you weren't always easy to work with. In some cases, they felt your response was somewhat aggressive. In some cases you weren't listening or didn't respond to repeated requests for information in a timely fashion and this sent a message that you didn't value the other person or their work. In other cases, people were trying to help you and received a short response . Ordinarily I would dismiss one or two comments of this nature, but I have received several comments from peers as well as subordinates that are consistent. I place a high value on working relationships because they contribute to team spirit and productivity.

Naturally, there can be many reasons for these comments and we all have bad days, but I feel that from a development standpoint, this is an area that deserves some attention because it can negatively impact working relationships and advancement.  Given the matrix environment we work in, it's important that we are sensitive to the needs of others. I know that these reactions are not intentional and I am confident that with greater sensitivity to this area, you can significantly enhance all working relationships.

I purposely did not detail these comments in the PDP and left this vague but wanted to include it because I felt it deserved focus from a development standpoint..

Hopefully you understand my rationale for including these comments and the value of focussing on this area.

Bernie

Marybeth M Farrell/GMS

Marybeth M Farrell/GMS
20-Jan-2005 16:39

To   Bernadette A Mansi/PharmRD/GSK@GSK

cc

Subject   Question on PDP w/comments attached

Bernie:

I have a question on last page of my PDP in manager's overall development summary. I don't understand the comment "increased sensitivity for co-workers to avoid conflicts."  I recall our discussion focusing on AP Singh and perhaps others at times they felt I had a bit of "an edge." You and I discussed that this often was more because I was under deadline pressures to deliver media or issues management materials.  Do you think this could be slightly modified?  It sort of gives the impression I've been engaged in conflicts, which hasn't been the case.

**AA101**

Kindly advise about your thoughts on this. Thanks very much!

Marybeth

Marybeth Farrell
Director, Global Product Public Relations
Global Commercial Strategy, CVM
GlaxoSmithKline
Phone: 610-787-3095
email: marybeth.m.farrell@gsk.com

------ Forwarded by Marybeth M Farrell/GMS/GSK on 20-Jan-2005 04:32 PM ------



Bernadette A
Mansi/PharmRD
19-Jan-2005 20:39

Global Commercial Strategy    Renaissance RN0315    US
610-787-3024 (8-275); Fax 610-787-7069

To      Marybeth M Farrell/GMS/GSK@GSK

cc

Subject    Re: My PDP w/comments attached

Marybeth,

This version is much better. I'll forward it to Gary.

Can you also print and sign a version for me?

Thanks,
Bernie

Marybeth M Farrell/GMS



Marybeth M Farrell/GMS
19-Jan-2005 12:51

To      Bernadette A Mansi/PharmRD/GSK@GSK

cc

Subject    My PDP w/comments attached

Bernie:

Attached is my PDP with revisions to my comments on Gary's media lists comment. Thank you very much.



PDP Form 04-Farrell--Final Mansi.doc

**AA102**

Best Wishes,

Marybeth

Marybeth Farrell
Director, Global Product Public Relations
Global Commercial Strategy, CVM
GlaxoSmithKline
Phone: 610-787-3095
email: marybeth.m.farrell@gsk.com



**Marybeth M Farrell/GMS**
20-Jan-2005 16:39

To Bernadette A Mansi/PharmRD/GSK@GSK

cc

bcc

Subject  Question on PDP w/comments attached

Bernie:

I have a question on last page of my PDP in manager's overall development summary. I don't understand the comment "increased sensitivity for co-workers to avoid conflicts." I recall our discussion focusing on AP Singh and perhaps others at times they felt I had a bit of "an edge." You and I discussed that this often was more because I was under deadline pressures to deliver media or issues management materials. Do you think this could be slightly modified? It sort of gives the impression I've been engaged in conflicts, which hasn't been the case.

Kindly advise about your thoughts on this. Thanks very much!

Marybeth


Marybeth Farrell
Director, Global Product Public Relations
Global Commercial Strategy, CVM
GlaxoSmithKline
Phone: 610-787-3095
email: marybeth.m.farrell@gsk.com

----- Forwarded by Marybeth M Farrell/GMS/GSK on 20-Jan-2005 04:32 PM -----



**Bernadette A
Mansi/PharmRD**
19-Jan-2005 20:39

Global Commercial Strategy   Renaissance RN0315   US
610-787-3024 (8-275); Fax 610-787-7069

To  Marybeth M Farrell/GMS/GSK@GSK

cc

Subject  Re: My PDP w/comments attached


Marybeth,

This version is much better. I'll forward it to Gary.

Can you also print and sign a version for me?

Thanks,
Bernie

Marybeth M Farrell/GMS

        Marybeth M Farrell/GMS

# AA104



19-Jan-2005 12:51

To    Bernadette A Mansi/PharmRD/GSK@GSK

cc

Subject    My PDP w/comments attached

Bernie:

Attached is my PDP with revisions to my comments on Gary's media lists comment.  Thank you very much.



PDP Form 04-Farrell–Final Mansi doc

Best Wishes,

Marybeth

Marybeth Farrell
Director, Global Product Public Relations
Global Commercial Strategy, CVM
GlaxoSmithKline
Phone: 610-787-3095
email: marybeth.m.farrell@gsk.com

**AA105**

Gary 5 Davies/CORP
26-Jan-2005 04:42

Product Communications    GSK House - CS12 49    +44 20
8047 5503
To    Bernadette A Mansi/PharmRD/GSK@GSK

cc

bcc

Subject   Re: List of ▮▮▮▮▮▮▮update--attached

I was being charitable by suggesting that my e-mail may not have been clear, but I sent it out
to 10 PR Managers and only 1 didn't get it.
G.

Bernadette A Mansi/PharmRD/GSK



Bernadette A
Mansi/PharmRD/GSK
25-Jan-2005 16:13

Global Commercial Strategy   Renaissance RN0315   US
610-787-3024 (8-275); Fax 610-787-7069
To   Marybeth M Farrell/GMS/GSK@GSK

cc

Subject   Re: List of ▮▮▮▮▮▮▮update--attached


Marybeth,

FYI, I noted in this document that in several places you say that GSK will issue press releases.
I believe Mark said that this language should be left more vague since we don't know what the
data is and whether we will issue press releases.  However, I don't see this change reflected in
this document.  It sounds very definitive and since this is early in the game, this language can
be misleading.

Also, according to Gary's note, this document doesn't seem to be what he needed. I hate to
see you doing extra work if you don't need to. Perhaps some follow up questions to Gary on
exactly what he needs will save you extra work in the future. However, I am sure this
information will be useful for other purposes.

Also, we talked about having a meeting with Mark to agree where press releases would be
desireable. Based on his email, I think this meeting is necessary.  Can you set this up and
include me? I want to be sure we are all on the same page.  These releases are too much
work to not have clarity around these issues. This meeting would become a sort of contract
with Mark for what you will deliver. That way, there aren't any surprises.

Thanks,
Bernie
Marybeth M Farrell/GMS



Marybeth M Farrell/GMS
25-Jan-2005 01:07

Gary 5 Davies/CORP/GSK@GSK, Gwenan M
Evans/PharmRD/GSK@GSK, Monica A
To   Deets/PharmRD/GSK@GSK, Bernadette A

**AA106**



Mansi/PharmRD/GSK@GSK

cc

Subject    Re: List of 15 ██████ update—attached

It's a bit late—below is the actual attachment.  This reflects the final, accurate update on ██████ data presentations in 2005.

Best Wishes,

Marybeth



Lp-PLA2 Data in 2005 1-24-05.doc

Marybeth M Farrell/GMS



**Marybeth M Farrell/GMS**
25-Jan-2005 01:00

To    Gary 5 Davies/CORP/GSK, Gwenan M
Evans/PharmRD/GSK
cc    Bernadette A Mansi/PharmRD/GSK@GSK,
Monica A Deets/PharmRD/GSK@GSK
Subject    List of 15 ██████ update

Gary:

Attached please find the latest update from the ██████ team regarding 2005 data presentations, and below that, general descriptions of the studies.  Some of the more detailed descriptions on the data have not been received from the team.  However, should we receive this I will forward to you asap Tuesday morning, Jan. 25.

I will be out of the office for medical tests on Tuesday, Jan. 25, but please feel free to call me on my cellphone.  If I cannot respond immediately I will get back to you as soon as possible.

Best Wishes,

Marybeth

Marybeth Farrell
Director, Global Product Public Relations
Global Commercial Strategy, CVM
GlaxoSmithKline
Phone: 610-787-3095
email: marybeth.m.farrell@gsk.com

**AA107**

Gary 5 Davies/CORP
03-Feb-2005 06:04

Product Communications    GSK House - CS12 49    +44 20
8047 5503
To   Bernadette A Mansi/PharmRD/GSK@GSK

cc

bcc

Subject   Private & confidential

Worse than that Bernie, we handed out copies of the Code at the PR Manager Meeting in
Philly last year at which Marybeth was in attendence, and ran them all through the following
chart which we handed out to each of them as a laminated card to put on their walls!



Press Release review process doc

..........and we provided them each with a copy of the Policy for US approval of press releases
issued in Europe. As well as this, I was very clear in my e-mail to her of 26th Jan (cc'ed you)
where I told her to drop the US contacts from the table of GSK enquiry numbers if issued 'not
for US media'. Marybeth continues not to seem to focus?
Fundamentally, I am very concerned that I was left a message on Tuesday night from
Marybeth that the release was all 'GSK approved' apart from the disclaimer from US Legal. I
very nearly just added the disclaimer to her 'approved' version and had Corporate Media send
it out. Fortunately, for some reason I didn't feel entirely comfortable - otherwise we would have
had a release go out without EU Legal comment or ABPI sign-off. Now I see that the safety
information is changing again.
This is extremely embarrasing and making ME look foolish with my Corporate colleagues.
We will both need to continue to monitor and support Marybeth very closely.
Kind regards,
Gary.

Gary Davies
Director, Product Communications

☎:   + 44 (0)20 8047 5503
🖷:   + 44 (0)20 8047 7897
🖳:   gary.5.davies@gsk.com

CS12, 980 Great West Road
Brentford
Middlesex
TW8 9GS.
Switch Board Tel No: 020 8047 5000
Bernadette A Mansi/PharmRD/GSK



Bernadette A
Mansi/PharmRD/GSK
02-Feb-2005 20:32

Global Commercial Strategy    Renaissance RN0315    US
610-787-3024 (8-275); Fax 610-787-7069
To   Gary 5 Davies/CORP/GSK@GSK

cc

Subject   Follow UP

AA108



Gary,

I understand that Marybeth and other PR members are scheduled to attend ABPI training. Is this training still going forward? If so, I am not sure how Marybeth couldn't know about the ABPI sign off or what the ABPI code was.

Bernie



| | |
|---|---|
| Bernadette A Mansi/PharmRD | Global Commercial Strategy   Renaissance RN0315   US |
| 07-Feb-2005 11:18 | 610-787-3024 (8-275); Fax 610-787-7069 |
| | To  Gary 5 Davies/CORP/GSK@GSK |
| | cc |
| | bcc |
| | Subject  Update |

Gary,

I just wanted to update you on my meeting with Marybeth on Friday.  I covered a few key areas.

● **Focus and the impact on Efficiency and Productivity.**  I used the three press releases to illustrate the areas that need improvement.  I told her that I never wanted to see the activities of the prior week repeated. And, in the interest of process improvement, I was going to go over expectations. Also, that I had discussed this with you and you stressed the need for improved focus in what she was doing/delivering.

*Process: I reminded her how you had rolled the process out to her last year and even provided her with a laminated card as a memory jogger.  I also pointed out that the process clearly includes ABPI approval so there isn't any reason she shouldn't have known this was required.  Also, there isn't any reason for the fire drill that took place this week. She came up with several excuses but they weren't consistent.

*List of Reviewers: I stressed that by not knowing who was supposed to approve materials, she was complicating and delaying the approval process. Also, by not knowing the functions of the people on the list (thinking people were in GCS when they were in COE, thinking people were in EU Legal when they were in US Legal, etc.) she wouldn't be assured of having appropriate sign off. I told her at the least, she could look these people up on Peopleview and see their positions. Also, I stressed that she can't address their questions if she doesn't know their functions or perspective.

*Responsibility: I stressed that all of these activities were her responsibility not ours and that she has to own this process.  Also, that she has to be familiar enough with the press release to be able to respond to questions. She is too removed from what is going on.

She gave me several excuses regarding the fact that she hadn't done an press release and the approval came in earlier than planned.  She also said she should have familiarized herself with the process and she didn't. And, she said that with PN writing the release and given the complex nature of the release, she wasn't on top of it. She said she would do better in the future.

● **Lack of Responsiveness:** I stressed the importance of getting back to people in a timely fashion and answering their questions. I used the example of the Admin and not registering her guests with security. She received two emails requesting this information and never responded. I told her that Monica is trying to help her and she is creating these problems by not responding.

She said that she wants to see a copy of Monica's job description because she said Monica is refusing to do things for her. I know this isn't the case.

She said she had too many things to do re: pipeline chart, etc. I told her this was top priority. And,

**AA110**

then I confirmed that she doesn't have any press releases for a few months so this was the time to get organized.

I tried to hit all the hot topics without overwhelming her. She said she is still interested in Al's job and that she believes she is qualified.

All we can do is reinforce these messages with day-to-day examples and coaching.

Bernie

2/11/2005

# GSK Performance and Development Plan (PDP)

| | |
|---|---|
| **Name:** | Marybeth Farrell |
| **Job Title:** | Director, Product Public Relations, CV |
| **Grade:** | |
| **Plan Year:** | 2004 |

| | |
|---|---|
| **Country:** | United States |
| **Site:** | Renaissance |
| **Business:** | R&D |
| **Department:** | Global Commercial Strategy |
| **Manager's Name:** | Bernadette Mansi, Gary Davies |

AA112

**Data Protection Law** – The data in this document may be stored in paper form or electronically within the GSK computing environment and used by authorised data users to highlight internal talent and possible job opportunities globally within GlaxoSmithKline. By submitting this form and providing the information requested, you are authorising GSK to use the data supplied for these purposes. Please see the PDP guide for complete details on this subject.

GSK PDP – Performance Plan

## Part A: Performance Plan Objectives

| Objectives | Critical Objectives | Performance Measures | Accomplishments |
|---|---|---|---|
| List objectives below. What do you need to accomplish this year to meet corporate & business objectives? | Identify (X) up to 3 critical objectives. | List measures for each objective. Be sure measures are quantifiable (measurable in numbers), or verifiable (observable). | In preparation for periodic and annual reviews, describe your progress to date towards meeting each objective based upon your performance measures. |
| **CV FRANCHISE:**<br>- Position GSK as an emerging leader in Cardiovascular Therapeutic Area by elevating visibility of GSK's promising CV pipeline and inline products.<br>- Maximize awareness of GSK's commitment to cardiovascular well being through the World Heart Federation.<br>Raise awareness internally of key CV milestones and activities | | - Leverage goodwill from GSK's sponsorship of WHF through development of strategic global communications plans for 2004 House of Lords Reception and World Heart Day.<br>- Participate in WHF activities at major global congresses.<br>- Develop a strategic partnership with the WHF to raise GSK's profile in WHF/CV leadership for World Heart Day 2005.<br>- Develop strategic partnership with the AHA to raise GSK's profile among CV medical and leadership audiences | - Worked in collaboration/consultation with GCS/CVM Scientific Communications Director and Global Product Public Relations Director on GSK CV therapeutic area media coverage history, processes, planning, June 2004.<br>- Developed and posted announcement about Lawson Macartney's election to Chair of AHA Pharmaceutical Roundtable on GSK's R&D Website.<br>- Developed and posted announcement about GSK's sponsorship of AHA Heart Walk<br>- Arranged one-on-one news/feature interview on GSK's CV pipeline for Lawson Macartney with Wall Street Journal for Dec. 2004; coordinated with GCS, Global Product Public Relations, R&D Comms., Corporate Media and U.S. Corporate Comms.<br>- Drafted speech and worked across multiple departments internally – Commercial, Clinical, Gov't.Relations, Global Product Public Relations, Corporate Media, Community Partnerships – to gain reviews and consensus on L.Macartney's speech to House of Lords for WHF; liaised to GSK Govt Relations and gained buy-in on how speech and |

**AA113**

**:**

Validate [redacted] as a novel marker of heart disease by communicating the science on [redacted] to key audiences to shape the market for introduction of GSK [redacted] compound.

Position GSK [redacted] and backup compounds as potential breakthrough future treatments in atherosclerosis.

AA114

- Recruit and hire a public relations agency
- Develop global PR strategic and tactical plan to meet business objectives
- Leverage the data presented at ESC and AHA through high-impact media coverage
- Provide media training for core internal and external spokespersons
- Identify key print and broadcast news (trade and consumer/financial) media and build relationships with 5 key news reporters
- Lay the foundation for longer-lead feature/news stories on [redacted]
- Initiate development of external elite

- Interviewed PR agencies and hired Porter Novelli.
- Developed global PR strategic and tactical '04 plan for congresses (ESC, AHA) and emerging data in publications, such as [redacted] study results in *ATVBe First* and [redacted] study results in *Circulation.*
- Leveraged ESC and AHA data presentations by obtaining coverage in high-impact media, such as Dow Jones, *BusinessWeek*, *Forbes.com*, *Wall Street Journal*, and medical trade publications.
- Developed and provided message training for L.Macartney prior to media interviews.
- Identified 5 key publications and initiated relationships, immediate news coverage and longer-lead feature stories on [redacted]

- WHF sponsorships could potentially be leveraged with British Parliament to GSK benefit.
- Initiated re-draft of L.Macartney House of Lords/WHF speech into op-ed; coordinating with GSK Corporate Media for placement, possibly in *Economist.*
- Participate in AHA Pharmaceutical Roundtable meetings and provide communication support for Lawson Macartney, PRT chairman.
- Developed PR plan and manage GCS communications for AHA "Heart of New York" Gala in support of L.Macartney, event chairman.
- Forwarded *Wall Street Journal* request to include GSK "advice to President Bush on economy" column; forwarded to Rick Koenig, worked with Nancy Pekarek per R.Koenig; resulted in Chris Viehbacher being included in front-page article.

| ▮: Support GSK acquisition of ▮ and ▮ through effective communications and issues management. | 'Gold Team' Steering Committee for communication | - Lead GCS strategy and inputs to cross-functional rapid-response issues management teams in development of communication strategies and materials, such as press releases, fact sheets, stock exchange announcements, internal announcements.<br>- Coordinate PR around announcement of acquisition of ▮ products<br>- Drive communication strategies and planning as member of Project ▮ CMT and Project ▮ Project Team. | - ▮ (Catherine Arnst/*BusinessWeek*; Matt Herper/*Forbes*; Jennifer Corbin/Dow Jones; Ron Winslow/*Wall Street Journal*; Lynne Peterson/*Trends in Medicine*). Discussed candidates for ▮ Communication "Gold Team" with M.Schwartz; Leading team effort to discuss candidates.<br>- Managed GCS strategy and development of communications materials for finalization of acquisition of ▮ and ▮ Materials announcement of Sept. 1, 2004, included Press Release, Internal Announcement, Qs&As.<br>- Managed GCS internal review process for finalization of GSK acquisition working across multiple project teams by vetting materials for review by the appropriate Corporate and Commercial representatives in a timely fashion; coordinated and consolidated all comments; provided materials feedback to GSK Product Public Relations and Pharma EU.<br>- Managed issues management process in concert with Bernadette Mansi and development of communications strategy and materials for the ▮ trials, December 2004; circulated materials across multiple project teams and consolidated comments.<br>- Served as GCS liaison to Global Product Public Relations Director, Corporate Media and Investor Relations to provide updates on status and revised communication |

AA115

| | | |
|---|---|---|
| | | materials.<br>- Conducted issue briefing for Global Product Public Relations and Investor Relations on December 10th |
| [redacted]: Raise awareness of new data in support of [redacted] | - Develop high-impact public relations strategies and tactics that support existing and proposed indications for the brand.<br>- Maximize impact of [redacted] results published in the NEJM through impactful communications strategies and tactics<br>- Develop issues management strategies and conduct issues management to minimize the negative impact, and maximize the positive effect, of events to the brand | - Developed multi-pronged, high-impact communications strategy and materials reaching target audiences (medical media, medical reporters) to maximize awareness and excitement about [redacted] results at ESC, including press conference and Webcast featuring the Principal Investigator<br>- Managed GSK PR review and development of join GSK-BI Webcast of [redacted] results.<br>- Developed strategies and tactics to leverage the results of [redacted] with BI when published in the NEJM; Oversaw materials development for GSK.<br>- Conducted issues management for August 2004 GSK recall of [redacted] including participating in conference calls involving multiple project teams globally, circulating draft press materials globally and consolidating comments across teams. |
| INTERNAL COMMUNICATIONS: Communicate brand information internally as needed, including communication with LOCs | Develop and disseminate communication materials to internal audiences | -Worked in collaboration with Ajaz Rashid to develop and communicate brand information on telmisartan [redacted] study results and publication to LOCs, including providing communication recommendations for maximizing results.<br>- Developed announcement for GSK internal website and posting of press release on [redacted] Stroke results at AHA.<br>- Provided quarterly updates on CV pipeline to Global Product Public Relations for R&D Day<br>- Provided monthly updates to Global Product Public Relations for therapeutic area Monthly activities highlights document.<br>- Regularly liaise with Global Product Public Relations, Corporate Media and Investor Relations on issues management and product |

AA116

| BUDGET: Proactively manage relevant ▇ and ▇ EPEs to deliver communications projects within overall budget allocation. | - Formulate and manage PR budgets for 2004 and 2005 for CV in-line and emerging compounds.<br>- Proactively manage budget by identifying cost synergies and efficiencies across projects<br>- Proactively manage budget for relevant ▇ and ▇ communications projects within +/- 2% of 4Q'04 estimates.<br>- Frequently monitor project spends and make timely adjustments as necessary | PR emerging news and events.<br>- Developed draft internal PR reference materials for transitioning PR to LOCs under the new Charter per Global Product Public Relations; completion December 31.<br>- Participated in two Global Product Public Relations Managers/Directors meetings (Philadelphia and GSK House), as well as participate in regular team update telecoms by Director.<br>- Developed Global Product Public Relations issues management recommendations as part of sub-team formed at Global Product PR Director's meeting in July/Philadelphia for PR Managers/Directors.<br>- Proactively developed and managed PR budgets for 2004 for CV in-line and emerging compounds within +/- 2% of 4Q '04 estimates (▇ ▇).<br>- ▇ issues management).<br>- Identified cost synergies for CV portfolio by consolidating core CV pitch to media by Porter Novelli at AHA to include pipeline 'teaser' about combination ▇ and growing CV and CV/thrombosis franchise.<br>- Monitored budgets monthly and alerted team commercial leadership of budget status, new PR or media opportunities, obtained and reviewed PR agency budgets, and secured new funding for new initiatives in 2004 within +/- 2% of 4Q '04 estimates.<br>- Developed 2005 PR budget and strategic plan for ▇ ▇ issues management and ▇ issues management (ongoing). |

**AA117**

| ▇: Build legitimacy of ▇ | - Lead effective issues management strategies and develop high-impact communication materials to protect | - Managed issues management effort across multiple project teams in development of communication strategies and materials on FDA's |

| | | |
|---|---|---|
| compounds in development as viable future drugs and protect the reputation of the compounds. | ▮ assets in development as well as GSK's Corporate reputation.<br>- Maximize opportunities for positive PR and media exposure | requirement for 2-year carcinogenicity studies for ▮ in development. |
| ▮ Leverage co-licensing agreements to optimize GSK's franchise. | - Develop press materials and issues management strategies and materials that maximize the news value of key co-licensing events and enhance GSK reputation. | - Represented GCS strategy on global team and managed GCS input on press release announcing $1 million milestone payment to ▮ for Phase II development of ▮ compound ▮ for dyslipidemia. Liaised and coordinated with GSK alliance director. |
| ▮ Provide issues management support for ▮ an in-line brand for mild- to moderate heart failure and chronic atrial fibrillation. | - Develop issues management strategy working with cross-functional teams and communication materials. | Developed issues management strategy with multiple project teams on *Drug Topics* June 7, 2004, article on possible supply shortage issues with ▮ ▮ per FDA's review of GSK's NDA filed March 17, 2004. Drafted issues management communications and circulated/consolidated comments on Holding Statement and Qs&As. |
| ▮ Lay the foundation for rapid market uptake at launch.<br><br>**AA118** | - Develop appropriate PR strategy for next 2 years. - Proactively develop and manage market shaping activities through development of strategic public relations and issues management plans.<br>- Participate in major internal team and external meetings/congresses. | - Worked collaboratively with ▮ team to review strategies and develop consensus on planning for 2005, 2006 and beyond.<br>- Attended ▮ global advisory board in London November 2004. Based on advisors' discussions, developed recommendations for compound strategy, positioning, messaging and news opportunities for team and L.Macartney.<br>- Participated in ▮ strategic communications planning meeting November 19th in Greensford and communicated recommendations on communications/PR strategy and timing. |

- Continue to work with odlparcil team to develop and refine key external messages and positioning for Wall Street Journal interview by L.Macartney January 05.

# GSK PDP – Performance Plan

## Part B: Performance Plan GSK Leadership Essentials

**Leadership Essentials** are _how_ work gets done to achieve GSK goals and culture. Agree up to 3 Leadership Essentials which will directly impact achievement of your objectives. (Refer to the PDP Guide for further details of behaviours to demonstrate, depending on your level in the company.)

| | | | |
|---|---|---|---|
| **Performance with Integrity**<br>• Delivering on promises with organisational and individual trustworthiness | **Innovation & Entrepreneurship**<br>• Creating and sustaining competitive advantage through well-executed ingenuity | **Everyone Committed, Everyone Contributing**<br>• Enabling, encouraging and allowing all employees the opportunity to make meaningful contributions and succeed on merit | **Alignment with GSK Interests**<br>• Operating as "one team, in single-minded pursuit of our mission", reflecting a common spirit and integrated strategies |
| **People with Passion**<br>• Inspiring, motivating and enabling people to do their best work | **Sense of Urgency**<br>• Creating a focused, agile, productive and fast-learning organisation | **Accountability for Achievement**<br>▪ Setting, communicating and committing to the critical few clear expectations. Superior performance matters and will be rewarded | **Develop Self & Others**<br>• Learning continuously and developing professional potential and ability. Leaders act as teachers, coaches and champions of development |

**Critical Leadership Essentials**
Agree up to 3 Essentials which will directly impact achievement of your objectives this year. Set any specific expectations.

**Accomplishments**
In preparation for periodic and annual reviews, describe your accomplishments in demonstrating your selected Essentials.

**Innovation & Entrepreneurship**

- For GSK's sponsorship of the World Heart Federation, developed two proposals for media events in New York and London to raise GSK's profile globally both for its support of the WHF and in the CV area generally, including originating a signature black-tie fundraising gala for the WHF designed to become a self-sustaining annual event to help the organization achieve its financial goals.
- Attended WHF executive committee meeting with Lawson Macartney; contacted the British Heart Foundation in follow up and proposed co-sponsorship ideas for 2005 World Heart Day celebrations in

AA119

London.
- Provide strategic communications counsel and leadership on behalf of GSK to American Heart Association Pharmaceutical Roundtable in support of Lawson Macartney, chairman. Developed strategic media plan for AHA "Heart of New York Gala" 90th Anniversary Fundraiser" per LM.
- For ■■■ packaged data from the ■■■ Study with GSK Symposium content (■■■ and ■■■) studies as well as KOL commentary to meet commercial objectives and make the news attractive to analysts and the media.
- Developed media pitch strategy and core messaging for GSK CV portfolio and target key compounds to raise visibility of the CV franchise by securing media interest and coverage for ■■■ and CV franchise in *Forbes*, *BusinessWeek*, *Wall Street Journal*, *Dow Jones*, and CV medical trade media.

| | |
|---|---|
| **Sense of Urgency** | - For ■■■ in development, developed and project-managed multiple issues management materials across diverse teams (GCS, Global Product Public Relations, Legal, Regulatory, Clinical, Safety, Commercial, Investor Relations, etc.), including coordinating and consolidating reviewers' comments.<br>- When ■■■ was recalled, developed and project-managed multiple issues management materials across teams, including coordinating and consolidating reviewers' comments.<br>- For ■■■ clinical studies, developed and project-managed issues management materials across teams; Identified key project team members and assembled meeting to discuss strategy, scenarios-planning and communication materials development and rapid review and distribution. |
| **Accountability for Achievement** | - Delivered on assigned projects such as ■■■ and CV TA media coverage:  in such areas as ■■■ study results presented at ESC *(Wall Street Journal .com, Forbes.com,* Reuters (w/Corporate Media), others) and ■■■ Stroke study results presented at AHA  appeared in *BusinessWeek, Forbes, Dow Jones, Trends in Medicine,* news/press release was posted on *USA Today* webpage, *CBS MarketWatch,* others). Developed collaborative media plan with BI and Shire Health on ■■■ results presented at ESC, including Press Conference, media materials, and proactive media outreach; led ■■■ team in identification of key issues for issues management support, as well as issues management budget and oversight of PR agency in development of materials; developed recommendations to ■■■ team on 2005 issues management strategy, compound positioning, key audiences for communications, core communications materials that will be needed; developed ■■■ issues management materials; led GCS participation in ■■■ product recall and development of issues management materials.<br>- Utilized new clinical data to develop 'news pegs' to generate media interest in, and deliver media coverage on broader GSK CV pipeline story (e.g., *Wall Street Journal* one-on-one interview scheduled with L.Macartney).<br>- Obtained buy-in on all Therapeutic Area (TA) programs.<br>- Proactive planning to optimize PR initiatives across TA |

AA120

GSK PDP – Performance Plan

## Part C:  Periodic Reviews of Performance (Objectives + Leadership Essentials )

| Periodic Review Dates | Summary Comments on Performance |
|---|---|
| | Employee's Comments:<br><br>Manager's Comments: |

## Part D:  Annual Review of Performance (Objectives + Leadership Essentials )

Employee's Summary of Overall Performance

**Comments from Bernadette Mansi**

In the six months since Marybeth joined GSK, she has had an impressive record of accomplishment. She assumed PR and Issues Management responsibilities for the CV portfolio, which included up to 24 products this year.  This portfolio is complicated to manage due to its size, the profile held within the company, the number of disease states encompassed, including novel concepts/compounds, and the unprecedented rate of change in compound status, including acquisitions.  This year, we acquired two compounds from Sanofi and Marybeth managed the development of various communications materials to announce the acquisition, including obtaining stakeholder approval.  She also led sensitive issues management activities related to the potential termination of two large ongoing clinical trials, including development of response materials under extremely tight deadlines and briefing Corporate Communications and Investor Relations.

In addition to becoming familiar with the portfolio and the disease states, Marybeth also had to familiarize herself with numerous GSK processes and the network in R&D, Corporate Communications/Investor Relations and the regions. As issues arose, there was little time to manage the steep learning curve, but Marybeth did a very good job of quickly getting up to speed on the compounds and processes, the R&D and Corporate environment and establishing the appropriate networks to do her job.  She has established herself and demonstrated her expertise through delivery of a wide variety of public relations and issues management initiatives. Following are some highlights of these deliverables.

**CV Franchise:**  Marybeth did an excellent job of raising the profile of GSK in CV among various internal and external target audiences.  She worked closely with Lawson Macartney on several initiatives, including announcement of his AHA Pharmaceutical Roundtable appointment and AHA Heart Walk; arranging one-on-one interview with the Wall Street Journal on the CV pipeline; drafting and finalizing his speech to the House of Lords for World Heart Federation and initiating conversion of his speech into an op-ed piece; and developing PR plans for AHA

AA121

Heart of NY Gala.  Marybeth demonstrated tremendous initiative in identifying and creating opportunities to position GSK as an emerging leader in CV and elevate awareness of GSK's CV pipeline.  And, through her efforts, the GSK profile in this area has been raised.

█: Marybeth did an impressive job of developing global PR strategic and tactical plans to validate ███ as a novel marker of heart disease and position GSK's compounds as breakthrough treatments in atherosclerosis. Given the complexity of this novel concept and the supporting data, her ability to secure high impact coverage for ████ data in Dow Jones, BusinessWeek, Forbes.com, Wall Street Journal, etc., is especially noteworthy.

█: Marybeth also played a key role in raising awareness of the new data in support of ████ among internal and external audiences, and managing issues management activities surrounding a ███ recall this year.

█ & Cancer: One of the first issues management projects Marybeth picked up was completion of extensive issues management materials regarding the FDA's requirement for two-year carcinongenicity studies for ███ in development. This initiative affected all ███ in development and required coordination of messages and materials across several project teams.  Despite the high degree of complexity and high profile of this project, Marybeth successfully completed all tasks against a tight timeline.

Marybeth also handled numerous issues management activities for other products and initiatives throughout the year.

In the past six months, Marybeth has demonstrated considerable expertise in public relations and issues management.  She has enthusiastically tackled some formidable challenges and established strong networks in the company.  And, she has been successful in raising the profile of GSK in cardiovascular medicine.

## Comments from Gary Davies
### Strengths
Very approachable and friendly and participates well at PR Manager meetings and TCs.

Has a good insight into working with agencies as demonstrated by her interactions with Procurement at PR Manager meeting and relevant questions on agency procurement with the implementation of the Charter.

Coordinated the generation of good level of media coverage for the ████ study presentation.

### Areas for improvement
Not executing the (elegant) strategy for ████ - moving straight to announcements on ██ during the period we are supposedly building the messages that atherosclerosis is an inflammatory disease and that █ is involved in the inflammatory process.

Seems to regularly refer up to senior management (Lawson) e.g. ██ press release, rationale for returning the ████ product.

Not actively listening to instructions e.g. agency media distribution list not to include business wires, business press.

AA122

**Employee's Comments:**

Since joining GSK in June, it has been an exciting 6 months. There have been many positive opportunities to raise GSK's profile in the cardiovascular therapeutic area, and I am pleased that I was able to make a contribution in this regard. I appreciate the efforts of Bernadette Mansi and Gary Davies to facilitate my acclimation to GSK and to succeed in my role.

For commentary on the review, I would add just a few notes of clarification that might be helpful as addenda to comments provided by Gary Davies. To his first notation for areas of improvement, it may be helpful for background that the ▓▓▓ commercial team and CV management had emphatically required that the new data on ▓▓▓ be proactively communicated. This subsequently led to a discussion about the need for flexibility in the ▓▓▓▓ strategy, now under review for potential modification to allow for greater flexibility in communicating information on compounds prior to mid 2006.

Some confusion regarding referrals to senior management/Lawson Macartney and would appreciate further discussion, as this point also relates to the above, e.g., autonomy of PR director in matters involving sr. management unless directives troublesome or illegal.

To third comment on media lists, I think we had some confusion about tier one media contacts I had requested and the breakout of medical trades that the Product Comms. Director had requested. In interests of expediency for cross-input, I sent one document containing two sections. For clarity, it would have been more helpful to break these two lists out into two separate documents and transmit them individually. So in terms of how information can best be packaged in the future to better meet the Product Comms. Director's needs this was a helpful experience.

Overall, this has been a wonderful half year of learning about GSK and helping the CV franchise maximize the positive data that have emerged, as well as of helping to minimize the impact of potentially negative issues through issues management. I look forward to helping CV meet and exceed our communication objectives in 2005 support of GSK business objectives.

**Manager's Summary of Overall Performance**

**Performance in meeting objectives and demonstrating the Essentials are important factors in compensation decisions. This information, along with other factors, will be considered when making compensation recommendations. Please consult your manager for further details.**

**My manager and I have discussed this annual performance review and jointly prepared this document. My signature does not necessarily signify agreement or disagreement.**

Employee's Signature: _____ Date: _Oct-11 2005_     Manager's Signature: _____ Date: _____

**AA123**

GSK PDP – Development Plan

## Part E: Development Plan Objectives

| Strengths | Aspirations |
|---|---|
| Highlight your strengths.<br>Include areas of knowledge and experience as well as Leadership Essentials. | Describe professional interests/career aspirations both short-term and long-term. Consider company direction and work team needs. Identify any constraints and discuss your willingness to relocate. |
| Knowledge of Cardiovascular Therapeutic Area<br>Strong background in pharmaceutical corporate and product issues management, public relations agency management experience, media relations, policy analysis, scientific communications, professional relations and medical education, pharmaceutical mega-brand drug launches and marketing. | Continue to grow and master the Therapeutic Area.<br><br>Enhance/grow both product-specific and CV Therapeutic Area-image and visibility among key external stakeholders and audiences.<br><br>Integration of greater diversity in responsibilities including commercial strategic e.g., for CV drug launches and overall image-building for the franchise. |

| International Mobility Y/N | Y | National Mobility Y/N | Y |
|---|---|---|---|

| Manager's Comments: |
|---|
|  |

| Manager's Comments:<br>Marybeth has an impressive background in public relations, issues management and cardiovascular medicine. She also has pharmaceutical and agency experience which gives her valuable perspective. And, she has experience managing major brands which prepares her for the scope of the job at hand. |
|---|

**AA124**

| Development Objectives | Action Steps | Resources Needed | Timeline |
|---|---|---|---|
| Based on current performance as well as strengths and aspirations, identify development needs. Include behavioural development (Essentials) and technical development. | Identify action steps to achieve development objectives. Consider both on and off job activities. | Identify resources needed to achieve development objectives. Consider finances, people, technology. | Specify time frame for completion. |
| Continue to expand knowledge of GSK's Cardiovascular business as well as emerging and inline products.

**AA125** | - Participate in Matrix Teams<br>- Conduct on-the-job reading and background reviews to master knowledge of GSK CV TA and products | - Participated in CV Team meetings for all CV compound and brand responsibilities in 2004 (▮▮▮▮▮ ▮▮▮▮ franchise/think tank; dyslipidemia; CV visibility through AHA and World Heart Foundation)<br>- Read materials continuously on GSK CV and CV industry | Dec. 31, 2004 and ongoing |
| Continue to learn about ▮▮▮ and its role in atherosclerosis, as well as of GSK's treatment compounds in development | - Take advantage of learning opportunities within GSK<br>- Enroll in classes and seminars; attend congresses and scientific sessions | - GSK or team meetings, educational opportunities such as symposia<br>- Attended CV symposia and congresses (ESC, AHA, including ▮▮▮ scientific sessions by Colin MacPhee and Andrew Zalewski at AHA<br>- Participate in ▮▮▮ Commercial Team meetings | Dec. 31, 2004, |
| Expand understanding and knowledge of ▮▮▮ and ▮▮▮ in development to formulate and deliver effective market shaping programs. | - Take advantage of learning opportunities within GSK<br>- Enroll in classes and seminars; attend congresses and scientific sessions | - Attended relevant CV symposia and congresses (ESC, AHA) Thrombosis Advisory Board, ▮▮▮ Commercial Planning Mtg)<br>- Participate in Thrombosis Think Tank and ▮▮▮ Commercial | Dece. 31, 2004 |

| Enrich global public relations experiences through global issues management and product public relations. | - Learn the Lotus Notes system to maximize my effectiveness in managing issues management projects (document circulation and consolidation of reviewers' comments) | Team meetings. | - Obtained Lotus Notes primer from internal staff<br>- Routinely execute/use Lotus Notes communications system | Dec. 31, 2004 |

**AA126**

GSK PDP – Development Plan

## Part F: Periodic Reviews of Development Plan

| Periodic Review Date(s) | Summary Comments on Development |
|---|---|
| | Employee's Comments: |
| | Manager's Comments: |

**AA127**

## Part G:  Annual Review of Development Plan

**Employee's Overall Development Summary**

Learning GSK processes is an ongoing activity as I engage in various activities and must utilize the supporting internal systems.  Bernie and I discussed the priority of becoming fully familiar and proficient with the GSK budget and finance processes and systems, along with learning important supporting other processes.

Additionally, we discussed some of my customers' needs and adjustments that I need to make to accommodate individual customers' styles and needs.  In particular, we discussed the large volume of both new information and workload in my new role over the past 6 months. At times, due either to workload or to multi-tasking, I have conveyed to some the impression that I am not truly interested or that they do not have my undivided attention.  I do not recall that this has ever resulted in my not providing customers with accurate services or feedback. To correct this perception however, I will reduce multi-tasking and will make a greater effort to engage more demonstrably.  We also discussed my orientation of focusing on outcomes and deadlines versus the needs of some customers for greater sensitivity to feelings, and my need to ensure immediate response on information requests from Corporate Communications and Investor Relations.  I take these comments constructively and seriously and will adjust accordingly.

**Manager's Overall Development Summary**

Marybeth has made progress in gaining a working knowledge of the compounds and products in the pipeline and the related disease states. She has also gained familiarity with GSK processes and developed a strong network of contacts within the company.

During our PDP review, we discussed several areas for development suggested by customers and other stakeholders which can help Marybeth enhance her performance even further. These included greater emphasis on active listening to ensure accurate understanding of customer needs; increased sensitivity for co-workers to avoid conflicts; improved responsiveness to requests from Corporate Communications and Investor Relations to help them meet their tight timelines; greater understanding of the budget and finance process; and better facility with technologies needed to do her job and ensure accessibility especially while abroad.  By addressing these areas of development, Marybeth will deliver an even higher level of customer satisfaction.

My manager and I have discussed this annual development review and jointly prepared this document. My signature does not necessarily signify agreement or disagreement.

Employee's Signature: _____ Date: _Feb 11, 2005_    Manager's Signature: _____ Date: _____

**AA128**

 **Marybeth M Farrell/GMS**
10-Mar-2005 17:24

To   Bernadette A Mansi/PharmRD/GSK@GSK

cc

bcc

Subject   Thanks re: AP input

Bernie:

I stopped in AP's office and told him I was very sorry I apparently had offended or irritated some team members per our conversation, and asked him how I could work better with the team. He provided some very hepful insight about how I can work better with Belinda and Pascale(no e!) in particular.  He is going to provide 30 minutes on the March 21st ComMT for me to present 'what is PR at GSK', explain what I do, the processes, etc., as he thinks it will help the team understand why I come to them with the deadlines we sometimes operate under and the need for the level of detail I often request.

 If there is a GCS PR presentation you might have to this effect, could you kindly send it my way?

Thank you very much again.

Marybeth

**AA129**



**Marybeth M Farrell/GMS**
01-Aug-2005 17:49

To   Albert 2 Gianchetti/DEV/PHRD/SB_PLC@GSK
cc   Bernadette A Mansi/PharmRD/GSK@GSK
bcc
Subject   CV Team Feedback Input Request

Al:

I have discussed with Bernie how the current feedback process in GCS provides Commercial CV Directors the opportunity to provide feedback into PR Directors' performance reviews, but does not enable PR Directors to provide feedback into their counterparts' reviews. This creates a lack of parity that undermines both the authority and ability of PR to ensure communication outcomes that represent the best interests of the company. Yet there is no accountability for any function except PR should this not occur.

I would therefore request that I be provided the opportunity to submit feedback for Mark Schwartz, AP Singh and Carol Harvey's mid-year and annual reviews, which I believe will facilitate more meaningful discussions and outcomes for the benefit of our brands and compounds.

If you would please advise. Thank you very much.

Marybeth

Marybeth Farrell
Director, Global Product Public Relations
Global Commercial Strategy, CVM
GlaxoSmithKline
Phone: 610-787-3095
Cell:  484-919-2089
email: marybeth.m.farrell@gsk.com

**AA130**



Bernadette A
Mansi/PharmRD
02-Aug-2005 21:15

Global Commercial Strategy   Renaissance RN0315   US
610-787-3024 (8-275); Fax 610-787-7069
To   Marybeth M Farrell/GMS/GSK@GSK

cc

bcc

Subject   Follow Up



Marybeth,

As discussed during our recent 1:1, it is important that you and AP come to an understanding regarding issues raised yesterday on the ▓▓▓▓▓ press activities as well as feedback he provided regarding your performance. If you haven't already done so, I would advise you to schedule a 1:1 with him asap to address the key issues. And, you have requested the opportunity from AI to provide feedback on performance for his team, in particular AP.

To facilitate a meaningful discussion, I have summarized below AP's feedback and expectations:

1) On the positive side, he felt you were making an effort to work together and to improve your listening skills.

2) Key areas where improvement is needed in performance are as follows:

- Organization (eg, meeting preparation, sending out agendas and materials in advance vs. just in time to allow reviewers time to prepare for the meeting and to enhance meeting productivity, ensuring all IT systems are up and running at the meeting start time, allowing the PR agency to take notes so you can facilitate the meeting, budgets, etc.)

- Leadership of meeting (taking responsibility for directing the meetings, having the relevant information, time management, bringing the team to resolution in a timely fashion)

- Product Knowledge (Getting up to speed on the product and data to contribute greater value during meetings. This was also raised by other stakeholders as an area where you could contribute greater value.)

- Accountability for projects and budgets (Doesn't feel he understands the status of the fact sheets and where the PR budget for last year and this year has been spent or will be spent. He's not clear on what the deliverables are that he can expect for the allocated budget.)

- IT skills (Need to get working knowledge of Sametime and other IT systems to streamline meeting efficiency)

    Several of these items are reflected in the Development section of your current PDP.

3) What he's expecting to receive from you and these mostly center around budget transparency and accountability. These requests are quite reasonable.

- Accounting for the £▓▓▓▓ allocated for PR for last year. He would like an accounting of the deliverables in writing.

**AA131**

- Accounting of the £▨▨▨ allocated for PR this year. He wants to know in writing exactly how this money will be spent and what will be delivered.

- Accounting of what happened to the ▨▨▨ Fact Sheets. And he is expecting to see final, approved Fact Sheets by August 15th.

4) You need to agree on what level of spend he is planning for the ▨▨▨ press/issues management materials and exact deliverables given it is my understanding this isn't in the current PR. budget .

5) You need to agree on a mutually satisfactory working relationship to ensure that things go smoothly in the future. In other words, what can each of you do to increase interactions, trust and productivity.

Marybeth, I know that we all want to ensure a productive working relationship going forward so I feel it is very important that we invest the time to get these issues addressed asap.

Thanks for your help.
Bernie

**AA132**



**Bernadette A
Mansi/PharmRD**
03-Aug-2005 18:17

Global Commercial Strategy    Renaissance RN0315    US
610-787-3024 (8-275); Fax 610-787-7069
To    Marybeth M Farrell/GMS/GSK@GSK

cc

bcc    KOP WhoKnows-Profiler/IT/GSK@GSK

Subject    Re: Follow Up

Marybeth,

I agree that there is shared accountability in this situation. However, since the feedback that was provided goes beyond the current situation with ▮▮▮▮ and represents good business practice and minimal performance standards, I would suggest viewing it as what is expected for future performance. Also, to close the loop on this issue, it would be advisable if you would agree with AP next steps and develop a "written contract" going forward of what will be delivered and by when. Please cc me on this contract. Finally, please provide the budget accounting he requested in writing with a cc to me.

Thanks,
Bernie

**AA133**

3/30/2005
8/9/2005

# GSK Performance and Development Plan (PDP)

| | |
|---|---|
| **Name:** | Marybeth Farrell |
| **Job Title:** | Director, Product Public Relations, CV |
| **Grade:** | C3 |
| **Plan Year:** | 2005 |

| | |
|---|---|
| **Country:** | United States |
| **Site:** | Renaissance |
| **Business:** | R&D |
| **Department:** | Global Commercial Strategy |
| **Manager's Name:** | Bernadette Mansi, Gary Davies |

**AA134**

**Data Protection Law** –The data in this document may be stored in paper form or electronically within the GSK computing environment and used by authorised data users to highlight internal talent and possible job opportunities globally within GlaxoSmithKline. By submitting this form and providing the information requested, you are authorising GSK to use the data supplied for these purposes. Please see the PDP guide for complete details on this subject.

# GSK PDP – Performance Plan

## Part A: Performance Plan Objectives

| Objectives | Critical Objectives | Performance Measures | Accomplishments |
|---|---|---|---|
| List objectives below. <u>What</u> do you need to accomplish this year to meet corporate & business objectives? | Identify (X) up to 3 critical objectives. | List measures for each objective. Be sure measures are **quantifiable** (measurable in numbers), or **verifiable** (observable). | In preparation for periodic and annual reviews, describe your progress to date towards meeting each objective based upon your performance measures. |
| - Shape the market for introduction of novel compound: <br> Validate ▮▮▮ as a novel marker of heart disease by communicating new data to target audiences. | X | - Recruit, hire and brief a new PR agency.<br> - Develop global PR strategic and tactical plan to meet business objectives for delivery by April 13th<br> - Leverage the data presented at ESC and AHA through high-impact media coverage :<br>  *ESC:* ▮▮▮<br>  *AHA:* ▮▮▮<br> - Provide media training for core internal and external spokespersons<br> - Identify key print and broadcast news (trade and consumer/financial) media and build relationships with 5 strategically important news reporters<br> - Lay the foundation for longer-lead feature/news stories on ▮▮▮ as a "trend" in CV risk diagnosis and treatment | - Hired and briefed Ketchum on CV portfolio; held scientific background briefing with ▮▮▮ team and agency<br> - Developed 2005 PR strategic and tactical plan by April 13<br> - Developed strategic PR plan for presentation of ▮▮▮ data at ESC; GSK CV data presentations across the TA being tracked for coordination with pitches to journalists<br> - Developed strategic PR plan for presentation of ▮▮▮ and ▮▮▮ to include journalists' reception and briefing<br><br> - Print and broadcast medical trades targeting for 5 targets underway building on ESC and AHA 2004 media efforts and coverage<br><br> - Served as GCS communications/PR lead liaising with diaDexus regarding GSK involvement in diaDexus receipt of FDA approval for stroke indication of ▮▮▮; coordinated GSK spokesperson participation; reviewed and provided input to diaDexus on press release and fact sheets; drafted GSK key messages for ▮▮▮ team review; coordinated GSK spokesperson roles and provided information updates to R&D VP, Product Communications, GCS CVM Scientific Communications Director |

AA135

| | | | |
|---|---|---|---|
| ▮<br>- Lead efforts to proactively anticipate and manage potential issues to optimize positive messages and neutralize negative impact on brands and shareholder value.<br>- Champion PR efforts to maximize value of new R&D-funded study results, new indications and new formulations. | X | - Brief PR agency on product/issues<br>- Maximize positive positioning for the brand through leadership of issues management resource kit by April 30, including backgrounders, standby statements and Qs&As on 10 issues identified by the ComMT.<br>- Lead cross-functional rapid-response issues management team in development of timely communication strategies and materials on emerging issues.<br>*Develop materials as needed on Death Meta-Analysis submission. Develop and execute PR strategic plan to maximize impact of:<br>*positive R&D –funded study results at ISTH (▮) and AHA (▮), as well as ▮ and ▮ studies' results.<br>*EU Commission Decision on use of ▮ in Medical Patients.<br>* CHMP Opinion and EU Commission Decision on use of ▮ in Abdominal Surgery. | - Briefed Ketchum on product regulatory milestones (2 new indications in 2005) and issues management internal and external media materials development needs<br>- IM materials developed by Porter Novelli (in 4th draft) unusable; Ketchum to redraft materials for use with ESC data<br>- Led cross-functional issues management teams in January for ▮ enrollment and funding changes, and June/July for scenarios planning for accerated release of ▮ results at ESC; IM team for scenarios planning for accelerated release of ▮ at AHA TBD. ▮ and ▮ results reevaluated by commercial leadership for non-PR activity<br>- Developed press release and supporting background, Qs&As, managed external distribution upon GSK receipt 2 months early indication approval (January)<br>- Developed media releases, supporting internal materials and managed external media distribution for GSK receipt of CHMP Positive Opinion in May, and EU Commission approval in July |

AA136

| | | |
|---|---|---|
| ▪ Champion public relations and issues management efforts to build awareness of emerging thrombin inhibitor among targeted external and internal audiences to lay the foundation for rapid market uptake at launch. | ▪ Proactively develop and manage market shaping activities through development of strategic PR and issues management plans. Deliver Issues management plan by April 30.<br>▪ Proactively and/or reactively manage compound and class issues as needed. | X<br>▪ Developed strategic PR recommendations for odiparcil communications plan<br>▪ Issues management meeting scheduled with ▬ team and Ketchum July 22 to assess issues, plan materials development and development of strategic IM plans |
| Ensure positive positioning for the brand through effective issues management.<br><br>Provide PR leadership for new R&D-funded study results, new indications and new formulations. | ▪ Develop high-impact PR strategies and tactics in support of Brand Objectives, in concert with Boehringer-Ingelheim and GSK-BI Joint Project Team (JPT).<br>▪ Maximize positive visibility and impact of new results from ▬ (results in April) and ▬ (results @ESC) through impactful communications strategies and tactics<br>▪ Develop issues management strategies and manage cross-functional GSK team to minimize negative impacts and maximize positive effects of events. | ▪ Developed high-impact PR plans for 2005 ▬<br>▪ Developed and managed GSK PR for results release and presentation of ▬ I&II at ESH.<br>– Worked with joint GSK/BI project team to inventory, assess and plan for effective management of issues on ▬ and results, and brand issues generally |
| ▪ Build legitimacy of ▬ compound ▬ as viable future drug and protect the reputation of the class. | ▪ Maximize opportunities for positive external and internal positioning through proactive/reactive communications on news about ▬ and the class.<br>▪ Proactively manage emerging ▬ issues as necessary. | ▪ Led cross-functional issues management team in assessing key scientific issues raised in "Cancer Journal" article; developed holding statement, background, Qs&As for internal distribution; held separate scientific issues telecom with WW project leaders to reach consensus and compromise with commercial project lead on underpinning science and IM (June, July, August) |

AA137

| | | |
|---|---|---|
| **INTERNAL COMMUNICATIONS:** Communicate PR and Issues Management information internally on brand updates, highlights of compounds in the pipeline, and on issues as appropriate. | - Champion PR and issues management communications with internal audiences for CV news and events. | - Provided all press releases and communications materials to Product Communications director and coordinated internal web announcements |
| **Product Communications:** Lead CV PR and issues management to support Product Communications on CV assets and issues. | - Provide monthly updates on CV PR events and milestones to Global Product Communications Calendar of Key Events.<br>- Provide twice-yearly updates on CV compounds for R&D Pipeline Chart, including providing position statements around any changes in chart.<br>- Participate in Quarterly Earnings Results telecons 4X annually with IR and heads of MDC and GCS.<br>- Provide regular updates to Data Milestone/Newsflow Chart.<br>- Lead issues management and PR activities for CV events and activities, including providing Product Communications with strategic plans, communications materials, and information.<br>- Participate in 3X annually Product PR Directors meetings. | - Provide monthly updates to Product Communications on all CV PR and issues management activities<br>- Provide monthly updates to Product Communications on CV R&D updates for IR Pipeline Newsflow Chart<br>- Participate in Quarterly Earnings Results telecons<br>- Participate in monthly PR directors telecons with Product Communications director<br>- Led issues management and PR activities for CV product milestones, issues and provided Product Communications with materials and plans<br>- Participated in Nesiritide issues management via team telecons on scenario assessment, strategic planning; contributed to materials reviews and development<br>- Participating in August 2005 PR Directors Meeting in Philadelphia |
| **CV Franchise:** Champion PR efforts to raise visibility of GSK Cardiovascular franchise through maximization of positive opportunities and sponsorships. Raise awareness internally of key | Leverage goodwill from GSK's sponsorship of World Heart Federation and American Heart Association Roundtable in support of CV brands and GSK positioning as a CV leader. | Departmental priorities changed and the CV Franchise Communication/PR Objectives were reconsidered and put on hold for 2005. |

AA138

CV milesones and activities

| | | |
|---|---|---|
| GCS Budget: Proactively manage relevant ▬, ▬ EPEs to deliver communication projects within overall budget allocation. | - Formulate and manage PR and issues management budgets for 2005 for CV in-line and emerging compounds as assigned.<br>- Proactively manage budget for relevant CV PR projects within +/- 2% of 4Q '05 estimates<br>- Frequently monitor project spends and make timely adjustments as necessary.<br>- Identify cost synergies and efficiencies across projects | Developed and managing PR and issues management budgets for ▬, ▬,<br>- Monitored ▬ budget and raised spend and issues management materials development issues with brand director; '05 spend revised down<br>- Identified and implemented cost savings across the portfolio for media monitoring by Ketchum (multiple brands, compounds netted overall discount of approx. 50% savings per brand) |
| GCS Communications Teams:<br>PR Metrics: Champion efforts to elevate understanding, sharing of best practices and adoption of PR metrics.<br>PR Guide. Champion efforts to enhance efficiency and effectiveness in PR and issues management within GCS as member of Comms. Subteam<br><br>Marybeth, budget management should be its own category and doesn't belong with these above activities<br>BUDGET: Proactively manage relevant ▬, ▬ EPE's to deliver coJmmunications projects wtihin overall budget allocation. | - Participate in team meetings/telecons.<br>- Research PR metrics, best practices, costs, timelines, ROI and provide report to team.<br><br><br>- Formulate and manage PR and issues management budgets for 2005 for CV in-line and emerging compounds as assigned.<br>- Proactively manage budget for relevant CV PR projects within +/- 2% of 4Q'05 estimates.<br>- Frequently monitor projects spends and make timely adjustments as necessary.<br>-Identify cost synergies and efficiencies across projects | - Participated in GCS Communications Team meetings and Roadmap to Excellence subteam<br>- Requested Ketchum PR to prepare metrics options report to GCS |

**AA139**

# GSK PDP – Performance Plan

## Part B: Performance Plan GSK Leadership Essentials

**Leadership Essentials** are *how* work gets done to achieve GSK goals and culture. Agree up to 3 Leadership Essentials which will directly impact achievement of your objectives. (Refer to the PDP Guide for further details of behaviours to demonstrate, depending on your level in the company.)

| | | |
|---|---|---|
| **Performance with Integrity**<br>• Delivering on promises with organisational and individual trustworthiness | **Innovation & Entrepreneurship**<br>• Creating and sustaining competitive advantage through well-executed ingenuity | **Everyone Committed, Everyone Contributing**<br>• Enabling, encouraging and allowing all employees the opportunity to make meaningful contributions and succeed on merit | **Alignment with GSK Interests**<br>• Operating as "one team, in single-minded pursuit of our mission", reflecting a common spirit and integrated strategies |
| **People with Passion**<br>• Inspiring, motivating and enabling people to do their best work | **Sense of Urgency**<br>• Creating a focused, agile, productive and fast-learning organization | **Accountability for Achievement**<br>■ Setting, communicating and committing to the critical few clear expectations. Superior performance matters and will be rewarded | **Develop Self & Others**<br>• Learning continuously and developing professional potential and ability. Leaders act as teachers, coaches and champions of development |

## Critical Leadership Essentials

Agree up to 3 Essentials which will directly impact achievement of your objectives this year. Set any specific expectations.

**Alignment with GSK Interests**
Operating as "one team, in single-minded pursuit of our mission", reflecting a common spirit and integrated strategies

## Accomplishments

In preparation for periodic and annual reviews, describe your accomplishments in demonstrating your selected Essentials.

(Marybeth, this section is supposed to be accomplishments. These should reflect what you have accomplished to date)

- Champion efforts for ▆▆▆ team to reach consensus on critical compound concepts for use consistently in communications (e.g., develop a policy on "mass" vs. "activity inclusion and description(s).
- Lead efforts among ▆▆▆ team to improve dissemination of study results to several weeks/months in advance of presentation or publication to core team members; partner with scientific communications manager to facilitate team review, gain consensus on team interpretation and agreement on the key highlights for use in communications (e.g., press releases, fact sheets, etc.).

**AA140**

| Accountability for Achievement | - Lead efforts to facilitate ▓▓▓▓▓ team consensus on key study results and public relations deliverables for 2005 (data to be determined April 5th). (given the date has past, was this objective accomplished. If so, reword the statement) |
| Setting, communicating and committing to the critical few clear expectations. Superior performance matters and will be rewarded | - Initiate monthly meetings with stakeholders to agree: (we agreed this statement should be deleted since you aren't doing this) |
|  | o Preferred communication and work style |
|  | o Areas for improvement |
|  | o Key priorities/ requirements/ deliverables |
|  | o Expectations |
| Sense of Urgency | - Share PR and issues management best practices from PR Directors' meetings, GCS Communications Team, PR agencies and other appropriate resources. |
| Creating a focused, agile, productive and fast-learning organisation | - Through monthly meetings with key stakeholders continuously review synergies in resources and adjust timelines and distributions as appropriate. |
|  | - Highlight/emphasize deadlines for responses in all communications of time-sensitive documents, information. |

# GSK PDP – Performance Plan

## Part C:  Periodic Reviews of Performance (Objectives + Leadership Essentials )

| Periodic Review Dates | Summary Comments on Performance |
|---|---|
| **AA141** | Employee's Comments: |
|  | **Manager's Comments:** |
|  | The first half of the year proved to be especially challenging from a public relations and issues management perspective. As a result, a great deal of effort was required to stay on top of the various events and milestones related to the cardiovascular pipeline. Many of these events were occurring simultaneously. Several ▓▓▓ approvals came in earlier than anticipated and the various issues related to ▓▓ necessitated extensive scenario planning under tight deadlines. Marybeth worked hard to juggle these competing priorities and deliver materials as needed to support the portfolio. |
|  | She recruited a new public relations agency for ▓▓▓▓ to replace the agency that wasn't performing and worked with team members to bring them up to speed. As a result of this effort, there was improvement in the quality of the ▓▓▓ press materials versus last year. She also acted as the PR liaison with diaDexus regarding the FDA approval of stroke indication of the ▓▓▓▓. And, she developed PR plans for various presentations to optimize presentation of data at upcoming congresses. |

Marybeth demonstrated team spirit by working with GSK-BI Joint Project Team (JPT) to deliver PR strategies and tactics in support of the ███ results and presentation of ███████ at ESH. Despite the fact that this product was transitioned to the regions last year, she provided PR support and helped fill in the gap in public relations experience that was lacking on the local level. Her assistance in this regard was appreciated.

Marybeth also managed public relations and issues management activities for Arixtra, including announcement of regulatory milestones. There were several sensitive issues this year related to ███████ that necessitated extensive scenario planning (enrollment/funding changes to ███████ and accelerated release of ███████ results at ESC). Marybeth worked closely with the agency and the multidisciplinary team members to simultaneously minimize any risk to GSK while developing plans to optimize any potential PR opportunities.

Marybeth provides ongoing support to Product Communications on the CV compounds and products related to issues and PR opportunities, including updates to the pipeline chart and quarterly earnings reports.

In addition, Marybeth participated on the Roadmap to Excellence project and assisted in developing the Communications templates.

**Areas for Improvement:** As a follow up to last year's PDP where it was noted that there were several areas where improvement in performance was needed (these are reflected in the current development plan), I sought feedback from key stakeholders to determine areas where improvement may have been noted since the last review and areas where improvement is still warranted. Following is a summary of feedback from multiple stakeholders combined with personal observations. This feedback has been given to Marybeth.

○ **Improvement noted from last PDP:** Marybeth is making an effort and her listening skills appear to be getting better. Timeliness in some areas has improved (eg, delivery of ███████ releases), however there is room for improvement in other areas (timeliness on delivery of ███████ press materials on regulatory milestones—from Corporate Communications).

○ **Organization** (eg, meeting preparation, sending out agendas and materials in advance vs. just in time to allow reviewers time to prepare for the meeting, ensuring all IT systems are up and running at the meeting start time)

○ **Leadership of meetings** (taking responsibility for directing meetings, having the relevant information, time management, bringing the team to resolution in a timely fashion)

○ **Product Knowledge** (More depth of knowledge on product and data would enable her to contribute greater value during meetings and rely less on others to provide information. This was also raised by other stakeholders as an area where Marybeth could contribute greater value.)

○ **Accountability for projects and budgets** (Several stakeholders raised this as an issue. They don't feel that Marybeth is as accountable as they would like for assigned budget and there isn't transparency in spending and deliverables). Also, as noted, regardless of how the agencies perform, she is accountable for delivering high quality materials on time and within budget (eg, development of ███████ factsheets started last year, agency developed four drafts that weren't useful and factsheets weren't delivered on time; better liaison with regulatory to ensure timely receipt of information on milestones and delivery of press materials to Corporate Communications).

○ **Accuracy/Quality:** As noted, there is room for improvement in quality and accuracy of materials; (eg, quality of ███ issues management materials as well as other PR and issues management materials).

○ **IT skills** (Need to improve IT skills for greater efficiency)

o **Regular meetings with stakeholders:** Stakeholders said that regular 1:1s would be useful to stay current on issues and identify opportunities to contribute and avoid issues.

I have had discussions with Marybeth on these areas and have informed her that her performance is not currently in line with expectations for a C3. However, she is working to address these issues and I am committed to assisting her with this goal.

## Part D: Annual Review of Performance (Objectives + Leadership Essentials )

Employee's Summary of Overall Performance

Manager's Summary of Overall Performance

Performance in meeting objectives and demonstrating the Essentials are important factors in compensation decisions. This information, along with other factors, will be considered when making compensation recommendations. Please consult your manager for further details.

My manager and I have discussed this annual performance review and jointly prepared this document. My signature does not necessarily signify agreement or disagreement.

Employee's Signature: _____    Date: _____    Manager's Signature: _____    Date: _____

## Part E: Development Plan Objectives

**Strengths**
Highlight your strengths.
Include areas of knowledge and experience as well as Leadership Essentials.

**Aspirations**
Describe professional interests/career aspirations both short-term and long-term. Consider company direction and work team needs. Identify any constraints and discuss your willingness to relocate.

GSK PDP – Development Plan

AA143

Knowledge of Cardiovascular Therapeutic Area
Strong background in pharmaceutical corporate and product issues management, public relations agency management experience, media relations, policy analysis, scientific communications, professional relations and medical education, pharmaceutical mega-brand drug launches and marketing.

Continue to grow and master the GSK Brands and compounds in development in the CV Therapeutic Area.

Integration of greater diversity in responsibilities including commercial strategic e.g., for CV drug launches and overall image-building for the franchise.

| International Mobility Y/N | Y | National Mobility Y/N | Y |
|---|---|---|---|

**Manager's Comments:**

**Manager's Comments:**

**AA144**

| Development Objectives | Action Steps | Resources Needed | Timeline |
|---|---|---|---|
| Based on current performance as well as strengths and aspirations, identify development needs. Include behavioural development (Essentials) and technical development. | Identify action steps to achieve development objectives. Consider both on and off job activities. | Identify resources needed to achieve development objectives. Consider finances, people, technology. | Specify time frame for completion. |
| **Essentials/Behavioral Development:**<br><br>○ Gaining better insights/understanding of customer needs/point of view<br>○ Increased sensitivity/responsiveness to co-workers<br>○ Develop active listening skills and enhanced comprehension<br>○ Greater understanding of the budget and finance process | - Identify appropriate courses to address these areas.<br>- Set and agree goals for improvement in these areas with Manager.<br>- Set up monthly meetings with key stakeholders to agree:<br>  ○ Preferred communication and work style<br>  ○ Areas for improvement<br>  ○ Key priorities/ requirements/ deliverables<br>  ○ Expectations<br>- Integrate learnings from franchise and product issues/crises management situations of 1st six months in terms of balancing GCS Commercial needs with R&D needs and schedules.<br>- Institute time management system<br>- Set up budget / Finance briefing with Becky Ambron | - Funding as required<br>- Monthly meetings and feedback, reviews | Jan. 1, 2005 |
| ITT Skill Development—Enhance Computer skills iin Lotus Notes and PowerPoint | - Identify appropriate courses and schedule. | - Funding as required. | |
| Continue to expand knowledge of operational and corporate practices, policies and processes within GSK, GCS, and CV TA. | - Participate in Commercial Matrix Teams and GCTs<br>- Continue to keep abreast of GSK corporate updates and GCS CV TA and products. | - Participate in CV Team meetings for all CV compound and brand responsibilities (▮▮▮) ▮▮▮ | Jan. 1, 2005 and ongoing |

**AA145**

GSK PDP – Development Plan

## Part F: Periodic Reviews of Development Plan

| Periodic Review Date(s) | Summary Comments on Development |
|---|---|
| | **Employee's Comments:** Completed "Management of Clinical Safety Information for GSK Products"; "Building Great Brands"; "Market Building"; Mailbox Janitor." Enrolled in "Enhance Your Listening Skills"; "GSK Collaborative Learning"; "GSK Connect Desktop"; Time Management; Lotus Notes courses. |
| | **Manager's Comments:** As discussed performance in the above areas as well as those noted under the performance section of the review need to be addressed. |

## Part G: Annual Review of Development Plan

**Employee's Overall Development Summary**

**Manager's Overall Development Summary**

My manager and I have discussed this annual development review and jointly prepared this document. My signature does not necessarily signify agreement or disagreement.

Employee's Signature: _____ Date: _____    Manager's Signature: _____ Date: _____

**AA146**



**Marybeth M Farrell/GMS**
16-Aug-2005 10:18

To  Bernadette A Mansi/PharmRD/GSK@GSK

cc

bcc

Subject  Re: PDP Comments

Bernie:

I am shocked (!) to read that my performance in not in line with expectations for a C3.  Where is this coming from?  Can we discuss this?

Some of the organizational issues raised in this PDP I find confusing.  The only meetings I have chaired were the recent 3 ███ issues management "crisis" situation sessions because of Study 5 results coming out much earlier than planned, at ESC. I did a lot of pre-planning for these meetings, reviewed the Agendas with AP, organized and reviewed materials and felt I was very well prepared.  All of these were on unusual, extremely tight timelines, which along with my other projects definitely took considerable work by all to accomplish.  The meetings ran smoothly, met objectives and timelines, materials were developed, message training conducted -- all ahead of or on scheduled.  We discussed that AP Singh registered several issues after he misunderstood a document I had sent but he had since clarified that he did not mean the comments as he originally registered them.  It was my understanding that the PDP would be updated to reflect this, and I would request if we could revisit this.

I also feel that the ███ team's lack of familiarity with the issues management meetings for group contributions to identifying key issues created a disconnect with their comfortableness with the meeting style.

I think that with the numerous issues and product milestones that occurred over the past 6 months, a lot was accomplished well, and certainly everyone has room for improvement.  But to claim that I am not performing in line with expectations for a C3 I am really very disappointed as I think this is not being fair.

Can we please discuss?  Thanks very much.

Marybeth

Marybeth Farrell
Director, Global Product Public Relations
Global Commercial Strategy, CVM
GlaxoSmithKline
Phone: 610-787-3095
Cell:  484-919-2089
email: marybeth.m.farrell@gsk.com

Bernadette A Mansi/PharmRD



**Bernadette A
Mansi/PharmRD**
15-Aug-2005 17:51

Global Commercial Strategy    Renaissance RN0315
US 610-787-3024 (8-275); Fax 610-787-7069
To  Marybeth M Farrell/GMS/GSK@GSK

cc

Subject  PDP Comments

**AA147**



Marybeth,

It's been a very busy first six months as evidenced by your PDP. Following are my comments on your accomplishments as well as areas where performance has improved and other areas where improvement is warranted. These areas are based on stakeholder feedback as well as personal observations and have been previously communicated to you.

I would be happy to discuss these comments with you as needed.

Bernie

[attachment "Farrell PDP Form 2005 Objectives 6th mth revew w-BAM comments.doc" deleted by Marybeth M Farrell/GMS/GSK]



**Bernadette A
Mansi/PharmRD**
16-Aug-2005 20:24

Global Commercial Strategy    Renaissance RN0315    US
610-787-3024 (8-275); Fax 610-787-7069
To   Bernadette A Mansi/PharmRD/GSK@GSK

cc

bcc

Subject   Note to File

Yesterday, I sent Marybeth my comments on her PDP. Every effort was made to present a balanced point of view. I included what she had done well as well as areas for improvement based on feedback from stakeholders and my own observations. The first version of the PDP she provided to me was sloppy. She used tracked changes for some reason; items were deleted that shouldn't have been; and other items were included as accomplishments that hadn't been accomplished. I pointed these out to Marybeth and the revised version was improved, but didn't address all issues raised previously.

Upon seeing my PDP comments, Marybeth immediately sent me an email about how she was "shocked (!) to read that my performance in not in line with expectations for a C3." Before I had a chance to read her email, she came down to my office and said she wanted to talk to me. She wanted to know where this was coming from. I had told her this in her six-month review, but she didn't seem to take it in.

I told her that I had had feedback from numerous customers and that these comments were reflected in her PDP. I said that as her Manager it was my job to manage her performance and that I wouldn't be doing my job and, in fact, I'd be doing her a disservice, if I didn't point out these issues raised by her customers and observed by me. I said I can tell her she is doing a good job but that wasn't true and it wasn't helping her. That as long as she didn't look inside herself and take some responsibility for her performance, she wasn't going to advance in the company.

She said she felt the feedback had a harsh tone. I told her I did my best to present a balanced point of view. She wanted to know why it was in writing in her PDP.

She said that she couldn't believe that after all she did, the long hours she worked, including working on her vacation and getting up at 3:00 am for TCs, that I was telling her this. Again, she said she was doing an excellent job. She said she was delivering all the projects on time and they were very well done so how could this be true. I said there was a significant gap between her perception of how she was doing and that of myself and her customers. I told her that I didn't want to be cruel and hadn't mentioned this in the past, but one customer said her performance was "5" on a scale of 1 to 10. She was shocked by this.

I told her that it wasn't just about what she did, but about how she got the job done. Her customers didn't feel she was getting the job done as efficiently as possible and she was relying on others to get the job done. She said she doesn't rely on anyone. This isn't true. She also said she was rewriting all of the agency's materials. I said if this is true, why are we using them? She said well now they are up to speed, so this isn't the case.

I told her that her customers felt that she didn't add value to the meetings she attended because she didn't have the depth of product knowledge. She said she always answers PR questions that are raised.

I told her that the feedback is consistent across customers and was observed by me and she needs to accept that this is how she is being perceived. She has to take ownership of the problem. Otherwise, we are never going to fix it and move on. And, she is going to meet with customer dissatisfaction and this is frustrating for all of us. I told her that AP and Mark are both good people and readily give praise to other team members. Therefore, I feel the feedback is genuine and it is consistent with that received from others and observed by me.

I told her that Al was aware of the performance issues since people had brought these to his attention

**AA149**

and since she asked to give feedback on AP. She said, "Does AI think I have performance issues?" I said yes due to feedback he's received. I told her that feedback on her performance was also discussed during the talent review. She was quite shocked that others had issues with her performance.

I said I knew that she was a good person and that she was working hard, but that she needs to figure out what her customers need and adjust how she is working to meet their needs.

She asked me if I was angry with her for something. Since I had just provided feedback on the ▮▮▮▮▮ factsheets, she thought this was it.

I said no, I was just providing feedback on her performance. And, the ▮▮▮▮ factsheets were an example of where I had asked her to provide references and she sent two of the factsheets out without references and asked people to provide her with references. This wasn't appropriate. This was her job. She said at AZ, she had people to do the references. She's been here a year and should know that she is required to do the references. Then she said, you told me one time that someone asked you to do references and you said this wasn't our job. This applied to referencing someone else's document, not our own documents.

Also, the thrombosis factsheet wasn't the same quality as the ACS factsheet. It didn't address the key questions media would have and it wasn't referenced. If she obtained the information from the Resource Kit, then she should have had references. She said the information wasn't referenced in the Resource Kit.

She reiterated again how she had never heard this feedback while working at AZ and she did work for the CEO and the Board. She has outstanding experience. She said the environment at GSK was very strange. She felt she was being insulted.

She said she couldn't believe I said she wasn't organized. She said she was extremely organized. I used the example of the PDP. I said that I requested all PDPs be sent to me a week in advance of the PDP review meeting. I checked my email the day before and she hadn't sent it in so I cancelled and rescheduled the meeting. She sent it in late that evening. She said I was on vacation. I told her I was checking email. I said when I received the PDP, she used tracked changes, deleted things that shouldn't have been deleted and couldn't explain why, had included things as accomplishments that she didn't do. When I asked her to revise the document, she made some of the revisions, but not all of them. She said that we didn't really review all of the document so she forgot to make the changes. I said this wasn't true. I told her the discussion we had around the one point that wasn't changed.

She kept referring back to prior comments from AP. I told her that the comments were based on feedback from several stakeholders and myself not just AP and that I hadn't included any comments for behavior that I hadn't observed myself. She said that the comments in the PDP were only from the memo on AP. I told her this wasn't true and that the first comment was from Corporate Communications and comments from others had been included as well.

I told her the quality of her work wasn't where it should be. I used the examples of the PPAR issues management materials that were poorly put together. She said she was under a tight deadline and just wanted to put something together for review.

She kept asking who gave feedback. I told her others in the department (eg, Monica). I told her that Monica said she was complaining about AP in the hallway and she said this was one time and she didn't say anything. I told her that this wasn't true. Monica said she had been complaining about Mark in the open and she wasn't comfortable about this either. She said she wanted to provide feedback on Monica. She couldn't understand why people were giving feedback on her. I told her in many cases it was unsolicited because people had issues with her. And, the reason they didn't go to her was because they felt she was too emotional and sensitive.

I raised the issue of timeliness. She said she met all of her deadlines. I said this wasn't true. I told her

that Corporate Communications said she was late in notifying them about one of the ████ releases. And, they felt that she needed to improve her relationship with Regulatory so she could have timely access to information. She said this was Regulatory's issue. She'd done all she could to get the information.

I told her that she frequently doesn't understand what is being asked of her and as a result, repeated requests are required for materials. She said this isn't true.
I told her Gary said that he can send out the same request to 10 people and she is the only one who doesn't understand his instruction. She said he isn't clear.
She said this may have been true six months ago, but it isn't true now. I said I went back over the emails of the past six months in doing her PDP and this is true.

I told her that sometimes she doesn't comprehend what her customers want. Again, she denied this. I used the example of the slides she was preparing for the ████ Commercial Matrix Team. AP asked her to do a presentation. She showed me the slides. I told her this wasn't what he wanted. She insisted she spoke to him and this was what he wanted. When she sent them to him, he said this wasn't what he wanted and she had to do them over again. This took a lot of everyone's time. She said he changed his mind.

She said that we are picking on very small things. I told her these were just examples and there were other examples. She said she couldn't believe that I said her performance wasn't at the C3 level. I told her she didn't meet the criteria of a C3 based on the performance I've observed. If she was performing at the C3 level, then I wouldn't need to spend so much time addressing these issues.

I told her that she needed to meet with her customers as we had agreed previously and find out what they wanted and address any issues with them that were impacting her performance, but that she had to take responsibility for fixing her performance. I told her I was willing to partner with her on this but she had to acknowledge the issues and address them.

In the end, I don't feel she was taking in what I was saying. She kept referring to how hard she worked and how she delivered a high level of quality work on time.

**AA151**