IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARYBETH FARRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 04-285-KAJ |
| ASTRAZENECA PHARMACEUTICALS, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

THE PARTIES HERETO STIPULATE AND AGREE as follows:

1. Defendants' Renewed Motion for Summary Judgment and its brief and appendix in support thereof are hereby withdrawn and may be stricken from the record.

2. This action is hereby dismissed with prejudice, with each party to bear her or its own costs and attorneys fees.

_____
Thomas S. Neuberger, Esquire (No. 243)
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707

_____
John M. LaRosa, Esquire (No. 4275)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
Attorneys for Plaintiff

_____
Sheldon N. Sandler, Esquire   (No. 245)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6673
Attorneys for Defendant

DATED: December 13, 2005