IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 04-285-KAJ |
| ASTRAZENECA PHARMACEUTICALS, ) | |
| LP, ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

THIS CAUSE having come before the Court on the Stipulation of Dismissal, and the Court, having reviewed the matter and being otherwise fully advised, it is ORDERED as follows:

1. Defendants' Renewed Motion for Summary Judgment and its brief and appendix in support thereof are hereby stricken from the record.

2. The Stipulation of Dismissal is hereby accepted and approved by the Court.

3. The above captioned action is hereby dismissed with prejudice.

4. The parties shall bear their respective fees and costs.

DATED:_____                    _____
                                                             Judge