IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARYBETH FARRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 04-285-KAJ |
| ASTRAZENECA PHARMACEUTICALS, ) | |
| LP, ) | |
| Defendant. ) | |

**<u>STIPULATION OF DISMISSAL</u>**

THE PARTIES HERETO STIPULATE AND AGREE that this action is hereby dismissed with prejudice, with each party to bear her or its own costs and attorneys fees.

        /s/   Thomas S. Neuberger
Thomas S. Neuberger, Esquire (No. 243)
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707

        /s/   John M. LaRosa
John M. LaRosa, Esquire (No. 4275)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
Attorneys for Plaintiff

        /s/   Sheldon N. Sandler
Sheldon N. Sandler, Esquire   (No. 245)
YOUNG  CONAWAY  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6673
Attorneys for Defendant

DATED: January 13, 2006